# EXHIBIT A

**EXHIBIT A**

LIST OF INFRINGING WORKS ON PORN.COM AND TRAFFICFORCE.COM

| Copyright Registration Number | Title of Work | Infringing Link |
|---|---|---|
| PA0001802017 | 18 Years Old video (2011.09) | http://www.porn.com/videos/sexy-little-blonde-with-perfect-pussy-takes-a-hard-fucking-255930 |
| PA0001802017 | 18 Years Old video (2011.09) | http://www.porn.com/videos/girl-shows-her-thong-bending-over-in-a-car-255301 |
| PA0001954527 | 18 Years Old video (2014.11) | http://www.porn.com/videos/wet-pleasure-1656785 |
| PA0001956393 | 18 Years Old video (2015.0506) | http://www.porn.com/videos/alli-rae-stretched-out-1080p-hd-1955447 |
| PA0001954528 | Casting Couch X video (2014.11) | http://www.porn.com/videos/megan-rain-in-casting-1798763 |
| PA0001956390 | Casting Couch X video 2015.0506. | http://www.porn.com/videos/aubrey-gold-1080p-hd-1962027 |
| PA0001956390 | Casting Couch X video 2015.0506. | http://www.porn.com/videos/goldie-castingsadiemae-1080p-hd-1953973 |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.porn.com/videos/horny-lady-who-wants-satisfaction-spreads-legs-wide-open-1763411 |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.porn.com/videos/lesbian-couple-find-different-passion-1943213 |
| PA0001857695 | Fantasy-HD video (2013.03) | http://www.porn.com/videos/holly-michaels-and-natalia-starr-run-car-wash-1559997 |
| PA0001862822 | Fantasy-HD video (2013.05) | http://www.porn.com/videos/brunettes-shaved-pussy-is-fucked-next-to-the-pool-1643239 |
| PA0001865702 | Fantasy-HD video (2013.07) | http://www.porn.com/videos/lovely-female-getting-drilled-by-her-trainer-1771215 |

| | | |
|---|---|---|
| PA0001888249 | Fantasy-HD video (2013.09) | http://www.porn.com/videos/dani-daniels-1080p-hd-1960163 |
| PA0001888249 | Fantasy-HD video (2013.09) | http://www.porn.com/videos/thin-little-slut-takes-a-hard-dicking-and-likes-it-1384123 |
| PA0001902675 | Fantasy-HD video (2014.03) | http://www.porn.com/videos/sexy-sluts-pussy-licked-and-fucked-in-various-style-1645165 |
| PA0001912994 | Fantasy-HD video (2014.05) | http://www.porn.com/videos/sex-on-floor-1655151 |
| PA0001922355 | Fantasy-HD video (2014.08) | http://www.porn.com/videos/amazing-high-definition-sex-of-a-hot-brunette-1646125 |
| PA0001922355 | Fantasy-HD video (2014.08) | http://www.porn.com/videos/lovely-creamy-blonde-lets-a-bearded-stud-bang-her-1654659 |
| PA0001956384 | Fantasy-HD video (2015.0506) | http://www.porn.com/videos/chloe-amour-1080p-hd-1937947 |
| PA0001956391 | Massage Creep video (2015.0506) | http://www.porn.com/videos/dillion-carter-oily-rack-1080p-hd-1956893 |
| PA0001956614 | Massage Creep video 2015.0102. | http://www.porn.com/videos/blushing-blonde-is-penetrated-during-a-nude-massage-1765129 |
| PA0001956391 | Massage Creep video 2015.0506. | http://www.porn.com/videos/eva-loviasadiemae-1080p-hd-1953913 |
| 1-2653886046 | My Very First Time video (2015.0708) | http://www.porn.com/videos/alice-march-1080p-hd-1935377 |
| PA0001956399 | My Very First Time video 2015.0506. | http://www.porn.com/videos/first-scene-jessie-law-1879051 |
| PA0001804997 | Passion-HD video (2011.11) | http://www.porn.com/videos/bathing-beauty-with-big-juicy-tits-likes-to-fuck-340241 |
| PA0001816214 | Passion-HD video (2012.03) | http://www.porn.com/videos/anissa-kate-and-mischa-brooks-lick-pussy-and-suck-cock-1438795 |
| PA0001816214 | Passion-HD video (2012.03) | http://www.porn.com/videos/hot-kinky-blondes-get-themselves-involved-in-a-threesome-255651 |
| PA0001820828 | Passion-HD video (2012.07) | http://www.porn.com/videos/busty-madison-ivy-makes-happy-her-bf- |

