LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF AMA MULTIMEDIA LLC'S FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff AMA Multimedia LLC, through its attorney, Veronica L. Manolio of Manolio & Firestone, PLC, provides the following corporate disclosure statement:

AMA Multimedia LLC has no parent corporation, is not publicly traded, and does not have a publicly traded corporation owning ten percent (10%) or more of its stock.

1   DATED this 28th day of April, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
    Veronica L. Manolio
    8686 E. San Alberto Dr., Suite 200
    Scottsdale, Arizona 85258
    *Attorneys for Plaintiff*