✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☐ ACTION   ☐ APPEAL

| DOCKET NO. | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

| Copyright Registration Number | Title of Work | Author or Work |
|---|---|---|
| PA0001802017 | 18 Years Old video (2011.09) | AMA Multimedia, LLC |
| PA0001954527 | 18 Years Old video (2014.11) | AMA Multimedia, LLC |
| PA0001956393 | 18 Years Old video (2015.0506) | AMA Multimedia, LLC |
| PA0001954528 | Casting Couch X video (2014.11) | AMA Multimedia, LLC |
| PA0001956390 | Casting Couch X video 2015.0506. | AMA Multimedia, LLC |
| PA0001954526 | Exotic 4K video (2014.11) | AMA Multimedia, LLC |
| PA0001857695 | Fantasy-HD video (2013.03) | AMA Multimedia, LLC |
| PA0001862822 | Fantasy-HD video (2013.05) | AMA Multimedia, LLC |
| PA0001865702 | Fantasy-HD video (2013.07) | AMA Multimedia, LLC |
| PA0001888249 | Fantasy-HD video (2013.09) | AMA Multimedia, LLC |
| PA0001902675 | Fantasy-HD video (2014.03) | AMA Multimedia, LLC |
| PA0001912994 | Fantasy-HD video (2014.05) | AMA Multimedia, LLC |
| PA0001922355 | Fantasy-HD video (2014.08) | AMA Multimedia, LLC |
| PA0001956384 | Fantasy-HD video (2015.0506) | AMA Multimedia, LLC |
| PA0001956391 | Massage Creep video (2015.0506) | AMA Multimedia, LLC |
| PA0001956614 | Massage Creep video 2015.0102. | AMA Multimedia, LLC |
| PA0001956391 | Massage Creep video 2015.0506. | AMA Multimedia, LLC |
| 1-2653886046 | My Very First Time video (2015.0708) | AMA Multimedia, LLC |
| PA0001956399 | My Very First Time video 2015.0506. | AMA Multimedia, LLC |
| PA0001804997 | Passion-HD video (2011.11) | AMA Multimedia, LLC |
| PA0001816214 | Passion-HD video (2012.03) | AMA Multimedia, LLC |
| PA0001820828 | Passion-HD video (2012.07) | AMA Multimedia, LLC |

| | | |
|---|---|---|
| PA0001893394 | Passion-HD video (2012.07) | AMA Multimedia, LLC |
| PA0001827684 | Passion-HD video (2012.09) | AMA Multimedia, LLC |
| PA0001828920 | Passion-HD video (2012.11) | AMA Multimedia, LLC |
| PA0001833811 | Passion-HD video (2013.01) | AMA Multimedia, LLC |
| PA0001862814 | Passion-HD video (2013.05) | AMA Multimedia, LLC |
| PA0001865692 | Passion-HD video (2013.07) | AMA Multimedia, LLC |
| PA0001902682 | Passion-HD video (2014.03) | AMA Multimedia, LLC |
| PA0001922353 | Passion-HD video (2014.08) | AMA Multimedia, LLC |
| PA0001929512 | Passion-HD video (2014.09) | AMA Multimedia, LLC |
| PA0001954529 | Passion-HD video (2014.11) | AMA Multimedia, LLC |
| 1-2827777452 | Passion-HD video (2015.0910) | AMA Multimedia, LLC |
| PA0001828920 | Passion-HD video 2012.11. | AMA Multimedia, LLC |
| PA0001892867 | POVD video (2014.02) | AMA Multimedia, LLC |
| PA0001901823 | POVD video (2014.03) | AMA Multimedia, LLC |
| PA0001912978 | POVD video (2014.05) | AMA Multimedia, LLC |
| PA0001925797 | POVD video (2014.08) | AMA Multimedia, LLC |
| PA0001929513 | POVD video (2014.09) | AMA Multimedia, LLC |
| PA0001954530 | POVD video (2014.11) | AMA Multimedia, LLC |
| PA0001956394 | POVD video (2015.0506) | AMA Multimedia, LLC |
| 1-2653886274 | POVD video (2015.0708) | AMA Multimedia, LLC |
| PA0001820829 | Pure Mature video (2012.07) | AMA Multimedia, LLC |
| PA0001857777 | Pure Mature video (2013.03) | AMA Multimedia, LLC |
| PA0001865691 | Pure Mature video (2013.07) | AMA Multimedia, LLC |
| PA0001888272 | Pure Mature video (2013.09) | AMA Multimedia, LLC |

| | | |
|---|---|---|
| PA0001954531 | Pure Mature video (2014.11) | AMA Multimedia, LLC |
| 1-2653886398 | Pure Mature video (2015.0708) | AMA Multimedia, LLC |
| PA0001862810 | Real Ex Girlfriends video (2013.05) | AMA Multimedia, LLC |
| PA0001888263 | Real Ex Girlfriends video (2013.09) | AMA Multimedia, LLC |
| PA0001893077 | Real Ex Girlfriends video (2014.01) | AMA Multimedia, LLC |
| PA0001902405 | Real Ex Girlfriends video (2014.03) | AMA Multimedia, LLC |
| PA0001912976 | Real Ex Girlfriends video (2014.05) | AMA Multimedia, LLC |
| PA0001922609 | Real Ex Girlfriends video (2014.08) | AMA Multimedia, LLC |
| PA0001929515 | Real Ex Girlfriends video (2014.09) | AMA Multimedia, LLC |
| PA0001954532 | Real Ex Girlfriends video (2014.11) | AMA Multimedia, LLC |
| PA0001951165 | Real Ex Girlfriends video (2015.0304) | AMA Multimedia, LLC |
| PA0001956389 | Real Ex Girlfriends video (2015.0506) | AMA Multimedia, LLC |
| 1-2653886492 | Real Ex Girlfriends video (2015.0708) | AMA Multimedia, LLC |
| PA0001956389 | Real Ex Girlfriends video 2015.0506. | AMA Multimedia, LLC |
| PA0001951155 | Teen BFF video (2015.0304) | AMA Multimedia, LLC |
| PA0001912979 | Tiny 4K video (2014.06) | AMA Multimedia, LLC |
| PA0001922946 | Tiny 4K video (2014.08) | AMA Multimedia, LLC |
| PA0001929519 | Tiny 4K video (2014.09) | AMA Multimedia, LLC |