FILED _____ LODGED
RECEIVED _____ COPY

JUN 0 2 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

AMA Multimedia LLC, a Nevada limited liability company

Plaintiff(s)/Petitioner(s),

vs.

Sagan Limited, et al.

Defendant(s)/Respondent(s)

CASE NO: CV16-1269 PHX DGC

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

## NOTICE:  $35.00 APPLICATION FEE REQUIRED!

I, Erica J. Van Loon _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of Defendant GLP 5, Inc. and Defendant Netmedia Services, Inc.

**City and State of Principal Residence:** Los Angeles, California

**Firm Name:** Glaser Weil Fink Howard Avchen & Shapiro LLP

**Address:** 10250 Constellation Blvd.   **Suite:** Floor 19

**City:** Los Angeles   **State:** CA   **Zip:** 90067

**Firm/Business Phone:** ( 310 ) 553-3000

**Firm Fax Phone:** ( 310 ) 785-3560   **E-mail Address:** evanloon@glaserweil.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| State Bar of California | 12/03/2003 | ☑Yes | ☐No* |
| Supreme Court of the United States | 03/10/2014 | ☑Yes | ☐No* |
| Eastern District of Texas | 06/19/2008 | ☑Yes | ☐No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

\* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐Yes ☑No
Have you ever been disbarred from practice in any Court?  ☐Yes ☑No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

June 2, 2016

_Erica J. Van Loon_

**Date**

**Signature of Applicant**

**Fee Receipt #** PHX17264

(Rev. 04/12)

| State or Federal Court | Admission Date |
|---|---|
| Central District of California | 2003 |
| Northern District of California | 2004 |
| Northern District of Illinois | 2005 |
| Federal Circuit of Appeals | 2007 |
| District Court of Colorado | 2008 |
| Southern District of California | 2009 |
| Ninth Circuit Court of Appeals | 2011 |

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Erica J Van Loon                    , Bar No.    227712

was duly admitted to practice in this Court on    December 3, 2003
<em>DATE</em>

and  is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on    June 2, 2016
<em>Date</em>

KIRY K. GRAY
Clerk of Court

By _____ , Deputy Clerk
Lupe Thrasher