ERICA J. VAN LOON – CA State Bar No. 227712
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc.,*
*Netmedia Services, Inc.,*
*individually and d/b/a Porn.com*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request)**<br><br>Complaint Served on GLP 5, Inc.: 05/19/2016<br>GLP Inc.'s Current Response Date: 06/09/2016<br>Complaint Served on Netmedia Services LLC: 06/01/2016<br>Netmedia Services LLC's Current Response Date: 06/22/2016<br>Requested Response Date: 07/09/2016 |

Pursuant to Local Rule 7.3 of the District Court of Arizona, Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services Inc. ("Netmedia") (each individually a "Defendant" and collectively "Defendants"), by and through their counsel, Glaser Weil Fink Howard Avchen & Shapiro LLP ( "Glaser Weil LLP"), respectfully move for an extension of time in the amount of thirty (30) days from GLP 5's original June 9, 2016 deadline to respond, to file and serve an answer or other response to Plaintiff's Complaint in this action. This extension

1197106

of time is the first requested by Defendants and is based upon the following grounds:

1. Defendant GLP 5 was served with the Complaint and Summons on May 19, 2016. ECF No. 1. Per the Arizona District Court's Local Rules of Civil Procedure, GLP 5 is to respond to the Complaint on or before June 9, 2016.

2. Glaser Weil LLP was only recently retained by GLP 5 and has not had an opportunity to fully investigate the claims made by Plaintiff and to analyze the applicable law and facts concerning this case. Accordingly, Defendants' counsel needs more time to do so. *See* Declaration of Erica J. Van Loon ("Van Loon Decl."), ¶ 1.

3. Further, Netmedia was served with the Complaint and Summons on June 1, 2016. Netmedia has retained Glaser Weil LLP to represent it in this matter. *Id.* Therefore, Glaser Weil LLP is unable to prepare a joint answer or responsive pleading for Defendants, as it has similarly had an insufficient amount of time to investigate and analyze the claims asserted by Plaintiff against Netmedia.

4. To date, Defendants Sagan Ltd., MXN Ltd., and David Koonar have yet to be served a Complaint and Summons in this action.

5. Moreover, Philip Bradbury, the principal of GLP 5, will be in a remote part of Northern Ontario, Canada and inaccessible by both email and phone from June 4, 2016 to June 11, 2016. Declaration of Philip Bradbury ("Bradbury Decl."), ¶ 3. Mr. Bradbury is the sole director, president and secretary of GLP 5. *Id.* at ¶ 2. It is therefore pertinent that he assist GLP 5's counsel in the preparation of its response to the Complaint as he has valuable information to offer in connection with GLP 5's defense in this action. *Id*. If an extension of time is not granted, Mr. Bradbury will be unable to participate or approve GLP 5's answer or responsive pleading before it is filed to ensure that all of GLP 5's interests are adequately addressed. *Id.* at ¶ 4. Therefore, an extension of time would further the interest of providing GLP 5 a full and fair opportunity to represent its interests and defenses in this action.

1197106

6. Defendants' counsel contacted Plaintiff AMA Multimedia LLC's ("AMA") counsel on June 1, 2016 to request an extension of time to file GLP 5's answer or responsive pleading to the Complaint. However, Plaintiff's counsel flatly rejected the request and refused to extend GLP 5 the professional courtesy of extending time for GLP 5 to answer the Complaint unless Defendants' counsel agreed to accept service for the remaining unserved Defendants. *See* Van Loon Decl., Ex. 1.

7. Plaintiff will not be prejudiced should the Court grant Defendants' reasonable request for an extension of time. In fact, an extension will allow Plaintiff the opportunity to serve the remainder of the Defendants in this action. Moreover, if an extension of time is not granted, Defendants will need to file multiple responses, each likely to be a motion to dismiss. Thus, an extension of time will allow the Defendants to file a joint motion to dismiss, saving Plaintiff the additional burden of opposing multiple motions to dismiss. As such, Plaintiff would not be prejudiced should the Court grant Defendants' motion and will benefit from an extension of time.

8. Further, the requested time extension will not only spare Defendants unnecessary attorneys' fees and costs, but will also further the interests of judicial efficiency. If an extension of time is not granted, the Court will be faced with multiple responses from each Defendant in this action, likely to be motions to dismiss. Given the nature of the allegations at issue, it is also likely that such motions will rely on substantially similar grounds. Thus, an extension of time will allow the Defendants to file jointly, saving both time and expense for the Court.

Based on the foregoing, Defendants respectfully request that this Court grant Defendants' Motion for Extension of Time in the amount of thirty (30) days to serve an answer or other responsive pleading to Plaintiff's Complaint through and until July 9, 2016.

2

1197106

| | | |
|---|---|---|
| 1 | DATED:  June 3, 2016 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Erica J. Van Loon<br>ERICA J. VAN LOON |
| 5 | | *Attorney for Defendants*<br>*GLP 5, Inc.,* |
| 6 | | *Netmedia Services, Inc.,*<br>*individually and d/b/a Porn.com* |

3

1197106

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2016, I electronically transmitted the attached document to the U.S. District Court Clerk's Office using the CM/ECF system for filing and sent via U.S. Mail a copy of Defendants' Motion for Extension of Time to Respond to Complaint to:

Veronica Lynn Manolio
Manolio & Firestone PLC
8686 E San Alberto Dr., Ste. 200
Scottsdale, AZ 85258
480-222-9100
*Attorney for Plaintiff*

                                                                       /s/ Erica J. Van Loon
                                                                         Erica J. Van Loon

1197106