ERICA J. VAN LOON – CA State Bar No. 227712
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc.,*
*Netmedia Services, Inc.,*
*individually and d/b/a Porn.com*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>             Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>**(First Request)** |

1196978

**DECLARATION OF ERICA J. VAN LOON**

I, Erica J. Van Loon, declare and state as follows:

I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorneys of record herein for Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services Inc. ("Netmedia"). I make this declaration in support of Defendants' Motion for Extension of Time to Respond to Complaint. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

1. I was recently retained by both GLP 5 and Netmedia in connection with this matter. As such, I have not had an opportunity to fully investigate the claims made by Plaintiff and to analyze the applicable law and facts concerning this case. I am concerned that absent an extension, I will not have sufficient time to adequately advise my client or prepare a response to Plaintiff's Complaint by June 9, 2016. An extension of time is necessary to allow me to get up to speed on this case and competently protect my client's interests.

2. On June 1, 2016, I contacted Plaintiff AMA Multimedia LLC's counsel to request an extension of time to file GLP 5's answer or responsive pleading to the Complaint. However, Plaintiff's counsel flatly rejected and refused to extend GLP 5 the professional courtesy of agreeing to the requested extension unless I agreed to accept service for all the defendants. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange between Plaintiff's counsel and myself, regarding Plaintiff's refusal of GLP 5's request for extension of time to answer Plaintiff's Complaint.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

///
///
///

1

1196978

1  Executed on June 3, 2016 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

1196978

Exhibit 1

| | |
|---|---|
| **From:** | Veronica L. Manolio <vmanolio@mf-firm.com> |
| **Sent:** | Wednesday, June 1, 2016 10:27 AM |
| **To:** | Erica Van Loon |
| **Subject:** | RE: AMA v. Sagan, et al. 2:16-cv-1269 DGC |

Erica,

I have been instructed by my Client that I am not permitted to grant an extension of time. You may feel free to file whatever you deem appropriate, and I will deal with it as it comes. This is not a simple matter of my "professional discourtesy."

We know that all of the entities named are related and the ownership is likely the same. You have likely been retained by all the Defendants, just as you noted in your first email to me. So it is an equal "discourtesy" to have me waste resources on service.

My Client has instructed me to deny an extension because he/the company feels that your client(s) initiated a meritless and reckless breach of contract litigation in Barbados as a means to circumvent this lawsuit. He will not permit me to grant an extension if you are unwilling to accept service on behalf of all the Defendants.

Feel free to talk to Mr. Koonar about having him retain you for all the entities, and I will certainly speak with my Client about changing his mind. But "professional courtesy" should flow both ways.


*Veronica*



8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100


**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Wednesday, June 01, 2016 10:21 AM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** RE: AMA v. Sagan, et al. 2:16-cv-1269 DGC

Dear Veronica,
Just so we understand your position clearly, are you saying that you will not agree to any extension of time for GLP 5 to respond to the Complaint or that you feel that 30 days is too long. If your position is to outright decline our first request for extension to respond to the complaint, then we will file a motion with the Court requesting an extension and note your professional discourtesy on this issue.

Best Regards,
Erica

---

**From:** Veronica L. Manolio [mailto:vmanolio@mf-firm.com]
**Sent:** Wednesday, June 1, 2016 10:10 AM
**To:** Erica Van Loon
**Subject:** RE: AMA v. Sagan, et al. 2:16-cv-1269 DGC

My Client has declined to allow the 30 days.

*Veronica*



8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100

---

**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Wednesday, June 01, 2016 10:07 AM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** RE: AMA v. Sagan, et al. 2:16-cv-1269 DGC

Hi Veronica,
I have no authority to accept service for the other named Defendants and do not currently represent them. Please let us know if, as a professional courtesy, you will give GLP 5 a short extension of time to respond to the Complaint. We feel 30 days would be appropriate.
Thank you,
Erica

**From:** Veronica L. Manolio [mailto:vmanolio@mf-firm.com]
**Sent:** Wednesday, June 1, 2016 9:54 AM
**To:** Erica Van Loon
**Subject:** RE: AMA v. Sagan, et al. 2:16-cv-1269 DGC

Hi Erica,

I would be happy to agree to a 30-day extension if you will accept service for all of the remaining Defendants.  If you intend to represent them, then there should be no need to waste additional time and funds to effectuate service.

I look forward to working with you and appreciate the cooperation.

Sincerely,
*Veronica*



8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100

---

**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Wednesday, June 01, 2016 9:41 AM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** AMA v. Sagan, et al. 2:16-cv-1269 DGC

Dear Ms. Manolio,
We have been retained to represent Defendant GLP 5, Inc. and most likely the other named Defendants in the above-referenced action. It is my understanding that GLP 5 has been served and has a response to the Complaint due on June 9. I am not aware of any of the other Defendants yet being served in this matter.

I write to request a short extension of time for GLP 5 to respond to the Complaint so that my firm may get up to speed on this matter and to allow time for the other Defendants to be served. Please let us know if you will agree to a 30 day extension.

Best Regards,
Erica Van Loon

**GlaserWeil**

**Erica J. Van Loon | Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.