ERICA J. VAN LOON – CA State Bar No. 227712
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc.*
*Netmedia Services, Inc.,*
*individually and d/b/a Porn.com*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company, <br><br>Plaintiff, <br><br>v. <br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20, <br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC <br><br>Hon. David G. Campbell <br><br>**DECLARATION OF PHILIP BRADBURY IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request)** |

1197106.1

## DECLARATION OF PHILIP BRADBURY

I, Philip Bradbury, declare and state as follows:

1. I make this Declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I am the sole director, president, and secretary of GLP 5, Inc. ("GLP 5"). As such, I have valuable information to offer in connection with GLP 5's defense in this action. It is therefore pertinent that I assist GLP 5's counsel in the preparation of GLP 5's response to AMA Multimedia LLC's ("AMA") Complaint.

3. From June 4, 2016 to June 11, 2016, I will be inaccessible by telephone and email. I am attending my family's annual fly fishing trip near Dokis Indian Reserve in Northern Ontario, Canada, where there is no cellular service or internet access. My family has upheld this tradition during the same week, every year, for the past 61 years. I will therefore be unavailable to GLP 5's counsel for the duration of that time.

4. Accordingly, if this Court does not grant GLP 5's motion for extension of time, I will not be able to assist GLP 5's counsel in preparing GLP 5's response to AMA's Complaint. Nor will I be able to approve GLP 5's answer or responsive pleading before it is filed to ensure that it represents all of GLP 5's interests. Thus, an extension of time is necessary to guarantee GLP 5 a full and fair opportunity to represent its interests and defenses in this action.

///
///
///
///
///
///
///
///
///

1197106.1

1  I declare under penalty of perjury pursuant to the laws of the United States of
2  America that the foregoing facts are true and correct.
3  Executed on June 2, 2016 at Windsor, Ontario, Canada.

_____
PHILIP BRADBURY

1197106.1