IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>　　　　　　Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (First Request)** |

1196981

1  The Court, having read and considered Defendants GLP 5, Inc. and Netmedia
2 Services Inc.'s (collectively "Defendants") Motion for Extension of Time to Respond to
3 Complaint (First Request) ("Motion") and supporting Declaration of Erica J. Van Loon and
4 Exhibit, and finding good cause in support thereof, hereby GRANTS Defendants' Motion.
5  IT IS HEREBY ORDERED that the deadline for Defendants to file an answer or
6 responsive pleading to Plaintiff's Complaint is extended to July 9, 2016.

8  IT IS SO ORDERED.

9 DATED: _____

10  Hon. David G. Campbell
    UNITED STATES DISTRICT
11  COURT JUDGE

1196981

1