# EXHIBIT 1

## Declaration of Adam Silverman

1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**IN AND FOR THE DISTRICT OF ARIZONA**

8

AMA MULTIMEDIA LLC, a Nevada
limited liability company,

9

Case No.  CV 16-1269 PHX-DGC

10

Plaintiff,

**SWORN DECLARATION OF
ADAM SILVERMAN**

11

v.

12

Sagan Limited, a Republic of Seychelles
company, individually and d/b/a Porn.com;
MXN Ltd., a Barbados Company, individually
and d/b/a Porn.com; Netmedia Services, Inc., a
Canadian Company, individually and d/b/a
Porn.com; GLP 5, Inc., a Michigan Company
individually and d/b/a Trafficforce.com;
David Koonar, an individual; *et. al.*,

13
14
15
16
17

Defendants.

18

19

Upon his oath and pursuant to the penalty of perjury, Adam Silverman does

20

hereby state and affirm as follows:

21

1.   I am over the age of 18 and competent to make this Declaration under oath.

22

I am a resident of Las Vegas, Nevada and a citizen of the United States of America. I am

23

also the managing Member of AMA Multimedia, the Plaintiff in this case, and I am

24

involved in the day-to-day operation of the company, including the production of movies,

25

operation of paid membership sites, affiliate programs, and protection of the company's

26

intellectual property. I have firsthand knowledge about this lawsuit and its contents.

2.     I make this Declaration based upon personal knowledge, and if called to testify, I could and would testify consistently with the facts as set forth herein.

3.     I have known Defendant David Koonar since approximately 2010.

4.     Through my contacts and dealings in the industry, I have known Defendant David Koonar to be the owner and operator of Porn.com and Trafficforce.com, two of the web properties at issue in this case.

5.     Early this year, it came to my attention that certain intellectual property of AMA Multimedia was being infringed by the Defendants. Knowing of Mr. Koonar, I personally reached out to him and engaged in discussions about how to resolve the issues before litigation was ever initiated.

6.     Through my attorneys, a full and identical draft of the lawsuit/Complaint was provided to the Defendants and defense counsel on approximately April 25, 2016. This was, again, in an effort to avoid filing the lawsuit and to settle our differences before litigation.

7.     Defendants' counsel, Erica Van Loon, was specifically listed on some of the privileged settlement communications and was clearly retained by some Defendants at that time.

8.     We did engage in settlement discussions, and Defendant David Koonar asked for an extension of time to reply to settlement offer(s).

9.     Under the guise of needing more time to respond to our ongoing settlement talks, Mr. Koonar then filed a meritless breach of contract litigation ("Barbados Claim") against AMA Multimedia and me personally on April 27, 2016. *See*, **Exhibit A** here. The Barbados Claim does not specify any improper conduct and does not contain any supporting documentation or evidence whatsoever. *Id*. Moreover, the Barbados Claim was illegally served on my registered agent on April 28th (improper service was effectuated under Barbados law).

-2-

10.     It was clear to me that Mr. Koonar filed the Barbados Claim solely as vengeance for the Complaint/lawsuit that he knew was coming in this Court – because I had provided him a copy in advance.  It is also clear to me that the Barbados Claim lacks any merit whatsoever.

11.     My Barbados counsel has filed a motion to have the illegal/improper service set aside on the Barbados Complaint.  A hearing on the issue took place in Barbados on May 27th, but because Defendants' counsel failed to properly notify my counsel about their pleadings, the hearing was reset until June 13, 2016.

12.     It is my earnest belief that Ms. Van Loon has sought more time in this matter solely to delay her Answer past the June 13th hearing date.  I believe this is a delay tactic and a game by the Defendants, including David Koonar.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ day of June, 2016.


_____
Adam Silverman

-3-

10.  It was clear to me that Mr. Koonar filed the Barbados Claim solely as vengeance for the Complaint/lawsuit that he knew was coming in this Court – because I had provided him a copy in advance. It is also clear to me that the Barbados Claim lacks any merit whatsoever.

11.  My Barbados counsel has filed a motion to have the illegal/improper service set aside on the Barbados Complaint. A hearing on the issue took place in Barbados on May 27th, but because Defendants' counsel failed to properly notify my counsel about their pleadings, the hearing was reset until June 13, 2016.

12.  It is my earnest belief that Ms. Van Loon has sought more time in this matter solely to delay her Answer past the June 13th hearing date. I believe this is a delay tactic and a game by the Defendants, including David Koonar.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___4th___ day of June, 2016.

