# EXHIBIT 2
## Declaration of Plaintiff's Counsel

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; MXN Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual; *et. al.*,<br><br>Defendants. | Case No. CV 16-1269 PHX-DGC<br><br>**SWORN DECLARATION OF VERONICA L. MANOLIO** |

Upon her oath and pursuant to the penalty of perjury, Veronica L. Manolio hereby states and affirms as follows:

1. I am the attorney of record for Plaintiff AMA Multimedia, LLC in this matter, and I have firsthand knowledge about the procedure and dealings in this case.

2. I make this Declaration in support of AMA's opposition to allowing Defendants additional time to respond to the Complaint against them, and the facts stated here are based on my personal knowledge (unless otherwise stated) and would be stated the same if I were testifying in a Court of law.

3.  Prior to me/my firm being retained in this case, AMA was represented by Mr. Spencer Freeman, a lawyer from Tacoma, Washington. Defendants were represented by Mr. Corey Silverman from Bingham Farms, Michigan. Those lawyers engaged in settlement communications for the parties.

4.  I have personally reviewed the settlement communications and note:

   a. Defendants had Notice and an actual copy of the Complaint in this case since at least April 25, 2016 (and likely earlier); and

   b. Ms. Van Loon was carbon copied on the settlement communication.

5.  When my firm filed this lawsuit, we promptly attempted service of the multiple Defendants. After several attempts, our process servers were finally able to serve GLP 5, Inc. and Netmedia Services, Inc., but we have reason to believe that Defendant David Koonar was present and available but purposefully avoided service. AMA has expended extraordinary means attempting to effectuate service in this case.

6.  Ms. Van Loon contacted me on June 1, 2016 and asked for additional time to answer or respond to the Complaint. She indicated to me that he represented GLP 5 and was "most likely" going to be retained to represent the other named Defendants. (The email chain she attached is true and accurate.)

7.  AMA was happy to grant an extension if Ms. Van Loon would simply avoid further gamesmanship of avoiding service. This was more than reasonable given that Ms. Van Loon already verified she was "likely" to represent all of the Defendants.

8.  Ms. Van Loon refused cooperation, and AMA declined to grant more time.

9.  This is not a game for AMA, nor is AMA posturing. The Defendants asked for a professional courtesy, and I reminded Ms. Van Loon that professional courtesies should "flow both ways."

10. I asked Ms. Van Loon to speak to her client, David Koonar, to reconsider. Apparently, she did not do so because she filed the request with the Court instead.

- 2 -

11. AMA does not believe that good cause exists to grant an extension of time to answer or otherwise respond to the pending Complaint.

12. AMA further believes that this Court has ample grounds for which to grant alternative service (through counsel) for the remaining Defendants.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2016.

_____
Veronica L. Manolio

- 3 -