IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, et al.,<br><br>            Defendants. | NO.: CV16-1269 PHX DGC<br><br>**ORDER** |

Defendants have filed a motion for extension of time to respond to the complaint. Doc. 10.

**IT IS ORDERED** that Defendants' motion for extension of time to respond (Doc. 10) is **granted.** Defendants shall answer or otherwise respond to the complaint in this action on or before **July 8, 2016**.  **Counsel for the parties are advised that the Court will not grant further extension to this deadline absent truly extraordinary circumstances.**

Dated this 6th day of June, 2016.

_____
David G. Campbell
United States District Judge