LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**NOTICE OF FILING FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule ("LRCiv") 15.1(b), undersigned counsel for Plaintiff, AMA Multimedia LLC ("Plaintiff"), files this Notice to certify that:

1. I am filing a First Amended Complaint ("FAC") in this case as a matter of course pursuant to Rule 15(a)(1), Federal Rule of Civil Procedure ("FRCP").

2. I have attached a copy of the FAC here, with deleted text that has been struck through and added text underlined.

3. The FAC differs from the original Complaint only by amending the name of Defendant MXN LTD. To "CYBERWEB LTD. formerly MXN LTD." The exhibits remain unchanged.

4. I have not incorporated any portions of the Complaint or its exhibits into the FAC and have intended to meet each of the requirements of the FRCP and the LRCiv.

By my electronic signature below, I intend to certify the statements made in this Notice.

DATED this 9th day of June, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
   Veronica L. Manolio
   8686 E. San Alberto Dr., Suite 200
   Scottsdale, Arizona 85258
   *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants GLP 5, Inc.
and Netmedia Services Inc.*

By: ___/s/ Gina Murphy___