DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

| Inv. # | IN THE UNITED STATES DISTRICT COURT |
|---|---|
| 111058 | DISTRICT OF ARIZONA |

AMA MULTIMEDIA, L.L.C.

                                        **Plaintiff / Petitioner,**

vs.

SAGAN LIMITED, individually & dba Porn.com; et al.

                                        **Defendant / Respondent.**

NO. 2:16-cv-01269-DGC
CERTIFICATE OF SERVICE

Scott VanOchten, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS, COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, PLAINTIFF AMA MULTIMEDIA, L.L.C.'S FED.R.CIV.P.7.1 CORPORATE DISCLOSURE STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

from Veronica L. Manolio c/o Manolio & Firestone, P.L.C. on 5/3/16

that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** GLP 5, INC., a Michigan Company, individually and dba Trafficforce.com, c/o Company Home, Inc.-Resident Agent
**DATE & TIME:** 5/19/16 10:45am
**PLACE & MANNER:** 30150 TELEGRAPH ROAD STE.444 BINGHAM FARMS, MI 48025, which is his/her place of business. By serving COREY SILVERSTEIN, a person authorized to accept such service on their behalf, in person.

**Statement of Costs**

| | |
|---|---|
| Services | $98.00 |
| Mileage | |
| Sp. Handl. | $60.00 |
| Witness | |
| Advances | |
| Cert. Prep | $10.00   S/C FED EX |
| Other | $34.80 |
| **Total** | **$202.80** |

Affiant



The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.