# EXHIBIT A

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>  Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S *EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE** |

I, Adam Silverman, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the President of AMA Multimedia, LLC ("AMA"), Plaintiff in this lawsuit.

3. On April 28, 2016, AMA filed this instant action regarding copyright and trademark infringement occurring on the web sites Porn.com.

4. Internet research located a street address for David Koonar of 538 Lisa Crescent, Windsor, Ontario, Canada. Such resources include Businessprofiles.com and Bizapedia.com.

5. The Lisa Crescent address was also confirmed for Defendant Koonar through a corporations search in Barbados, where he is listed as a Director for G.I.M. Corporation, a Barbados company involved in website design, management, and administration support services. The corporate filings list the Lisa Crescent address for David Koonar.

6. A second address for David Koonar was located in Canada at 5060 Tecumseh Road East, Windsor, Ontario N8T 1C1. This address is a UPS store.

7. Historically and currently, it has been known that Defendant Koonar is directly affiliated with Netmedia Services, Inc. Netmedia Services, Inc., a defendant in this lawsuit, was served at 1785 Turner Road, Windsor, Ontario, Canada. This address is also where Cyberweb Ltd., a co-defendant in this case and a Barbados corporation, has instructed AMA to mail their checks.

8. A complaint filed by Defendant Koonar in the Supreme Court of Barbados in the High Court of Justice against me and AMA Multimedia, LLC listed a street address for Defendant Koonar at Via Santa Caterina 35, Treviso, Italy. I have investigated this address and determined that the address is that of an international employment agency, Obiettivo Lavoro.

9. I have never known Mr. Koonar to be associated with Obiettivo Lavoro and I have not been able to find any such connection now.

10. AMA has exhausted all possible address options and is unable to locate a valid specific address for Defendant Koonar.

- 2 -

1  11. I have routinely communicated with David Koonar through the email
2  address: producertm@gmail.com. These communications have included sending
3  Defendant Koonar emails and receiving emails from David Koonar.
4  12. I communicated with David Koonar at this email address as recently as
5  April 27, 2016, two days before this lawsuit was filed.
6  13. It further appears that the Defendants in this action are attempting to hide
7  the whereabouts and role of David Koonar. For instance, Defendant GLP 5 presented
8  sworn testimony that Philip Bradbury holds all officer positions with the company.
9  However, all of the corporate paperwork filed with the state of Michigan identifies
10 Defendant Koonar as holding these positions. Attached hereto as **Exhibit 1** are true and
11 correct copies of corporate filings for GLP 5 in Michigan. The address for Mr. Koonar
12 in these documents is that of his prior lawyer's office, and not a valid address for service.
13 14. Phil Bradbury listed himself as a Vice President of Netmedia Services, a
14 different co-defendant in this case. However, it is known to me and throughout the
15 industry that David Koonar controls and/or owns Netmedia Services.
16 I declare under the penalty of perjury under the laws of the United States of
17 America that the foregoing is true and correct.
18 Executed on the _____ day of June 2016 at Las Vegas, Nevada.

_____
Adam Silverman

11. I have routinely communicated with David Koonar through the email address: producertm@gmail.com. These communications have included sending Defendant Koonar emails and receiving emails from David Koonar.

12. I communicated with David Koonar at this email address as recently as April 27, 2016, two days before this lawsuit was filed.

13. It further appears that the Defendants in this action are attempting to hide the whereabouts and role of David Koonar. For instance, Defendant GLP 5 presented sworn testimony that Philip Bradbury holds all officer positions with the company. However, all of the corporate paperwork filed with the state of Michigan identifies Defendant Koonar as holding these positions. Attached hereto as **Exhibit 1** are true and correct copies of corporate filings for GLP 5 in Michigan. The address for Mr. Koonar in these documents is that of his prior lawyer's office, and not a valid address for service.

14. Phil Bradbury listed himself as a Vice President of Netmedia Services, a different co-defendant in this case. However, it is known to me and throughout the industry that David Koonar controls and/or owns Netmedia Services.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 27th day of June 2016 at Las Vegas, Nevada.

