1  ERICA J. VAN LOON (admitted *Pro Hac Vice*)
2  evanloon@glaserweil.com
   GLASER WEIL FINK HOWARD
3    AVCHEN & SHAPIRO LLP
4  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
5  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
6

7  *Attorney for Defendants*
   *GLP 5, Inc. and Netmedia Services Inc.*
8

9           IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF ARIZONA
10

11 | AMA MULTIMEDIA LLC, a Nevada limited liability company, | CASE NO.: CV16-1269 PHX DGC |
12 |  |  |
13 |                    Plaintiff, | Hon. David G. Campbell |
14 | v. | **DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE** |
15 |  |  |
16 | SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; |  |
17 | CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a |  |
18 | PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a |  |
19 | PORN.COM; GLP 5, Inc., a Michigan |  |
20 | Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an |  |
21 | individual; and John Does 1-20, |  |
22 |  |  |
23 |                    Defendants. |  |

24

25

26

27

28

---

1190461

Glaser Weil

**Glaser Weil**

## <u>DECLARATION OF ERICA J. VAN LOON</u>

I, Erica J. Van Loon, declare and state as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California and am a partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, attorney of record herein for Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services Inc. ("Netmedia").  I make this declaration in support of Defendants' Opposition to Plaintiff's *Ex Parte* Motion for Leave for Alternative Service. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      I met and conferred with counsel for Plaintiff AMA Multimedia LLC's ("AMA") around 11:30 am PST on June 27, 2016 regarding a motion to dismiss or stay contemplated by GLP 5 and Netmedia.  Attached hereto as Exhibit A is a true and correct copy of email correspondence between Ms. Manolio, counsel for AMA, and myself.

3.      At no time during the call, did Ms. Manolio advise that she was filing this eleven page *Ex Parte* Motion or ask me if she had Mr. Koonar's correct business or residence address.

4.      Ms. Manolio denied GLP 5's first request for an extension to respond to the complaint and stated she would only agree to this routine professional courtesy if GLP 5's counsel accepted service on every defendants' behalf.  Dkt. 10-1.

5.      I will work with Ms. Manolio to set a specific date and time for personal service of Mr. Koonar at his principal place of business, 1785 Turner Road, Windsor, Ontario, Canada.

//

//

//

//

//

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 28, 2016 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

VAN LOON DECLARATION ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S
*EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE

1190461

# Exhibit A

| | |
|---|---|
| **From:** | Veronica L. Manolio <vmanolio@mf-firm.com> |
| **Sent:** | Monday, June 27, 2016 9:41 AM |
| **To:** | Erica Van Loon |
| **Subject:** | RE: Request to Meet and Confer |

1130 PST should be great.  Just call my office.  I believe that AMAs counsel from WA will join, and I can patch him in.

Thanks much.


Sent from my phone, so please forgive typos - I blame the auto correct & voice recognition features.


-------- Original message --------
From: Erica Van Loon <evanloon@glaserweil.com>
Date: 6/27/16 9:37 AM (GMT-07:00)
To: "Veronica L. Manolio" <vmanolio@mf-firm.com>
Subject: Re: Request to Meet and Confer

Hi Veronica, Does 11 or 11:30 PST work for you? I am also free after 2 my time today.


On Jun 27, 2016, at 9:14 AM, Veronica L. Manolio <vmanolio@mf-firm.com> wrote:

> Good morning,
>
> No need to apologize - I understand busy better than anyone.  I was in a CLE myself on Friday and realized that I never replied to this email.
>
> We're you meaning to speak at 11am my time or yours?  I have meetings off and on today, and just trying to schedule around those.
>
> Veronica
>
>
>
> Sent from my phone, so please forgive typos - I blame the auto correct & voice recognition features.
>
>
> -------- Original message --------
> From: Erica Van Loon <evanloon@glaserweil.com>
> Date: 6/24/16 1:13 PM (GMT-07:00)
> To: "Veronica L. Manolio" <vmanolio@mf-firm.com>
> Subject: RE: Request to Meet and Confer

Hi Veronica,
I apologize for the delay. I have been out of the office for depositions.

The relevant factual bases are:

GLP 5 is a Michigan company with its principal place of business in Bingham Farms, Michigan.  Netmedia is a Canadian company with its principal place of business in Ontario, Canada.  Neither GLP 5 nor Netmedia have offices or employees in Arizona, or are registered to do business in Arizona.  They have no contractual relationship with Limelight.  Thus, the Arizona court lacks general jurisdiction over them.

GLP 5 is a financial services company that receives payments by credit card processing companies.  Netmedia provides general services pertaining to the maintenance and operation of websites.  They do not copy, reproduce, distribute, or perform the alleged copyrighted works of AMA.  Accordingly, the Arizona court cannot exercise specific jurisdiction over them.

I am available to meet and confer by phone on Monday morning at 11 am.

Erica

---

**From:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Sent:** Tuesday, June 21, 2016 3:21 PM
**To:** Erica Van Loon
**Subject:** RE: Request to Meet and Confer

Hi Erica,

I am happy to have a meet and confer with you but do not understand the lack of jurisdiction argument(s).  Would you please explain the factual bases?

I am in a Continuing Education on Friday, but I will make Monday morning work.  You just let me know what time works for you, and I will make it work for me.

Veronica

<image002.jpg>

8686 E. San Alberto Drive, Suite 200

Scottsdale, Arizona 85258

(480) 222-9100

---

**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Tuesday, June 21, 2016 1:49 PM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** Request to Meet and Confer

Dear Veronica,

Pursuant to Judge David G. Campbell's Order regarding motions to dismiss, ECF No. 7, we request to meet and confer with you regarding Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services, Inc.'s ("Netmedia") (collectively, "Defendants") plan to bring a motion to dismiss AMA Multimedia LLC's ("AMA") First Amended Complaint. The specific issues that may be addressed in the motion are set forth below.

First, Defendants intend to seek dismissal of this action on the grounds that this Court lacks personal jurisdiction over GLP 5 and Netmedia. *Agahi v. Khorrami,* No. CV-15-01640-PHX-JJT, 2016 WL 492630, at *5 (D. Ariz. Feb. 9, 2016) (A court must dismiss an action against a defendant "where it does not have personal jurisdiction"). Arizona lacks both general and specific jurisdiction over GLP 5 and Netmedia. Thus, the First Amended Complaint should be dismissed against Defendants. *Doe v. Am. Nat'l Red Cross*, 112 F.3d 1048, 1050 (9th Cir. 1997) (Due process requires that a nonresident defendant have "minimum contacts" with the forum state which can be established through either general or specific personal jurisdiction).

Second, if the Court does not dismiss this action, Defendants intend to request that this Court grant a stay pending resolution of the Barbados action against AMA. *Colorado River Water Conservation Dist. v. U.S.,* 424 U.S. 800, 818-19 (1976); *see also Neuchatel Swiss General Insurance Co. v. Lufthansa Airlines*, 925 F.2d 1193 (9th Cir. 1991).

Please promptly advise of a time in which you are available to meet and confer. We are available on Friday or Monday morning to meet by phone.

Best Regards,

Erica Van Loon

<image006.jpg>

**Erica J. Van Loon** | **Partner and Head of the Trademark, Copyright and Media Practice**

10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067

Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560

E-Mail: evanloon@glaserweil.com | www.glaserweil.com

<image007.png><image008.jpg>

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.