DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. # 111056

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

AMA MULTIMEDIA, L.L.C.

Plaintiff / Petitioner,

vs.

SAGAN LIMITED, individually & dba Porn.com; et al.

Defendant / Respondent.

NO. 2:16-cv-01269-DGC
CERTIFICATE OF SERVICE

**OUT OF TOWN SERVICE**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS, COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, PLAINTIFF AMA MULTIMEDIA, L.L.C.'S FED.R.CIV.P.7.1 CORPORATE DISCLOSURE STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION, ORDER**

from Veronica L. Manolio c/o Manolio & Firestone, P.L.C. on 5/3/16 that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** NETMEDIA SERVICES, INC., a Canadian Company, individually and dba Porn.com

**DATE & TIME:** 6/1/16 11:15am
**PLACE & MANNER:** 5060 TECUMSEH ROAD EAST STE.1240 WINDSOR, ON N8T 1C1 CANADA, which is his/her place of business.
By serving LEEANN SCAIFE, ADMINISTRATIVE ASSISTANT, AN ADULT PERSON WHO APPEARED TO BE IN CONTROL OR MANAGEMENT FOR THE SAID DEFENDANT CORPORATION, a person authorized to accept such service on their behalf, in person.

**Statement of Costs**
Services $50.00
Mileage
Sp. Handl. $100.00
Witness
Advances
Cert. Prep $10.00   S/C
Other $5.00
Total $165.00



The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

Court File No.: 2-16-cv-01269-DGC

## UNITED STATES DISTRICT COURT
### For the
### District of Arizona

**B E T W E E N:**

### AMA MULTIMEDIA LLC

Plaintiff(s)

-and-

### SAGAN LIMITED, individually & dba Porn.com; MXN LTD., individually & dba Porn.com; NETMEDIA SERVICES INC., individually & dba Porn.com; GLP 5, Inc., individually & dba Trafficforce.com; DAVID KOONAR

Defendant(s)

## AFFIDAVIT OF SERVICE

I, David Lupton, Process Server, of the City of Windsor in the Province of Ontario,

**MAKE AN OATH AND SAY AS FOLLOWS:**

1. I did on June 1, 2016, at: 11:15 a.m. personally serve the defendant, **NETMEDIA SERVICES INC., a Canadian Company, individually & dba Porn.com**, with a true copy of the Summons, Complaint for Damages and Injunctive Relief and Demand for Jury Trial, Civil Cover Sheet, Plaintiff AMA Multimedia, L.L.C.'s FED.R.CIV.P.7.1 Corporate Disclosure Statement, Report on the Filing or Determination of an Action or Appeal regarding a Copyright Notice of Availability of a Magistrate to Order; by leaving a true copy of the said documents with Leeann Scaife, Administrative Assistant, an adult person who appeared to be in control or management for the said defendant corporation, at the time of service, at the place of business,

    At:   Netmedia Services Inc.
          1785 Turner Road
          Windsor, Ontario, Canada
          N8W 3J9

2. I was able to identify the person served by means of verbal admission.

Sworn before me at the City of Windsor,　)
In the Province of Ontario　)
This 7 7ᵗʰ day of June, 2016.　)
　)
_____　)
A Notary Public　)　　　　　　　　**David Lupton**
in and for the Province of Ontario　)　　　　　　　　Essex Process Service