DL Investigations & Attorney Support
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #
**111059**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

AMA MULTIMEDIA, L.L.C.

                                    **Plaintiff / Petitioner,**

vs.

SAGAN LIMITED, individually & dba Porn.com; et al.

                                 **Defendant / Respondent.**

NO. 2:16-cv-01269-DGC
CERTIFICATE OF NON-SERVICE OF PROCESS BY A PRIVATE PERSON

**OUT OF TOWN SERVICE**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS, COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, PLAINTIFF AMA MULTIMEDIA, L.L.C.'S FED.R.CIV.P.7.1 CORPORATE DISCLOSURE STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION, ORDER**

from **Veronica L. Manolio c/o Manolio & Firestone, P.L.C.** on **5/3/16**;

Affiant states that I made due and diligent search within Maricopa County, Arizona, by performing each of the acts set forth below, indicated by 'X' and that s/he has been unable to locate the defendant(s) named below within Maricopa County, Arizona:

**NAMED DEFENDANTS:**     **DAVID KOONAR, an individual**

- [ ] Searched local telephone directories and Information Service
- [ ] Inquired of the U.S. Post Office concerning forwarding address
- [ ] Inquired of last known residence of defendants
- [ ] Inquired of neighbors at last known residence
- [X] Other:

SERVICE ALSO ATTEMPTED AT 5060 TECUMSEH ROAD EAST, WINDSOR, ONTARIO, N8T 1C1 BUT GIVEN ADDRESS WAS A UPS POST OFFICE DROP BOX BUSINESS. SERVICE WAS ALSO ATTEMPTED AT 1785 TURNER RD, WINDSOR, ONTARIO, N8W 3J9, WHICH IS A PLACE OF BUSINESS FOR DAVID KOONAR. SERVER WAS INFORMED THAT MR. KOONAR WAS NOT ON SITE AND IT WAS UNKNOWN WHEN HE WOULD BE AVAILABLE.

### Statement of Costs

| | | |
|---|---|---|
| Services | $60.00 | |
| Mileage | | |
| Sp. Handl. | $100.00 | |
| Witness | | |
| Advances | | |
| Cert. Prep | $10.00 | |
| Other | $6.00 | S/C |
| **Total** | **$176.00** | |

ORIGINAL

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

Court File No.: 2-16-cv-01269-DGC

## UNITED STATES DISTRICT COURT
### For the
### District of Arizona

**BETWEEN:**

### AMA MULTIMEDIA LLC

Plaintiff(s)

-and-

SAGAN LIMITED, individually & dba Porn.com; MXN LTD., individually & dba Porn.com; NETMEDIA SERVICES INC., individually & dba Porn.com; GLP 5, Inc., individually & dba Trafficforce.com; DAVID KOONAR

Defendant(s)

## AFFIDAVIT OF ATTEMPTED SERVICE OF DAVID LUPTON

I, David Lupton, Process Server, of the City of Windsor in the Province of Ontario, **MAKE AND OATH AND SAY AS FOLLOWS:**

1. THAT, my office has been trying to personally serve the Defendant, **DAVID KOONAR,** with the Summons, Complaint for Damages and Injunctive Relief and Demand for Jury Trial, Civil Cover Sheet, Plaintiff AMA Multimedia, L.L.C.'s FED.R.CIV.P.7.1 Corporate Disclosure Statement, Report on the Filing or Determination of an Action or Appeal regarding a Copyright Notice of Availability of a Magistrate to Order, and as such have knowledge of the matters hereinafter deposed to, except where same are stated, to be based upon belief or information, and where so stated, I verily believe them to be true.

2. My office received the above listed documents with instructions to serve DAVID KOONAR at two given addresses being: 538 Lisa Crescent, Windsor, Ontario, N9G 2M5, or at Suite 1240, 5060 Tecumseh Road East, Windsor, Ontario, N8T 1C1.

3. I am advised and do verily believe that my Associate, Carrie Schram, attended at 538 Lisa Crescent, Windsor, Ontario, N9G 2M5, on, 16 May, 2016, at 9:50 a.m., and spoke to an adult female who informed her that she bought the house from DAVID KOONAR over a year ago. She had no other information on DAVID KOONAR to provide.

4. I am advised and do verily believe that my Associate, Carrie Schram, attended at 5060 Tecumseh Road East, Windsor, Ontario, N8T 1C1, on, 16 May, 2016, at 10:10 a.m., and found the business to be a UPS Post Office Drop Box business. Carrie Schram spoke to a female employee in the store who confirmed that DAVID KOONAR does have Post Office Box Number 1240 at this location. Carrie Schram stated that she left a note and a business card in a sealed envelope addressed to DAVID KOONAR requesting that he contact our office to the employee to be placed in Box Number 1240 for DAVID KOONAR. Carrie Schram also stated that the female employee was going to accept the documents and place them in Post Office Box Number 1240 for DAVID KOONAR if we wanted her leave them with her. Carrie Schram, did not leave the documents.

5. On 01 June, 2016, at 11:15 a.m., I attended at 1785 Turner Road, Windsor, Ontario, N8W 3J9, the business address for a co-defendant, NETMEDIA SERVICES INC. I served the corporation at this time and then asked the administrative assistant to speak to DAVID KOONAR. She then left me and went into a back office and came out with a male employee. This male employee informed me that DAVID KOONAR was not on site at the moment and did not know when he would be available for service. I left him my business card to pass on the DAVID KOONAR and requested that he have him contact me. This male employee was evasive and would not provide any information to me on DAVID KOONAR.

-3-

6. I am advised and do verily believe that my Associate, Carrie Schram, re-attended at 1785 Turner Road, Windsor, Ontario, N8W 3J9, the business address for a co-defendant NETMEDIA SERVICES INC., on 07 June, 2016, at and was not buzzed into the secured office building even though there was a male inside looking directly at her.

7. As of signing this Affidavit, my office has not received any call from DAVID KOONAR.

8. I believe that if the Summons, Complaint for Damages and Injunctive Relief and Demand for Jury Trial, Civil Cover Sheet, Plaintiff AMA Multimedia, L.L.C.'s FED.R.CIV.P.7.1 Corporate Disclosure Statement, Report on the Filing or Determination of an Action or Appeal regarding a Copyright Notice of Availability of a Magistrate to Order were mailed by ordinary mail to the UPS Postal Box Office. To the attention of DAVID KOONAR, Suite 1240, 5060 Tecumseh Road East, Windsor, Ontario, N8T 1C1, or to NETMEDIA SERVICES INC. at, 1785 Turner Road, Windsor, Ontario, N8W 3J9, that the said documents would come to the attention of DAVID KOONAR.

9. Accordingly, and in light of the aforesaid, I make this Affidavit to show that the DAVID KOONAR is aware of this proceeding, is evading service, and will not acknowledge the Process Server's attempts of service, and further; that this Affidavit be used in support of a motion to obtain an Order for Substitutional Service on DAVID KOONAR and for no improper purpose.

Sworn before me at the City of Windsor, )
In the Province of Ontario )
This 13th day of June, 2016. )
                                         )
_[signature]_                            )          _[signature]_
A Commissioner etc…                      )          **David Lupton**
                                                    Essex Process Service

Sandra Goldy Webster, a Commissioner, etc.,
Province of Ontario, for Essex Process Service Division
of 2248505 Ontario Limited, and for process serving only.
Expires October 9, 2018.