ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc. and Netmedia Services Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE BARBADOS ACTION**<br><br>**ORAL ARGUMENT REQUESTED** |

1
NOTICE OF DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY PROCEEDINGS

1213356

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants GLP 5 Inc. ("GLP 5") and Netmedia Services Inc. ("Netmedia"), by and through their counsel of record, will and hereby do move the Court to dismiss Plaintiff AMA Multimedia LLC's ("AMA's") First Amended Complaint ("FAC") pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and to stay these proceedings pending resolution of the Barbados action ("Motion"). Neither GLP 5 nor Netmedia is subject to the Court's general jurisdiction because they are not residents of Arizona or incorporated in Arizona. Further, neither GLP 5 nor Netmedia committed any alleged intentional act that was expressly aimed at Arizona and caused harm to be felt in Arizona. Exercising jurisdiction over these two companies that have virtually no tie to Arizona would be unreasonable. Thus, the Court lacks specific jurisdiction over GLP 5 and Netmedia and should dismiss the FAC as to GLP 5 and Netmedia.

In the alternative, this proceeding should be stayed because an action pending before the Supreme Court of Barbados ("Barbados Action") would conclusively resolve several issues material to this action. In particular, the Barbados Action would determine whether AMA has granted the defendants the right to use the copyrighted material allegedly infringed in the FAC. Thus, staying this action pending the resolution of the Barbados Action would conserve judicial resources and constitute wise judicial administration.

The Motion is made following email correspondence and a conference between counsel for GLP 5 and Netmedia and counsel for AMA pursuant to the Court's Order re motion pursuant to Fed. R. Civ. P. 12(b) (Dkt. 7), which took place on June 27, 2016. Declaration of Erica J. Van Loon, ¶ 2, Ex. 1.

AMA's FAC is not curable by a permissible amendment. *Id*.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the accompanying Declarations of Erica J. Van Loon and Philip Bradbury, and Exhibits thereto, and such other authority and arguments that may be submitted by reply or at the hearing.

DATED:  July 8, 2016            Respectfully submitted,

                                GLASER WEIL FINK HOWARD
                                  AVCHEN & SHAPIRO LLP

                                By:  /s/ Erica J. Van Loon
                                ERICA J. VAN LOON

                                *Attorney for Defendants*
                                *GLP 5, Inc. and Netmedia Services Inc.*