ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc. and Netmedia Services Inc.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE BARBADOS ACTION** |

## DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as attorney of record herein for Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services Inc. ("Netmedia"). I make this declaration in support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Stay Proceedings Pending Resolution of the Barbados Action ("Motion"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. I met and conferred with counsel for Plaintiff AMA Multimedia LLC's ("AMA") on June 27, 2016 regarding this Motion. The parties have not been able to agree that AMA's First Amended Complaint is curable by a permissible amendment. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between me and Ms. Manolio, counsel for AMA, further meeting and conferring with AMA regarding the substance of this Motion.

3. Attached hereto as Exhibit 2 is a true and correct copy of a printout from the Nevada Secretary of State website showing the business entity information for plaintiff AMA Multimedia LLC.

4. Attached hereto as Exhibit 3 and subject to judicial notice is a true and correct copy of a printout of the definition of the word "provide" from the website http://www.collinsdictionary.com/dictionary/english/provide.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 8, 2016 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

# Exhibit 1

## Erica Van Loon

**From:** Erica Van Loon
**Sent:** Tuesday, June 21, 2016 1:49 PM
**To:** 'Veronica L. Manolio'
**Subject:** Request to Meet and Confer

Dear Veronica,

Pursuant to Judge David G. Campbell's Order regarding motions to dismiss, ECF No. 7, we request to meet and confer with you regarding Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services, Inc.'s ("Netmedia") (collectively, "Defendants") plan to bring a motion to dismiss AMA Multimedia LLC's ("AMA") First Amended Complaint. The specific issues that may be addressed in the motion are set forth below.

First, Defendants intend to seek dismissal of this action on the grounds that this Court lacks personal jurisdiction over GLP 5 and Netmedia. *Agahi v. Khorrami*, No. CV-15-01640-PHX-JJT, 2016 WL 492630, at *5 (D. Ariz. Feb. 9, 2016) (A court must dismiss an action against a defendant "where it does not have personal jurisdiction"). Arizona lacks both general and specific jurisdiction over GLP 5 and Netmedia. Thus, the First Amended Complaint should be dismissed against Defendants. *Doe v. Am. Nat'l Red Cross*, 112 F.3d 1048, 1050 (9th Cir. 1997) (Due process requires that a nonresident defendant have "minimum contacts" with the forum state which can be established through either general or specific personal jurisdiction).

Second, if the Court does not dismiss this action, Defendants intend to request that this Court grant a stay pending resolution of the Barbados action against AMA. *Colorado River Water Conservation Dist. v. U.S.*, 424 U.S. 800, 818-19 (1976); *see also Neuchatel Swiss General Insurance Co. v. Lufthansa Airlines*, 925 F.2d 1193 (9th Cir. 1991).

Please promptly advise of a time in which you are available to meet and confer. We are available on Friday or Monday morning to meet by phone.

Best Regards,
Erica Van Loon

# GlaserWeil



Erica J. Van Loon | Partner and Head of the Trademark, Copyright and Media Practice
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Erica Van Loon

| | |
|---|---|
| **From:** | Erica Van Loon |
| **Sent:** | Friday, June 24, 2016 12:12 PM |
| **To:** | Veronica L. Manolio |
| **Subject:** | RE: Request to Meet and Confer |

Hi Veronica,
I apologize for the delay. I have been out of the office for depositions.

The relevant factual bases are:

GLP 5 is a Michigan company with its principal place of business in Bingham Farms, Michigan. Netmedia is a Canadian company with its principal place of business in Ontario, Canada. Neither GLP 5 nor Netmedia have offices or employees in Arizona, or are registered to do business in Arizona. They have no contractual relationship with Limelight. Thus, the Arizona court lacks general jurisdiction over them.

GLP 5 is a financial services company that receives payments by credit card processing companies. Netmedia provides general services pertaining to the maintenance and operation of websites. They do not copy, reproduce, distribute, or perform the alleged copyrighted works of AMA. Accordingly, the Arizona court cannot exercise specific jurisdiction over them.

I am available to meet and confer by phone on Monday morning at 11 am.

Erica

---

**From:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Sent:** Tuesday, June 21, 2016 3:21 PM
**To:** Erica Van Loon
**Subject:** RE: Request to Meet and Confer

Hi Erica,

I am happy to have a meet and confer with you but do not understand the lack of jurisdiction argument(s). Would you please explain the factual bases?

I am in a Continuing Education on Friday, but I will make Monday morning work. You just let me know what time works for you, and I will make it work for me.

