**Glaser Weil**

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

11 | AMA MULTIMEDIA LLC, a Nevada limited liability company,

12

13 | Plaintiff,

14 | v.

15

16 | SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a
17 | PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company,
18 | individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian
19 | Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan
20 | Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an
21 | individual; and John Does 1-20,
22

23 | Defendants.

CASE NO.: CV16-1269 PHX DGC

Hon. David G. Campbell

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE BARBADOS ACTION**

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION

The Court, having read and considered Defendants GLP 5, Inc. and Netmedia Services Inc.'s (collectively "Defendants") Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Stay Proceedings Pending Resolution of the Barbados Action ("Motion"), and supporting Declarations and exhibits, and finding good cause in support thereof, it is hereby ORDERED that:

☐       Defendants' Motion to Dismiss is GRANTED.  Defendants GLP 5, Inc. and Netmedia Services Inc. are dismissed from this action with prejudice.

☐       Defendants' Motion to Stay is GRANTED.


**IT IS SO ORDERED.**

DATED this _____ day of _____, 2016.


_____
Hon. David G. Campbell
United States District Court Judge

Glaser Weil

1210173

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION