ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc. and Netmedia Services Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>                Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**SUPPLEMENTAL DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' SURREPLY TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE** |

VAN LOON SUPPLEMENTAL DECLARATION ISO DEFENDANTS' SURREPLY TO PLAINTIFF'S
*EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE

1213265

# SUPPLEMENTAL DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as attorney of record herein for Defendants GLP 5, Inc. ("GLP 5") and Netmedia Services Inc. ("Netmedia"). I make this declaration in support of Defendants' Surreply to Plaintiff's *Ex Parte* Motion for Leave for Alternative Service. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. I was retained by both GLP 5 and Netmedia in connection with this matter on May 4, 2016. A settlement letter from Cory Silverstein to Spencer Freeman dated April 25, 2016 incorrectly lists me as a "cc." I was never consulted and did not receive a copy of this settlement letter until after I was engaged in this matter.

3. I was advised by my clients after the filing of the Opposition that Mr. Silverman has been evading service of the related Barbados complaint.

4. Attached hereto as Exhibit A is a true and correct copy of a printout from the Nevada Secretary of State website showing the business entity information for plaintiff AMA Multimedia LLC ("AMA").

5. Attached hereto as Exhibit B is a true and correct copy of the Claim Form filed before Supreme Court of Barbados, *Cyberweb LTD, et al. v. AMA Multimedia LLC, et al.*, Claim No. CV600-2016, against AMA and Adam Silverman.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 13, 2016 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

# Exhibit A

# AMA MULTIMEDIA LLC

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 5/21/2013 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0252152013-0 |
| Qualifying State: | NV | List of Officers Due: | 5/31/2017 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20131307687 | Business License Exp: | 5/31/2017 |

| Additional Information | |
|---|---|
| Central Index Key: | |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | ESQUIRE CORPORATE SERVICES, LLC | Address 1: | 633 SOUTH 4TH STREET SUITE 7 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89101 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Limited-Liability Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| **No stock records found for this company** | | | |

## Officers   ☐ Include Inactive Officers

**Managing Member - ARTHUR CHIKUM CHANG**

| | | | |
|---|---|---|---|
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89118 | Country: | USA |
| Status: | Active | Email: | |

**Managing Member - ADAM SILVERMAN**

| | | | |
|---|---|---|---|
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: | |
| City: | LAS VEGAS | State: | NV |

|  |  |  |  |
|---|---|---|---|
| Zip Code: | 89118 | Country: | USA |
| Status: | Active | Email: |  |
| Managing Member - MICHAEL SULLIVAN JR | | | |
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: |  |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89118 | Country: | USA |
| Status: | Active | Email: |  |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20130336146-59 | # of Pages: | 1 |
| File Date: | 5/21/2013 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Initial List | | |
| Document Number: | 20130443696-78 | # of Pages: | 1 |
| File Date: | 7/3/2013 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Amended List | | |
| Document Number: | 20130632587-67 | # of Pages: | 1 |
| File Date: | 9/26/2013 | Effective Date: | |

MLO 2013-2014

| | | | |
|---|---|---|---|
| Action Type: | Merge In | | |
| Document Number: | 20130647406-93 | # of Pages: | 9 |
| File Date: | 9/30/2013 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Amended List | | |
| Document Number: | 20130793086-09 | # of Pages: | 1 |
| File Date: | 12/2/2013 | Effective Date: | |

amended may 13-14

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20140398752-11 | # of Pages: | 1 |
| File Date: | 5/30/2014 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Registered Agent Change | | |
| Document Number: | 20140493692-00 | # of Pages: | 1 |
| File Date: | 7/1/2014 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20150169038-35 | # of Pages: | 1 |
| File Date: | 4/14/2015 | Effective Date: | |

| (No notes for this action) | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20160169444-77 | # of Pages: | 1 |
| File Date: | 4/14/2016 | Effective Date: | |
| (No notes for this action) | | | |

# Exhibit B



DRAWN AND PREP... BY

...........
ZARINA KH... N
ATTORNEY-AT-LAW
P... spect Chambers
"S... merland House"
Prospect ...oad, St James
BB24003, Barbados

