ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

*Attorney for Defendants*
*GLP 5, Inc. and Netmedia Services Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**SUPPLEMENTAL DECLARATION OF PHILIP BRADBURY IN SUPPORT OF DEFENDANTS' SURREPLY TO PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE** |

BRADBURY SUPPLEMENTAL DECLARATION ISO DEFENDANTS' SURREPLY TO PLAINTIFF'S
*EX PARTE* MOTION FOR LEAVE FOR ALTERNATIVE SERVICE

1214515

## SUPPLEMENTAL DECLARATION OF PHILIP BRADBURY

I, Philip Bradbury, declare and state as follows:

1. I make this Declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I am Vice President of Defendant Netmedia Services Inc. ("Netmedia"). I am also the sole director, president, and secretary of Defendant GLP 5, Inc. ("GLP 5"). As such, I have valuable information to offer in connection with GLP 5 and Netmedia's defenses in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Consent to Act As Director, President and Secretary of GLP 5.

4. Process serving company, Premier Attorney Service, attempted to serve Adam Silverman at 22349 Lavendar[sic] Bell Lane, Woodland Hills, California, 91367 eight times but was unable to serve Mr. Silverman. Attached hereto as Exhibit 2 is a true and correct copy of a Non Service Report by Premier Attorney Service.

5. After those attempts failed, process serving company, Attorney's Process, attempted to serve Adam Silverman at 322 Karen Ave. #4307, Las Vegas, Nevada five times but was unable to serve Mr. Silverman. Attached hereto as Exhibit 3 is a true and correct copy of an Affidavit of Non-Service by Attorney's Process.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 12, 2016 at Windsor, Ontario, Canada.

_____
PHILIP BRADBURY

# Exhibit 1

## CONSENT TO ACT AS DIRECTOR, PRESIDENT and SECRETARY

**TO:** GLP 5, Inc.

**AND TO:** The Shareholder thereof

**I, THE UNDERSIGNED,** hereby:

i) Consent to being elected and to acting as Director, President and Secretary of the above Corporation, such consent to take effect immediately and to continue in effect until I give written notice to the Corporation revoking such consent or until I otherwise cease to be the Director, President or Secretary of the Corporation;

ii) Consent to the holding of meetings of directors or of committees of directors by means of such telephone, electronic or other communication facilities as permit all persons participating in the meetings to communicate with each other simultaneously and instantaneously; and

iii) Certify that I am a resident of Canada and that I shall notify the Corporation forthwith in the event of a change in such status.

**DATED** the 11th day of August, 2014.

_____
Philip Bradbury

## RESIGNATION

TO:  **GLP 5, Inc.**

I hereby resign as the Director, President and Secretary of your Corporation, my resignation to take effect forthwith.

DATED to take effect as and from the 11th day of August, 2014.

_____
DAVID KOONAR

# Exhibit 2

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| JOSHUA CHEIFETZ<br>CORRENT & MACRI, LLP<br>2485 OUELLETTE AVENUE SUITE 201<br>WINDSOR, ON<br>TELEPHONE No.: (519) 255-7332 x 236    FAX No. (Optional): (519) 231-0277<br>E-MAIL ADDRESS (Optional): jcheifetz@correntmacri.com<br>Attorney for: PLAINTIFF | | |
| Ref No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
N/A -

Plaintiff: CYBERWEB

Defendant: AMA MULTIMEDIA

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV600/2016 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ADAM SILVERMAN**

Documents: CLAIM FORM; NOTICE TO THE DEFENDANT; ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM;

| Date | Time | Results |
|---|---|---|
| 5/15/2016 | 6:01 PM<br>Location: | NO ANSWER. PRIVATE CONDOS. NO DIRECTORY. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 5/18/2016 | 8:11 AM<br>Location: | NO ANSWER. NO NAMES ON MAIL BOXES. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 5/21/2016 | 3:02 PM<br>Location: | NO ANSWER. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 5/24/2016 | 7:40 AM<br>Location: | NO ANSWER. NO ACTIVITY. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 5/24/2016 | 2:52 PM<br>Location: | SKIP TRACE AUTHORIZED - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 5/27/2016 | 7:30 PM<br>Location: | NO ANSWER. NEIGHBOR NO HELP. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 5/30/2016 | 9:11 AM<br>Location: | NO ANSWER. NO ACTIVITY. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 6/2/2016 | 6:30 PM<br>Location: | NO ANSWER. - J. FIGUEROA<br>22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |

**Continued on Next Page**

Fee for Service: $ 245.00
County: LOS ANGELES
Registration No.: 3204
Premier Attorney Service
1301 W Second Street, Suite 204
Los Angeles, CA 90026
P:(213) 481-7334 F:(213) 481-7343

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 07, 2016.

