Court File No.: 2-16-cv-01269-DGC

## UNITED STATES DISTRICT COURT
### For the
### District of Arizona

**B E T W E E N:**

## AMA MULTIMEDIA LLC

Plaintiff(s)

**-and-**

## SAGAN LIMITED, individually & dba Porn.com; MXN LTD., individually & dba Porn.com; NETMEDIA SERVICES INC., individually & dba Porn.com; GLP 5, Inc., individually & dba Trafficforce.com; DAVID KOONAR

Defendant(s)

## AFFIDAVIT OF ATTEMPTED SERVICE OF CARRIE SCHRAM

I, Carrie Schram, Process Server, of the City of Windsor in the Province of Ontario, **MAKE AND OATH AND SAY AS FOLLOWS:**

1.  THAT, I have been trying to personally serve the Defendant, **DAVID KOONAR,** with the Summons, Complaint for Damages and Injunctive Relief and Demand for Jury Trial, Civil Cover Sheet, Plaintiff AMA Multimedia, L.L.C.'s FED.R.CIV.P.7.1 Corporate Disclosure Statement, Report on the Filing or Determination of an Action or Appeal regarding a Copyright Notice of Availability of a Magistrate to Order, and as such have knowledge of the matters hereinafter deposed to, except where same are stated, to be based upon belief or information, and where so stated, I verily believe them to be true.

2.  I received the above listed documents with instructions to serve DAVID KOONAR at three given addresses being: 538 Lisa Crescent, Windsor, Ontario, N9G 2M5, or at Suite 1240, 5060 Tecumseh Road East, Windsor, Ontario, N8T 1C1 or at a place of business being NETMEDIA SERVICES INC. 1785 Turner Road, Windsor, Ontario, N8W 3J9.

3.      On 16 May, 2016, at 9:50 a.m. I attended at 538 Lisa Crescent, Windsor, Ontario, N9G 2M5, and spoke to an adult female who informed her that she bought the house from DAVID KOONAR over a year ago. She stated that she had no other information or knowledge on DAVID KOONAR.

4.      On 16 May, 2016, at 10:10 a.m., I attended at 5060 Tecumseh Road East, Windsor, Ontario, N8T 1C1, and found the address to be a UPS Post Office Drop Box business. I spoke to an adult female employee in the store who confirmed that DAVID KOONAR does have Post Office Box Number 1240 at this location but could not divulge any other information on a customer. This female employee offered to take the documents I had in a sealed envelope addressed to DAVID KOONAR to place them in his mailbox. I did not do this, but I did leave a note and a business card in a sealed envelope addressed to DAVID KOONAR requesting that he contact my office with the female employee to be placed in Box Number 1240 for DAVID KOONAR.

5.      On 07 June, 2016, at 1:30 p.m., I attended at NETMEDIA SERVICES INC., 1785 Turner Road, Windsor, Ontario, N8W 3J9, the business address for a co-defendant, as I was advised by my Associate, David Lupton, that he was previously informed that DAVID KOONAR was employed at this location.

6.      On 07 June, 2016, at 1:30 p.m., when I attended at NETMEDIA SERVICES INC., 1785 Turner Road, Windsor, Ontario, N8W 3J9, I found the business to be a secured building requiring access to enter the building. When I rang the outside bell on the front glassed entrance, a male behind a desk in the office looked up at me but would not come to the

-3-

door to allow me access or ask why I was there. This action was repeated four (4) times, but each time I was ignored and was unable to enter the business to attempt service of the said documents on DAVID KOONAR.

7.   From my attempts to serve DAVID KOONAR, I believe that if the Summons, Complaint for Damages and Injunctive Relief and Demand for Jury Trial, Civil Cover Sheet, Plaintiff AMA Multimedia, L.L.C.'s FED.R.CIV.P.7.1 Corporate Disclosure Statement, Report on the Filing or Determination of an Action or Appeal regarding a Copyright Notice of Availability of a Magistrate to Order were mailed by ordinary mail to the UPS Postal Box Office, Suite 1240, 5060 Tecumseh Road East, Windsor, Ontario, N8T 1C1, to the attention of DAVID KOONAR, that the said documents would come to the attention of DAVID KOONAR.

8.   Accordingly, and in light of the aforesaid, I make this Affidavit to show that the DAVID KOONAR is aware of this proceeding, and is evading service, and further; that this Affidavit be used in support of a motion to obtain an Order for Substitutional Service on DAVID KOONAR and for no improper purpose.

Sworn before me at the City of Windsor,      )
In the Province of Ontario                              )
This ⌀⌀2 day of July, 2016.                        )
                                                                    )
                                                                    )
A Commissioner etc…                                   )

Carrie Schram
Essex Process Service

DAVID WAYNE LUPTON, A COMMISSIONER, ETC.,
County of Essex, for Essex Process Service,
and for Process Serving only.
Expires July 12, 2017