LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION TO EXCEED PAGE LIMIT** |

Plaintiff AMA Multimedia, LLC ("AMA") hereby requests that this Court allow it to exceed the 17 page limit provided by LRCiv 7.2)(e)(1) for its Opposition to Defendants GLP 5, Inc. and Netmedia Services, Inc's Motion to Dismiss for Lack of Personal Jurisdiction (the "Opposition").  The Opposition is twenty-one (21) pages.

This request is reasonable and necessary because of the extensive factual background and numerous issues addressed in the Opposition. AMA made every reasonable effort to be concise but needed additional pages to fully address all issues.

Should the Court deny this motion, AMA respectfully requests that it be allowed to re-file its Opposition.

DATED this 8th day of August, 2016.

**MANOLIO & FIRESTONE, PLC**

By:  /s/ Veronica L. Manolio
       Veronica L. Manolio
       8686 E. San Alberto Dr., Suite 200
       Scottsdale, Arizona 85258
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants GLP 5, Inc.*
*and Netmedia Services Inc.*

By:   /s/ Gina Murphy