# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION TO EXCEED PAGE LIMIT** |

The Court, having read Plaintiff AMA Multimedia, LLC's Motion to Exceed Page Limit and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting Plaintiff AMA Multimedia, LLC's Motion to Exceed Page Limit. Plaintiff is permitted to file their 20-page Opposition to Defendants GLP 5, Inc. and Netmedia Services, Inc's Motion to Dismiss for Lack of Personal Jurisdiction