# EXHIBIT A

# Relationships Among the Parties/Entities

