MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

AMA MULTIMEDIA, LLC, a Nevada
limited liability company

　　　　Plaintiff,

　　　　vs.

SAGAN LIMITED, a Republic of
Seychelles company, individually and d/b/a
PORN.COM; CYBERWEB LTD. formerly
MXN LTD., a Barbados Company,
individually and d/b/a PORN.COM;
NETMEDIA SERVICES INC., a Canadian
Company, individually and d/b/a Porn.com;
GLP 5, Inc., a Michigan Company
individually and d/b/a Trafficforce.com;
DAVID KOONAR, an individual; and John
Does 1-20,
　　　　Defendants.

Case No.: **2:15-cv-1269-PHX -DGC**

**DECLARATION OF JASON
TUCKER IN SUPPORT OF
PLAINTIFF AMA MULTIMEDIA,
LLC'S OPPOSITION TO
DEFENDANTS GLP 5, INC. AND
NETMEDIA SERVICES, INC.
MOTION TO DISMISS FOR LACK
OF PERSONAL JURISDICTION**

I, Jason Tucker, declare:

1.     I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am a director of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

3.     I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over fifteen (15) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4.     I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5.     As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6.     I have purchased and managed websites, and sold top-level adult domain names.

7.     I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement, and have previously served as an expert witness in similar proceedings.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES, INC. MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

2

8.      AMA Multimedia, LLC retained Battleship Stance to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights.

9.      I investigated and documented AMA videos displayed on Porn.com and the investigated Porn.com and its operations.

10.     From my investigations, I discovered that there are more than 12 entities and persons involved with the operation of Porn.com.

11.     The Porn.com domain name is registered to Sagan Limited, a company registered in the Republic of Seychelles. The Porn.com web site Terms of Services states that Sagan Limited is the operator of Porn.com. Attached hereto as Exhibit A is a copy of the Terms of Service that I documented on Porn.com showing that Sagan Limited claims to be the operator of Porn.com. The Terms of Service also includes provisions for California Residents at Sections xv. 27.17 and xvi. 27.16.

12.     I joined the Porn.com website on in November 2015. When I joined the website Porn.com, I was sent two emails. The first email was to confirm my email address; this email showed Sagan Ltd at the bottom of the email and was sent to me from a @porn.com email address. The second email was sent directly from the payment processor. California based Epoch Payment Solutions. Attached hereto as Exhibit B are both emails.

13.     Cyberweb, Ltd., a company registered in Barbados, is also stated to be an owner and operator of Porn.com.  Cyberweb was formerly known as MXN, Ltd., until a name change occurred in the company's corporate filings in Barbados.

14.     Netmedia Services, Inc. is located at 1785 Turner Road, Windsor, Ontario, Canada, with a phone number of (519) 987-0600.  Attached as Exhibit C are true and

1  correct copies of search results from a Google.com search, Mapquest.com, and Canpages
2  from the Yellow Pages Company showing NetMedia Services Inc.

3  15.  The building located at 1785 Turner Road, Windsor, Ontario has a single
4  placard on the building, denoting Netmedia Services at its apparent sole occupant.
5  Attached as Exhibit D is a true and correct copy of a photograph of the Netmedia
6  Services building at 1785 Turner Road, Windsor, Ontario from Google Earth.

7  16.  Sharing this same phone number and address are the other Defendants in
8  this lawsuit, alleged to also be operators and owners of Porn.com, including Cyberweb
9  and GLP 5.

10  17.  Until this lawsuit was filed, the Netmedia Services website was located at
11  netmsi.com. Attached hereto as Exhibit E is a copy of the webpages documented on
12  netmsi.com.

13  18.  The parties involved in this case use or have used an email address ending
14  in @netmsi.com, while conducting business for each of the various entities associated as
15  or with Porn.com.

16  19.  The Whois information for the domain "Koonar.biz" is an example of how
17  schizophrenic the entities, directors, and parties in this case can appear, if they choose to.
18  The WHOIS for this domain shows that koonar.biz is registered through Arizona based
19  GoDaddy.com, Inc. listing David Koonar as the Registrant Name, the Organization is
20  listed as GIM Corp, the 1785 Turner Road, Windsor, Ontario, Canada address and phone
21  number 519-987-0600 and an email of dave@netmsi.com. Attached hereto as Exhibit F,
22  is a copy of the Whois information obtained through a Whois search on
23  Domaintools.com.

24  20.  GLP5, Inc. operates as Traffic Force with its website located at
25  TrafficForce.com. Attached hereto as Exhibit G is the Terms of Service and Agreement
26

1   Page from TrafficForce.com showing that Michigan registered GLP5, Inc. is Traffic
2   Force and lists the Michigan address on the last page, the same address as its corporate
3   flings.

4       21.    The management team of GLP 5, Inc. shares the same address and phone
5   number as Netmedia Services. Attached as Exhibit H is the contact page from
6   TrafficForce.com showing the address as 1785 Turner Road, Windsor, Ontario, and a
7   phone number of 519-987-0600.

8       22.    Further, until this lawsuit was filed, representatives of Traffic Force utilized
9   the email addresses associated with Netmedia Services.

10      23.    All known operators or entities associated with Porn.com, including its
11   stated owner Cyberweb and its ad brokerage company GLP 5 Inc., are connected to the
12   address at 1785 Turner Road.

13      24.    The logical conclusion is that Netmedia Services is the umbrella company
14   under which Cyberweb and GLP 5 operates and/or owns Porn.com in conjunction with
15   other owners and operators – as it has tacitly admitted by asserting rights to videos
16   posted on Porn.com through the Content Partnership Agreement.

17      25.    I ordered a statistical survey of Porn.com through my account with Similar
18   Web, a commonly used Internet web site statistical analytics company. Attached hereto
19   as Exhibit I is a true and correct copy of this report.

20      26.    United States viewers are the predominant viewers of Porn.com.

21      27.    According the statistics compiled by SimilarWeb, Porn.com receives 52.2
22   million visits between January 2016 and June 2016. United States Internet users were
23   by far the largest source of viewers, comprising 23.26% of the 52.2 million viewers.
24   (The second largest group was significantly smaller, Germany at 7.99%.)

25

26

28.     Porn.com, through its Content Partnership Program, has significant ties to United States content producers and streaming sites, including, but not limited to, Oppenheit, LLC d/b/a shooshtime.com; an Arizona Company; Paper Street Media, LLC, a Florida company; Bangbros.com, Inc., a Florida company; ICF Technology, Inc. d/b/a Streammate, a Washington company; La Touraine Inc., a California company; Reality Kings, a Florida company; Evil Angel, a Nevada company; Hustler Video, a California company; Cybernet, d/b/a Kink.com, a California company; XFC, Inc., an Arizona based company; and Nomad Media, Inc., an Arizona based company.  Further, Porn.com displays advertisements from United States companies that are target to United States viewers and Arizona viewers, including Infinite Connections Inc., a Florida company; Multi Media LLC, d/b/a chaturbate.com, a California company; and Biomanix, Inc., a United States company operating on the east coast.

29.     Porn.com utilizes a United States based DMCA Agent located at the same Michigan based registered address for GLP5, Inc. d/b/a Traffic Force.

30.     Traffic Force solicits business directly in Arizona.

31.     Traffic Force sends representatives to an industry trade show held yearly in Phoenix, Arizona at the Tempe Mission Palms Hotel called *The Phoenix Forum*. The Phoenix Forum is, in my opinion, one of the adult industry's largest trade shows for business.  The event typically sells out four hotels in Tempe.  Attached hereto as Exhibit J is a copy of the Phoenix Forum website showing Traffic Force was a 2016 sponsor of the annual Phoenix Event produced and hosted by Phoenix based credit card processor CCBill.

32.     At this trade show, Traffic Force solicits US-based and Arizona-based content producers and web site owners to utilize Traffic Force to for the placement of banner ads on video streaming sites on behalf of the content producers.

33.     On or about March 26, 2016, I met directly with representatives from Traffic Force, holding a joint meeting with a content producer and website operator. During this meeting, Ross Allan, who, pursuant to the Traffic Force website and business card lists him as Advertising Manager for Traffic Force (trafficforce.com) described to me and the content producer and website operator, the services of Traffic Force and offered to enter into a business relationship.

34.     During the meeting Mr. Ross Allan referred to web properties that "we own" and during his explanation and my own understanding of the industry and operations Mr. Allan made it clear to me that "we" and "they" were the collective group of companies at issue in this case, including Netmedia Services and GLP 5. Specific to his explanation, Mr. Allan stated that, "our flagship site is Porn.com, that is our own site, we own it." Mr. Allan also stated that "they" own and operate porn5.com and porn.porn. He also shared that "they" own HostedTube.com, a single network of 17,000 individual tube sites. When referring to sites they did not own, Mr. Allan referred to these properties, they sold the advertising inventory for, as "outside publishers." Mr. Allan stated that their outside publishers included sites including 4tube.com, porntube.com and youjizz.com. I have personal knowledge that the parties in this case do not own the outside publishers.

35.     Mr. Allan also informed me that TrafficForce was able to allow clients to use highly developed tools that would allow me to target advertisers by Country, City, Zip Code, mobile carrier, and DMA[1] Code. DMA Codes are specific to the United States.

