# EXHIBIT F

# Whois Search Koonar.biz

8/2/2016                           KoonAr.biz WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  KoonAr.biz

## Whois Record for KoonAr.biz

Find out more about Project Whois and DomainTools
for Windows.

**DOMAINTOOLS for Windows**      **Download Now**

Access domain ownership records from your desktop.

### Related Domains For Sale or At Auction                                

KoonYs.com ($1,895)                        KoontzGroup.com ($5,650)
KoontzFurniture.com ($300)                 KoonsTysons.com ($9,900)

### ▬ Whois & Quick Stats

| | | |
|---|---|---|
| **Email** | dave@netmsi.com | → |
| **Registrant Org** | GIM Corp. is associated with ~11 other domains | → |
| **Dates** | Created on 2005-06-06 - Expires on 2017-06-05 - Updated on 2016-06-06 | → |
| **Domain Status** | Registered And No Website | |
| **Whois History** | 69 records have been archived since 2007-10-15 | → |
| **IP History** | 5 changes on 4 unique IP addresses over 11 years | → |
| **Hosting History** | 4 changes on 4 unique name servers over 11 years | → |
| **Whois Server** | whois.biz | |

### ▬ Website

| | | |
|---|---|---|
| **Website Title** | None given. | → |

### Whois Record ( last updated on 2016-08-02 )

```
Domain Name:                                    KOONAR.BIZ
Domain ID:                                      D9992431-BIZ
Sponsoring Registrar:                           GODADDY.COM, INC.
Sponsoring Registrar IANA ID:                   146
Registrar URL (registration services):          whois.godaddy.com
Domain Status:                                  clientDeleteProhibited
Domain Status:                                  clientRenewProhibited
Domain Status:                                  clientTransferProhibited
Domain Status:                                  clientUpdateProhibited
```

```
Variant:                                      KOONAR.BIZ
Registrant ID:                                CR18909284
Registrant Name:                              David Koonar
Registrant Organization:                      GIM Corp.
Registrant Address1:                          1785 Turner Rd.
Registrant City:                              Windsor
Registrant State/Province:                    Ontario
Registrant Postal Code:                       N8W 3J9
Registrant Country:                           Canada
Registrant Country Code:                      CA
Registrant Phone Number:                      +1.5199870600
Registrant Email:                             dave@netmsi.com

Administrative Contact ID:                    CR18909286
Administrative Contact Name:                  David Koonar
Administrative Contact Organization:          GIM Corp.
Administrative Contact Address1:              1785 Turner Rd.
Administrative Contact City:                  Windsor
Administrative Contact State/Province:        Ontario
Administrative Contact Postal Code:           N8W 3J9
Administrative Contact Country:               Canada
Administrative Contact Country Code:          CA
Administrative Contact Phone Number:          +1.5199870600
Administrative Contact Email:                 dave@netmsi.com

Billing Contact ID:                           CR18909287
Billing Contact Name:                         David Koonar
Billing Contact Organization:                 GIM Corp.
Billing Contact Address1:                     1785 Turner Rd.
Billing Contact City:                         Windsor
Billing Contact State/Province:               Ontario
Billing Contact Postal Code:                  N8W 3J9
Billing Contact Country:                      Canada
Billing Contact Country Code:                 CA
Billing Contact Phone Number:                 +1.5199870600
Billing Contact Email:                        dave@netmsi.com

Technical Contact ID:                         CR18909285
Technical Contact Name:                       David Koonar
Technical Contact Organization:               GIM Corp.
Technical Contact Address1:                   1785 Turner Rd.
Technical Contact City:                       Windsor
Technical Contact State/Province:             Ontario
Technical Contact Postal Code:                N8W 3J9
Technical Contact Country:                    Canada
Technical Contact Country Code:               CA
Technical Contact Phone Number:               +1.5199870600
Technical Contact Email:                      dave@netmsi.com

Name Server:                                  NS2.DUSTHOST.COM
Name Server:                                  NS1.DUSTHOST.COM
Created by Registrar:                         GODADDY.COM, INC.
Last Updated by Registrar:                    GODADDY.COM, INC.
Domain Registration Date:                     Mon Jun 06 22:29:49 GMT 2005
Domain Expiration Date:                       Mon Jun 05 23:59:59 GMT 2017
Domain Last Updated Date:                     Mon Jun 06 14:36:11 GMT 2016
DNSSEC:                                        false
```

