# EXHIBIT L

# Search Results Re: Ross Allan

Person name, title, company name, location, etc. Search

Home (/) | Login or Register (/login-register)

# Ross Allan

***From: Windsor, Ontario, Canada***

**Professional title:** ***Advertising Manager***

**Company name:** ***Netmedia Services***

**Summary:**

My objectives are simple; offering the best ad platform to our clients and the best traffic possible. I enjoy building business relationships with our advertisers and value their feedback on all aspects of our platform. I enjoy pushing myself and our developers to ensure we have all the latest advancements in technology. I'm very approachable and enjoy meeting and talking to new people and sharing ideas that can improve business dealings.

**Check more about "Ross Allan":**

- View Full Contact Information: Email, Phone, Court records, Birth and death records >> (/l/59273aHR0cHM6Ly93d3cucGVvcGxlc21hcnQuY29tL2RlZmF1bHQtbmFtZS1sb2FkaW5nPyZhZmY9NDAzJnV0bV9zb3VyY2U9UFNQX0FmZmlsa
- General info: Ross Allan, see more >> (/info/dWVkcmR1QXJk/Windsor%252C%2BOntario%252C%2BCanada/Advertising%2BManager/Ross-Allan)
- Education: The University Of The West of Scotland (), see more >> (/education/dWVkcmR1QXJk/Windsor%252C%2BOntario%252C%2BCanada/Advertising%2BManager/Ross-Allan)
- Professional skills: Advertising, see more >> (/skills/dWVkcmR1QXJk/Windsor%252C%2BOntario%252C%2BCanada/Advertising%2BManager/Ross-Allan)

**Related News & Updates**

Allan's TIME (Time Interval Metrology Enterprise) (/l/26395aHR0cDovL3d3dy5hbGxhbnN0aW1lLmNvbS8%253D)

. . . model, and experimental evidence, by internationally recognized leader in the field of precise time and frequency measurements, David W. . Allan . .

Q&A with Facebook Advertising Research Manager Rob Creekmore (/l/54586aHR0cDovL3d3dy5pbnNpZGVmYWNlYm9vay5jb20vMjAxNC8wOS8yNC9xYS13aXRoLWZhY2Vib29rLWFkdmVydGlzaW5nLXJlc2VhcmNoLW

(just north of San Francisco), Facebook's Advertising Research Manager of Marketing Science, . . . Recently at the Kenshoo K8 Summit in Sausalito, Calif.

Canada to Study Mysterious Windsor Hum - Hum in Windsor Ontario - LiveScience (/l/26708aHR0cDovL3d3dy5saXZlc2NpZW5jZS5jb20vMjY0OTEtd2luZHNvci1odW0uaHRtbA%253D%253D)

The low-pitched noise has bothered residents of the Detroit-area city for years.

Brand Relationship Manager - RTB Trading Desk - Digital Advertising - Sydney

Ross Allan

# Ross Allan - East Windsor, Ontario, Canada

## Ross Allan Information

**Works at**
**Netmedia Services Inc.**

**Place Of Residence**
East Windsor, Ontario, Canada

**More Information**
Ross Allan

Like 0 Tweet G+1 0 Share

**Are you Ross Allan? Click here to claim this profile now for free!**

## Why Claim This Profile?

- **Make Correction To The Information**
- **Search For Contractors**
- **Connect With Others Home Owners**
- **It Only Takes 1 Minute!**

## Delete This Profile

If you are this person, and would like to delete this profile click here.

## About Ross Allan Company

**Company Name**

Netmedia Services Inc.

**Company Categories**

Computer Related Services, Nec in East Windsor, Ontario, Canada

## Summary Of Ross Allan

**Full Name:** Ross Allan

**Place Of Residence:** East Windsor,Ontario,Canada

**My Business:** Netmedia Services Inc.

Ontario » East Windsor » Computer Related Services, Nec » Netmedia Services Inc. » Ross Allan

## Related Discussions

Ready To Start Your Spring Gardening?

For many people, gardening is a way to relax and enjoy the outdoors; after a long winter, many are ready to get their hands back in the dirt!

Six Ways To Cut Your Costs At-Home

Paying the household bills doesn't have to leave you in the red.

Renovating Your Bathroom Increases Value

One of the best reasons to renovate your bathroom is because it will give you a very good return on investment

Investing In Rental Houses

Have you ever thought about investing in rental houses?

Five Great Tips For Selling A Home

Selling a home can be difficult if you are doing it on your own. If you want to speed up the process, you have to use your imagination.

Buying A Home - Top Ten Tips

Here are ten tips to keep in mind while considering the options to purchase a house.

Top Seven Home Security Tips For The Winter

The following security tips can keep your house safe when it gets cold.

