MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>　　　　Defendants. | **Case No.: 2:15-cv-1269-PHX-DGC**<br><br>**DECLARATION OF SPENCER FREEMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S OPPOSITION TO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES, INC. MOTION TO STAY PROCEEDINGS** |

I, Spencer D. Freeman, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Washington, the United States District Court Western District of Washington, Eastern District of Washington, Ninth Circuit Court of Appeals, and United States Supreme Court. I am the principle attorney with the Freeman Law Firm, Inc. I represent AMA Multimedia, LLC and several matters nationwide, including managing its copyright enforcement litigation. Unless otherwise stated, I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. In late December 2015, with intention to resolve this dispute without litigation, on behalf of AMA Multimedia, LLC ("AMA") I delivered to Defendants' then counsel, Corey Silverstein in Michigan, a draft complaint to initiate negotiations.

3. The following four months were a string of delays and misrepresentations. There was no meaningful movement towards real settlement discussions during this time.

4. In early April 2016, on behalf of AMA I delivered to Mr. Silverstein an second draft complaint which is substantially the complaint filed in this lawsuit. This was done with the hopes of pushing forward negotiations.

5. In late April, I informed Mr. Silverstein of a hard deadline for the Defendants to choose between accepting an offer or have the case filed in United States District Court District of Arizona.

6. Mr. Silverstein has several conversations with me seeking to have the deadline extended by a week for his clients to consider the offer.

7. Defendant David Koonar sent an e-mail to Adam Silverman, a managing partner of AMA seeking the same extension.

8. Based upon Mr. Koonar's representations to Mr. Silverman, AMA agreed to an extension, from Monday April 25, 2016 to Thursday April 28, 2016.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 4th day of August, 2016 at Tacoma, Washington.

*Spencer D. Freeman*
Spencer D. Freeman