# EXHIBIT C

| | |
|---|---|
| From: | Erica Van Loon <evanloon@glaserweil.com> |
| Sent: | Friday, August 05, 2016 10:57 AM |
| To: | Veronica L. Manolio |
| Subject: | Request to Meet and Confer |

Dear Veronica,

Pursuant to Judge David G. Campbell's Order regarding motions to dismiss, ECF No. 7, we request to meet and confer with you regarding Defendant Sagan Limited's ("Sagan") plan to bring a motion to dismiss AMA Multimedia LLC's ("AMA") First Amended Complaint. The specific issues that may be addressed in the motion are similar to those set forth in the motion already pending by defendants GLP 5, Inc. and Netmedia Services, Inc., ECF No. 27, and are as follows.

First, Sagan intends to seek dismissal of this action on the grounds that this Court lacks personal jurisdiction over it. *Agahi v. Khorrami,* No. CV-15-01640-PHX-JJT, 2016 WL 492630, at *5 (D. Ariz. Feb. 9, 2016) (A court must dismiss an action against a defendant "where it does not have personal jurisdiction"). Here, Sagan is a Seychelles company with no particular ties to the United States, let alone Arizona. It has no offices or employees in Arizona and does not do business with anyone in Arizona, including Limelight, Inc., referenced in the First Amended Complaint.

Second, if the Court does not dismiss this action, Sagan intends to request that this Court grant a stay pending resolution of the Barbados action against AMA. *Colorado River Water Conservation Dist. v. U.S.,* 424 U.S. 800, 818-19 (1976).

Please promptly advise a time that you are available to meet and confer. We are available next Monday, Tuesday or Wednesday to meet by phone.

Best Regards,
Erica Van Loon



**Erica J. Van Loon** | **Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.