**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>        Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION FOR LEAVE FOR ALTERNATIVE SERVICE ON CYBERWEB, LTD.** |

The Court, having read Plaintiff AMA Multimedia, LLC's Motion for Leave for Alternative Service on Cyberweb, Ltd., having considered the issues raised therein, and being otherwise fully advised, it is hereby found that:

Plaintiff seeks leave to serve Defendant Cyberweb, Ltd. by alternative means pursuant to Fed.R.Civ.P. 4(h)(2) and Fed.R.Civ.P. 4(f)(3). Fed.R.Civ.P. Rule 4(h)(2) authorizes service of process on a foreign business entity in the manner prescribed by Rule 4(f) for individuals. Sufficient facts and evidence have been presented in this

matter demonstrating that Plaintiff has made good-faith efforts to serve Defendant Cyberweb, Ltd., without success. Alternative service under Rule 4(f)(3) is, therefore, permitted. *See*, *Rio Properties, Inc. v. Rio International Interlink*, 284 F.3d 1007, 1014 (9th Cir. 2002).

In view of the difficulty surrounding personal service, and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff AMA Multimedia, LLC's Motion for Leave for Alternative Service on Cyberweb, Ltd. Plaintiff AMA Multimedia, LLC may effectuate service of process on Cyberweb, as an alternative to personal service, by any of the following means:

1. Sending a copy of the Summons, Amended Complaint, and related documents to Cyberweb, Ltd.'s Barbados counsel via facsimile (which number is listed on the actual Barbados Claim that Cyberweb, Ltd. caused to be filed);

2. Sending an email copy of the Summons, Amended Complaint, and related documents to Defendants' counsel, Erica Van Loon, who is "more than likely" to be retained by Cyberweb, Ltd. (and she has appeared for the other business entities, which are closely related to Cyberweb, Ltd.); and/or

3. Sending an email copy of the Summons, Amended Complaint, and related documents to David Koonar, the industry-known owner of www.Porn.com, whose email address is readily known as producertm@gmail.com (and who shares a physical location with NetMedia, Inc. in Ontario, Canada).

Plaintiff shall make service within 10 days of this Order and shall file an Affidavit confirming service with this Court.

**IT IS FURTHER ORDERED** that AMA may request its attorneys' fees and costs for having to seek this alternative service for Cyberweb, Ltd.