# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Sagan Limited, a Republic of Seychelles company, individually and doing business as Porn.com, et al.,<br><br>　　　　　　Defendants. | No. CV16-1269 PHX DGC<br><br>**ORDER** |

　　　The Court has read Plaintiff AMA Multimedia, LLC's motion to exceed page limit. Doc. 31.

　　　**IT IS ORDERED** that Plaintiff AMA Multimedia's motion to exceed page limit (Doc. 31) is **granted.**  The Clerk is directed to accept for filing the document lodged on the Court's docket as Doc. 32.

　　　Dated this 9th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge