LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | **DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S OPPOSITION TO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES, INC. MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*, | |
| Defendants. | |

I, Adam Silverman, declare:

1.     I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am the President of AMA Multimedia, LLC, Plaintiff in this lawsuit.

DocuSign Envelope ID: 9462AE51-EB50-4C39-B3E6-732C186B99C0

1      3.     As AMA Multimedia, LLC's business is largely online, I am extremely

2    familiar with the operation of websites, including the use of certain vendors to both host

3    websites and display content to viewers.

4      4.     On April 27, 2016, Netmedia and GLP 5, among others, filed an action

5    against AMA and myself in Barbados seeking declaratory relief relating to a content

6    partnership agreement.

7      5.     Defendants' filing in Barbados was a two-page complaint, within which

8    the requested relief is unclear.  The complaint offers no supporting evidence, nor a

9    factual basis for their claims. Attached hereto as Exhibit A is a true and correct copy of

10    the Barbados claim form.

11      6.     In the claim filed in Barbados, and again asserted in the instant motion,

12    Netmedia Services claims rights through a Content Partnership Agreement to AMA

13    videos posted on Porn.com.

14      7.     Porn.com is a video streaming site that generates revenue through its

15    Content Partnership Program and advertising banners.

16      8.     Porn.com is part of a family of websites that includes TrafficForce.com

17    and PaidPerView.com.  The websites utilize hosting through a United States

18    company, Reflected Networks in Massachusetts.  Reflected.net also does business

19    under the alias "Swiftwill."

20      9.     AMA is a client of Reflected.net just as the Defendants are.  I am

21    familiar with the company and its services.

22      10.    The HTML code, or pages, of Porn.com is hosted through Viking Host

23    B.V.

24      11.    The HTML of Porn.com was hosted by Viking Host starting in late

25    2014 (approximately October 2014).  Prior to that it was hosted by Reflected.net.

26

DocuSign Envelope ID: 9462AE51-EB50-4C39-B3E8-732C186B99C0

12. Viking host is either an alter-ego or reseller of Reflected.net, and with respect to Porn.com, relies on Reflected's IPs and/or other network connectivity to serve Porn.com.

13. Porn.com's name servers, which control accessibility to the entire website, is hosted by Reflected Networks, in the United States.

14. Through Reflected Networks, Porn.com utilizes a Content Delivery Network, Limelight, which is headquartered in Arizona, to distribute the Porn.com videos.

15. I have conducted Internet trace routes, which determines the I.P. address displaying content, on the videos on Porn.com and confirmed that they are being displayed through Limelight.

16. AMA also uses a Content Delivery Network through Reflected Networks. AMA was offered Limelight's CDN, but chose a different CDN provider. While AMA does not have a direct contract with this CDN, as the relationship exists through Reflected Networks, AMA is necessarily aware of and chose the particular CDN utilized.

17. TrafficForce.com and all of the banners distributed by TrafficForce.com are hosted by Reflected Networks, in the United States.

18. GLP 5, Inc., at all relevant times herein, is represented to be TrafficForce.com. Traffic Force's own Terms of Service, publically available on Traffic Force's web site, specifically states that GLP 5, Inc. **IS** Traffic Force. GLP 5, Inc. has represented to all users of TrafficForce.com and its payment providers to be "Traffic Force." Attached hereto as Exhibit B is a true and correct copy of the Terms of Service for Traffic Force at the time this lawsuit was filed.

19. Since this lawsuit was filed, Traffic Force's Terms of Service has changed. It is now indicated that GLP 5, Ltd. is Traffic Force (instead of GLP 5

1   Inc.).   Attached hereto as Exhibit C is a true and correct copy of Traffic Force's
2   current Terms of Service.

3       20.   GLP 5, Ltd. is a Seychelles corporation.  On information and belief,
4   Defendants' have no real ties to Seychelles, as it is an island nation off the coast of
5   Africa.  It is also very easy to register Seychelles corporations online, and it is very
6   difficult, if not impossible, to discover the identity of the shareholders related to a
7   Seychelles corporation.

8       21.   Traffic Force's business is to place banner ads for clients on Internet
9   video streaming sites, including Porn.com.  This requires a relationship with the
10   entity desiring a banner ad, an advertiser, and a video streaming web site where the
11   banner ads will be displayed.

12       22.   AMA previously entered into a Content Partnership Agreement for
13   promotional materials to be posted on Porn.com.  The Content Partnership Agreement is
14   with GIM Corp.

15       23.   Pursuant to this agreement, AMA provides sample promotional materials to
16   Porn.com, which would the direct a user to AMA's paid membership sites.  The videos as
17   issue in this case are full length videos, rather than sample promotional videos.  The were
18   not provided by AMA and they did not direct users to AMA paid membership sites.

