MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>            Defendants. | **Case No.: 2:15-cv-1269-PHX -DGC**<br><br>**DECLARATION OF ALEKSANDR HEIT** |

I, Aleksandr Heit, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a manager of Oppenheit, LLC.  Oppenheit, LLC owns and operates Shooshtime.com, Donkparty.com, and Wunko.com, known collectively as the Shooshtime Network.

3. The Shooshtime Network is comprised of websites where users can view adult entertainment videos and photographs.  The Shooshtime Network generates revenue by selling advertising on the web sites.

4. Oppenheit, LLC is organized in Arizona and the Shooshtime Network is operated from Arizona.

5. In the spring of 2015, a broker for Oppenheit, LLC secured a relationship with Traffic Force wherein Traffic Force purchased popunder advertisements on the Shooshtime Network.

6. Traffic Force prepaid monthly for the popunder advertisements on the Shooshtime Network, paying approximately $5,800 per month.  Oppenheit, LLC issued monthly invoices to Traffic Force.

7. Oppenheit, LLC's monthly invoices included Oppenheit, LLC's address in Arizona as well as Oppenheit, LLC's bank's address in Arizona.

8. Traffic Force provided the following contact information to send monthly invoices:  Ross Allan, GIM Corp., 1785 Turner Road, Windsor, Ontario, Canada. Attached hereto as Exhibit A is a true and correct copy of one of the invoices sent to Traffic Force.

9. Payment for the monthly invoices to Traffic Force were wired to Oppenheit, LLC's bank account. The wired funds came from a company named GIM.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the  29th  day of July 2016 at Phoenix, Arizona.

_____
Aleksandr Heit