LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>   Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S UNOPPOSED MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE** |

Undersigned counsel for Plaintiff, AMA Multimedia, LLC ("AMA") respectfully asks this Court to continue (or reschedule to an earlier date) the Rule 16 Case Management Conference that is presently scheduled for September 14, 2016 (Dkt. 30). This request is made in good faith and based on the following:

Counsel will be out-of-state for a pre-planned trip (her wedding/honeymoon) from September 9th until September 16, 2016. September 14th, the current date set, is counsel's actual wedding date. These dates/travel arrangements cannot be changed.

1  Undersigned has discussed this request with opposing counsel, Ms. Van Loon, who noted no opposition to the request.

For this reason, and in good faith, undersigned counsel for AMA respectfully asks that this Court re-schedule the Rule 16 Case Management Conference to a date earlier than September 9th or after September 16th, whichever is more convenient to the Court.  AMA does not seek to change any other deadlines and will plan to complete the "meet and confer" and the Joint Case Management Report on the present deadline dates, unless otherwise altered by this Court.

**RESPECTFULLY SUBMITTED** this 10th day of August, 2016.

**MANOLIO & FIRESTONE, PLC**

By:  /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants GLP 5, Inc.
and Netmedia Services Inc.*

By:  /s/ Gina Murphy

- 2 -