**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFF AMA MULTIMEDIA, LLC'S UNOPPOSED MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE** |

Pursuant to Plaintiff AMA Multimedia, LLC's Unopposed Motion to Continue Rule 16 Case Management Conference and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Continue Rule 16 Case Management Conference is granted. The Rule 16 Case Management Conference set for September 14, 2016 at 4:30 p.m. is vacated and reset for _____, 2016 at _____ __.m.