1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8

AMA Multimedia, LLC, a Nevada
limited liability company,

Case No. CV-16-1269-PHX-DGC

9

10

Plaintiff,

**ORDER**

11

v.

12

Sagan, Ltd., a Republic of Seychelles
company, individually and d/b/a Porn.com;
*et. al.,*

13

14

15

Defendants.

16          Pursuant to Plaintiff AMA Multimedia, LLC's Unopposed Motion to Continue

17    Rule 16 Case Management Conference.  Doc. 39.

18          **IT IS ORDERED** that Plaintiff's unopposed motion to continue (Doc. 39) is

19    **granted.**  The Rule 16 Case Management Conference set for September 14, 2016 at 4:30

20    p.m. is **vacated** and **reset** to **September 21, 2016 at 4:30 p.m.**

21          Dated this 10th day of August, 2016.

22

23

24    _____
                    David G. Campbell
25                  United States District Judge

26