# IN THE SUPREME COURT OF SEYCHELLES

## AFFIDAVIT

I, Georges Raoudy, Process Server of the Supreme Court, make oath and state as follows:

That the documents have been duly served by me the undersigned, by delivering a true copy to Secretary Ms. Keshia Joubert on behalf of the company '**Sagan Limited**', on the 27th day of July 2016.

Sworn before me at the Registry

Supreme Court, Ile du Port, Mahé.

This 27th day of July 2016.

**Registrar**

27/07/16.
**Georges Raoudy**
**Process Server**

To make Return    Dc: 76/16

AMA Multimedia v. Sagan Limited, et al.
Civil Action No. 2:16-cv-01269-DGC

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Veronica L. Manolio<br>Authorized to act as Applicant<br>Manolio & Firestone, PLC<br>8686 E. San Alberto Drive, Suite 200<br>Scottsdale, AZ 85258 USA | The Registrar of the Supreme Court<br>Supreme Court<br>PO Box 157<br>Victoria<br>Republic of Seychelles |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com**
Suite 9, Ansuya Estate
Revolution Avenue
Victoria, Mahe, Seychelles

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if she accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention

**List of documents:**
Summons in a Civil Action; Complaint for Damages and Injunctive Relief and Demand for Jury Trial; Exhibits A-K

Done at   Scottsdale, Arizona, USA, the 20th  day of June, 2016

_____
Signature

* Delete if inappropriate.

1

USM-94

AMA Multimedia v. Sagan Limited, et al.
Civil Action No. 2:16-cv-01269-DGC

## Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
   the (date) __27th__ day of __July 2016__.
   at (place, street, number) __Suit N° 9  Ansuya Estate  Victoria  Mahé  Seychelles__.

--in one of the following methods authorized by article 5 —
   ____ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention*
   ____ (b) in accordance with the following particular method*:
   _____

   ____ (c) by delivery to the addressee, who accepted it voluntarily*  __Miss Keshia Joubert__.

The documents referred to in the request have been delivered to:
-- (identity and description of person) __Keshia Joubert Secretary of the Company__

-- relationship to addressee (family, business or other): _____

2) that the document has not been served, by reason of the following
facts*: _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____

Done at: __Victoria__, the __27th__ day of __July 2016__.

In appropriate cases, documents
establishing the service:
_____

Signature and/or stamp. __G. 27/07/16.__
__Georges Racudy.__

*delete if inappropriate.

2

USM-94

AMA Multimedia v. Sagan Limited, et al.
Civil Action No. 2:16-cv-01269-DGC

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

**Name and address of the requesting authority:**
Veronica L. Manolio
Authorized to act as Requesting Authority
Manolio & Firestone, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, AZ 85258 USA

**Particulars of the parties*:**
**Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com**   (Defendant)
Suite 9, Ansuya Estate
Revolution Avenue
Victoria, Mahe, Seychelles

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the defendant of the commencement of a claim for monetary damages and injunctive relief against it, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for monetary damage and injunctive relief. Plaintiff seeks to have a judgment entered against defendant in a just and equitable way to be determined by the Court of original jurisdiction.

**Date and place for entering appearance**:**

Not applicable (N/A)

**Court which has given judgment**:**

Not applicable (N/A)

**Date of judgment**:**

Not applicable (N/A)

**Time-limits stated in the document**:**

Defendant is to serve a written answer upon Plaintiff's attorney listed on the Summons within 21 calendar days after receiving the documents

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document**:** Not applicable (N/A)

---

* If appropriate, identity and address of the person interested in the transmission of the document.
** Delete if inappropriate.

3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| AMA Multimedia LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Sagan Limited, individually & dba Porn.com; MXN Ltd., individually & dba Porn.com; Netmedia Services Inc., individually & dba Porn.com; GLP 5, Inc., individually & dba Trafficforce.com; David Koonar, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:16-CV-01269-DGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM
Suite 9, Ansuya Estate
Revolution Avenue
Victoria, Mahe, Seychelles

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, AZ 85258

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                         *Signature of Clerk*

ISSUED ON 10:33 am, Apr 29, 2016
s/ Brian D. Karth, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: