ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorney for Defendants*
*Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20, <br><br> Defendants. | CASE NO.: CV16-1269 PHX DGC <br><br> Hon. David G. Campbell <br><br> **NOTICE OF SAGAN LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE BARBADOS ACTION** <br><br> **ORAL ARGUMENT REQUESTED** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that Defendant Sagan Limited ("Sagan"), by and
3    through their counsel of record, will and hereby do move the Court to dismiss Plaintiff AMA
4    Multimedia LLC's ("AMA's") First Amended Complaint ("FAC") pursuant to Federal
5    Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and to stay these
6    proceedings pending resolution of the Barbados action ("Motion"). Sagan is not subject to
7    the Court's general jurisdiction because it is not a resident of Arizona or incorporated in
8    Arizona. Further, Sagan did not commit any alleged intentional act that was expressly
9    aimed at Arizona and caused harm to be felt in Arizona. Exercising jurisdiction over a
10   foreign company that has virtually no ties to Arizona would be unreasonable. Thus, the
11   Court lacks specific jurisdiction over Sagan and should dismiss the FAC as to it.

12   In the alternative, this proceeding should be stayed because an action pending before
13   the Supreme Court of Barbados ("Barbados Action") would conclusively resolve several
14   issues material to this action. In particular, the Barbados Action would determine whether
15   AMA has granted the defendants the right to use the copyrighted material allegedly
16   infringed in the FAC. Thus, staying this action pending the resolution of the Barbados
17   Action would conserve judicial resources and constitute wise judicial administration.

18   The Motion is made following email correspondence between counsel for Sagan and
19   counsel for AMA pursuant to the Court's Order re motion pursuant to Fed. R. Civ. P. 12(b)
20   (Dkt. 7), which took place on August 8, 2016. Declaration of Erica J. Van Loon, ¶ 2, Ex. A.
21   AMA's FAC is not curable by a permissible amendment. *Id*.

22   This Motion is based upon this Notice of Motion, the accompanying Memorandum of
23   Points and Authorities in support thereof, the accompanying Declarations of Erica J. Van
24   Loon and Kristen Richardson, and Exhibits thereto, and such other authority and arguments

1  that may be submitted by reply or at the hearing.

 DATED:  August 12, 2016             Respectfully submitted,

                                     GLASER WEIL FINK HOWARD
                                        AVCHEN & SHAPIRO LLP

                                     By:  /s/ Erica J. Van Loon
                                     ERICA J. VAN LOON

                                     *Attorney for Defendants*
                                     *Sagan Ltd., GLP 5, Inc. and Netmedia Services Inc.*