ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
*Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANT SAGAN LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE BARBADOS ACTION** |

# DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as attorney of record herein for Defendant Sagan Limited ("Sagan"). I make this declaration in support of Defendant Sagan's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Stay Proceedings Pending Resolution of the Barbados Action. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. On August 5, 2016, I contacted Plaintiff AMA Multimedia LLC's counsel to determine whether an amendment could cure Plaintiff's defective First Amended Complaint. Plaintiff's counsel and I discussed the issue via email in an exchange terminating on August 8, 2016. A copy of that email exchange is attached hereto as Exhibit A. We were unable to agree that the First Amended Complaint is curable by a permissible amendment.

3. Attached hereto as Exhibit B is a true and correct copy of a printout from the Nevada Secretary of State website showing the business entity information for plaintiff AMA Multimedia LLC.

4. Attached as Exhibit C is a print out of the webpage http://www.collinsdictionary.com/dictionary/english/provide.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 12, 2016 at Los Angeles, California.

                                  s/ Erica J. Van Loon
                                  Erica J. Van Loon

# Exhibit A

**Steve Basileo**

---

| | |
|---|---|
| **From:** | Erica Van Loon |
| **Sent:** | Monday, August 8, 2016 11:33 AM |
| **To:** | Veronica L. Manolio |
| **Subject:** | RE: Request to Meet and Confer |

Hi Veronica,
Congratulations on your upcoming wedding! We will, of course, not oppose your request to move the September 14 hearing date.

We understand your decision to decline meeting and conferring further on Sagan's motion to dismiss or stay, given the arguments are similar to the motion to dismiss or stay already pending with the Court as to GLP 5 and Netmedia. If you change your mind, let us know.

Thanks,
Erica

---

**From:** Veronica L. Manolio [mailto:vmanolio@mf-firm.com]
**Sent:** Monday, August 8, 2016 10:34 AM
**To:** Erica Van Loon
**Subject:** RE: Request to Meet and Confer

Hi Erica,

We had Sagan served through the Hague, so I did not realize that the service was now completed.  (The foreign process servers have not yet returned the Affidavit of Service.)  I take it that Sagan has now officially retained your services as well?

Since the issues are identical, and you have fully outlined them (in your pending motion(s) as well as below), I consider your email as a perfectly acceptable meet and confer.  We just have to agree to disagree as we did the first time, yet I will endorse that you met your obligation to try to resolve it with me/us beforehand.

On a side note, I received the Court's Order Setting Rule 16 Conference and need to request a continuance/rescheduling because I will be out-of-state on September 14th, getting married.  (That is my **actual** wedding date.)  I would like to know if you will oppose this continuance, or if I may tell the Court that I addressed it with you and that you have no opposition.  Can you please let me know your position, either way, in the next day or two (just so I can timely file a motion)?

Thank you, and let me know if you think a further meet and confer is necessary.

*Veronica*



8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100

---

**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Friday, August 05, 2016 10:57 AM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** Request to Meet and Confer

Dear Veronica,

Pursuant to Judge David G. Campbell's Order regarding motions to dismiss, ECF No. 7, we request to meet and confer with you regarding Defendant Sagan Limited's ("Sagan") plan to bring a motion to dismiss AMA Multimedia LLC's ("AMA") First Amended Complaint. The specific issues that may be addressed in the motion are similar to those set forth in the motion already pending by defendants GLP 5, Inc. and Netmedia Services, Inc., ECF No. 27, and are as follows.

First, Sagan intends to seek dismissal of this action on the grounds that this Court lacks personal jurisdiction over it. *Agahi v. Khorrami,* No. CV-15-01640-PHX-JJT, 2016 WL 492630, at *5 (D. Ariz. Feb. 9, 2016) (A court must dismiss an action against a defendant "where it does not have personal jurisdiction"). Here, Sagan is a Seychelles company with no particular ties to the United States, let alone Arizona. It has no offices or employees in Arizona and does not do business with anyone in Arizona, including Limelight, Inc., referenced in the First Amended Complaint.

Second, if the Court does not dismiss this action, Sagan intends to request that this Court grant a stay pending resolution of the Barbados action against AMA. *Colorado River Water Conservation Dist. v. U.S.,* 424 U.S. 800, 818-19 (1976).

Please promptly advise a time that you are available to meet and confer. We are available next Monday, Tuesday or Wednesday to meet by phone.

Best Regards,
Erica Van Loon



**Erica J. Van Loon | Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit B

# AMA MULTIMEDIA LLC

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 5/21/2013 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0252152013-0 |
| Qualifying State: | NV | List of Officers Due: | 5/31/2017 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20131307687 | Business License Exp: | 5/31/2017 |

| Additional Information | |
|---|---|
| Central Index Key: | |

| Registered Agent Information | | | |
|---|---|---|---|
| Name: | ESQUIRE CORPORATE SERVICES, LLC | Address 1: | 633 SOUTH 4TH STREET SUITE 7 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89101 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Limited-Liability Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | Include Inactive Officers |
|---|---|---|---|
| Managing Member - ARTHUR CHIKUM CHANG | | | |
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89118 | Country: | USA |
| Status: | Active | Email: | |
| Managing Member - ADAM SILVERMAN | | | |
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 | Address 2: | |
| City: | LAS VEGAS | State: | NV |

| | |
|---|---|
| Zip Code: | 89118 |
| Status: | Active |

| | |
|---|---|
| Country: | USA |
| Email: | |

**Managing Member - MICHAEL SULLIVAN JR**

| | |
|---|---|
| Address 1: | 6280 S. VALLEY VIEW BLVD. SUITE 300-306 |
| City: | LAS VEGAS |
| Zip Code: | 89118 |
| Status: | Active |

| | |
|---|---|
| Address 2: | |
| State: | NV |
| Country: | USA |
| Email: | |

## Actions\Amendments

| | |
|---|---|
| Action Type: | Articles of Organization |
| Document Number: | 20130336146-59 |
| File Date: | 5/21/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Initial List |
| Document Number: | 20130443696-78 |
| File Date: | 7/3/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amended List |
| Document Number: | 20130632587-67 |
| File Date: | 9/26/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

