IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>               Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>               Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAGAN LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF THE BARBADOS ACTION** |

1  The Court, having read and considered Defendant Sagan Limited's ("Defendant
2  Sagan") Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Stay
3  Proceedings Pending Resolution of the Barbados Action ("Motion") and supporting
4  Declarations and Exhibits, and finding good cause in support thereof, hereby ORDERS that:
5  ☐  Defendant Sagan's Motion to Dismiss is GRANTED.  Defendant Sagan is
6  dismissed from this action with prejudice.
7  ☐  Defendant Sagan's Motion to Stay is GRANTED.

**IT IS SO ORDERED.**