LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | **AFFIDAVIT OF SERVICE ON DAVID KOONAR** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*, | |
| Defendants. | |

STATE OF ARIZONA    )
                    )
County of Maricopa  )ss.

1.   I am one of the attorneys for Plaintiff herein.

2.   I am familiar with the facts stated in this Affidavit, and I make this Affidavit to show that I have served the court papers on Defendant David Koonar by

electronic mail and regular mail pursuant to this Court's Order granting Motion for Alternative Service (Doc. 35).

| | |
|---|---|
| **Person Served:** | David Koonar |
| **Address where party was served:** | By email to: producertm@gmail.com |
| | By mail to: 1785 Turner Road<br>Windsor, Ontario<br>N8W 3J9 Canada |
| **Date emailed and mailed:** | August 10, 2016 |

3. Copies of the following documents were emailed and mailed to Defendant as indicated above: Order granting Motion for Alternative Service (Doc. 35), Summons to David Koonar (Doc. 6), First Amended Complaint (Doc. 16), Plaintiff AMA Multimedia LLC's Fed.R.Civ.P. 7.1 Corporate Disclosure Statement (Doc. 3), Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (Doc. 4), Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (Doc. 5), and Order (Doc. 7). The electronic mail included a carbon copy to Erica Van Loon.

4. Copies of these documents were also mailed to Erica Van Loon, counsel for Defendants GLP 5, Inc. and Netmedia Services, Inc. on August 10, 2016.

5. By signing below, I affirm under penalty of perjury that the contents of this document are true and correct to the best of my knowledge and belief.

_____
Veronica L. Manolio

SUBSCRIBED AND SWORN before me this 15th day of August, 2016 by Veronica L. Manolio.

My commission expires: 7/21/20

_____
Notary Public

GINA MURPHY
NOTARY PUBLIC, ARIZONA
MARICOPA COUNTY
My Commission Expires
July 21, 2020