ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorney for Defendants*
*Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ROSS ALLAN IN SUPPORT OF DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES INC.'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

DECLARATION OF ROSS ALLAN ISO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES INC.'S
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1221981

## DECLARATION OF ROSS ALLAN

I, Ross Allan, declare and state as follows:

1. I make this Declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. I am the Advertising Manager of Netmedia Services Inc. I am also a consultant of G.I.M. Corp.

3. To the best of my knowledge, I have never met Jason Tucker.

4. I was not in Arizona on March 26, 2016. I arrived on March 31, 2016 and departed on April 3, 2016. Attached as Exhibits 1 and 2 are copies of my hotel bill and flight check-in email for those dates.

5. Popunder advertisements appear in a separate browser window and remain invisible until the user closes its current browser window. Popunder advertisements contain only a link provided by the advertiser which when activated by the user transfers the user to a different website. Traffic Force does not store content for popunders but merely the URL link.

6. Traffic Force is not the advertiser, but rather resells advertising space to third parties. Shooshtime sold popunder advertisement space, not banner ads, to Traffic Force. Traffic Force makes advertising space available to its clients on an automated bid-price basis (virtually identical to Google). Traffic Force neither stores nor is aware of the content actually being displayed by its clients' popunder advertisements.

//
//
//
//
//
//

1
DECLARATION OF ROSS ALLAN ISO DEFENDANTS GLP 5, INC. AND NETMEDIA SERVICES INC.'S
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1221981

1221981

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 22, 2016 at Windsor, Ontario, Canada.

_____
ROSS ALLAN

3
DECLARATION OF ROSS ALLAN ISO DEFENDANTS GLP 5 LTD. AND NETMEDIA SERVICES INC.'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1221981
1221981

# Exhibit 1



**TEMPE MISSION PALMS**
60 East Fifth Street - Tempe, Arizona 85281
480.894.1400 - Fax 480.966.5148
www.missionpalms.com

| | | |
|---|---|---|
| ARRIVAL | FOLIO NUMBER |
| 31-Mar-2016 | 2U89TB |
| DEPARTURE | |
| 03-Apr-2016 | |
| STATUS | |
| OUT | |

NAME    Allan, ross

ADDRESS    1785 Turner Rd
Windsor, ON N8W3J9
Canada

Account Balance
0.00

| DATE | ROOM | DESCRIPTION | ID | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 2/1/2016 | T0RSK | XXXX3082 | ZD | 0.00 | 363.44 |
| 3/5/2016 | T0RSK | XXXX3082 | ZD | 0.00 | 1090.32 |
| 3/31/2016 | 3012 | Phoenix Forum 2016 Grp | -- | 315.00 | 0.00 |
| 3/31/2016 | 3012 | Room Tax | -- | 30.25 | 0.00 |
| 3/31/2016 | 3012 | Hospitality Fee | -- | 15.95 | 0.00 |
| 3/31/2016 | 3012 | Room Tax | -- | 2.24 | 0.00 |
| 4/1/2016 | 3012 | Phoenix Forum 2016 Grp | -- | 315.00 | 0.00 |
| 4/1/2016 | 3012 | Room Tax | -- | 30.25 | 0.00 |
| 4/1/2016 | 3012 | Hospitality Fee | -- | 15.95 | 0.00 |
| 4/1/2016 | 3012 | Room Tax | -- | 2.24 | 0.00 |
| 4/2/2016 | 3012 | Phoenix Forum 2016 Grp | -- | 315.00 | 0.00 |
| 4/2/2016 | 3012 | Room Tax | -- | 30.25 | 0.00 |
| 4/2/2016 | 3012 | Hospitality Fee | -- | 15.95 | 0.00 |
| 4/2/2016 | 3012 | Room Tax | -- | 2.24 | 0.00 |
| 4/3/2016 | 3012 | XXXX3082 | MM | 0.00 | -363.44 |
| | | Totals for Sub-Folio: 1 | | 1,090.32 | 1,090.32 |
| 3/31/2016 | 3012 | Harry's Place Chg #3134 | IF | 190.00 | 0.00 |
| 3/31/2016 | 3012 | Harry's Place Chg #3393 | IF | 21.83 | 0.00 |
| 4/1/2016 | 3012 | Harry's Place Chg #3467 | IF | 4.24 | 0.00 |
| 4/1/2016 | 3012 | Harry's Place Chg #3710 | IF | 20.25 | 0.00 |
| 4/2/2016 | 3012 | Harry's Place Chg #3915 | IF | 10.32 | 0.00 |
| 4/3/2016 | 3012 | XXXX9578 | MM | 0.00 | 246.64 |
| | | Totals for Sub-Folio: 2 | | 246.64 | 246.64 |

**Thank You**                                               0.00

A distinctive experience provided by Destination Hotels & Resorts.
*www.destinationhotels.com*

# Exhibit 2



**Hello, ROSS DOMINIC ALLAN and PHILIP NEIL BRADBURY**

SkyMiles®#9004868973 >

**Delta Confirmation #: JNO2NH**

**CHECK IN ONLINE >**

Your flight on Thursday, March 31 is available for check-in.

Ready for your upcoming flight? Save time and check in online now whether you are traveling with or without baggage. And don't worry about reconfirming your flights, you're all set!

### Trip One

| Thursday, March 31 | DEPART | ARRIVE | SEATS |
|---|---|---|---|
| Delta 1821 | Detroit, Michigan | Phoenix, Arizona | Seat 18D, 18E |
|  | 12:06 pm | 1:34 pm |  |

### Trip Two

| Sunday, April 3 | DEPART | ARRIVE | SEATS |
|---|---|---|---|
| Delta 138 | Phoenix, Arizona | Detroit, Michigan | Seat 16A, 16B |
|  | 2:22 pm | 9:04 pm |  |

**RESTRICTED HAZARDOUS ITEMS**

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

Check out the weather in Phoenix, Arizona.

Thank you for choosing Delta, we look forward to seeing you onboard soon!

### NEED MORE MILES? ›

Buy and transfer miles on delta.com. 

### GIVE THE DELTA GIFT CARD. ›

Let travelers in your life choose from 325+ destinations and limitless adventures. Get it now.



**Email Subscription**

You are currently subscribed to receive Delta Messenger Notifications via email at ross@netmsi.com. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/emailprograms.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd., P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2016 Delta Air Lines, Inc. All rights reserved.