

1  ERICA J. VAN LOON (admitted *Pro Hac Vice*)
   evanloon@glaserweil.com
2  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
5
   *Attorney for Defendants*
6  *Sagan Limited,*
   *GLP 5, Inc. and*
7  *Netmedia Services, Inc.*

8

9

10

11                    IN THE UNITED STATES DISTRICT COURT

                           DISTRICT OF ARIZONA
12

13
   AMA MULTIMEDIA LLC, a Nevada            CASE NO.: CV16-1269 PHX DGC
14 limited liability company,
                                           Hon. David G. Campbell
15                Plaintiff,
                                           **DECLARATION OF PHILIP**
16 v.                                      **BRADBURY IN SUPPORT OF**
                                           **DEFENDANTS GLP 5, INC. AND**
17 SAGAN LIMITED, a Republic of Seychelles **NETMEDIA SERVICES INC.'S**
   company, individually and d/b/a         **OPPOSITION TO AMA'S MOTION**
18 PORN.COM; CYBERWEB LTD., formerly       **FOR LEAVE FOR ALTERNATIVE**
   MXN LTD., a Barbados Company,           **SERVICE ON CYBERWEB, LTD.**
19 individually and d/b/a PORN.COM;
   NETMEDIA SERVICES INC., a Canadian
20 Company, individually and d/b/a
   PORN.COM; GLP 5, Inc., a Michigan
21 Company individually and d/b/a
   Trafficforce.com; DAVID KOONAR, an
22 individual; and John Does 1-20,

23                Defendants.

24

25

26

27

28

─────────────────────────────────────────────
                  DECLARATION OF PHILIP BRADBURY

**GlaserWeil**

1

## DECLARATION OF PHILIP BRADBURY

2      I, PHILIP BRADBURY, declare and state as follows:

3      1.      I make this Declaration on my personal and firsthand knowledge and, if called

4   and sworn as a witness, I could and would testify competently hereto.

5      2.      I am the sole director, president, and secretary of GLP 5, Inc. ("GLP 5").  As

6   such, I have valuable information to offer in connection with the present dispute.

7      3.      In late December 2015, AMA Multimedia, LLC's ("AMA") counsel sent GLP

8   5's counsel a draft complaint that AMA intended to file for the purpose of initiating

9   negotiations.

10     4.      GLP 5 and AMA engaged in settlement discussions for several months.

11  During the course of this process, GLP 5 conducted an internal investigation of the claims

12  asserted by AMA.  Through such investigation, GLP 5 became aware of the Content Partner

13  Revenue Sharing Agreement ("Agreement") between G.I.M. Corp. ("GIM") and AMA and

14  its forum selection clause in Barbados.

15     5.      Upon further review of the content of the Agreement, GLP 5 became aware

16  that AMA's claims appeared to be negated by the Agreement and that GLP 5 had potential

17  claims against AMA for anticipatory breach and breach of contract.  Thereafter, GLP 5,

18  along with several other parties, commenced the Barbados action, *Cyberweb Ltd., et al. v.*

19  *AMA Multimedia LLC, et al.,* Claim No. CV600-2016 ("Barbados Action"), in good faith

20  against AMA and Adam Silverman on April 27, 2016.

21

22

23

24

25

26

27

28

1228123

1      I declare under penalty of perjury pursuant to the laws of the United States of

2 America that the foregoing facts are true and correct.

3      Executed on August 19, 2016 at Windsor, Ontario, Canada.

PHILIP BRADBURY

Glaser Weil

3

DECLARATION OF PHILIP BRADBURY

1228123