ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
*Sagan Ltd., GLP 5, Inc. and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269-PHX-DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' OPPOSITION TO AMA'S MOTION FOR LEAVE FOR ALTERNATIVE SERVICE ON CYBERWEB, LTD.** |

**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' OPPOSITION TO AMA'S MOTION FOR LEAVE FOR ALTERNATIVE SERVICE ON CYBERWEB, LTD.**

1231739

## DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as an attorney of record herein for Sagan, Ltd. ("Sagan"), GLP 5, Inc. ("GLP 5") and Netmedia Services, Inc. ("Netmedia"). I make this declaration in support of Defendants Sagan, GLP 5 and Netmedia's Opposition to Plaintiff AMA's Motion for Leave for Alternative Service on Cyberweb, Ltd ("Motion"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

1. On August 12, 2016 I emailed Karen Perreira, counsel for AMA Multimedia and Adam Silverman in connection with the Barbados action, *Cyberweb, et al. v. AMA Multimedia, et al.,* Claim No. CV600-2016 ("Barbados Action"), to see whether Ms. Perreira would accept service on behalf of Mr. Silverman. Ms. Perreira flatly rejected this request on August 22, 2016 and stated "I will not be accepting service on Mr. Adam Silverman's behalf in the subject suit, as to do so I may be subjecting Mr. Silverman to the Jurisdiction of the court in Barbados." Attached hereto as Exhibit A is a true and correct copy of an email exchange between myself and Ms. Perreira regarding service of Mr. Silverman.

2. On August 15, 2016 I emailed Ms. Perreira to inform her and AMA that Cyberweb could be properly served at the Coconut Creek Address identified in the original Claim Form and Amended Claims. I further informed Ms. Perreira that proper service on Cyberweb at the Coconut Creek Address would necessarily make AMA's Motion for Leave for Alternative Service unnecessary and a waste of judicial resource. Attached hereto as Exhibit B is a true and correct copy of the email I sent to Ms. Perreira on August 15, 2016 regarding service on Cyberweb.

3. I will work with AMA's counsel to set a specific date and time for service of Cyberweb at the Coconut Creek Address, provided that AMA disclose the correct address

1

DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' OPPOSITION TO AMA'S
MOTION FOR LEAVE FOR ALTERNATIVE SERVICE ON CYBERWEB, LTD.

1231739

and provide a specific date and time for service of defendant Mr. Silverman to the Barbados Action.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on August 26, 2016 at Los Angeles, California.

                                                         /s/ Erica J. Van Loon
                                                           ERICA J. VAN LOON

# Exhibit A

| | |
|---|---|
| **From:** | Karen Perreira <kperreira@intercaribbeanlegal.com> |
| **Sent:** | Monday, August 22, 2016 5:19 AM |
| **To:** | Erica Van Loon |
| **Subject:** | Re: Cyberweb LTD, et al. v. AMA Multimedia LLC, et al., Claim No. CV600-2016 |
| **Importance:** | High |

Dear Madam,
Your letter below has been received.
Kindly note that I will <u>not</u> be accepting service on Mr Adam Silverman's behalf in the subject suit, as to do so I may be subjecting Mr Silverman to the jurisdiction of the Court in Barbados.
It is doubtful however, after having sight of the claim served on AMA, that Mr Silverman may be a property party to the suit.
Yours faithfully,


**KAREN A. PERREIRA LLB(Hons.)  TEP  ACIArb CAMS**
**Principal**



**28 Pine Road, Belleville**
**St. Michael, Barbados. W. I.**
**T.        (246) 228-7504**
**M.       (246) 231-8453**
**F.        (246) 228-1591**
**W.       http://www.intercaribbeanlegal.com**
**skype: kaperreira**

Disclaimer: This email is confidential and contains privileged information which is for the sole use of the author and the intended recipient. If this email has not reached the intended recipient, please disregard and delete this message. Internet communications are not secure and therefore the author does not accept legal responsibility for the contents of this message. Although the author operates anti-virus programmes, the author does not accept responsibility for any damage whatsoever caused by viruses being passed via this email.

**From:** Erica Van Loon <evanloon@glaserweil.com>
**Date:** Friday, 12 August 2016 at 5:12 PM
**To:** Karen Perreira <kperreira@intercaribbeanlegal.com>
**Subject:** Cyberweb LTD, et al. v. AMA Multimedia LLC, et al., Claim No. CV600-2016

Hi Karen,

I am writing on behalf of my clients in regards to the pending Barbados action, *Cyberweb LTD, et al. v. AMA Multimedia LLC, et al.*, Claim No. CV600-2016 ("Barbados Action"). To avoid any further unnecessary delay, I request that you accept service on behalf of Adam Silverman.

To date, Defendants have made a total of 13 attempts to serve Mr. Silverman, including eight attempts to serve him at his Woodland Hills, California residence, and five attempts to serve him at his Las Vegas, Nevada residence. Recently, Mr. Silverman asserted by declaration in the related Arizona action that "Contrary to Defendants' allegations, neither AMA Multimedia nor I am avoiding service. AMA's staff has been instructed to look for service of the Barbados claim and to cooperate in service." *AMA Multimedia LLC, v. Sagan, Ltd., et al.*, Case No. CV-16-1269-PHX-DGC, ECF No. 33-2 at ¶ 15.

Accordingly, Mr. Silverman should take no issue with you accepting service on his behalf. Alternatively, please provide an address and date where we may personally serve Mr. Silverman. Defendants will continue to exhaust all opportunities to serve Mr. Silverman, but in the interest of efficiency and in light of Mr. Silverman's apparent willingness to cooperate, I request that you accept service on his behalf. Please advise whether you are willing to extend this professional courtesy.

Best,
Erica



**Erica J. Van Loon| Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com| www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Exhibit B

| | |
|---|---|
| **From:** | Erica Van Loon |
| **Sent:** | Monday, August 15, 2016 6:06 PM |
| **To:** | kperreira@intercaribbeanlegal.com |
| **Subject:** | Service of Cyberweb |

Dear Ms. Perreira,

I write on behalf of my clients regarding the pending Arizona action, *AMA Multimedia LLC, v. Sagan, Ltd., et al.*, Case No. CV-16-1269-PHX-DGC ("Arizona Action") and specifically AMA's request to serve Cyberweb via alternative means. *Id.* at ECF No. 36. Such request is unnecessary and AMA's statement that "Cyberweb's 'present whereabouts are unknown'" is untrue. *Id.* at 1.

First, my clients put AMA on notice of Cyberweb's current address in the amended claims filed on June 9, 2016 in the Barbados action, *Cyberweb LTD, et al. v. AMA Multimedia LLC, et al.,* Claim No. CV600-2016 ("Barbados Action"). Second, AMA's President, Adam Silverman, conceded knowledge of Cyberweb's correct address in its recently filed Opposition to GLP5 and Netmedia's Motion to Dismiss. Arizona Action, ECF No. 38-3.

Accordingly, AMA's request for alternative service is unnecessary, made in bad faith and is a waste of judicial resources. Please promptly serve Cyberweb at its current address, which is clearly known to both you and AMA and is set forth below.

Coconut Creek House
Derricks, St. James


Best Regards,
Erica Van Loon

# Glaser Weil

**Erica J. Van Loon | Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.