ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants*
*Sagan Limited,*
*GLP 5, Inc. and*
*Netmedia Services, Inc.*

**Glaser Weil**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>                    Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF PHILIP BRADBURY IN SUPPORT OF DEFENDANTS' OPPOSITION TO AMA'S MOTION FOR LEAVE FOR ALTERNATIVE SERVICE ON CYBERWEB, LTD.** |

1230538

**DECLARATION OF PHILIP BRADBURY**

I, Philip Bradbury, declare and state as follows:

1.       I make this Declaration on my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.       I am Vice President of Defendant Netmedia Services Inc. ("Netmedia").  I am also the sole director, president, and secretary of Defendant GLP 5, Inc. ('GLP 5").  As such, I have valuable information to offer in connection with GLP 5 and Netmedia's defenses in this action.

3.       Process serving company, Premier Attorney Service, attempted to serve Adam Silverman at 22349 Lavendar[sic] Bell Lane, Woodland Hills, California, 91367 eight times but was unable to serve Mr. Silverman.  Attached hereto as Exhibit A is a true and correct copy of a Non Service Report by Premier Attorney Service.

4.       After those attempts failed, process serving company, Attorney's Process, attempted to serve Mr. Silverman at 322 Karen Ave. #4307, Las Vegas, Nevada, 89101 five times but was unable to serve Mr. Silverman.  Attached hereto as Exhibit B is a true and correct copy of an Affidavit of Non-Service by Attorney's Process.

5.       Thereafter, process serving company, First Legal Support Services, attempted to serve Mr. Silverman again at 322 Karen Ave. #4307, Las Vegas, Nevada 89101 three times but was unable to serve Mr. Silverman.  Attached hereto as Exhibit C is a true and correct copy of a Non Service Report by First Legal Support Services.

6.       Lastly, process serving company, First Legal Support Services, attempted to serve Mr. Silverman at 6280 S. Valley View, Las Vegas, Nevada 89101 twice but was unable to serve Mr. Silverman.  Attached hereto as Exhibit D is a true and correct copy of a Non Service Report by First Legal Support Services.

Glaser Weil

1230538

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on August 26, 2016 at Windsor, Canada.

PHILIP BRADBURY

DECLARATION OF PHILIP BRADBURY

1230538

Exhibit A

Attorney or Party without Attorney:
JOSHUA CHEIFETZ
CORRENT & MACRI, LLP
2485 OUELLETTE AVENUE  SUITE 201
WINDSOR, ON
TELEPHONE No.: (519) 255-7332 x 236    FAX No. (Optional): (519) 231-0277
E-MAIL ADDRESS (Optional): jcheifetz@correntmacri.com

FOR COURT USE ONLY

Attorney for: PLAINTIFF

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
N/A -

Plaintiff: CYBERWEB
Defendant: AMA MULTIMEDIA

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: CV600/2016 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ADAM SILVERMAN**

Documents: CLAIM FORM; NOTICE TO THE DEFENDANT; ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM;

| Date | Time | Results |
|---|---|---|
| 5/15/2016 | 6:01 PM Location: | NO ANSWER. PRIVATE CONDOS. NO DIRECTORY. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 5/18/2016 | 8:11 AM Location: | NO ANSWER. NO NAMES ON MAIL BOXES. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 5/21/2016 | 3:02 PM Location: | NO ANSWER. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 5/24/2016 | 7:40 AM Location: | NO ANSWER. NO ACTIVITY. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 5/24/2016 | 2:52 PM Location: | SKIP TRACE AUTHORIZED - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 5/27/2016 | 7:30 PM Location: | NO ANSWER. NEIGHBOR NO HELP. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 5/30/2016 | 9:11 AM Location: | NO ANSWER. NO ACTIVITY. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 6/2/2016 | 6:30 PM Location: | NO ANSWER. - J. FIGUEROA 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |

**Continued on Next Page**

Fee for Service: $ 245.00
County: **LOS ANGELES**
Registration No.: **3204**
Premier Attorney Service
1301 W Second Street, Suite 204
Los Angeles, CA 90026
P:(213) 481-7334 F:(213) 481-7343

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 07, 2016.

