**EXHIBIT A**

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*,<br><br>　　　　　　Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**DECLARATION OF VERONICA MANOLIO IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S REPLY ON ITS MOTION FOR LEAVE FOR ALTERNATIVE SERVICE ON CYBERWEB, LTD.** |

I, Veronica Manolio, declare:

　　1.　　I am a principal attorney with the law firm of Manolio & Firestone, PLC, attorneys for AMA Multimedia, LLC ("AMA"), Plaintiff in this matter; I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

　　2.　　This Declaration is limited to the issues surrounding Plaintiff's request for alternative service on Defendant Cyberweb, Ltd. ("Cyberweb").

3. Before AMA ever sought alternative service, I personally asked defense counsel, Ms. Van Loon, to accept service of process for Cyberweb. She declined.

4. In order to provide instructions for foreign service, I personally performed multiple online searches to find the physical address for Cyberweb, Ltd.[1]

5. I attempted to locate Cyberweb via the address it listed on its "Barbados Claim" and on its online corporate filings.

6. The address that Cyberweb uses as its "registered office" is listed as "Coconut Creek House, Derricks, Saint James, Barbados." The Coconut Creek address that Cyberweb lists does not contain a Suite number nor any zip/postal code.

7. That address pulls up online (in multiple sites) as an old hotel that is no longer in existence.

8. There was only one business associated with this address online, a company named "IQS Capital Management Limited," but its address contained "Suite 2" and a postal code of "24008." It appears to be unrelated to Cyberweb, Ltd.

9. By contrast, searching "Cyberweb, Ltd." provides no results for any Barbados company. The only entities named "Cyberweb, Ltd." are based in England.

10. My search results found that the "Coconut Creek House, Derricks" address was not a permissible, deliverable address to provide for service of process.

11. The only substantiated address that I could find online was the address I provided for service of process, "Lower Broad Street, Suite 29 1st Floor, Beckwith Mall, Bridgetown, Barbados, W.I." This is a complete address where service of process could be effectuated (it actually houses businesses).

---

[1] I will be more than happy to provide this Court with all of my online search results, which I saved, if deemed necessary. I have not provided the search(es) with this Declaration solely for convenience and efficiency, but I will make them available if this Court has any questions whatsoever.

12. This address also remains publicly listed as that of "GIM Corporation," an entity that the Defendants claim are related to Sagan, Netmedia, and Cyberweb in the operation of www.Porn.com.

13. I verified that Cyberweb, Ltd. did not list an agent for service online.

14. Although we have pled that Cyberweb **"does not actually reside** in Barbados," Defendants have not disputed this fact.

15. We pled that Cyberweb is intertwined with and/or does business with Defendants Sagan and Netmedia, such that Cyberweb has knowledge/notice of this lawsuit, and Defendants have not disputed this fact.

16. I note that Ms. Van Loon claims to have made a "good faith" attempt at having service made on Cyberweb. While I do not dispute that she sent an email to Barbados counsel, Ms. Karen Perreira, I have absolutely no relationship to that lawyer. This firm is not involved with Ms. Perreira nor the Barbados litigation.

17. I did not receive Ms. Van Loon's email to the Barbados counsel, nor does the Barbados counsel (Ms. Perreira) have any authority to make arrangements regarding service in this lawsuit.

18. Defense counsel did not undertake any "good faith efforts" in <u>this</u> case.

19. It is my belief and, upon reasonable information, my opinion that this Court should permit alterative service on Cyberweb, Ltd. in order to promote efficiency in this action.

I declare under the penalty of perjury under the laws of both Arizona and of the United States of America that the foregoing is true and correct.

Executed on the 6th day of September, 2016 at Scottsdale, Arizona.

_____
Veronica L. Manolio

- 3 -