ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorney for Defendants*
*David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>    Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS**<br><br>**ORAL ARGUMENT REQUESTED** |

1
NOTICE OF DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR
FORUM NON CONVENIENCES, OR TO STAY PROCEEDINGS

1235707

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant David Koonar ("Defendant Koonar"), by and through his counsel of record, will and hereby does move the Court to dismiss Plaintiff AMA Multimedia LLC's ("AMA's") First Amended Complaint ("FAC") pursuant to Federal Rules of Civil Procedure 12(b)(2) for lack of personal jurisdiction, to dismiss this action on grounds of *forum non conveniens*, or to stay these proceedings pending resolution of the Barbados action ("Motion").

Defendant Koonar lacks minimum contacts with this forum, and the Court thus lacks personal jurisdiction over Defendant Koonar. Should the Court determine that it has personal jurisdiction over Defendant Koonar, it must dismiss this action under the doctrine of *forum non conveniens* based on the forum selection clause agreed to by AMA and designating the Barbados courts as the exclusive forum for the claims asserted in this action. And should the Court determine that dismissal is not appropriate, this proceeding should be stayed under *Leyva* and/or *Colorado River* because an action pending before the Supreme Court of Barbados ("Barbados Action") would conclusively resolve several issues material to this action. In particular, the Barbados Action would determine whether AMA has granted the defendants the right to use the copyrighted material allegedly infringed in the FAC. Thus, staying this action pending the resolution of the Barbados Action would conserve judicial resources and constitute wise judicial administration.

The Motion is made following email correspondence between counsel for David Koonar and counsel for AMA pursuant to the Court's Order re motion pursuant to Fed. R. Civ. P. 12(b) (ECF No. 7), which took place on August 30, 2016. Declaration of Erica J. Van Loon in Support of Defendant David Koonar's Motion to Dismiss or Stay Proceedings, ¶ 2, Ex. A. AMA's FAC is not curable by a permissible amendment. *Id.*

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the concurrently-filed Declarations of Erica J. Van Loon and David Koonar, the previously-filed Declarations of Philip Bradbury (ECF No. 27-3), Adam Silverman (ECF No. 32-4) and Ivan Alert (ECF No. 45-1), and Exhibits thereto,

2
NOTICE OF DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENCES, OR TO STAY PROCEEDINGS

1235707

1  and such other authority and arguments that may be submitted by reply or at the hearing.

2

3   DATED:  September 6, 2016        Respectfully submitted,

4                                    GLASER WEIL FINK HOWARD
                                       AVCHEN & SHAPIRO LLP
5

6                                    By:  /s/ Erica J. Van Loon
                                     ERICA J. VAN LOON
7

8                                    *Attorney for Defendants David Koonar,
                                     Sagan Ltd., GLP 5, Inc. and Netmedia Services*
9                                    *Inc.*

3
NOTICE OF DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR
FORUM NON CONVENIENCES, OR TO STAY PROCEEDINGS

1235707