IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS** |

[PROPOSED] ORDER GRANTING DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS

1235705

The Court, having read and considered Defendant David Koonar's ("Defendant Koonar") Motion to Dismiss For Lack of Jurisdiction or Forum Non Conveniens, or to Stay Proceedings and supporting Declarations and Exhibits, and finding good cause in support thereof, hereby ORDERS that:

☐ Defendant Koonar's Motion to Dismiss is GRANTED.  Defendant Koonar is dismissed from this action with prejudice.

☐ Defendant Koonar's Motion to Stay is GRANTED.

**IT IS SO ORDERED.**

1
[PROPOSED] ORDER GRANTING DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS

1235705