MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No.: 2:15-cv-1269-PHX -DGC<br><br>**DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S OPPOSITION TO DEFENDANT SAGAN LIMITED'S MOTION TO STAY PROCEEDINGS** |

I, Adam Silverman, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the President of AMA Multimedia, LLC, Plaintiff in this lawsuit.

3. In an earlier declaration, I stated that AMA entered into a Content Partnership Agreement in September of 2012. Upon further review, I now realize that AMA did not exist when the contract was formed. The contract was formed in September of 2012. AMA did not come into existence until 2013.

4. SSC Group LLC is a California entity that ceased to exist in late 2013.

5. AMA Multimedia, a Nevada LLC, was formed in May of 2013. Attached hereto as Exhibit A is true and correct copy of State of Nevada Filing of Articles of Organization.

6. I also stated that a *non-agent independent contractor* in Australia had performed the sign up process on PaidPerView.com. This sign up process triggered the formation of the CPA and was conducted by an independent contractor for SSC.

7. Finally, I stated that the CPA was entered into by clicking an "I Agree" button. It was entered by clicking a "Submit" button.

8. The Defendant's have relied on my testimony and my attorney's references to this testimony to state "AMA expressly consented to the jurisdiction of Barbados courts when it agreed to the forum selection clause at issue here."

9. In reviewing corporation formation documents, as well as the evidence Phil Bradbury provided, I now realize that nobody with binding authority, myself included, entered into the contract. It was not reviewed by anyone with binding authority.

10. This was confirmed by the IP address that Phil Bradbury provided, which traces back to Australia where the independent contractor worked.

11. The non-agent independent contractor was a non-agent independent contractor of SSC Group, not AMA. He ceased working for SSC in January of 2013, before AMA was formed.

12. According to Mr. Bradbury, at CPA formation, it further listed my personal name and the Las Vegas office address.

13. It would have been impossible for the independent contractor to put the Las Vegas address in at formation, as a leasing agreement to take premise at that address was not agreed upon until many months after the CPA formed. Attached hereto as Exhibit B is true and correct copy of AMA's original lease agreement, with appropriate redaction.

14. The CPA precluded SSC from freely assigning the agreement, and no formal assignment took place.

15. Work by the independent contractor for SSC was menial in nature. He billed $25 per hour and worked approximately 2 to 3 hours a day remotely answering customer support emails from our marketing partners. Most of the requests related to providing limited marketing materials to companies and individuals to market our sites.

16. Due to the menial nature of the work, there was never a formal contract between the independent contractor and SSC. He would simply invoice SSC for his time, which fluctuated based upon his personal schedule.

17. As for my own personal knowledge of the agreement, I was generally aware that SSC would upload sample videos and receive advertising in return. This is a very standard arrangement in the industry that usually doesn't call for any special type of agreement.

18. These same sample videos are provided to everyone who is willing and able to market our websites. They are meant to be given away to promote the websites. They are shorter in length and are used to incentivize consumers to purchase a membership for the full length videos.

19. I was also aware that SSC would receive a portion of the revenue generated by the advertising from the views our videos generated. However, this was an afterthought for the reasons stated previously.

20. AMA and SSC earned approximately $5000 for 2000 videos for approximately $2 per sample video over a few years of doing business.

21. AMA does very limited licensing of full length videos to DVD distributors, TV broadcast companies, and Internet pay per minute sites (to watch videos as opposed to free streaming) for compensation of thousands of dollars per scene.

22. The Defendants were clearly not happy with the sample videos AMA provided and took matters into their own hands.

23. The Defendants have chosen to ignore and remain silent on the fact the videos were disguised and represented to be 3rd party uploads.

24. In the face of Defendants' behavior, they have sued AMA and myself personally in Barbados, for of all things, AMA's anticipatory breach of contract for merely asserting other intellectual property rights on entities that are not a party to the CPA.

25. Neither AMA nor the Licensee in the agreement (GIM) is actually in Barbados. Defendant Koonar lives and works from Windsor, Canada. He is the Director of GIM and the main decision maker. Furthermore, attached as Exhibit C is a company report of GIM corporation showing the headquarters of GIM are in Windsor, Canada. Lastly, Ross Allan who is facilitating monetary transactions and all client relationships on behalf of GIM corporation is

1 an employee of netmedia and works from Windsor, Canada.  He has also signed his declaration
2 from Canada.   David Koonar is Ross's boss.
3       26.     When AMA was formed, it took over management of domain properties
4 previously owned and managed by SSC.  AMA continued to use the log in
5 credentials set by SSC, while changing the account name to AMA.  When this was
6 done, AMA was never presented with the CPA and never asked to review the CPA
7 nor agree to the terms of the CPA.
8       27.     I was not aware of the forum selection clause nor the choice of law clause.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 9th day of September 2016 at Las Vegas, Nevada.

DocuSigned by:

_____
771B784EA32444B...
Adam Silverman

---

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SAGAN LIMITED'S MOTION TO STAY PROCEEDINGS

5

# EXHIBIT A

# AMA State of Nevada Filing Articles of Organization

STATE OF NEVADA



*ROSS MILLER*
*Secretary of State*

*SCOTT W. ANDERSON*
*Deputy Secretary*
*for Commercial Recordings*

OFFICE OF THE
**SECRETARY OF STATE**

## Certified Copy

May 21, 2013

**Job Number:** C20130521-1543
**Reference Number:** 20130336146-59
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20130336146-59 | Articles of Organization | 1 Pages/1 Copies |



Respectfully,

ROSS MILLER
Secretary of State

Certified By: GJ Jaillet
Certificate Number: C20130521-1543
You may verify this certificate
online at **http://www.nvsos.gov/**

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

# EXHIBIT B

# AMA Lease

# INDUSTRIAL REAL ESTATE LEASE
## (MULTI-TENANT FACILITY)

ARTICLE ONE: BASIC TERMS

This Article contains the Basic Terms of this Lease between the Landlord and Tenant named below. Other Articles, Sections and Paragraphs of the Leases referred to in this Article One explain and define the Basic Terms and are to be read in the conjunction with the Basic Terms.

