MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No.: 2:15-cv-1269-PHX -DGC<br><br>**DECLARATION OF KAREN PERREIRA IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S OPPOSITION TO DEFENDANT SAGAN LIMITED' MOTION TO STAY PROCEEDINGS** |

I, Karen Perreira, declare:

1. I am an attorney at law licensed to practice before the Courts of Barbados. I am a principle attorney with InterCaribbean Legal, a law firm located in St. Michael, Barbados. Unless otherwise stated, I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, could and would competently testify thereto.

2. InterCarribbean Legal has been retained to represent AMA Multimedia, LLC in the Supreme Court of Barbados regarding a Claim Form filed by Cyberweb, Ltd., Netmedia Services, Inc., Sagan Ltd., GLP 5, Inc., GIM Corp., and David Koonar ("Barbados Claim").

3. A corporate search was carried out at the Division of Corporate Affairs and Intellectual Property Office in Barbados in relation to the Corporate entities named as Claimants in the Barbados Claim. Of the companies named two corporations, G.I.M. Corp and Cyberweb Ltd were found to be companies registered in Barbados.

4. Both companies in Barbados are registered as an International Business Company ("IBC").

5. An IBC, in general, is a resident of Barbados, and is a company that is licensed to carry on business in manufacturing, trade or commerce from within Barbados for customers residing outside of Barbados. An IBC may therefore manufacture, process or otherwise prepare products for export outside of Barbados or provide services to non-residents of Barbados. An IBC must not carry on a trade in buying or selling goods and services in Barbados.

6. While the Court in Barbados may take judicial notice of United States Court decisions and applicable legislation, the Court in Barbados, in determining a matter

DECLARATION OF KAREN PERREIRA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SAGAN LIMITED'S MOTION TO STAY PROCEEDINGS

within its jurisdiction, will apply Barbados' Laws enacted under statute or relevant common law provisions.

7. In Barbados Courts, a party may argue that a contract or a specific contractual term is an unfair term; and in cases in which the term is deemed unfair the Court may sever the clause (more particularly in cases in which there is a severance clause) and uphold the remaining terms of the contract.

8. On interpretation of terms used in a contract the Court of Barbados will apply the ordinary meaning of the words used, unless the parties show a contrary intention in the contract. The Barbados Courts ought to apply the ordinary meaning to the term "non transferrable" unless the parties agree to a different definition.

9. The Barbados Court may on the interpretation of the contract find that the copyright claims alleged by the Claimants in the USA suit are not within the scope of the contract and therefore the Barbados Court may find that the US Court is the proper forum for a determination of this copyright claim.

10. The Barbados Court may be asked to determine whether Cyberweb, Netmedia, and Sagan are proper claimants under the CPA, as they are not signatories or named parties to the CPA. In such a case, these claimants will have to show a significant link to GIM in order to establish their alleged rights under the contract. If these claimants are dismissed from the claim, the Barbados Court will not decide upon any allegations between AMA and the dismissed claimants.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 9th day of September, 2016 at St. Michael, Barbados.

_____
Karen Perreira