ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile:  (310) 556-2920

*Attorneys for Defendants*
*David Koonar, Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF IVAN ALERT IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

1221984

# DECLARATION OF IVAN ALERT

I, Ivan Alert, declare and state as follows:

1. I am an attorney. I am duly licensed to practice before all courts of Barbados and I am one of the attorneys of record for Cyberweb Ltd., Netmedia Services, Inc., Sagan Ltd., and G.I.M. Corp (collectively "Barbados Plaintiffs"), in the action pending before the Supreme Court of Barbados, Cyberweb Ltd., et al. v. AMA Multimedia LLC, et al., Claim No. CV600-2016 ("Barbados Action"). I make this declaration in support of Defendants' Request For judicial Notice. The facts set forth herein are true of my own personal knowledge, and if called to testify thereto, I could and would competently do so under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Order denying Barbados Defendants' Application to set aside service of Barbados Claimants' Claim Form (the "Barbados Court Order"). I received this Order on 8 September, 2016.

3. I have practiced law in Barbados for 19 years. In my professional opinion, where a Barbados Court has jurisdiction and is exercising jurisdiction to determine any matter or issue before it and it determines that the proper law to be applied to determine such an issue is the law of another jurisdiction then it will determine what that law is, even with the opinion of experts in such law, and apply such law.

Executed on September 20, 2016 at St. James, Barbados.

_____
IVAN ALERT

**IVAN A. ALERT Esq.**
Attorney-at-Law
"Summerland House"
Prospect Road, Prospect,
St. James, BB24003, Barbados

ALERT DECLARATION ISO REQUEST FOR JUDICIAL NOTICE

1