LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | **AFFIDAVIT OF SERVICE ON CYBERWEB, LTD.** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

STATE OF ARIZONA     )
                     )
County of Maricopa   )ss.

    1.     I am one of the attorneys for Plaintiff herein.

    2.     I am familiar with the facts stated in this Affidavit, and I make this Affidavit to show that I have served the court papers on Defendant Cyberweb, Ltd. by

1   facsimile and electronic mail pursuant to this Court's Order granting Motion for
2   Alternative Service (Doc. 54).

3       **Entity Served:**

4       Cyberweb, Ltd.

5       **Method of Service:**

6       By facsimile to: Zarina Khan and Ivan Albert at 1-246-438-7266

7       By email to:  David Koonar at producertm@gmail.com and

8                Erica Van Loon at evanloon@glaserweil.com

9       **Date faxed and emailed:**

10      September 20, 2016

11      3.      Copies of the following documents faxed and emailed to Defendant as
12  indicated above: Order granting Motion for Alternative Service (Doc. 54), Summons to
13  Cyberweb, Ltd. (Doc. 19), First Amended Complaint (Doc. 16), Plaintiff AMA
14  Multimedia LLC's Fed.R.Civ.P. 7.1 Corporate Disclosure Statement (Doc. 3), Report on
15  the Filing or Determination of an Action or Appeal Regarding a Copyright (Doc. 4),
16  Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (Doc.
17  5), and Order (Doc. 7).

18      4.      By signing below, I affirm under penalty of perjury that the contents of this
19  document are true and correct to the best of my knowledge and belief.

20

21      Veronica L. Manolio

22      SUBSCRIBED AND SWORN before me this 20th day of September, 2016 by
23  Veronica L. Manolio.



24  
25  GINA MURPHY
    NOTARY PUBLIC, ARIZONA
    MARICOPA COUNTY
    My Commission Expires
    July 21, 2020

    Notary Public
26  My Commission Expires: 7/21/20

- 2 -