ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
*David Koonar, Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF KRISTEN RICHARDSON IN SUPPORT OF SAGAN LIMITED'S MOTION TO STAY PROCEEDINGS** |

1221984

## DECLARATION OF KRISTEN RICHARDSON

I, Kristen Richardson, declare and state as follows:

1. I am a Director of Defendant Cyberweb, Ltd. ("Cyberweb"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Defendant Cyberweb is incorporated in Barbados. Since 2008 I have resided in Barbados and have actively managed Cyberweb's day-to-day activities from Barbados including maintaining its books, records and accounting on a full-time basis. Cyberweb maintains an office and bank accounts in Barbados. Barbados is and has always been Cyberweb's principal place of business.

3. I am familiar with the corporate records of Cyberweb. I was unaware of any filing with Barbados that described Cyberweb's business as "primarily in the USA". While Cyberweb is an Internet marketing company, the vast majority of visitors to Cyberweb's websites, including Porn.com are from outside of the United States. That has always been the case since I began managing Cyberweb's daily activities.

4. Cyberweb maintains a relationship with GIM pursuant to which GIM provides operational and other support for websites owned by Cyberweb, including Porn.com.

5. GIM Corporation is also incorporated in Barbados, and maintains an office in Barbados.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 3, 2016 at ___Edge hill, Barbados___.

_____
Kristen Richardson

RICHARDSON DECLARATION ISO DEFENDANT SAGAN LIMITED'S REPLY ISO MOTION TO STAY

1