ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
*David Koonar, Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>           Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANT SAGAN LIMITED'S REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS** |

1250362

## DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as attorney of record herein for Defendant Sagan Limited. I make this declaration in support of Reply In Support of Defendant Sagan Limited's Motion to Stay Proceedings. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Articles of Merger obtained from the State of Nevada showing that on September 28, 2013 Defendant AMA Multimedia LLC merged with SSC Group LLC (the entity that originally agreed to the Content Partner Revenue Sharing Agreement at issue in this litigation), and that Defendant AMA Multimedia LLC is designated as the Surviving Company. I also note that Adam Silverman, the President of Defendant AMA, signed this merger agreement as Manager of both SSC Group and AMA Multimedia.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 3, 2016 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

# Exhibit A

**STATE OF NEVADA**



*BARBARA K. CEGAVSKE*
Secretary of State

*JEFFERY LANDERFELT*
Deputy Secretary
for Commercial Recordings

**Commercial Recordings Division**
*202 N. Carson Street*
*Carson City, NV 89701-4201*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

**OFFICE OF THE**
**SECRETARY OF STATE**

HELEN KANG                                Job:C20160928-0176
                                          September 28, 2016
   NV

**Special Handling Instructions:**
  EMAIL 9/28/16 RA MI C20160928-0176 HKANG@GLASERWEIL.COM

**Charges**

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Entity Copies | 00010427153-03 | | 9 | $2.00 | $18.00 |
| Total | | | | | $18.00 |

**Payments**

| Type | Description | Amount |
|---|---|---|
| Credit | 4750760603486597404053 | $18.00 |
| Total | | $18.00 |

**Credit Balance:** $0.00

**Job Contents:**
NV Corp Copy Request Cover Letter(s):   1

HELEN KANG

   NV

**STATE OF NEVADA**



BARBARA K. CEGAVSKE
*Secretary of State*

JEFFERY LANDERFELT
*Deputy Secretary
for Commercial Recordings*

OFFICE OF THE
**SECRETARY OF STATE**

# Copy Request

September 28, 2016

**Job Number:** C20160928-0176
**Reference Number:** 00010427153-03
**Expedite:**
**Through Date:**

| **Document Number(s)** | **Description** | **Number of Pages** |
|---|---|---|
| 20130647406-93 | Merge In | 9 Pages/1 Copies |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-7138


*140103*



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
|  | 20130647406-93 |
| *signature* | Filing Date and Time |
| Ross Miller | 09/30/2013 10:23 AM |
| Secretary of State | Entity Number |
| State of Nevada | E0252152013-0 |

**Articles of Merger**
(PURSUANT TO NRS 92A.200)
Page 1

USE BLACK INK ONLY - DO NOT HIGHLIGHT                          ABOVE SPACE IS FOR OFFICE USE ONLY

## Articles of Merger
### (Pursuant to NRS Chapter 92A)

1) Name and jurisdiction of organization of each constituent entity (NRS 92A.200):

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article one.

SSC Group LLC
**Name of merging entity**

| California | Limited Liability Company |
|---|---|
| Jurisdiction | Entity type * |

**Name of merging entity**

| | |
|---|---|
| Jurisdiction | Entity type * |

**Name of merging entity**

| | |
|---|---|
| Jurisdiction | Entity type * |

**Name of merging entity**

| | |
|---|---|
| Jurisdiction | Entity type * |

and,

AMA Multimedia LLC
**Name of surviving entity**

| Nevada | Limited Liability Company |
|---|---|
| Jurisdiction | Entity type * |

* Corporation, non-profit corporation, limited partnership, limited-liability company or business trust.

**Filing Fee: $350.00**

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 1
Revised: 8-31-11



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 2

USE BLACK INK ONLY - DO NOT HIGHLIGHT                           ABOVE SPACE IS FOR OFFICE USE ONLY

2) Forwarding address where copies of process may be sent by the Secretary of State of Nevada (if a foreign entity is the survivor in the merger - NRS 92A.190):

   Attn: Frederic Apcar

   c/o: Esquire Corporate Services, LLC
   633 South 4th Street, Suite 7
   Las Vegas, NV 89101

3) Choose one:

   [X] The undersigned declares that a plan of merger has been adopted by each constituent entity (NRS 92A.200).

