# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, | No. CV-16-01269-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Sagan Limited, et al., | |
| Defendants. | |

**IT IS ORDERED** that the Clerk of Court is directed to strike from the docket in this case the Order entered in error at Doc. 62.

Dated this 5th day of October, 2016.

_____
David G. Campbell
United States District Judge