# EXHIBIT A

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | **Case No.: 2:16-cv-1269-PHX -DGC**<br><br>**DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY ON DEFENDANT KOONAR** |

I, Adam Silverman, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the President of AMA Multimedia, LLC, Plaintiff in this lawsuit.

3. I conducted a Dunn and Bradstreet search of Netmedia Services, Inc. This search revealed that David Koonar is the President of Netmedia Services, Inc. Attached hereto as Exhibit A is a true and correct copy of the results of my search.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 6th day of October 2016 at Las Vegas, Nevada.



Adam Silverman

---

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY ON DEFENDANT KOONAR

2

# EXHIBIT A

# Dunn and Bradstreet Search Results for Netmedia Services, Inc.

# NetMedia Services Inc.

(doing business as: )
1785 Turner Rd
WINDSOR ONTARIO N8W 3J9
CANADA

**D&B D-U-N-S Number:** 202906975

**Phone:** 1 (519) 987-0600

**Year Started:** 2006

**Annual Sales:** $1,790.00 (U.S. Dollars)
**Annual Sales:** 1,910 (Canadian Dollar)

**Number of Employees here:** 25

**Number of Employees total:** 25

**Last Updated:** 09, Sep 2015

**Business:** Data Proc,Preparatn

**This is a:**
Not a Subsidiary
Single Location


**Officers and Executives:**
President : David Koonar