EXHIBIT A





** No evidence providing any direct link between GIM and the corporate Defendants.

No payments are made by either Cyberweb or GIM to AMA for ANY content provided.