# EXHIBIT B

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No.: 2:15-cv-1269-PHX -DGC<br><br>**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, Jason Tucker, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a director of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

3. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over fifteen (15) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6. I have purchased and managed websites, and sold top-level adult domain names.

7. I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement, and have previously served as an expert witness in similar proceedings.

8. AMA Multimedia, LLC retained Battleship Stance to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights.

9. I investigated and documented AMA videos displayed on Porn.com and the investigated Porn.com and its operations.

10. From my investigations, I discovered that there are more than 12 entities and persons involved with the operation of Porn.com.

11. Attached hereto as Exhibit A is a true and correct printout from a Dunn and Bradstreet listing for Netmedia Services, Inc., listing David Koonar as President.

12. In my investigations of Porn.com, I discovered AMA content on Porn.com that was being displayed without authority. These infringements are specifically listed in the First Amended Complaint.

13. These AMA videos were posted with accompanying user information, as if the stated user had posted the video on Porn.com. However, investigations into these videos and the stated users clearly established that the user information was fake.

14. I signed up for an account with Porn.com in November 2015, which was/is a prerequisite to being able to upload a video on Porn.com.

15. When I created my account, a default profile page was automatically created for my user account.

16. It appears that for a significant number of the AMA content that I discovered displayed on Porn.com, the videos were associated with unique and fake users names, user sign-up dates, fake user birthdates, and video upload dates. This fake data inherently was inputted into the databases for Porn.com.

17. Some of the upload dates associated with the videos were, in fact, dates before the user was represented has having become a member of Porn.com.

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

3

18. Some of the upload dates associated with the videos were before AMA ever even produced the video.

19. The users that were represented as having uploaded the AMA videos did not have a profile page – which had automatically been created for me when I became a member. When I went to a standard profile URL for the usernames associated with the videos, Porn.com responded "No such member found."

20. If these uploads had been actually uploaded by a third party user/member of Porn.com, the Porn.com database would have captured the actual upload dates, which obviously could *not* be before a member is represented as having joined and *not* before AMA ever even produced the video. The Porn.com database would have also recorded the actual date that the purported user signed up with Porn.com.

21. It is clear that these data associated with the AMA videos has been manufactured, and is not real data.

22. The actions described above are nothing more than programmers going into the Porn.com database and assigning random dates on videos they uploaded, and creating fake user information.

23. Once a draft complaint was sent to David Koonar in late December 2015, new infringements under this scheme and the use of these fake users ceased entirely.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 6th day of October 2016 at Phoenix, Arizona.



Jason Tucker

DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

4