# EXHIBIT C

1  MANOLIO & FIRESTONE, PLC
   8686 E. San Alberto Dr., Suite 200
2  Scottsdale, Arizona 85258
   (480) 222-9100
3  vmanolio@mf-firm.com
   Veronica L. Manolio, SBN 020230
4  *Attorneys for Plaintiff*

5

6

7

8

9

10

11          **UNITED STATES DISTRICT COURT**
12       **IN AND FOR THE DISTRICT OF ARIZONA**

13  AMA MULTIMEDIA, LLC, a Nevada
    limited liability company
14
                                              Case No.:  **2:15-cv-1269-PHX -DGC**
15          Plaintiff,
                                              **DECLARATION OF ADAM**
16      vs.                                   **SILVERMAN IN SUPPORT OF**
                                              **PLAINTIFF AMA MULTIMEDIA,**
17  SAGAN LIMITED, a Republic of             **LLC'S OPPOSITION TO**
    Seychelles company, individually and d/b/a  **DEFENDANT DAVID KOONAR'S**
18  PORN.COM; CYBERWEB LTD. formerly         **MOTION TO DISMISS FOR LACK**
    MXN LTD., a Barbados Company,             **OF PERSONAL JURISDICTION**
19  individually and d/b/a PORN.COM;
    NETMEDIA SERVICES INC., a Canadian
20  Company, individually and d/b/a Porn.com;
    GLP 5, Inc., a Michigan Company
21  individually and d/b/a Trafficforce.com;
    DAVID KOONAR, an individual; and John
22  Does 1-20,
23          Defendants.
24

25

26

I, Adam Silverman, declare:

1.      I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.      I am the President of AMA Multimedia, LLC, Plaintiff in this lawsuit.

3.      As AMA Multimedia, LLC's business is largely online, I am extremely familiar with the operation of websites, including the use of certain vendors to both host websites and display content to viewers.

4.      As established in previously submitted declarations, Netmedia employees manage the advertising for Porn.com, assist in billing and payments, and both send and receive money for both GIM and Cyberweb (a conceded owner of Porn.com). Contrary to Defendants' denials, Netmedia is operating Porn.com.  Paragraph 4.4.3 in the Barbados Statement of Claim is an admission that Netmedia effectively runs and manages the operation of Porn.com.  AMA's contact with *any* of the Defendants were only through Netmedia employees.

5.      On behalf of AMA, investigations of Porn.com have revealed that Netmedia employees created *unique* and *fake* usernames, user sign-up dates, video upload dates, and other fake data in Porn.com's database to give the appearance that a third party user uploaded the video.

6.      AMA discovered these clandestine actions through glaringly wrong information that Netmedia employees inserted into the database that made the publicly listed dates a matter of *impossibility.*  In some instances a user purportedly uploaded a video to Porn.com before they in fact signed up an account with Porn.com, *and* before the date AMA had even produced the video.

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

7.     Based upon my role with AMA and my extensive experience in operating paid membership web sites streaming videos, I am well aware of the manner in which video streaming sites operate and of the databases that support the operation of such sites.

8.     If a real user had performed these actions, *any* database would have captured real time accurate information.  If a real user would have signed up, the proper sign up date would have been recorded.  If a real user uploaded the video, the proper upload date would have been recorded (after the sign up date).  This is because in order to upload a video, an end user must first be a registered user.  Importantly, both of these dates would have to have been after AMA actually produced and released the video online.   It is a matter of impossibility that a user could upload one of AMA's videos before it was ever even produced or released.  The information in the database is not bad, nor is it corrupt.  It is perfectly fine data, it is simply inaccurate.

9.     These attempted disguises could not have been facilitated without programmers, and the programmers for Porn.com are employed by Netmedia, under Koonar's direction and control.   The actions described above are nothing more than programmers and/or other employees for Netmedia going into the Porn.com database and assigning random dates on videos they uploaded, and creating fake user information.  Importantly, the Defendants do not deny they uploaded this material, and Netmedia provides services relating to uploading.

10.     It was under Koonar's management and role as President of Netmedia that programmers and/or other employees performed these egregious and illegal tasks related to the copyright infringement.

11.     Without any apparent discretion, employees of Netmedia stole everything and anything under the sun, and then went through the further steps of masking their activity through the creation and insertion of fake user data into the Porn.com database.

