ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants Cyberweb Limited,
David Koonar, Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LIMITED (formerly MXN LTD)., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>        Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF KRISTEN RICHARDSON IN SUPPORT OF CYBERWEB LIMITED'S MOTION TO DISMISS OR STAY PROCEEDINGS** |

GlaserWeil

1221984

## DECLARATION OF KRISTEN RICHARDSON

I, Kristen Richardson, declare and state as follows:

1. I am a Director of Defendant Cyberweb, Ltd. ("Cyberweb"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Cyberweb is incorporated in Barbados and has its principal place of business there. Cyberweb does not have any operations, bank accounts, property interests, offices or employees in the United States, nor does it own or lease equipment in the United States. Cyberweb maintains an office and bank account in Barbados.

3. Cyberweb maintains a relationship with G.I.M. Corp. ("GIM") pursuant to which GIM provides operational and other support for websites owned by Cyberweb, including Porn.com.

4. The owner of GIM also has a substantial ownership interest in Cyberweb.

5. Cyberweb is an owner of Porn.com. Porn.com's advertisements are controlled by Traffic Force.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 13, 2016 at Bridgetown, Barbados

Kristen Richardson