ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
　AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
*Cyberweb Ltd., David Koonar, Sagan Ltd.,*
*GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>　　　　Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANT CYBERWEB LIMITED'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS** |

DECLARATION OF ERICA J. VAN LOON ISO DEFENDANT CYBERWEB LIMITED'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS

1221984

## DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as attorney of record herein for Defendant David Koonar. I make this declaration in support of Defendant Cyberweb Limited's Motion To Dismiss Or Stay Proceedings. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. On October 10, 2016 I advised AMA counsel of Cyberweb's intent to bring the instant motion, and I stated the grounds for the motion in an email. AMA counsel stated that no further meet and confer was required. Attached hereto as Exhibit A is a true and correct copy of my correspondence with AMA counsel regarding the meet and confer with respect to the instant motion.

3. The defects in AMA's First Amended Complaint are not curable by a permissible amendment.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 13, 2016 at Los Angeles, California.

                                        s/ Erica J. Van Loon
                                        Erica J. Van Loon

# Exhibit A

| | |
|---|---|
| **From:** | Erica Van Loon |
| **Sent:** | Tuesday, October 11, 2016 3:25 PM |
| **To:** | Veronica L. Manolio |
| **Subject:** | RE: AMA v. Sagan, Ltd., et al |

Dear Veronica,
Based on your email, we will forego an additional meet and confer.

However, I disagree with your assertions regarding the stay motion.  Cyberweb is entitled to raise this argument, and we plan to do so in the Cyberweb motion.  We will not object if (as you have done in the past) you simply incorporate by reference the arguments you have made in earlier briefs.

Best,
Erica

---

**From:** Veronica L. Manolio [mailto:vmanolio@mf-firm.com]
**Sent:** Tuesday, October 11, 2016 11:02 AM
**To:** Erica Van Loon
**Subject:** RE: AMA v. Sagan, Ltd., et al

Good morning, Erica.  Thank you for the email.

I believe that a meet and confer is unnecessary at this time.  Judge Campbell already heard from us on the topic (at our Scheduling Conference), and his recent Order (Doc. 64) made it clear that he knows your additional Motion to Dismiss is coming.

I understand your position on personal jurisdiction and will just answer it as it comes.  With regard to the forum selection clause, I believe Judge Campbell has already specifically asked us to address that in this Motion/Response (in his Order, Doc. 64).  So I do not believe we need to meet and confer on those two topics, and I will expect to see your Motion in due course.

However, with regard to an alternative Stay, Judge Campbell has already ruled on this issue definitively.  Doc. 64.  He made a definitive ruling that "the Barbados action is not substantially similar to this action." *Id*.  He further ruled that the CPA does not apply to the conduct at issue in this litigation, and he held that it would "not be fair or efficient to stay this action" pending resolution in Barbados.  *Id*.  Therefore, any additional pleadings/time on this argument would be wasteful at this point.  The Court has ruled.  If we are made to respond (yet again) to a decided issue, I will raise this with the Court and let him know we believe it is frivolous and filed in bad faith.

Let me know if you want to discuss further, or if we can agree that a meet and confer is not necessary under these circumstances.  If you want to simply talk through issue #3 (forum selection clause), feel free to give me a call.  I am around all day today and tomorrow and happy to talk.

*Veronica*



8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
(480) 222-9100

---

**From:** Erica Van Loon [mailto:evanloon@glaserweil.com]
**Sent:** Monday, October 10, 2016 4:08 PM
**To:** Veronica L. Manolio <vmanolio@mf-firm.com>
**Subject:** AMA v. Sagan, Ltd., et al

Dear Veronica,

Pursuant to Judge David G. Campbell's Order regarding motions to dismiss, ECF No. 7, we request to meet and confer with you regarding Defendant Cyberweb Limited's plan to bring a motion to dismiss AMA Multimedia LLC's ("AMA") First Amended Complaint. The specific issues that may be addressed in the motion are similar to those set forth in the motions already pending by defendants GLP 5, Inc. and Netmedia Services, Inc., ECF No. 27, Sagan, Ltd., ECF No. 42, and David Koonar, ECF no, 49, and are as follows.

First, Cyberweb will seek dismissal of this action on the ground that this Court lacks personal jurisdiction over it. *Agahi v. Khorrami,* No. CV-15-01640-PHX-JJT, 2016 WL 492630, at *5 (D. Ariz. Feb. 9, 2016) (A court must dismiss an action against a defendant "where it does not have personal jurisdiction"). Here, Cyberweb is a Barbados company with no particular ties to the United States, let alone Arizona.  It has no offices or employees in Arizona or the United states, and does not do business with anyone in Arizona or the United States.

Second, if the Court concludes it has jurisdiction over Cyberweb, it will request that this Court dismiss this action pursuant to the forum selection clause in the Content Partner Revenue Sharing Agreement.  This clause identifies the Barbados courts as the exclusive forum for the claims asserted in this action.

Third, if the Court does not dismiss this action, Cyberweb will request that this Court stay this action pending resolution of the Barbados action against AMA.  *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863–64 (9th Cir.1979); *Colorado River Water Conservation Dist. v. U.S.,* 424 U.S. 800, 818-19 (1976).

Please promptly advise a time that you are available to meet and confer. We are available tomorrow or Wednesday to meet by phone.


Best Regards,
Erica Van Loon



**Erica J. Van Loon** | **Partner and Head of the Trademark, Copyright and Media Practice**
10250 Constellation Blvd., 19th Floor, Los Angeles, CA 90067
Main: 310.553.3000 | Direct: 310.282.6260 | Fax: 310.785.3560
E-Mail: evanloon@glaserweil.com | www.glaserweil.com



This message and any attached documents may contain information from the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.