IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CYBERWEB LIMITED'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS** |

[PROPOSED] ORDER GRANTING CYBERWEB LIMITED'S MOTION TO DISMISS FOR LACK OF JURISDICTION OR FORUM NON CONVENIENS, OR TO STAY PROCEEDINGS

1  The Court, having read and considered Defendant Cyberweb Limited's ("Defendant
2  Cyberweb") Motion to Dismiss for Lack of Personal Jurisdiction or Forum Non Conveniens,
3  or to Stay Proceedings ("Motion") and supporting Declarations and Exhibits, and finding
4  good cause in support thereof, hereby ORDERS that:

5  ☐  Defendant Cyberweb's Motion to Dismiss for lack of personal jurisdiction is
6  GRANTED.  Defendant Cyberweb is dismissed from this action with prejudice.

7  ☐  Defendant Cyberweb's Motion to Dismiss on grounds of forum non
8  conveniens is GRANTED.  Defendant Cyberweb is dismissed from this action with
9  prejudice.

10  ☐  Defendant Cyberweb's Motion to Stay is GRANTED.

12  **IT IS SO ORDERED.**