ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendants*
*Cyberweb Ltd., David Koonar, Sagan Ltd.,*
*GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF DAVID KOONAR IN SUPPORT HIS OPPOSITION TO PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY** |

# DECLARATION OF DAVID KOONAR

I, David Koonar, declare and state as follows:

1.      I make this declaration in support of my Opposition To Plaintiff AMA Multimedia, LLC's Motion For Leave To Conduct Jurisdictional Discovery (ECF No. 65) ("Motion"). I am the President of Defendant Netmedia Services, Inc. I am also the President of G.I.M. Corp. ("G.I.M"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      I have reviewed the First Amended Complaint in this action, and I have also reviewed AMA's Motion. I do not believe that any of the Defendants in this action engaged in the infringing activity alleged by AMA. I certainly did not participate in any such activity, nor did I have knowledge of any such activity. I am a high-level corporate executive and I am not involved in reviewing or uploading content.

3.       To the extent I specifically supervise any technical activities, my supervision is limited to overall website design implementation at the customer interface level (e.g. overall appearance, resolution, speed, etc.). Other than general supervisory authority as president, I do not have supervisory or other authority over the uploading of content or other publication activities.

4.      Neither Netmedia nor G.I.M. would have derived any financial benefit from the infringing activity alleged by AMA. NetMedia does not receive any share of the profit derived from advertisement appearing on or content publishing undertaken by www.Porn.com. NetMedia receives only a fee for services that is based upon membership subscriptions received by CyberWeb.

5.      Nor by virtue of my role as an officer of G.I.M. and Netmedia would I have derived any financial benefit from the infringing activity alleged by AMA. I receive a modest fixed salary, which is not based upon NetMedia's performance or any direct, or indirect financial benefit, if any, derived from the content at issue herein. I receive no compensation from G.I.M.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 24, 2016 at WINDSOR, ONTARIO.

David Koonar