ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants Cyberweb Ltd.,
David Koonar, Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>　　　　　　Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**SUPPLEMENTAL DECLARATION OF PHILIP BRADBURY IN SUPPORT OF DAVID KOONAR'S MOTION TO DISMISS OR STAY** |

1221984

# DECLARATION OF PHILIP BRADBURY

I, Philip Bradbury, declare and state as follows:

1. I am a Vice President of Defendant Netmedia Services Inc. ("Netmedia."). I am also the President of Defendant GLP 5, Inc. ("GLP 5"). On behalf of Porn.com, Netmedia administers the watermark-checking system discussed below. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Beginning in 2012, Netmedia implemented a review process under which user-posted content on Porn.com is reviewed for watermarks indicating that such content is owned by Porn.com partners, such as AMA. When a partner's watermarked content is identified, such content is "assigned" to that partner's account. This means that this user-uploaded content is treated as content provided by that partner under the Content Partner Revenue Sharing Agreement ("CPA'"), and thus subject to the revenue sharing provisions of CPA Section 3.1.

3. Under this program, beginning in 2013 Porn.com has identified more than a thousand user-posted videos bearing AMA watermarks, and under CPA Section 3.1 paidperview.com has paid AMA (and AMA has accepted) its revenue share for each of these videos.

4. Beginning in November 2015, each user-uploaded video assigned to a partner has been identified on that partner's paidperview.com account statement (accessible online at all times) with a red box containing an asterisk. When the partner clicks on that red box, a dialog box appears informing the partner of the amount of shared revenue that video has generated pursuant to the CPA, and asking the partner whether it wishes to keep this video under its account. In addition, the account statement shows the duration of each video, thus allowing the partner to readily ascertain whether a video is a full length video or a sample video. Attached hereto as Exhibit A is a screenshot taken from a recent AMA account statement page, showing these features. These features have been available on AMA's account statement page from November 2015 through today.

5. Over a thousand AMA videos have been identified as user-uploaded content by this red box/asterisk and dialog box over the past eleven months. AMA has regularly accessed the platform (as recently as September 13, 2016) and has continued to upload content at least as recently as May 20, 2016. At no time has AMA objected to the treatment of user-uploaded content as licensed under the CPA, nor has AMA ever objected to, or returned, the payments it has received under the CPA based on such user-uploaded content.

6. Netmedia and GLP 5 are affiliates of G.I.M. Corp. ("GIM"), because both share common ownership with GIM.

7. To the extent any Defendant in this action acted in connection with any AMA content it did so with the express understanding that it acted as an assignee of the rights afforded to GIM under the CPA.

8. I have reviewed the banner ads referenced as Exhibit J of AMA's First Amended Complaint. Both of the images used in these banner ads originate from videos that AMA uploaded to the paidperview.com platform.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 28, 2016 at Windsor, Canada

Philip Bradbury

# Exhibit A

