LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*,<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S REPLY TO DEFENDANT DAVID KOONAR'S OPPOSITION TO MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY** |

Plaintiff, AMA Multimedia, LLC (hereinafter "AMA") hereby replies on its Motion for Leave to Conduct Jurisdictional Discovery on Defendant Koonar (Doc. 65).

Defendant Koonar's Opposition (Doc. 71) is basically a reiteration of the arguments made by Defendants Netmedia Services, Inc. and GLP 5, Inc. in their prior-filed Opposition (Doc. 47).  The only distinction Defendant Koonar makes is to criticize AMA for "confusing the standards" of liability and personal jurisdiction.

Rather than regurgitate its same legal positions and factual analyses here, AMA

hereby incorporates the facts and analysis set forth in its previous reply (Doc. 50).  More importantly, AMA believes this issue is moot as this Court already granted limited Jurisdictional Discovery (Doc. 64) as to

Moreover, AMA asserts that Defendant Koonar's Opposition is moot, as this Court already granted limited jurisdictional discovery as to "each Defendant in this case." (Doc. 64).  Defendant Koonar seeks to ignore and avoid this Court's Order and ruling, but jurisdictional discovery should proceed as already ordered.

DATED this 2nd day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,
Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*

By: /s/ Gina Murphy