```
LAW OFFICES
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
```
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                         Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>                         Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF**<br>**AMA MULTIMEDIA, LLC'S**<br>**MOTION FOR LEAVE TO FILE A**<br>**SUR-REPLY ON**<br>**DEFENDANT**<br>**DAVID KOONAR'S**<br>**REPLIES ON HIS:**<br>**1) MOTION TO STAY AND**<br>**2) MOTION TO DISMISS FOR**<br>**FORUM NON-CONVENIENS** |

Plaintiff, AMA Multimedia, LLC ("AMA" or "Plaintiff") respectfully asks this Court for leave to file a Sur-Reply regarding Defendant David Koonar's Reply on his Motion to Stay (Doc. 72) and his Reply on his Motion to Dismiss Based on Forum Non-Conveniens (Doc. 74) for the express reason that Mr. Koonar raised new issues in his Reply that **were not previously raised** and, therefore, could not have been addressed in the Responses (Docs. 66, 68).  Specifically, Mr. Koonar (and the affiants/Declarants) have now **admitted** that Defendants knew they were displaying

1 AMA's "watermarked" or copyrighted content on www.Porn.com, despite that AMA did not upload this content under the Content Partnership Agreement.  Mr. Koonar (and the affiants/Declarants) have also established how jurisdiction has been satisfied for Defendant NetMedia Services, Inc.

A proposed Sur-Reply is provided herewith as **Exhibit A**, incorporated by this reference, and AMA respectfully asks this Court for permission to file **Exhibit A** as a separate pleading.  AMA also provides a proposed form of Order permitting the filing of the Sur-Reply.

DATED this 3rd day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By:  /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,
Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*

By:  /s/ Gina Murphy