EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

AMA Multimedia, LLC, a Nevada
limited liability company,

                          Plaintiff,

v.

Sagan, Ltd., a Republic of Seychelles
company, individually and d/b/a Porn.com;
Cyberweb, Ltd., formerly MXN, Ltd., a
Barbados Company, individually and d/b/a
Porn.com; NetMedia Services, Inc., a
Canadian Company, individually and d/b/a
Porn.com; GLP 5, Inc., a Michigan Company
individually and d/b/a Trafficforce.com;
David Koonar, an individual, *et. al.,*

                          Defendants.

Case No. CV-16-1269-PHX-DGC

**PLAINTIFF
AMA MULTIMEDIA, LLC'S
SUR-REPLY ON
DEFENDANT  DAVID KOONAR'S
REPLY ON HIS
MOTION TO STAY
and
MOTION TO DISMISS BASED ON
FORUM NON-CONVENIENS**

Plaintiff, AMA Multimedia, LLC ("AMA" or "Plaintiff") hereby files this Sur-Reply to Defendant David Koonar's Reply on his Motion to Stay (Doc. 72) and his Motion to Dismiss Based on Forum Non Conveniens (Doc. 74) to address four (4) essential points raised (or avoided) for the first time in the Replies:

**1.** Defendant David Koonar presents first-time arguments and "evidence" that Defendant NetMedia Services, Inc. ("Netmedia") has consistently taken illegal and unauthorized AMA "watermarked" (copyrighted) content.  *See*, Declarations of

Philip Bradbury (Docs. 72-1 and 74-1) to the Replies.[1]  Using these Declarations, Koonar admits that Netmedia took content that AMA had not uploaded, Netmedia "implemented a review process" to specifically review for "watermarks" that indicate copyrighted works, and Netmedia allegedly "assigned" this copyrighted content to AMA's "account" under the Content Partnership Agreement.  *Id*.

This begs the question:  During the last several months of motions/briefing on these issues, ***why are the Defendants only now presenting this argument*** (after the Court has ruled against a Stay and now that jurisdiction is likely to be granted)? [2]

Previously, Defendants argued that "even if" they uploaded AMA's copyrighted content, the Content Partnership Agreement expressly granted them the right to do so.  Now the story has changed.  Now Philip Bradbury provides an extensive story about how Netmedia knowingly "assigned" AMA's copyrighted work, pretending that AMA acquiesced and was paid for the works.  *See*, Doc. 74-1.[3] Defendants' failure to present these assertions before raises serious credibility issues.

---

[1] Although the Motion/Reply are filed for Defendant David Koonar, the Declaration comes from Philip Bradbury, the **Vice President** of Netmedia Services.  David Koonar is the President of Netmedia Services, and it makes no sense why Mr. Koonar, himself, does not attest to the actions of Netmedia Services.  This can only be attributed to the fact that Defendants argue that Mr. Koonar – the highest ranking executive of Netmedia Services – did not "personally participate in" "or even have knowledge of" the alleged infringing activity by Netmedia.  *See*, Doc. 75.

[2] Specifically, Netmedia Services, Inc. should have raised these arguments/facts in its Motion to Dismiss if they were actually true.

[3] Mr. Bradbury confirms that Netmedia implemented the Porn.com "review" system and has been monitoring content on Porn.com since at least 2012.  *Id*.  Netmedia has identified "more than a thousand [AMA] videos" on Porn.com.  *Id*.  Netmedia claims to have paid AMA for videos on Porn.com.  *Id*.  Netmedia claims to be an "affiliate" of GIM Corp. with "common ownership," such that it is running Porn.com under the GIM Content Partnership Agreement.  *Id*.  These are all **direct** **admissions** that Netmedia is, in fact, operating Porn.com and is subject to jurisdiction in this Court.

**2**.     Defendant Koonar confirms that AMA **did not upload or "provide"** GIM Corp. with the content alleged to be infringed in the First Amended Complaint. Even though Defendants now "disclose" some new scheme, pretending that Netmedia somehow "assigns" videos into AMA's user account online and then clandestinely pays AMA revenue generated from these videos, **Defendants ignore the videos listed in the First Amended Complaint**.  Defendants had the prime opportunity to tell this Court, "All of the alleged infringing videos were paid for" (or words to that effect).  Of course they did not do so.  Defendants also failed to provide any actual evidence of payment under this alleged "revenue share" they claim.

Simply put:  this new "story" does not address the First Amended Complaint, and Defendants' "evidence" is not evidence.  This is a manufactured story on ***Reply***.

**3**.     Contrary to Defendants' assertion, AMA did not and has not performed under the Content Partnership Agreement in a way such that videos uploaded by others – either third parties or the Defendants themselves – were to be treated as subject to the Content Partnership Agreement.  That argument is patently false.  AMA only performed under the Agreement whereby video(s) were **provided by AMA to GIM Corp.** under one of the "acceptable methods" of delivery in the Agreement.

