**EXHIBIT B**

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br>Defendants. | **Case No.: 2:16-cv-1269-PHX -DGC**<br><br>**DECLARATION OF DAVID MARTINO IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S SUR-REPLY IN OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM NON CONVENIENS** |

I, David DiMartino, declare:

1. I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am an employee of AMA Multimedia, LLC, Plaintiff in this lawsuit, and have been since 2014.

3. One of my job duties for AMA has been to upload content to PaidPerView.com pursuant to the Content Partnership Agreement for display of AMA promotional content on Porn.com. In addition, I monitor AMA's account with PaidPerView.com.

4. I would only upload promotional materials, which would at most be approximately 13 minutes in length.

5. Pursuant to my duties, I accessed AMA's account on PaidPerView.com at least three times per week.

6. My ability to access AMA's account was blocked in May 2016. While I can still enter my log in credentials, I am immediately confronted with a new Content Partnership Agreement (with a new company listed as the Licensee). Unless I agree to the terms of the agreement, I am not provided access to the actual account data. I cannot review the data and cannot upload content. AMA will not agree to the new presented CPA, and thus we are not provided access to the account.

7. When I did have access to AMA's account, each time I accessed the account, I reviewed the list of videos in the account. If I had seen a video that exceeded the length of our promotional videos, I would have noticed and immediately addressed

DECLARATION OF DAVID MARTINO IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM NON CONVENIENS

2

the issue. At no time did I ever see any videos that exceeded the length of our promotional videos.

8. Also, I never saw any videos listed with a red asterisk. I have reviewed the screen shot in Mr. Bradbury's declaration showing a list of videos, one with a red asterisk. This simply did not exist on AMA's account at any time prior to May 2016, at which time AMA was blocked access to the account.

9. At no time was I advised through any feature on the account, whether it be a message or banner, or any other medium, that AMA content uploaded on Porn.com by third party users were being assigned to AMA's CPA account or in any way being used to generate revenue. Mr. Bradbury's declaration is the first time that I ever heard of such a scheme.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 31st day of October 2016 at Las Vegas, Nevada.

David DiMartino

DECLARATION OF DAVID MARTINO IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM NON CONVENIENS

3