EXHIBIT C

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

AMA MULTIMEDIA, LLC, a Nevada
limited liability company

        Plaintiff,

        vs.

SAGAN LIMITED, a Republic of
Seychelles company, individually and d/b/a
PORN.COM; CYBERWEB LTD. formerly
MXN LTD., a Barbados Company,
individually and d/b/a PORN.COM;
NETMEDIA SERVICES INC., a Canadian
Company, individually and d/b/a Porn.com;
GLP 5, Inc., a Michigan Company
individually and d/b/a Trafficforce.com;
DAVID KOONAR, an individual; and John
Does 1-20,

        Defendants.

Case No.:  2:16-cv-1269-PHX -DGC

**DECLARATION OF SADIQ
MUHAMED IN SUPPORT OF
PLAINTIFF AMA MULTIMEDIA,
LLC'S SUR-REPLY IN
OPPOSITION TO DEFENDANT
DAVID KOONAR'S MOTION TO
DISMISS FOR FORUM NON
CONVENIENS**

    I, Sadiq Muhamed, declare:

    1.    I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am the President and owner of Paper Street Media ("PSM"), LLC, and have been since 2001.

3.     Paper Street Media, LLC is a producer of adult-oriented content, and a Florida corporation.

4.     PSM operated subscription-based websites to consumers.  Once consumers purchase a membership to a PSM website, the consumers are given login credentials to access and download our full-length scenes.

5.     PSM has the same type of Content Partnership Agreement ("CPA") with GIM Corp. as AMA does.  PSM utilizes the PaidPerView system and provided promotional or sample videos to GIM Corp.

6.     I have reviewed Mr. Bradbury's declaration, where he alleges that Netmedia reviews all user-posted content, and assigns infringing videos to content partner's accounts on PaidPerView.

7.     I have never been informed by the Defendants or have had knowledge that the Defendants are compensating PSM in any way for any third-party user-uploaded videos.  This is the first time I have ever heard of any such scheme as it relates to PaidPerView.com and Porn.com.

8.     I would never allow the licensing or distribution of PSM's full-length videos on the same financial terms as outlined by the CPA.

9.     I find it troubling and highly inappropriate that the Defendants in this case would assume it is an acceptable business practice to publish pirated PSM videos as if it were licensed under the CPA and provided by PSM.  Copyright infringement and piracy is a huge problem for PSM, and a direct threat to PSM's business model.

10.     My ability to access PSM's account was blocked in May 2016.  While I can still enter my log in credentials, I am immediately confronted with a new Content Partnership Agreement (with a new company listed as the Licensee).  Unless I agree to

the terms of the agreement, I am not provided access to the actual account data. I cannot review the data and cannot upload content. PSM will not agree to the new presented CPA, and thus we are not provided access to the account.

11. When a video *is* directly provided by PSM, directly underneath the video player options there is advertising, including a graphical banner that was provided by PSM to GIM Corp to direct web traffic to the corresponding PSM websites for the content provided.

12. *Currently,* videos that are now "assigned" to the account, that were not provided by PSM also have this advertising. I can tell that *very recent* video uploads that PSM did not provide are being treated in this way and must have been "assigned" to the account because of this advertising. I cannot go into the account myself and confirm the red asterisk because I am effectively locked out of the account.

13. Attached as EXHIBIT A is an example of a very recent PSM video, from approximately one week ago, that PSM did not provide, but must have been "assigned" to our account as it contains the advertising we provided to PPV.

14. This is the first time I have seen a video that PSM did not provide "assigned" to our account.

15. However, at all times prior to when PSM was locked out of its CPA account (May 2016), user uploaded videos were not assigned with this advertising and there were no red asterisks observed in PSM's CPA account.

16. On December 5, 2015, PSM documented 36 full-length videos that were not provided by PSM, but were allegedly uploaded by third party users.

17. Of the 36 documented infringements, you can make out the advertising on 7 of the videos. Out of these 7 videos where you can see the advertising, all 7, or 100% of them contain internal ads promoting the Porn.com Premium Member's area, as opposed to advertising for the corresponding PSM websites, which PSM provided to

1  PaidPerView.   Thus, these videos were NOT assigned to the PSM account.

2       18.   Attached as EXHIBIT B is these 7 videos that were purportedly uploaded

3  by users that do not contain PSM's advertising that was provided through the PSM

4  PaidPerView account.

5       19.   All the videos clearly contain our watermarks.  None of the videos contain

6  our advertising or were assigned to our account.  I do not believe PSM was ever

7  compensated for these videos.

8       20.   The other 29 videos you simply cannot make out the advertising because

9  the screenshot ends before the advertising occurs.

10       21.   Attached as EXHIBIT C is the other 29 videos, where you simply cannot

11  see the advertising and whether the video was assigned to PSM's PaidPerView account.

12       22.   If Netmedia has been reviewing all user-posted content for watermarks, and

13  assigning those third-party user posted videos to our account as a content partner, then

14  this would have had to start after December 5, 2015, when the screenshots provided were

15  recorded.

16       23.   It is my belief that any alleged third-party user videos that were "assigned"

17  to PSM's PaidPerView account has only started happening very recently, from after PSM

18  was locked out of the account or May of 2016.

19       24.   It was never disclosed to PSM by the Defendants that user-posted videos

20  would be treated as licensed and provided by PSM under the CPA.

21

22       I declare under the penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

23

     Executed on the 3rd day of November 2016 at Miami, Florida.

24

25

26                               Sadiq Muhamed

# EXHIBIT A
## TO DECLARATION OF
## SADIQ MUHAMED



# EXHIBIT B
# TO DECLARATION OF
# SADIQ MUHAMED



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com
Premium Membership Area, not a PSM website, or any advertising
provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.



Video has a PSM Watermark. Video is advertising the Porn.com Premium Membership Area, not a PSM website, or any advertising provided by PSM through its PaidPerView.com account.
Documented December 5, 2015.

# EXHIBIT C
## TO DECLARATION OF
## SADIQ MUHAMED

























































