# EXHIBIT D

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | Case No.: 2:16-cv-1269-PHX -DGC<br><br>**DECLARATION OF COLIN ROWNTREE IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S SUR-REPLY IN OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM NON CONVENIENS** |

I, Colin Rowntree declare:

1.  I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am the founder and CEO of Wasteland.com, the Internet's oldest and most popular BDSM and alternative sexuality site and our affiliate program SpiceCash.

3. Since launching Wasteland.com on a dark and stormy night in 1994, I have developed a network of sites that encompasses the full breadth of adult business sectors, from content production and distribution to affiliate program management, mobile content delivery to transaction processing, just to name a handful.

4. Over the course of the past 21 years, I have produced, directed, and distributed over various mediums over 500 adult entertainment movies ranging from bdsm and fetish, to FemBot Science Fiction, and am co-producer of a popular erotic entertainment movie site - sssh.com.

5. I have enjoyed many honors and recognitions over the years from adult industry media outlets and trade organizations, including my 2011 induction to the Adult Video News (AVN) Hall of Fame and the Industry Leadership Award from the Free Speech Coalition (FSC) among others.

6. I am published and requested by major mainstream and adult news outlets to provide opinions on various issues and topics related to the legal adult entertainment industry.

7. Beginning on December 8, 2014 Ross Allan from the email address Ross@netmsi.com sent me an email in follow-up to a conversation we had about joining the PaidPerView.com affiliate program whereby videos, that I provided, would be made available, "across [their] network of self-owned sites." This network includes the website Porn.com.

8. In addition to Ross, I have also corresponded with Kris Richardson from email kris@porn.com and Glen from email glen@netmsi.com.

9. On December 8, 2014, Kris emailed to inform me that he joined my Spicecash.com affiliate program and signed up "for an affiliate account under "MXN123"."

10. I joined the PaidPerView.com Content Partnership Program (like AMA) on December 9, 2014, and Glen sent me an email approving my account.

11. I only uploaded promotional content that was not more than nine minutes in length. I also uploaded a banner for use in association with the content and provided an affiliate link so that we could track and make payment for any sales.

12. On or about November 1, 2016 I logged into my account at paidperview.com. I was immediately confronted with a Content Partnership Agreement that I had to agree to in order to proceed into the account to see any reporting.

13. I did not see any videos in the account. If I had seen a video that exceeded the length of our promotional videos, I would have noticed and immediately addressed the issue.

14. I never saw any videos listed in the account with a red asterisk.

15. At no time was I advised through any feature on the account, whether it be a message or any other mechanism, that Wasteland/Spicecash content uploaded on Porn.com by third party users were being assigned to Wasteland's CPA account or in any way being used to generate revenue.

16. I never would have authorized full-length content or non-promotional content to be used on porn.com without understanding of how our company would be compensated and without a clear accounting and email communication to the same.

17. Further, and due in no small part to laws associated with the distribution of content and especially as it may relate to distribution of bdsm and fetish content, I never would have authorized the use of our content if it was uploaded by a third party.

DECLARATION OF COLIN ROWNTREE IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM  NON CONVENIENS

3

1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on this 3rd day of November, 2016.

  _____
  Colin Rowntree

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF COLIN ROWNTREE IN SUPPORT OF PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT DAVID KOONAR'S MOTION TO DISMISS FOR FORUM  NON CONVENIENS
4

# EXHIBIT A
# TO DECLARATION OF
# COLIN ROWNTREE

From: **Rowntree** <rowntree2007@gmail.com>
Date: Sun, Dec 28, 2014 at 2:20 PM
Subject: Re: PPV Introduction/Setup
To: Glen <glen@netmsi.com>


Hi Glen,
I uploaded several new movies today.
Noticed that a lot of the original batch are still unscheduled from several weeks ago.
Am I missing a step on getting these cued for release?

Best Regards,
Colin at Wasteland

On Thu, Dec 18, 2014 at 2:49 PM, Glen <glen@netmsi.com> wrote:
i would send it over if i had it..  Phil still isn't back so no word yet.


On 12/18/14 2:48 PM, Rowntree wrote:
Making some progress, but it's a bit of a game of whack-a-mole for finding what your "bad words" are. for instance, "domination" seems to be a bad word.

Is there a way you can quietly send me your bad word list to move our process along a little faster.
100% promise not to share that with anyone! :-)

Best Regards,
Colin

p.s. I am moderating a bunch of seminars at both the AVN and XBiz shows and when the topic comes up of ethical tubes, I plan on using paidperview model as a far better alternative for producers than "those other ones" (wink wink, nod nod).  The revshare with content partners for CPM is simply brilliant and makes this entire tube thing much more beneficial to studios.

On Thu, Dec 18, 2014 at 1:19 PM, Glen <glen@netmsi.com> wrote:
awesome, lets go with that for the short term if possible,  I'll find out more on whether we can lift that ban or not today though.

On 12/18/14 1:18 PM, Rowntree wrote:
Yep, that did the trick:
this one went through:  "Bondage Sex Swing Hardcore Fetish Sex and Submission"

See if bdsm can be removed though.  It's a very popular keyword.

