**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*,<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION FOR LEAVE TO FILE A SUR-REPLY ON DEFENDANT DAVID KOONAR'S REPLIES ON HIS:**<br>**1) MOTION TO STAY AND**<br>**2) MOTION TO DISMISS FOR FORUM NON-CONVENIENS** |

Pursuant to Plaintiff AMA Multimedia, LLC's Motion for Leave to File a Sur-Reply on Defendant David Koonar's Replies on His: 1) Motion to Stay and 2) Motion to Dismiss for Forum Non-Conveniens, good cause appearing,

IT IS HEREBY ORDERED that Plaintiff is granted leave to file its Sur-Reply on Defendant David Koonar's Reply on His Motion to Stay and Motion to Dismiss Based on Forum Non-Conveniens.