LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br>                Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Before the Hon. David G. Campbell) |

Plaintiff, AMA Multimedia, LLC, hereby provides notice that it has served upon Defendant David Koonar, through his attorney listed below, the following discovery requests by email and first class mail on November 4, 2016: (1) Plaintiff AMA Multimedia, LLC's First Set of Non-Uniform Interrogatories to Defendant David Koonar; and (2) Plaintiff AMA Multimedia, LLC's First Set of Requests for Production to Defendant David Koonar.

/ / /

/ / /

DATED this 4th day of November, 2016.

          **MANOLIO & FIRESTONE, PLC**

          By: /s/ Veronica L. Manolio
              Veronica L. Manolio
              8686 E. San Alberto Dr., Suite 200
              Scottsdale, Arizona 85258
              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,*
*Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*

By: /s/ Gina Murphy