LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>　　　　　　　　Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION FOR ENTRY OF DEFAULT OF DEFENDANT SAGAN LIMITED PURSUANT TO FED.R.CIV.P. 55(a)**<br><br>**[CLERKS' ACTION REQUIRED]** |

　　　　Plaintiff, AMA Multimedia, LLC (hereinafter "AMA" or the "Plaintiff") hereby requests that the Clerk enter default in this matter against Defendant Sagan, Limited on the ground that the Defendant has failed to plead or otherwise defendant the Complaint within the time prescribed by the Federal Rules of Civil Procedure ("Fed.R.Civ.P.")

/ / /

/ / /

### I. FACTS

On April 28, 2016, AMA filed this copyright action against 5 defendants, including Sagan, for copyright infringement occurring on the web site www.Porn.com (Doc. 1). On June 9, 2016, AMA filed its First Amended Complaint ("FAC"), with Sagan Limited as a defendant. (Doc. 16). On July 27, 2016, AMA served Defendant Sagan Limited with the FAC (Doc. 41).

On August 12, 2016, Defendant Sagan, Limited filed a Motion to Dismiss for Lack of Personal Jurisdiction and, in the alternative, Motion to Stay Proceedings (Doc. 42). On October 13, 2016, the Court denied Defendant Sagan, Limited's Motion to Dismiss and Motion to Stay (Doc. 69).

As of November 7, 2016, more than 14 days has passed since the Court's denial of Sagan, Limited's motions (after service in July 2016). As of this date, Sagan, Limited has failed to file and Answer or otherwise defend this action.

### II. ARGUMENT

Fed.R.Civ.P. 12(a)(4)(A) mandates that a defendant must serve an answer within 14 days after the Court's denial of a motion filed pursuant to Rule 12(b)(a). The Court's Order Denying Defendant Sagan's Motion to Dismiss was entered on October 13, 2016. (Doc. 69). Thus, Defendant Sagan's Answer was due on or by October 27, 2016. Sagan has surpassed expiration of the 14 days, including any time that Defendant Sagan may have had for "mailing days."

Fed.R.Civ.P. 55(a) mandates that when a party against whom affirmative relief is sought has failed to plead or otherwise defend, and the failure is shown by affidavit or otherwise, the Clerk must enter the party's default.

Here, Defendant Sagan, Limited's deadline to file an answer has expired. Defendant Sagan, Limited has not requested any additional time, nor has the Court

provided Defendant Sagan, Limited an extension of time to respond to the Complaint. Plaintiff is informed and believes that none of the Defendants are infants nor incompetent persons, nor is any Defendant in the military service.

There is no good cause for failure to answer, and Defendant Sagan, Limited remains in default.

### III. CONCLUSION

For the reasons stated herein, it is respectfully requested that the Clerk enter default against Defendant Sagan, Limited.

DATED this 7th day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By:  /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,
Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*

By:  /s/ Gina Murphy