IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**DEFAULT JUDGMENT AGAINST SAGAN LIMITED PURSUANT TO FED.R.CIV.P. 55(a)**<br><br>**(Proposed)** |

Defendant Sagan, Limited having failed to timely answer or otherwise respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), 55(a), is hereby adjudged to be in Default.

Default is hereby entered against Defendant Sagan, Limited, and the Court may take other such actions as necessary to enter a final Judgment, including damages, on this Default.