1  ERICA J. VAN LOON (admitted *Pro Hac Vice*)
   evanloon@glaserweil.com
2  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
5
   *Attorneys for Defendants Cyberweb, Ltd.,*
6  *David Koonar, Sagan Ltd., GLP 5, Inc., andNetmedia Services, Inc.*

7

8                 IN THE UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10

11 | AMA MULTIMEDIA LLC, a Nevada            | CASE NO.: CV16-1269 PHX DGC
   | limited liability company,              |
12 |                                         | Hon. David G. Campbell
   |                 Plaintiff,              |
13 |                                         | **DECLARATION OF ROSS ALLAN IN**
   | v.                                      | **SUPPORT OF DAVID KOONAR'S**
14 |                                         | **MOTION TO DISMISS OR STAY**
   | SAGAN LIMITED, a Republic of Seychelles |
15 | company, individually and d/b/a         |
   | PORN.COM; MXN LTD., a Barbados          |
16 | Company, individually and d/b/a         |
   | PORN.COM; NETMEDIA SERVICES             |
17 | INC., a Canadian Company, individually and |
   | d/b/a PORN.COM; GLP 5, Inc., a Michigan |
18 | Company individually and d/b/a          |
   | Trafficforce.com; DAVID KOONAR, an      |
19 | individual; and John Does 1-20,         |
   |                                         |
20 |                 Defendants.             |

21

22

23

24

25

26

27

28

Glaser Weil

1221984

**Glaser Weil**

### DECLARATION OF ROSS ALLAN

I, Ross Allan, declare and state as follows:

1.      I am the Advertising Manager of Netmedia Services Inc. ("Netmedia"). I am also a consultant of G.I.M. Corp ("GIM").The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      Attached hereto as Exhibit A is a true and correct copy of a Skype chat log showing a conversation I had with Adam Silverman (President of AMA) on June 24, 2015. This Skype chat log was generated by an application called Skype Log Viewer, which presents Skype chat log data in a reader-friendly format.  Attached as Exhibit B are screenshots of the same chat session.

3.      Mr. Silverman is identified in this chat session by his user name "biggyfuckyoucash."I know this from, among other things, my history of chat sessions with Mr. Silverman, and from the content of this chat session.

4.      Mr. Silverman claims AMA did not know that user-uploaded content was being treated as licensed content subject to revenue sharing under the Content Partner Revenue Sharing Agreement ("CPA"). That is false.  I expressly advised Mr. Silverman several times that user-uploaded content was being assigned to AMA's paidperview.com account (which is the subject of the CPA).Mr. Silverman agreed.

5.      At 4:19:52, with reference to user-uploaded videos I advised Mr. Silverman "any videos on our site that are yours, we are happy to move to under your PPV account." "PPV account" is a reference to the paidperview.com revenue sharing account referenced in the CPA. At 4:20:06 I added "yeah we have done this in the past."

6.      At 4:22:22, again with reference to user-uploaded videos I advised Mr. Silverman "we would pay you out at the rates that you qualify for in PPV."  In the next two texts I added "So if your rate is 30% or whatever" and "thats what we do."  This is an express reference to the 30 percent maximum revenue sharing rate under Section 3.1 of the

ALLAN DECLARATION

1

1221984

1 CPA.

2      7.     At 4:28:37, after we agreed to keep in touch concerning this issue, I told Mr.

3 Silverman "and meanwhile, if there is active content on there, I can move it to under your

4 PPV account, I think." Mr. Silverman responded "that's fine."

5      8.     I had no additional discussions with Mr. Silverman on this topic, and to my

6 knowledge no one affiliated with any of the Defendants in this action had any additional

7 discussions with Mr. Silverman on this topic. Given my position at Netmedia and my

8 affiliation with GIM, I expect that I would have participated in or been made aware of any

9 further communications with Mr. Silverman on this subject.

10      9.     Following this June 24, 2015 chat session, AMA continued to be paid its share

11 of revenue generated by AMA user-uploaded videos in accordance with Section 3.1 of the

