ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants Cyberweb, Ltd.,
David Koonar, Sagan Ltd., GLP 5, Inc., and Netmedia Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF KRISTEN RICHARDSON IN SUPPORT OF DAVID KOONAR'S MOTION TO DISMISS OR STAY** |

1221984

**DECLARATION OF KRISTEN RICHARDSON**

I, Kristen Richardson, declare and state as follows:

1.    I am a Director of Defendant Cyberweb, Ltd. ("Cyberweb"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.    Attached hereto as Exhibit A is a true and correct copy of a Skype chat log showing a conversation I had with Adam Silverman (President of both AMA and FuckYouCash) on June 24, 2015. This Skype chat log was generated by an application called Skype Log Viewer, which presents Skype chat log data in a reader-friendly format.

3.    Mr. Silverman is identified in this chat log by his Skype user name "biggyfuckyoucash." I know biggyfuckyoucash is Adam Silverman for a variety of reasons, including the following: (a) Adam Silverman is the President of FuckYouCash, (b) in the chat I addressed "biggyfuckyoucash" as Adam, and he responded (see 2:41:31 and 2:41:55); (c) biggyfuckyoucash (at 2:48:20) identified his email as that of Adam Silverman (silverman.adam@gmail.com), and (d) during my years in the industry I have seen numerous publications associating the name biggyfuckyoucash with Adam Silverman. Also participating in this chat were Glen Camara, a content manager at Netmedia who is personally known to me, and a FuckYouCash employee who goes by the Skype name of "Anna," whom I have dealt with on a number of occasions.

4.    I understand that Mr. Silverman claims AMA was unaware that user-uploaded content was included as content subject to the Content Partner Revenue Sharing Agreement ("CPA"). That is false. Mr. Camara and I expressly advised Mr. Silverman several times that user-uploaded content was being treated as content subject to the CPA's advertising revenue sharing program. Mr. Silverman agreed, and at one point even insisted that user-uploaded files be subject to the CPA's revenue sharing program.

5.    For example, in the attached chat log at 2:42:49, in response to a statement by Mr. Silverman concerning user uploads I advised Mr. Silverman that "anytime there is content that belongs to you we assign it to your account anyway." The "account" referenced

1  here is the paidperview.com revenue sharing account that is the subject of the CPA. (See
2  references to this account or program in the CPA preamble, CPA Background Section C,
3  and Exhibit B to the CPA).
4        6.    At 2:43:55 Mr. Silverman asked whether AMA content on Porn.com coming
5  from unauthorized sources was assigned to AMA's account, and at 2:44:19 I responded "Is
6  assigned to you, your ad revshare." The "ad revshare program" referenced in this exchange
7  is the paidperview.com revenue sharing program that is the subject of the CPA.
8        7.    At 2:53:13 Mr. Silverman stated "The ad revshare program needs to be
9  extended to our pirated clips."
10       8.    At 3:39:12 Glen Camara (of Netmedia) advised Mr. Silverman that "if you have a list
11 of content that is yours but was uploaded by users, we will happily add it to your ppv
12 account, as this is the main purpose of the program." At 3:39:40 Mr. Silverman responded
13 "much appreciated."
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

//

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 6, 2016 at Markham, Ontario, Canada.

