LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>          Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION TO STRIKE DEFENDANTS' "RESPONSE TO MOTION FOR LEAVE TO FILE SUR-REPLY" (DOC. 83) AND/OR REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING**<br><br>**(Expedited Ruling Requested)** |

Plaintiff, AMA Multimedia, LLC (hereinafter "AMA") respectfully requests that this Court strike the pleading filed by Defendants on November 7, 2016 titled as "Response to AMA's Motion for Leave to file Sur-Reply," (Doc. 83).

AMA filed a Motion for **Leave** (Doc. 77) on November 3, 2016, asking this Court's permission to file a Sur-Reply to new arguments/issues raised by Defendant Koonar's Reply on his Motion to Dismiss (Doc. 74). This Court has not yet ruled on the request for **Leave**.

Meanwhile, Defendants filed a supposed "opposition" to the Motion for Leave (Doc. 83), but they do not address just "leave." Instead, Defendants have **again** raised new factual and legal arguments. *Id*. (Doc. 83). AMA would like to address the factual distortions raised by Defendants, particularly since the pleading calls Adam Silverman and AMA "blatant liars" several times. *Id*. However, there is no procedure for allowing Defendants' "Sur-Sur-Reply" and/or allowing AMA to respond yet again. AMA is mindful that pleadings cannot go back-and-forth, indefinitely, without the Court's permission to file supplemental pleadings.

Moreover, AMA believes that Defendants have used their "Response" (Doc. 83) to convolute the current pleadings. The parties are arguing over **jurisdiction** and a forum non-conveniens/forum selection clause within a Content Partnership Agreement (that was entered by GIM Corp., a **non-party** in this lawsuit). Defendants are attempting to interject the fact disputes about the CPA, which are not even at issue in this lawsuit, to dissuade the Court from the issues of jurisdiction and/or forum. *See*, Doc. 83.

AMA would, very respectfully, like to explain to the Court how Doc. 83 is riddled with inaccurate statements by Defendants, and Mr. Silverman would like the opportunity to explain to this Court how his Declaration (Doc. 78-1) is entirely truthful and consistent. AMA would like to address the misrepresentations and manipulations contained in Doc. 83. But unless and until this Court: a) allows the Sur-Reply to be filed; and/or b) authorizes any further pleadings on this issue, AMA refrains from further pleadings.

For these reasons, AMA asks this Court to:

1. Strike the "Response to AMA's Motion for Leave" (Doc. 83); and
2. Order further briefing on the issues, if the Court deems it necessary or appropriate at this juncture.

DATED this 8th day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants GLP 5, Inc.*
*and Netmedia Services Inc.*

By: /s/ Gina Murphy