**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>             Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFF AMA MULTIMEDIA, LLC'S MOTION TO STRIKE DEFENDANTS' "RESPONSE TO MOTION FOR LEAVE TO FILE SUR-REPLY" (DOC. 83) AND/OR REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING** |

Pursuant to Plaintiff AMA Multimedia, LLC's Motion to Strike Defendants' "Response to Motion for Leave to File Sur-Reply" (Doc. 83) and/or Request for Permission to File Supplemental Briefing, good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike is granted. The Clerk Defendants' "Response to AMA's Motion for Leave" (Doc. 83) is stricken.