1   ERICA J. VAN LOON (admitted *Pro Hac Vice*)
    evanloon@glaserweil.com
2   GLASER WEIL FINK HOWARD
      AVCHEN & SHAPIRO LLP
3   10250 Constellation Boulevard, 19th Floor
    Los Angeles, California 90067
4   Telephone:  (310) 553-3000
    Facsimile:   (310) 556-2920
5
    *Attorneys for Defendants*
6   *Cyberweb Ltd., David Koonar,*
    *Sagan Ltd., GLP 5, Inc., and*
7   *Netmedia Services, Inc.*

8

9                 IN THE UNITED STATES DISTRICT COURT
10                         DISTRICT OF ARIZONA

11
    AMA MULTIMEDIA LLC, a Nevada           CASE NO.: CV16-1269 PHX DGC
12  limited liability company,
                                           Hon. David G. Campbell
13                 Plaintiff,
                                           **DECLARATION OF ERICA J. VAN**
14  v.                                     **LOON IN SUPPORT OF**
                                           **DEFENDANT SAGAN LIMITED'S**
15  SAGAN LIMITED, a Republic of           **OPPOSITION TO AMA'S MOTION**
    Seychelles company, individually and d/b/a   **FOR ENTRY OF DEFAULT**
16  PORN.COM; CYBERWEB LTD. formerly
    MXN LTD., a Barbados Company,
17  individually and d/b/a PORN.COM;
    NETMEDIA SERVICES INC., a Canadian
18  Company, individually and d/b/a
    PORN.COM; GLP 5, Inc., a Michigan
19  Company individually and d/b/a
    Trafficforce.com; DAVID KOONAR, an
20  individual; and John Does 1-20,

21                 Defendants.

22

23

24

25

26

27

28

**DECLARATION OF ERICA J. VAN LOON**

I, Erica J. Van Loon, declare and state as follows:

1.     I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP, admitted pro hac vice as attorney of record herein for Defendant Sagan Limited ("Sagan"). I make this declaration in support of Defendant Sagan Limited's Opposition To AMA's Motion For Entry Of Default. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.     On November 7, 2016 I received AMA's Motion For Entry Of Default as to Defendant Sagan. I immediately advised AMA counsel by email that AMA's motion was improper, and requested that AMA withdraw it. In its email response, AMA refused to withdraw its motion. Attached hereto as Exhibit A is a true and correct copy of this email exchange.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 8, 2016 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANT SAGAN LIMITED'S OPPOSITION TO AMA'S MOTION FOR ENTRY OF DEFAULT

1269770

Exhibit A

**From:**       Veronica L. Manolio <vmanolio@mf-firm.com>
**Sent:**       Monday, November 7, 2016 6:58 PM
**To:**         Erica Van Loon
**Subject:**    RE: Motion for Entry of Default as to Sagan

Erica,

You did not file a Motion to Dismiss on Forum Non Conveniens grounds for Sagan.  The Motion to Dismiss for Sagan was denied in its entirety.  Your Answer time has passed.

Your threats of sanctions and attorneys' fees are quite odd given the fact that you have disregarded the Court's Order in filing multiple motions regurgitating points the Defendants have already lost.  (For example, the Court denied a Stay, and you expressly ignored Judge Campbell and filed the same motion twice more.)  Despite my bringing this issue to your attention, I did not threaten you with sanctions.

This email from you is the type of behavior Judge Campbell told us BOTH should cease.  I clearly understood his point and have changed the way I communicate with you.  So I would appreciate if  you stop the pointless "sanctions and fees" banter now.

I will not be withdrawing my Motion for Default. I believe that it is proper and warranted.  File whatever you deem appropriate, and I will just handle it as it comes.

Veronica


Sent from my phone, so please forgive typos - I blame the auto correct & voice recognition features.


-------- Original message --------
From: Erica Van Loon <evanloon@glaserweil.com>
Date: 11/7/16 7:15 PM (GMT-07:00)
To: "Veronica L. Manolio" <vmanolio@mf-firm.com>
Subject: Motion for Entry of Default as to Sagan

Veronica,
We are in receipt of your Motion For Entry Of Default As To Defendant Sagan Limited.  As you know, the Court has expressly deferred ruling on Defendants' motions to dismiss based on *forum non conveniens* until after the completion of the Koonar Motion To Dismiss briefing.  ECF No. 64  at 2, fn. 1  ("In the meantime, the other Defendants should not file additional motions to dismiss on the basis of the forum selection clause (with the exception of Cyberweb, which has not yet filed a motion to dismiss). When the Court addresses the issue after completion of the Koonar briefing, it will resolve the issue for the entire case.")   Thus, the time period for Sagan to Answer the Complaint does not start to run unless and until the Court denies the pending motions to dismiss based on *forum non conveniens*.

Accordingly, your Motion For Entry Of Default is improper and frivolous, and we request that you withdraw it immediately and by no later than the close of business tomorrow.  If we are required to respond to your motion or take other action as a result of your motion, we will seek sanctions, attorneys' fees, and costs.

Regards,
Erica Van Loon