LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>               Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>               Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S OPPOSITION TO DEFENDANT CYBERWEB, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND MOTION TO STAY PROCEEDINGS** |

Plaintiff, AMA Multimedia, LLC ("AMA") hereby opposes Cyberweb, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Stay Proceedings.

Cyberweb, Ltd. admits to owning and operating the website www.Porn.com. *See*, Doc. 70-2 ("Cyberweb is an owner of Porn.com."), Doc. 42-3 (Cyberweb Ltd. is the owner/operator of Porn.com; The website is owned/controlled by Cyberweb Ltd.).  In a lengthy analysis of personal jurisdiction under Rule 4(k)(2), Fed.R.Civ.P., this Court has already determined that Porn.com targets the United States and that the owners/operators

of Porn.com are subject to United States jurisdiction pursuant to 4(k)(2).  *See* Doc. 69.  Applying the exact same analysis and law, Cyberweb's Motion to Dismiss for lack of personal jurisdiction must be denied.

Similarly, this Court has already ruled **twice** that this matter does not justify a stay and has entered two Orders denying a stay of this litigation.  *See*, Docs. 64, 69.  Nothing has changed, and there is nothing new in Cyberweb, Ltd.'s argument to justify a change of this Court's position on the stay determination.  Rather, Cyberweb, Ltd. reiterates the same arguments acting as if this Court has not already (twice) ruled on the issue.

Because this Court has already definitively ruled on these issues, AMA respectfully requests that this Court similarly deny Cyberweb, Ltd.'s Motion to Dismiss for lack of Personal Jurisdiction and its Motion to Stay.  AMA also believes it should be entitled to its attorneys' fees for having to respond to the same arguments that this Court has already definitively decided (and where Cyberweb has not raised anything new or unique as to that Defendant).

DATED this 14th day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
    Veronica L. Manolio
    8686 E. San Alberto Dr., Suite 200
    Scottsdale, Arizona 85258
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

By:   /s/ Gina Murphy