# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 25069 |
| OF | ) ) | **CERTIFICATE** |
| SPENCER DOUGLAS FREEMAN | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**SPENCER DOUGLAS FREEMAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 19, 1995, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 16th day of November, 2016.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 25069 |
| OF | ) | **CERTIFICATE** |
| SPENCER DOUGLAS FREEMAN | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**SPENCER DOUGLAS FREEMAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 19, 1995, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 16th day of November, 2016.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court