LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                           Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>                           Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**NOTICE OF DEPOSITION OF DAVID KOONAR** |

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30(a)-(b), Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the individual whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths. This deposition shall be stenographically recorded by a court reporter.

/ / /

/ / /

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | **David Koonar** |
| **DATE AND TIME OF DEPOSITION:** | **December 1, 2016 at 12:00 p.m. EST** |
| **PLACE OF DEPOSITION:** | **Corrent and Macri, LLP**<br>**2485 Oullette Avenue, Suite 201**<br>**Windsor, Ontario N8X 1L5** |

DATED this 18th day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By:   /s/ Veronica L. Manolio
   Veronica L. Manolio
   8686 E. San Alberto Dr., Suite 200
   Scottsdale, Arizona 85258
   *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2016, I mailed and emailed copies of the foregoing document to:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,*
*Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*


By:   /s/ Gina Murphy