# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Spencer D Freeman was admitted to practice in said Court on 11/6/2001 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on November 22, 2016.

William M. McCool
Clerk

By _Mary Twent_
Deputy Clerk