LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**NOTICE OF 30(b)(6) DEPOSITION OF REPRESENTATIVE OF CYBERWEB, LTD.** |

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30(a)-(b), Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the individual whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths.  This deposition shall be stenographically recorded by a court reporter.  And, upon agreement of the parties, the deposition may be conducted via video conferencing (in lieu of live appearance).

/ / /

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | **30(b)(6) Representative(s) of Cyberweb, Ltd.**<br>c/o Erica J. Van Loon<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd.<br>Los Angeles, CA 90067 |
| **DATE AND TIME OF DEPOSITION:** | **December 2, 2016 at 9:00 p.m. EST** |
| **PLACE OF DEPOSITION:** | **Law Office of M. Tariq Khan**<br>**Khan Cambers**<br>**Speedbird House**<br>**Independence Square,**<br>**Bridgetown**<br>**Barbados** |

Pursuant to Rule 30(b)(6) FRCP, this Notice of Deposition is directed to an organization. The named organization shall designate *one or more* persons who are most knowledgeable about the following:

1. Cyberweb's ownership structure, including shareholders and respective percentages of ownership, as well as the individuals who own any respective corporate entities that are shareholders of Cyberweb (or individual shareholders of companies that own any corporate shareholders).

2. The financial records of Cyberweb, Ltd. ("Cyberweb") and MXN, Ltd. (as Cyberweb is "formerly known as MXN, Ltd.") from January 1, 2013 to the present. This should include, but not be limited to:

   a) The purchase agreement between MXN and Cyberweb (or any other assignment or transfer of ownership/interest);

   b) The purchase agreement for the Porn.com domain;

   c) Invoices related to any performance of any task related to Porn.com;

        d)      Records of payment to/from any persons who perform any type of work on behalf of Porn.com, including but not limited to, programming, design, uploading, management of any advertising on Porn.com; and

        e)      The receipt and depositing of funds for Porn.com.

3. Any and all contracts (direct or indirect) relating to the operation of Porn.com, including individuals and entities who perform tasks on behalf of and/or for the benefit of Porn.com, from January 1, 2013 to the present.

4. Any and all vendors for Porn.com, including U.S. vendors.

5. Communications to, from, or between Cyberweb and any named Defendant (including any Defendant's employees, directors, shareholders, executives, independent contractors, and/or any entity regarding the performance of any task in the operations of Porn.com) related to operations of Porn.com, including programming, and uploading of content to Porn.com, payment of bills for services rendered to Porn.com, and/or credit card processing for Porn.com.

6. Employees, independent contractors, consultants, and/or other laborer(s) of Cyberweb, whether full-time, part-time, seasonal, "shared," "pool," or other type of help. This shall include the roles, responsibilities, pay/compensation, payroll, and insurance for these individuals.

7. Corporate formation of Cyberweb, including the Articles of Incorporation or Organization, Operating Agreements between the owners, and/or the similar equivalent set of documents that establishes the shareholders, directors, officers, and the roles of the operators of Cyberweb, including amendments or addenda.

8. The servers of Porn.com, including hosting providers and access.

9. The software (the Content Management System) that powers Porn.com and its ability to stream videos, including programming and design on the CMS software used on Porn.com.

10. The day-to-day operations of Porn.com, including tasks of programming, database maintenance, display of videos, review of videos, who performs each task, and what company or entity pays the person performing each task.

DATED this 22nd day of November, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November, 2016, I mailed and emailed copies of the foregoing document to:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,*
*Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*

By: /s/ Laura Fuentez