1  ERICA J. VAN LOON (admitted *Pro Hac Vice*)
   evanloon@glaserweil.com
2  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
5
   *Attorney for Defendants*
6  *Cyberweb Ltd., David Koonar,*
   *Sagan Limited, GLP 5, Inc. and*
7  *Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**REPLY IN SUPPORT OF CYBERWEB LIMITED'S MOTION TO DISMISS BASED ON LACK OF JURISDICTION AND MOTION TO STAY** |

## I. INTRODUCTION

In its Opposition to Cyberweb's Motion To Dismiss Based On Lack Of Jurisdiction (ECF No. 87), AMA simply references ECF No. 69, the Court's ruling denying Sagan Limited's Motion To Dismiss or Stay. Cyberweb respectfully disagrees with the Court's ruling, but rather than restate its position Cyberweb hereby incorporates by reference its most recent Reply briefs concerning the jurisdiction issue, specifically ECF No. 60 (Sagan Reply) and ECF No. 75 at 8-10 (Koonar Reply). The arguments and evidence cited in these briefs apply with equal force to Cyberweb.

In its Opposition to Cyberweb's Motion To Stay (also set forth in ECF No. 87), AMA simply references ECF Nos. 64 and 69, the Court's Orders denying Motions to Stay of Netmedia, GLP 5, and Sagan. Again, Cyberweb respectfully disagrees with the Court's rulings, but rather than restate its position Cyberweb incorporates by reference its most recent Reply briefs concerning the stay issue, specifically ECF No. 61 (Sagan Reply) and ECF No. 72 (Koonar Reply). The arguments and evidence cited in these briefs apply with equal force to Cyberweb. In addition, because the forum selection clause issue is relevant to AMA's Motion to Stay, Cyberweb also incorporates by reference its concurrently-filed Reply In Support of Cyberweb Limited's Motion To Dismiss Based On Forum Non Conveniens.

DATED: November 23, 2016

Respectfully submitted,

GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP

By: /s/ Erica J. Van Loon
ERICA J. VAN LOON
*Attorney for Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*