LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | **AMENDED NOTICE OF DEPOSITION OF DAVID KOONAR** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; NetMedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that pursuant to Rules 26 and 30(a)-(b), Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the individual whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths.  This deposition shall be stenographically recorded by a court reporter.

/ / /

/ / /

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | **David Koonar** |
| **DATE AND TIME OF DEPOSITION:** | **December 1, 2016 at 12:00 p.m. EST** |
| **PLACE OF DEPOSITION:** | **Beryl Macmillan Court Reporting**<br>**267 Pelissier St.**<br>**Windsor, Ontario N9A 2W3** |

DATED this 29th day of November, 2016.

          **MANOLIO & FIRESTONE, PLC**

          By: /s/ Veronica L. Manolio
            Veronica L. Manolio
            8686 E. San Alberto Dr., Suite 200
            Scottsdale, Arizona 85258
            *Attorneys for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November, 2016, I mailed and emailed copies of the foregoing document to:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants David Koonar,*
*Sagan Limited, GLP 5, Inc. and NetMedia Services Inc.*


By: /s/ Gina Murphy