**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - TELEPHONIC CONFERENCE**

Phoenix Division

CIV 16-1269-PHX-DGC                                DATE: 11/29/2016
Year   Case No   Initials

Title:  AMA Multimedia LLC, vs. Sagan Limited, et. al.,
            Plaintiff                    Defendants
================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                      Patricia Lyons
        Deputy Clerk                      Court Reporter
TELEPHONIC APPEARANCES
 Veronica Lynn Manolio
Attorney(s) for Plaintiff(s)
 Erica J Van Loon
 Attorney(s) for Defendant(s)
================================================================

**PROCEEDINGS:**      X   Open Court       ____ Chambers        ____ Other

Telephonic Discovery Conference held.

Limited jurisdictional discovery and Court's order at document 64 discussed. Plaintiff served written discovery on 10/28/2016 and noticed 3 depositions of David Koonar, Philip Bradbury and 30(b)(6) representative of Cyberweb, set for December 1 and 2, 2016. Defendants object and believe discovery exceeds the scope of the Court order on jurisdictional discovery.

Discussion held.

The schedule as put forth in the Court's order at document 64 on jurisdictional discovery will remain in place. Depositions scheduled for December 1 and 2 will go forward. Plaintiff's counsel will send to the Court by email the 30(b)(6) notice with objections and copy defense counsel. Court will review and enter a text-only order on what the 30(b)(6) deposition shall cover. The depositions and written discovery will be subject to a protective order to be entered once the parties have agreed upon one. Plaintiffs shall treat the responses from defendants as though produced under a standard protective order and not disseminate until a protective order is in place. Parties to provide the Court with a proposed protective order by close of business on December 5, 2016. If the parties are unable to reach agreement on some provisions, provide the Court each side's proposed provision. The discovery will cover David Koonar, Netmedia and Cyberweb. GLP 5 is not subject to additional discovery and defendants do not need to respond. No limits on discovery as to GIM and Traffic Force.