LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S NOTICE OF FILING PROPOSED PROTECTIVE ORDER**<br><br>(Before the Hon. David G. Campbell) |

Plaintiff, AMA Multimedia, LLC (hereinafter "AMA") hereby provides this Court a copy of its Proposed Protective Order.

Pursuant to this Court having held a telephonic discovery conference on November 29, 2016 and the Civil Minutes (Doc. 107) that followed, AMA believed that the parties were to jointly file **one** Proposed Protective Order and merely include competing provisions (for the Court to "choose") on the provisions where agreement could not be reached.  Counsel for Defendants disagreed with this process.

Rather than dispute with opposing counsel, and in order to meet the Court's 5 p.m. deadline, AMA respectfully provides the Proposed Protective Order as **Exhibit A** here (and provides a copy to the Court in Word format).  Undersigned counsel avows that she has met and conferred with opposing counsel, and she reasonably believes that the **only** "disagreements" are where the Proposed Order specifies an "AMA proposed provision" vs. "Defendants' proposed provision."  The remainder of the Order was agreed upon.

DATED this 5th day of December, 2016.

**MANOLIO & FIRESTONE, PLC**

By:   /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants GLP 5, Inc.*
*and Netmedia Services Inc.*


By:   /s/ Gina Murphy