ERICA J. VAN LOON – (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorney for Defendants Cyberweb Ltd., David Koonar,
Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DEFENDANTS' NOTICE OF FILING OF PROPOSED PROTECTIVE ORDER** |

Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc. ("Defendants") hereby provide the Court with a copy of their Proposed Protective Order.

In its November 29, 2016 Minute Order (ECF No. 107), the Court requested that the

1  parties file a joint Proposed Protective Order, if possible. Based on this Order and subsequent
2  discussions between counsel, Defendants believed that the parties would file a joint proposed
3  Protective Order that indicated their few remaining points of disagreement. Defendants were
4  thus surprised when AMA filed its own Proposed Protective Order, and did so without
5  including Defendants' proposed language. (ECF No. 112-1).

6       Defendants thus have no choice but to file their own Proposed Protective Order, as
7  Exhibit A hereto. For the convenience of the Court, Defendants have also provided as Exhibit
8  B a PDF version showing AMA's four redlined proposed changes to Defendants' version.

10  DATED: December 5, 2016        GLASER WEIL FINK HOWARD
                                                   AVCHEN & SHAPIRO LLP

12                                    By: /s/ Erica Van Loon
13                                      ERICA J. VAN LOON
                                    *Attorney for Defendants Cyberweb Ltd.,*
14                                      *David Koonar, Sagan Limited, GLP 5, Inc.*
                                    *and Netmedia Services Inc.*

1267631