1  ERICA J. VAN LOON – (admitted *Pro Hac Vice*)
   evanloon@glaserweil.com
2  GLASER WEIL FINK HOWARD
     AVCHEN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
5
6  *Attorney for Defendants Cyberweb Ltd., David Koonar,*
   *Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*
7
   [Additional Counsel listed on Signature Pages]
8
9
10                 IN THE UNITED STATES DISTRICT COURT
11                         DISTRICT OF ARIZONA
12

| | |
|---|---|
| 13  AMA MULTIMEDIA LLC, a Nevada limited liability company, | CASE NO.: CV16-1269 PHX DGC |
| 14                     Plaintiff, | Hon. David G. Campbell |
| 15  v. | **STIPULATION RE BRIEFING SCHEDULE** |
| 16  SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a | |
| 17  PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, | |
| 18  individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian | |
| 19  Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan | |
| 20  Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an | |
| 21  individual; and John Does 1-20, | |
| 22                     Defendants. | |

23

24        Plaintiff AMA Multimedia, Inc. ("AMA") and Defendants Cyberweb Ltd., David

25  Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc. ("Defendants"), through their

26  respective counsel, hereby respectfully submit the following Stipulation and attached

27  Proposed Order modifying the current briefing schedule regarding jurisdiction issues as set

28  forth in the Court's October 6, 2016 Order (ECF No. 64).

1267631

WHEREAS, Defendants, in response to AMA's October 28, 2016 Requests For Production, made a substantial document production on December 1, 2016;

WHEREAS, counsel for Defendants received additional document from their clients on December 1, 2016 that could not be processed in time for inclusion in the December 1, 2016 document production;

WHEREAS, Defendants today have made an additional document production, based on the materials received on December 1, 2016;

WHEREAS, Defendants have offered to provide AMA with additional time to review this new document production before AMA files its supplemental brief concerning jurisdiction issues (currently due on December 9, 2016);

WHEREAS, AMA's deadline for filing its brief can be modified without impacting Defendants' deadline to file their responsive brief.

IT IS SO STIPULATED, through Counsel of Record, as follows:

1.      The deadline for AMA to file its supplemental brief re jurisdiction issues is now December 14, 2016;

2.      All other deadlines in this Action remain unchanged, including the deadline for Defendants to file their responsive brief re jurisdiction issues (which will remain December 21, 2016).

///
///
///
///
///
///
///
///
///
///

2

STIPULATION RE BRIEFING SCHEDULE

1   DATED:  December 6, 2016          GLASER WEIL FINK HOWARD
2                                     AVCHEN & SHAPIRO LLP
3
                                      By: /s/ Erica Van Loon
4                                          ERICA J. VAN LOON
5                                          *Attorney for Defendants Cyberweb Ltd.,*
                                           *David Koonar, Sagan Limited, GLP 5, Inc.*
6                                          *and Netmedia Services Inc.*
7   DATED:  December 6, 2016          MANOLIO & FIRESTONE, PLC
8                                     By: /s/  *Veronica L. Manolio /EJV*
9                                          VERONICA L. MANOLIO
10                                         *Attorney for Plaintiff AMA Multimedia LLC*

**Glaser Weil**

3

STIPULATION RE BRIEFING SCHEDULE

1279071