IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>                    Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER RE BRIEFING SCHEDULE** |

## **ORDER**

Having considered the parties' Stipulation modifying the current briefing schedule regarding jurisdiction issues as set forth in the Court's October 6, 2016 Order (ECF No. 64), and finding good cause shown, IT IS SO ORDERED:

1. The deadline for AMA to file its supplemental brief re jurisdiction issues is now December 14, 2016;

2. All other deadlines in this Action remain unchanged, including the deadline for Defendants to file their responsive brief re jurisdiction issues (which will remain December 21, 2016).