IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; et al.,<br><br>            Defendants. | NO.: CV16-1269 PHX DGC<br><br>**ORDER RE BRIEFING SCHEDULE** |

The Court has reviewed the parties' stipulation modifying the current briefing schedule regarding jurisdiction issues. Doc. 114.

**IT IS ORDERED:**

1. The stipulation modifying the current briefing schedule (Doc. 114) is **granted.** The deadline for AMA to file its supplemental brief re jurisdiction issues is extended to December 14, 2016;

2. All other deadlines in this action remain unchanged, including the deadline for Defendants to file their responsive brief re jurisdiction issues, which shall remain December 21, 2016).

Dated this 7th day of December, 2016.

_____
David G. Campbell
United States District Judge