LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>            Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**STIPULATION TO FILE SUPPLEMENTAL BRIEF UNDER SEAL**<br><br>(Before the Hon. David G. Campbell) |

Pursuant to Local Rule of Civil Procedure (LRCiv) 5.6, undersigned counsel for Plaintiff, AMA Multimedia, LLC ("Plaintiff") and counsel for Defendants, Sagan, Ltd., Cyberweb, Ltd., Netmedia Services, Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants,") hereby stipulate and agree that Plaintiff's Supplemental Briefing re: Personal Jurisdiction and all exhibits thereto shall be filed under seal. The proposed document to be filed under seal is concurrently lodged herewith electronically via the CM/ECF filing system under the "Sealed Lodged Proposed Documents" category.

1  This Stipulation was reached, after consultation among counsel, and based on the following reasons:

2. Defendants have designated multiple materials in this case as "Confidential" and "Highly Confidential – Attorneys' Eyes Only." Both parties have drafted and submitted proposed Protective Orders to this Court, which are pending approval/entry by the Court.

3. Until the Court enters a Protective Order, the Parties have agreed that they will each treat designated materials in the manner designated by any other Party.

4. Plaintiff's Supplemental Briefing contains multiple references to material that has been designated as "Confidential" or "Highly Confidential," as well as such materials have been included as Exhibits to the briefing.

5. In order to shield the designated materials and to abide by the proposed Protective Order, Plaintiff's counsel conferred with defense counsel and agreed in advance to lodge the Supplemental Brief and exhibits under seal, seeking an Order from this Court to file under seal.

6. The Parties agree that this Stipulation is entered for the protection of the Defendants, as only the Defendants have marked information "Confidential" or "Highly Confidential" to date.

This agreement was made in good faith, and there is no dispute. A proposed order is submitted herewith.

DATED this 14th day of December, 2016.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
    Veronica L. Manolio
    8686 E. San Alberto Dr., Suite 200
    Scottsdale, Arizona 85258
    *Attorneys for Plaintiff*

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**

By: /s/ Erica Van Loon (with permission)
    Erica Van Loon
    10250 Constellation Blvd.
    Los Angeles, CA 90067
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*


By: /s/ Gina Murphy