1

2

3

4

5

6           **IN THE UNITED STATES DISTRICT COURT**

7           **IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 8 <br> 9 | AMA Multimedia, LLC, a Nevada limited liability company, |
| | |
| 10 | Plaintiff, |
| 11 | v. |
| 12 <br> 13 <br> 14 <br> 15 <br> 16 <br> 17 | Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* |
| 18 | Defendants. |

Case No. CV-16-1269-PHX-DGC

**ORDER GRANTING
STIPULATION TO FILE
SUPPLEMENTAL BRIEF
UNDER SEAL**

(Before the Hon. David G. Campbell)

19

20         Pursuant to the parties' Stipulation to File Supplemental Brief Under Seal, and

21 good cause appearing,

22         IT IS HEREBY ORDERED that the Stipulation to File Supplemental Brief Under

23 Seal is granted.  The Clerk's Office is hereby directed to electronically file under seal

24 Plaintiff AMA Multimedia, LLC's Supplemental Briefing Re: Personal Jurisdiction

25 which was lodged electronically on December 14, 2016.

26