ERICA J. VAN LOON - (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
STEVEN BASILEO - (admitted *Pro Hac Vice*)
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants Cyberweb Ltd., David Koonar,
Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>              Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO AMA'S SUPPLEMENTAL BRIEFING RE JURISDICTIONAL ISSUES** |

Plaintiff AMA Multimedia, Inc. ("AMA") and Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc., and Netmedia Services Inc. ("Defendants"), through their respective counsel, hereby respectfully submit the following Stipulation and attached Proposed Order extending the deadline for Defendants' response to AMA's supplemental briefing re: jurisdictional issues (ECF No. 117).

JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO AMA'S SUPPLEMENTAL BRIEFING RE JURISDICTIONAL ISSUES

1281188

1  WHEREAS, the Court issued an order permitting AMA to take limited jurisdictional

2  discovery through December 2, 2016 (the "Order") (ECF No. 64);

3  WHEREAS, the Order required AMA to file its supplemental brief re: jurisdictional

4  issues ("Supplemental Brief") by December 9, 2016, and Defendants to file a joint response

5  to the Supplemental Brief ("Response") by December 21, 2016 (ECF No. 64);

6  WHEREAS, pursuant to the joint stipulation of the parties, the Court extended the

7  deadline for AMA to file its Supplemental Brief to December 14, 2016 (ECF No. 115);

8  WHEREAS, AMA electronically filed its Supplemental Brief under seal on

9  December 14, 2016 (ECF No. 117), but did not serve a copy on Defendants' until the next

10  day, December 15, 2016;

11  WHEREAS, AMA has agreed to extend the deadline for Defendants' to file their

12  Response to AMA's Supplemental Brief by one day, to December 22, 2016, to account for

13  the late service of its Supplemental Brief.

14  IT IS SO STIPULATED, through Counsel of Record, as follows:

15  1.   The deadline for Defendants to file their response to AMA's supplemental

16  brief re jurisdictional issues is now December 22, 2016;

17  2.   All other deadlines in this Action remain unchanged.

19  DATED:  December 15, 2016        GLASER WEIL FINK HOWARD
                                      AVCHEN & SHAPIRO LLP

21                                    By: /s/ Erica Van Loon
                                          ERICA J. VAN LOON
22                                        STEVEN BASILEO
                                          *Attorneys for Defendants Cyberweb Ltd.,*
23                                        *David Koonar, Sagan Limited, GLP 5, Inc.*
                                          *and Netmedia Services Inc.*

24  DATED:  December 15, 2016        MANOLIO & FIRESTONE, PLC

26                                    By: /s/ Veronica L. Manolio (with permission)
                                          VERONICA L. MANOLIO
27                                        *Attorney for Plaintiff AMA Multimedia LLC*

---

1

JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO AMA'S
SUPPLEMENTAL BRIEFING RE JURISDICTIONAL ISSUES

1281188