IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>　　　　　Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO AMA'S SUPPLEMENTAL BRIEFING RE JURISDICTIONAL ISSUES** |

[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO AMA'S SUPPLEMENTAL BRIEFING RE JURISDICTIONAL ISSUES

1279071

# **ORDER**

Having considered the parties' Joint Stipulation To Extend The Deadline For Defendants' Response To AMA's Supplemental Briefing Re Jurisdictional Issues (ECF No. 118), and finding good cause shown, IT IS SO ORDERED:

1. The deadline for Defendants to file their response to AMA's supplemental brief re jurisdictional issues is now December 22, 2016;

2. All other deadlines in this Action remain unchanged.

1
[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSE TO AMA'S SUPPLEMENTAL BRIEFING RE JURISDICTIONAL ISSUES

1279071