ERICA J. VAN LOON – (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
STEVEN BASILEO - (admitted *Pro Hac Vice*)
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>              Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF FILING OF JOINT MOTION FOR PROTECTIVE ORDER** |

---

1

NOTICE OF FILING OF JOINT MOTION FOR PROTECTIVE ORDER

1278781

1  Per the Court's request (ECF No. 119), Defendants' counsel hereby provides the Court
2  with a copy of the parties' Joint Motion For Confidentiality Protective Order, attached hereto
3  as Exhibit A.  A Word version of this document will also be transmitted to the Court by email.
4  The parties were unable to reach agreement with respect to a small number of issues.
5  With regard to these disputed issues, the parties' respective proposed provisions are identified
6  by heading and by italics in the Joint Motion.

9  DATED:  December 20, 2016

GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP

By: /s/ Erica J. Van Loon
ERICA J. VAN LOON
STEVEN BASILEO
*Attorneys for Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*