| | | |
|---|---|---|
| | | 1796563 |
| PA0001820828 | Passion-HD video (2012.07) | http://www.porn.com/videos/eden-adams-hard-at-work-1080p-hd-1973889 |
| PA0001893394 | Passion-HD video (2012.07) | http://www.porn.com/videos/milf-cums-as-she-takes-two-hard-cocks-in-her-holes-1642063 |
| PA0001827684 | Passion-HD video (2012.09) | http://www.porn.com/videos/holly-michaels-gets-all-her-little-holes-fucked-1423889 |
| PA0001828920 | Passion-HD video (2012.11) | http://www.porn.com/videos/brunette-teen-jasmine-rain-takes-a-creampie-1785597 |
| PA0001833811 | Passion-HD video (2013.01) | http://www.porn.com/videos/urban-singles-like-to-do-it-in-high-style-256297 |
| PA0001862814 | Passion-HD video (2013.05) | http://www.porn.com/videos/nasty-ass-whore-in-a-skirt-with-her-man-getting-freaky-1643257 |
| PA0001865692 | Passion-HD video (2013.07) | http://www.porn.com/videos/maid-tempting-her-master-to-fuck-her-by-showing-ass-1642925 |
| PA0001902682 | Passion-HD video (2014.03) | http://www.porn.com/videos/sexy-young-blonde-has-a-passionate-love-session-1479187 |
| PA0001922353 | Passion-HD video (2014.08) | http://www.porn.com/videos/adorable-gals-licking-each-other-and-sharing-a-hard-cock-1670179 |
| PA0001922353 | Passion-HD video (2014.08) | http://www.porn.com/videos/cock-cream-filled-in-mouth-1749399 |
| PA0001922353 | Passion-HD video (2014.08) | http://www.porn.com/videos/sexy-chick-in-mood-fuck-1656703 |
| PA0001929512 | Passion-HD video (2014.09) | http://www.porn.com/videos/horny-brunette-teen-kelly-diamond-takes-cumshot-on-her-pussy-1794025 |
| PA0001929512 | Passion-HD video (2014.09) | http://www.porn.com/videos/lesbian-teens-are-joined-by-a-super-hard-shlong-1741433 |
| PA0001929512 | Passion-HD video (2014.09) | http://www.porn.com/videos/sexy-threesome-nice-assets-fuck-1747895 |
| PA0001954529 | Passion-HD video (2014.11) | http://www.porn.com/videos/getting-ass-fucked-1656777 |

| | | |
|---|---|---|
| PA0001954529 | Passion-HD video (2014.11) | http://www.porn.com/videos/hot-blonde-nice-massage-and-fuck-1654557 |
| PA0001954529 | Passion-HD video (2014.11) | http://www.porn.com/videos/lucky-guy-fucks-two-hotties-1747567 |
| 1-2827777452 | Passion-HD video (2015.0910) | http://www.porn.com/videos/big-tits-want-a-fuck10-2060413 |
| PA0001828920 | Passion-HD video 2012.11. | http://www.porn.com/videos/sexy-santa-babe-takes-cock-in-all-her-holes-1554061 |
| PA0001892867 | POVD video (2014.02) | http://www.porn.com/videos/back-yard-sunbathing-leads-to-fucking-a-hot-brunette-1439701 |
| PA0001892867 | POVD video (2014.02) | http://www.porn.com/categories |
| PA0001901823 | POVD video (2014.03) | http://www.porn.com/videos/brunette-teen-pov-rub-pussy-1943495 |
| PA0001901823 | POVD video (2014.03) | http://www.porn.com/videos/great-lifeguards-fucking-poolside-1943481 |
| PA0001901823 | POVD video (2014.03) | http://www.porn.com/videos/hottie-shows-asshole-1655065 |
| PA0001912978 | POVD video (2014.05) | http://www.porn.com/videos/hot-pov-fucking-from-sexy-brunette-girl-with-nice-ass-1672669 |
| PA0001912978 | POVD video (2014.05) | http://www.porn.com/videos/plump-blonde-girlfriend-sucks-and-rides-in-pov-1672689 |
| PA0001912978 | POVD video (2014.05) | http://www.porn.com/videos/pov-blonde-gets-on-her-knees-to-slob-some-knob-1672693 |
| PA0001912978 | POVD video (2014.05) | http://www.porn.com/videos/tiny-tit-brunette-hottie-pussy-fingered-and-fucked-1672663 |
| PA0001925797 | POVD video (2014.08) | http://www.porn.com/videos/brunette-pov-sex-1905303 |
| PA0001929513 | POVD video (2014.09) | http://www.porn.com/videos/busty-brunette-rahyndee-james-fucked-after-oily-massage-1791909 |
| PA0001929513 | POVD video (2014.09) | http://www.porn.com/videos/dillion-harper-pov-big-cock-suck-and-fuck-1771083 |

| | | |
|---|---|---|
| PA0001929513 | POVD video (2014.09) | http://www.porn.com/videos/hot-teen-fucked-doggystyle-1747517 |
| PA0001954530 | POVD video (2014.11) | http://www.porn.com/videos/bombshell-with-hairy-pussy-gets-slammed-in-pov-style-1764873 |
| PA0001954530 | POVD video (2014.11) | http://www.porn.com/videos/pool-vibe-1656609 |
| PA0001954530 | POVD video (2014.11) | http://www.porn.com/videos/pov-bathroom-and-bedroom-fucking-1654907 |
| PA0001954530 | POVD video (2014.11) | http://www.porn.com/videos/sexy-teen-fucked-doggystyle-1657151 |
| PA0001956394 | POVD video (2015.0506) | http://www.porn.com/videos/aubrey-gold-1080p-hd-1953675 |
| PA0001956394 | POVD video (2015.0506) | http://www.porn.com/videos/cynthia-thomas-1080p-hd-1947713 |
| PA0001956394 | POVD video (2015.0506) | http://www.porn.com/videos/deep-wet-pussy-gracie-dai-1080p-hd-1973879 |
| PA0001956394 | POVD video (2015.0506) | http://www.porn.com/videos/destiny-love-1080p-hd-1947721 |
| 1-2653886274 | POVD video (2015.0708) | http://www.porn.com/videos/yoga-pov-girl-1939053 |
| PA0001820829 | Pure Mature video (2012.07) | http://www.porn.com/videos/busty-babe-in-yellow-dress-fucks-her-lover-1503671 |
| PA0001857777 | Pure Mature video (2013.03) | http://www.porn.com/videos/high-def-scene-of-two-horny-sluts-fucking-old-guy-1654417 |
| PA0001865691 | Pure Mature video (2013.07) | http://www.porn.com/videos/kortney-kane-takes-a-shower-and-gets-fucked-1572521 |
| PA0001865691 | Pure Mature video (2013.07) | http://www.porn.com/videos/sarah-blake-horny-housewife-1813003 |
| PA0001888272 | Pure Mature video (2013.09) | http://www.porn.com/videos/big-boobed-lisa-ann-gets-her-asshole-fucked-1376999 |
| PA0001954531 | Pure Mature video (2014.11) | http://www.porn.com/videos/dude-seduces-hot-blonde-fuck-toy-and-rails-her-1764855 |

| | | |
|---|---|---|
| PA0001954531 | Pure Mature video (2014.11) | http://www.porn.com/videos/pussy-fuck-fuck-1655163 |
| 1-2653886398 | Pure Mature video (2015.0708) | http://www.porn.com/videos/alix-lynx-lunch-time-fuck-1967711 |
| PA0001862810 | Real Ex Girlfriends video (2013.05) | http://www.porn.com/videos/hottie-gets-her-pussy-ate-and-fucked-1655709 |
| PA0001888263 | Real Ex Girlfriends video (2013.09) | http://www.porn.com/categories |
| PA0001893077 | Real Ex Girlfriends video (2014.01) | http://www.porn.com/pornstars/janice-griffith-47349 |
| PA0001902405 | Real Ex Girlfriends video (2014.03) | http://www.porn.com/videos/brunette-gets-her-pink-pussy-licked-and-stuffed-1765383 |
| PA0001912976 | Real Ex Girlfriends video (2014.05) | http://www.porn.com/videos/brunette-gets-banged-on-table-1655057 |
| PA0001922609 | Real Ex Girlfriends video (2014.08) | http://www.porn.com/videos/amazing-blonde-babe-1960823 |
| PA0001922609 | Real Ex Girlfriends video (2014.08) | http://www.porn.com/videos/hot-blonde-white-body-naked-1655277 |
| PA0001922609 | Real Ex Girlfriends video (2014.08) | http://www.porn.com/videos/sexy-young-brunette-fucks-older-rich-guy-1644661 |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | http://www.porn.com/videos/babe-allowing-licking-pussy-1654525 |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | http://www.porn.com/videos/chubby-blonde-with-nice-tits-gets-pounded-hard-1646123 |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | http://www.porn.com/videos/cumming-now-1747843 |
| PA0001954532 | Real Ex Girlfriends video (2014.11) | http://www.porn.com/videos/9-inch-cock-drill-1749217 |
| PA0001954532 | Real Ex Girlfriends video (2014.11) | http://www.porn.com/videos/rock-hard-cock-in-teen-pussy-1747643 |
| PA0001951165 | Real Ex Girlfriends video (2015.0304) | http://www.porn.com/videos/alexis-adams-ample-tits-tight-pussy-1080p-hd-1959721 |

| | | |
|---|---|---|
| PA0001951165 | Real Ex Girlfriends video (2015.0304) | http://www.porn.com/videos/alli-rae-strawberries-and-1080p-hd-1961941 |
| PA0001956389 | Real Ex Girlfriends video (2015.0506) | http://www.porn.com/videos/gia-love-1080p-hd-1956923 |
| 1-2653886492 | Real Ex Girlfriends video (2015.0708) | http://www.porn.com/videos/mia-scarlett-lewd-lap-dance-1080p-hd-1945199 |
| PA0001956389 | Real Ex Girlfriends video 2015.0506. | http://www.porn.com/videos/teenage-house-guest-kristina-bell-1080p-hd-1975305 |
| PA0001951155 | Teen BFF video (2015.0304) | http://www.porn.com/videos/carrie-brooks-ava-taylor-patient-pussy-1080p-hd-1959821 |
| PA0001912979 | Tiny 4K video (2014.06) | http://www.porn.com/videos/dillion-harper-sporty-babe-1932471 |
| PA0001922946 | Tiny 4K video (2014.08) | http://www.porn.com/videos/sexy-fucking-nice-ass-1655903 |
| PA0001922946 | Tiny 4K video (2014.08) | http://www.porn.com/videos/this-no-nonsense-brunette-gets-down-to-business-1672747 |
| PA0001922946 | Tiny 4K video (2014.08) | http://www.porn.com/videos/pretty-blonde-shows-pussy-hole-then-sucks-on-cock-1849571 |
| PA0001929519 | Tiny 4K video (2014.09) | http://www.porn.com/videos/cute-skinny-teen-bald-wet-pussy-fucked-in-bedroom-1646883 |
| PA0001956613 | Tiny 4K video (2015.0102) | http://www.porn.com/videos/tight-fit-anal-1879185 |
| PA0001951163 | Tiny 4K video 2015.0304. | http://www.porn.com/videos/marley-brinx-fresh-young-face-1878311 |
| PA0001956396 | Tiny 4K video 2015.0506. | http://www.porn.com/videos/aubrey-gold-everything-but-clothes-1080p-hd-1953661 |
| PA0001956396 | Tiny 4K video 2015.0506. | http://www.porn.com/videos/aubrey-gold-new-may-1875389 |
| PA0001956396 | Tiny 4K video 2015.0506. | http://www.porn.com/videos/aubrey-goldsadiemae-1080p-hd-1953699 |
| PA0001956396 | Tiny 4K video 2015.0506. | http://www.porn.com/videos/rebel-lynn-innocent-encounter-1837717 |

TRAFFIC FORCE

| | | |
|---|---|---|
| PA0001956613 | Tiny 4K video (2015.0102) | http://cdn.ht.trafficforce.com/system/files/images/11731/de11484435d0a4835e68355409c3a2bd.gif |
| PA0001902675 | Fantasy-HD video (2014.03) | http://cdn.ht.trafficforce.com/system/files/images/11731/4092783f42f8c79ebff20386e1550057.gif |

# EXHIBIT B

**EXHIBIT B**

NO UPLOADER INFORMATION

| Copyright Registration Number | Title of Work | Username | Time on Site | # of Views | Infringing Link |
|---|---|---|---|---|---|
| PA0001912978 | POVD video (2014.05) | NONE | 2 years | 46,366 | http://www.porn.com/videos/tiny-tit-brunette-hottie-pussy-fingered-and-fucked-1672663 |
| PA0001912978 | POVD video (2014.05) | NONE | 2 years | 31,099 | http://www.porn.com/videos/plump-blonde-girlfriend-sucks-and-rides-in-pov-1672689 |
| PA0001912978 | POVD video (2014.05) | NONE | 2 years | 12,154 | http://www.porn.com/videos/pov-blonde-gets-on-her-knees-to-slob-some-knob-1672693 |
| PA0001912978 | POVD video (2014.05) | NONE | 2 Years | 52,807 | http://www.porn.com/videos/hot-pov-fucking-from-sexy-brunette-girl-with-nice-ass-1672669 |
| PA0001922946 | Tiny 4K video (2014.08) | NONE | 2 Years | 22,461 | http://www.porn.com/videos/this-no-nonsense-brunette-gets-down-to-business-1672747 |

# EXHIBIT C

**EXHIBIT C**

UPLOADER INFORMATION CHANGES

| Copyright Registration Number | Title of Work | Date Recorded | Uploaded By | User Status | Infringing Link |
|---|---|---|---|---|---|
| PA0001857777 | Pure Mature video (2013.03) | November 9, 2015 | Porbox | The member is inactive | http://www.porn.com/videos/high-def-scene-of-two-horny-sluts-fucking-old-guy-1654417 |
| PA0001857777 | Pure Mature video (2013.03) | November 30, 2015 | Jlou2346 | No such member | http://www.porn.com/videos/high-def-scene-of-two-horny-sluts-fucking-old-guy-1654417 |
| | | | | | |
| PA0001954530 | POVD video (2014.11) | November 9, 2015 | tanya2783 | No such member | http://www.porn.com/videos/pool-vibe-1656609 |
| PA0001954530 | POVD video (2014.11) | November 30, 2015 | vzhooriike | No such member | http://www.porn.com/videos/pool-vibe-1656609 |

# EXHIBIT D

**EXHIBIT D**

NO SUCH USER

| Copyright Registration Number | Title of Work | Uploaded By: | User Status | Infringing Link |
|---|---|---|---|---|
| PA0001893394 | Passion-HD video (2012.07) | Bighugeryan | No such user exists | http://www.porn.com/videos/milf-cums-as-she-takes-two-hard-cocks-in-her-holes-1642063 |
| PA0001862814 | Passion-HD video (2013.05) | bigm32 | No such user exists | http://www.porn.com/videos/nasty-ass-whore-in-a-skirt-with-her-man-getting-freaky-1643257 |
| PA0001954532 | Real Ex Girlfriends video (2014.11) | bishrush | No such user exists | http://www.porn.com/videos/9-inch-cock-drill-1749217 |
| PA0001902675 | Fantasy-HD video (2014.03) | bre2254 | No such user exists | http://www.porn.com/videos/sexy-sluts-pussy-licked-and-fucked-in-various-style-1645165 |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | coco37 | No such user exists | http://www.porn.com/videos/chubby-blonde-with-nice-tits-gets-pounded-hard-1646123 |
| PA0001804997 | Passion-HD video (2011.11) | Goffy101 | No such user exists | http://www.porn.com/videos/bathing-beauty-with-big-juicy-tits-likes-to-fuck-340241 |
| PA0001922353 | Passion-HD video (2014.08) | holset35 | No such user exists | http://www.porn.com/videos/sexy-chick-in-mood-fuck-1656703 |
| PA0001862810 | Real Ex Girlfriends video (2013.05) | horst417 | No such user exists | http://www.porn.com/videos/hottie-gets-her-pussy-ate-and-fucked-1655709 |
| PA0001954529 | Passion-HD video (2014.11) | horst417 | No such user exists | http://www.porn.com/videos/hot-blonde-nice-massage-and-fuck-1654557 |

| | | | | |
|---|---|---|---|---|
| PA0001954530 | POVD video (2014.11) | hzshsqsh | No such user exists | http://www.porn.com/videos/sexy-teen-fucked-doggystyle-1657151 |
| PA0001922609 | Real Ex Girlfriends video (2014.08) | j2cDominus | No such user exists | http://www.porn.com/videos/hot-blonde-white-body-naked-1655277 |
| PA0001857777 | Pure Mature video (2013.03) | JIou2346 | No such user exists | http://www.porn.com/videos/high-def-scene-of-two-horny-sluts-fucking-old-guy-1654417 |
| PA0001865692 | Passion-HD video (2013.07) | jjswaggedout | No such user exists | http://www.porn.com/videos/maid-tempting-her-master-to-fuck-her-by-showing-ass-1642925 |
| PA0001912994 | Fantasy-HD video (2014.05) | jk25p9cx | No such user exists | http://www.porn.com/videos/sex-on-floor-1655151 |
| PA0001833811 | Passion-HD video (2013.01) | jmackjmack | No such user exists | http://www.porn.com/videos/urban-singles-like-to-do-it-in-high-style-256297 |
| PA0001922355 | Fantasy-HD video (2014.08) | kricsk | No such user exists | http://www.porn.com/videos/lovely-creamy-blonde-lets-a-bearded-stud-bang-her-1654659 |
| PA0001929512 | Passion-HD video (2014.09) | latingz1234 | No such user exists | http://www.porn.com/videos/sexy-threesome-nice-assets-fuck-1747895 |
| PA0001954529 | Passion-HD video (2014.11) | Mikeluvsblkhos | No such user exists | http://www.porn.com/videos/lucky-guy-fucks-two-hotties-1747567 |
| PA0001954532 | Real Ex Girlfriends video (2014.11) | motunks | No such user exists | http://www.porn.com/videos/rock-hard-cock-in-teen-pussy-1747643 |
| PA0001901823 | POVD video (2014.03) | Norman40 | No such user exists | http://www.porn.com/videos/hottie-shows-asshole-1655065 |
| PA0001922946 | Tiny 4K video (2014.08) | OldWabbel | No such user exists | http://www.porn.com/videos/sexy-fucking-nice-ass-1655903 |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | raiaia | No such user exists | http://www.porn.com/videos/babe-allowing-licking-pussy-1654525 |
| PA0001954527 | 18 Years Old video (2014.11) | rmlouchart | No such user exists | http://www.porn.com/videos/wet-pleasure-1656785 |

| | | | | |
|---|---|---|---|---|
| PA0001816214 | Passion-HD video (2012.03) | soleskey | No such user exists | http://www.porn.com/videos/hot-kinky-blondes-get-themselves-involved-in-a-threesome-255651 |
| PA0001954529 | Passion-HD video (2014.11) | sublawn | No such user exists | http://www.porn.com/videos/getting-ass-fucked-1656777 |
| PA0001954530 | POVD video (2014.11) | tanya2783 | No such user exists | http://www.porn.com/videos/pool-vibe-1656609 |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | tvfreak7777777 | No such user exists | http://www.porn.com/videos/cumming-now-1747843 |
| PA0001862822 | Fantasy-HD video (2013.05) | Urlovergirl | No such user exists | http://www.porn.com/videos/brunettes-shaved-pussy-is-fucked-next-to-the-pool-1643239 |
| PA0001954530 | POVD video (2014.11) | vzhooriike | No such user exists | http://www.porn.com/videos/pool-vibe-1656609 |
| PA0001922946 | Tiny 4K video (2014.08) | billv1958 | No such user exists | http://www.porn.com/videos/pretty-blonde-shows-pussy-hole-then-sucks-on-cock-1849571 |
| PA0001802017 | 18 Years Old video (2011.09) | champatp | No such user exists | http://www.porn.com/videos/sexy-little-blonde-with-perfect-pussy-takes-a-hard-fucking-255930 |
| PA0001922609 | Real Ex Girlfriends video (2014.08) | Neverbackdown | No such user exists | http://www.porn.com/videos/sexy-young-brunette-fucks-older-rich-guy-1644661 |
| PA0001802017 | 18 Years Old video (2011.09) | lisi1982 | No such user exists | http://www.porn.com/videos/girl-shows-her-thong-bending-over-in-a-car-255301 |

# EXHIBIT E

**EXHIBIT E**

POSTING OF VIDEO IS BEFORE PRODUCTION OF VIDEO

| **Copyright Registration Number** | **Title of Work** | **Plaintiff Production Date for Video** | **Approximate Date Porn.com Claims It Posted Video** | **Infringing Link** |
|---|---|---|---|---|
| PA0001804997 | Passion-HD video (2011.11) | October 13, 2011 | November 2010 | http://www.porn.com/videos/bathing-beauty-with-big-juicy-tits-likes-to-fuck-340241 |
| PA0001816214 | Passion-HD video (2012.03) | January 31, 2012 | November 2010 | http://www.porn.com/videos/hot-kinky-blondes-get-themselves-involved-in-a-threesome-255651 |
| PA0001833811 | Passion-HD video (2013.01) | December 20, 2012 | November 2008 | http://www.porn.com/videos/urban-singles-like-to-do-it-in-high-style-256297 |
| PA0001888272 | Pure Mature video (2013.09) | July 30, 2013 | November 2012 | http://www.porn.com/videos/big-boobed-lisa-ann-gets-her-asshole-fucked-1376999 |
| PA0001888249 | Fantasy-HD video (2013.09) | September 3, 2013 | November 2012 | http://www.porn.com/videos/thin-little-slut-takes-a-hard-dicking-and-likes-it-1384123 |
| PA0001912978 | POVD video (2014.05) | June 4, 2014 | November 2013 | http://www.porn.com/videos/plump-blonde-girlfriend-sucks-and-rides-in- |

| | | | | |
|---|---|---|---|---|
| | | | | pov-1672689 |
| PA0001922946 | Tiny 4K video (2014.08) | July 14, 2014 | November 2013 | http://www.porn.com/videos/this-no-nonsense-brunette-gets-down-to-business-1672747 |
| PA0001912978 | POVD video (2014.05) | May 9, 2014 | November 2013 | http://www.porn.com/videos/tiny-tit-brunette-hottie-pussy-fingered-and-fucked-1672663 |
| 1-2653886274 | POVD video (2015.0708) | June 4, 2015 (Released July 31, 2015) | June 19, 2015 | http://www.porn.com/videos/yoga-pov-girl-1939053 |
| PA0001802017 | 18 Years Old video (2011.09) | September 28, 2011 | April 2007 | http://www.porn.com/videos/sexy-little-blonde-with-perfect-pussy-takes-a-hard-fucking-255930 |
| PA0001802017 | 18 Years Old video (2011.09) | October 5, 2011 | April 2008 | http://www.porn.com/videos/girl-shows-her-thong-bending-over-in-a-car-255301 |

# EXHIBIT F

**EXHIBIT F**

VIDEO POSTED TO SITE BEFORE USER JOINED SITE

| Copyright Registration Number | Title of Work | Uploader Name | Date Porn.com Claims User Joined | Approximate Date Porn.com Claims It Posted Video | Infringing Link |
|---|---|---|---|---|---|
| PA0001888272 | Pure Mature video (2013.09) | tamuasu | October 25, 2013 | November 2012 | http://www.porn.com/videos/big-boobed-lisa-ann-gets-her-asshole-fucked-1376999 |
| 1-2653886274 | POVD video (2015.0708) | vernoikaserder | July 12, 2015 | June 2015 | http://www.porn.com/videos/yoga-pov-girl-1939053 |
| PA0001956394 | POVD video (2015.0506) | ceasererpils | July 17, 2015 | June 2015 | http://www.porn.com/videos/destiny-love-1080p-hd-1947721 |
| PA0001828920 | Passion-HD video 2012.11. | voyeuse | April 20, 2014 | November 2013 | http://www.porn.com/videos/sexy-santa-babe-takes-cock-in-all-her-holes-1554061 |
| PA0001827684 | Passion-HD video (2012.09) | simonsorry | December 25, 2013 | November 2013 | http://www.porn.com/videos/holly-michaels-gets-all-her-little-holes-fucked-1423889 |
| PA0001902682 | Passion-HD video (2014.03) | redlight41 | December 30, 2014 | November 2013 | http://www.porn.com/videos/sexy-young-blonde-has-a-passionate-love-session-1479187 |
| PA0001816214 | Passion-HD video (2012.03) | PornWorldSpain | January 6, 2014 | November 2013 | http://www.porn.com/videos/anissa-kate-and-mischa-brooks-lick-pussy-and-suck-cock-1438795 |
| 1-2653886046 | My Very First Time video (2015.0708) | iplerpoerders | July 12, 2015 | June 2015 | http://www.porn.com/videos/alice-march-1080p-hd-1935377 |
| PA0001865691 | Pure Mature video | xblogtvcom | June 4, 2014 | November 2013 | http://www.porn.com/videos/kortney-kane-takes-a-shower-and-gets-fucked- |

| | (2013.07) | | | | 1572521 |
|---|---|---|---|---|---|
| PA0001956399 | My Very First Time video 2015.0506. | aipierselksk | June 7, 2015 | May 2015 | http://www.porn.com/videos/first-scene-jessie-law-1879051 |
| PA0001820829 | Pure Mature video (2012.07) | mika31 | March 26, 201**4** | November 201**3** | http://www.porn.com/videos/busty-babe-in-yellow-dress-fucks-her-lover-1503671 |
| PA0001888249 | Fantasy-HD video (2013.09) | smilegeo | September 7, 201**3** | November 201**2** | http://www.porn.com/videos/thin-little-slut-takes-a-hard-dicking-and-likes-it-1384123 |

# EXHIBIT G

**EXHIBIT G**

VIDEO POSTED BEFORE I.S.P. REGISTRATION

| Copyright Registration Number | Title of Work | Approximate Date Porn.com Claims It Posted Video | Date of Porn.com Service Provider Filing with USCO | Infringing Link |
|---|---|---|---|---|
| PA0001804997 | Passion-HD video (2011.11) | November 2010 | September 25, 2013 | http://www.porn.com/videos/bathing-beauty-with-big-juicy-tits-likes-to-fuck-340241 |
| PA0001816214 | Passion-HD video (2012.03) | November 2010 | September 25, 2013 | http://www.porn.com/videos/hot-kinky-blondes-get-themselves-involved-in-a-threesome-255651 |
| PA0001833811 | Passion-HD video (2013.01), | November 2008 | September 25, 2013 | http://www.porn.com/videos/urban-singles-like-to-do-it-in-high-style-256297 |
| PA0001888272 | Pure Mature video (2013.09) | November 2012 | September 25, 2013 | http://www.porn.com/videos/big-boobed-lisa-ann-gets-her-asshole-fucked-1376999 |
| PA0001888249 | Fantasy-HD video (2013.09) | November 2012 | September 25, 2013 | http://www.porn.com/videos/thin-little-slut-takes-a-hard-dicking-and-likes-it-1384123 |
| PA0001802017 | 18 Years Old video (2011.09) | April 2007 | September 25, 2013 | http://www.porn.com/videos/sexy-little-blonde-with-perfect-pussy-takes-a-hard-fucking-255930 |
| PA0001802017 | 18 Years Old video (2011.09) | April 2008 | September 25, 2013 | http://www.porn.com/videos/girl-shows-her-thong-bending-over-in-a-car-255301 |

# EXHIBIT H

**EXHIBIT H**

INFRINGING USER COMPARISON

PORN.COM | XVIDEOS.COM | VPORN.COM

| **User Name** | **Porn.com: Birthdate** | **Porn.com: "Join Date"** | Porn.com: Location | **Xvideos.com: "Join Date"** | Xvideos.com: Location | **VPorn.com: "Join Date"** |
|---|---|---|---|---|---|---|
| setolipnerdwpl | March 5, 1991 | February 20, 2015 | DE | February 20, 2015 | DE | February 20, 2015 |
| plimilkopsxz | February 2, 1992 | March 13, 2015 | GB | March 13, 2015 | GB | March 13, 2015 |
| scloindlicewe | March 5, 1989 | March 18, 2015 | GB | | | March 18, 2015 |
| samanisthtpotr | February 4, 1985 | March 22, 2015 | GB | March 22, 2015 | GB | March 22, 2015 |
| gerethemerisl | March 8 1987 | March 25 2015 | GB | March 25, 2015 | GB | March 25, 2015 |
| saeceilipax | January 4, 1984 | June 1, 2015 | GB | June 1, 2015 | GB | June 1, 2015 |
| verdersaipl | January 3, 1987 | June 5, 2015 | GB | June 5, 2015 | GB | June 5, 2015 |
| aipierselksk | February 4, 1985 | June 7, 2015 | GB | June 7, 2015 | GB | June 7, 2015 |
| cersaercerde | November 17, 1984 | July 11, 2015 | GB | July 11, 2015 | GB | July 11, 2015 |
| iplerpoerders | March 19, 1979 | July 12, 2015 | GB | July 12, 2015 | GB | July 12, 2015 |
| vernoikaserder | January 18, 1980 | July 12, 2015 | GB | July 12, 2015 | GB | July 12, 2015 |
| pilaserecepi | February 18, 1979 | July 16, 2015 | GB | July 16, 2015 | GB | July 16, 2015 |
| ceasererpils | January 19, 1979 | July 17, 2015 | GB | July 17, 2015 | GB | July 17, 2015 |
| polierdecerde | March 18, 1979 | July 20, 2015 | GB | July 20, 2015 | GB | July 20, 2015 |
| nercerilper | March 19, 1979 | July 22, 2015 | GB | July 22, 2015 | GB | July 22, 2015 |
| ereterpilere | March 19, 1980 | July 25, 2015 | GB | July 25, 2015 | GB | July 25, 2015 |
| dercersercd | February 18, 1979 | July 26, 2015 | GB | July 26, 2015 | GB | July 26, 2015 |
| denicerdercer | February 19, 1980 | July 26, 2015 | GB | July 26, 2015 | GB | July 26, 2015 |
| derederpoloe | February 18, 1981 | August 4, 2015 | GB | August 4, 2015 | GB | August 4, 2015 |
| hdeliterwa | February 19, 1980 | February 10, 2015 | GB | February 11, 2015 | GB | |
| touynhkuksw | | June 27, 2015 | | June 27, 2015 | GB | |
| acerderisel | February 18, 1979 | July 26, 2015 | GB | July 26, 2015 | GB | |

| | | | | | | |
|---|---|---|---|---|---|---|
| polokloerder | February 19, 1981 | July 30, 2015 | GB | July 30, 2015 | GB | |
| savageboy | | "Inactive" | | June 3, 2013 | US | |
| chelle1176 | | "Inactive" | | July 11, 2015 | | |
| dojo13 | | "No Such Member" | | October 30, 2014 | US | |
| htowns | | "No Such Member" | | December 14, 2014 | US | |
| raiaia | | "No Such Member" | | October 2, 2015 | BR | |
| morgant | | "No Such Member" | | October 7, 2015 | CA | |
| todoubled | | "No Such Member" | | January 17, 2016 | US | |

# EXHIBIT I

**EXHIBIT I**

USER PROFILE SHOWS NO VIDEOS UPLOADED THOUGH USER HAS VIDEOS ON SITE

| User Name | # of Videos Stated as Posted | # of AMA Videos Found |
|---|---|---|
| allygurl | 0 | 1 |
| havocs | 0 | 1 |
| houmandxb | 0 | 1 |
| jwill33 | 0 | 1 |
| sodders | 0 | 1 |
| Songsong | 0 | 1 |

# EXHIBIT J

# EXHIBIT J

| Registration # | Title | AMA Link | Traffic Force Link |
|---|---|---|---|
| PA0001956613 | Tiny 4K video (2015.0102) | http://tiny4k.com/video/tiny-teen-romp | http://cdn.ht.trafficforce.com/system/files/images/11731/de11484435d0a4835e68355409c3a2bd.gif |
| PA0001902675 | Fantasy-HD video (2014.03) | http://fantasyhd.com/video/mirror-dildo | http://cdn.ht.trafficforce.com/system/files/images/11731/4092783f42f8c79ebff20386e1550057.gif |

1 / 1

3/30/2016 12:56:55 PM

1 / 1

3/30/2016 1:37:09 PM

# EXHIBIT K

**EXHIBIT K**

| Registration # | Title | Plaintiff Link | Defendant Link | Defendant Category |
|---|---|---|---|---|
| PA0001892867 | POVD video (2014.02) | http://povd.com/video/love-is-blind | http://assets.porn.com/images/cats/13.jpg | POV |
| PA0001888263 | Real Ex Girlfriends video (2013.09) | http://pornpros.com/video/boning-for-the-rock | http://assets.porn.com/images/cats/265.jpg | Couples |

Couples

4/1/2016 10:07:33 PM

Source: http://www.porn.com/categories

POV

4/1/2016 10:06:56 PM

Source: http://www.porn.com/categories