_____
Adam Silverman

- 3 -

# EXHIBIT A

Barbados Complaint



DRAWN AND PREP'  D BY

ZARINA KH.  N
ATTORNEY-AT-LAW
Prospect Chambers
"Summerland House"
Prospect Road, St James
BB24000, Barbados

**CLAIM FORM**

**Form 1**

*(Rule 8.1(4))*

**SUPREME COURT OF BARBADOS**
**IN THE HIGH COURT OF JUSTICE**

CLAIM NO. | CUb00 |2016

**BETWEEN:**

**CYBERWEB LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5, INC**
**GIM CORP**
**DAVID KOONAR**                                        **CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**
**ADAM SILVERMAN**                                      **DEFENDANTS**

The Claimants, **CYBERWEB LTD** formerly MXN LTD of Coconut Creek House, Derricks in the parish of St. James, Barbados; **NETMEDIA SERVICES INC** of 5060 Tecumseh Rd. East, Windsor, ON Canada; **SAGAN LTD** of Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles; **GLP 5, INC** of 30150 Telegraph Road, STE 444, Bingham Farms, MI, 48025-4549 USA, **GIM CORP** of Coconut Creek House, Derricks in the parish of St. James, Barbados  **AND DAVID KOONAR** of Asolo (Treviso – Italy), Via Santa Caterina 35 claim jointly and severally against **the Defendants, AMA MULTIMEDIA, LLC** of Las Vegas, Nevada, USA and **ADAM SILVERMAN** of Las Vegas, Nevada, USA.

**(SET OUT BRIEFLY THE NATURE OF THE CLAIM, ANY SPECIFIC AMOUNT CLAIMED AND ANY OTHER REMEDY SOUGHT FROM THE COURT)**

1.      Injunctive relief to restrain anticipatory breach of contract and or breach of the Claimant - GIM CORP- rights in an Agreement entitled Content Partner Revenue Sharing Agreement made between GIM CORP and the Defendants herein on or about the 10th day of September, 2012 ("Content Partner Revenue Sharing Agreement").

2.     A Declaration that the Content Partner Revenue Sharing Agreement is entirely and solely justiciable only in the Courts of Barbados pursuant to Barbados law and without regard to conflicts of laws principles.

3.     A Declaration that all of the Claimants herein are entitled to rely on the rights granted by the Defendants to GIM CORP under the Content Partner Revenue Sharing Agreement..

4.     A Declaration that all of the Claimants herein are, pursuant to the Content Partner Revenue Sharing Agreement, entitled to publicize and or distribute materials submitted provided to or otherwise made available to the Claimants by the Defendants or either of them, including without limitation, materials as to which Defendants claim or otherwise assert copyright interests, .

5.     Relief for breach of the Content Partner Revenue Sharing Agreement by Defendants, including, without limitation, damages for and order restraining breach and or further breach or violation of representations and warranties that Defendant(s) would not, directly or indirectly, undertake any action (or authorize others to undertake any action) in conflict with the rights of GIM CORP, including those rights held by GIM CORP pursuant to the Content Partner Revenue Sharing Agreement.

6.     Interest pursuant to section 35 of Cap 117A;

7.     Costs including costs provided for under the Content Partner Revenue Sharing Agreement.

8.     Further or other relief deemed fit.

(THE FOLLOWING IS TO BE COMPLETED ONLY WHERE THE CLAIM IS FOR A SPECIFIED AMOUNT)

|  | $ |
|---|---|
| Amount Claimed | |
| Interest | |
| Court fees | |
| Attorney's Fixed Costs on issue | |
| Total Amount Claimed | |

I Kris Richardson certify that all facts set out in this Claim Form are true to the best of my knowledge, information and belief.

Dated the    27    day of April    2016

*Claimant's signature*

## NOTICE TO THE DEFENDANT

### See the notes in Form 1A served with this Claim Form.

This Claim Form must contain or have served with it either a Statement of Claim or a copy of a court order entitling the Claimant to serve the Claim Form without a Statement of Claim.

If you do not complete the form of Acknowledgment of Service served on you with this Claim Form and deliver or send it to the Registry (address below) so that it is received there within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. See Rules 9.2(4) and 9.3(1).

The form of Acknowledgment of Service may be completed by you or by an attorney-at-law acting for you.

You should consider obtaining legal advice with regard to this Claim.

**This Claim Form has no validity if it is not served within twelve months of the date below unless it is accompanied by an order extending that time.**

The Court has fixed the                              day of                         2016
, at                      am/pm, as the time and date for a directions hearing in this Claim. You or your representative must attend that hearing, unless the Court dispenses with your attendance, or orders may be made against you in your absence.

You are referred to Part 27, and particularly rule 27.4, of the Rules of the Supreme Court.

The Registry is located at The Law Courts, Bridgetown, telephone number 246-426-3461, FAX (246)426-2405. The office is open to the public between 8.15 a.m. and 3.30 p.m. Mondays to Fridays except on public holidays.

Dated the                          day of                      2016

The Claimant's address for service is Zarina Khan, and Ivan Alert Attorneys-at-Law of and whose address for service is Prospect Chambers, Summerland House, Prospect Road, St James. Telephone No. 622 0050, Fax No. 438 7266.

Filed by Zarina Khan, in association with Ivan Alert, Attorneys-at-Law of Prospect Chambers, "Summerland House", Prospect Road, Prospect, St James, Barbados.

## ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM

**Form 3**

*(Rule 8.12 (1)(a) and Part 9)*

**SUPREME COURT OF BARBADOS
IN THE HIGH COURT OF JUSTICE**

CLAIM NO. 

**BETWEEN:**

**CYBERWEB LTD
NETMEDIA SERVICES INC
SAGAN LTD
GLP 5, INC**

**CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**

**DEFENDANT**

**WARNING:** If this document is not fully completed and returned to the Registry at the address below within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. If he does so you will have no right to be heard by the Court except as to costs or the method of paying any judgment unless you apply to set the judgment aside (and it may not be possible for you to succeed in having it set aside).

1. Have you received the Claim Form with the above Claim number?      YES/NO

2. If so, when?      ___/___/___
                                                *Date*

3. Did you also receive the Claimant's Statement of Claim?      YES/NO

4. If so, when?      ___/___/___
                                                *Date*

5. Are your names properly stated in the Claim Form?      YES/NO

   If not, what are your full names?

   ..............................................................................................................................................

6. Do you intend to defend the Claim?      YES/NO

   (If so you must file a Defence within 28 days of the date of service of the Claim Form on you.)

7. Do you admit the whole of the claim made in the Claim Form?      YES/NO

   (If you do you should either

   (a)  pay the claim directly to the Claimant or his attorney-at-law, or;

   (b)  complete the form of application to pay the claim by instalments.

   If you pay the whole debt together with the costs and interest as shown in the Claim Form within FOURTEEN DAYS you will have no further liability for costs.)

**FORM 3** – *Cont'd*

*(Rule 8.12(1)(a) and Part 9)*

8. If you do not admit the whole of the claim, do you admit any part of the claim?          YES/NO

   (If you do you may

   (a) pay the money that you admit direct to the Claimant or his attorney-at-law; or

   (b) complete the form of application to pay the claim by instalments.)

9. If so, how much do you admit? ........................................................................................................................

   (If you dispute the balance of the claim you must also file a Defence within TWENTY-EIGHT DAYS of the date of service of the Claim Form on you or judgment may be entered against you for the whole amount claimed.)

10. What is your own address?     ........................................................................................................

   ........................................................................................................

   ........................................................................................................

11. What is your address for service?
   (If you are acting in person you must give an address to which documents may be sent either from other parties or from the court. You should also give your telephone number and FAX number, if any.)

   ........................................................................................................

   ........................................................................................................

   ........................................................................................................

12. Dated the                    day of                    2016

   ........................................................
   Attorney-at-Law for the Defendant
   Defendant in person

The Registry is located at The Law Courts, Bridgetown, telephone number (246)426-3461, FAX (246)426-2405. The Office is open to the public between 8:15 a.m. and 3:30 p.m. Mondays to Fridays except on public holidays.

Filed by Zarina Khan, and Ivan Alert Attorneys-at-Law of Prospect Chambers, "Summerland House", Prospect Road, Prospect, St James, Barbados.

**SUPREME COURT OF BARBADOS**

**IN THE HIGH COURT OF JUSTICE**

CLAIM NO. CV600 2016

**BETWEEN**

**CYBERWEB LTD**
**FOSHAN LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5, INC**
**DAVID KOONAR**

**CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**
**ADAM SILVERMAN**

**DEFENDANTS**

**CLAIM FORM**

**ZARINA KHAN**
**ATTORNEY-AT-LAW**