_____
Adam Silverman

- 3 -

# EXHIBIT 1

# DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
### PROFIT CORPORATION INFORMATION UPDATE
#### 2011

| Identification Number | Corporation Name |
|---|---|
| 02850N | GLP 5, INC. |

**Resident agent name and mailing address of the registered office**
COMPANY HOME, INC.

MI

**The address of the registered office**
30150 TELEGRAPH RD STE 444

BINGHAM FARMS MI 48025

**Describe the purpose and activities of the corporation during the year covered by this report:**
ANY BUSINESS PERMITTED UNDER THE ACT.

## Officer/Director Information

| NAME | TITLE | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| DAVID KOONAR | PRESIDENT | 30150 TELEGRAPH ROAD, SUITE 444 BINGHAM FARMS MI 48025 |
| DAVID KOONAR | SECRETARY | 30150 TELEGRAPH ROAD, SUITE 444 BINGHAM FARMS MI 48025 |
| DAVID KOONAR | TREASURER | 30150 TELEGRAPH ROAD, SUITE 444 BINGHAM FARMS MI 48025 |
| DAVID KOONAR | DIRECTOR | 30150 TELEGRAPH ROAD, SUITE 444 BINGHAM FARMS MI 48025 |

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| DAVID KOONAR | AUTHORIZED OFFICER OR AGENT | |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 35 | 05/31/2011 18:47:03 | 71315 6801 02850N 2011 |

# DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION
### PROFIT CORPORATION INFORMATION UPDATE
#### 2012

[X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 02850N | GLP 5, INC. |

**Resident agent name and mailing address of the registered office**
COMPANY HOME, INC.

MI

**The address of the registered office**
30150 TELEGRAPH RD STE 444

BINGHAM FARMS MI 48025

Describe the purpose and activities of the corporation during the year covered by this report:

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| DAVID KOONAR | AUTHORIZED OFFICER OR AGENT | |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 02/16/2012 16:38:53 | 71315 6801 02850N 2012 |

Vers 3.2 (03/09)

# DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU
### PROFIT CORPORATION INFORMATION UPDATE
### 2013

→ [X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 02850N | GLP 5, INC. |

**Resident agent name and mailing address of the registered office**
COMPANY HOME, INC.

MI

**The address of the registered office**
30150 TELEGRAPH RD STE 444

BINGHAM FARMS MI 48025

Describe the purpose and activities of the corporation during the year covered by this report:

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| → DAVID KOONAR | AUTHORIZED OFFICER OR AGENT | 248-290-0655 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 02/15/2013 17:06:16 | 71315 6801 02850N 2013 |

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**
**PROFIT CORPORATION INFORMATION UPDATE**
**2014**

→ [X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 02850N | GLP 5, INC. |

Resident agent name and mailing address of the registered office
**COMPANY HOME, INC.**

MI

The address of the registered office
**30150 TELEGRAPH RD STE 444**

**BINGHAM FARMS MI 48025**

Describe the purpose and activities of the corporation during the year covered by this report:

### Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| COREY SILVERSTEIN | AUTHORIZED OFFICER OR AGENT | 248-290-0655 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

### Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 03/12/2014 12:36:29 | 71315 6801 02850N 2014 |

# DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU
### PROFIT CORPORATION INFORMATION UPDATE
#### 2015

→ [X] On behalf of the Corporation, I certify that no changes have occurred in required information since the last filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 02850N | GLP 5, INC. |

**Resident agent name and mailing address of the registered office**

COMPANY HOME, INC.

MI

**The address of the registered office**

30150 TELEGRAPH RD STE 444

BINGHAM FARMS MI 48025

Describe the purpose and activities of the corporation during the year covered by this report:

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| COREY SILVERSTEIN | AUTHORIZED OFFICER OR AGENT | 248-290-0655 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 03/03/2015 16:33:38 | 71315 6801 02850N 2015 |

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU
PROFIT CORPORATION ANNUAL REPORT
2016

→ [X] On behalf of the corporation, I certify that no changes have occurred in the required information since the last year filed annual report.

| Identification Number | Corporation Name |
|---|---|
| 02850N | GLP 5, INC. |

**Resident agent name and mailing address of the registered office**
COMPANY HOME, INC.

MI

**The address of the registered office**
30150 TELEGRAPH RD STE 444

BINGHAM FARMS MI 48025

Describe the purpose and activities of the corporation during the year covered by this report:

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| COREY SILVERSTEIN | AUTHORIZED OFFICER OR AGENT | 248-290-0655 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 02/02/2016 11:40:56 | 71315 6801 02850N 2016 |