*Veronica*



8686 E. San Alberto Drive, Suite 200

1

Scottsdale, Arizona 85258
(480) 222-9100


**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Tuesday, June 21, 2016 1:49 PM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** Request to Meet and Confer

Dear Veronica,

Pursuant to Judge David G. Campbell's Order regarding motions to dismiss, ECF No. 7, we request to meet and confer with you regarding Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services, Inc.'s ("Netmedia") (collectively, "Defendants") plan to bring a motion to dismiss AMA Multimedia LLC's ("AMA") First Amended Complaint. The specific issues that may be addressed in the motion are set forth below.

First, Defendants intend to seek dismissal of this action on the grounds that this Court lacks personal jurisdiction over GLP 5 and Netmedia. *Agahi v. Khorrami*, No. CV-15-01640-PHX-JJT, 2016 WL 492630, at *5 (D. Ariz. Feb. 9, 2016) (A court must dismiss an action against a defendant "where it does not have personal jurisdiction"). Arizona lacks both general and specific jurisdiction over GLP 5 and Netmedia. Thus, the First Amended Complaint should be dismissed against Defendants. *Doe v. Am. Nat'l Red Cross*, 112 F.3d 1048, 1050 (9th Cir. 1997) (Due process requires that a nonresident defendant have "minimum contacts" with the forum state which can be established through either general or specific personal jurisdiction).

Second, if the Court does not dismiss this action, Defendants intend to request that this Court grant a stay pending resolution of the Barbados action against AMA. *Colorado River Water Conservation Dist. v. U.S.*, 424 U.S. 800, 818-19 (1976); *see also Neuchatel Swiss General Insurance Co. v. Lufthansa Airlines*, 925 F.2d 1193 (9th Cir. 1991).

Please promptly advise of a time in which you are available to meet and confer. We are available on Friday or Monday morning to meet by phone.

Best Regards,
Erica Van Loon

# GlaserWeil

**Erica J. Van Loon | Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Erica Van Loon

**From:** Erica Van Loon
**Sent:** Tuesday, July 5, 2016 1:26 PM
**To:** 'Veronica L. Manolio'
**Cc:** Spencer Freeman
**Subject:** RE: AMA v. Porn.com

Veronica,

The information we relayed to you regarding Netmedia and GLP 5 is accurate.

Your conduct in this matter speaks for itself.

We already sent you the bases for our motion to stay on June 21 and met with you by phone on June 27, but are happy to meet and confer again on this issue. Let us know when you would like to do so.

As for service of Mr. Koonar, we understand that Mr. Silverman has been evading service of the Barbados complaint. It would make the most sense to set up a mutual agreed upon date and time for service of both individuals. Alternatively, we would also agree to a mutual dismissal of these individually named defendants from each suit. Let us know how you would like to proceed.

Best,
Erica


**From:** Veronica L. Manolio [mailto:vmanolio@mf-firm.com]
**Sent:** Friday, July 1, 2016 11:50 AM
**To:** Erica Van Loon
**Cc:** Spencer Freeman
**Subject:** AMA v. Porn.com

Erica,

Thank you for the time on the phone on Monday regarding your client's potential motion to dismiss for lack of jurisdiction. As both Spencer and I indicated, we followed up with our client on the factual issues.

On the phone, you represented that there was no jurisdiction for GLP 5 because GLP 5 was only a transaction/processing company. You specifically stated that GLP 5 was NOT operating as Traffic Force. However, the Terms of Service for TrafficForce.com contradicts your argument and establishes that GLP 5 Inc. is Traffic Force. Therefore, we believe your client is not being entirely candid – either with us or with you.

Regarding Netmedia Services, you stated that Netmedia had very minimal role, although undefined, with Porn.com and nothing to do with the allegations in the lawsuit and nothing to do in the United States. Again, we have reason to believe that Netmedia Services is part of the overall operation of Porn.com. It appears to be the company that employs everyone and likely the only real operational company.

1

Because our initial research shows a different picture than your representations, we think your client(s) are showing an unwillingness to be truthful and are playing a game of "corporation shuffle" of sorts. Absent any proof from your side, we simply cannot agree to dismissal of either GLP 5, Inc. or Netmedia Services at this juncture. The allegations stand and, at a minimum, the issues are ripe for discovery.

Obviously, if you have evidence that contradicts our position or that supports your verbal assertions, we welcome the opportunity to receive and review the evidence and will absolutely reconsider our positions/allegations. But the verbal indications you gave do not seem to comport with actual evidence/documentation.

I also realize that we failed to discuss the potential Motion for Stay on Monday. Please let us know your arguments that would warrant such a stay in these circumstances.

Finally, I received your opposition to our Motion for Leave for Alternative Service. I did not bring up that motion with you during our call because, as you told me previously, you would not accept service. I was not playing games with you – you expressly denied cooperation previously. I did not see any value in asking you for alternative addresses or asking again for what you had already denied. However, in your Opposition, you agree to "work with AMA counsel to set a specific date and time for service on Mr. Koonar at his principal place of business." If you/your Client is willing to cooperate now, why don't we simply make an Agreement for service via email and utilize the procedures of efficiency that the Court encourages? I will be happy to withdraw the Motion for Leave upon an agreement/Stipulation for service. Please let me know if we can accomplish this without further Court intervention, as it has been my goal all along when asking for your cooperation in accepting service for the remaining Defendants.

I look forward to hearing back from you. If you can please answer the question about alternative service by mid-next week (due to the holiday), I would appreciate that. I would love to resolve it amongst ourselves rather than to "bicker" or keep throwing around the words "gamesmanship" in Judge Campbell's Court. Let us get to the meat/substance of this matter and stop wasting time on procedural issues.

Enjoy the long weekend.


Sincerely,

*Veronica*


      *PLEASE NOTE OUR NEW ADDRESS*
Veronica L. Manolio
*Attorney at Law*
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
(480) 222-9106 - Fax
www.mf-firm.com

**NOTICE:** The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have

2

received this communication in error, please notify us immediately by telephone at (480) 222-9100 or reply by e-mail and delete and/or discard the message.

Although this e-mail and any attachments are believed to be free of any virus or other defect that may affect any computer or computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by MANOLIO & FIRESTONE, PLC for any loss or damage arising in any way from this communication.  Thank you.

# Exhibit 2

# AMA MULTIMEDIA LLC

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 5/21/2013 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0252152013-0 |
| Qualifying State: | NV | List of Officers Due: | 5/31/2017 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20131307687 | Business License Exp: | 5/31/2017 |

| Additional Information | |
|---|---|
| Central Index Key: | |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | ESQUIRE CORPORATE SERVICES, LLC | Address 1: | 633 SOUTH 4TH STREET SUITE 7 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89101 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Limited-Liability Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | Include Inactive Officers |
|---|---|---|---|
| **Managing Member - ARTHUR CHIKUM CHANG** | | | |
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89118 | Country: | USA |
| Status: | Active | Email: | |
| **Managing Member - ADAM SILVERMAN** | | | |
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: | |
| City: | LAS VEGAS | State: | NV |

| | |
|---|---|
| Zip Code: | 89118 |
| Status: | Active |

| | |
|---|---|
| Country: | USA |
| Email: | |

**Managing Member - MICHAEL SULLIVAN JR**

| | |
|---|---|
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 |
| City: | LAS VEGAS |
| Zip Code: | 89118 |
| Status: | Active |

| | |
|---|---|
| Address 2: | |
| State: | NV |
| Country: | USA |
| Email: | |

## Actions\Amendments

| | |
|---|---|
| Action Type: | Articles of Organization |
| Document Number: | 20130336146-59 |
| File Date: | 5/21/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Initial List |
| Document Number: | 20130443696-78 |
| File Date: | 7/3/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amended List |
| Document Number: | 20130632587-67 |
| File Date: | 9/26/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

MLO 2013-2014

| | |
|---|---|
| Action Type: | Merge In |
| Document Number: | 20130647406-93 |
| File Date: | 9/30/2013 |

| | |
|---|---|
| # of Pages: | 9 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amended List |
| Document Number: | 20130793086-09 |
| File Date: | 12/2/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

amended may 13-14

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | 20140398752-11 |
| File Date: | 5/30/2014 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Registered Agent Change |
| Document Number: | 20140493692-00 |
| File Date: | 7/1/2014 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | 20150169038-35 |
| File Date: | 4/14/2015 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

| | | | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20160169444-77 | # of Pages: | 1 |
| File Date: | 4/14/2016 | Effective Date: | |
| (No notes for this action) | | | |

# Exhibit 3

English Dictionary | Thesaurus | Translator | Scrabble | Word Lover's blog

Sign Up | Log In

# Collins

English ▾ | English Dictionary 🔍



**New LexisNexis CaseMap®**
Organize And Analyze Data Better To Win Your Case. Get Free Demo Today!

## provide
(prəˈvaɪd 🔊 )

**Word Frequency** ●●●●●

▸ **Definitions**

**Collins English Dictionary**

*verb* (mainly tr)

1. to put at the disposal of; furnish or supply
2. to afford; yield ⇒ *this meeting provides an opportunity to talk*
3. (*intr*; often foll by *for* or *against*) to take careful precautions (over) ⇒ *he provided against financial ruin by wise investment*
4. (*intransitive*; foll by *for*) to supply means of support (to), esp financially ⇒ *he provides for his family*
5. (in statutes, documents, etc) to determine (what is to happen in certain contingencies), esp by including a proviso condition
6. to confer and induct into ecclesiastical offices
7. *rare* to have or get in store ⇒ *in summer many animals provide their winter food*

▸ **Derived forms**

proˈvider *noun*

▸ **Word origin**

C15: from Latin *prōvidēre* to provide for, from *prō-* beforehand + *vidēre* to see



## provide
(prəvaɪd 🔊 )

Powered by **COBUILD**

**Word forms:** provides 🔊 , providing 🔊 , provided 🔊

▸ **Definitions**

**COBUILD Advanced British English Dictionary**

1. *verb*

### phenylethylamine
an amine that occurs naturally as a neurotransmitter in the brain, has properties similar to those of amphetamine, is an antidepressant, and is found in chocolate. Formula: C8H11N

▸ Word of the day



### Train like a Scrabble champion
Allan Simmons' 5 tips on learning words.
▸ Show more

### Join our newsletter
All the latest wordy news, linguistic insights, offers and competitions every month.

▸ Sign in

If you **provide** something that someone needs or wants, or if you **provide** them with it, you give it to them or make it available to them. [V n] *He'd got to provide a copy of this.* [V n] ⇒ *They would not provide any details.* [V n + with] ⇒ *The government was not in a position to provide them with food.*

**provider** 🔊

Word forms: **providers** 🔊

countable noun [+ of] ⇒ *They remain the main providers of sports facilities.*

2. *verb*

If a law or agreement **provides that** something will happen, it states that it will happen. [formal] [V that] ⇒ *The treaty provides that, by the end of the century, the United States must have removed its bases.* [V that] ⇒ *The Act provides that only the parents of a child have a responsibility for that child's financial support.*

3. → *see also* provided, providing

▶ → provide for

▶ Example sentences containing 'provide'

He began to screw up a few of the pages, to provide some initial fodder for the flame.
*Clive Barker THE GREAT AND SECRET SHOW*

Gawn, on the other hand, was far better placed to provide the intelligence she demanded.
*Jennifer Fallon TREASON KEEP*

They were heading towards the piazza, where the crowds would surely provide an excellent opportunity for the mystery intruder to vanish.
*Fidelis Morgan THE RIVAL QUEENS: A COUNTESS ASHBY DE LA ZOUCHE MYSTERY*

They carried with them every comfort Cairo could provide, from hampers of food to linen sheets for the berths.
*Elizabeth Peters LORD OF THE SILENT*

▶ Similar Words

supply, give, contribute, provision, distribute, outfit, equip, accommodate, donate, furnish, dispense, part with, fork out *(informal)*, stock up, cater to, purvey

give, bring, add, produce, present, serve, afford, yield, lend, render, impart

stipulate, state, require, determine, specify, lay down

View thesaurus entry

▶ Word usage trends for "provide"

View usage over: Last 10 years ▾



▶ Translations for 'provide'



SCRABBLE™
Scrabble score for 'provide': 13

Latest Word Submissions
▸ Isicamtho
▸ manosphere
▸ reputt
▸ reperm
▸ cyaneopubescens
▸ Gargantuan

▸ View More

Related Terms
1 results
provide for

Browse nearby words
proverbialize
Proverbs
providable
provide
provide for
provided
Providence

All English words that begin with 'P'





British English: provide Verb /prəˈvaɪd/

If you *provide* something that someone needs or wants, you give it to them or make it available to them. *They provided lots of information.*

Arabic: يُزَوِّد
Brazilian Portuguese: fornecer
Chinese: 供应
Croatian: pružati
Czech: poskytnout *poskytovat*
Danish: tilvejebringe
Dutch: leveren
European Spanish: [suministrar](#)
proporcionar
Finnish: hankkia
French: [fournir](#)
German: zur Verfügung stellen
Greek: παρέχω
Italian: [fornire](#)
Japanese: 供給する
Korean: 제공하다
Norwegian: skaffe
Polish: dostarczyć *dostarczać*
Portuguese: fornecer
Romanian: a asigura
Russian: предоставлять
Spanish: [suministrar](#)
Swedish: sörja för
Thai: จัดหา
Turkish: sağlamak
Ukrainian: забезпечувати *забезпечити*
Vietnamese: cung cấp

▸ Comments



Log in to comment on this word.



### Browse Dictionary
#  A  B  C  D  E  F
G  H  I  J  K  L  M
N  O  P  Q  R  S  T
U  V  W  X  Y  Z

### View more
Tools & Widgets
API
Advertising
Word Banks
Terms & Conditions
Contact us

### 🌐 Languages
English
French
German
Spanish
Italian
Chinese

© Collins 2016