CLAIM FORM

Form 1

*(Rule 8.1(4))*

**SUPREME COURT OF BARBADOS
IN THE HIGH COURT OF JUSTICE**

CLAIM NO. CV600/2016

**BETWEEN:**

**CYBERWEB LTD
NETMEDIA SERVICES INC
SAGAN LTD
GLP 5, INC
GIM CORP
DAVID KOONAR**                                   **CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC
ADAM SILVERMAN**                                 **DEFENDANTS**

**The Claimants, CYBERWEB LTD** formerly MXN LTD of Coconut Creek House, Derricks in the parish of St. James, Barbados; **NETMEDIA SERVICES INC** of 5060 Tecumseh Rd. East, Windsor, ON Canada; **SAGAN LTD** of Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles; **GLP 5, INC** of 30150 Telegraph Road, STE 444, Bingham Farms, MI, 48025-4549 USA, **GIM CORP** of Coconut Creek House, Derricks in the parish of St. James, Barbados **AND DAVID KOONAR** of Asolo (Treviso – Italy), Via Santa Caterina 35 claim jointly and severally against **the Defendants, AMA MULTIMEDIA, LLC** of Las Vegas, Nevada, USA and **ADAM SILVERMAN** of Las Vegas, Nevada, USA.

**(SET OUT BRIEFLY THE NATURE OF THE CLAIM, ANY SPECIFIC AMOUNT CLAIMED AND ANY OTHER REMEDY SOUGHT FROM THE COURT)**

1.   Injunctive relief to restrain anticipatory breach of contract and or breach of the Claimant - GIM CORP- rights in an Agreement entitled Content Partner Revenue Sharing Agreement made between GIM CORP and the Defendants herein on or about the 10th day of September, 2012 ("Content Partner Revenue Sharing Agreement").

2.   A Declaration that the Content Partner Revenue Sharing Agreement is entirely and solely justiciable only in the Courts of Barbados pursuant to Barbados law and without regard to conflicts of laws principles.

3.   A Declaration that all of the Claimants herein are entitled to rely on the rights granted by the Defendants to GIM CORP under the Content Partner Revenue Sharing Agreement..

4.   A Declaration that all of the Claimants herein are, pursuant to the Content Partner Revenue Sharing Agreement, entitled to publicize and or distribute materials submitted provided to or otherwise made available to the Claimants by the Defendants or either of them, including without limitation, materials as to which Defendants claim or otherwise assert copyright interests, .

5.   Relief for breach of the Content Partner Revenue Sharing Agreement by Defendants, including, without limitation, damages for and order restraining breach and or further breach or violation of representations and warranties that Defendant(s) would not, directly or indirectly, undertake any action (or authorize others to undertake any action) in conflict with the rights of GIM CORP, including those rights held by GIM CORP pursuant to the Content Partner Revenue Sharing Agreement.

6.   Interest pursuant to section 35 of Cap 117A;

7.   Costs including costs provided for under the Content Partner Revenue Sharing Agreement.

8.   Further or other relief deemed fit.

**(THE FOLLOWING IS TO BE COMPLETED ONLY WHERE THE CLAIM IS FOR A SPECIFIED AMOUNT)**

|  | $ |
|---|---|
| Amount Claimed |  |
| Interest |  |
| Court fees |  |
| Attorney's Fixed Costs on issue |  |
| Total Amount Claimed |  |

I Kris Richardson certify that all facts set out in this Claim Form are true to the best of my knowledge, information and belief.

Dated the   27   day of April   2016

..................................................
*Claimant's signature*

## NOTICE TO THE DEFENDANT

### See the notes in Form 1A served with this Claim Form.

This Claim Form must contain or have served with it either a Statement of Claim or a copy of a court order entitling the Claimant to serve the Claim Form without a Statement of Claim.

If you do not complete the form of Acknowledgment of Service served on you with this Claim Form and deliver or send it to the Registry (address below) so that it is received there within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. See Rules 9.2(4) and 9.3(1).

The form of Acknowledgment of Service may be completed by you or by an attorney-at-law acting for you.

You should consider obtaining legal advice with regard to this Claim.

**This Claim Form has no validity if it is not served within twelve months of the date below unless it is accompanied by an order extending that time.**

The Court has fixed the                         day of                         2016 , at                         am/pm, as the time and date for a directions hearing in this Claim. You or your representative must attend that hearing, unless the Court dispenses with your attendance, or orders may be made against you in your absence.

You are referred to Part 27, and particularly rule 27.4, of the Rules of the Supreme Court.

The Registry is located at The Law Courts, Bridgetown, telephone number 246-426-3461, FAX (246)426-2405. The office is open to the public between 8.15 a.m. and 3.30 p.m. Mondays to Fridays except on public holidays.

Dated the                         day of                         2016

The Claimant's address for service is Zarina Khan, and Ivan Alert Attorneys-at-Law of and whose address for service is Prospect Chambers, Summerland House, Prospect Road, St James.
Telephone No. 622 0050, Fax No. 438 7266.

Filed by Zarina Khan, in association with Ivan Alert, Attorneys-at-Law of Prospect Chambers, "Summerland House", Prospect Road, Prospect, St James, Barbados.

## ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM

### Form 3

*(Rule 8.12 (1)(a) and Part 9)*

## SUPREME COURT OF BARBADOS
## IN THE HIGH COURT OF JUSTICE

**CLAIM NO.** [                    ]

**BETWEEN:**

**CYBERWEB LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5, INC**                                                        **CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**                                                **DEFENDANT**

**WARNING:** If this document is not fully completed and returned to the Registry at the address below within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. If he does so you will have no right to be heard by the Court except as to costs or the method of paying any judgment unless you apply to set the judgment aside (and it may not be possible for you to succeed in having it set aside).

1. Have you received the Claim Form with the above Claim number?   YES/NO

2. If so, when?                                                      __/__/__
                                                                      *Date*

3. Did you also receive the Claimant's Statement of Claim?           YES/NO

4. If so, when?                                                      __/__/__
                                                                      *Date*

5. Are your names properly stated in the Claim Form?                 YES/NO

   If not, what are your full names?
   ..................................................................................................................................

6. Do you intend to defend the Claim?                                YES/NO

   (If so you must file a Defence within 28 days of the date of service of the Claim Form on you.)

7. Do you admit the whole of the claim made in the Claim Form?       YES/NO

   (If you do you should either

   (a) pay the claim directly to the Claimant or his attorney-at-law, or;

   (b) complete the form of application to pay the claim by instalments.

   If you pay the whole debt together with the costs and interest as shown in the Claim Form within FOURTEEN DAYS you will have no further liability for costs.)

**FORM 3** – *Cont'd*

*(Rule 8.12(1)(a) and Part 9)*

8. If you do not admit the whole of the claim, do you admit any part of the claim?   YES/NO

   (If you do you may

   (a) pay the money that you admit direct to the Claimant or his attorney-at-law; or

   (b) complete the form of application to pay the claim by instalments.)

9. If so, how much do you admit? ...........................................................................

   (If you dispute the balance of the claim you must also file a Defence within TWENTY-EIGHT DAYS of the date of service of the Claim Form on you or judgment may be entered against you for the whole amount claimed.)

10. What is your own address?   ....................................................................................
    ....................................................................................
    ....................................................................................

11. What is your address for service?
    (If you are acting in person you must give an address to which documents may be sent either from other parties or from the court. You should also give your telephone number and FAX number, if any.)

    ....................................................................................
    ....................................................................................
    ....................................................................................

12. Dated the              day of              2016

................................................
Attorney-at-Law for the Defendant
Defendant in person

The Registry is located at The Law Courts, Bridgetown, telephone number (246)426-3461, FAX (246)426-2405. The Office is open to the public between 8:15 a.m. and 3:30 p.m. Mondays to Fridays except on public holidays.

Filed by Zarina Khan, and Ivan Alert Attorneys-at-Law of Prospect Chambers, "Summerland House", Prospect Road, Prospect, St James, Barbados.

SUPREME COURT OF BARBADOS

IN THE HIGH COURT OF JUSTICE

CLAIM NO. CV00012016

BETWEEN

CYBERWEB LTD
FOSHAN LTD
NETMEDIA SERVICES INC
SAGAN LTD
GLP 5, INC
DAVID KOONAR                                                              CLAIMANTS

AND

AMA MULTIMEDIA LLC
ADAM SILVERMAN                                                            DEFENDANTS


CLAIM FORM


ZARINA KHAN
ATTORNEY-AT-LAW