Signature: _____
J. FIGUEROA

**NON SERVICE REPORT**

Order#: 11843

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| JOSHUA CHEIFETZ<br>CORRENT & MACRI, LLP<br>2485 OUELLETTE AVENUE SUITE 201<br>WINDSOR, ON<br>TELEPHONE No.: (519) 255-7332 x 236    E-MAIL ADDRESS (Optional): jcheifetz@correntmacri.com<br>FAX No. (Optional): (519) 231-0277 | | |
| Attorney for: PLAINTIFF | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
N/A -

Plaintiff: CYBERWEB

Defendant: AMA MULTIMEDIA

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV600/2016 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ADAM SILVERMAN**

Documents: CLAIM FORM; NOTICE TO THE DEFENDANT; ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM;

| Date | Time | Results |
|---|---|---|
| | | **Continued from Previous Page** |
| 6/3/2016 | 8:53 AM | SKIP TRACE COMPLETER. FOUND TWO ADDRESSES, ONE IN LAS VEGAS AND ONE IN MIAMI. - J. FIGUEROA |
| | Location: | 22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 6/5/2016 | 7:44 AM | NO ANSWER. - J. FIGUEROA |
| | Location: | 22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |
| 6/7/2016 | 8:54 AM | RETURN TO CLIENT. UNABLE TO SERVE AT GIVEN ADDRESS. - J. FIGUEROA |
| | Location: | 22349 LAVENDAR BELL LANE, WOODLAND HILLS, CA 91367 |

Fee for Service: $ 245.00
County: LOS ANGELES
Registration No.: 3204
Premier Attorney Service
1301 W Second Street, Suite 204
Los Angeles, CA 90026
P:(213) 481-7334 F:(213) 481-7343

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 07, 2016.

Signature: _____
J. FIGUEROA

**NON SERVICE REPORT**

Order#: 11843

# Exhibit 3

# SUPREME COURT OF BARBADOS

# IN THE HIGH COURT OF JUSTICE

CYBERWEB LTD
NETMEDIA SERVICES INC
SAGAN LTD
GLP 5, INC
GIM CORP
DAVID KOONAR
         CLAIMANTS,
AND

AMA MULTIMEDIA LLC
ADAM SILVERMAN

        DEFENDANTS

CLAIM NO. CV600/2016

**AFFIDAVIT OF NON-SERVICE**

STATE OF NEVADA    )
                              ) ss.
COUNTY OF CLARK  )

Karie Castle, being first duly sworn, deposes and says; that affiant is and was on the dates when service was attempted of the within: **CLAIM FORM, NOTICE TO THE DEFENDANT, ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM,** a citizen of the United States, over 18 years of age, and not a party to, nor interested in the within action; that affiant received the above named document(s) and attempted to personally serve/have them served upon: AMA MULTIMEDIA, LLC & ADAM SILVERMAN, subject(s), during the period of June 7, 2016 through July 5, 2016 at his/her last known address(es) of: 322 Karen Ave. #4307

in the City of Las Vegas, County of Clark, State of Nevada, without success in locating said

- 1 -

1  subject(s). Affiant was not able to serve/have subject(s) served for the following
2  reasons:
3  **6-11-16 at 9:00 p.m. – No answer.**
4  **6-14-16 at 9:03 a.m. – No answer.**
5  **6-18-16 at 5:30 p.m. – No answer.**
6  **6-21-16 at 3:30 p.m. – Per security at front desk. Instructed to come back after 7-1-2016 as**
7  **subject is out of town until then.**
8  **7-5-16 at 7:50 a.m. – No answer.**
9  Affiant left several messages at the security desk for subject, but no calls were returned.
10 Affiant, on the basis of the previous information, was unable to locate / serve subject(s).

Karie Castle #R002343
Attorney's Process NV #429
320 E. Warm Springs Rd. #4A-14
Las Vegas, NV  89119
(702) 547-9036

SUBSCRIBED AND SWORN to before me this 12th day of July, 2016.

_____
NOTARY PUBLIC

SCOTT B. HETRICK
Notary Public State of Nevada
No. 94-1814-1
My Appt. Exp. Sept. 9, 2018

- 2 -