---

[1] A **Designated Market Area (DMA)** is a group of counties in the United States that are covered by a specific group of television stations. The term was coined by Nielsen Media Research, and they control the trademark on it. There are 210 DMAs in the United States. Source: https://www.google.com/#q=dma+code Last searched 08/01/2016.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES, INC. MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
7

36.     The Facebook page for Traffic Force shows various references to U.S. relationships. On January 14, on its Facebook page, Traffic Force, gave away an entrance badge to the Las Vegas hosted Internext trade show (a large annual adult industry trade shows) and stated that they were "looking forward to meeting up with all our clients in Las Vegas." On January 6, they stated they are also attending the Xbiz Adult Trade show in Los Angeles for "face to face meetings" to "discuss...traffic needs for 2016." Most notably on November 16 they posted, "Wishing all of our US clients a Happy Thanksgiving." And on July 3, "Wishing all our American clients a very happy 4th of July." Attached hereto as Exhibit K is a copy of the Traffic Force Facebook Page.

37.     Ross Allan appears to work for Netmedia Services Inc, GLP5, Inc. (Traffic Force), Porn.com, Sagan Ltd., and the other entities. Again, they all appear to be one in the same operation with various brands and names. Examples include:

       a. An internet search on Profiwiki.com[2] shows Ross Allan from Windsor Canada as the Advertising Manager for Netmedia Services.

       b. An internet search on homeownerscircle.com[3] states that Ross Allan works at Netmedia Services.

       c. An internet search on Zoominfo.com[4] shows Ross Allan as Advertising Manager for Netmedia Services.

---

[2] Profiwiki is a leading business platform using **WIKI** and **People search** technologies to organize information into comprehensive yet easy-to-understand online professional's profiles. Source: http://www.profiwiki.com/static/about.html Last visited: 08/02/2016.
[3] Home Owners Circle is, "Home Owners Circle is the premier site for Home Owners and local Service Professionals to connect across North America. " Source: http://www.homeownerscircle.com/bp-2562516/ross-allan Last Visited: 08/02/2016.
[4] For over a decade ZoomInfo has helped companies achieve their most important objective: profitable growth. Backed by a database that contains over 140 million businesspeople... Source: http://www.zoominfo.com/business/about Last Visited: 08/02/2016.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES, INC. MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

8

      d.  An internet search on PinnacleCanada.com for Netmedia Services shows Ross Allan as the contact person with an address of 1785 Turner Road and a phone number of 519-987-0600,

      e.  The advertising sales website, ImpressionMonster.com lists Ross Allan as its Advertising Manager with the email contact of ross@NetMsi.com.

Attached hereto as Exhibit L are each of the pages listed in 37 a, b, c, d, and e above.

38.    It has been stated by the Defendants that Netmedia only provides maintenance service for Porn.com.  However, Dugan Lane, Systems Manager at Netmedia Services is listed as the technical contact for the IP blocks utilized by Porn.com, listed his email as dugan@netmsi.com; address at 1785 Turner Road, Windsor, Ontario, and phone number 519-987-0600.  As the sole direct contact for the web site, Netmedia is more involved than providing "web site maintenance." Attached hereto as Exhibit M is a true and correct copy of an IP Trace and reverse lookup showing the Turner address and Dugan email.

39.    Dugan Lane is also listed on LinkedIn as Systems Manager at Netmedia Services; Systems Manager for Traffic Force[5] and Systems Manager at ImpressionMonster[6]; both of which show Mr. Lane's number as 519-870-0600, email shown as dugan@trafficforce.com and dugan@netmsi.com.  Attached hereto as Exhibit N is a true and correct copy of LinkedIn, Traffic Force, and Impression Master Pages.

---

[5] "Dugan started working with parent company of TrafficForce in 2003." Source: http://www.trafficforce.com/team.html Last visited: 08/04/2016.
[6] "Dugan started working with parent company of Impression Monster in 2003." Source: http://impressionmonster.com/team.html Last Visited 08/04/2016.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES, INC. MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

9

1    I declare under the penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3

4    Execute on the 5TH day of August 2016 at Phoenix, Arizona.

5

6                                    Jason Tucker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT A

# Porn.com Terms of Service

gay.porn    mobile.porn    porn.blog    **HD PREMIUM**

EN  ▾  Sign in  Register

🔍

| Videos | Categories | Channels | Community | Pornstars | Pictures | Upload | Live Girls |

Search PORN.COM...

Save Favourites & Create Playlists! Get your FREE LOGIN Today!

| 2257 | Terms of Service | Privacy | DMCA | Community Guidelines | | | Broadcast Terms |

## Porn.com Terms-of-Use Agreement

Created: June 7, 2013

Last Updated: March 30, 2015

Sagan Limited, a Republic of Seychelles company-the operator of Porn.com-welcomesyou to the Website, an adult entertainment website.It is important to us that you have the best possible experience while using the Website, and that, when you use this Website, you understand your legal rights and obligations. This terms-of-use agreement between you and us explains your legal rights and obligations and governs your use of the Website and the services we offer to you through the Website. These terms apply (1) to the entire contents of this Website(including mobile.porn.com and gay.porn.com) **except for** live.porn.com; (2) to any associated websites that we operate or that we grant you access to as part of any premium membership you purchase **except for** live.porn.com;(3) to any social media accounts operated by us (including Twitter and Instagram); and (4) to any email correspondence between you and us. **Please read these terms carefully before using our Website because they create a legally binding agreement between you and us. We ask that you pay special attention to the following provisions: (1) disclaimer of warranties (section 15); (2) disclaimer of liability and limitation of damages (sections 16 and 17); (3) limited time to bring claims (section 21); (4) exclusive forum for resolving disputes (section 23.1); and (5) mandatory arbitration (section 24.4). Accessing this** Website, including registering for a free account or purchasing a premium membership, formsyour acceptance of and agreement to these terms **even if you do not read them. If** you do not agree to these terms, you cannot access this Website.

**Minors prohibited.** This Website contains pornographic content and is not intended for minors. Only adults who are at least 18-years old and who have reached the age of majority in their community may access this Website. We forbid all persons who do not meet these age requirements from accessing this Website. If minors have access to your computer, please restrain their access to sexually explicit material by using any of the following products provided for informational purposes only and not endorsed by us: CYBERsitter™ | Net Nanny® | CyberPatrol | ASACP.

a. 1.    **Introduction**

i. 1.1    This Website provides users with access to adult (i.e., pornographic) content, including graphic depictions of nudity and sexual conduct, as well as the opportunity to submit their own content subject to these terms. Users may access most of the content on this Website without registering or purchasing a premium membership. Certain features on this Website may only be available to registered users. The Website also makes certain features and content available only to premium members. To access premium features and content, you must pay for a premium membership. Premium memberships automatically renew for the period and price indicated at signup unless cancelled before the renewal date.

ii. 1.2    These terms apply to all users of the Website whether you are a "visitor," a "registered user," or a "premium member." These terms do not apply to live porn.com, which is governed by its own set of terms (http://www.porn.com /legal#terms-broadcast). By accessing any part of this Website, you accept these terms and the privacy policy. If you do not want to accept these terms or the privacy policy, please leave the Website immediately. If you violate any of these terms, we may revoke your license to access this Website and cancel any account related to you.

iii. 1.3    We are not responsible for anything that you post or say while you are on the Website and we do not monitor the content of the Website, but if we do see or someone tells us that you have posted something that we think is inappropriate then we are allowed to remove it. If you post content that actually belongs to someone else and they get annoyed (or even call in their lawyers), we are not in the firing line. You have to take responsibility for what you post.

iv. 1.4    We may change these terms on one or more occasions by updating this webpage (www.porn.com/legal#terms).The top of the terms will tell you when we last updated them. Changes will take effect on the "last updated" date identified at the top of the terms. Changes will not operate retroactively. We will try to notify you when we change these terms if we can do so in a commercially reasonable manner. But you should periodically check this webpage to make sure that you are operating under the most current version of the terms. We will consider your continued use of the Website after we post the changes as your acceptance of the changes even if you do not read them. If you do not accept the changes, please stop accessing the Website. If you are a premium member, you may cancel your premium membership here (or go to http://www.customerhelponline.com).

v. 1.5    On one or more occasions, we may offer specialty content subject to additional terms and a separate fee. You have no obligation to purchase access to this specialty content. If you choose to purchase access to it, you will have an opportunity to review and accept any additional terms specific to the specialty content before you complete your purchase.

vi. 1.6    If you have any questions about these terms, or any comments, complaints, or support related issues, you may also contact us support@customerhelponline.com and we will try to get back to you by the end of the next business day.

b. 2.    **Adult Entertainment; Eligibility; Certifications**

i. 2.1    The Website offers online entertainment services that are pornographic in nature, including content that contains graphic depictions, nudity, adult language, and descriptions of explicit sexual activity, including heterosexual, bisexual,

homosexual, and transsexual situations of a sexual nature. All users may access public areas of the Website, including the ability to view pictures and stream videos without registering or purchasing a premium membership. You must register to gain access to features such as submitting your own content and communicating with other users. But to gain full access to all the features and content that this Website has to offer, you must purchase a premium membership.

ii. 2.2   This Website contains pornographic content suitable for adults who have reached the age of majority in their respective communities. We do not intend anyone under 18-years old or the age of majority in their community to access this Website. Only adults (1) who are at least 18-years old and (2) who have reached the age of majority in their community may access this Website. **If you are not the age of majority in your jurisdiction, you must leave this Website immediately.**

iii. 2.3   Under 47 U.S.C. § 230(d), we hereby notify you that parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist in limiting access to material that is harmful to minors. Information regarding providers of these protections may be found on the Internet by searching "parental control protection" or similar terms.

iv. 2.4   By accessing the Website, registering, or purchasing a premium membership, you certify to us that:

i.    (A)    You have reached the age of majority where you live and that you have the legal capacity to agree to these terms;

ii.    (B)    If purchasing a premium membership, you own (or have permission to use) the credit card you signed up with and have authorized us (or our authorized payment processing agent) to charge the credit card according to the membership you chose (which may include automatically recurring charges on a month-to-month basis until cancelled);

iii.    (C)    You are aware of the pornographic nature of the content available on the Website and that you are not offended by content of this nature;

iv.    (D)    You are familiar with your jurisdiction's laws affecting your right to access pornographic materials;

v.    (E)    You have the legal right to access pornographic materials and we have the legal right to transmit them to you;

vi.    (F)    You are voluntarily requesting pornographic materials for your own private enjoyment; and

vii.    (G)    You will not share these materials with a minor or otherwise make them available to a minor.

c. 3.    **Child Pornography Prohibited**

We have a zero tolerance policy for pornographic content involving minors and a zero tolerance policy regarding pedophiles or any pedophilic activity. We only allow visual media of consenting adults for consenting adults on this Website. If you see any visual media, real or simulated, depicting minors engaged in sexual activity within the Website, please report this to us at support@porn.com or support@customerhelponline.com. Please include with your report all appropriate evidence, including the date and time of identification. We will immediately investigate all reports and take appropriate action. We fully cooperate with any law-enforcement agency investigating child pornography. If you suspect other outside websites are participating in unlawful activities involving minors, please report them to www.asacp.org.

d. 4.    **Ownership of Content; Limited License**

i. 4.1    We own or have the license to use all text, graphics, user interfaces, visual interfaces, photographs, videos, trademarks, logos, sounds, music, artwork, software, scripts, and computer code, including the design, structure, selection, coordination, expression, "look and feel," and the arrangement of this content, contained on this Website. Copyright, patent, trademark, and various other intellectual property and unfair competition laws protect the Website and its content.

ii. 4.2    We hereby grant you a limited, non-exclusive, nontransferable license to access the Website and its content according to these terms. By "access," we mean visit the Website, use its services, and view or download its content (only premium members may download content). "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features, and other materials found on this Website.

iii. 4.3    You may only access the Website for your personal, noncommercial use unless you obtain our advance written consent. You will not use any content that you access on the Website for further distribution, performance, display, sale, or rental except as provided in section 4.4 for distribution through the embeddable player. Nor will you make any content available on any peer-to-peer network, file sharing service, or other system for sending information to others. You will not access the content through any technology or means other than the video playback webpages on the Website itself, the embeddable player, or other explicitly authorized means we may designate. You will comply with all applicable laws when accessing the Website. We may change, limit, or revoke the license granted in section 4.2 if you fail to comply with these terms.

iv. 4.4    Prohibited commercial use of the content does not include showing content through the Porn.com embeddable player on an ad-enabled blog or website, subject to the requirement that you obtain our advance written consent before using the content for any of the following commercial uses:

i.    (A)    The sale of access to the content;

ii.     (B)   The sale of advertising, sponsorships, or promotions placed on or within the content; or

iii.    (C)   The sale of advertising, sponsorships, or promotions on any webpage of an ad-enabled blog or website containing content delivered through the Website, unless other material not obtained from the Website appears on the same page and is of enough value to be the basis for the sales.

v. 4.5    Your license to access the Website does not transfer to you ownership of or title to a copy of any content that you download or print, and we only authorize you to use your copy according to these terms. If you download or print a copy of the content for your personal use, you must retain all copyright and other proprietary notices embedded in the content.

e. 5.   **Trademarks**

i. 5.1    The trademarks, service marks, logos, slogans, and domain names ("marks") referenced on the Website are either common-law service marks or trademarks or registered service marks or trademarks that belong to Porn.com, and trademark laws in the Republic of Seychelles and other countries, and international laws and treaties, protect them. Other names of actual companies and products mentioned on the Website may be the trademarks of their respective owners and reference to them does not suggest sponsorship, endorsement, or association by Porn.com or with Porn.com. Nothing contained on the Website should be construed as granting, by implication or otherwise, any license or right to use any marks displayed on the Website, meta tags, or any other "hidden text" using marks that belong to Porn.com and its licensors, without advanced written permission from Porn.com or the third party who may own the mark.

ii. 5.2    You will not reproduce, imitate, or use the Website's trademarks in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits the Website. If you do any of this, your actions may constitute an infringement of Porn.com's rights or the rights of third parties.

iii. 5.3    We neither endorse nor recommend the owner of any trademarks we display on the Website. In addition, our use of trademarks or links to websites owned by third parties does not imply, directly or indirectly, that those owners endorse or have any affiliation with this Website.

f. 6.   **Registration; Premium Membership**

i. 6.1    *Registration.* In order to access some features of the Website, you will have to register to create a free

http://www.porn.com/legal#terms

11/6/2015 12:31 PM

Legal Information - PORN.COM

Porn.com account. Registered users can submit their own content; keep track of their favorite stuff (i.e., subscribe to channels or playlists, follow porn stars or other users, etc.); communicate with other users; build their own personal profile; and build playlists to share with other users. You may not use another person's account without permission. When registering for an account, you must provide accurate and complete information. We will ask you to create your own username and password and you are responsible for the activity that occurs on your account, and you must keep your password secure. You must notify us immediately of any breach of security or unauthorized use of your account. Although we will not be liable for your losses caused by any unauthorized use of your account, you will be liable for the losses of others or us because of unauthorized use.

ii.   6.2    *Premium Membership.* Porn.com allows you to access certain premium features or content in exchange for a recurring fee. For example, premium membership allows you to stream and download video in stunning high definition (or the highest quality available); browse the Website ad-free (i.e., never see an advertisement or a popup again); download videos, DVDs, and pictures to keep forever; and download HD content from the most popular channels, websites, and studios online. On purchasing a premium membership (or a premium upgrade), you may either create your own username and password or choose to receive a unique username and password to access the Website features of the Website. You must keep your username and password confidential; **we will hold you responsible for all activity initiated under your username and password.** For example, if you allow another person to use your username and password, we will hold you responsible for any charges they incur. **You will not allow anyone under 18-years old or the age of majority where you live, whichever is older, to use your username or password or access the Website. If we discover that you have done this, we may cancel your access to the Website without advanced notice.** Please contact us immediately if you know or suspect that someone is using your username or password without your consent. You will need to give us all information you have about the unauthorized use and cooperate fully with us in investigating the matter. We may request that you adopt additional security procedures when accessing the Website in the future to prevent further unauthorized use.

iii.   6.3    *No Username or Password Sharing.* Your username and password are for your personal use only. You will not share them with any other person. Sometimes multiple access is not your fault-like when hackers try to compromise the Website by bundling multiple users with the same username or password. Regardless of the reason, we cannot allow multiple persons to use the same username and password, and the Website has several techniques to detect unauthorized multiple use. If we discover that multiple persons are using your username or password, we may block your access to the Website through your username or password without giving you advanced notice. However, we will promptly send you a new username or password to the email address you signed up with to allow you to regain access to the Website. **We will not be responsible for, and will not refund any membership fee because of any down time or your inability to access the Website that you experience because of the username or password change.**

iv.   6.4    *Trial Period-Fee Conversion.* We may allow you to access certain premium areas of the Website for a limited trial period for a reduced fee. For example, we might give you limited access to premium content for a few days for a few dollars. You may cancel before the end of the trial period. **If you sign up for a trial period at a reduced rate, we will automatically convert you to a regular monthly membership at the monthly membership fee (which we will tell you about at signup) unless you affirmatively cancel your membership before the end of the trial period.** You may cancel your trial membership here or by emailing us at support@customerhelponline.com. Credit card users may be subject to a preauthorization. The preauthorization is not a charge to the credit card, but the applicable monthly membership charge may be reserved against your available credit card limit. You will not hold us responsible for bank charges, fees, or penalties because of overdrawn or delinquent accounts. Please contact your credit card issuer for details. Prepaid gift and debit cards that cannot be preauthorized for the full applicable monthly rate may be charged incrementally. This means that multiple charges for less than the full applicable monthly rate may occur within the same monthly billing cycle. But the aggregate of these incremental charges will not exceed the full applicable monthly rate.

v.  6.5   **Membership Fee; Recurring Memberships.** When you become a premium member, we will charge you the membership feestated on the join webpage of the Website for the specific period you choose (e.g., 30 days, 12 months, etc.). For your convenience, 30-daymemberships will automatically renew on expiration at the same price unless you cancel your membership before expiration of your current membership period. Paying your membership fee entitles you to access the entire Website and its content: except specialty content where we may ask you to pay an additional access or download fee. The membership fee starts with the amount stated as the full membership fee when you signed-up to join the Website and not the fee for any trial period you purchased. The membership fee excludes any taxes or currency transmission charges, which are extra costs charged to you.

vi.  6.6   **Billing and Payment.** We will bill the membership fee for the term you signed up for in advance using the billing method you selected when you signed-up or you later request us to use. **We will automatically rebill recurring memberships at the end of each term until cancelled according to these terms.** You authorize our payment processing agent or us to make these charges using your selected billing method. For payment by credit or debit card, you must ensure that all your credit or debit card information is current and accurate, and inform us of any change in your billing address, card number, or expiration date. You must promptly notify us if your credit or debit card is cancelled, lost, or stolen-or if there is an unauthorized use of your username or password-because we will charge you for all access under your account. We may cancel your membership and access to the Website if we cannot charge your credit or debit card. **By giving us your credit or debit card number, you authorize us to submit all charges to your credit or debit card without further approval from you until you give us notice that you have cancelled your membership or wish to change your payment method and we have had a reasonable time to respond.**

vii.  6.7   **Specialty Content.** In some cases, we may charge an additional fee to access or download specialty content. If there are any additional terms or charges for any specialty content, we will identify them up front and require you to agree to them before purchasing. Unless you tell us otherwise in each case, you authorize us to make charges for any specialty content to the credit card, debit card, or other payment method you use to pay your membership fee. Any prices shown for access or downloading specialty content are subject to change without notice. No prices are final until you pay for and we approve your purchase.

viii.  6.8   **Changing Your Billing Method.** You may request us to change your billing method by sending us written notice according to these terms. If we receive notice more than 10 days before your billing date, we will make the changes effective as of your next billing period. Otherwise, we will try to make the change as soon as possible.

ix.  6.9   **Billing Errors.** We will correct any mistakes in a bill and add or credit them against your future payments. If you become aware of any errors in billing, please notify us promptly for proper credit. We will waive any error in your favor that we do not correct within 6 months of the bill where the error first appeared. You will waive any error in our favor unless you give us notice of the error within 2 months after you receive the bill in which it first appears. You also release us from all liability for any error you do not report to us within 2 months after you receive the bill in which the error first appeared.

x.  6.10   **Chargebacks, dishonored checks, and related fees.** You are responsible for any credit card chargebacks, dishonored check fees, and related fees that we incur on your account. If you fail to reimburse us for any credit card chargebacks, dishonored check fees, or related fees within 30 days of our initial demand for reimbursement, you must pay us $100 USD in additional liquidated damages as well as any costs incurred by us for each fee incurred.

xi.  6.11   **Refunds.** We consider all purchases final when made. Butwe may approve a refund in the form of a credit on

request if exceptional circumstances exist. If you believe exceptional circumstances exist, please contact us at support@customerhelponline.com and explain the exceptional circumstances that you believe warrants a refund. We make no promise that we will give you a refund. If we give you a refund, we will issue the refund in the form of a credit to the credit card that you used for your purchase; we will not make refunds in the form of cash, check, or free services.

xii. 6.12   *Reservation of Right to Charge Fees for Nonpremium Content.* We do not charge any fees to access the nonpremium content and the nonpremium areas of the Website are free to all users, registered or not. You acknowledge, however, that we reserve the right to charge for the nonpremium areas of the Website in the future and to change our fees on one or more occasions.

## g. 7.   Cancellation of Premium Membership

i. 7.1   *Your Right to Cancel Premium Membership.* You may cancel your premium membership for any reason by going to www.customerhelponline.com/cancel.html or by emailing us at support@customerhelponline.com. You will receive written confirmation of cancellation, which you should keep for your records. If you do not receive written confirmation of cancellation within 24-hours of your request, please contact us immediately at support@customerhelponline.com. After you cancel your premium membership, you will continue to have access to the Website until your premium membership term actually expires. For example, if you joined on March 1st, and cancelled on March 20th, your access will continue until April 1st, when your billing cycle ends. After your billing cycle ends, you will no longer have access to premium content, but you will continue to have access to all nonpremium content. Cancelling your premium membership will not alter your obligation to pay all outstanding charges made to your account. These terms will survive your cancellation of your premium membership.

ii. 7.2   *Our Right to Cancel Premium Membership.* We may cancel your premium membership or suspend your access to the Website for any reason. If we cancel for any reason other than your breach of these terms, we will refund a pro-rata amount of any payments you have made for the portion of any month you do not use. If your credit card provider seeks return of any payments you previously made to us, but we believe in good faith you are liable for the charges, we may, subject to applicable law, seek payment from you for the amounts due.

## h. 8.   Feedback

We encourage you to provide feedback about the Website. However, we will not treat as confidential any suggestion or idea provided by you, and nothing in these terms will restrict our right to use, profit from, disclose, publish, or otherwise exploit any feedback, without compensation to you.

## i. 9.   Links to Third-Party Websites

i. 9.1   As a convenience to you, we may provide on this Website links to websites owned or operated by other entities that are completely independent from us. These linked websites may contain content that some people may find inappropriate or offensive. If you access any of these linked websites, you will leave this Website. If you decide to visit

any linked website, you do so at your own risk and subject to any terms and privacy policies posted on the linked websites. We encourage you to review the terms and privacy policies posted on all linked websites. Regardless, it is your responsibility to take all protective measures to guard against viruses or other destructive elements. We do not maintain, control, or govern linked websites, regardless of the linking form (e.g., hotlinks, hypertext links, IMG links). We do not investigate, verify, monitor, or endorse the content, accuracy, opinions expressed, and other links provided by linked websites. We do not endorse, make any representations regarding, or warrant any information, goods, or services appearing or offered on any linked website, other than linked information authored by us. Links do not imply that we or this Website sponsors, endorses, is affiliated or associated with, or is legally authorized to use any service mark, trademark, trade name, logo, or copyright symbol displayed in or accessible through the links, or that any linked website is authorized to use any service mark, trademark, trade name, logo, or copyright symbol that belongs to us.

ii. 9.2    Except for links to information authored by us, we are neither responsible for nor will we be liable under any theory based on (1) any linked website; (2) any information or content found on any linked website; or (3) any websites linked to or from any linked website. We disclaim any liability (direct or indirect) to you for any loss caused by your use or reliance on the content, goods, or services available on or through any linked website, **including embedded or third-party feeds from cam websites**. If you decide to visit any linked websites or transact any business on a linked website, you do so at your own risk. We may discontinue linking to any linked website at any time without notice. Please contact the webmasters of any linked websites regarding any information, goods, or services appearing on them.

## j. 10.    User Conduct

i. 10.1    You state that all information you provided to us is accurate and current. You will promptly update this information when necessary to ensure that it remains true. You acknowledge that you have thecapacity to consent to these terms and to perform the acts required of you under these terms.

ii. 10.2    You acknowledge that you are responsible for your own submissions and the consequences of uploading or otherwise making them available on the Website. You are solely responsible for all acts and omissions that occur because of your use of the Website.

iii. 10.3    As a condition of your use of the Website:

    i.    (A)    You willcomply with all applicable laws and regulations of any applicable governmental body;

    ii.    (B)    You will maintain the security of your username and password and be fully responsible for all use of your account;

    iii.    (C)    You will not use the Website for any unlawful purpose or in any way that is prohibited by these terms;

iv.    (D)   You will not use the Website in any way that exposes us to criminal or civil liability;

v.    (E)   You will not use the Website for making, obtaining, or otherwise accessing illegal copies of copyrighted content;

vi.    (F)   You will not use the Website to submit, publish, display, disseminate, or otherwise communicate any defamatory, libelous, inaccurate, abusive, threatening, harmful, obscene, offensive, hateful, discriminatory, or illegal material to any other member or user of this Website;

vii.    (G)   You will not use the Website to harass or otherwise invade the privacy of another person (including the dissemination of personal information);

viii.    (H)   You will not use the Website to promote the physical harm or injury of any individual or group, or promote any act of cruelty to animals;

ix.    (I)   You will not use or attempt to use any other member's account on the Website without permission;

x.    (J)   You will not impersonate another person during your use of the Website;

xi.    (K)   You will not use any automated means including robots, crawlers, or data mining tools to download, monitor, or use data or content from the Website;

xii.    (L)   You will not modify, build on, or block any portion or functionality of the embeddable player, including links back to this Website;

xiii.    (M)   You will not use the Website to collect usernames or email addresses for sending unsolicited messages of any kind;

xiv.    (N)   You will not take any action that imposes, or may impose, an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it;

xv.    (O)   You will not "stalk" or otherwise harass anyone on the Website;

xvi.    (P)   You will not forge headers or otherwise manipulate identifiers in order to disguise the origin of any information you transmit;

http://www.porn.com/legal#terms

11/6/2015 12:31 PM

xvii.   (Q)   You will not disable, circumvent, or otherwise interfere with security related features of the Website, features that prevent or restrict use or copying of any content, or features that enforce limitations on the use of the Website or the content on it, including any digital rights management functionality;

xviii.   (R)   You will not remove any proprietary notices or labels, including copyright notices, on the content;

xix.   (S)   You will not post, link to, or otherwise make available on the Website any content that contains software viruses or any computer code, file, or program designed to interrupt, destroy, limit, or monitor the functionality of any computer software or hardware or any telecommunications equipment;

xx.   (T)   You will not send, create, or reply to so called "mail bombs" -that is, emailing copies of a single message to many users, or sending large or multiple files or messages to a single users with malicious intent-or engage in "spamming"-that is, unsolicited emailing for business or other purposes-or undertake any other activity that may adversely affect the operation or enjoyment of this Website by another person;

xxi.   (U)   You will not reproduce, sell, resell, or otherwise commercially exploit or make available the Website or its content to a third party;

xxii.   (V)   You will not "frame" or "mirror" the Website; and

xxiii.   (W)   You will not reverse engineer any part of the Website.

iv. 10.4   We will take appropriate action against you for any unauthorized use of the Website, including civil, criminal, injunctive relief, and cancellation of your registration or membership. An unauthorized use of the Website and our computer systems violates these terms and certain international, foreign, and domestic laws.

k. 11.   **User Submissions**

i. 11.1   You may submit pictures, videos, and other pornographic content to the Website. Except for personally identifiable information covered under our privacy policy, we will consider any content submitted to this Website nonconfidential and nonproprietary. We will have no obligation for this content and we do not guarantee any confidentiality for any submissions. We may freely use and otherwise exploit this content for any purpose without any obligation to compensate you.

ii. 11.2    You may link to materials on the Website for personal, noncommercial purposes only. Porn.com provides an embeddable player feature that you may incorporate into your own personal, noncommercial website or blog for use in accessing the materials on this Website on the condition that you include a prominent link back to the Website on the pages containing the embeddable player.

iii. 11.3    For each submission you make to the Website, you state that:

    i.    (A)    You own or have the necessary right to use and authorize us to use all copyrights, patents, service marks, trademarks, trade secrets, or other proprietary rights in the submission to allow inclusion and use of the submission in the manner contemplated by the Website and these terms;

    ii.    (B)    You are not posting any content depicting any person under 18-years old;

    iii.    (C)    You have inspected and are maintaining written documentation sufficient to confirm that all subjects of your submission are in fact 18-years old or older; and

    iv.    (D)    You have the written consent or release of each identifiable person in the submission to use their name or likeness to allow inclusion and use of the submission in the manner contemplated by the Website and these terms.

iv. 11.4    You retain all of your ownership rights in your submissions. However, you hereby grant Porn.com a worldwide, nonexclusive, royalty-free, sublicenseable, and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the submissions for the Website and its (its successor's) business, including for promoting and redistributing any part of the Website and derivative works of it-in any media formats and through any media channels. You further waive all moral rights in your submissions that may be available to you in any part of the world and you state that no moral rights have been asserted. You also hereby grant each user a nonexclusive license to access your submissions through the Website, and to use, reproduce, distribute, prepare derivative works of, display, and perform the submissions as permitted through the functionality of the Website and under these terms. This license terminates once you remove or delete your submission from the Website. You understand that we have no control over what other users may do with copies of your content once you remove your submissions from the Website and we do not guarantee that others will honor the termination of the license you grant here.

v. 11.5    You are solely responsible for your submissions and the consequences of posting them to the Website or to any other website through an embedded player provided by the Website or any other material or information that you transmit or share with other users or unrelated persons through the Website. You will not submit to the Website any content:

i.    (A)   That is copyrighted, patented, trademarked (or service marked), protected by trade secret, or otherwise subject to another person's/intellectual or proprietary rights-including privacy and publicity rights-unless you own or control the rights or have received permission from the rightful owner to post the content and to grant Porn.com all of the license rights granted in section 11.4;

ii.    (B)   That you do not have a right to transmit under contractual or fiduciary relationships, including insider information, proprietary information, and confidential information learned or disclosed as party of employment relationships or under nondisclosure agreements;

iii.    (C)   That publishes falsehoods or misrepresentations that could damage Porn.com or any other person;

iv.    (D)   That is illegal, unlawful, threatening, defamatory, libelous, obscene, seditious, offensive, abusive, liable to incite racial hatred, discriminatory, menacing, scandalous, inflammatory, blasphemous, in breach of confidence, in breach of privacy, or may cause annoyance or inconvenience;

v.    (E)   That disparages, criticizes, belittles, parodies, or otherwise portrays in a negative light any person appearing in or referred to in the submission;

vi.    (F)   That seeks to exploit or harm children by exposing them to inappropriate content, asking for personally identifiable information for improper purposes, or otherwise;

vii.    (G)   That constitutes or encourages conduct that would be considered a criminal offense, give rise to civil liability, or would otherwise be contrary to the law of or violate the rights of any other person in any jurisdiction in the world;

viii.    (H)   That constitutes or depicts animal cruelty or bestiality;

ix.    (I)   That constitutes or depicts child pornography or pedophilia;

x.    (J)   That advertises or solicits business, including unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation;

xi.    (K)   That advertises any commercial endeavor or otherwise engages in any commercial activity except as specifically authorized on this Website;

xii.    (L)    That solicits funds, advertisers, or sponsors;

xiii.    (M)    That impersonates another person or misrepresents your connection to any other entity or person or otherwise manipulates headers or identifiers to disguise the origin of the content;

xiv.    (N)    That is technically harmful, including computer viruses, logic bombs, Trojan horses, worms, harmful components, corrupted data, or other malicious software or harmful data; or

xv.    (O)    That otherwise violates any condition to your use of this Website identified in section 10.3 above or prohibition identified in section 12.2 below.

vi.    11.6    We have no responsibility for, we do not endorse (expressly or implicitly), and we disclaim all liability for any content you submit to the Website or to any other website through an embedded player provided by the Website. We do not permit copyright infringing activities or infringement of any other intellectual property rights on the Website (including trademarks), and we will remove all content and submissions if properly notified that the content or submission infringes on another person's intellectual property rights. We may remove content and submissions without advance notice or delay. We may also terminate a user's access to the Website, if we determine the user is an infringer or a repeat infringer. While we accept pornographic content, only we decide if the content or submission is appropriate and complies with these terms for violations other than copyright infringement and violations of intellectual property law, such as obscene or defamatory material, or excessive length. We may remove a submission or terminate a user's access for uploading content that violates these terms without advance notice.

vii.    11.7    You understand that when accessing the Website, you may be exposed to submissions from a variety of sources, and we are not responsible for the accuracy, usefulness, safety, or intellectual property rights for these submissions. You also understand that you may be exposed to submissions that are inaccurate, offensive, obscene, indecent, or objectionable, and you waive any rights or remedies you have or may have against us for this exposure. We may refuse to publish, remove, or block access to any user submission that is available through the Website or our network or services without notice.

viii.    11.8    We provide this Website as a service to our users. We assume no responsibility to monitor the Website for inappropriate content or conduct. If we choose to monitor the Website, we assume no responsibility for the content, no obligation to modify or remove any inappropriate content, and no responsibility for the conduct of the user submitting that content. We may delete any submissions that we believe violates these terms or may be otherwise offensive or illegal. We may also delete any submissions that harm or threaten the safety of any person or that otherwise violates another person's rights. Again, you are solely responsible for the submissions that you make visible on the Website or to any other website through an embedded player provided by the Website, and for any other material or information that you transmit or share with other users or unrelated persons through the Website.

ix.    11.9    We will cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or location of anyone posting content in breach of these terms.

I. 12.    **Community Features**

i. 12.1    This Website includes certain community features, including the ability to comment on submissions made by other users. You will not post any comments that are infringing, defamatory, libelous, obscene, lewd, excessively violent, harassing, invasive of privacy, unlawful, or otherwise just plain nasty. Please use your best judgment and respect other individuals when using the community features of this Website. Remember, because of the anonymous nature of the Internet, participants may not be who they say they are, know what they say they know, or be affiliated with whom they say they are affiliated. You will not use vulgar, abusive, or hateful language. If you violate this provision, we may block you from accessing this Website and hold you responsible under these terms. Your use of the community features of this Website is at your own risk and is subject to the disclaimers and limitations stated in these terms.

ii. 12.2    You state to us that you will not upload, post, or otherwise transmit any content or information that

i.    (A)    Violates or infringes on the rights of any person, including copyright, trademark, privacy, publicity, moral, contract, or other personal or proprietary rights;

ii.    (B)    Plagiarizes any content owned by any person;

iii.    (C)    Contains violent, obscene, defamatory, libelous, harassing, threatening, or otherwise illegal content;

iv.    (D)    Contains bigoted, hateful, or otherwise racially offensive material;

v.    (E)    Otherwise harms or may be reasonably expected to harm any person;

vi.    (F)    Contains commercial or business related advertisements or offers to sell any products, services, or otherwise (whether for profit or not), or to solicit others (including solicitations for contributions or donations);

vii.    (G)    Contains a virus or other harmful component that tampers with, impairs, or damages the Website, service, or any connected network, or otherwise interferes with any person's use or enjoyment of the Website or service;

viii.    (H)    Contains materials irrelevant to the designated topic or theme of the posting;

ix.    (I)    Discusses illegal activity or posts links to other websites that deal with those activities; or

x.    (j)    Consists of antisocial, disruptive, or destructive behavior, including "bombing," "flaming," "spamming," "flooding," "trolling," and "griefing" as those terms are commonly understood and used on the Internet.

iii. 12.3    We do not endorse the opinions expressed in any posting on this Website. We do not and cannot review every posting by users made available on this Website. Nor are we responsible for the content of any posting. We may monitor and delete any information or postings we consider inconsistent with these terms. If you are aware of any information posted that violates these terms, please contact us at support@porn.com. Please provide as much detail as possible, including a copy of the objectionable information or the location where we may find it, the reason we should remove it, and a statement certifying the accuracy of the information you provided to us.

m. 13.    **Privacy Policy; Usage Information**

i. 13.1    We have a separate privacy policy posted on the Website at www.porn.com/legal#privacy and we make it part of these terms by this reference. Please read it. Your agreement to these terms or your continued access to the Website establishes your agreement to the privacy policy.

ii. 13.2    By accessing this Website, you acknowledge that Internet transmissions are never completely private or secure. You understand that others may read or intercept any message or information you send to the Website even if there is a special notice that a particular transmission (for example, credit card information) is encrypted.

iii. 13.3    We may use software that automatically tracks performance and usage information to evaluate the Website. This software will not personally identify you.

n. 14.    **Website Availability, Modifications, and Access**

i. 14.1    While we will use commercially reasonable efforts to make sure that this Website is always available, we do not guarantee continuous, uninterrupted, or secure access to the Website. Numerous factors or circumstances outside of our control may interfere with or adversely affect our operation of the Website.

ii. 14.2    We may modify or discontinue this Website without notice to you. We have no liability to you or any other person if we modify or discontinue this Website.

iii. 14.3    We may suspend access to this Website temporarily and without notice for system failure, maintenance or repair, or reasons beyond our control.

iv. 14.4   We may suspend, terminate, or block your access to this Website if we believe that you have violated these terms.

o. 15.   **Warranty Disclaimers**

i. 15.1   We provide you access to this Website and its content "as is," "with all faults," and "as available." You assume the entire risk for satisfactory quality, performance, accuracy, and effort. We make no warranty that the Website or any content will meet your needs or requirements. **We disclaim all warranties**—express, statutory, or implied—including suitability, security, privacy, title, exclusively, quiet enjoyment, noninfringement, and warranties that your access to the Website will be uninterrupted, virus-free, error-free, or that content loss will not occur. There are no warranties that extend beyond the face of these terms or that arise because of course of performance, course of dealing, or usage of trade.

ii. 15.2   We do not warrant, endorse, guarantee, or assume responsibility for any product or service advertised or offered by another person through the Website or any linked website, or featured in any banner or other advertising. We will not be a party to or be in any way responsible for monitoring any transaction between you and other providers of products or services. As with the purchase of a product or service through any medium or in any environment, you should use your best judgment and exercise caution where appropriate.

iii. 15.3   The Website may contain errors, omissions, inaccuracies, or outdated information. We do not warrant the truth or reliability of any statement or other information displayed or distributed through the Website. We may correct any errors or omissions in any portion of the Website. If you believe you have found errors or omissions on the Website, you may bring them to our attention by contacting our customer service department at support@customerhelponline.com.

p. 16.   **Assumption of Risk; Release and Disclaimer of Liability**

i. 16.1   You acknowledge that your use of this Website is at your sole risk and you alone will be responsible for any loss or damage that you may suffer from any content located on the Website. You assume all risk and responsibility for any loss or damages to your computer system, data, and business from your use of the Website. You further acknowledge that we will not be liable to you for submissions or the defamatory, libelous, offensive, or illegal conduct of any person. You understand that the risk of harm or damage from this rests entirely with you.

ii. 16.2   You release us from all claims, demands, and damages arising out of your use of the Website, including disputes between you and one or more other users or other persons, and liability arising out of user submissions or the conduct of any person.

iii. 16.3   We disclaim all liability to you for any of the following:

i.    (A)    Errors, mistakes, or inaccuracies of content;

ii.   (B)    Personal injury or property damage of any nature resulting from your access to and use of the Website;

iii.  (C)    Information, comments, or material you receive that is infringing, inaccurate, obscene, indecent, threatening, offensive, defamatory, libelous, invasive of privacy, or illegal;

iv.   (D)    Unauthorized access to or use of our servers and any personal or financial information stored in them, including unauthorized access to or alterations of your account, transmissions, or data;

v.    (E)    Bugs, viruses, Trojan horses, or other disabling code that may be transmitted to or through the Website by any person or that may infect your computer or affect your access to or use of the Website, your other services, hardware, or software;

vi.   (F)    Interruption or cessation of transmission to or from the Website;

vii.  (G)    Delays or failures you may experience in initiating, conducting, or completing any transmissions to or transactions with the Website;

viii. (H)    Incompatibility between the Website and your other services, hardware, or software; or

ix.   (I)    Loss or damage of any kind incurred because of the use of any content posted, emailed, transmitted, or otherwise made available through the Website.

q. 17.   **Limitation of Damages**

i. 17.1   Unless caused by our gross negligence or willful and wanton misconduct, we limit our total damages to you for any claims arising out of your access to the Website to your incidental and direct damages, if any. But our total damages to you will not exceed the greater of $100 USD or the total amount you paid us for any premium membership during the 12-month period before you made your claim. Recovery of these damages will be your sole and exclusive

11/6/2015 12:31 PM

remedy.

ii. 17.2   Unless caused by the other party'sgross negligence or willful and wanton misconduct, neither party will be liable to the other party for any special, indirect, incidental, consequential, exemplary, or punitive damages for any claims arising out of these terms or access tothe Website. This exclusion applies even if the other party knew or should have known about the possibility of these damages.

iii. 17.3   Themutual exclusion of special, indirect, incidental, consequential, exemplary, or punitive damages in section 17.2 is independent of your exclusive remedy in section 17.1 and survives even if your exclusive remedy fails of its essential purpose or a court or tribunal of competent jurisdiction otherwise holds your exclusive remedy unenforceable.

iv. 17.4   The limitations and exclusions in this section apply regardlessof the theory of liability asserted (whether strict liability, breach of warranty (express or implied), breach of contract, tort (including infringement), or any other legal theory).

r. 18.   **Scope of Disclaimers**

The disclaimers, exclusions, and limitations contained in sections 15, 16, and 17 apply to the maximum extent permitted by applicable law, but no more. They are not intended to deprive you of any mandatory protections provided to you under applicable law. Because some jurisdictions may prohibit the exclusion or limitation of certain warranties, liability for consequential damages, or other matters, some or all of the disclaimers, exclusions, or limitations may not apply to you.

s. 19.   **Compliance with Laws**

We make no representation to you that the content and materials are appropriate or available for use outside the Republic of Seychelles. You assume all knowledge of applicable law and are responsible for compliance with these laws. You will not access the Website if prohibited in your jurisdiction or use the Website in any way that violates applicable governing laws, regulations, or other government requirements. You will not transmit any content that encourages conduct that could constitute a criminal offense, give rise to civil liability, or otherwise violates any applicable governing law or regulation.

t. 20.   **Loss Payment (also known as Indemnification)**

i. 20.1   **In General.** You must pay us for any loss of ours that is caused by (1) your use of the Website, including your conduct on the Website; (2) your breach of these terms; (3) your violation of rights of another person, including intellectual property rights;or (4) your negligent or intentional misconduct. But you need not pay to the extent that the loss was caused by our intentional misconduct.

ii. 20.2   *Definitions*

i.         (A)   *Loss* means an amount that we are legally responsible for or pay in any form. Amounts include, for example, a judgment, a settlement, a fine, damages, injunctive relief, staff compensation, a decrease in property value, and expenses for defending against a claim for a loss (including fees for legal counsel, expert witnesses, and other advisers). A loss can be tangible or intangible; can arise from bodily injury, property damage, or other causes; can be based on tort, breach of contract, or any other theory or recovery; and includes incidental, direct, and consequential damages.

ii.         (B)   A loss is *caused by* an event if the loss would not have occurred without the event, even if the event is not a proximate cause of the loss.

iii. 20.3   *Our Duty to Notify.* If we have your contact information, we will notify you before the 30th day after we know or should reasonably have known of a claim for a loss that you might be obligated to pay. Our failure to give you timely notice does not terminate your obligation, except if that failure prejudices your ability to mitigate losses (but this exception does not apply if we do not have your contact information or cannot obtain your contact information in a commercially reasonable manner).

iv. 20.4   *Legal Defense of a Claim.* We have control over defending a claim for a loss (including settling it), unless we direct you to control the defense. You and we must cooperate with each other in good faith on a claim.

v. 20.5   *No Exclusivity.* Our rights under this section do not affect other rights we might have.

u. 21.   **Limited Time to Bring Claims**

A party to these terms must bring any claim that party may have against the other party that arises out of these terms or the Website within 1 year after the claim arises. If a party fails to bring any claim that party may have against the other party within this 1-year period, the claim is permanently barred.

v. 22.   **Governing Law**

Seychelles law governs these terms without regard for any choice-of-law rules that might direct the application of the laws of any other jurisdiction.

The predominant purpose of these terms is providing services and licensing access to intellectual property and not a "sale of goods."

**w. 23.   Place for Resolving Disputes**

i. 23.1   **Except** for disputes subject to arbitration(section 24.4),all disputes arising under these terms or your access to the Website will be subject to the exclusive jurisdiction and venue of the courts in the Republic of Seychelles. You hereby submit to the personal jurisdiction of the courts in the Republic of Seychelles to resolve all disputes not subject to arbitrationexception. You waive any right to seek another forum or venue because of improper or inconvenient forum.

ii. 23.2   This Website will be deemedsolely based in the Republic of Seychelles and will be deemed a passive website that does not give rise to personal jurisdiction over us, either specific or general, in any other jurisdiction.

**x. 24.   Dispute Resolution**

i. 24.1   **In General.** Each party will allow the other reasonable opportunity to comply before it claims that the other has not met the obligations under theseterms. The parties will first meet and negotiate with each other in good faith to attempt to resolve all disputes between the parties arising out of these terms or the use of the Website.

ii. 24.2   **Litigation Election.** Either party may elect to litigate the following type of case or controversy: (1) an action seeking equitable relief, or (2) a suit to compel compliance with this dispute resolution process. The Website may elect to litigate billing or payment disputes or collection matters.

iii. 24.3   **Mediation.** If the parties cannot settle a dispute through negotiation within 30-days after beginning negotiations, then either party may, by notice to the other party and the International Centre for Dispute Resolution, demand mediation under the Mediation Rules of the International Centre for Dispute Resolution. The parties will conduct the mediation in Amsterdam, Netherlands. unless the parties agree otherwise in writing. Each party will bear its own costs in mediation and the parties will share equally between them all third-party mediation costs unless the parties agree otherwise in writing.

iv. 24.4   **Arbitration.** If the parties fail to reach settlement within 60 days after service of a written demand for mediation, the parties will settle any unresolved dispute arising out of these terms or the use of the Website by arbitration administered by the International Centre for Dispute Resolution according to its International Arbitration Rules. Any arbitration conducted under theseterms will take place in Amsterdam, Netherlands before a single arbitrator. The language of the arbitration and related proceedings will be English. Subject to repayment under section 27.10, the parties will bear equally the costs of the arbitration, including the fees and expenses of the arbitrator; each party will bear the costs associated with its case. The arbitrator will make a determination and issue an award within 30-days of

the close of the evidence in the arbitration proceeding. The arbitrator may not award punitive or exemplary damages, or damages otherwise limited or excluded in these terms, and the arbitrator's decision will be final and binding. Any court of competent jurisdiction may confirm and enforce the arbitrator's award. Except as stated in sections 24.1, 24.2, 24.3, and 24.6, this is the exclusive remedy and forum for resolving disputes.

v. 24.5   *Waiver of Jury Trial.* Both parties waive the right to a trial by jury for any dispute arising out of these terms or the use of the Website. This waiver will be enforceable up to and including the day that trial is to start, and even if the arbitration provisions of this section are waived.

y. 25.   **Class Action Waiver**

The parties will conduct any proceedings to resolve or litigate any dispute in any forum solely or on an individual basis. Neither you nor we will seek to have any dispute heard as a class action or in any other proceeding in which either party acts or proposes to act in a representative capacity. The parties will not combine any arbitration or proceeding with another without the advanced written consent of all parties to all affected arbitrations or proceedings.

z. 26.   **Right to Injunctive Relief**

Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation if the other party violates these terms, and that an aggrieved party may seek injunctive relief if a violation occurs, in addition to seeking all other remedies available at law or in equity.

aa. 27.   **General Provisions**

i. 27.1   *Entire Agreement.* These terms, together with the privacy policy and any other legal notice published by us on the Website, form the entire agreement between you and us concerning your access to the Website. It supersedes all earlier terms between you and us regarding access to the Website. A printed version of these terms will be admissible in any proceedings arising out of these terms to the same extent, and subject to the same conditions, as other business documents and records originally generated and maintained in printed form.

ii. 27.2   *Copy of these Terms.* You may and we recommend that you print these terms on your printer or save them to your computer. If you are having trouble printing a copy, please email us at support@customerhelponline.com and we will send you a copy.

iii. 27.3   *Changes.* We may change these terms if we believe necessary to operate this Website. We will try to post changes on the Website (www.porn.com/legal#terms) at least 15 days before they become effective. Changes will become effective on the last updated date noted at the top of the revised terms, but **changes will not apply to ongoing disputes or to disputes arising out of events occurring before the posted changes.** It is your responsibility periodically to check the Website to review the most current terms. While we will try to notify you of any changes to

these terms, we do not assume anobligation to do so. **By continuing to use the Website after we post changes to these terms, the revised terms will bind you even if you have not actually read them.** If you do not agree to the changes, your exclusive remedy is to cancel your membership if you are a member or to stop accessing the Website if you are not a member. If you need more information about the changes or have any other questions or comments about the changes, please contact us at support@customerhelponline.com.

iv.  27.4   *Assignment and DelegationM.* We may assign any rights and delegate any performance under these terms to an affiliate or third party without notice to you. You will not assign your rights or delegate your performance under these terms without our advanced written consent. Any attempted assignment or delegation in violation of this provision will be void.

v.  27.5   *Waiver.* If we do not enforce any right or provision of these terms, thisfailure is not to be deemed a waiver of our right to do so in the future.

vi.  27.6   *Severability.* If any provision of these terms is for any reason held unenforceable, that provision will be changed to the extent necessary to make it enforceable without losing its intent. If no change is possible, that provision will be severed from the rest of these terms.

vii.  27.7   *Cumulative Remedies.* All rights and remedies provided in these terms are cumulative and not exclusive, and the assertion by a party of any right or remedy will not preclude the assertion by the party of any other rights or the seeking of any other remedies available at law, in equity, by statute, in any other agreement between the parties, or otherwise.

viii.  27.8   *Successors and Assigns.* These terms inure to the benefit of, and are binding on, the parties and their respective successors and assigns. This section does not address, directly or indirectly, whether a party may assign rights or delegate performance under these terms.

ix.  27.9   *Force Majeure.* We are not responsible for any failure to perform if unforeseen circumstances or causes beyond our reasonable control delays or continues to delay our performance, including:

    i.  (A)  Acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms, or other natural disasters;

    ii.  (B)  War, riot, arson, embargoes, acts of civil or military authority, or terrorism;

    iii.  (C)  Fiber cuts;

    iv.  (D)  Strikes, or shortages in transportation, facilities, fuel, energy, labor, or materials;

v.    (E)    Failure of the telecommunications or information services infrastructure; and

vi.   (F)    Hacking, SPAM, or any failure of a computer, server, network, or software.

x. 27.10  **Expenses and Costs of Enforcement.** If a court or tribunal of competent jurisdiction determines that a party violated these terms, the breaching party will reimburse the nonbreaching party for all actual costs and reasonable legal fees incurred in enforcing these terms.

xi. 27.11  **Notices**

i.    (A)   *Sending Notice to Us.* You may send notice to us by email or by calling our customer support department. We will consider an electronic notice received by us only when our server sends a return message to you acknowledging receipt. We may change our contact information by posting the change on this Website or on the customer support website. Please check the bottom of this Website for the most current information for sending notice to us.

ii.   (B)   *Sending Notice to You– Electronic Notice.* You consent to receiving any notice from us in electronic form either: (1) by sending email to the email address you specified when you signed up; or (2) by posting the notice on a location on the Website designated for this purpose. We will consider notices sent to you by email received when our email service indicates transmission to your email address. You confirm that the email address you specified when you signed up is a current and valid email address for receiving notice, and that your computer has hardware and software configured to send and receive email through the Internet and to print any email message you receive. You may change this consent and request paper notice by normal postal delivery, but if you do, we may collect the reasonable cost and postage for sending postal notice.

xii. 27.12  **Authorization and Permission to Send Emails to You.** If you have provided us with your email address, you authorize us to email you notices, advertisements, and other communications to you, including emails, advertisements, notices, and other communications containing adult oriented material, sexual content and language, and images of nudity not suitable for minors. This authorization will continue until you request us to remove you from our email list. For more information, please see the privacy policy.

xiii. 27.13  **Electronic Communications Not Private.** We do not provide facilities for sending or receiving confidential electronic communications. You should consider all messages transmitted to us or from usas open communications readily accessible to the public. You should not use the Website to send or receive messages you only intend the sender and designated recipients to read. Users or operators of the Website may read all messages you send to the Website regardless if they are intended recipients.

xiv. 27.14  **Electronic Signatures.** You will be bound by any affirmation, assent, or agreement you transmit through this Website. You acknowledge that when in the future you click on an "I agree," "I consent," or other similarly worded "button" or entry field with your mouse, keystroke, or other computer device, your agreement or consent will be legally binding and enforceable and the legal equivalent of your handwritten signature.

xv. 27.15  **Consumer Rights Information-California Residents Only.** This provision applies only to California residents. In compliance with Section 1789 of the California Civil Code, please note the following:

Sagan Limited

Suite 9, Ansuya Estate

Revolution Avenue

Victoria, Mahe

Seychelles

support@porn.com

Users who wish to gain access to the premium members-only section of the Website must be a premium member in good standing. We post the current membership fees for the Website before the registration page for the Website. We reserve the right to change the membership fees. You may contact us at support@customerhelponline.com to resolve any billing disputes or to receive further information about the Website.

xvi. 27.16  **Complaints-California Residents.** You may contact in writing the Complaint Assistance Unit of the Division of Consumer Services of the Department of Consumer Affairs at 1020 North Street, #501, Sacramento, California 95814, or by telephone at +1 (916) 445-1254.

xvii. 27.17  **English language.** We have written these terms and the privacy policy in the English language. We assume that you can read and understand English. We are not liable to you or any third party for any costs or expenses that you incur in translating these terms or the privacy policy into another language. Only the English language version of these terms and the privacy policy control.

ab. 28.  **Usages**

In these terms, the following usages apply:

i. 28.1  Actions permitted under these terms may be taken at any time and on one or more occasions in the actor's sole discretion.

ii. 28.2  References to a statute will refer to the statute and any successor statute, and to all regulations promulgated under or implementing the statute or successor, as in effect at the relevant time.

iii. 28.3   References to numbered sections in these terms also refer to all included sections. For example, references to section 6 also refer to sections 6.1, 6.1(A), etc.

iv. 28.4   In computing periods from a specified date to a later specified date, the words "from" and "commencing on" (and the like) mean "from and including," and the words "to," "until," and "ending on" (and the like) mean "to but excluding."

v. 28.5   References to a governmental or quasi governmental agency, authority, or instrumentality will also refer to a regulatory body that succeeds to the functions of the agency, authority, or instrumentality.

vi. 28.6   "A or B" means "A or B or both." "A, B, or C" means "one or more of A, B, and C." The same construction applies to longer strings.

vii. 28.7   "Including" means "including, but not limited to."

**PORN.COM NETWORK**

www.porn.com

mobile.porn.com

gay.porn.com

live.porn.com

porn blog

twitter

instagram

**QUICK LINKS**

Customer Support

Embed/RSS/Export Videos

Webmaster API

Advertising

Content Partner Program

Models Wanted

Leave Feedback

**LEGAL INFORMATION**

Terms of Service

Privacy

DMCA

All models were over the age of 18 at time of photography.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

© 2015 PORN.COM

# EXHIBIT B

# Porn.com Emails to Tucker

**Jason Tucker**

| | |
|---|---|
| **From:** | bounce@porn.com on behalf of PORN.COM <noreply@porn.com> |
| **Sent:** | Monday, November 09, 2015 10:42 AM |
| **To:** | |
| **Subject:** | Please confirm your email address |



Hi jasontest,

Welcome to the PORN.COM Community!

**Verify Your Account**

Your username is jasontest

You can browse thosands of videos, mark your favorite clips even build your own video Playlists!

Upload and share with the community or subscribe to exclusive Channels and member Playlists for a custom experience.

Login Here

Remember to check back for Daily Updates.

Enjoy!

24 Hour Customer Service: http://www.customerhelponline.com
Or by Telephone: 1-(888)-506-2111

You are receiving this email because you registered the username jasontest with us using
⬛ from the ip ⬛.
*Sagan Ltd. Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles*

Unsubscribe

1

**Jason Tucker**

| | |
|---|---|
| **From:** | receipts@epoch.com |
| **Sent:** | Monday, November 09, 2015 10:56 AM |
| **To:** | ▇▇▇▇▇▇▇▇▇▇ |
| **Subject:** | Order Confirmation |



Dear Customer,
Thank you for your purchase. Please review the details below.

**Member ID:** 1850418284
Recurring: subscription renewing every 1 month
Today's charge is: $19.95 for 1 month. Thereafter, membership
renews automatically at $19.95 every 1 month until cancelled.

**Site:** www.porn.com
**Log In:** http://www.porn.com/login

Your statement will reflect that you have been billed by PAYPAL
*EPOCH.COM *PRO. This purchase is subject to the Terms
and Conditions of this sale and our Privacy Policy.

Thank You ,

*Epoch.com*
Epoch.com Billing Support

| 💬 Support | 📞 Phone | 📧 Email |
|---|---|---|
| Live support | 1-800-893-8871 | Please email us at |
| click to chat | 1-310-664-5810 | billing@epoch.com |

1

Copyright © 2015 Epoch • All Rights Reserved

# EXHIBIT C

# Search Results for Netmedia Services, Inc.

8/1/2016

netmedia services inc - Google Search

Google

netmedia services inc

All   News   Maps   Images   Shopping   More ▾   Search tools

About 637,000 results (0.27 seconds)

**Netmedia Services Inc. in Windsor, ON | Company Profile**
listings.ftb-companies-ca.com//112315898/**Netmedia-Services-Inc-in-Windsor-ON** ▾
**Netmedia Services Inc.** is a data processing and preparation company located in Windsor, Ontario.
View phone number, website, revenue, employees, and ...

**Netmedia Services | LinkedIn**
https://www.linkedin.com/company/**netmedia-services**   LinkedIn ▾
... about working at **Netmedia** Services. Join LinkedIn today for free. See who you know at **Netmedia**
Services, leverage your professional network, and get hired.

**NetMedia | Audio - Video - Data - Solutions**
www.**netmedia**.com/ ▾
**NetMedia** is a leading manufacturer in new technology and design products. From unique CCTV and IP
surveillance cameras to the worlds smallest audio ...

**Netmedia Services Inc - 1785 Turner Rd, Windsor, ON - Yellow Pages**
www.yellowpages.ca › ... › Insurance › Insurance Company Rating Bureaus
**Netmedia Services Inc** - Windsor - phone number, website & address - ON - Insurance Company
Rating Bureaus.

**NetMedia Services Inc. | Facebook**
www.facebook.com › Places › Windsor, Ontario ▾
**NetMedia** Services Inc., Windsor, Ontario. Company.

**Junior Sales Representative With NetMedia Services Inc. - Windsor ...**
www.jobposting247.com/jobs_in_canada.php?job_search=1147 ▾
Sep 18, 2015 - **NetMedia Services Inc.** is looking for a dedicated, team oriented self-starter with a
strong competitive drive to fill the position of Junior Sales ...

**Mandarin to English Translator With NetMedia Services Inc. - Windsor ...**
www.jobposting247.com/jobs_in_canada.php?job_search=1236 ▾
Sep 23, 2015 - **NetMedia Services Inc.** is looking for a Mandarin to English translator for day to day
online advertising sales operations in our Windsor, ON ...

**Netmedia Services Inc 1785 Turner Rd Windsor, ON Internet Service ...**
https://www.mapquest.com/canada/.../**netmedia-services-inc**-280782113 ▾   MapQuest ▾
Get directions, reviews and information for **Netmedia Services Inc** in Windsor, ON.

Centro: Digital Advertising Planning and Buying



**Netmedia Services Inc ★**

Media Company

**Address:** 1785 Turner Rd, Windsor, ON N8W 3J9, Canada
**Phone:** +1 519-987-0600

Suggest an edit · Own this business?

Add missing information
Add business hours
Add website

**Reviews**
Be the first to review

☐ Send to your phone       **Send to your phone**

Directions

Write a review   Add a photo

Send

Feedback

See outside

1/2

https://www.google.com/#q=netmedia+services+inc

netmedia services inc - Google Search

https://www.centro.net/ ▼
Centro develops digital advertising and media management software to help advertisers streamline and scale digital campaigns.

## Patents by Assignee Netmedia Services, Inc. - Justia Patents Search
patents.justia.com/assignee/netmedia-services-inc ▼
Abstract  A physical therapy vibratory table having a base and a platform disposed above the base and attached to the base by at least one inflatable bladder.

## Searches related to netmedia services inc

| | |
|---|---|
| **net media tv** | netmedia **phone tracking** |
| **net media streaming** | **net media internet** |
| **net media wikipedia** | **net media career** |
| **netmedia group** | netmedia group limited **phone tracking** |

Goooooooooogle
1 2 3 4 5 6 7 8 9 10  Next >

● Phoenix, AZ - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

Https://www.google.com/#q=netmedia+services+inc

# Netmedia Services Inc



1785 Turner Rd,
Windsor, ON N8W 3J9

📞 **(519) 987-0600**

| About This Place | 📍 |
| --- | --- |

Data by infogroup_ca (c) 2015. All rights reserved.



 canpages life around me

Franço

## Netmedia Services Inc

1785 Turner Rd. Windsor,
ON N8W 3J9

**519-987-0600**

Send to:

DETAILS

### Netmedia Services Inc - Details

Situated at 1785 Turner Rd in Windsor, *Netmedia Services Inc* is an enterprise part of the insurance rating bureaus category of Canpages.ca online directory.

Dial **519-987-0600** to do business with *Netmedia Services Inc* that is near your area. Or, simply add this enterprise to your business favorites at the bottom of this page.

Finally, please share this info with your contacts by using Facebook or Twitter icons. It's also possible to save this merchant information to your Outlook contacts.

### Opening Hours 

Please call 519-987-0600 for opening hours.

### Categories

- Insurance Rating Bureaus

**Featured businesses for Insurance Rating Bureaus around me**

Netmedia Services Inc
1785 Turner Rd. Windsor, ON
N8W 3J9



### Handpicked Local Content



SMART TIPS
Why do I feel my heart beating in my head?



SMART TIPS
3 reasons you could be feeling sick after eating sugar

RECOMMENDED BY

© 2016 Yellow Pages Digital & Media Solutions Limited. Yellow Pages Group & Design™, CanPages™, and CanPages Life Around Me & Design™ are trademarks of Yellow Pages Digital & Media Solutions Limited in Canada.
Home · Contact Us · Corporate · Privacy · Terms · Business Directory | National advertising powered by Mediative.ca | rev. 2.16.0.0 (2016-07-12) | RFD Forums

# EXHIBIT D

# Google Earth Photograph
# 1785 Turner Road



# EXHIBIT E

# Netmsi.com Web Pages



About us     Jobs     Contact

# Carefully Crafting Your Digital Future.

 **Jobs**

## Building The Future Right Now

Every day we create, develop and improve digital properties that impact the way people interact with each other, communicate together and enjoy content designed to fit their own specific desires. At NetMedia Services Inc., we don't think it makes sense for anyone to wait for the future to unfold, when you can help build it right now!

## Where we are

Headquartered in Windsor, Ontario for more than a decade, NetMedia is a global company that brings together the most talented people in their respective fields, from a broad spectrum of cultures and nationalities.

Case 2:16-cv-01269-DGC   Document 32-5   Filed 08/08/16   Page 52 of 53





# What we do

Evolving from the early days of dial-up internet and floppy disks toward the new ideas that continue to shape the future of digital commerce - NetMedia Services creates software platforms, content systems, multimedia distribution methods and intuitive features for our own properties as well as a renowned list of clients who depend on our insight. Everything from creating demand for a product to servicing a massive audience and monetizing interactions is within our focus, though our core competency is in always knowing what's next.

 

**Home**    **About us**    **Jobs**    **Contact**

**Netmedia Accessibility Policy ISA Policy**

Barriers Three Year Plan

5060 Tecumseh Rd. East,
Suite 1439 Windsor, ON N8T 1C1
Phone: 519-987-0600

Copyright 2000-2016 © Netmedia Services Inc.