## Tools

| Whois History |
| --- |
| Hosting History |

| Monitor Domain Properties | ▾ |
| --- | --- |

| Reverse Whois Lookup | ▼ |
|---|---|

| Buy This Domain ▾ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**No Screenshot Available**

| View Screenshot History |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| KoonAr.com | View Whois |
|---|---|
| KoonAr.net | View Whois |
| KoonAr.org | View Whois |
| KoonAr.info | View Whois |
| KoonAr.biz | View Whois |
| KoonAr.us | View Whois |



KoonAr.biz WHOIS, DNS, & Domain Info - DomainTools

Sitemap   **Blog**   Terms of Service   Privacy Policy   Contact Us   Domain News      © 2016 DomainTools

# EXHIBIT G

# Traffic Force Terms of Service

- **TrafficForce** (1)

Sign In (signin.html)

About (about.html)  |  Sign Up (signup.html)  |  Help (help.html)  |  Publishers (publishers.html)  |

Our Team (team.html)  |  Language ⌄

# Terms & Services

PLEASE READ THESE TERMS AND CONDITIONS ("TERMS" OR "AGREEMENT") CAREFULLY BEFORE REGISTERING OR USING THE SERVICES ("PROGRAM") OFFERED BY GLP 5 Inc. ("TRAFFIC FORCE"). PARTICIPATION IN THE PROGRAM INDICATES THAT YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU MUST NOT REGISTER OR PARTICIPATE IN THE PROGRAM.

## 1. Parties

Pursuant to this Agreement, GLP 5 Inc. ("Network") and you ("You", "Publisher" or "Advertiser") agree to the following terms and conditions for the participation in the Program.

## 2. Program Participation

Participation in the Program is subject to Network's prior approval and Your continued compliance with the Acceptable Use Policies ("Acceptable Use Policies"). Network reserves the right to refuse participation to any applicant or participant at any time in its sole discretion. Network may change, suspend or discontinue the Program at any time without notice or liability. Network reserves the right, at its discretion, to modify this Agreement at any time by posting a notice on the Site, or by sending a notice via email or postal mail. Participation in the Program following such notification constitutes Your acceptance of the modified terms and conditions. You certify to Network that if You are an individual (i.e., not a corporation) You are at least 18 years of age. You also certify that You are legally permitted to use the Program, and takes full responsibility for the selection and use of the Program. This Agreement is void where prohibited by law, and the right to access the Site is revoked in such jurisdictions.

## 3. Participation As Publisher

You agree to comply with the specifications provided by Network to enable proper delivery, display, tracking, and reporting of ads in connection with your Websites, including without limitation by not modifying the JavaScript or other programming provided to You by Network in any way, unless expressly authorized in writing by Network.

# 4. Participation As Advertiser

Advertiser is solely responsible for all: (a) ad targeting options and keywords ("Targets") and all ad content, ad information, and ad URLs ("Creative"), whether generated by or for Advertiser; and (b) websites, services and landing pages which Creative links or directs viewers to, and advertised services and products (collectively "Services"). Advertiser shall protect any Advertiser passwords and takes full responsibility for Advertiser's own, and third party, use of any Advertiser accounts. Advertiser understands and agrees that ads may be placed on (a) any content or property provided by Network, and, unless Advertiser opts out of such placement in the manner specified by network, (b) any other content or property provided by Publishers upon which Network places ads. Advertiser authorizes and consents to all such placements. Advertiser agrees that all placements of Advertiser's ads shall conclusively be deemed to have been approved by Advertiser unless Advertiser produces contemporaneous documentary evidence showing that Advertiser disapproved such placements in the manner specified by Network. Advertiser grants Network permission to utilize an automated software program to retrieve and analyze websites associated with the Services for ad quality and serving purposes. Network or Publishers may reject or remove any ad or Target for any or no reason.

# 5. Representation As Publisher

Publisher represents and warrants that the Websites: (1) are owned by or licensed to Publisher and Publisher has the right to use the entire contents and subject matter contained in the Websites; (2) do not violate any law, statute, ordinance, treaty or regulation; (3) do not infringe in any manner any copyright, patent, trademark, trade secret or other intellectual property right of any third party; (4) do not breach any duty toward or rights of any person or entity including, without limitation, rights of publicity or privacy, and have not otherwise resulted in or are not likely to result in any consumer fraud, product liability, tort, breach of contract, injury, damage or harm of any kind to any person or entity; (5) are not false, deceptive or misleading; (6) are not defamatory, libelous, slanderous or threatening; and (7) are free of viruses, Trojan horses, trap doors, back doors, Easter eggs, worms, time bombs, cancelbots, "spyware" and other computer programming routines that may potentially damage, interfere with, intercept, or expropriate any system, data or personal information. Publisher also represents, warrants and covenants that: (i) Publisher has the power and authority to enter into and perform its obligations under this Agreement; (ii) Publisher shall not be in violation of any obligation, contract or agreement by entering into this Agreement, by performing its obligations hereunder or by authorizing and permitting Network to perform the services hereunder; (iii) Publisher shall comply with all of the terms and conditions of this Agreement, as amended from time to time; (iv) all information provided by Publisher to Network is truthful, accurate and complete, and is not misleading in any way; (v) Network is hereby authorized by Publisher to perform all the services described hereunder with respect to Publisher and the Websites; (vi) upon request by Network, Publisher shall promptly provide a written statement in form acceptable to Network confirming Network's authority hereunder; and (vii) Publisher shall not upload, post, email, transmit or otherwise make available any content, material, data, work, designation, trade or service mark, tradename, link, advertising or services that actually or potentially (a) violates any applicable law or regulation, including, without limitation, false advertising or unfair competition under the law of any jurisdiction, (b) infringes or misappropriates any proprietary, intellectual property, contract or tort right of any person, or (c) to a reasonable person, may be abusive, defamatory, invasive of privacy, harassing, threatening, malicious, otherwise objectionable or in way derogatory about Network or any other party. Publisher grants Network and the Advertiser the right and license to transmit the Ads to the Websites.

## 6. Representation As Advertiser

Advertiser represents and warrants that (a) it is authorized to act on behalf of and has bound to this Agreement any third party for which Advertiser advertises ("Principal"), (b) as between Principal and Advertiser, the Principal owns any rights to Program information in connection with those ads, and (c) Advertiser shall not disclose Principal's Program information to any other party without Principal's consent.

## 7. Communications Solely With Network

You agree to direct to Network and not to any advertiser or publisher, as the case may be, all communications regarding any matter arising out of participating in Program.

## 8. Acceptable Use Policy

To participate in the Program as a Publisher, you must abide by the Publishers Acceptable Use Policy. To participate in the Program as an Advertiser, you must abide by the Advertisers Acceptable Use Policy. It is your responsibility to keep up to date and adhere to those policies. Failure to comply with these policies may warrant us limiting ad serving or terminating this agreement.

## 9. Payments As Publishers

Publisher shall receive as payment a percentage of the sale price of advertisements displayed in connection with Publisher's website as determined by Network for Publisher's use of the Program. Advertiser's payable revenue shall be determined twice a month on the first day and sixteenth day of each month for the period covering the two previous weeks. Payments to the Publisher shall be sent by Network within approximately ten (10) days if Publisher's earned balance is greater than or equal to Publisher's minimum payable amount. If Publisher's earned balance is less than Publisher's minimum check amount, no payment shall be made. In addition, Publisher agrees that (i) any payments that may become due to Publisher are specifically conditioned upon Network's receipt of full payment from the applicable advertiser and (ii) if Network does not receive the applicable payment in full from any such advertiser, or Network's payment from advertiser is later reversed at any time, Network may deduct such amount from Publishers future payments. If Publisher disputes any payment made in connection with the Program, Publisher must notify Network in writing within thirty (30) days of any such payment. Failure to notify Network shall result in the waiver by Publisher of any claims related to such disputed payment. Payment shall be calculated solely based on records maintained by Network. No other measurements or statistics of any kind shall be accepted by Network or have any effect under this Agreement. Network shall not be liable for any payment based on (i) any fraudulent impressions or clicks generated by any person, robot, automated program or similar device or for fraudulent impressions or clicks similarly generated on any advertisements, as reasonably determined by Network; (ii) advertisements delivered to end users whose browsers have JavaScript disabled; or (iii) impressions commingled with a significant number of fraudulent impressions or fraudulent clicks described in (i) above, or as a result of another breach of this Agreement by Publisher for any applicable pay period. Network reserves the right to withhold payment or charge back Publisher's account due to any of the foregoing or any breach of this Agreement by Publisher. In addition, if Publisher is past due on any payment to Network in connection with the Program, Network reserves the

right to withhold payment until all outstanding payments have been made. To ensure proper payment, Publisher is solely responsible for providing and maintaining accurate contact and payment information associated with Publisher's account in the Program. Any bank fees related to returned or cancelled checks due to a contact or payment information error or omission may be deducted from the newly issued payment.

## 10. Payments As Advertisers

Advertiser shall be responsible for all charges up to the amount of each IO, or as set out in an online account, and shall pay all charges in U.S. Dollars or in such other currency as agreed to in writing by the parties. Unless agreed to by the parties in writing, Customer shall pay all charges in accordance with the payment terms in the applicable IO or online campaign settings, including any applicable taxes. Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less). Charges are exclusive of taxes. Advertiser is responsible for paying all taxes, government charges, and reasonable expenses and attorneys fees Network incurs collecting late amounts. To the fullest extent permitted by law, Advertiser waives all claims relating to charges (including without limitation any claims for charges based on suspected invalid clicks) unless claimed within 60 days after the charge (this does not affect Advertiser's credit card issuer rights). Charges are solely based on Network's measurements for the Program, unless otherwise agreed to in writing. Nothing in these Terms or an IO may obligate Network to extend credit to any party. Advertiser acknowledges and agrees that any credit card and related billing and payment information that Advertiser provides to Network may be shared by Network with companies who work on Network's behalf, such as payment processors and/or credit agencies, solely for the purposes of checking credit, effecting payment to Network and servicing Advertiser's account. Network reserves the right to withhold deposit or charge Advertiser's account due to any breach of this Agreement by Advertiser.

## 11. Advertiser Refund Policy

Network strives to offer the best service possible to its Advertisers. Once an Advertiser makes an initial deposit in the Program, it has thirty (30) days to ask for a refund of the account balance if they are not satisfied with the Program and have remained in compliance with this agreement. As soon as an Advertiser makes a second deposit in the Program, it is hereby understood that a refund will only be issued for a balance greater than $50 and a processing fee of 10% will be deducted from the refund. Advertisers cancelled / terminated by Network for violating these Terms and Conditions are not entitled to a refund.

## 12. Termination; Cancellation

Network may at any time, in its sole discretion, immediately terminate the Program, terminate this Agreement, or cancel any Ad(s) or your use of any Target. Network will make commercially reasonable efforts to notify you via email of any such termination or cancellation within a reasonable period of time. You may cancel any Ads and/or terminate this Agreement with or without cause at any time by deactivating a campaign or by removing the Program Ad Code from your website. Upon termination for any reason: (a) you shall remain liable for any amount due for Ads already delivered; and (b) all provisions of this Agreement which by their nature should survive termination shall survive termination, including, without limitation, warranty disclaimers, and limitations of liability.

## 13. Prohibited Uses

You shall not, and shall not authorize or encourage any third party to: (i) directly or indirectly generate queries, Referral Events, or impressions of or clicks on any Ad (including without limitation by clicking on "play" for any video Ad) through any automated, deceptive, fraudulent or other invalid means, including but not limited to through repeated manual clicks, the use of robots or other automated query tools and/or computer generated search requests, and/or the unauthorized use of other search engine optimization services and/or software; (ii) edit, modify, filter, truncate or change the order of the information contained in any Ad, or remove, obscure or minimize any Ad in any way without authorization from Network; (iii) frame, minimize, remove or otherwise inhibit the full and complete display of any Web page accessed by an end user after clicking on any part of an Ad; (iv) redirect an end user away from any Advertiser Page; provide a version of the Advertiser Page that is different from the page an end user would access by going directly to the Advertiser Page; intersperse any content between the Ad and the Advertiser Page; or otherwise provide anything other than a direct link from an Ad to an Advertiser Page; (v) display any Ad(s) on any Web page or any Web site that contains any hate-related, violent, or illegal content; (vi) directly or indirectly access, launch, and/or activate Ads through or from, or otherwise incorporate the Ads in, any software application, Web site, or other means other than Your Property(ies), and then only to the extent expressly permitted by this Agreement; (vii) "crawl", "spider", index or in any non-transitory manner store or cache information obtained from any Ads, or any part, copy, or derivative thereto; (viii) act in any way that violates any other agreement between You and the Network (ix) disseminate malware; (x) Use any type of .apk, .msi or any other executable file or other means to auto install any type of spyware / malware or any other software or application that hijacks, maliciously changes or otherwise adversely affects any end user device (xi) Use the Traffic Force Network to distribute any type of malicious or misrepresented JavaScript, application or software whatsoever (xii) create a new account to use the Program after the Network has terminated this Agreement with You as a result of your breach of this Agreement; or (xiii) engage in any action or practice that reflects poorly on the Network or otherwise disparages or devalues the Network's reputation or goodwill. You acknowledge that any attempted participation or violation of any of the foregoing is a material breach of this Agreement and that we may pursue any and all applicable legal and equitable remedies against You, including an immediate suspension of Your account or termination of this Agreement, and the pursuit of all available civil or criminal remedies.

Certain violations of aforementioned prohibited uses represent a blatant attempt to irreparably harm the good will and public image of the service. Therefore any advertiser found using the tactics outlined in points (iv)(v)(ix)(x)(xi)(xiii) will forfeit all outstanding sums held in their advertising account(s) as well as facing all other forms of remedy as outlined in the previous paragraph.

## 14. Publicity

You agree that the Network may use Your name and logo in presentations, marketing materials, customer lists, financial reports, Web site listings of customers or ads. If You wish to use Network's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features ("Brand Features"), You may do so, so long as such use is in compliance with this Agreement.

## 15. Disclaimers

Case 2:16-cv-01269-DGC   Document 32-6   Filed 08/08/16   Page 12 of 48

You acknowledge and agree that the Network has no special relationship with or fiduciary duty to You and that the Network has no control over, and no duty to take any action regarding: which users gain access to the Site, Services or Program; what Content You access or receive via the Site or Services; what Content other advertisers and publishers may make available, publish or promote in connection with the Program; what effects any Content may have on Advertisers or Publisher or their users or customers; how You or your users or customers may interpret, view or use the Content; what actions You or your users or customers may take as a result of having been exposed to the Content, or whether Content is being displayed properly in connection with the Program. Further, (i) if You are a publisher, Publisher specifically acknowledges and agrees that Network has no control over (and is merely a passive conduit with respect to) any Content that may be submitted or published by any advertiser, and that Publisher is solely responsible (and assumes all liability and risk) for determining whether or not such Content is appropriate or acceptable to Publisher, and (ii) if You are an advertiser, Advertiser specifically acknowledges and agrees that Network has no control over any Content that may be available or published on any publisher website (or otherwise), and that Advertiser is solely responsible (and assumes all liability and risk) for determining whether or not such Content is appropriate or acceptable to Advertiser. You release Network from all liability in any way relating to Your acquisition (or failure to acquire), provision, use or other activity with respect to Content in connection with the Site or Services. The Site may contain, or direct You to sites containing, information that some people may find offensive or inappropriate. Network makes no representations concerning any content contained in or accessed through the Site or Services, and Network will not be responsible or liable for the accuracy, copyright compliance, legality or decency of material contained in or accessed through the Site or Services.

THE SERVICES, CONTENT AND SITE ARE PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. NETWORK DOES NOT WARRANT THE RESULTS OF USE OF THE SERVICES, INCLUDING, WITHOUT LIMITATION, THE RESULTS OF ANY ADVERTISING CAMPAIGN, AND YOU ASSUME ALL RISK AND RESPONSIBILITY WITH RESPECT THERETO. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. NETWORK MAKES NO GUARANTEE OF CONFIDENTIALITY OR PRIVACY OF ANY COMMUNICATION OR INFORMATION TRANSMITTED ON OR THROUGH THE SITE, SERVICES OR ANY WEBSITE LINKED TO THE SITE. Network will not be liable for the privacy of e-mail addresses, registration and identification information, disk space, communications, confidential or trade-secret information, or any other Content stored on Network's equipment, transmitted over networks accessed by the Site, or otherwise connected with Your use of the Services.

## 16. Confidentiality

You agree not to disclose Network Confidential Information without Network's prior written consent. "Network Confidential Information" includes without limitation: (i) all Network software, technology, programming, technical specifications, materials, guidelines and documentation You learn, develop or obtain that relate to the Program; (ii) click-through rates or other statistics relating to performance in the Program provided to You by Network; and (iii) any other information designated in writing by Network as "confidential" or any designation to the same effect. Network Confidential Information does not include information that has become publicly known through no breach by You or Network, or information that has been (i) independently developed without access to Network Confidential Information, as evidenced in writing; (ii) rightfully received by You from a third party with no obligation of

confidentiality; or (iii) required to be disclosed by law or by a governmental authority.

## 17. Information Rights

Network may retain and use, subject to the terms of the Privacy Policy (located at http://www.trafficforce.com /policy..html, or such other URL as Network may provide from time to time), all information You provide, including but not limited to Property demographics and contact and billing information. You agree that Network may transfer and disclose to third parties personally identifiable information about You for the purpose of approving and enabling Your participation in the Program, including to third parties that reside in jurisdictions with less restrictive data laws than Your own. Network may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Network disclaims all responsibility, and will not be liable to You, however, for any disclosure of that information by any such third party. Network may share non-personally-identifiable information about You, including Property URLs, Property-specific statistics and similar information collected by Network, with advertisers, business partners, sponsors, and other third parties. In addition, You grant Network the right to access, index and cache the Property(ies), or any portion thereof, including by automated means including Web spiders or crawlers.

## 18. No Guarantee

Network makes no guarantee regarding the level of impressions of ads or clicks on any ad, the timing of delivery of such impressions and/or clicks, the completion of Referral Events, or the amount of any payment to be made to You under this Agreement. In addition, for the avoidance of doubt, Network does not guarantee the Program will be operable at all times or during any down time (i) caused by outages to any public Internet backbones, networks or servers, (ii) caused by any failures of Your equipment, systems or local access services, (iii) for previously scheduled maintenance or (iv) relating to events beyond Network's control such as strikes, riots, insurrection, fires, floods, explosions, war, governmental action, labor conditions, earthquakes, natural disasters, or interruptions in Internet services to an area where Network or Your servers are located or co-located.

## 19. Indemnification

You agree to indemnify, defend and hold Network, all relevant Publisher(s), all relevant Advertiser(s) and their licensors, licensees, affiliated companies, consultants, contractors, agents, attorneys and employees harmless from and against any and all liability, loss, damages, claims or causes of action, including internal and external legal fees and expenses, arising out of, related to or which may arise from your use of the Program, your Ads, your selection and use of Targets, and/or your breach of any term of this Agreement.

## 20. Governing Law

This Agreement shall be governed by the laws of the Canada, without reference to any conflict of laws principles. Any claim or controversy arising out of or related to this Agreement, or the products or services we provide and/or distribute shall be heard in the courts of Canada. You agree to pay any/all direct and/or indirect costs arising out or related to the claim and/or controversy, including but not limited to legal costs, transportation, accommodation,

telephone calls. The foregoing shall not preclude Network from seeking any injunctive relief for protection of Network, intellectual property rights.

## 21. Miscellaneous Terms And Conditions

The currency used for purposes of this Agreement shall be United States Dollars (USD). Network requires all advertisers to provide proof of identification before advertising in the Program. Network reserves the right to refuse any advertiser for any reason including but not limited to, country of residence, reputation and associations. These Terms and Conditions constitute the entire agreement between you and the Network in respect to your use of the Program and supersede and replace all prior or contemporaneous understandings or agreements, written or oral, regarding such subject matter. Any changes that we make to these Terms and Conditions will be posted at http://www.trafficforce.com/terms.html. Your use of our Programs and Services will always be governed by the TERMS AND CONDITIONS in effect at the time of use.

GLP 5 Inc.
30150 Telegraph Rd., Suite 444
Bingham Farms, MI 48025



**CREATE AN ACCOUNT NOW!**
**(SIGNUP.HTML)**

**HOME (/)    ABOUT (ABOUT.HTML)    SIGN UP (SIGNUP.HTML)    HELP (HELP.HTML)**

**PUBLISHERS (PUBLISHERS.HTML)    OUR TEAM (TEAM.HTML)    SIGN IN (SIGNIN.HTML)**



**Twitter (http://twitter.com/trafficforce1)**

**Facebook (http://www.facebook.com/trafficforce)**

Terms & Services (terms.html)

Copyright © 2015 Traffic Force. All Rights Reserved.

# EXHIBIT H

# TrafficForce.com Web Page Re: 1785 Turner Road

 TrafficForce

Home    Advertiser    Publisher    Contact us

Send Message

# Contact us

**Address**

1785 Turner Rd, Windsor,
Ontario, N8W 3J9

**Phone number**

519 987 0600
If calling please ask for Ross



1785 Turner Rd
View larger map

data ©2016 Google Imagery ©2016 , Cnes/Spot Image,
DigitalGlobe, First Base Solutions, Landsat, Sanborn, U.S.
Geological Survey, USDA Fa...   Report a map error

View Larger Map

**Send Message**

| | | |
|---|---|---|
| **Name:** | | 0 / 50 |
| **E-mail:** | | 0 / 50 |
| **Message:** | | 0 / 500 |
| **Captcha:** | | |

Not readable? Change text.

**Send**

- required fields.

# EXHIBIT I

# Similar Web Report Re: Porn.com



# SimilarWeb

---

porn.com
Website Analysis Report
June 2016

#  porn.com

Free porn mega site! Hourly updates! Watch unlimited PORNO videos! Watch Live porn Cams or Upload your own videos to PORN.COM! Offering incredibly fast XXX HD video streaming & unlimited downloading of the...



🌐 **Global Rank**
Worldwide

⚑ **Country Rank**
United States 🇺🇸

🔞 **Category Rank**
Adult

**536↓**                    **328↓**                    **29↓**

# Traffic Overview

## Total Visits
🖥📱 On desktop & mobile web, in the last 6 months

## Engagement

| | |
|---|---|
| Total Visits | **52.2M** |
| ⏱ Avg. Visit Duration | **00:05:05** |
| 📖 Pages per Visit | **5.59** |
| ➜ Bounce Rate | **40.84%** |

**◈ SimilarWeb**

## Traffic by countries

 On desktop



| | | |
|---|---|---|
| 🇺🇸 United States | **23.26%** |
| 🇩🇪 Germany | 7.99% |
| 🇬🇧 United Kingdom | 5.49% |
| 🇫🇷 France | 5.11% |
| 🇷🇺 Russia | 4.84% |

## Traffic Sources

On desktop



| Direct | Referrals | Search | Social | Mail | Display |
|---|---|---|---|---|---|
| 19.42% | 52.83% | 26.33% | 0.45% | 0.08% | 0.88% |

**SimilarWeb**

# Referrals



## 52.83%
Of traffic is from Referrals

**Top Referring Sites:**

**Top Destination Sites:**



🌐 theporndude.com

W iwank.tv

🔴 nudevista.com

🟧 maturealbum.com

💟 sexo24.com

porn.com

🌀 mediab.uy

🔥 pornme.pm

🔴 imlive.com

🌀 mackeeperapp2.m.

💢 imzog.com

# Search

**26.33%**
Of traffic is from Search

**100%**
Organic Searches



**0%**
Paid Searches

Organic Keywords:

porn

porn.com

порно

free porn

гей порно



Paid Keywords:

No Paid Keywords

**⑥ SimilarWeb**

# Social



## 0.45%
Of traffic is from Social

🦫 Reddit

32.32%

▶ Youtube

29.55%

🔵 Facebook

29.23%

🔵 VKontakte

3.16%

🐦 Twitter

2.32%

# Display Advertising



## NO DISPLAY ADVERTISING

This website doesn't use display advertising as part of their marketing activity.

**◈ SimilarWeb**

# Website Content

## Subdomains

On Desktop

| Subdomain (35) | Traffic Share | |
| --- | --- | --- |
| porn.com | | 85.32% |
| ya.porn.com | | 4.2% |
| ru.porn.com | | 2.52% |
| delivery.porn.com | | 1.56% |
| pt.porn.com | | 1.37% |

**SimilarWeb**

# Audience Interests

## Categories

   

Adult

Computer And
Electronics > Software

Shopping

Arts And Entertainment

## Also visited websites

theporndude.com

downloadhelper.net

aeroportul sibiu.com

sophiedeelive.com

uk.search.yahoo.com

## Topics

| | | |
|---|---|---|
| middle | school | fun |
| romanian | mai | forum |
| concert | lady gaga | teatru |
| jocuri | evenimente | dictionar |
| porn | porn movies | adult |
| xxx | views | videos |
| porntube | sex | cock |
| tube | last minute reisen | hotel |
| fug | lastminute | reisen |

# Similar Sites

## Order by Similarity



## Order by Rank



porn.com | Jun. 2016 Analysis | All Right Reserved by SimilarWeb LTD. 2016 | info@similarweb.com



# Understanding Today's Digital World

———

SimilarWeb provides data and insights to help businesses make better decisions, identify new opportunities and spot the latest Internet and mobile trends. This information is essential for reacting to the Internet's ever-changing environment, building high-reward low-risk campaigns, and understanding the competitive world in which you operate.

**Reveal business opportunities and obtain an in-depth analysis for any app or website with SimilarWeb PRO. To learn more,** contact us for a free consultation.

**◊SimilarWeb**

# EXHIBIT J

# Phoenix Forum Web Page re: Traffic Force

www.thephoenixforum.com/#sponsor

Home

# THE PHOENIX FORUM
## THE LEADING TRADESHOW FOR ADULT ONLINE

**Thank you to all of our sponsors and attendees for making The Phoenix Forum 2016 such a success.**

VIEW SPONSORS

## Sponsor The Phoenix Forum

**Sponsor Opportunities**

We invite you to be a part of this exciting event and to increase your company exposure in front of an extremely targeted audience by becoming a corporate sponsor of The Phoenix

THE
PHX
FRM

8/2/2016 10:20:01 AM

1 / 4

Forum. The Phoenix Forum is offering multiple packages of sponsorship, including Gold, Pride, Platinum and Premium.

**Why Should You Participate?**

- Brand your business and increase awareness
- Target opportunities to increase brand recognition and loyalty
- Direct contact with hundreds of adult webmasters and industry service providers
- High visibility and exposure for your company and programs
- Free promotion on The Phoenix Forum marketing materials
- Hospitality opportunities to build and strengthen business relationships
- Sponsorships are limited to ensure your maximum benefit
- Conduct business
- Build new relationships
- Generate sales leads

▶ 2016 Premium

 

▶ 2016 Platinum

       

▶ 2016 Pride

  

▶ 2016 Gold























# EXHIBIT K

# Traffic Force Facebook Page



6/28/2016 8:29:47 AM

6/28/2016 8:29:47 AM

VISITOR POSTS



 

Naresh Naresh
May 10 at 7:02pm

Nareshthakur khatal

Like · Comment

De Newton
May 1, 2015 at 7:22am

Hi guys, just sent a PM

1 Like
Like · Comment

Kristen Kaye
October 21, 2014 at 2:50pm

Great Q&A on Phil B Check it out!
http://www.zinio.com/reader.jsp?itolo=6&
issue=416318846&page=26

1 Like
Like · Comment

PEOPLE ALSO LIKE

 **TrafficStars**
Internet/Software                                                    Like

 **TrafficStars**
Internet/Software                                                    Like

Background International

 **TrafficStars**
Internet/Software                                                    Like

---

January 29

Traffic Force is pleased to integrate with revolutionforce.com! Our select choice for all your CPA needs!



**Revolution Force**
Your exclusive performance network About
Revolution Force Revolution Force is an exclusive
affiliate network with more than 15 years of
experience optimizing and monitoring online dating
offers and casual verticals. We understand how to
REVOLUTION-FORCE.COM

👍 Like      💬 Comment      ↗ Share

Starek Vin and 6 others

Write a comment...

---

**Traffic Force**
January 14 · Windsor, ON Canada

Traffic Force is giving away 1 attendee badge for Internext Las Vegas worth $495.00. If you need a badge just like and comment on this status and we'll select someone to give the badge to tomorrow morning. Looking forward to meeting up with all our clients in Las Vegas!

👍 Like      💬 Comment      ↗ Share

4

Write a comment...

---

**Traffic Force**
January 6

Traffic Force is attending ASW, XbIZ LA, and Internext Las Vegas! Contact us to set up a face to face meeting to discuss your traffic needs for 2016.

👍 Like      💬 Comment      ↗ Share

---

**Traffic Force**
November 26, 2015

Wishing all of our US clients a Happy Thanksgiving. Enjoy your turkey, football and beers. GO LIONS! (Yes the TF team are Detroit Lions fans, no you cannot make fun of us)

👍 Like      💬 Comment      ↗ Share      Top Comments ▾

Clement Picquet and 3 others

---


Get the perfect domain name

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name

DOMAIN CENTER

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name

DOMAIN CENTER

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name

DOMAIN CENTER

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name

DOMAIN CENTER

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name
write you still can Shop new

DOMAIN CENTER

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name

DOMAIN CENTER

Your Domain Can End In ....
networksolutions.com
Get the perfect domain name

DOMAIN CENTER

Your Domain Can End In ....









6/28/2016 8:29:47 AM



6/28/2016 8:29:47 AM





6/28/2016 8:29:47 AM







6/28/2016 8:29:47 AM





6/28/2016 8:29:47 AM

6/28/2016 8:29:27 AM