Best Ways To Prevent Winter Moisture Problems

Many homeowners who live in parts of the country where winters are severe find that they have problems with moisture in their homes as a result of the cold weather.

What You Should Know About Home Improvement Projects During The Winter

If you live in an area where it gets considerably cold, then doing home improvement projects in this cold weather is not ideal. This is why it is helpful to know some different tips to getting the work on your ...

Removing Snow From Your Home Safely

Many people are not aware that there is a proper and improper way to shovel snow. If you are not careful, you may very well end up in a lot of pain. This is why it is important to

zoominfo

- People
  - Companies

Enter Person's Name
Need more? Try our Advanced Search (20+ criteria) »
Share
Tweet
Share
Email

## Last Update

2014-03-02T00:00:00.000Z

This profile was last updated on 3/1/2014 . and contains contributions from the Zoominfo Community.

Is this you? Claim your profile.

Wrong Ross Allan?

# Ross Allan

**Advertising Manager**

Netmedia Services

Get Contact Info
It's free and takes 30 seconds!

Netmedia Services

## Similar Profiles

### Other People with this Name

8/1/2016 Netmedia Services Inc., Windsor

# Pinnacle Canada

Canada's Industrial Directory

Sign In | Join Free | My Wishlist

Home :: Windsor :: Netmedia Services Inc.

## Netmedia Services Inc.

Is this your business? Claim your profile

1785 Turner Rd,
Windsor, N8W 3

**Phone:**
**+1.519.987.0600**

G+1 Recommend this on Google

Already checked your inbox?

**Details**
**Contact Person:** Allan, Ross
**Email:** jeanette@netmsi.com
**Branch:** NA

- Overview
- Map
- Reviews

GEICO
Saving money

**Map of Netmedia Services Inc.**

http://www.pinnaclecanada.com/netmedia-services-inc/46195 1/4

8/1/2016 Netmedia Services Inc., Windsor

Netmedia Services Inc.
1785 Turner
Rd,Windsor
EAST WINDSOR
Ford Test Track
Westcott Rd
Tourangeau Rd
Aubin Rd
Tecumseh Rd E
George Ave
Central Ave
Chandler Rd
Chrysler Center
Alexis Rd
Drouillard Rd
Hickory Rd
Albert Rd
Walker Rd
Byng Rd
Kildare Rd
Chilver Rd
Lincoln Rd
Gladstone Ave
Moy Ave
Hall Ave
Parent Ave
Elsmere Ave
Marentette Ave
Howard Ave
Ottawa St
Ellis St E
Google

**Reviews of Netmedia Services Inc.**
Be the first to review

ADD YOUR BUSINESS FOR FREE

G+1 Recommend this on Google

http://www.pinnaclecanada.com/netmedia-services-inc/46195 2/4

Impression MONSTER (index.html)

Sign in (signin-form.html)

About (about.html) | Sign Up (signup-form.html) | Help (help.html) | Technology (technology.html) |

Our Team (team.html)

# Our Team

## We're Here To Help

You might think that behind the scenes we have thousands of tiny elves performing various tasks, that make the Impression Monster system as great as it is. As much as we'd like that to be true, we aren't quite there yet. We do however, have some extremely talented individuals that are almost always at your disposal. Below are just a few of the key crew that make the wheels turn at Impression Monster.

Advertising Manager

(mailto:ross@netmsi.com) (skype:rosscoe17) (tel:15199870600) (icq:message?uin=164643450)

**Ross Allan**

As an eleven year veteran of the digital traffic procurement industry, Ross has experience in virtually every aspect of purchasing, tracking, selling and monetizing web traffic.

"I am always around and enjoy the close-knit talented group of people I get to work with every day. Being able to gather ideas and comments from our clients and then turn them into new tools, better methods and even greater ROI for our clients on a continuing basis is the best part of what I do. It's really gratifying to know that the entire Impression Monster team is as focused as I am on building the best advertiser platform on the planet."

Systems Manager

(mailto:dugan@netmsi.com) (skype:DuganL) (tel:15199870600) (icq:message?uin=477529666)

## Dugan Lane

Dugan started working with parent company of Impression Monster in 2003. He's had the benefit of working with an extensive line of high impression sites for 10+ years now. Holding positions within development, systems, and marketing throughout his tenure.

For the past 3 years he's held the position of Systems Manager for Impression Monster and during that time has been involved in the system and strategical development of the platform as a whole.

Monetization Specialist

(mailto:wilco@netmsi.com) (skype:wilco.snijders) (tel:+31619500880) (icq-message?uin=286050845)

## Wilco Snijders

I've started working for Impression Monster in 2012 and it has been a great time ever since. At Impression Monster I manage the unsold inventory where I optimize the traffic by language, country, niche and device. Because we have traffic from literally any country in the world at Impression Monster, my goal is to make money in all of these countries and to keep pushing the boundaries in optimizing my campaigns and advertisement tactics for each country.

If you have any traffic related questions regarding geo or device optimizing of the Impression Monster traffic or if you feel like exchanging certain advertise tactics you are always welcome to shoot me a message.



Lead Accountant

(mailto:kathy@netmsi.com) (tel:15199870600)

## Kathy Reeb

I am the Chief Pencil Sharpener. You need it done, I'll get it done.

**CREATE AN ACCOUNT NOW! (SIGNUP.HTML)**

**HOME (INDEX.HTML)** **ABOUT (ABOUT.HTML)** **SIGN UP (SIGNUP-FORM.HTML)** **HELP (HELP.HTML)**

**TECHNOLOGY (TECHNOLOGY.HTML)** **OUR TEAM (TEAM.HTML)** **SIGN IN (SIGNIN-FORM.HTML)**

Terms & Conditions (terms.html)

Copyright 2013 ImpressionMonster.com

# EXHIBIT M

# IP Trace and Reverse Lookup re: Porn.com



IP trace and reverse lookup report for: **66.254.112.19**

This is an IP trace and reverse lookup report about: 66.254.112.19. This IP is currently linked to a server at Reflected Networks Inc.. Which is physically located in Waltham, United States.

ZenHub
Get more done in GitHub

**PROJECT MANAGEMENT DEVELOPERS ACTUALLY LOVE! USED BY DOCKER, RACKSPACE & VMWARE.**

**Trace report of IP: 66.254.112.19**

| | |
|---|---|
| **IP Hoster:** | Reflected Networks Inc |
| **IP Company:** | Reflected Networks Inc |
| **IP Server Location:** | Waltham, United States |
| **IP GEO Location:** | 42°23'55.356" North, -71°15'33.192" West [show on google maps] |

**Reverse lookup of IP: 66.254.112.19**

hdteens.xxx

pron.com

**Geo location report of IP: 66.254.112.19**

**Recent Hosting Reports**

patoa.org
smkbb.tk
bellevuemortgagelender.com
cakpii.co.uk
emiroglio.com
competita.com
colegiomariano.com.br
dogancanta.com.tr
e-expert.co.jp
cold-pressedoils.org

**Our Hosting Infographic *[2015 edition]***

**IP Whois report of: 66.254.112.19 [Reflected Networks Inc.]**

```
[Querying whois.arin.net]
[Redirected to rwhois.reflected.net:4321]
[Querying rwhois.reflected.net]
[rwhois.reflected.net]
[illegible]
[illegible]
[illegible]
```



```
network:ID:NET-[illegible]
network:Handle:NET-[illegible]
network:IP-Network:[illegible]
network:IP-Network-Block:[illegible]
network:Name:[illegible]
network:Street-Address:[illegible]
network:City:Ontario
network:State:-- OTHER --
network:Country-Code:CA
network:Tech-Email:[illegible]
network:Tech-Phone:[illegible]
network:Abuse-Email:[illegible]
network:Abuse-Phone:[illegible]
network:Created:[illegible]
network:Updated:[illegible]

network:Class-Name:network
network:Auto-Area:[illegible]
network:ID:NET-66-254-112-16-1[illegible]
network:Handle:NET-66-254-112-16-1[illegible]
network:IP-Network:66.254.112.16/29
network:IP-Network-Block:66.254.112.16 - 66.254.112.23
network:Name:[illegible]
network:Street-Address:[illegible] Turner Rd
network:City:Ontario
network:State:-- OTHER --
network:Country-Code:CA
network:Tech-Email:[illegible]
network:Tech-Phone:519 [illegible]
network:Abuse-Email:[illegible]
network:Abuse-Phone:519 [illegible]
network:Created:2013102[illegible]
network:Updated:2013102[illegible]
```

WHAT IS MY IP? | HOT HOSTING DEALS | TOP 500 SITES | TOP 500 HOSTERS | RECENT REPORTS | OUR HOSTING INFOGRAPHIC

SUBMIT URL | CONTACT US | PRIVACY POLICY | OUR TEAM | FAQ

DEDICATED SERVER HOSTING BY STEADFAST

COPYRIGHT 2015 © W3BIN.COM | MADE WITH ♥ IN LOS ANGELES

# EXHIBIT N

# Dugan Lane LinkedIn, Traffic Force, and Impression Master Pages

Search for people, jobs, companies, and more Advanced   

Do You Own an SEO Company - Outsource Ranking is a link fulfillment service for SEO firms. Click Here. | Read More »

# Dugan Lane

2nd

Systems Manager at Netmedia Services
Ontario, Canada Marketing and Advertising

Previous BGGC Limited, Netmedia Services
Education Champlain College

Connect | Send Dugan InMail

101 connections

Contact Info

**People Similar to Dugan**

**John M. Garofalo** 3rd
Technical Lead at Cult Collective Ltd.
**Connect**

**Background**

## Summary

Specialties:Hardware, Programming, Marketing, Traffic Management, Branding

## Experience

### Systems Manager
Netmedia Services
September 2010 – Present (5 years 4 months)

### Director
BGGC Limited
September 2007 – September 2010 (3 years 1 month)

### System Administrator
Netmedia Services
2004 – 2007 (3 years)

Management and maintenance of FreeBSD based web and database servers.
System maintenance programming as well as general administrative report scripting.

### Junior Programmer
Netmedia Services
June 2003 – 2004 (1 year)

coding PHP scripts for internal administration, as well as working on live websites HTML/PHP coding.

## Skills

Top Skills

- 6 Web Development
- 5 Google Analytics
- 8 PHP

**Kevin Truitt**
Director of Business Development at LeaseTeam, Inc

**Lauren Hirsch**
Counsel at Open Energy Group

**Kevin Fagan**
Associate, Student Loan Group at Morgan Stanley

**Kunal Sehgal**
Founder, CEO at Thrive

**Kevin Wack**
Consumer Finance Reporter at American Banker

**Koki Sato**
Manager, Consumer IT business, ITOCHU Corp

**KFIR MOYAL**
Ceo at Kfir Moyal Art LTD

**How You're Connected**

You

×



- TrafficForce

Sign In (signin.html)

About (about.html) | Sign Up (signup.html) | Help (help.html) | Publishers (publishers.html) | Our Team (team.html) |

Language

# Our Team

## We're Here To Help

You might think that behind the scenes we have thousands of tiny elves performing various tasks, that make the TrafficForce system as great as it is. As much as we'd like that to be true, we aren't quite there yet. We do however, have some extremely talented individuals that are almost always at your disposal. Below are just a few of the key crew that make the wheels turn at TrafficForce.

General Manager

(mailto:ross@trafficforce.com) (skype:rosscoe17) (tel:15199870600) (icq:message?uin=164643450)

**Ross Allan**

As an eleven year veteran of the digital traffic procurement industry, Ross has experience in virtually every aspect of purchasing, tracking, selling and monetizing web traffic

"I am always around and enjoy the close-knit talented group of people I get to work with every day. Being able to gather ideas and comments from our clients and then turn them into new tools, better methods and even greater ROI for our clients on a continuing basis is the best part of what I do. It's really gratifying to know that the entire TrafficForce team is as focused as I am on building the best advertiser platform on the planet."

Systems Manager

(mailto:dugan@trafficforce.com) (skype:DuganL) (tel:15199870600) (icq:message?uin=477529666)

## Dugan Lane

Dugan started working with parent company of TrafficForce in 2003. He's had the benefit of working with an extensive line of high impression sites for 10+ years now. Holding positions within development, systems, and marketing throughout his tenure.

For the past 3 years he's held the position of Systems Manager for TrafficForce and during that time has been involved in the system and strategical development of the platform as a whole.

Team | Impression Monster

http://impressionmonster.com/team.html

Impression MONSTER

(index.html)

Sign in (signin-form.html)

About (about.html) | Sign Up (signup-form.html) | Help (help.html) | Technology (technology.html) |

Our Team (team.html)

# Our Team

## We're Here To Help

You might think that behind the scenes we have thousands of tiny elves performing various tasks, that make the Impression Monster system as great as it is. As much as we'd like that to be true, we aren't quite there yet. We do however, have some extremely talented individuals that are almost always at your disposal. Below are just a few of the key crew that make the wheels turn at Impression Monster.

Advertising Manager

(mailto:ross@netmsi.com) (skype:rosscoe17) (tel:15199870600) (icq:message?uin=164643450)

**Ross Allan**

1 of 4

8/1/2016 3:35 PM

As an eleven year veteran of the digital traffic procurement industry, Ross has experience in virtually every aspect of purchasing, tracking, selling and monetizing web traffic.

"I am always around and enjoy the close-knit talented group of people I get to work with every day. Being able to gather ideas and comments from our clients and then turn them into new tools, better methods and even greater ROI for our clients on a continuing basis is the best part of what I do. It's really gratifying to know that the entire Impression Monster team is as focused as I am on building the best advertiser platform on the planet."

Systems Manager

→ (mailto:dugan@netmsi.com) (skype:DuganL) (tel:15199870600) (icq:message?uin=477529666)

## Dugan Lane

Dugan started working with parent company of Impression Monster in 2003. He's had the benefit of working with an extensive line of high impression sites for 10+ years now. Holding positions within development, systems, and marketing throughout his tenure.

For the past 3 years he's held the position of Systems Manager for Impression Monster and during that time has been involved in the system and strategical development of the platform as a whole.