19       24.   For the promotional material provided by AMA, AMA shares revenue with
20   for any resulting paid memberships.  AMA is instructed to send payments, *in the name of*
21   *Cyberweb, Ltd. to 1785 Turner Road, Windsor, Ontario.*  The same address as Netmedia
22   Services.

23       25.   Defendants assert Porn.com is owned by Cyberweb Ltd., a company
24   registered in Barbados.  The company's corporate filings in Barbados specifically state
25   that the nature of business for Cyberweb Ltd. IBC#28629 is "Internet Marketing" with
26   the "company primarily in the USA." Attached hereto as Exhibit D is a true and correct

DocuSign Envelope ID: 9462AE51-EB50-4C39-B3E8-732C186B99C0

1  copy of result from corporations search in Barbardos, done in response to the lawsuit
2  filed in Barbados.

3      26.    In 2015, I was contacted by Ross Allan regarding the potential purchase of
4  two web sites which I had ownership interest. Mr. Allan represented himself to be from
5  Netmedia Services and his emails regarding the negotiations were from a Netmedia email
6  address, ross@netmsi.com.

7      27.    I am aware that while Ross Allan works on behalf Netmedia, he also does
8  work on behalf of Traffic Force.

9      28.    Phil Bradbury holds all official positions of GLP 5, while GLP 5 has no
10  actual employees. Mr. Bradbury is also the Vice President of Netmedia.

11      29.    When AMA signed up for the Content Partnership Agreement for
12  Porn.com, AMA representatives had direct contact with Ross Allan at Netmedia
13  regarding initiating the program. Mr. Allan, using a Netmedia email address and the
14  Netmedia phone number (519) 987-0600 assisted AMA and made himself specifically
15  available to AMA. Attached hereto as Exhibit E is a true and correct copy of this email
16  thread.

17      30.    On August 5, 2016, AMA was served with the Barbados Claim. The claim
18  was amended on June 9, 2016. Attached hereto as Exhibit F is a true and correct copy of
19  the Statement of Claim AMA was served.

20      31.    Paragraph 1.2.1 of the Statement of Claim specifically states that Netmedia
21  has a technical services agreement with Cyberweb, Ltd. for maintenance *and operation*
22  of Cyberweb's web sites. This would include Porn.com.

23      32.    Paragraph 4.4.3 of the Statement of Claim specifically states that Netmedia
24  provides services relating to the *uploading of content* to web sites, including Porn.com.

25      33.    Paragraph 4.4.4 of the Statement of Claim specifically states that GIM
26  Corp owns and operates the Revenue Sharing Program, but it was a Netmedia employee

DocuSign Envelope ID: 9462AE51-EB50-4C39-B3E8-732C186B99C0

1   or representative, Ross Allan, that communicated directly with and made himself
2   available to AMA when AMA signed up for this program.

3

4       I declare under the penalty of perjury under the laws of the United States of
5   America that the foregoing is true and correct.

6

7       Executed on the 8th day of August 2016 at Sicily, Italy.

8



9

10      Adam Silverman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# **<u>EXHIBIT A</u>**



DRAWN AND PREPARED BY

..................................
ZARINA KHAN
ATTORNEY-AT-LAW
Prospect Chambers
"Summerland House"
Prospect Road, St James
9624003, Barbados

**CLAIM FORM**

**Form 1**

*(Rule 8.1(4))*

**SUPREME COURT OF BARBADOS**
**IN THE HIGH COURT OF JUSTICE**

CLAIM NO. | CV600 2016 |

**BETWEEN:**

**CYBERWEB LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5, INC**
**GIM CORP**
**DAVID KOONAR**

**CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**
**ADAM SILVERMAN**

**DEFENDANTS**

The Claimants, **CYBERWEB LTD** formerly MXN LTD of Coconut Creek House, Derricks in the parish of St. James, Barbados; **NETMEDIA SERVICES INC** of 5060 Tecumseh Rd. East, Windsor, ON Canada; **SAGAN LTD** of Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles; **GLP 5, INC** of 30150 Telegraph Road, STE 444, Bingham Farms, MI, 48025-4549 USA, **GIM CORP** of Coconut Creek House, Derricks in the parish of St. James, Barbados **AND DAVID KOONAR** of Asolo (Treviso – Italy), Via Santa Caterina 35 claim jointly and severally against **the Defendants, AMA MULTIMEDIA, LLC** of Las Vegas, Nevada, USA and **ADAM SILVERMAN** of Las Vegas, Nevada, USA.

**(SET OUT BRIEFLY THE NATURE OF THE CLAIM, ANY SPECIFIC AMOUNT CLAIMED AND ANY OTHER REMEDY SOUGHT FROM THE COURT)**

1.     Injunctive relief to restrain anticipatory breach of contract and or breach of the Claimant - GIM CORP- rights in an Agreement entitled Content Partner Revenue Sharing Agreement made between GIM CORP and the Defendants herein on or about the 10th day of September, 2012 ("Content Partner Revenue Sharing Agreement").

2.     A Declaration that the Content Partner Revenue Sharing Agreement is entirely and solely justiciable only in the Courts of Barbados pursuant to Barbados law and without regard to conflicts of laws principles.

3.     A Declaration that all of the Claimants herein are entitled to rely on the rights granted by the Defendants to GIM CORP under the Content Partner Revenue Sharing Agreement..

4.     A Declaration that all of the Claimants herein are, pursuant to the Content Partner Revenue Sharing Agreement, entitled to publicize and or distribute materials submitted provided to or otherwise made available to the Claimants by the Defendants or either of them, including without limitation, materials as to which Defendants claim or otherwise assert copyright interests, .

5.     Relief for breach of the Content Partner Revenue Sharing Agreement by Defendants, including, without limitation, damages for and order restraining breach and or further breach or violation of representations and warranties that Defendant(s) would not, directly or indirectly, undertake any action (or authorize others to undertake any action) in conflict with the rights of GIM CORP, including those rights held by GIM CORP pursuant to the Content Partner Revenue Sharing Agreement.

6.     Interest pursuant to section 35 of Cap 117A;

7.     Costs including costs provided for under the Content Partner Revenue Sharing Agreement.

8.     Further or other relief deemed fit.

**(THE FOLLOWING IS TO BE COMPLETED ONLY WHERE THE CLAIM IS FOR A SPECIFIED AMOUNT)**

|  | $ |
|---|---|
| Amount Claimed |  |
| Interest |  |
| Court fees |  |
| Attorney's Fixed Costs on issue |  |
| Total Amount Claimed |  |

I Kris Richardson certify that all facts set out in this Claim Form are true to the best of my knowledge, information and belief.

Dated the ⎹ 27 ⎹ day of April 2016

...............................................

*Claimant's signature*

## NOTICE TO THE DEFENDANT

### See the notes in Form 1A served with this Claim Form.

This Claim Form must contain or have served with it either a Statement of Claim or a copy of a court order entitling the Claimant to serve the Claim Form without a Statement of Claim.

If you do not complete the form of Acknowledgment of Service served on you with this Claim Form and deliver or send it to the Registry (address below) so that it is received there within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. See Rules 9.2(4) and 9.3(1).

The form of Acknowledgment of Service may be completed by you or by an attorney-at-law acting for you.

You should consider obtaining legal advice with regard to this Claim.

**This Claim Form has no validity if it is not served within twelve months of the date below unless it is accompanied by an order extending that time.**

The Court has fixed the                              day of                              2016 , at                              am/pm, as the time and date for a directions hearing in this Claim. You or your representative must attend that hearing, unless the Court dispenses with your attendance, or orders may be made against you in your absence.

You are referred to Part 27, and particularly rule 27.4, of the Rules of the Supreme Court.

The Registry is located at The Law Courts, Bridgetown, telephone number 246-426-3461, FAX (246)426-2405. The office is open to the public between 8.15 a.m. and 3.30 p.m. Mondays to Fridays except on public holidays.

Dated the                    day of                    2016

The Claimant's address for service is Zarina Khan, and Ivan Alert Attorneys-at-Law of and whose address for service is Prospect Chambers, Summerland House, Prospect Road, St James. Telephone No. 622 0050, Fax No. 438 7266.

Filed by Zarina Khan, in association with Ivan Alert, Attorneys-at-Law of Prospect Chambers, "Summerland House", Prospect Road, Prospect, St James, Barbados.

## ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM

### Form 3

*(Rule 8.12 (1)(a) and Part 9)*

### SUPREME COURT OF BARBADOS
### IN THE HIGH COURT OF JUSTICE

**CLAIM NO.** [                    ]

**BETWEEN:**

**CYBERWEB LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5, INC**                                                          **CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**                                           **DEFENDANT**

**WARNING:** If this document is not fully completed and returned to the Registry at the address below within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. If he does so you will have no right to be heard by the Court except as to costs or the method of paying any judgment unless you apply to set the judgment aside (and it may not be possible for you to succeed in having it set aside).

1. Have you received the Claim Form with the above Claim number?                    YES/NO

2. If so, when?                                                                    ___/___/___
                                                                                      *Date*

3. Did you also receive the Claimant's Statement of Claim?                          YES/NO

4. If so, when?                                                                    ___/___/___
                                                                                      *Date*

5. Are your names properly stated in the Claim Form?                                YES/NO

   If not, what are your full names?
   ..........................................................................................................................................................

6. Do you intend to defend the Claim?                                              YES/NO

   (If so you must file a Defence within 28 days of the date of service of the Claim Form on you.)

7. Do you admit the whole of the claim made in the Claim Form?                      **YES/NO**

   (If you do you should either

   (a) pay the claim directly to the Claimant or his attorney-at-law, or;

   (b) complete the form of application to pay the claim by instalments.

   If you pay the whole debt together with the costs and interest as shown in the Claim Form within FOURTEEN DAYS you will have no further liability for costs.)

**FORM 3** – *Cont'd*

*(Rule 8.12(1)(a) and Part 9)*

8.  If you do not admit the whole of the claim, do you admit any part of the claim?          YES/NO

(If you do you may

(a)  pay the money that you admit direct to the Claimant or his attorney-at-law; or

(b)  complete the form of application to pay the claim by instalments.)

9.  If so, how much do you admit? ............................................................................................................

(If you dispute the balance of the claim you must also file a Defence within TWENTY-EIGHT DAYS of the date of service of the Claim Form on you or judgment may be entered against you for the whole amount claimed.)

10.  What is your own address?          ..................................................................................

..................................................................................

..................................................................................

11.  What is your address for service?
(If you are acting in person you must give an address to which documents may be sent either from other parties or from the court. You should also give your telephone number and FAX number, if any.)

..................................................................................

..................................................................................

..................................................................................

12.  Dated the                    day of                    2016


..................................................................................
Attorney-at-Law for the Defendant
Defendant in person


The Registry is located at The Law Courts, Bridgetown, telephone number (246)426-3461, FAX (246)426-2405. The Office is open to the public between 8:15 a.m. and 3:30 p.m. Mondays to Fridays except on public holidays.

Filed by Zarina Khan, and Ivan Alert Attorneys-at-Law of Prospect Chambers, "Summerland House", Prospect Road, Prospect, St James, Barbados.

**SUPREME COURT OF BARBADOS**

**IN THE HIGH COURT OF JUSTICE**

CLAIM NO. CV000|2016

**BETWEEN**

**CYBERWEB LTD**
**FOSHAN LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5, INC**
**DAVID KOONAR**                                          **CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**
**ADAM SILVERMAN**                                       **DEFENDANTS**

**CLAIM FORM**

**ZARINA KHAN**
**ATTORNEY-AT-LAW**

# EXHIBIT B

# TrafficForce Terms of Service at Time Litigation Filed

● TrafficForce

Sign In (signin.html)

About (about.html)   |   Sign Up (signup.html)   |   Help (help.html)   |   Publishers (publishers.html)   |

Our Team (team.html)   |   Language ⌄

# Terms & Services

PLEASE READ THESE TERMS AND CONDITIONS ("TERMS" OR "AGREEMENT") CAREFULLY BEFORE REGISTERING OR USING THE SERVICES ("PROGRAM") OFFERED BY GLP 5 Inc. ("TRAFFIC FORCE"). PARTICIPATION IN THE PROGRAM INDICATES THAT YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT, YOU MUST NOT REGISTER OR PARTICIPATE IN THE PROGRAM.

## 1. Parties

Pursuant to this Agreement, GLP 5 Inc. ("Network") and you ("You", "Publisher" or "Advertiser") agree to the following terms and conditions for the participation in the Program.

## 2. Program Participation

Participation in the Program is subject to Network's prior approval and Your continued compliance with the Acceptable Use Policies ("Acceptable Use Policies"). Network reserves the right to refuse participation to any applicant or participant at any time in its sole discretion. Network may change, suspend or discontinue the Program at any time without notice or liability. Network reserves the right, at its discretion, to modify this Agreement at any time by posting a notice on the Site, or by sending a notice via email or postal mail. Participation in the Program following such notification constitutes Your acceptance of the modified terms and conditions. You certify to Network that if You are an individual (i.e., not a corporation) You are at least 18 years of age. You also certify that You are legally permitted to use the Program, and takes full responsibility for the selection and use of the Program. This Agreement is void where prohibited by law, and the right to access the Site is revoked in such jurisdictions.

## 3. Participation As Publisher

You agree to comply with the specifications provided by Network to enable proper delivery, display, tracking, and reporting of ads in connection with your Websites, including without limitation by not modifying the JavaScript or other programming provided to You by Network in any way, unless expressly authorized in writing by Network.

# 4. Participation As Advertiser

Advertiser is solely responsible for all: (a) ad targeting options and keywords ("Targets") and all ad content, ad information, and ad URLs ("Creative"), whether generated by or for Advertiser; and (b) websites, services and landing pages which Creative links or directs viewers to, and advertised services and products (collectively "Services"). Advertiser shall protect any Advertiser passwords and takes full responsibility for Advertiser's own, and third party, use of any Advertiser accounts. Advertiser understands and agrees that ads may be placed on (a) any content or property provided by Network, and, unless Advertiser opts out of such placement in the manner specified by network, (b) any other content or property provided by Publishers upon which Network places ads. Advertiser authorizes and consents to all such placements. Advertiser agrees that all placements of Advertiser's ads shall conclusively be deemed to have been approved by Advertiser unless Advertiser produces contemporaneous documentary evidence showing that Advertiser disapproved such placements in the manner specified by Network. Advertiser grants Network permission to utilize an automated software program to retrieve and analyze websites associated with the Services for ad quality and serving purposes. Network or Publishers may reject or remove any ad or Target for any or no reason.

# 5. Representation As Publisher

Publisher represents and warrants that the Websites: (1) are owned by or licensed to Publisher and Publisher has the right to use the entire contents and subject matter contained in the Websites; (2) do not violate any law, statute, ordinance, treaty or regulation; (3) do not infringe in any manner any copyright, patent, trademark, trade secret or other intellectual property right of any third party; (4) do not breach any duty toward or rights of any person or entity including, without limitation, rights of publicity or privacy, and have not otherwise resulted in or are not likely to result in any consumer fraud, product liability, tort, breach of contract, injury, damage or harm of any kind to any person or entity; (5) are not false, deceptive or misleading; (6) are not defamatory, libelous, slanderous or threatening; and (7) are free of viruses, Trojan horses, trap doors, back doors, Easter eggs, worms, time bombs, cancelbots, "spyware" and other computer programming routines that may potentially damage, interfere with, intercept, or expropriate any system, data or personal information. Publisher also represents, warrants and covenants that: (i) Publisher has the power and authority to enter into and perform its obligations under this Agreement; (ii) Publisher shall not be in violation of any obligation, contract or agreement by entering into this Agreement, by performing its obligations hereunder or by authorizing and permitting Network to perform the services hereunder; (iii) Publisher shall comply with all of the terms and conditions of this Agreement, as amended from time to time; (iv) all information provided by Publisher to Network is truthful, accurate and complete, and is not misleading in any way; (v) Network is hereby authorized by Publisher to perform all the services described hereunder with respect to Publisher and the Websites; (vi) upon request by Network, Publisher shall promptly provide a written statement in form acceptable to Network confirming Network's authority hereunder; and (vii) Publisher shall not upload, post, email, transmit or otherwise make available any content, material, data, work, designation, trade or service mark, tradename, link, advertising or services that actually or potentially (a) violates any applicable law or regulation, including, without limitation, false advertising or unfair competition under the law of any jurisdiction, (b) infringes or misappropriates any proprietary, intellectual property, contract or tort right of any person, or (c) to a reasonable person, may be abusive, defamatory, invasive of privacy, harassing, threatening, malicious, otherwise objectionable or in way derogatory about Network or any other party. Publisher grants Network and the Advertiser the right and license to transmit the Ads to the Websites.

# 6. Representation As Advertiser

Advertiser represents and warrants that (a) it is authorized to act on behalf of and has bound to this Agreement any third party for which Advertiser advertises ("Principal"), (b) as between Principal and Advertiser, the Principal owns any rights to Program information in connection with those ads, and (c) Advertiser shall not disclose Principal's Program information to any other party without Principal's consent.

## 7. Communications Solely With Network

You agree to direct to Network and not to any advertiser or publisher, as the case may be, all communications regarding any matter arising out of participating in Program.

## 8. Acceptable Use Policy

To participate in the Program as a Publisher, you must abide by the Publishers Acceptable Use Policy. To participate in the Program as an Advertiser, you must abide by the Advertisers Acceptable Use Policy. It is your responsibility to keep up to date and adhere to those policies. Failure to comply with these policies may warrant us limiting ad serving or terminating this agreement.

## 9. Payments As Publishers

Publisher shall receive as payment a percentage of the sale price of advertisements displayed in connection with Publisher's website as determined by Network for Publisher's use of the Program. Advertiser's payable revenue shall be determined twice a month on the first day and sixteenth day of each month for the period covering the two previous weeks. Payments to the Publisher shall be sent by Network within approximately ten (10) days if Publisher's earned balance is greater than or equal to Publisher's minimum payable amount. If Publisher's earned balance is less than Publisher's minimum check amount, no payment shall be made. In addition, Publisher agrees that (i) any payments that may become due to Publisher are specifically conditioned upon Network's receipt of full payment from the applicable advertiser and (ii) if Network does not receive the applicable payment in full from any such advertiser, or Network's payment from advertiser is later reversed at any time, Network may deduct such amount from Publishers future payments. If Publisher disputes any payment made in connection with the Program, Publisher must notify Network in writing within thirty (30) days of any such payment. Failure to notify Network shall result in the waiver by Publisher of any claims related to such disputed payment. Payment shall be calculated solely based on records maintained by Network. No other measurements or statistics of any kind shall be accepted by Network or have any effect under this Agreement. Network shall not be liable for any payment based on (i) any fraudulent impressions or clicks generated by any person, robot, automated program or similar device or for fraudulent impressions or clicks similarly generated on any advertisements, as reasonably determined by Network; (ii) advertisements delivered to end users whose browsers have JavaScript disabled; or (iii) impressions commingled with a significant number of fraudulent impressions or fraudulent clicks described in (i) above, or as a result of another breach of this Agreement by Publisher for any applicable pay period. Network reserves the right to withhold payment or charge back Publisher's account due to any of the foregoing or any breach of this Agreement by Publisher. In addition, if Publisher is past due on any payment to Network in connection with the Program, Network reserves the

Case 2:16-cv-01269-DGC   Document 38-1   Filed 08/10/16   Page 19 of 23

right to withhold payment until all outstanding payments have been made. To ensure proper payment, Publisher is solely responsible for providing and maintaining accurate contact and payment information associated with Publisher's account in the Program. Any bank fees related to returned or cancelled checks due to a contact or payment information error or omission may be deducted from the newly issued payment.

## 10. Payments As Advertisers

Advertiser shall be responsible for all charges up to the amount of each IO, or as set out in an online account, and shall pay all charges in U.S. Dollars or in such other currency as agreed to in writing by the parties. Unless agreed to by the parties in writing, Customer shall pay all charges in accordance with the payment terms in the applicable IO or online campaign settings, including any applicable taxes. Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less). Charges are exclusive of taxes. Advertiser is responsible for paying all taxes, government charges, and reasonable expenses and attorneys fees Network incurs collecting late amounts. To the fullest extent permitted by law, Advertiser waives all claims relating to charges (including without limitation any claims for charges based on suspected invalid clicks) unless claimed within 60 days after the charge (this does not affect Advertiser's credit card issuer rights). Charges are solely based on Network's measurements for the Program, unless otherwise agreed to in writing. Nothing in these Terms or an IO may obligate Network to extend credit to any party. Advertiser acknowledges and agrees that any credit card and related billing and payment information that Advertiser provides to Network may be shared by Network with companies who work on Network's behalf, such as payment processors and/or credit agencies, solely for the purposes of checking credit, effecting payment to Network and servicing Advertiser's account. Network reserves the right to withhold deposit or charge Advertiser's account due to any breach of this Agreement by Advertiser.

## 11. Advertiser Refund Policy

Network strives to offer the best service possible to its Advertisers. Once an Advertiser makes an initial deposit in the Program, it has thirty (30) days to ask for a refund of the account balance if they are not satisfied with the Program and have remained in compliance with this agreement. As soon as an Advertiser makes a second deposit in the Program, it is hereby understood that a refund will only be issued for a balance greater than $50 and a processing fee of 10% will be deducted from the refund. Advertisers cancelled / terminated by Network for violating these Terms and Conditions are not entitled to a refund.

## 12. Termination; Cancellation

Network may at any time, in its sole discretion, immediately terminate the Program, terminate this Agreement, or cancel any Ad(s) or your use of any Target. Network will make commercially reasonable efforts to notify you via email of any such termination or cancellation within a reasonable period of time. You may cancel any Ads and/or terminate this Agreement with or without cause at any time by deactivating a campaign or by removing the Program Ad Code from your website. Upon termination for any reason: (a) you shall remain liable for any amount due for Ads already delivered; and (b) all provisions of this Agreement which by their nature should survive termination shall survive termination, including, without limitation, warranty disclaimers, and limitations of liability.

## 13. Prohibited Uses

You shall not, and shall not authorize or encourage any third party to: (i) directly or indirectly generate queries, Referral Events, or impressions of or clicks on any Ad (including without limitation by clicking on "play" for any video Ad) through any automated, deceptive, fraudulent or other invalid means, including but not limited to through repeated manual clicks, the use of robots or other automated query tools and/or computer generated search requests, and/or the unauthorized use of other search engine optimization services and/or software; (ii) edit, modify, filter, truncate or change the order of the information contained in any Ad, or remove, obscure or minimize any Ad in any way without authorization from Network; (iii) frame, minimize, remove or otherwise inhibit the full and complete display of any Web page accessed by an end user after clicking on any part of an Ad; (iv) redirect an end user away from any Advertiser Page; provide a version of the Advertiser Page that is different from the page an end user would access by going directly to the Advertiser Page; intersperse any content between the Ad and the Advertiser Page; or otherwise provide anything other than a direct link from an Ad to an Advertiser Page; (v) display any Ad(s) on any Web page or any Web site that contains any hate-related, violent, or illegal content; (vi) directly or indirectly access, launch, and/or activate Ads through or from, or otherwise incorporate the Ads in, any software application, Web site, or other means other than Your Property(ies), and then only to the extent expressly permitted by this Agreement; (vii) "crawl", "spider", index or in any non-transitory manner store or cache information obtained from any Ads, or any part, copy, or derivative thereto; (viii) act in any way that violates any other agreement between You and the Network (ix) disseminate malware; (x) Use any type of .apk, .msi or any other executable file or other means to auto install any type of spyware / malware or any other software or application that hijacks, maliciously changes or otherwise adversely affects any end user device (xi) Use the Traffic Force Network to distribute any type of malicious or misrepresented JavaScript, application or software whatsoever (xii) create a new account to use the Program after the Network has terminated this Agreement with You as a result of your breach of this Agreement; or (xiii) engage in any action or practice that reflects poorly on the Network or otherwise disparages or devalues the Network's reputation or goodwill. You acknowledge that any attempted participation or violation of any of the foregoing is a material breach of this Agreement and that we may pursue any and all applicable legal and equitable remedies against You, including an immediate suspension of Your account or termination of this Agreement, and the pursuit of all available civil or criminal remedies.

Certain violations of aforementioned prohibited uses represent a blatant attempt to irreparably harm the good will and public image of the service. Therefore any advertiser found using the tactics outlined in points (iv)(v)(ix)(x)(xi)(xiii) will forfeit all outstanding sums held in their advertising account(s) as well as facing all other forms of remedy as outlined in the previous paragraph.

## 14. Publicity

You agree that the Network may use Your name and logo in presentations, marketing materials, customer lists, financial reports, Web site listings of customers or ads. If You wish to use Network's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features ("Brand Features"), You may do so, so long as such use is in compliance with this Agreement.

## 15. Disclaimers

You acknowledge and agree that the Network has no special relationship with or fiduciary duty to You and that the Network has no control over, and no duty to take any action regarding: which users gain access to the Site, Services or Program; what Content You access or receive via the Site or Services; what Content other advertisers and publishers may make available, publish or promote in connection with the Program; what effects any Content may have on Advertisers or Publisher or their users or customers; how You or your users or customers may interpret, view or use the Content; what actions You or your users or customers may take as a result of having been exposed to the Content, or whether Content is being displayed properly in connection with the Program. Further, (i) if You are a publisher, Publisher specifically acknowledges and agrees that Network has no control over (and is merely a passive conduit with respect to) any Content that may be submitted or published by any advertiser, and that Publisher is solely responsible (and assumes all liability and risk) for determining whether or not such Content is appropriate or acceptable to Publisher, and (ii) if You are an advertiser, Advertiser specifically acknowledges and agrees that Network has no control over any Content that may be available or published on any publisher website (or otherwise), and that Advertiser is solely responsible (and assumes all liability and risk) for determining whether or not such Content is appropriate or acceptable to Advertiser. You release Network from all liability in any way relating to Your acquisition (or failure to acquire), provision, use or other activity with respect to Content in connection with the Site or Services. The Site may contain, or direct You to sites containing, information that some people may find offensive or inappropriate. Network makes no representations concerning any content contained in or accessed through the Site or Services, and Network will not be responsible or liable for the accuracy, copyright compliance, legality or decency of material contained in or accessed through the Site or Services.

THE SERVICES, CONTENT AND SITE ARE PROVIDED ON AN "AS IS" BASIS, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. NETWORK DOES NOT WARRANT THE RESULTS OF USE OF THE SERVICES, INCLUDING, WITHOUT LIMITATION, THE RESULTS OF ANY ADVERTISING CAMPAIGN, AND YOU ASSUME ALL RISK AND RESPONSIBILITY WITH RESPECT THERETO. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. NETWORK MAKES NO GUARANTEE OF CONFIDENTIALITY OR PRIVACY OF ANY COMMUNICATION OR INFORMATION TRANSMITTED ON OR THROUGH THE SITE, SERVICES OR ANY WEBSITE LINKED TO THE SITE. Network will not be liable for the privacy of e-mail addresses, registration and identification information, disk space, communications, confidential or trade-secret information, or any other Content stored on Network's equipment, transmitted over networks accessed by the Site, or otherwise connected with Your use of the Services.

## 16. Confidentiality

You agree not to disclose Network Confidential Information without Network's prior written consent. "Network Confidential Information" includes without limitation: (i) all Network software, technology, programming, technical specifications, materials, guidelines and documentation You learn, develop or obtain that relate to the Program; (ii) click-through rates or other statistics relating to performance in the Program provided to You by Network; and (iii) any other information designated in writing by Network as "confidential" or any designation to the same effect. Network Confidential Information does not include information that has become publicly known through no breach by You or Network, or information that has been (i) independently developed without access to Network Confidential Information, as evidenced in writing; (ii) rightfully received by You from a third party with no obligation of

confidentiality; or (iii) required to be disclosed by law or by a governmental authority.

## 17. Information Rights

Network may retain and use, subject to the terms of the Privacy Policy (located at http://www.trafficforce.com /policy..html, or such other URL as Network may provide from time to time), all information You provide, including but not limited to Property demographics and contact and billing information. You agree that Network may transfer and disclose to third parties personally identifiable information about You for the purpose of approving and enabling Your participation in the Program, including to third parties that reside in jurisdictions with less restrictive data laws than Your own. Network may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Network disclaims all responsibility, and will not be liable to You, however, for any disclosure of that information by any such third party. Network may share non-personally-identifiable information about You, including Property URLs, Property-specific statistics and similar information collected by Network, with advertisers, business partners, sponsors, and other third parties. In addition, You grant Network the right to access, index and cache the Property(ies), or any portion thereof, including by automated means including Web spiders or crawlers.

## 18. No Guarantee

Network makes no guarantee regarding the level of impressions of ads or clicks on any ad, the timing of delivery of such impressions and/or clicks, the completion of Referral Events, or the amount of any payment to be made to You under this Agreement. In addition, for the avoidance of doubt, Network does not guarantee the Program will be operable at all times or during any down time (i) caused by outages to any public Internet backbones, networks or servers, (ii) caused by any failures of Your equipment, systems or local access services, (iii) for previously scheduled maintenance or (iv) relating to events beyond Network's control such as strikes, riots, insurrection, fires, floods, explosions, war, governmental action, labor conditions, earthquakes, natural disasters, or interruptions in Internet services to an area where Network or Your servers are located or co-located.

## 19. Indemnification

You agree to indemnify, defend and hold Network, all relevant Publisher(s), all relevant Advertiser(s) and their licensors, licensees, affiliated companies, consultants, contractors, agents, attorneys and employees harmless from and against any and all liability, loss, damages, claims or causes of action, including internal and external legal fees and expenses, arising out of, related to or which may arise from your use of the Program, your Ads, your selection and use of Targets, and/or your breach of any term of this Agreement.

## 20. Governing Law

This Agreement shall be governed by the laws of the Canada, without reference to any conflict of laws principles. Any claim or controversy arising out of or related to this Agreement, or the products or services we provide and/or distribute shall be heard in the courts of Canada. You agree to pay any/all direct and/or indirect costs arising out of related to the claim and/or controversy, including but not limited to legal costs, transportation, accommodation,

Case 2:16-cv-01269-DGC   Document 38-1   Filed 08/10/16   Page 23 of 23

telephone calls. The foregoing shall not preclude Network from seeking any injunctive relief for protection of Network, intellectual property rights.

## 21. Miscellaneous Terms And Conditions

The currency used for purposes of this Agreement shall be United States Dollars (USD). Network requires all advertisers to provide proof of identification before advertising in the Program. Network reserves the right to refuse any advertiser for any reason including but not limited to: country of residence, reputation and associations. These Terms and Conditions constitute the entire agreement between you and the Network in respect to your use of the Program and supersede and replace all prior or contemporaneous understandings or agreements, written or oral, regarding such subject matter. Any changes that we make to these Terms and Conditions will be posted at http://www.trafficforce.com/terms.html. Your use of our Programs and Services will always be governed by the TERMS AND CONDITIONS in effect at the time of use.

GLP 5 Inc.

30150 Telegraph Rd., Suite 444

Bingham Farms, MI 48025

---

**CREATE AN ACCOUNT NOW!
(SIGNUP.HTML)**

**HOME (/)     ABOUT (ABOUT.HTML)     SIGN UP (SIGNUP.HTML)     HELP (HELP.HTML)**

**PUBLISHERS (PUBLISHERS.HTML)     OUR TEAM (TEAM.HTML)     SIGN IN (SIGNIN.HTML)**



**Twitter (http://twitter.com/trafficforce1)**



**Facebook (http://www.facebook.com/trafficforce)**

Terms & Services (terms.html)

Copyright © 2015 Traffic Force. All Rights Reserved.