MLO 2013-2014

| | |
|---|---|
| Action Type: | Merge In |
| Document Number: | 20130647406-93 |
| File Date: | 9/30/2013 |

| | |
|---|---|
| # of Pages: | 9 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amended List |
| Document Number: | 20130793086-09 |
| File Date: | 12/2/2013 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

amended may 13-14

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | 20140398752-11 |
| File Date: | 5/30/2014 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Registered Agent Change |
| Document Number: | 20140493692-00 |
| File Date: | 7/1/2014 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Annual List |
| Document Number: | 20150169038-35 |
| File Date: | 4/14/2015 |

| | |
|---|---|
| # of Pages: | 1 |
| Effective Date: | |

| (No notes for this action) | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20160169444-77 | # of Pages: | 1 |
| File Date: | 4/14/2016 | Effective Date: | |
| (No notes for this action) | | | |

# Exhibit C

# Collins

English ▾ | English Dictionary 🔍

New LexisNexis CaseMap®
Organize And Analyze Data Better To Win Your Case. Get Free Demo Today!



## provide
(prəˈvaɪd 🔊)

**Word Frequency** ●●●●●

▸ **Definitions**

**Collins English Dictionary**
*verb* (mainly tr)

1. to put at the disposal of; furnish or supply
2. to afford; yield ⇒ *this meeting provides an opportunity to talk*
3. (*intr;* often foll by *for* or *against*) to take careful precautions (over) ⇒ *he provided against financial ruin by wise investment*
4. (*intransitive;* foll by *for*) to supply means of support (to), esp financially ⇒ *he provides for his family*
5. (in statutes, documents, etc) to determine (what is to happen in certain contingencies), esp by including a proviso condition
6. to confer and induct into ecclesiastical offices
7. *rare* to have or get in store ⇒ *in summer many animals provide their winter food*

▸ **Derived forms**
proˈvider *noun*

▸ **Word origin**
C15: from Latin *prōvidēre* to provide for, from *prō-* beforehand + *vidēre* to see



## provide
(prəvaɪd 🔊 )                                   *Powered by* COBUILD

**Word forms:** provides 🔊 , providing 🔊 , provided 🔊

▸ **Definitions**

**COBUILD Advanced British English Dictionary**
1. *verb*


### phenylethylamine
an amine that occurs naturally as a neurotransmitter in the brain, has properties similar to those of amphetamine, is an antidepressant, and is found in chocolate. Formula: C8H11N
▸ Word of the day



### Train like a Scrabble champion
Allan Simmons' 5 tips on learning words.
▸ Show more

### Join our newsletter
All the latest wordy news, linguistic insights, offers and competitions every month.

▸ Sign in



If you **provide** something that someone needs or wants, or if you **provide** them with it, you give it to them or make it available to them. [V n] ⇒ *I'll be glad to provide a copy of this.* [V n] ⇒ *They would not provide any details.* [V n + with] ⇒ *The government was not in a position to provide them with food.*

**provider** 🔊

Word forms: **providers** 🔊

countable noun [+ of] ⇒ *They remain the main providers of sports facilities.*

2. *verb*

If a law or agreement **provides that** something will happen, it states that it will happen. [formal] [V that] ⇒ *The treaty provides that, by the end of the century, the United States must have removed its bases.* [V that] ⇒ *The Act provides that only the parents of a child have a responsibility for that child's financial support.*

3. → *see also* provided, providing

▶ → provide for

▶ Example sentences containing 'provide'

He began to screw up a few of the pages, to provide some initial fodder for the flame.
*Clive Barker* THE GREAT AND SECRET SHOW

Gawn, on the other hand, was far better placed to provide the intelligence she demanded.
*Jennifer Fallon* TREASON KEEP

They were heading towards the piazza, where the crowds would surely provide an excellent opportunity for the mystery intruder to vanish.
*Fidelis Morgan* THE RIVAL QUEENS: A COUNTESS ASHBY DE LA ZOUCHE MYSTERY

They carried with them every comfort Cairo could provide , from hampers of food to linen sheets for the berths.
*Elizabeth Peters* LORD OF THE SILENT

▶ Similar Words

**supply**, give, contribute, provision, distribute, outfit, equip, accommodate, donate, furnish, dispense, part with, fork out *(informal)*, stock up, cater to, purvey

give, bring, add, produce, present, serve, afford, yield, lend, render, impart

stipulate, state, require, determine, specify, lay down

View thesaurus entry

▶ Word usage trends for "provide"

View usage over: Last 10 years



▶ Translations for 'provide'



SCRABBLE™
Scrabble score for 'provide': 13

Latest Word Submissions

▶ Isicamtho
▶ manosphere
▶ reputt
▶ reperm
▶ cyaneopubescens
▶ Gargantuan

▶ View More

Related Terms

1 results

provide for

Browse nearby words

proverbialize
Proverbs
providable
provide
provide for
provided
Providence

All English words that begin with 'P'