Signature: _____
J. FIGUEROA

**NON SERVICE REPORT**

Order#: 11843

FOR COURT USE ONLY

Attorney or Party without Attorney:
JOSHUA CHEIFETZ
CORRENT & MACRI, LLP
2485 OUELLETTE AVENUE SUITE 201
WINDSOR, ON
TELEPHONE No.: (519) 255-7332 x 236
E-MAIL ADDRESS (Optional): jchelfetz@correntmacri.com
FAX No. (Optional): (519) 231-0277

Attorney for: PLAINTIFF

Ref No. or File No.:

Insert name of Court, and Judicial District and Branch Court:
N/A -

Plaintiff: CYBERWEB

Defendant: AMA MULTIMEDIA

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: CV600/2016 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **ADAM SILVERMAN**

Documents: CLAIM FORM; NOTICE TO THE DEFENDANT; ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM;

| Date | Time | Results |
|---|---|---|
| | | **Continued from Previous Page** |
| 6/3/2016 | 8:53 AM | SKIP TRACE COMPLETER. FOUND TWO ADDRESSES, ONE IN LAS VEGAS AND ONE IN MIAMI. - J. FIGUEROA |
| | Location: | 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 6/5/2016 | 7:44 AM | NO ANSWER. - J. FIGUEROA |
| | Location: | 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |
| 6/7/2016 | 8:54 AM | RETURN TO CLIENT. UNABLE TO SERVE AT GIVEN ADDRESS. - J. FIGUEROA |
| | Location: | 22349 LAVENDAR BELL LANE,  WOODLAND HILLS, CA 91367 |

Fee for Service: $ 245.00
County: **LOS ANGELES**
Registration No.: **3204**
**Premier Attorney Service**
**1301 W Second Street, Suite 204**
**Los Angeles, CA 90026**
**P:(213) 481-7334 F:(213) 481-7343**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  June 07, 2016.

Signature: _____
                           **J.  FIGUEROA**

## NON SERVICE REPORT

Order#: 11843

# Exhibit B

**SUPREME COURT OF BARBADOS**

**IN THE HIGH COURT OF JUSTICE**

CYBERWEB LTD
NETMEDIA SERVICES INC
SAGAN LTD
GLP 5, INC
GIM CORP
DAVID KOONAR
          CLAIMANTS,

AND

AMA MULTIMEDIA LLC
ADAM SILVERMAN

      DEFENDANTS

CLAIM NO. CV600/2016

**AFFIDAVIT OF NON-SERVICE**

STATE OF NEVADA      )
                    ) ss.
COUNTY OF CLARK    )

Karie Castle, being first duly sworn, deposes and says; that affiant is and was on the dates when

service was attempted of the within: **CLAIM FORM, NOTICE TO THE DEFENDANT,**

**ACKNOWLEDGMENT OF SERVICE OF CLAIM FORM,**

a citizen of the United States, over 18 years of age, and not a party to, nor interested in the

within action; that affiant received the above named document(s) and attempted to personally

serve/have them served upon: AMA MULTIMEDIA, LLC & ADAM SILVERMAN,

subject(s), during the period of June 7, 2016 through July 5, 2016 at his/her last known address(es)

of: 322 Karen Ave. #4307

in the City of Las Vegas, County of Clark, State of Nevada, without success in locating said

- 1 -

1 | subject(s). Affiant was not able to serve/have subject(s) served for the following

2 | reasons:

3 | **6-11-16 at 9:00 p.m. – No answer.**

4 | **6-14-16 at 9:03 a.m. – No answer.**

5 | **6-18-16 at 5:30 p.m. – No answer.**

6 | **6-21-16 at 3:30 p.m. – Per security at front desk. Instructed to come back after 7-1-2016 as**

7 | **subject is out of town until then.**

8 | **7-5-16 at 7:50 a.m. – No answer.**

9 | Affiant left several messages at the security desk for subject, but no calls were returned.

10 | Affiant, on the basis of the previous information, was unable to locate / serve subject(s).

11

12

Karie Castle #R002343
Attorney's Process NV #429
320 E. Warm Springs Rd. #4A-14
Las Vegas, NV  89119
(702) 547-9036

SUBSCRIBED AND SWORN to before me

this 12th day of July, 2016.

NOTARY PUBLIC

SCOTT B. HETRICK
Notary Public State of Nevada
No. 94-1814-1
My Appt. Exp. Sept. 9, 2018

- 2 -

Exhibit C

| | |
|---|---|
| **From:** | omid@dtrac.firstlegalnetwork.com on behalf of Omid G |
| | <omid@dtrac.firstlegalnetwork.com> |
| **Sent:** | Wednesday, August 17, 2016 12:26 PM |
| **To:** | Brittany Elias; Omid Gholizadeh |
| **Subject:** | 'First Legal Support Control # 3092093' - CYBERWEB LTD VS AMA          MULTIMEDIA |


---FIRST LEGAL SUPPORT-LA---

DATE: 08/01/16    TIME: 11:35
CONTROL:  3092093
CUSTOMER:   5593
CUST.NAME:  GLASER WEIL FINK JACOBS H.-PROCESS
REFERENCE:  8058-001
CALLER: Dan Liu
SERVICE:   PROCESS-BRANCH SAME DAY

---------PICKUP INFO---------

GLASER WEIL FINK JACOBS H.-PROCESS
10250 CONSTELLATION BOULEVARD
RM: 18TH FLOOR
LOS ANGELES        CA  90067
SEE: FAX 310-553-5319
---------DELIVERY INFO---------

ADAM SILVERMAN, individual
322 KAREN AVENUE
RM: 4307
LAS VEGAS          NV  89101

----------ADDITIONAL INFO---------
BOL# RE: 3091362
Case:600/2016
Case:CYBERWEB LTD VS AMA MULTIMEDIA
Docs:9 DOCS TOTAL/CERTIFIED WITH SEALS/ORDER-CLAIM-APPL-ETC.
Info:VEGAS HAS CERTIFIED
Info:COPIES TO SERVE, DO




The First Legal Network is comprised of (5)Member Companies:

First Legal | Support Services

On-Demand Attorney Services, Court Filing Solutions, Messenger Service and Service of Process, Unlawful Detainer
http://supportservices.firstlgalnetwork.com
(800) 889-0111

First Legal | Investigations
Private Investigations, Surveillance, Skip Tracing, Asset Searches, International Service of Process
http://investigations.firstlegalnetwork.com
(866) 882-5111 Investigations@firstlegalinvestigations.com

First | Digital Solutions
Litigation Copy, Scanning/Coding, EDD and Bankruptcy Mailing www.firstlegalnetwork.com/digital-solutions
(866) 993-5061

First | Records Retrieval
Subpoena and Medical Records Retrieval, Deposition Officer Service, Out-of-State Commissions
www.firstlegalnetwork.com/records-retrieval
(877) 591-9979 frrinfo@firstrecordsretrieval.com

First Legal | Deposition Services
Complete Deposition Service Solutions including Court Reporting and Transcription Services
www.firstlegalnetwork.com/firsst-legal-deposition-services
(855) 348-4997 info@firstlegaldeposition.com

Also be sure to ask about our Insurance Support Service and National Attorney Service Divisions...

First Legal, Redefining Attorney Service


please do not reply to this automated email


8/01/16 11:37:59 112 VEGAS HAS A CERTIFIED SET FROM 3091362 TO SERVE ON ADAM
8/01/16 11:38:14 112 SILVERMAN FIRST, OMID WILL SEND ANOTHER CERTIFIED SET
8/01/16 11:38:30 112 TO SERVE AMA MULTIMEDIA 3091362 AFTER THIS IS SERVED
8/01/16 11:38:49 112 ** SERVE ADAM SILVERMAN PERSNALLY/NO SUB-SERVICE PER THE
8/01/16 11:39:08 112 ** ORIGINATING COUNTRY THIS IS FROM
8/01/16 11:39:32 112 600/2016
8/01/16 11:39:33 112 CYBERWEB LTD VS AMA MULTIMEDIA
8/01/16 11:39:34 112 9 DOCS TOTAL/CERTIFIED WITH SEALS/ORDER-CLAIM-APPL-ETC.
8/01/16 17:40:38 275 8/1 at 5:17pm - These are gated, guarded apartments. The
8/01/16 17:41:50 275 subject's apartment is on the 43rd floor. No answer at
8/01/16 17:42:08 275 the door. No activity heard inside. I marked the door.
8/01/16 17:42:27 275 E-STATUS
8/02/16 10:41:51 112 1) please try to verify the 322 Karen Ave address today
8/02/16 10:42:21 112 2) also attempt the 6280 S Valley View address today
8/02/16 10:42:38 112 please do both early enough in the day so client knows
8/02/16 10:42:54 112 if we need additional addresses, etc/status Omid please
8/02/16 16:25:54 275 8/2 at 9:30am - No answer at door. The subject's door is
8/02/16 16:26:52 275 still marked from my attempt yesterday. I checked with
8/02/16 16:27:26 275 the Leasing office and they confirmed that he is a
8/02/16 16:27:51 275 tenant.
8/02/16 16:27:55 275 * for reference, 3093543/55002315 is alt address. *

8/04/16 13:09:30 395 8/3 at 3:34pm - Still no answer at door. No activity. I
8/04/16 13:10:03 395 placed a marked on the door. I spoke with Mitchell
8/04/16 13:10:16 395 (concierge). He hasn't seen the subject in a while.
8/04/16 13:10:57 395 E-status
8/05/16 14:07:42 112 On hold for now per client
8/05/16 14:22:04 19  617
8/05/16 15:01:07 275 Per Omid's email (8/5 @ 14:09), place on hold for now.
8/09/16 14:57:03 235 618

Exhibit D

**From:**             omid@dtrac.firstlegalnetwork.com on behalf of Omid G
                      <omid@dtrac.firstlegalnetwork.com>
**Sent:**             Wednesday, August 17, 2016 12:25 PM
**To:**               Brittany Elias; Omid Gholizadeh
**Subject:**          'First Legal Support Control # 3093543' - CYBERWEB LTD VS AMA        MULTIMEDIA


---FIRST LEGAL SUPPORT-LA---

DATE: 08/02/16    TIME: 12:24
CONTROL:  3093543
CUSTOMER:   5593
CUST.NAME:  GLASER WEIL FINK JACOBS H.-PROCESS
REFERENCE:  8058-001
CALLER: Dan Liu
SERVICE:   PROCESS-BRANCH SAME DAY

---------PICKUP INFO---------

GLASER WEIL FINK JACOBS H.-PROCESS
10250 CONSTELLATION BOULEVARD
RM: 18TH FLOOR
LOS ANGELES       CA  90067
SEE: FAX 310-553-5319
---------DELIVERY INFO---------

ADAM SILVERMAN, individual
6280 S. VALLEY VIEW
RM: 4307
LAS VEGAS        NV  89101

----------ADDITIONAL INFO---------
BOL# 3092093
Case:600/2016
Case:CYBERWEB LTD VS AMA MULTIMEDIA
Docs:9 DOCS TOTAL/CERTIFIED WITH SEALS/ORDER-CLAIM-APPL-ETC.
Info:VEGAS HAS CERTIFIED
Info:COPIES TO SERVE, DO



The First Legal Network is comprised of (5)Member Companies:

First Legal | Support Services

1

On-Demand Attorney Services, Court Filing Solutions, Messenger Service and Service of Process, Unlawful Detainer
http://supportservices.firstlgalnetwork.com
(800) 889-0111

First Legal | Investigations
Private Investigations, Surveillance, Skip Tracing, Asset Searches, International Service of Process
http://investigations.firstlegalnetwork.com
(866) 882-5111 Investigations@firstlegalinvestigations.com

First | Digital Solutions
Litigation Copy, Scanning/Coding, EDD and Bankruptcy Mailing www.firstlegalnetwork.com/digital-solutions
(866) 993-5061

First | Records Retrieval
Subpoena and Medical Records Retrieval, Deposition Officer Service, Out-of-State Commissions
www.firstlegalnetwork.com/records-retrieval
(877) 591-9979 frrinfo@firstrecordsretrieval.com

First Legal | Deposition Services
Complete Deposition Service Solutions including Court Reporting and Transcription Services
www.firstlegalnetwork.com/firsst-legal-deposition-services
(855) 348-4997 info@firstlegaldeposition.com

Also be sure to ask about our Insurance Support Service and National Attorney Service Divisions...

First Legal, Redefining Attorney Service

please do not reply to this automated email


   8/02/16 12:25:26 275 This is the alt address provided on 3092093. Attempt at
   8/02/16 12:25:52 275 alt address today (8/2).
   8/02/16 12:26:26 275 600/2016
   8/02/16 12:26:27 275 CYBERWEB LTD VS AMA MULTIMEDIA
   8/02/16 12:26:28 275 9 DOCS TOTAL/CERTIFIED WITH SEALS/ORDER-CLAIM-APPL-ETC.
   8/03/16 10:51:38 112 need status this morning please
   8/03/16 11:14:27 275 8/2 at 5:20pm - All offices closed.
   8/03/16 11:15:20 275 8/3 at 9:00am - Per the Leasing office, "AMA Multimedia"
   8/03/16 11:21:43 275 is the business at the given address. It occupies suites
   8/03/16 11:22:22 275 300 - 306. Per Maui (Editor at AMA Multimedia), the
   8/03/16 11:23:02 275 subject is not in the office. She does not know his
   8/03/16 11:23:18 275 schedule. She stated that he owns the business and comes
   8/03/16 11:23:38 275 & goes as he pleases. They keep their door locked --
   8/03/16 11:24:05 275 even during business hours. And there is no business
   8/03/16 11:24:26 275 name posted on a sign or on their door.
   8/03/16 11:24:38 275 E-STATUS
   8/03/16 14:10:48 112 FED EX TR# 7769 1344 2175 sending certified to Vegas off
   8/05/16 14:07:13 112 On hold for now per client
   8/05/16 14:08:37 112 omid sending back up to LA
   8/05/16 14:22:10 19  617
   8/05/16 14:58:07 275 Per Omid's email (8/5 @ 14:09), place on hold for now.

8/09/16 14:58:51 235 618