Section 1.01. **Date of Lease:** June 28, 2013

Section 1.02. **Landlord (include legal entity):** York Nevada Management, LLC dba Valley View Business Center

Address of Landlord: 6280 S. Valley View Blvd., Suite 106 Las Vegas, NV 89118

Section 1.03. **Tenant (include legal entity):** AMA Multimedia, a Nevada Limited Liability Company 6280 S. Valley View Blvd., Suite 300-306 Las Vegas, Nevada 89118

Section 1.04. **Property:** The property of the Landlord's multi-tenant real property development known as Valley View Business Center and described or depicted in Exhibit "A" (the "Project"). The Project includes the land, the buildings, and all other improvements located on the land, and the common areas described in Paragraph 4.05. (a). The Property is (include street address, approximate square footage and description). Approximately 7,680 square feet of office/warehouse space located at 6280 S. Valley View Blvd., Suite 300-306, Las Vegas, NV 89118 in the County of Clark.

Section 1.05. **Lease Term:** Five (5) years Zero (0) month beginning on September 01, 2013 or such other date as is specified in this Lease, and ending on August 31, 2018.

Section 1.06. **Permitted Use:** (See Article Five) General office functions for the administration of a SEO , IT, Web hosting company and other related lawful uses.

Section 1.07. **Tenant's Guarantor:** (If none, so state) ████

Section 1.08. **Brokers:** (See Article Fourteen) (If none, so state) Landlord's Broker: Heller Companies, LLC; Theresa Vinuya

Tenant's Broker: Prudential Americana Group; Jack Woodcock:

Section 1.09. **Commission Payable to Tenant's Broker:** (See Article Fourteen) $ per separate agreement

Section 1.10. **Initial Security Deposit:** (See Section 3.03) ████

Section 1.11. **Vehicle Parking Spaces Allocated to Tenant:** (See Section 4.05) Twenty Two (22)

Section 1.12. **Rent and Other Charges Payable by Tenant:**

(a) BASE RENT: ████ Dollars ████ per month for the first Twelve months, as provided in Section 3.01, and shall be increased on the first day of the 13th, 25th, 37th, 49th month (s) after the Commencement Date, either (i) as provided in Section 3.02, or

(ii) _____ 3.5% Fixed

(If (ii) is completed, then (i) and Section 3.02 are inapplicable.)

(b) OTHER PERIODIC PAYMENTS: (i) Real Property Taxes (See Section 4.02); (ii) Utilities (See Section 4.03); (iii) Insurance Premiums (See Section 4.04); (iv) Tenant's Initial Pro Rata Share of common Area expenses 6.05 % (See Section 4.05); (v) Impounds for Insurance Premiums and Property Taxes (See Section 4.08); (vi) Maintenance, Repairs and Alterations (See Article Six).

Section 1.13. **Landlord's Share of Profit on Assignment or Sublease:** (See Section 9.05) Fifty Percent (50%) of the Profit (the Landlord's Share").

Section 1.14. **Riders:** The following Riders are attached to and made part of this Lease: (If none, so state)

Exhibit "A"

Exhibit "B"

Guaranty of Lease

Duties Owed a Nevada Real Estate Licensee (2)

Acknowledgement of NNN Charges

Rules & Regulations

1

Initials: ████

# EXHIBIT C

# GIM Corporate Information

Brought to you by

A USER-FRIENDLY VIEW ON THE LEGAL ENTITY IDENTIFIER SYSTEM

What is the LEI system?  
About OpenCorporates

REGISTER  
LOGIN

# G.I.M. Corp.

| | |
|---|---|
| LEI | 549300WHV1U9W54QCW98 |
| LEGAL FORM | CORPORATION |
| REGISTERED ADDRESS | Coconut Creek House, Derricks, Saint James, BB-04 BB24008, Barbados |
| HEADQUARTER ADDRESS | 1785 Turner Road, Windsor, CA-ON N8W 3J9 |
| LEGAL JURISDICTION | BB |
| INFERRED JURISDICTION | Barbados |
| BUSINESS REGISTRY NAME | N/A |
| BUSINESS REGISTRY IDENTIFIER | Not supplied! |

Search OpenCorporates for G.I.M. Corp.        GO

## Legal Entity Identifier (LEI) details

**SHARE THIS PAGE**

Permalink  
http://openlei

**CONNECT WITH US**

Connect  
Join  
Follow

**DOWNLOAD OPEN DATA**

XML OR JSON

Case 2:16-cv-01269-DGC   Document 52-1   Filed 09/14/16   Page 12 of 13

Imported from c-lei on September 9 2016, 4.13AM

| | |
|---|---|
| REGISTERED BY | DTCC/SWIFT CICI |
| ASSIGNMENT DATE | 2016-03-19 01:51:32 UTC |
| RECORD LAST UPDATE | 2016-03-19 01:51:32 UTC |
| NEXT RENEWAL DATE | 2017-03-17 13:58:35 UTC |
| STATUS CODE | ISSUED |

Case 2:16-cv-01269-DGC   Document 52-1   Filed 09/14/16   Page 13 of 13

All Legal Entity Identifiers

All LOUs

About the LEI system

About Open LEIs

About OpenCorporates

Follow us on Twitter

Join us on Facebook