   [ ] The undersigned declares that a plan of merger has been adopted by the parent domestic entity (NRS 92A.180).

4) Owner's approval (NRS 92A.200) (options a, b or c must be used, as applicable, for each entity):

   [ ] If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from the appropriate section of article four.

   (a) Owner's approval was not required from

   _____
   Name of **merging** entity, if applicable

   _____
   Name of **merging** entity, if applicable

   _____
   Name of **merging** entity, if applicable

   _____
   Name of **merging** entity, if applicable

   and, or;

   _____
   Name of **surviving** entity, if applicable

This form must be accompanied by appropriate fees.                      Nevada Secretary of State 92A Merger Page 2
                                                                        Revised: 8-31-11



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 3

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

(b) The plan was approved by the required consent of the owners of *:

SSC Group LLC
Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

and, or;

AMA Multimedia LLC
Name of **surviving** entity, if applicable

* Unless otherwise provided in the certificate of trust or governing instrument of a business trust, a merger must be approved by all the trustees and beneficial owners of each business trust that is a constituent entity in the merger.



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

## Articles of Merger
(PURSUANT TO NRS 92A.200)
### Page 4

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

(c) Approval of plan of merger for Nevada non-profit corporation (NRS 92A.160):

The plan of merger has been approved by the directors of the corporation and by each public officer or other person whose approval of the plan of merger is required by the articles of incorporation of the domestic corporation.

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

Name of **merging** entity, if applicable

and, or;

Name of **surviving** entity, if applicable

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State 92A Merger Page 4
Revised 8-31-11



**ROSS MILLER**
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 5

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

5) Amendments, if any, to the articles or certificate of the surviving entity. Provide article numbers, if available. (NRS 92A.200)*:

6) Location of Plan of Merger (check a or b):

☐ (a) The entire plan of merger is attached;

or,

☒ (b) The entire plan of merger is on file at the registered office of the surviving corporation, limited-liability company or business trust, or at the records office address if a limited partnership, or other place of business of the surviving entity (NRS 92A.200).

7) Effective date and time of filing: (optional) (must not be later than 90 days after the certificate is filed)

Date: 12:00 P.M.        Time: 8/28/13

* Amended and restated articles may be attached as an exhibit or integrated into the articles of merger. Please entitle them "Restated" or "Amended and Restated," accordingly. The form to accompany restated articles prescribed by the secretary of state must accompany the amended and/or restated articles. Pursuant to NRS 92A.180 (merger of subsidiary into parent - Nevada parent owning 90% or more of subsidiary), the articles of merger may not contain amendments to the constituent documents of the surviving entity except that the name of the surviving entity may be changed.



ROSS MILLER
Secretary of State
204 North Carson Street, Suite 1
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

# Articles of Merger
(PURSUANT TO NRS 92A.200)
## Page 6

USE BLACK INK ONLY - DO NOT HIGHLIGHT               ABOVE SPACE IS FOR OFFICE USE ONLY

8) **Signatures** - Must be signed by: An officer of each Nevada corporation; All general partners of each Nevada limited partnership; All general partners of each Nevada limited-liability limited partnership; A manager of each Nevada limited-liability company with managers or one member if there are no managers; A trustee of each Nevada business trust (NRS 92A.230)*

☐ If there are more than four merging entities, check box and attach an 8 1/2" x 11" blank sheet containing the required information for each additional entity from article eight.

SSC Group LLC
**Name of merging entity**

X  [signature]                         Manager                     9/28/13
**Signature**                          **Title**                   **Date**

**Name of merging entity**

X
**Signature**                          **Title**                   **Date**

**Name of merging entity**

X
**Signature**                          **Title**                   **Date**

**Name of merging entity**

X
**Signature**                          **Title**                   **Date**

and,

AMA Multimedia LLC
**Name of surviving entity**

X  [signature]                         Manager                     9/28/13
**Signature**                          **Title**                   **Date**

* The articles of merger must be signed by each foreign constituent entity in the manner provided by the law governing it (NRS 92A.230). Additional signature blocks may be added to this page or as an attachment, as needed.

**IMPORTANT:** Failure to include any of the above information and submit with the proper fees may cause this filing to be rejected.

*This form must be accompanied by appropriate fees.*            Nevada Secretary of State 92A Merger Page 6
                                                                 Revised: 8-31-11

# AGREEMENT AND PLAN OF MERGER

## FOR

## SSC GROUP LLC and AMA MULTIMEDIA LLC

THIS AGREEMENT AND PLAN OF MERGER (This "Agreement") is entered into on this 28 day of September, 2013 by and between SSC Group LLC, a California limited liability company (the "Merging Company") and AMA Multimedia LLC, a Nevada limited liability company (the "Surviving Company").

In consideration of the mutual promises and covenants contained in this Agreement, the parties agree as follows:

1. The Merger

    1.1 Surviving Entity. Upon the time of filing (the "Effective Time") of the Articles of Merger with the Secretary of State of the State of Nevada and the subsequent filing of a Certificate of Merger with the Secretary of State of the State of California:

        (a) the Merging Company shall be merged with and into the Surviving Company (the "Merger") in accordance with California Corporations Code Section 17552 of the State of California and the Nevada Revised Statute 92A.120 and 92A.130 of the State of Nevada,

        (b) the Surviving Company shall be the surviving company of the Merger (hereinafter sometimes called the "Surviving LLC"),

        (c) the identity, existence, rights, privileges, powers, franchises, properties and assets of the Surviving Company shall continue unaffected and unimpaired by the Merger and shall be vested in the Surviving LLC, and

        (d) the identity and separate existence of the Merging Company shall cease, and all of the rights, privileges, powers, franchises, properties and assets of the Merging Company shall be vested in the Surviving LLC.

    1.2 Operating Agreement, Members, Managers and Officers. From and after the Effective Time until amended as provided by law, the Operating Agreement of the Surviving Company shall be the Operating Agreement of the Surviving LLC, and the manager[s] and any officers of the Surviving Company in office immediately prior to the Effective Time shall become the managers and officers of the Surviving LLC as of the Effective Time.

    1.3 Membership Interest Conversion. At the Effective Time each membership interest in the Merging Company outstanding immediately prior to the Effective Time shall, by virtue of the Merger and without any additional action on the party of the Merging Company or the Surviving Company, be exchanged for a membership interest in the LLC as set forth on Schedule A hereto; and all of the

membership interests in the Surviving Company outstanding prior to the Merger shall remain outstanding membership interests in the Surviving LLC following the Merger.

2. General

2.1 Condition to the Merger. The Merger shall have been duly authorized by both the Surviving Company and the Merging Company prior to the filing of the Articles of Merger with the Secretary of State of the State of Nevada effecting the Merger.

2.2 Termination. Notwithstanding anything herein or elsewhere to the contrary, this Agreement may be terminated and abandoned at any time before the Effective Time, whether before or after adoption and approval of this Agreement, by the consent of either the members of the Surviving Company or the members of the Merging Company. In the event of such termination and abandonment, this Agreement shall forthwith become void and neither party nor its respective officers, managers or members shall have any liability hereunder.

2.3 Counterparts. This Agreement may be in any number of counterparts, each of which will be deemed an original, but all of which together will constitute one instrument.

IN WITNESS WEREHOF, the undersigned have duly executed this Agreement and Plan of Merger as of the date first written above.

SURVIVING COMPANY:

AMA MULTIMEDIA LLC,
a Nevada limited liability company

By: Adam Silverman
Its: Manager


MERGING COMPANY:

SSC GROUP LLC,
a California limited liability company

By: Adam Silverman
Its: Manager

## SCHEDULE "A"

### MEMBERSHIP INTEREST CONVERSION

| MEMBER | INTEREST IN MERGING COMPANY | RESULTING INTEREST IN SURVIVING COMPANY |
|---|---|---|
| ADS Associates Inc. | 50% | 50% |
| Citos Media Inc. | 25% | 25% |
| Top Models Inc. | 25% | 25% |