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

12.     As the videos by these fake users were being released live onto the Porn.com website, the user profiles were not clickable, which is abnormal.  Every user to Porn.com after registration is given a default profile page.  Attempting to view the profile page of this user revealed that no such member existed on Porn.com.

13.     The motivation for dressing the content as user uploaded is simple to understand-- Porn.com wanted to claim protection later from content producers under the *United States* DMCA safe harbor provision that shields liability from 3rd party user uploads under a notice and takedown system.  Porn.com would accept DMCA notices and simply remove the material and feel protected from liability.  However, after exhaustive research the infringement scheme was exposed.

14.     Koonar's sole disclosure to the Court that he is the president of GIM, while failing to disclose his role with Netmedia is also an attempt to hide from liability.  There simply is no direct relationship for GIM to Porn.com (including a direct relationship between GIM and Netmedia) that has been discovered by AMA or revealed by any of the Defendants.  If anything, they have intentionally maintained their separation throughout the entire case.

15.     Koonar also misleads the Court in asserting that he has no contact with the United States.  He fails to inform the Court that one of his companies, JSS Networks, issues payments to Licensors under the CPA via checks *signed by Koonar and drawn on United States bank.*  Attached as EXHIBIT A is a true and correct copy of some checks AMA received from JSS Networks.  This signature is the same as the signature on Koonar's declaration, a copy of which is attached hereto as Exhibit B.

16.     The Defendants allege they used a "former" webhost in the US, Reflected Networks, whom they no longer use.  However, Defendants are still using Limelight and Limelight's US-based servers to distribute it's content in the United States.  AMA has no

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

4

idea how this is possible, and Defendant's have not explained how they stopped using Reflected Networks and are also not directly contracted with Limelight, yet Porn.com is still using Reflected's subcontractor Limelight.

17.     Koonar wishes to claim ignorance on his selection of the use of the US-based content delivery network, however there is a very simple and logical reason as to why he purchases Limelight CDN through Reflected, as opposed to buying it direct from Limelight—he gets a better deal due to Reflected Network's volume as a customer of Limelight and economies of scale.

18.     AMA is also a customer of Reflected Networks.  *AMA chose it's CDN provider* that it purchased through Reflected as well, and Reflected has never changed AMA's CDN provider without seeking AMA's express written consent.  AMA could never get the bargain of a deal it gets currently if it attempted to negotiate with it's own CDN provider direct.

19.     Nobody forced Koonar and the rest of the Defendants to use a US-based content delivery network to distribute the Porn.com videos.  *This was a choice to get significantly fast performance of the (infringed) Porn.com videos inside the United States.*

20.     Attached as EXHIBIT C is a true and correct copy of the Traffic Force home page boasting that it has proprietary technology that handles the geo-targeting of the advertisements. Attached as EXHIBIT D is a true and correct copy of the staff page of Traffic Force that existed at the time this litigation was filed.  Attached as EXHIBIT E is a true and correct copy of a search on LinkedIn showing staff members as truly working for Netmedia (Dugan Lane says he's a Systems Manager for Traffic Force, while his LinkedIn page says he's a Systems Manager for Netmedia Services.  Ross Allan is the General Manager of Traffic Force and a full time employee of Netmedia).  Since the lawsuit was filed, Traffic Force has removed Dugan Lane

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

from their staff page, and removed any staff references related to geo-targeting in an effort to obstruct this case and make false assertions.  Dugan Lane has also removed his LinkedIn page reference that he works for Netmedia as a Systems Manager.

21.     According to the Traffic Force Ads Sales Team, Exhibit D page 3, Traffic Force manages all unsold inventory optimized by country.  Wilco Snijder "manages all of our *unsold* inventory, where he optimizes traffic by country…"

22.     Screencasts (or video recordings) were created documenting the banner advertising infringement.  A review of one of the videos created shows the banner (containing the infringed content) being clicked on two separate occasions and being redirected to the following URLs:

http://www.casualfuckdate.com/geo/tour2.html?offer=US&niche=GFS&source=MXN;

http://www.fuckeveryday.com/geo/tour19.html?offer=US&niche=GFS&source=MXN.

23.     The URLs show a reference to the US (targeting), and identify the source as MXN (Cyberweb's old company name).

24.     Very few people if any, particularly third party advertisers, would know Cyberweb's old corporate name, and therefore have the ability to identify *MXN* as a reference as the source of traffic.

25.     More importantly, the domains *casualfuckdate.com* and *fuckeveryday.com* , or the site you get redirected to, trace back to servers on Reflected .net, and a reverse IP lookup on that server shows that server connected to many other domains that are owned, controlled, and/or operated by Koonar and his other companies (both related and unrelated to this case).

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

6

DocuSign Envelope ID: 39531549-B89C-4E3B-B845-6044D944D99B

26.     Everything taken together shows that the ads that contained AMA's infringements were actually *internal* ads being run by Koonar and/or his employees.

27.     There have been several material misrepresentations by Defendant Koonar and the other Defendants in their motions to dismiss.  Attached hereto as Exhibit F is a chart listing the misrepresentations, with the corresponding true fact with factual citations.

28.     Attached hereto has Exhibit G is a flow chart that illustrates the relationships of the defendants to each other and to the web properties.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 6th day of October 2016 at Las Vegas, Nevada.



Adam Silverman

DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
DAVID KOONAR'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

# EXHIBIT A

# Copies of Checks (redacted) AMA Received From JSS Networks Pursuant to Content Partnership Agreement



THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JSS Networks, Inc.**
30150 Telegraph Rd Ste 444
Bingham Farms, MI
48025-4549

HUNTINGTON
www.huntington.com
74-347/724

5028

**Pay**  Fifty-Five Dollars and Nineteen Cents

TO THE
ORDER OF  SSC Group LLC
6345 Balboa Blvd
Suite 165
Encino, CA 91316
USA

12/05/2012
$55.19

Memo                                    Void after 90 days

---

A

THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JSS Networks, Inc.**
30150 Telegraph Rd Ste 444
Bingham Farms, MI
48025-4549

HUNTINGTON
www.huntington.com
74-347/724

7216

**Pay**  Sixty-Three Dollars and Three Cents

TO THE
ORDER OF  SSC Group LLC
6345 Balboa Blvd
Suite 165
Encino, CA 91316
USA

05/01/2013
$63.03

Memo                                    Void after 90 days

---



THIS CHECK IS VOID WITHOUT A RED & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**JSS Networks, Inc.**
30150 Telegraph Rd Ste 444
Bingham Farms, MI
48025-4549

HUNTINGTON
www.huntington.com
74-347/724

1193

**Pay**  One Hundred Ninety-Six Dollars and Zero Cents

TO THE
ORDER OF  SSC Group LLC
6280 South Valley View
#302
Las Vegas, NV 89118
United States

11/28/2014
$196.00

Memo                                    Void after 90 days



**JSS Networks, Inc.**
30150 Telegraph Rd Ste 444
Bingham Farms, MI
48025-4549

HUNTINGTON
www.huntington.com
74-347/724

**157**

3 0 1 0 2 0 1 5
D D M M Y Y Y Y

419.57

**Pay** Four Hundred Nineteen Dollars and Fifty-Seven Cents    VOID

TO THE
ORDER OF    SSC Group LLC
6280 South Valley View
#302
Las Vegas, NV 89118
United States

Memo                              Void after 90 days

---

**JSS Networks, Inc.**
30150 Telegraph Rd Ste 444
Bingham Farms, MI
48025-4549

HUNTINGTON
www.huntington.com
74-347/724

**334**

3 1 0 5 2 0 1 6
D D M M Y Y Y Y

602.70

**Pay** Six Hundred Two Dollars and Seventy Cents    VOID

TO THE
ORDER OF    AMA Multimedia LLC
6280 South Valley View
#302
Las Vegas, NV 89118
United States

Memo                              Void after 90 days

# EXHIBIT B

# David Koonar Signature Page From Declaration (Dkt. No. 49-2)

**DECLARATION OF DAVID KOONAR**

I, David Koonar, declare and state as follows:

1.      I make this declaration in support of my Motion to Dismiss Or Stay Proceedings.  My statements herein concern my individual conduct or relationships, and unless otherwise indicated do not concern the conduct or relationships of corporate entities in which I have an ownership interest or of which I am an officer.  The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      I am a resident of Windsor, Canada.

3.      I am not an officer, director, or shareholder of any U.S. entity.

4.      I do not have any bank accounts, offices, property, or employees in the United States, nor do I own or lease real property or equipment in the United States.

5.      I do not have a commercial relationship with any users of any website.

6.      I do not own or operate Porn.com.

7.      I do not have a contract with Limelight Networks.

8.      I am the President of G.I.M Corp.  G.I.M. Corp. is a Barbados corporation. G.I.M. Corp does not have any US offices and does not own any U.S. bank accounts, real estate interests, offices or have any employees or lease any real property or equipment in the  U.S.

9.      Attached hereto as Exhibit A is a true and correct copy of the Content Partner Revenue Sharing Agreement ("CPA") between AMA and G.I.M. Corp.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 2, 2016 at _Windsor, Ontario Canada_

David Koonar

1221984

Glaser Weil

# EXHIBIT C

# Traffic Force Home Page
# At Time Litigation Filed



## Available Wherever You Are

What does it feel like to have 12 Billion impressions in your pocket? The moment you log into Traffic Force from any mobile device you'll feel the power of being able to bid on a massive amount of traffic with mobile campaign management and all the tools you need to succeed from anywhere in the world.

Traffic Force works when you do, how you do and where you do. It's all about your ROI.



10/6/2016 8:39:06 AM

# EXHIBIT D

# Traffic Force Team Page At Time Litigation Filed

- TrafficForce

About (about.html)   |   Sign Up (signup.html)   |   Help (help.html)   |   Publishers (publishers.html)   |   Our Team (team.html)   |

Language ⌄

## Our Team

### We're Here To Help

You might think that behind the scenes we have thousands of tiny elves performing various tasks, that make the TrafficForce system as great as it is. As much as we'd like that to be true, we aren't quite there yet. We do however, have some extremely talented individuals that are almost always at your disposal. Below are just a few of the key crew that make the wheels turn at TrafficForce.



General Manager

✉ (mailto:ross@trafficforce.com)   Ⓢ (skype:rosscoe17)   📞 (tel:15199870600)   💬 (icq:message?uin=164643450)

**Ross Allan**

Case 2:16-cv-01269-DGC   Document 67-3   Filed 10/10/16   Page 18 of 32

As an eleven year veteran of the digital traffic procurement industry, Rose has experience in virtually every aspect of purchasing, targeting, selling and monetizing web traffic.

"I am always around and enjoy the close-knit talented group of people I get to work with every day. Being able to gather ideas and comments from our clients and then turn them into new tools, better methods and even greater ROI for our clients on a continuing basis is the best part of what I do. It's really gratifying to know that the entire TrafficForce team is as focused as I am on building the best advertiser platform on the planet."



Systems Manager

✉ (mailto:dugan@trafficforce.com)   Ⓢ (skype:DuganL)   📞 (tel:15199870600)   💬 (icq:message?uin=477529666)

## Dugan Lane

Dugan started working with parent company of TrafficForce in 2003. He's had the benefit of working with an extensive line of high impression sites for 10+ years now. Holding positions within development, systems, and marketing throughout his tenure.

For the past 3 years he's held the position of Systems Manager for TrafficForce and during that time has been involved in the system and strategical development of the platform as a whole.

Case 2:16-cv-01269-DGC   Document 67-3   Filed 10/10/16   Page 19 of 32



Monetization Specialist

✉ (mailto:wilco@trafficforce.com)    ⓢ (skype:wilco.snijders)    💬 (icq:message?uin=286050845)

## Wilco Snijders

This will be Wilco's tenth year working in the traffic business. He manages all of our unsold inventory, where he optimizes the traffic by language, country, niche and device and carrier. Because we have traffic coming in from literally any country in the world, he optimizes all campaigns and advertisement tactics per country.



Account Manager

✉ (mailto:varga@trafficforce.com)    Ⓢ (skype:varga.greg)    💬 (icq:message?uin=687239772)

### Greg Varga

Greg has held a variety of positions dealing with all forms of buying and selling traffic during his career. Based in Budapest, Hungary, Greg joins our European team and is responsible for traffic sales along with account management.

Case 2:16-cv-01269-DGC   Document 67-3   Filed 10/10/16   Page 21 of 32



Lead Accountant

✉ (mailto:greg@trafficforce.com)   ☎ (tel:15199870600)

## Greg Kazarian

Greg has been in various accounting roles for the last 10 years and was thrilled to join the Traffic Force team in 2013. Greg graduated from the University of Windsor with an Honours Bachelor of Commerce degree in Business Administration, and from St. Clair College with a diploma in Business Administration and an advanced diploma in Accounting. He is currently working towards his Chartered Professional Accountant designation and hopes to achieve this by 2015.

---

**CREATE AN ACCOUNT NOW!
(SIGNUP.HTML)**

**HOME (/)**    **ABOUT (ABOUT.HTML)**    **SIGN UP (SIGNUP.HTML)**    **HELP (HELP.HTML)**    **PUBLISHERS (PUBLISHERS.HTML)**

**OUR TEAM (TEAM.HTML)**    **SIGN IN (SIGNIN.HTML)**


**Twitter (http://twitter.com/trafficforce1)**


**Facebook (http://www.facebook.com/trafficforce)**

Terms & Services (terms.html)

Copyright © 2015 Traffic Force. All Rights Reserved.

# EXHIBIT E

# LinkedIn Search Results



**Search people...**    🔍 Advanced

Home    Profile    Connections    Jobs    Interests

Business Services    Try Premium for free

### Search

Advanced ›

All
**People**
More…

**Relationship** ▲
All
☐ 1st Connections
☐ 2nd Connections
☐ Group Members
☐ 3rd + Everyone Else

**Location** ▲
All
☐ Canada    (19)
☐ Ontario, Canada    (11)
☐ Mexico    (1)
☐ Naucalpan de Juárez Are…(1)
+ Add

**Current Company** ▲
All
☐ Amazon    (73076)
☐ Google    (67045)
☐ Facebook    (14352)
☐ LinkedIn    (11598)
☑ Netmedia Services    (20)
+ Add

**Industry** ▼
**Past Company** ▼
**School** ▼
**Profile Language** ▼
**Nonprofit Interests** ▼
🔲 **Groups** ▼
🔲 **Years of Experience** ▼
🔲 **Function** ▼
🔲 **Seniority Level** ▼
🔲 **Interested In** ▼
🔲 **Company Size** ▼
🔲 **When Joined** ▼
🔲 **Search like a Pro**
Find key people in half the time with Premium Filters
Learn more

---

20 results

Current Company: Netmedia Services ✕    Reset

Save search ⚙

**Sarah Malott, CHRP, CHRL, PCP** 2nd
Human Resources Manager at NetMediaServices Inc
Ontario, Canada • Internet
→ 5 shared connections • Similar
Current: Human Resource Manager at NetMedia Service Inc
[ Connect ▾ ]

**Dugan Lane** 2nd
Systems Manager at Netmedia Services
Ontario, Canada • Marketing and Advertising
→ 4 shared connections • Similar
Current: Systems Manager at Netmedia Services
[ Connect ▾ ]

**Jack Tran** 2nd
Content Writer at Netmedia Services
Ontario, Canada • Marketing and Advertising
→ 6 shared connections • Similar
Current: Marketing Supervisor at Netmedia Services
[ Connect ▾ ]

**Robert Welch** 2nd
Programming Manager chez Netmedia Services
Ontario, Canada • Information Technology and Services
→ 2 shared connections • Similar
Current: Programming Manager at Netmedia Services
[ Connect ▾ ]

**LeeAnn Scaife** 2nd
Legal Assistant at NetMedia Services Inc.
Ontario, Canada • Internet
→ 1 shared connection • Similar
Current: Legal Assistant at NetMedia Services Inc.
[ Connect ▾ ]

**Sarah Mitchell** 3rd
Graphic Designer & Social Media Marketer at LIONSARTonline.com
Ontario, Canada • Graphic Design
Similar
Current: QUALITY CONTROL / GRAPHIC DESIGN at NetMedia Services …
[ Send InMail ▾ ]

**Joel Copeland** 3rd
Programmer at NetMedia Services Inc.
Ontario, Canada • Computer Software
Similar
Current: Programmer at NetMedia Services Inc.
[ Send InMail ▾ ]

**Cassandra MacInnis** 3rd
Junior Video Editor/Makerting Team at Netmedia Services
Ontario, Canada • Marketing and Advertising
Similar
Current: Junior Video Editor/Makerting Team at Netmedia Services
[ Send InMail ▾ ]

**Trevor Childs** 3rd
Sr. Programmer at Netmedia Services
Ontario, Canada • Computer Software
Similar
Current: Senior Programmer at NetMedia Services Inc
[ Send InMail ▾ ]

**Tim Kloske** 3rd
Senior Video Editor/Makerting at Netmedia Services
Canada • Online Media
Similar
Current: Senior Video Editor/Makerting at NetMedia Services Inc
[ Send InMail ▾ ]

1  2  Next >

Ads

**The Trade Desk - RTB**
We power the most sophisticated buyers in adtech.

**Do You Own an SEO Company**
Outsource Ranking is a link fulfillment service for SEO firms. Click Here

**Find the right person faster**
Focus your search with powerful Premium filters like
☑ Seniority level
☑ Job function
☑ Company size
[ Upgrade ]
■ PREMIUM

AdChoices ▷

Home     Profile     Connections     Jobs     Interests

Advanced

Business Services     Try Premium for free

Case 2:16-cv-01269-DGC    Document 67-3    Filed 10/10/16    Page 26 of 32



Home    Profile    Connections    Jobs    Interests

Advanced

Business Services    Try Premium for free

# EXHIBIT F

# Chart of Defendant Misrepresentations

**List of Factual Disputes / Misrepresentations**

| | |
|---|---|
| NetMedia does not operate Porn.com. (SEE DE 27-1, page 2, lines 10-12).  Ross Allan is simultaneously a full time advertising manager for Netmedia and a "consultant" for GIM (a different company Koonar controls) from Canada. (See DE 44-1, ¶ 2) | Netmedia operates Traffic Force, Porn.com, and PaidPerView.com. Employees of Netmedia handle all critical responsibilities, including sending and receiving payments for all entities, programming, design, and uploading of content, managing client relationships on behalf of these websites, and more.   (See DE 38-1-5) |
| Third party advertisers do all of the geo-targetting of the advertisements on Porn.com (See DE 27-1, page 7, lines 13-15) | Traffic Force's proprietary technology does the targeting and then sells that inventory out to third party advertisers. Defendants run their own internal ads on unsold inventory, and it was actually these internal ads that were infringing AMA's copyrights   (Decl. A Silverman In Opposition to Koonar Motion to Dismiss for Lack of Personal Jurisdiction, p 5, ¶ 20-26, Exs. C, D, and E.) |
| GIM is a company that provides support and operation for Cyberweb (SEE DE 61-2, ¶ 4) | GIM is a company that licenses content for use on other websites (See DE 33-3, Exh. E, ¶1.5.1) |
| Defendants use Limelight CDN through a former US-based host.  Limelight was a subcontractor to the former US webhost. Defendants are silent on their knowledge or intention of their content being distributed from US-based servers. (See DE-60, page 4, lines 12-16). Defendants never had a direct contract with Limelight.  (See DE-27) | Defendants continue to use Limelight CDN even though they no longer do business with their former host and are not doing business directly with Limelight CDN.  They purchased the CDN through Reflected because it was cheaper than going direct.  (Decl. A Silverman In Opposition to Koonar Motion to Dismiss for Lack of Personal Jurisdiction, p 4-5, ¶¶ 16-19.) |
| The CPA's purpose is a general right to stream and download content to end users.  (SEE DE-49-1, page 9, line 21). The CPA's license allows for GIM to distribute content to other entities for their own use (SEE DE-61, footnote 7) | The CPA is a nontransferable license to GIM to use and distribute the content on Websites, solely for the Purpose (Licensee [GIM] can stream and download the content to end users.) (See DE 33-2, Exh. B ¶1.1 & Clause B) |
| Phil Bradbury held all positions of GLP 5 at the time of the lawsuit. (See DE 10-2, ¶ 2) | Koonar was registered with the state of Michigan as holding all positions (See DE 22-1, ¶ 13). Defendants have gone back since and re-amended their Michigan corporate filings. |

| | |
|---|---|
| Barbados exercised jurisdiction over all the parties (DE-55 ¶2, DE-61, page 6, lines 22-23) | Barbados has made no such ruling. (SEE DE 55-1 ¶2, DE-59) |
| Both GIM and Cyberweb made payments to AMA for any content provided under the CPA. (See DE 27-3, page 34) | GIM and Cyberweb made no payments. All payments have been made from a different US company, JSS Networks. (Decl. A Silverman In Opposition to Koonar Motion to Dismiss for Lack of Personal Jurisdiction, p 4, ¶ 15, Ex A.) |
| Defendant Koonar has no bank accounts in the US. (See 49-2, ¶4). | His signature is on every check JSS Networks has ever issued to AMA. These checks are processed through Huntington Bank, in the US.  (Decl. A Silverman In Opposition to Koonar Motion to Dismiss for Lack of Personal Jurisdiction, p 4, ¶ 15, Ex A.) |

# EXHIBIT G

# Flow Chart of Relationship of Parties





** No evidence providing any direct link between GIM and the corporate Defendants.

No payments are made by either Cyberweb or GIM to AMA for ANY content provided.