Prior to the screenshot presented in Mr. Bradbury's declaration, AMA has never before seen videos listed in its account with the red asterisk.  AMA has never before been advised that Netmedia was "assigning" any content into AMA's account. And, AMA has never before been advised that revenue was being generated on any AMA content other than that which AMA uploaded itself.  *See*, Declaration of Adam Silverman attached here as **Exhibit A**, incorporated by this reference.  *See also, e.g.,* Declaration of David DiMartino attached here as **Exhibit B**, incorporated by this reference (the AMA employee responsible for uploading AMA content to GIM under the Content Partnership Agreement disavows Defendants' newly-pled scheme.)

- 3 -

In addition to AMA's own Declarations, two other industry content producers (who have no stake in this lawsuit) who have Content Partnership Agreement(s) with GIM Corp, just like AMA, confirm that Defendants' new story is false.  *See*, Declaration of Sadiq Muhamed of Paper Street Media, LLC attached as **Exhibit C**, Declaration of Colin Rowntree of Wasteland.com attached as **Exhibit D** and incorporated here by this reference.  Mr. Muhamed confirms that his company has the same CPA with GIM Corp. and that Mr. Bradbury's Declaration is not truthful in describing how the CPA works.  *See*, **Exhibit C**.  The CPA requires Mr. Muhamed to actually "provide" videos to GIM Corp. *Id*.  However, Netmedia is now attempting to take videos from third parties and upload or "assign" them into his account, ignoring the CPA.  *Id*.

Mr. Rowntree, a widely-honored and recognized content producer, who is both published and gives expert opinion(s) on legal adult entertainment industry issues, further confirms that the CPA works as AMA has described.  *See*, **Exhibit D**.  Only promotional content uploaded by the content producer should be displayed.  *Id*. Whether Porn.com receives "watermarked" content from third parties OR whether Netmedia or Porn.com upload videos themselves, Mr. Rowntree "never would have authorized full-length content or non-promotional content to be used on porn.com…." *Id*. at ¶16.

The scheme that Defendants now created is illogical and would not be tolerated by actual content producers in the industry.  *Id*.

**4.**     In his Declaration, Mr. Bradbury claims to have "reviewed the banner ads" (two total banner ads) in Exhibit J to AMA's First Amended Complaint.  (That would have required him to review 2,000 videos to locate the content from where the banners ads came.  It is not even logical that he reviewed 2,000 videos.)  AMA, who has intimate knowledge of its own content, located the promo videos that were

provided to GIM Corp. and confirmed that the content in one of the ad banners is **not** within the promo videos that AMA had provided.[4]   *See*, **Exhibit A** (Silverman Declaration).   AMA did not provide the content to GIM.   *Id*.   The Defendants have now lied **twice** regarding this same infringement.   *Id*.   Originally, Defendants misstated that "third party advertisers" created and uploaded this ad banner content. *See* Doc. 44-1.   Now, Mr. Bradbury misstates that AMA provided the content from which these banner ads were created.   *See*, **Exhibit A**.   Both stories are untruthful.   *Id*.

**Conclusion**

Based on the previous Oppositions (Docs. 66, 68) and this Sur-Reply, sufficient grounds exist that this Court should Deny Defendant David Koonar's Motion to Dismiss for Personal Jurisdiction and for Forum Non-Conveniens (and the alternative Motion to Stay, which has already been denied) (Doc. 49).

Additionally, because Netmedia Services, Inc. has now established that it has explicit and firsthand involvement with the day-to-day operations of www.Porn.com – including a "review process" to locate copyright infringing material on Porn.com – this Court should also deny its pending Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 27).

---

[4] AMA/Adam Silverman was able to verify the content of this banner advertisement, despite that it is only a two (2)-second loop of footage.  While the time is extremely short and the shot is a close-up of an intimate setting making the model unidentifiable, AMA was able to identify the models/actors involved in the shot and trace the footage back to its origin.  That footage does not exist in **any** of the promo videos that AMA provided to GIM Corp., demonstrating that Mr. Bradbury just blatantly misstated the truth in his Declaration.   This is not the first Declaration of Mr. Bradbury that contained conspicuously false statement(s).   AMA believes that Mr. Bradbury, who is ultimately controlled by and works for Mr. Koonar, is being complicit in making these repeated false Declarations, trying to avoid Defendants' jurisdiction and to insulate Mr. Koonar from personal liability in this case.

DATED this 3rd day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By:   /s/ Veronica L. Manolio
          Veronica L. Manolio
          8686 E. San Alberto Dr., Suite 200
          Scottsdale, Arizona 85258
          *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 3rd day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,*
*Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*

By:   /s/ Gina Murphy

EXHIBIT A

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | **DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S SUR-REPLY RE: DEFENDANT DAVID KOONAR'S MOTION TO STAY AND HIS DISMISS AND MOTION TO DISMISS BASED ON FORUM NON-CONVENIENS** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

I, Adam Silverman, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the President of AMA Multimedia, LLC, Plaintiff in this lawsuit.

3. I have reviewed Defendant Koonar's Reply in Support of Motion to Dismiss Based on Forum Non Conveniens as well as the Reply on his request to Stay.

4.   Koonar raises arguments and presents purported facts to support these arguments for the very first time at this late stage, which need to be addressed.

### ***Defendants' New Scheme of "Assigning" Infringed Uploads***

5.   Primarily, Koonar presents a new scheme under which the Porn.com Defendants have taken videos not uploaded by AMA and supposedly "assigned" them to AMA's account established under the Content Partnership Agreement ("CPA") with GIM Corp.  This new argument raises significant matters:

   a.   It is crucial that Koonar now admits how Netmedia and Porn.com utilize content that was NOT uploaded or provided by AMA under the CPA.

   b.   Even if this scheme were true, there is no evidence that the videos AMA has alleged as infringed in this case were "assigned" to the CPA account and subject to this scheme.

6.   AMA was not aware of any such scheme to take AMA content from other sources, whether third party users or the Defendants themselves, and have those videos assigned to the CPA account.  Had AMA been presented with the scheme, AMA would have specifically and clearly denied such use of those videos.   AMA provided *promotional videos* pursuant to the CPA to entice users to join AMA web sites to view full-length videos.  Providing, or assigning, full length videos under the CPA would have been damaging to AMA's business model.

7.   Defendants now assert that Netmedia has been manually reviewing all user-uploaded content on Porn.com since 2012, and evaluating the watermarks[1] to determine if they were unauthorized uploads, as opposed to licensed material provided under the CPA.

---

[1] Watermarks on AMA videos are essentially obvious branding with the original source of the website the content is from on *every second* of the video, clearly identifying us as the copyright owner.  They appear as opening and closing animations to the videos, and a URL in the corners of the videos on every frame or second of the video.

- 2 -

Notably, Defendants have never before disclosed this "system" or scheme throughout the lengthy settlement discussions or in previous pleadings (both here in the U.S. and in Barbados).

8.      If Netmedia found infringing material from a content partner that was not uploaded by a content partner, rather than **deleting** the illegal video, Netmedia made the unilateral decision to treat it as licensed under the CPA.  Netmedia is not even a party to the CPA.

9.      Netmedia never actually disclosed this practice to the AMA, and it directly contradicts the CPA.

10.      I have personally spoken to other content producers (who have provided sworn Declarations in this matter), and they confirm that Netmedia never disclosed this practice/scheme/new "system" to them either, despite that we all provide content to be used on Porn.com.

11.      While Koonar now claims that AMA has been "paid" for infringing videos, I have personally scoured AMA's financial records and documentation and find no evidence of any such payment(s).

12.      Because the Repl(ies) were the **first time** I had ever heard of this policy or alleged feature, I believe it to be a manufactured defense in this litigation.  I personally spoke to my employee (who submitted a Declaration), and he confirms that Porn.com did not have this "assignment" to our CPA account feature previously.  I spoke to other content producers who disavow that it exists.  And, conveniently, Defendants raised this issue on **Reply** assuming we (AMA) could not respond or reply.

13.      I cannot believe that it is an "oversight" or something Defendants have forgotten to mention in the first several briefs/motions that have been filed in this Court. GLP5 and Netmedia had 2 rounds of motions; Sagan had 2 rounds of motions; Koonar and Cyberweb have had an opening round of motions; and all of the Defendants have

1   filed a detailed Barbados Claim against AMA.   This was never raised until just now (on

2   Reply), and conveniently after this Court has denied dismissal against Sagan, Ltd. and

3   has permitted jurisdictional discovery of the Defendants.

4          14.    While Mr. Bradbury's Declaration claims that AMA still has access to (and

5   has recently accessed) its CPA account with Porn.com, that is just simply not true.  AMA

6   can "log in," and has done so on numerous occasions since the inception of this lawsuit.

7   However, when AMA logs in, it is presented with a **new** Content Partnership Agreement

8   for an entirely different company that now operates PaidPerView.com.

9          15.    Unless and until AMA were to agree to the incredulous terms of the new

10  CPA, it remains blocked out of the account.

11         16.    AMA has logged into the Porn.com account several times, ***trying*** to access

12  its data in the account, unsuccessfully.  Defendants have blocked AMA from accessing

13  any information in the account, including previous stats, videos, financial information,

14  and everything in the CPA account.  The account has been like this since late May, which

15  coincides with a drop off in uploading.  (It also coincides with AMA filing this lawsuit.)

16         17.    Mr. Bradbury states in his Declaration, and through the screenshot

17  provided, that when a user would log in to PaidPerView, that user could access a list of

18  videos in the account that provides a specific set of information related to videos,

19  including a numeric video ID, niche, duration, impressions, and revenue. *See*, Doc. 74-1.

20  This information does not allow anyone to clearly identify or preview the video to see

21  what it actually is.  Mr. Bradbury claims a "red asterisk" gives you warning.

22         18.    AMA has ***never seen this alleged feature and subsequent dialog box*** and

23  has ***never*** had the ability to "review, keep or delete" videos as Mr. Bradbury suggests.

24  This feature did not exist previously (if it even does now).

25         19.    In his prior Declaration, Mr. Bradbury claimed that 2,116 videos were

26  "uploaded" to AMA's account with Porn.com.   *See*, Doc. 27-3.  (Only AMA can

- 4 -

"upload" videos to its account, meaning Mr. Bradbury claimed AMA uploaded them.) Now, in his new Declaration, Mr. Bradbury claims that approximately 1,000 of the videos were not uploaded (or not provided by AMA) but were allegedly *assigned* to the CPA account after some third party had uploaded them to Porn.com.  *See*, Doc. 74-1. Mr. Bradbury's testimony has changed significantly.

20.    The "evidence" that accompanies Mr. Bradbury's Declaration shows just **one** *video* in AMA's account, which they ask this Court to presume means they have properly acted and properly paid AMA.  Showing that **one** video, Defendants argue they were entitled to infringe approximately 1,000 AMA videos.

21.    To be specific, the evidence they posted to support this new assertion shows nothing more than **one** video assigned to AMA's account, and that video allegedly earned **$1.28 in the last 6 months**.

22.    Nothing provided in the Reply or Declaration(s) show evidence of any alleged "payments" made to AMA.  The screenshot of $1.28 is nothing more than that – a screenshot.  There is zero proof of any payment.

23.    Even if somehow Defendants paid AMA for the use of third-party-uploaded content (somehow "assigned" to AMA's account), AMA still did not know about this scheme or agree to it.  AMA did not ratify the CPA or accept these unilateral terms. AMA was certainly never advised of this scheme or any such "payments" made to it.

24.    Even if this Court believed every new argument and the newly-manufactured evidence by the Defendants, there is no truth that $1.28 in "shared revenue" can be interpreted as "powerful evidence" that AMA acquiesced to this scheme as the Defendants argue.  This simple screenshot (without backup proof) and the alleged payment of $1.28 in revenue, is not "powerful" to believe Defendants' new story.

25.    AMA had absolutely no knowledge or understanding that it was being compensated for illegal uploads at any time and still questions Defendants' new story.

26.    AMA does not concede that it was ever compensated for the illegally-uploaded or "assigned" videos.  *AMA would have absolutely never allowed or permitted the distribution of illegal videos or the assignment of these videos to its account.*

27.    AMA is not in the business to license its full-length videos for pennies on the dollar, or in the case of the evidence, for $1.28.

### *Defendants' Admissions Regarding the Banner Advertisements*

28.    In addition, the Defendants now acknowledge that the banner advertising infringement was not done by third parties but that they were *internal ads*, manufactured and distributed by the Defendants in ways that were never considered under the CPA and for no financial benefit to AMA. (In originally seeking to defeat jurisdiction, Defendants claimed that the ads were done by third parties.)

29.    Defendant Koonar argues the *internal ads* were created from Content AMA provided.  This is wrong.  One of the banners has an unidentifiable model to the ordinary viewer, however AMA was able to locate the promo video, and the banner edit was not part of any of the footage of that promo video AMA provided to GIM.

30.    Defendant Koonar has remained silent on the infringement as it relates to the images that were used in the design of Porn.com, from which no user could have possibly altered or manipulated those images, specifically the images designers used for specific Categories images, or whether these Categories images were somehow provided. AMA never provided images to GIM; these images were not "provided" by AMA in any manner whatsoever.

### *Defendants Concede Jurisdiction*

31.    Lastly, the Defendants argue they are assignees of the CPA and affiliates to one another.   They establish they are affiliates through superficial testimony not supported by any evidence.  They then argue they are assignees without actually pleading the CPA was assigned.

32.     Regardless that there is NO evidence of "assignment" by GIM Corp. under the CPA (and it is a *Non-Transferable license* agreement, in any event), Mr. Bradbury proves that **Netmedia** is responsible for "reviewing" uploaded content on Porn.com; **Netmedia** assigns videos into AMA's PaidPerView account with GIM; **Netmedia** identified more than 1,000 videos of AMA that contained infringing works and "assigned" them into its account; and, **Netmedia** alleges have paid AMA.  These facts support AMA's argument that Netmedia truly runs www.Porn.com and is subject to U.S. jurisdiction.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of November, 2016 at Las Vegas, Nevada.

_____
Adam Silverman

EXHIBIT B

1  MANOLIO & FIRESTONE, PLC
   8686 E. San Alberto Dr., Suite 200
2  Scottsdale, Arizona 85258
   (480) 222-9100
3  vmanolio@mf-firm.com
   Veronica L. Manolio, SBN 020230
4  *Attorneys for Plaintiff*

5

6

7

8

9

10

11                **UNITED STATES DISTRICT COURT**
12            **IN AND FOR THE DISTRICT OF ARIZONA**

13  AMA MULTIMEDIA, LLC, a Nevada
    limited liability company
14
            Plaintiff,                          **Case No.:  2:16-cv-1269-PHX -DGC**
15
        vs.                                     **DECLARATION OF DAVID**
16                                              **MARTINO IN SUPPORT OF**
    SAGAN LIMITED, a Republic of                **PLAINTIFF AMA MULTIMEDIA,**
17  Seychelles company, individually and d/b/a  **LLC'S SUR-REPLY IN**
    PORN.COM; CYBERWEB LTD. formerly            **OPPOSITION TO DEFENDANT**
18  MXN LTD., a Barbados Company,               **DAVID KOONAR'S MOTION TO**
    individually and d/b/a PORN.COM;            **DISMISS FOR FORUM NON**
19  NETMEDIA SERVICES INC., a Canadian          **CONVENIENS**
    Company, individually and d/b/a Porn.com;
20  GLP 5, Inc., a Michigan Company
    individually and d/b/a Trafficforce.com;
21  DAVID KOONAR, an individual; and John
    Does 1-20,
22
            Defendants.
23

24

25

26

DECLARATION OF DAVID MARTINO IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION
TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM  NON CONVENIENS
1

1

2    I, David DiMartino, declare:

3        1.      I am a United States Citizen, over the age of 18 years old, and make this

4    declaration based upon personal knowledge and, if called to testify could and would

5    testify competently to the facts set forth herein.

6        2.      I am an employee of AMA Multimedia, LLC, Plaintiff in this lawsuit, and

7    have been since 2014.

8        3.      One of my job duties for AMA has been to upload content to

9    PaidPerView.com pursuant to the Content Partnership Agreement for display of AMA

10   promotional content on Porn.com.  In addition, I monitor AMA's account with

11   PaidPerView.com.

12       4.      I would only upload promotional materials, which would at most be

13   approximately 13 minutes in length.

14       5.      Pursuant to my duties, I accessed AMA's account on PaidPerView.com at

15   least three times per week.

16       6.      My ability to access AMA's account was blocked in May 2016.  While I

17   can still enter my log in credentials, I am immediately confronted with a new Content

18   Partnership Agreement (with a new company listed as the Licensee).  Unless I agree to

19   the terms of the agreement, I am not provided access to the actual account data. I cannot

20   review the data and cannot upload content.  AMA will not agree to the new presented

21   CPA, and thus we are not provided access to the account.

22       7.      When I did have access to AMA's account, each time I accessed the

23   account, I reviewed the list of videos in the account.  If I had seen a video that exceeded

24   the length of our promotional videos, I would have noticed and immediately addressed

25

26

1  the issue.  At no time did I ever see any videos that exceeded the length of our

2  promotional videos.

3       8.     Also, I never saw any videos listed with a red asterisk.  I have reviewed the

4  screen shot in Mr. Bradbury's declaration showing a list of videos, one with a red

5  asterisk.  This simply did not exist on AMA's account at any time prior to May 2016, at

6  which time AMA was blocked access to the account.

7       9.     At no time was I advised through any feature on the account, whether it be

8  a message or banner, or any other medium, that AMA content uploaded on Porn.com by

9  third party users were being assigned to AMA's CPA account or in any way being used

10 to generate revenue.  Mr. Bradbury's declaration is the first time that I ever heard of such

11 a scheme.

12

13      I declare under the penalty of perjury under the laws of the United States of

14 America that the foregoing is true and correct.

15      Execute on the 31st day of October 2016 at Las Vegas, Nevada.

16

17

18                                                          David DiMartino

19

20

21

22

23

24

25

26

EXHIBIT C

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

AMA MULTIMEDIA, LLC, a Nevada
limited liability company

        Plaintiff,

        vs.

SAGAN LIMITED, a Republic of
Seychelles company, individually and d/b/a
PORN.COM; CYBERWEB LTD. formerly
MXN LTD., a Barbados Company,
individually and d/b/a PORN.COM;
NETMEDIA SERVICES INC., a Canadian
Company, individually and d/b/a Porn.com;
GLP 5, Inc., a Michigan Company
individually and d/b/a Trafficforce.com;
DAVID KOONAR, an individual; and John
Does 1-20,

        Defendants.

Case No.:  2:16-cv-1269-PHX -DGC

**DECLARATION OF SADIQ
MUHAMED IN SUPPORT OF
PLAINTIFF AMA MULTIMEDIA,
LLC'S SUR-REPLY IN
OPPOSITION TO DEFENDANT
DAVID KOONAR'S MOTION TO
DISMISS FOR FORUM NON
CONVENIENS**

I, Sadiq Muhamed, declare:

    1.    I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am the President and owner of Paper Street Media ("PSM"), LLC, and have been since 2001.

3.     Paper Street Media, LLC is a producer of adult-oriented content, and a Florida corporation.

4.     PSM operated subscription-based websites to consumers.  Once consumers purchase a membership to a PSM website, the consumers are given login credentials to access and download our full-length scenes.

5.     PSM has the same type of Content Partnership Agreement ("CPA") with GIM Corp. as AMA does.   PSM utilizes the PaidPerView system and provided promotional or sample videos to GIM Corp.

6.     I have reviewed Mr. Bradbury's declaration, where he alleges that Netmedia reviews all user-posted content, and assigns infringing videos to content partner's accounts on PaidPerView.

7.     I have never been informed by the Defendants or have had knowledge that the Defendants are compensating PSM in any way for any third-party user-uploaded videos.   This is the first time I have ever heard of any such scheme as it relates to PaidPerView.com and Porn.com.

8.     I would never allow the licensing or distribution of PSM's full-length videos on the same financial terms as outlined by the CPA.

9.     I find it troubling and highly inappropriate that the Defendants in this case would assume it is an acceptable business practice to publish pirated PSM videos as if it were licensed under the CPA and provided by PSM.  Copyright infringement and piracy is a huge problem for PSM, and a direct threat to PSM's business model.

10.    My ability to access PSM's account was blocked in May 2016.  While I can still enter my log in credentials, I am immediately confronted with a new Content Partnership Agreement (with a new company listed as the Licensee).  Unless I agree to

the terms of the agreement, I am not provided access to the actual account data. I cannot review the data and cannot upload content. PSM will not agree to the new presented CPA, and thus we are not provided access to the account.

11. When a video *is* directly provided by PSM, directly underneath the video player options there is advertising, including a graphical banner that was provided by PSM to GIM Corp to direct web traffic to the corresponding PSM websites for the content provided.

12. *Currently,* videos that are now "assigned" to the account, that were not provided by PSM also have this advertising. I can tell that *very recent* video uploads that PSM did not provide are being treated in this way and must have been "assigned" to the account because of this advertising. I cannot go into the account myself and confirm the red asterisk because I am effectively locked out of the account.

13. Attached as EXHIBIT A is an example of a very recent PSM video, from approximately one week ago, that PSM did not provide, but must have been "assigned" to our account as it contains the advertising we provided to PPV.

14. This is the first time I have seen a video that PSM did not provide "assigned" to our account.

15. However, at all times prior to when PSM was locked out of its CPA account (May 2016), user uploaded videos were not assigned with this advertising and there were no red asterisks observed in PSM's CPA account.

16. On December 5, 2015, PSM documented 36 full-length videos that were not provided by PSM, but were allegedly uploaded by third party users.

17. Of the 36 documented infringements, you can make out the advertising on 7 of the videos. Out of these 7 videos where you can see the advertising, all 7, or 100% of them contain internal ads promoting the Porn.com Premium Member's area, as opposed to advertising for the corresponding PSM websites, which PSM provided to

1   PaidPerView.   Thus, these videos were NOT assigned to the PSM account.

2        18.   Attached as EXHIBIT B is these 7 videos that were purportedly uploaded
3   by users that do not contain PSM's advertising that was provided through the PSM
4   PaidPerView account.

5        19.   All the videos clearly contain our watermarks.  None of the videos contain
6   our advertising or were assigned to our account.  I do not believe PSM was ever
7   compensated for these videos.

8        20.   The other 29 videos you simply cannot make out the advertising because
9   the screenshot ends before the advertising occurs.

10        21.   Attached as EXHIBIT C is the other 29 videos, where you simply cannot
11   see the advertising and whether the video was assigned to PSM's PaidPerView account.

12        22.   If Netmedia has been reviewing all user-posted content for watermarks, and
13   assigning those third-party user posted videos to our account as a content partner, then
14   this would have had to start after December 5, 2015, when the screenshots provided were
15   recorded.

16        23.   It is my belief that any alleged third-party user videos that were "assigned"
17   to PSM's PaidPerView account has only started happening very recently, from after PSM
18   was locked out of the account or May of 2016.

19        24.   It was never disclosed to PSM by the Defendants that user-posted videos
20   would be treated as licensed and provided by PSM under the CPA.

21
22        I declare under the penalty of perjury under the laws of the United States of
    America that the foregoing is true and correct.
23
24        Executed on the 3rd day of November 2016 at Miami, Florida.

25

26                        Sadiq Muhamed

# EXHIBIT A
## TO DECLARATION OF
## SADIQ MUHAMED



# EXHIBIT B
## TO DECLARATION OF
## SADIQ MUHAMED



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com Premium Membership Area, not a PSM website, or any advertising provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.

11/2/2016



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com Premium Membership Area, not a PSM website, or any advertising provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com Premium Membership Area, not a PSM website, or any advertising provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.

# EXHIBIT C
## TO DECLARATION OF
## SADIQ MUHAMED

























































# EXHIBIT D

1  MANOLIO & FIRESTONE, PLC
   8686 E. San Alberto Dr., Suite 200
2  Scottsdale, Arizona 85258
   (480) 222-9100
3  vmanolio@mf-firm.com
   Veronica L. Manolio, SBN 020230
4  *Attorneys for Plaintiff*

5

6

7               **UNITED STATES DISTRICT COURT**
                **IN AND FOR THE DISTRICT OF ARIZONA**
8

9  AMA MULTIMEDIA, LLC, a Nevada
   limited liability company
10
              Plaintiff,                    **Case No.:  2:16-cv-1269-PHX -DGC**
11
        vs.                                 **DECLARATION OF COLIN**
12                                          **ROWNTREE IN SUPPORT OF**
   SAGAN LIMITED, a Republic of             **PLAINTIFF AMA MULTIMEDIA,**
13 Seychelles company, individually and d/b/a  **LLC'S SUR-REPLY IN**
   PORN.COM; CYBERWEB LTD. formerly         **OPPOSITION TO DEFENDANT**
14 MXN LTD., a Barbados Company,            **DAVID KOONAR'S MOTION TO**
   individually and d/b/a PORN.COM;         **DISMISS FOR FORUM NON**
15 NETMEDIA SERVICES INC., a Canadian       **CONVENIENS**
   Company, individually and d/b/a Porn.com;
16 GLP 5, Inc., a Michigan Company
   individually and d/b/a Trafficforce.com;
17 DAVID KOONAR, an individual; and John
   Does 1-20,
18
              Defendants.
19

20

21

22  I, Colin Rowntree declare:

23        1.    I am a United States Citizen, over the age of 18 years old, and make this

24  declaration based upon personal knowledge and, if called to testify could and would

25  testify competently to the facts set forth herein.

26

2.     I am the founder and CEO of Wasteland.com, the Internet's oldest and most popular BDSM and alternative sexuality site and our affiliate program SpiceCash.

3.     Since launching Wasteland.com on a dark and stormy night in 1994, I have developed a network of sites that encompasses the full breadth of adult business sectors, from content production and distribution to affiliate program management, mobile content delivery to transaction processing, just to name a handful.

4.     Over the course of the past 21 years, I have produced, directed, and distributed over various mediums over 500 adult entertainment movies ranging from bdsm and fetish, to FemBot Science Fiction, and am co-producer of a popular erotic entertainment movie site - sssh.com.

5.     I have enjoyed many honors and recognitions over the years from adult industry media outlets and trade organizations, including my 2011 induction to the Adult Video News (AVN) Hall of Fame and the Industry Leadership Award from the Free Speech Coalition (FSC) among others.

6.     I am published and requested by major mainstream and adult news outlets to provide opinions on various issues and topics related to the legal adult entertainment industry.

7.     Beginning on December 8, 2014 Ross Allan from the email address Ross@netmsi.com sent me an email in follow-up to a conversation we had about joining the PaidPerView.com affiliate program whereby videos, that I provided, would be made available, "across [their] network of self-owned sites." This network includes the website Porn.com.

8.     In addition to Ross, I have also corresponded with Kris Richardson from email kris@porn.com and Glen from email glen@netmsi.com.

9.    On December 8, 2014, Kris emailed to inform me that he joined my Spicecash.com affiliate program and signed up "for an affiliate account under "MXN123"."

10.    I joined the PaidPerView.com Content Partnership Program (like AMA) on December 9, 2014, and Glen sent me an email approving my account.

11.    I only uploaded promotional content that was not more than nine minutes in length. I also uploaded a banner for use in association with the content and provided an affiliate link so that we could track and make payment for any sales.

12.    On or about November 1, 2016 I logged into my account at paidperview.com. I was immediately confronted with a Content Partnership Agreement that I had to agree to in order to proceed into the account to see any reporting.

13.    I did not see any videos in the account. If I had seen a video that exceeded the length of our promotional videos, I would have noticed and immediately addressed the issue.

14.    I never saw any videos listed in the account with a red asterisk.

15.    At no time was I advised through any feature on the account, whether it be a message or any other mechanism, that Wasteland/Spicecash content uploaded on Porn.com by third party users were being assigned to Wasteland's CPA account or in any way being used to generate revenue.

16.    I never would have authorized full-length content or non-promotional content to be used on porn.com without understanding of how our company would be compensated and without a clear accounting and email communication to the same.

17.    Further, and due in no small part to laws associated with the distribution of content and especially as it may relate to distribution of bdsm and fetish content, I never would have authorized the use of our content if it was uploaded by a third party.

1    I declare under the penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.

3        Executed on this 3rd day of November, 2016.

4

5                                    _____

6                                    Colin Rowntree

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF COLIN ROWNTREE IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO
DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM  NON CONVENIENS
4

# EXHIBIT A

## TO DECLARATION OF

## COLIN ROWNTREE

From: **Rowntree** <rowntree2007@gmail.com>
Date: Sun, Dec 28, 2014 at 2:20 PM
Subject: Re: PPV Introduction/Setup
To: Glen <glen@netmsi.com>


Hi Glen,
I uploaded several new movies today.
Noticed that a lot of the original batch are still unscheduled from several weeks ago.
Am I missing a step on getting these cued for release?

Best Regards,
Colin at Wasteland

On Thu, Dec 18, 2014 at 2:49 PM, Glen <glen@netmsi.com> wrote:
i would send it over if i had it..  Phil still isn't back so no word yet.


On 12/18/14 2:48 PM, Rowntree wrote:
Making some progress, but it's a bit of a game of whack-a-mole for finding what your "bad words" are. for instance, "domination" seems to be a bad word.

Is there a way you can quietly send me your bad word list to move our process along a little faster.
100% promise not to share that with anyone! :-)

Best Regards,
Colin


p.s. I am moderating a bunch of seminars at both the AVN and XBiz shows and when the topic comes up of ethical tubes, I plan on using paidperview model as a far better alternative for producers than "those other ones" (wink wink, nod nod).  The revshare with content partners for CPM is simply brilliant and makes this entire tube thing much more beneficial to studios.

On Thu, Dec 18, 2014 at 1:19 PM, Glen <glen@netmsi.com> wrote:
awesome, lets go with that for the short term if possible,  I'll find out more on whether we can lift that ban or not today though.

On 12/18/14 1:18 PM, Rowntree wrote:
Yep, that did the trick:
this one went through:  "Bondage Sex Swing Hardcore Fetish Sex and Submission"

See if bdsm can be removed though.  It's a very popular keyword.

Best Regards,
Colin

On Thu, Dec 18, 2014 at 1:16 PM, Rowntree <rowntree2007@gmail.com> wrote:
Thanks, Glen.
I'll give it a try without that word and see what happens.

Best Regards,
Colin

On Thu, Dec 18, 2014 at 1:07 PM, Glen <glen@netmsi.com> wrote:
currently bdsm is a banned word on our global list.  I have to ask around to see if we can get that
removed or if there is some legal reason behind it.  Honestly i can't see why it would be an issue
here, even with the new uk laws passing this doesn't effect things like descriptions, just
production.

Glen

On 12/18/14 12:11 PM, Rowntree wrote:
"BDSM Sex Swing Hardcore Bondage Sex and Submission"

any banned words in there?

Thanks!
Colin

On Thu, Dec 18, 2014 at 11:45 AM, Glen <glen@netmsi.com> wrote:
could be a banned word again,

what was the title?

On 12/18/14 11:45 AM, Rowntree wrote:
Hi Kris,
I logged out and logged back in using Firefox for Mac today to try another Wasteland video
upload that had never been tried before and got the same error message:
"Could not commit upload: Please enter a different title for this upload"

Any ideas on what I should do to get you more content?

Best Regards,
Colin

On Thu, Dec 11, 2014 at 2:05 PM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

I've been in touch with Glen and he's working with the team to resolve this. They think they
know what the issue is and we'll get back to you as quickly as we can.

K

On Dec 11, 2014, at 11:03 AM, Rowntree <rowntree2007@gmail.com> wrote:

Thanks.
I've tried two more for the "wasteland" site and channel and they are all returning the same error, although completely different vids, titles and metadata.

What's odd is that the "porn for women" site/channel is working fine.

Thoughts?
Colin

On Thu, Dec 11, 2014 at 1:55 PM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

that duplication error is on our side likely from a failed upload. The system is reading metadata so changing the filename won't affect it. I'll chat with Glen and get that cleared for you.

Are you able to upload a different video as the "2nd" video ?

Cheers,

Kris


On Dec 11, 2014, at 10:53 AM, Rowntree <rowntree2007@gmail.com> wrote:

Hi Kris,
I gave it another shot on uploading wasteland videos just now.
The first one goes up fine, but when trying to do another one with a totally different filename and title, i get the same error message about duplicate name and to try a different name.

This time I tried it on Firefox, and it's doing the same errors as on Chrome.

Thoughts?
Colin

On Wed, Dec 10, 2014 at 2:51 AM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

sorry have been in the air all day. Spice cash has been approved along with your sites. Thank you for inputting the proper link code to make it quick and painless.

Let me know if I can be of any further help. You shouldn't get any errors uploading, try the cliche reboot or switch browsers to get around it.

I've taken Ross out of the CC as he doesn't need to be pinged with all these messages.

Cheers,

Kris

On Dec 9, 2014, at 11:52 AM, Rowntree <rowntree2007@gmail.com> wrote:

Thanks, Ross.
Question:  I am in there now setting up wasteland, and added the affiliate program, spicecash.
it is now saying "Your request to link **Spicecash.com** to your account has been successfully sent. We will review your request and take action to approve your request shortly."

What's my next step?

thanks!
Colin

On Tue, Dec 9, 2014 at 11:07 AM, Ross Allan <ross@netmsi.com> wrote:
Hey Colin,

The under player banner size is 200x80, I forgot to mention that to you yesterday.

On Tue, Dec 9, 2014 at 10:58 AM, Glen <glen@netmsi.com> wrote:
Approved ;)


On 12/09/14 10:57 AM, Rowntree wrote:
Hi guys,
Your wasteland/spicecash affiliate account has been approved.
I signed up for paidperview just now. username = wasteland
Let me know when my account is approved so i can go into the admin area and start uploading video clips and figure out what I need to prepare for underplayer banners, etc.

Thanks!
Colin

On Mon, Dec 8, 2014 at 3:52 PM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

great to e-meet you and welcome to Paid per View. Your Wasteland content is great and should do well.

 I signed us up for an affiliate account under "mxn123" and I think it's waiting on approval. I'm traveling a bit this week but am available on email should anything come up.

Looking forward to seeing your videos up on Porn.com

Regards,

Kris

On Dec 8, 2014, at 4:13 PM, Ross Allan <ross@netmsi.com> wrote:

Hi Colin,

Great chatting to you again, been so long. As promised, I'd like to introduce you to Kris and Glen who run www.paidperview.com - they can help you get set up to send your content to us for **listing across our network of self owned sites.** Just go to the site and register, Glen handles approvals and general questions so he will approve it for you in no time. Kris will have to get an affiliate account at your program to allow us to send affiliate traffic, perhaps you can direct him there.

Kris, Glen, this is Colin, owner of www.wasteland.com - he has some great bdsm content he would like to upload to porn.com. I've filled Colin in on the jist of PPV but perhaps you guys could give him the exactly info in relation to % of ad rev share he gets for certain length videos and so on?

Thanks in advance.


--
Ross Allan
Traffic Force
ICQ: 164643450
Skype: Rosscoe17