Best Regards,
Colin

On Thu, Dec 18, 2014 at 1:16 PM, Rowntree <rowntree2007@gmail.com> wrote:
Thanks, Glen.
I'll give it a try without that word and see what happens.

Best Regards,
Colin

On Thu, Dec 18, 2014 at 1:07 PM, Glen <glen@netmsi.com> wrote:
currently bdsm is a banned word on our global list.  I have to ask around to see if we can get that removed or if there is some legal reason behind it.  Honestly i can't see why it would be an issue here, even with the new uk laws passing this doesn't effect things like descriptions, just production.

Glen


On 12/18/14 12:11 PM, Rowntree wrote:
"BDSM Sex Swing Hardcore Bondage Sex and Submission"

any banned words in there?

Thanks!
Colin

On Thu, Dec 18, 2014 at 11:45 AM, Glen <glen@netmsi.com> wrote:
could be a banned word again,

what was the title?


On 12/18/14 11:45 AM, Rowntree wrote:
Hi Kris,
I logged out and logged back in using Firefox for Mac today to try another Wasteland video upload that had never been tried before and got the same error message:
"Could not commit upload: Please enter a different title for this upload"

Any ideas on what I should do to get you more content?

Best Regards,
Colin

On Thu, Dec 11, 2014 at 2:05 PM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

I've been in touch with Glen and he's working with the team to resolve this. They think they know what the issue is and we'll get back to you as quickly as we can.

K

On Dec 11, 2014, at 11:03 AM, Rowntree <rowntree2007@gmail.com> wrote:

Thanks.
I've tried two more for the "wasteland" site and channel and they are all returning the same error, although completely different vids, titles and metadata.

What's odd is that the "porn for women" site/channel is working fine.

Thoughts?
Colin

On Thu, Dec 11, 2014 at 1:55 PM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

that duplication error is on our side likely from a failed upload. The system is reading metadata so changing the filename won't affect it. I'll chat with Glen and get that cleared for you.

Are you able to upload a different video as the "2nd" video ?

Cheers,

Kris


On Dec 11, 2014, at 10:53 AM, Rowntree <rowntree2007@gmail.com> wrote:

Hi Kris,
I gave it another shot on uploading wasteland videos just now.
The first one goes up fine, but when trying to do another one with a totally different filename and title, i get the same error message about duplicate name and to try a different name.

This time I tried it on Firefox, and it's doing the same errors as on Chrome.

Thoughts?
Colin

On Wed, Dec 10, 2014 at 2:51 AM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

sorry have been in the air all day. Spice cash has been approved along with your sites. Thank you for inputting the proper link code to make it quick and painless.

Let me know if I can be of any further help. You shouldn't get any errors uploading, try the cliche reboot or switch browsers to get around it.

I've taken Ross out of the CC as he doesn't need to be pinged with all these messages.

Cheers,

Kris

On Dec 9, 2014, at 11:52 AM, Rowntree <rowntree2007@gmail.com> wrote:

Thanks, Ross.
Question:  I am in there now setting up wasteland, and added the affiliate program, spicecash. it is now saying "Your request to link **Spicecash.com** to your account has been successfully sent. We will review your request and take action to approve your request shortly."

What's my next step?

thanks!
Colin

On Tue, Dec 9, 2014 at 11:07 AM, Ross Allan <ross@netmsi.com> wrote:
Hey Colin,

The under player banner size is 200x80, I forgot to mention that to you yesterday.

On Tue, Dec 9, 2014 at 10:58 AM, Glen <glen@netmsi.com> wrote:
Approved ;)


On 12/09/14 10:57 AM, Rowntree wrote:
Hi guys,
Your wasteland/spicecash affiliate account has been approved.
I signed up for paidperview just now. username = wasteland
Let me know when my account is approved so i can go into the admin area and start uploading video clips and figure out what I need to prepare for underplayer banners, etc.

Thanks!
Colin

On Mon, Dec 8, 2014 at 3:52 PM, Kris Richardson <kris@porn.com> wrote:
Hi Colin,

great to e-meet you and welcome to Paid per View. Your Wasteland content is great and should do well.

I signed us up for an affiliate account under "mxn123" and I think it's waiting on approval. I'm traveling a bit this week but am available on email should anything come up.

Looking forward to seeing your videos up on Porn.com

Regards,

Kris

On Dec 8, 2014, at 4:13 PM, Ross Allan <ross@netmsi.com> wrote:

Hi Colin,

Great chatting to you again, been so long. As promised, I'd like to introduce you to Kris and Glen who run www.paidperview.com - they can help you get set up to send your content to us for **listing across our network of self owned sites.** Just go to the site and register, Glen handles approvals and general questions so he will approve it for you in no time. Kris will have to get an affiliate account at your program to allow us to send affiliate traffic, perhaps you can direct him there.

Kris, Glen, this is Colin, owner of www.wasteland.com - he has some great bdsm content he would like to upload to porn.com. I've filled Colin in on the jist of PPV but perhaps you guys could give him the exactly info in relation to % of ad rev share he gets for certain length videos and so on?

Thanks in advance.


--
Ross Allan
Traffic Force
ICQ: 164643450
Skype: Rosscoe17