12 CPA.

13

14      I declare under penalty of perjury pursuant to the laws of the United States of

15 America that the foregoing facts are true and correct.

16

17      Executed on November 7, 2016 at Windsor, Ontario, Canada.

18

19                                          _____

20                                          Ross Allan

21

22

23

24

25

26

27

28

# Exhibit A

# Skype Logs

**Created by using SkypeLogView**

| Record Number | Action Time | User Name | Display Name | Chat Message | ChatID |
|---|---|---|---|---|---|
| 520648 | 6/24/2015 4:10:28 PM | biggyfuckyoucash | biggyfuckyoucash | hey dude | biggyfuckyoucash |
| 520652 | 6/24/2015 4:10:32 PM | biggyfuckyoucash | biggyfuckyoucash | how you been man | biggyfuckyoucash |
| 520653 | 6/24/2015 4:10:37 PM | rosscoe17 | Ross Allan | good man, how you doing? | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520654 | 6/24/2015 4:10:43 PM | biggyfuckyoucash | biggyfuckyoucash | pretty good | biggyfuckyoucash |
| 520655 | 6/24/2015 4:11:31 PM | rosscoe17 | Ross Allan | the guys said you had some concerns on PPV | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520656 | 6/24/2015 4:11:35 PM | biggyfuckyoucash | biggyfuckyoucash | yeah | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520658 | 6/24/2015 4:11:41 PM | biggyfuckyoucash | biggyfuckyoucash | the CPMs look really low | biggyfuckyoucash |
| 520659 | 6/24/2015 4:11:52 PM | biggyfuckyoucash | biggyfuckyoucash | like you&apos;re only making $.14 CPM between all spots combined, so our cut is $.07 | biggyfuckyoucash |
| 520661 | 6/24/2015 4:11:58 PM | biggyfuckyoucash | biggyfuckyoucash | other people have raised doubts about this to me as well. | biggyfuckyoucash |
| 520662 | 6/24/2015 4:12:57 PM | rosscoe17 | Ross Allan | yeah, theres tons of factors involved on how we get that cpm | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |

| 520663 | 6/24/2015 4:13:04 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m sure there are | biggyfuckyoucash |
|---|---|---|---|---|---|
| 520664 | 6/24/2015 4:13:08 PM | biggyfuckyoucash | biggyfuckyoucash | doesn&apos;t mean it adds up | biggyfuckyoucash |
| 520665 | 6/24/2015 4:13:13 PM | biggyfuckyoucash | biggyfuckyoucash | people had similar complaints about hosted tube. | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520666 | 6/24/2015 4:13:29 PM | biggyfuckyoucash | biggyfuckyoucash | bottom line is, if its words with no evidence, its just words | biggyfuckyoucash |
| 520667 | 6/24/2015 4:13:37 PM | biggyfuckyoucash | biggyfuckyoucash | i should give a little context here... | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520668 | 6/24/2015 4:14:04 PM | biggyfuckyoucash | biggyfuckyoucash | when it comes to the content we submit, we really haven&apos;t said anything because we didn&apos;t want to look a gift horse in the mouth so to speak, but we never really thought it was fair | biggyfuckyoucash |
| 520669 | 6/24/2015 4:14:51 PM | biggyfuckyoucash | biggyfuckyoucash | but what i told the guys is, my expectation is soon going to be that all the pirated material discover on the site, that not only is it removed, but there is some sort of ad revshare split on that material - and $.07 CPM is not something I would accept for the piracy as honest. | biggyfuckyoucash |
| 520670 | 6/24/2015 4:15:37 PM | biggyfuckyoucash | biggyfuckyoucash | if you came forward, and clearly demonstrated to me without a doubt thats what you make, so be it, i would understand | biggyfuckyoucash |

| 520671 | 6/24/2015 4:15:40 PM | rosscoe17 | Ross Allan | I understand that point yeah | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520672 | 6/24/2015 4:15:46 PM | biggyfuckyoucash | biggyfuckyoucash | at face value, it just doesn&apos;t seem accurate | biggyfuckyoucash |
| 520673 | 6/24/2015 4:15:54 PM | biggyfuckyoucash | biggyfuckyoucash | i would guess bw all spots you make at least $.50 CPM globally | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520674 | 6/24/2015 4:16:10 PM | rosscoe17 | Ross Allan | unfortunately we&apos;re not going to open up our systems, its just not smart for us to do that | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520675 | 6/24/2015 4:16:19 PM | biggyfuckyoucash | biggyfuckyoucash | yeah i mean | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520676 | 6/24/2015 4:16:22 PM | biggyfuckyoucash | biggyfuckyoucash | but the piracy stuff is a legal issue | biggyfuckyoucash |
| 520677 | 6/24/2015 4:16:26 PM | biggyfuckyoucash | biggyfuckyoucash | its not really something I&apos;m asking for | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520678 | 6/24/2015 4:16:32 PM | rosscoe17 | Ross Allan | what piracy? | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520679 | 6/24/2015 4:16:36 PM | rosscoe17 | Ross Allan | wankz? | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520680 | 6/24/2015 4:16:38 PM | biggyfuckyoucash | biggyfuckyoucash | no | biggyfuckyoucash |
| 520681 | 6/24/2015 4:16:42 PM | biggyfuckyoucash | biggyfuckyoucash | user uploaded material to porn.cm | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520682 | 6/24/2015 4:16:47 PM | biggyfuckyoucash | biggyfuckyoucash | that is our videos | biggyfuckyoucash |
| 520683 | 6/24/2015 4:17:03 PM | biggyfuckyoucash | biggyfuckyoucash | we believe there are laws on the books that provide restitution for the advertising revenue derived from those videos. | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |

| 520684 | 6/24/2015 4:17:13 PM | rosscoe17 | Ross Allan | are we talking about two things here? | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520685 | 6/24/2015 4:17:16 PM | biggyfuckyoucash | biggyfuckyoucash | i believe so | biggyfuckyoucash |
| 520686 | 6/24/2015 4:17:21 PM | rosscoe17 | Ross Allan | you guys have an account with us right | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520687 | 6/24/2015 4:17:23 PM | rosscoe17 | Ross Allan | you submit to us | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520688 | 6/24/2015 4:17:25 PM | biggyfuckyoucash | biggyfuckyoucash | yes, not that | biggyfuckyoucash |
| 520689 | 6/24/2015 4:17:28 PM | biggyfuckyoucash | biggyfuckyoucash | 3rd party users. | biggyfuckyoucash |
| 520690 | 6/24/2015 4:17:31 PM | rosscoe17 | Ross Allan | but you are saying that the content others upload | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520691 | 6/24/2015 4:17:32 PM | rosscoe17 | Ross Allan | right ok | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520692 | 6/24/2015 4:17:36 PM | rosscoe17 | Ross Allan | so the issue with that | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520693 | 6/24/2015 4:17:54 PM | rosscoe17 | Ross Allan | I know you understand the dmca law, if we moderate user uploads, and miss something, we&apos;re liable for HUGE lawsuits | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520694 | 6/24/2015 4:18:00 PM | biggyfuckyoucash | biggyfuckyoucash | yes | biggyfuckyoucash |
| 520695 | 6/24/2015 4:18:03 PM | biggyfuckyoucash | biggyfuckyoucash | what I&apos;m talking about is not part of that | biggyfuckyoucash |
| 520696 | 6/24/2015 4:18:05 PM | rosscoe17 | Ross Allan | so when things go live | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520697 | 6/24/2015 4:18:07 PM | biggyfuckyoucash | biggyfuckyoucash | this isn&apos;t copyright infringement | biggyfuckyoucash |
| | 6/24/2015 | | | | |

| 520698 | 4:18:12 PM | biggyfuckyoucash | biggyfuckyoucash | this is separate from that | biggyfuckyoucash |
|--------|-----------|------------------|------------------|----------------------------|------------------|
| 520699 | 6/24/2015 4:18:16 PM | biggyfuckyoucash | biggyfuckyoucash | let me give you an analogy | biggyfuckyoucash |
| 520700 | 6/24/2015 4:18:18 PM | rosscoe17 | Ross Allan | sure | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520701 | 6/24/2015 4:18:24 PM | biggyfuckyoucash | biggyfuckyoucash | if you go out buy sonething | biggyfuckyoucash |
| 520702 | 6/24/2015 4:18:27 PM | biggyfuckyoucash | biggyfuckyoucash | a watch | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520703 | 6/24/2015 4:18:29 PM | biggyfuckyoucash | biggyfuckyoucash | and its stolen | biggyfuckyoucash |
| 520704 | 6/24/2015 4:18:35 PM | biggyfuckyoucash | biggyfuckyoucash | and you find out after its stolen | biggyfuckyoucash |
| 520705 | 6/24/2015 4:18:38 PM | biggyfuckyoucash | biggyfuckyoucash | can you keep it/ | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520706 | 6/24/2015 4:18:55 PM | biggyfuckyoucash | biggyfuckyoucash | i think you know.. the answer is no | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520707 | 6/24/2015 4:19:00 PM | rosscoe17 | Ross Allan | of course it is, morally and legally | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520708 | 6/24/2015 4:19:10 PM | biggyfuckyoucash | biggyfuckyoucash | you&apos;ll give the watch back | biggyfuckyoucash |
| 520709 | 6/24/2015 4:19:11 PM | biggyfuckyoucash | biggyfuckyoucash | etc | biggyfuckyoucash |
| 520710 | 6/24/2015 4:19:21 PM | rosscoe17 | Ross Allan | I just dont know what you want us to do here, we comply with the law, Id say we&apos;re better than most other sites out there as well | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520711 | 6/24/2015 4:19:30 PM | rosscoe17 | Ross Allan | but we still have to stay on the right side of things and how we operate porn.com | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |

| 520712 | 6/24/2015 4:19:38 PM | biggyfuckyoucash | biggyfuckyoucash | i understand that | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520713 | 6/24/2015 4:19:51 PM | biggyfuckyoucash | biggyfuckyoucash | but under the law i feel that I am entitled as restitution to money you make off of piracy | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520714 | 6/24/2015 4:19:52 PM | rosscoe17 | Ross Allan | any videos on our site that are yours, we are happy to move to under your PPV account | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520715 | 6/24/2015 4:19:53 PM | biggyfuckyoucash | biggyfuckyoucash | and my lawyers agree. | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520716 | 6/24/2015 4:20:06 PM | rosscoe17 | Ross Allan | yeah we have done this in the past | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520717 | 6/24/2015 4:20:12 PM | rosscoe17 | Ross Allan | we&apos;re not keeping any money owed to you | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520718 | 6/24/2015 4:20:18 PM | rosscoe17 | Ross Allan | but we need to see the content, we need the links to it | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520719 | 6/24/2015 4:20:22 PM | biggyfuckyoucash | biggyfuckyoucash | sure | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520720 | 6/24/2015 4:20:23 PM | rosscoe17 | Ross Allan | in order to act | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |
| 520721 | 6/24/2015 4:20:29 PM | biggyfuckyoucash | biggyfuckyoucash | so let me rephrase | biggyfuckyoucash |
| 520722 | 6/24/2015 4:20:37 PM | biggyfuckyoucash | biggyfuckyoucash | we find illegal piracy on your site uploaded by 3rd party users | biggyfuckyoucash |
| 520723 | 6/24/2015 4:20:39 PM | biggyfuckyoucash | biggyfuckyoucash | you remove the content | biggyfuckyoucash |
| 520724 | 6/24/2015 4:20:46 PM | biggyfuckyoucash | biggyfuckyoucash | you also calculate how much you&apos;ve earned off of those videos | #biggyfuckyoucash;$rosscoe17;2014797f34100024 |

| 520725 | 6/24/2015 4:20:52 PM | biggyfuckyoucash | biggyfuckyoucash | we get a split, thats agreeable to both | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520726 | 6/24/2015 4:20:58 PM | biggyfuckyoucash | biggyfuckyoucash | in this instance, $.07 CPM is not going to cut it | biggyfuckyoucash |
| 520727 | 6/24/2015 4:21:10 PM | biggyfuckyoucash | biggyfuckyoucash | you&apos;d have to prove to me thats real | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520728 | 6/24/2015 4:21:12 PM | biggyfuckyoucash | biggyfuckyoucash | if you said no | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520729 | 6/24/2015 4:21:13 PM | biggyfuckyoucash | biggyfuckyoucash | i would say OK | biggyfuckyoucash |
| 520730 | 6/24/2015 4:21:23 PM | biggyfuckyoucash | biggyfuckyoucash | this will be worked out one way or another thats fair | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520731 | 6/24/2015 4:21:54 PM | biggyfuckyoucash | biggyfuckyoucash | its restitution for piracy, if you&apos;re actually making $.30, but paying us $.07 | biggyfuckyoucash |
| 520732 | 6/24/2015 4:22:02 PM | biggyfuckyoucash | biggyfuckyoucash | that doesn&apos;t really solve anything you are still making a shitload from piracy | biggyfuckyoucash |
| 520733 | 6/24/2015 4:22:08 PM | biggyfuckyoucash | biggyfuckyoucash | we are still being wronged with little to show for it | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520734 | 6/24/2015 4:22:12 PM | rosscoe17 | Ross Allan | yeah | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520735 | 6/24/2015 4:22:22 PM | rosscoe17 | Ross Allan | we would pay you out at the rates that you qualify for in PPV | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520736 | 6/24/2015 4:22:23 PM | biggyfuckyoucash | biggyfuckyoucash | on the stuff we submit legally dude - you won&apos;t hear a peep | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520737 | 6/24/2015 4:22:26 PM | rosscoe17 | Ross Allan | so if your rate is 30% or whatever | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| | 6/24/2015 | | | | |

| 520738 | 4:22:28 PM | rosscoe17 | Ross Allan | thats what we do | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520739 | 6/24/2015 4:22:32 PM | biggyfuckyoucash | biggyfuckyoucash | 30% wouldn&apos;t cut it either | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520740 | 6/24/2015 4:22:36 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m thinking more like 80% | biggyfuckyoucash |
| 520741 | 6/24/2015 4:22:40 PM | biggyfuckyoucash | biggyfuckyoucash | because its illegal | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520742 | 6/24/2015 4:22:44 PM | biggyfuckyoucash | biggyfuckyoucash | why should you get to keep 70% | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520743 | 6/24/2015 4:22:50 PM | biggyfuckyoucash | biggyfuckyoucash | it&apos;s stolen | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520744 | 6/24/2015 4:22:53 PM | biggyfuckyoucash | biggyfuckyoucash | and unauthorized | biggyfuckyoucash |
| 520745 | 6/24/2015 4:22:57 PM | rosscoe17 | Ross Allan | yeah, its not really 70% tho after our costs | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520746 | 6/24/2015 4:23:02 PM | biggyfuckyoucash | biggyfuckyoucash | i mean | biggyfuckyoucash |
| 520747 | 6/24/2015 4:23:05 PM | rosscoe17 | Ross Allan | this is a thing for our VP to decide | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520748 | 6/24/2015 4:23:05 PM | biggyfuckyoucash | biggyfuckyoucash | think about our end | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520749 | 6/24/2015 4:23:10 PM | biggyfuckyoucash | biggyfuckyoucash | it has to be agreeable | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520750 | 6/24/2015 4:23:11 PM | biggyfuckyoucash | biggyfuckyoucash | yeah | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520751 | 6/24/2015 4:23:18 PM | biggyfuckyoucash | biggyfuckyoucash | were getting raped | biggyfuckyoucash |
| 520752 | 6/24/2015 4:23:20 PM | rosscoe17 | Ross Allan | of course it does, you wont hear me saying anything against that | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| | 6/24/2015 | | | the one thing that i did tell | |

| 520753 | 4:23:29 PM | biggyfuckyoucash | biggyfuckyoucash | the other guys | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520754 | 6/24/2015 4:23:31 PM | rosscoe17 | Ross Allan | Im all for guys like you submitting to us and us not getting uploads | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520755 | 6/24/2015 4:23:33 PM | biggyfuckyoucash | biggyfuckyoucash | porn.com isn&apos;t being singled out | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520756 | 6/24/2015 4:23:41 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m expecting this to roll out across all the big sites | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520757 | 6/24/2015 4:24:02 PM | biggyfuckyoucash | biggyfuckyoucash | not hard to get a bunch of content producers to get together, go in front of a judge, show a site is making shitloads of money from our piracy and we deserve a cut | biggyfuckyoucash |
| 520758 | 6/24/2015 4:24:19 PM | rosscoe17 | Ross Allan | Im not too good with the law but I imagine you could get something going | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520759 | 6/24/2015 4:24:23 PM | biggyfuckyoucash | biggyfuckyoucash | yah | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520760 | 6/24/2015 4:24:28 PM | biggyfuckyoucash | biggyfuckyoucash | i like you guys a lot | biggyfuckyoucash |
| 520761 | 6/24/2015 4:24:38 PM | biggyfuckyoucash | biggyfuckyoucash | its not hard feelings, just gotta get make things more fair | biggyfuckyoucash |
| 520762 | 6/24/2015 4:24:41 PM | rosscoe17 | Ross Allan | in that case the only thing I can do is refer it to my legal team but we&apos;re not gonna screw you, I think you know that | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520763 | 6/24/2015 4:24:41 PM | biggyfuckyoucash | biggyfuckyoucash | bw content producers and tube site owners | biggyfuckyoucash |

| 520764 | 6/24/2015 4:24:46 PM | biggyfuckyoucash | biggyfuckyoucash | for sure | biggyfuckyoucash |
|---|---|---|---|---|---|
| 520765 | 6/24/2015 4:24:51 PM | biggyfuckyoucash | biggyfuckyoucash | we&apos;ve had good dealings with corey | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520766 | 6/24/2015 4:24:59 PM | biggyfuckyoucash | biggyfuckyoucash | its just a matter of like right now | biggyfuckyoucash |
| 520767 | 6/24/2015 4:24:59 PM | rosscoe17 | Ross Allan | he is a good guy | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520768 | 6/24/2015 4:25:04 PM | biggyfuckyoucash | biggyfuckyoucash | all these people upload these illegal videos | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520769 | 6/24/2015 4:25:07 PM | biggyfuckyoucash | biggyfuckyoucash | shit gets taken down | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520770 | 6/24/2015 4:25:14 PM | biggyfuckyoucash | biggyfuckyoucash | tube keeps 100% of the money | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520771 | 6/24/2015 4:25:16 PM | biggyfuckyoucash | biggyfuckyoucash | thats fucked up LOL | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520772 | 6/24/2015 4:25:37 PM | rosscoe17 | Ross Allan | yeah, we&apos;re facing it ourselves right now on phub, a guy is stealing all our content, putting a 30 second intro video on it then submitting it with his watermark | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520773 | 6/24/2015 4:25:43 PM | biggyfuckyoucash | biggyfuckyoucash | yeah | biggyfuckyoucash |
| 520774 | 6/24/2015 4:25:44 PM | rosscoe17 | Ross Allan | it has 175m views | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520775 | 6/24/2015 4:25:47 PM | rosscoe17 | Ross Allan | <ss type="sad">:(</ss> | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520776 | 6/24/2015 4:25:49 PM | biggyfuckyoucash | biggyfuckyoucash | pornhub should pay you a cut of the ad revshare money | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |

| 520777 | 6/24/2015 4:25:52 PM | biggyfuckyoucash | biggyfuckyoucash | its pretty simple | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520778 | 6/24/2015 4:25:58 PM | biggyfuckyoucash | biggyfuckyoucash | and not 30% either | biggyfuckyoucash |
| 520779 | 6/24/2015 4:26:06 PM | biggyfuckyoucash | biggyfuckyoucash | its your content that was illegally posted | biggyfuckyoucash |
| 520780 | 6/24/2015 4:26:10 PM | rosscoe17 | Ross Allan | yep | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520781 | 6/24/2015 4:26:18 PM | rosscoe17 | Ross Allan | I will chat to Dave and our VP about this | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520782 | 6/24/2015 4:26:19 PM | biggyfuckyoucash | biggyfuckyoucash | its really not that unfair of a concept | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520783 | 6/24/2015 4:26:22 PM | biggyfuckyoucash | biggyfuckyoucash | if you want in on the producer side | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520784 | 6/24/2015 4:26:25 PM | rosscoe17 | Ross Allan | just so they are in the know on your concerns | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520785 | 6/24/2015 4:26:26 PM | biggyfuckyoucash | biggyfuckyoucash | i can bring you guys in. | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520786 | 6/24/2015 4:26:36 PM | biggyfuckyoucash | biggyfuckyoucash | but after the tube is resolved | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520787 | 6/24/2015 4:26:53 PM | biggyfuckyoucash | biggyfuckyoucash | this is a law that sits outside of DMCA btw | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520788 | 6/24/2015 4:27:00 PM | biggyfuckyoucash | biggyfuckyoucash | and regardless of the culpability | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520789 | 6/24/2015 4:27:06 PM | biggyfuckyoucash | biggyfuckyoucash | says that restitution should be paid | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520790 | 6/24/2015 4:27:23 PM | biggyfuckyoucash | biggyfuckyoucash | so i want to be clear about that, this is not the DMCA, DMCA just addresses that you guys are not liable for the infringement | biggyfuckyoucash |
| | | | | this is that you guys | |

| 520791 | 6/24/2015 4:27:44 PM | biggyfuckyoucash | biggyfuckyoucash | profited from an illegal act, and now the other side wants all or a portion of that $. | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520792 | 6/24/2015 4:28:07 PM | biggyfuckyoucash | biggyfuckyoucash | so when they say &quot;oh, well we are protected by DMCA&quot; | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520793 | 6/24/2015 4:28:08 PM | rosscoe17 | Ross Allan | yeah, I will have a chat with Corey to get up to speed on it too, I like to know what Im talking about so its good for me too | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520794 | 6/24/2015 4:28:11 PM | biggyfuckyoucash | biggyfuckyoucash | thats something totally different | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520795 | 6/24/2015 4:28:20 PM | rosscoe17 | Ross Allan | yeah | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520796 | 6/24/2015 4:28:25 PM | rosscoe17 | Ross Allan | keep in touch about this | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520797 | 6/24/2015 4:28:31 PM | biggyfuckyoucash | biggyfuckyoucash | will do | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520798 | 6/24/2015 4:28:37 PM | rosscoe17 | Ross Allan | and meanwhile, if there is active content on there, I can move it to under your PPV account, I think | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520799 | 6/24/2015 4:28:54 PM | biggyfuckyoucash | biggyfuckyoucash | thats fine | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520801 | 6/24/2015 4:29:01 PM | biggyfuckyoucash | biggyfuckyoucash | should i expect to hear a response | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520802 | 6/24/2015 4:29:04 PM | biggyfuckyoucash | biggyfuckyoucash | from you | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520804 | 6/24/2015 4:29:13 PM | biggyfuckyoucash | biggyfuckyoucash | on wankz and adrevshare on piracy? | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |

| 520805 | 6/24/2015 4:29:30 PM | rosscoe17 | Ross Allan | probably from Glen because its his dept, I just wanted to check in since I heard the guys discussing it and you and I go back a bit | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
|---|---|---|---|---|---|
| 520806 | 6/24/2015 4:29:37 PM | biggyfuckyoucash | biggyfuckyoucash | ok cool | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520807 | 6/24/2015 4:29:39 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m glad its more clear now | biggyfuckyoucash |
| 520808 | 6/24/2015 4:29:45 PM | rosscoe17 | Ross Allan | wankz is being taken care of from my understanding | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520809 | 6/24/2015 4:29:51 PM | rosscoe17 | Ross Allan | should be done in a few days | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520810 | 6/24/2015 4:29:52 PM | biggyfuckyoucash | biggyfuckyoucash | yeah, ty | biggyfuckyoucash |
| 520811 | 6/24/2015 4:30:39 PM | biggyfuckyoucash | biggyfuckyoucash | you guys are great | biggyfuckyoucash |
| 520812 | 6/24/2015 4:30:44 PM | biggyfuckyoucash | biggyfuckyoucash | so far at least | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |
| 520813 | 6/24/2015 4:30:47 PM | biggyfuckyoucash | biggyfuckyoucash | chat soon | biggyfuckyoucash |
| 520814 | 6/24/2015 4:33:34 PM | rosscoe17 | Ross Allan | later dude | #biggyfuckyoucash/$rosscoe17;2014797f34100024 |

Exhibit B

Advertisement

**☆ biggyfuckyoucash**
○ Offline with voice messaging | 11:02 AM

Wednesday, June 24, 2015

hey Adam — 3:10 PM

hey dude
how you been man — 3:10 PM

good man, how you doing? — 3:10 PM

pretty good — 3:10 PM

the guys said you had some concerns on PPV — 3:11 PM

yeah
the CPMs look really low
like you're only making $.14 CPM between all spots combined, so our cut is $.07
other people have raised doubts about this to me as well. — 3:11 PM

yeah, theres tons of factors involved on how we get that cpm — 3:12 PM

I'm sure there are
doesn't mean it adds up
people had similar complaints about hosted tube.
bottom line is, if its words with no evidence, its just words
i should give a little context here...
when it comes to the content we submit, we really haven't said anything because we didn't
want to look a gift horse in the mouth so to speak, but we never really thought it was fair
but what i told the guys, my expectation is soon going to be that all the pirated material
discover on the site, that not only is it removed, but there is some sort of ad revshare split
on that material - and $.07 CPM is not something I would accept for the piracy as honest.
if you came forward, and clearly demonstrated to me without a doubt thats what you make,
so be it, i would understand — 3:13 PM

I understand that point yeah — 3:15 PM

at face value, it just doesn't seem accurate
i would guess bw all spots you make at least $.50 CPM globally — 3:15 PM

unfortunately we're not going to open up our systems, its just not smart for us to do that — 3:16 PM

yeah i mean
but the piracy stuff is a legal issue
its not really something I'm asking for — 3:16 PM

what piracy?
wankz? — 3:16 PM

no
user uploaded material to porn.cm
that is our videos
we believe there are laws on the books that provide restitution for the advertising revenue
derived from those videos. — 3:16 PM

are we talking about two things here? — 3:17 PM

i believe so — 3:17 PM

you guys have an account with us right
you submit to us — 3:17 PM

yes, not that
3rd party users. — 3:17 PM

but you are saying that the content others upload
right ok
so the issue with that — 3:17 PM

via Skype

Type a message here

Advertisement

**☆ biggyfuckyoucash**
○ Offline with voice messaging | 11:03 AM

Wednesday, June 24, 2015

but you are saying that the content others upload  3:17 PM
right ok
so the issue with that
I know you understand the dmca law, if we moderate user uploads, and miss something,
we're liable for HUGE lawsuits

yes  3:18 PM
what I'm talking about is not part of that

so when things go live  3:18 PM

this isn't copyright infringement  3:18 PM
this is separate from that
let me give you an analogy

sure  3:18 PM

if you go out buy sonething  3:18 PM
a watch
and its stolen
and you find out after its stolen
can you keep it/
i think you know.. the answer is no

of course it is, morally and legally  3:19 PM

you'll give the watch back  3:19 PM
etc

I just dont know what you want us to do here, we comply with the law, Id say we're better  3:19 PM
than most other sites out there as well
but we still have to stay on the right side of things and how we operate porn.com

i understand that  3:19 PM
but under the law i feel that I am entitled to restitution to money you make off of piracy

any videos on our site that are yours, we are happy to move to under your PPV account  3:19 PM

and my lawyers agree.  3:19 PM

yeah we have done this in the past  3:20 PM
we're not keeping any money owed to you
but we need to see the content, we need the links to it

sure  3:20 PM

in order to act  3:20 PM

so let me rephrase  3:20 PM
we find illegal piracy on your site uploaded by 3rd party users
you remove the content
you also calculate how much you've earned off of those videos
we get a split, thats agreeable to both
in this instance, $.07 CPM is not going to cut it
you'd have to prove to me thats real
if you said no
i would say OK
this will be worked out one way or another thats fair
its restitution for piracy, if you're actually making $.30, but paying us $.07
that doesn't really solve anything you are still making a shitload from piracy
we are still being wronged with little to show for it

yeah  3:22 PM

via Skype

Type a message here

Advertisement

Skype™ [5] - rosscoe17
Skype   Contacts   Conversation   Call   View   Tools   Help

Ross Allan

biggy

biggyfuckyoucash

Search Skype

☆ biggyfuckyoucash
Offline with voice messaging  |  11:04 AM

**Wednesday, June 24, 2015**

that doesn't really solve anything you are still making a shitload from piracy
we are still being wronged with little to show for it

yeah
we would pay you out at the rates that you qualify for in PPV                    3:22 PM

on the stuff we submit legally dude - you won't hear a peep                    3:22 PM

so if your rate is 30% or whatever
thats what we do                    3:22 PM

30% wouldn't cut it either                    3:22 PM
I'm thinking more like 80%
because its illegal
why should you get to keep 70%
it's stolen
and unauthorized

yeah, its not really 70% tho after our costs                    3:22 PM

i mean                    3:23 PM

this is a thing for our VP to decide                    3:23 PM

think about our end                    3:23 PM
it has to be agreeable
yeah
were getting raped

of course it does, you wont hear me saying anything against that                    3:23 PM

the one thing that i did tell the other guys                    3:23 PM

Im all for guys like you submitting to us and us not getting uploads                    3:23 PM

porn.com isn't being singled out                    3:23 PM
I'm expecting this to roll out across all the big sites
not hard to get a bunch of content producers to get together, go in front of a judge, show
a site is making shitloads of money from our piracy and we deserve a cut

Im not too good with the law but I imagine you could get something going                    3:24 PM

yah                    3:24 PM
i like you guys a lot
its not hard feelings, just gotta get make things more fair

in that case the only thing I can do is refer it to my legal team but we're not gonna screw                    3:24 PM
you, I think you know that

bw content producers and tube site owners                    3:24 PM
for sure
we've had good dealings with corey
its just a matter of like right now

he is a good guy                    3:24 PM

all these people upload these illegal videos                    3:25 PM
shit gets taken down
tube keeps 100% of the money
thats fucked up LOL

yeah, we're facing it ourselves right now on phub, a guy is stealing all our content, putting a                    3:25 PM
30 second intro video on it then submitting it with his watermark

via Skype

Type a message here

Advertisement

☆ **biggyfuckyoucash**
○ Offline with voice messaging | 11:04 AM

Wednesday, June 24, 2015

yeah, we're facing it ourselves right now on phub, a guy is stealing all our content, putting a 30 second intro video on it then submitting it with his watermark    3:25 PM

yeah    3:25 PM

it has 175m views
🙁    3:25 PM

pornhub should pay you a cut of the ad revshare money    3:25 PM
its pretty simple
and not 30% either
its your content that was illegally posted

yep    3:26 PM
I will chat to Dave and our VP about this

its really not that unfair of a concept    3:26 PM
if you want in on the producer side

just so they are in the know on your concerns    3:26 PM

i can bring you guys in.    3:26 PM
but after the tube is resolved
this is a law that sits outside of DMCA btw
and regardless of the culpability
says that restitution should be paid
so i want to be clear about that, this is not the DMCA, DMCA just addresses that you guys
are not liable for the infringement
this is that you guys profited from an illegal act, and now the other side wants all or a
portion of that $.
so when they say "oh, well we are protected by DMCA"

yeah, I will have a chat with Corey to get up to speed on it too, I like to know what Im talking    3:28 PM
about so its good for me too

thats something totally different    3:28 PM

yeah    3:28 PM
keep in touch about this

will do    3:28 PM

and meanwhile, if there is active content on there, I can move it to under your PPV account, I    3:28 PM
think

thats fine    3:28 PM
should i expect to hear a response
from you
on wankz and adrevshare on piracy?

probably from Glen because its his dept, I just wanted to check in since I heard the guys    3:29 PM
discussing it and you and I go back a bit

ok cool    3:29 PM
I'm glad its more clear now

wankz is being taken care of from my understanding    3:29 PM
should be done in a few days

yeah, ty    3:29 PM
you guys are great
so far at least
chat soon

via Skype

Type a message here

Advertisement

Skype™ [5] - rosscoe17

Skype   Contacts   Conversation   Call   View   Tools   Help

Ross Allan

🔍 biggy

biggyfuckyoucash

**Search Skype**

☆ **biggyfuckyoucash**
⚪ Offline with voice messaging | 11:06 AM

**Wednesday, June 24, 2015**

yep
I will chat to Dave and our VP about this                                    3:26 PM

its really not that unfair of a concept                                       3:26 PM
if you want in on the producer side

just so they are in the know on your concerns                                 3:26 PM

i can bring you guys in.                                                      3:26 PM
but after the tube is resolved
this is a law that sits outside of DMCA btw
and regardless of the culpability
says that restitution should be paid
so i want to be clear about that, this is not the DMCA, DMCA just addresses that you guys
are not liable for the infringement
this is that you guys profited from an illegal act, and now the other side wants all or a
portion of that $.
so when they say "oh, well we are protected by DMCA"

yeah, I will have a chat with Corey to get up to speed on it too, I like to know what Im talking   3:28 PM
about so its good for me too

thats something totally different                                             3:28 PM

yeah                                                                          3:28 PM
keep in touch about this

will do                                                                       3:28 PM

and meanwhile, if there is active content on there, I can move it to under your PPV account, I   3:28 PM
think

thats fine                                                                    3:28 PM
should i expect to hear a response
from you
on wankz and adrevshare on piracy?

probably from Glen because its his dept, I just wanted to check in since I heard the guys        3:29 PM
discussing it and you and I go back a bit

ok cool                                                                       3:29 PM
I'm glad its more clear now

wankz is being taken care of from my understanding                            3:29 PM
should be done in a few days

yeah, ty                                                                      3:29 PM
you guys are great
so far at least
chat soon

later dude                                                                    3:33 PM

**Monday, July 06, 2015**

our channels are still up on wankz                                            11:04 AM

do I need to DMCA the videos, whats the deal?                                 11:28 AM

hey Adam                                                                      12:25 PM
sec
I have been out of the office for a few days, just catching up on chats/emails

ok, no problemo                                                               12:30 PM

via Skype

Type a message here