Kristen Richardson

RICHARDSON DECLARATION

3

1221984

# Exhibit A

**Skype Logs**

Created by using **SkypeLogView**

| Record Number | Action Time | User Name | Display Name | Chat Message | ChatID |
|---|---|---|---|---|---|
| 12195 | 6/24/2015 2:27:57 PM | anna.fyc hitman.b52 | | | |
| 12191 | 6/24/2015 2:28:59 PM | anna.fyc | Anna FYC | Hi Glen | anna.fyc |
| 12204 | 6/24/2015 2:36:18 PM | anna.fyc | Anna FYC | Hey Kris, let me know when you&apos;re there | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12206 | 6/24/2015 2:37:19 PM | hitman.b52 | Glen C | this is Glen | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12207 | 6/24/2015 2:39:05 PM | anna.fyc | Anna FYC | Hi Glen, Adam (FYC owner) would like to talk to you guys about something. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12208 | 6/24/2015 2:39:17 PM | biggyfuckyoucash | biggyfuckyoucash | hey dude | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12209 | 6/24/2015 2:39:26 PM | hitman.b52 | Glen C | hey Adam, whats up? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12210 | 6/24/2015 2:39:33 PM | kris10.richardson | Kristen Richardson | Hi guys what&apos;s up ? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12211 | 6/24/2015 2:39:37 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m concerned that our content is being used on wankz to sell a pay site with out our authorization | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12212 | 6/24/2015 2:39:53 PM | biggyfuckyoucash | biggyfuckyoucash | people might actually think I&apos;ve approved this and our brands are associated with this product | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12213 | 6/24/2015 2:40:43 | biggyfuckyoucash | biggyfuckyoucash | &lt;a href="http://www.wankz.com/eager-to-please-brunette-tastes-cock-before-fucking-it- | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |

| | | | | | |
|---|---|---|---|---|---|
| | PM | | | 1514676">http://www.wankz.com/eager-to-please-brunette-tastes-cock-before-fucking-it-1514676</a> | |
| 12214 | 6/24/2015 2:40:49 PM | biggyfuckyoucash | biggyfuckyoucash | just one example, I&apos;m sure theres plenty. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12215 | 6/24/2015 2:41:31 PM | kris10.richardson | Kristen Richardson | Ok Adam, let me check | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12216 | 6/24/2015 2:41:55 PM | biggyfuckyoucash | biggyfuckyoucash | great - id like for our brands to be removed from that site, another site owner told me if you do that, then it has to also be removed from porn.com - but that solution isn&apos;t going to work for us either. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12217 | 6/24/2015 2:42:14 PM | biggyfuckyoucash | biggyfuckyoucash | considering there&apos;s a ton of piracy going on the site, so killing off our legal way to get content on that site, is not a good option. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12218 | 6/24/2015 2:42:49 PM | kris10.richardson | Kristen Richardson | Understood, and anytime there is content that belongs to you we assign it to your account anyway <ss type="wink">;-)</ss> | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12219 | 6/24/2015 2:42:59 PM | biggyfuckyoucash | biggyfuckyoucash | id prefer an ad revshare | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12220 | 6/24/2015 2:43:01 PM | biggyfuckyoucash | biggyfuckyoucash | on the piracy | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12221 | 6/24/2015 2:43:12 PM | biggyfuckyoucash | biggyfuckyoucash | like you offer on the legal stuff, why shouldn&apos;t we get paid on it? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12222 | 6/24/2015 2:43:14 PM | kris10.richardson | Kristen Richardson | Same end result | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12223 | 6/24/2015 2:43:27 PM | biggyfuckyoucash | biggyfuckyoucash | so we make money on all the piracy we submt? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12224 | 6/24/2015 2:43:32 PM | kris10.richardson | Kristen Richardson | Hahaha | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12225 | 6/24/2015 2:43:33 PM | biggyfuckyoucash | biggyfuckyoucash | to be taken down | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12226 | 6/24/2015 2:43:48 | kris10.richardson | Kristen Richardson | No I meant your content coming from unauthorized sources on our site | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |

| | | | | | |
|---|---|---|---|---|---|
| | PM | | | | |
| 12227 | 6/24/2015 2:43:55 PM | biggyfuckyoucash | biggyfuckyoucash | you assign it to our account? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12228 | 6/24/2015 2:44:19 PM | kris10.richardson | Kristen Richardson | Is assigned to you, your ad revshare. If there is any you find that&apos;s your content not associated tell me and I&apos;ll add it | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12229 | 6/24/2015 2:44:31 PM | biggyfuckyoucash | biggyfuckyoucash | well we&apos;ve just been submitting it to the DMCA dept | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12230 | 6/24/2015 2:44:37 PM | biggyfuckyoucash | biggyfuckyoucash | what id like going forward is for the content to be removed | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12231 | 6/24/2015 2:44:42 PM | biggyfuckyoucash | biggyfuckyoucash | and us paid out the advertising revenue those videos earned. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12232 | 6/24/2015 2:44:55 PM | biggyfuckyoucash | biggyfuckyoucash | it is revenue derived from illegal activity, and we&apos;re identifying it. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12233 | 6/24/2015 2:45:23 PM | biggyfuckyoucash | biggyfuckyoucash | in addition to our content being pulled down from wankz | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12234 | 6/24/2015 2:47:53 PM | kris10.richardson | Kristen Richardson | Pirated content removal is no problem. Let me get back to you on the the revenue &amp; wankz points. I can't address them without getting more info. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12235 | 6/24/2015 2:48:01 PM | biggyfuckyoucash | biggyfuckyoucash | understood | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12236 | 6/24/2015 2:48:08 PM | biggyfuckyoucash | biggyfuckyoucash | i want to make a few things clear that you can bring into the conversation | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12237 | 6/24/2015 2:48:15 PM | kris10.richardson | Kristen Richardson | Have you got an email I can use ? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12238 | 6/24/2015 2:48:20 PM | biggyfuckyoucash | biggyfuckyoucash | <a href="mailto:silverman.adam@gmail.com">silverman.adam@gmail.com</a> | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| | | | | 1. As it stands right now, our content to be used in tandem on a totally separate domain the primary function being to sell a premium membership. No one has asked out authorization to do it and it is not granted. The videos and our brands need to be removed, unless we work a fair deal out, as it stands now, | |

| | | | | | |
|---|---|---|---|---|---|
| 12239 | 6/24/2015 2:53:13 PM | biggyfuckyoucash | biggyfuckyoucash | it&apos;s unauthorized, and people may even think our brands are legally part of this when they are not. Removal from this site should not impact the legal content we are submitting to you ourselves. (Issue #1)<br><br>2. We submit legal content to porn.com and you have a content ad revshare program.<br><br>3. The ad revshare program needs to be extended to our pirated clips. Ultimately those clips will be removed, but also it needs to be calculated how much that movie has earned in advertising and the revenue needs to be split with us on something that&apos;s agreeable for everyone. There are laws on the books that support this, and while you may not be culpable, you have still profited from illegal activity. Porn.com isn&apos;t being singled out, this is something me and other content producers are planning to go to battle for this year because it&apos;s just not right a site can be the benefactor of stolen content, earn a bunch of advertising money, and then not have to share any of that money with the rightful owner of the content. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12240 | 6/24/2015 2:54:11 PM | biggyfuckyoucash | biggyfuckyoucash | #3 is Issue #2 | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12241 | 6/24/2015 2:54:37 PM | biggyfuckyoucash | biggyfuckyoucash | thats it man, ultimately we look forward to continue to working with you guys, but it needs to be a bit more fair to us, our content needs to be respected. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12242 | 6/24/2015 3:10:09 PM | biggyfuckyoucash | biggyfuckyoucash | one more thing... some content producers have raised questions whether your ad revshare calculations are accurate. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12243 | 6/24/2015 3:10:41 PM | biggyfuckyoucash | biggyfuckyoucash | they&apos;re looking at # of views, looking at what people can bid on all your spots or even applying a general global CPM, and it wasn&apos;t backing out. that&apos;s something that should be addressed as well. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12244 | 6/24/2015 3:27:08 PM | kris10.richardson | Kristen Richardson | Sorry for the delay there I was driving and got a flat tire. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12245 | 6/24/2015 3:27:32 PM | kris10.richardson | Kristen Richardson | Thank you for the full explanation, I&apos;ll get back to you on that v soon. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12246 | 6/24/2015 3:30:44 PM | kris10.richardson | Kristen Richardson | As far as the ad calculation goes it&apos;s based on the volume and bidding for the visitor to that page, as well as the length of the video. So the ad rev on 100k USA visitors on 7min videos isn&apos;t going to be the same as 15min videos being viewed from other countries that get into the mix. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |

| | | | | | |
|---|---|---|---|---|---|
| | | | | I've gone through it because we've been asked this before and it's accurate. | |
| 12247 | 6/24/2015 3:31:30 PM | kris10.richardson | Kristen Richardson | I'll discuss with the team and we will get back to you fully on all points. We are happy working with you guys and I'm confident we will be able to continue that. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12248 | 6/24/2015 3:37:37 PM | biggyfuckyoucash | biggyfuckyoucash | ty | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12249 | 6/24/2015 3:38:49 PM | hitman.b52 | Glen C | regarding your list I'm just going to keep it brief, if you need me to elaborate on anything let me know. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12250 | 6/24/2015 3:39:12 PM | hitman.b52 | Glen C | 1) wankz.com is part of PPV, and we do have ads which you are getting revenue on.<br>2) a banner is being added under your videos (to PPV sites) we just don't want it to be the same as on porn.com, (we will add this asap)<br>3) if you have a list of content that is yours, but was uplaoded by users, we will happily add it to your ppv account, as this is the main purpose of the program. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12251 | 6/24/2015 3:39:40 PM | biggyfuckyoucash | biggyfuckyoucash | much appreciated. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12252 | 6/24/2015 3:40:27 PM | biggyfuckyoucash | biggyfuckyoucash | the going rate split seems to be $.07 CPM | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12253 | 6/24/2015 3:40:36 PM | biggyfuckyoucash | biggyfuckyoucash | if we're 50/50, its $.14 CPM total bw all spots | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12254 | 6/24/2015 3:40:39 PM | biggyfuckyoucash | biggyfuckyoucash | thats pretty low | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12255 | 6/24/2015 3:40:53 PM | biggyfuckyoucash | biggyfuckyoucash | i can go on any platform and see just one of those NTV spots probably go for that globally | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12256 | 6/24/2015 3:41:22 PM | biggyfuckyoucash | biggyfuckyoucash | this is a complaint thats been widespread, from hostedtube to now this, that the CPMs have never backed out properly to whats being shown to advertisers in the marketplace. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12257 | 6/24/2015 3:42:43 PM | biggyfuckyoucash | biggyfuckyoucash | if I had to add up all the spots, I'd say you make somewhere between $.75-1CPM with pop ups | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12258 | 6/24/2015 3:43:14 | biggyfuckyoucash | biggyfuckyoucash | we should be average $.25 CPM or something along those lines, and then it would be more believable - i can tell you, | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |

| | | | | | |
|---|---|---|---|---|---|
| | PM | | | with respect to the piracy stuff, I wouldn&apos;t accept $.07 CPM as legitimate. | |
| 12259 | 6/24/2015 3:43:46 PM | biggyfuckyoucash | biggyfuckyoucash | (I&apos;m not the only one who shares this opinion) - most people believe those CPM rates are not accurate. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12260 | 6/24/2015 3:45:04 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m not pretending to be an expert on what you&apos;re making, but $.14 bw all spots, is really, really low. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12261 | 6/24/2015 3:45:34 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m curious if that also includes mobile | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12262 | 6/24/2015 3:47:42 PM | hitman.b52 | Glen C | ok, honestly that&apos;s where you lose us.. I would discuss that with Ross though, he is better equipped with the specifics on that. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12263 | 6/24/2015 3:48:00 PM | biggyfuckyoucash | biggyfuckyoucash | sure, do you understand CPM rates, or is that just out of your ballpark? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12264 | 6/24/2015 3:48:12 PM | hitman.b52 | Glen C | no i do, but he knows it in more detail. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12265 | 6/24/2015 3:48:22 PM | hitman.b52 | Glen C | i just don&apos;t want to misspeak | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12266 | 6/24/2015 3:48:26 PM | biggyfuckyoucash | biggyfuckyoucash | ok we can talk about it on the follow up | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12267 | 6/24/2015 3:48:49 PM | biggyfuckyoucash | biggyfuckyoucash | not a big deal, just relay that a lot of people, including us don&apos;t believe those CPM rates that we are being paid are legit | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12268 | 6/24/2015 3:48:59 PM | biggyfuckyoucash | biggyfuckyoucash | its something we can work out with transparency | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12269 | 6/24/2015 3:49:03 PM | biggyfuckyoucash | biggyfuckyoucash | if it gets to that | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12270 | 6/24/2015 3:50:57 PM | hitman.b52 | Glen C | you have Ross on skype i imagine? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12271 | 6/24/2015 3:51:00 PM | biggyfuckyoucash | biggyfuckyoucash | i do | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |

| 12272 | 6/24/2015 3:55:02 PM | biggyfuckyoucash | biggyfuckyoucash | i like Ross - good dude | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |