ERICA J. VAN LOON - (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
STEVEN BASILEO - (admitted *Pro Hac Vice*)
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendants*
*Cyberweb Ltd., David Koonar,*
*Sagan Limited, GLP 5, Inc. and*
*Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**STIPULATION TO FILE DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION UNDER SEAL** |

Pursuant to Local Rule of Civil Procedure (LRCiv) 5.6 and the Protective Order entered by this Court, undersigned counsel for Defendants Sagan Limited, Cyberweb Ltd.,

Netmedia Services Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants") and counsel for Plaintiff AMA Multimedia, LLC ("Plaintiff") hereby stipulate and agree that Defendants' Supplemental Briefing Re Personal Jurisdiction and all declarations and exhibits thereto shall be filed under seal. The proposed documents to be filed under seal are concurrently lodged herewith electronically via the CM/ECF filing system under the "Sealed Lodged Proposed Documents" category.

This Stipulation was reached, after consultation among counsel, and based on the following reasons:

1. Defendants have designated materials relevant to this briefing as "Confidential" and "Highly Confidential – Attorneys' Eyes Only." The parties drafted and submitted a Joint Motion for Confidentiality Protective Order with this Court, which was entered by the Court on December 21, 2016 (ECF No. 122).

2. Defendants' Supplemental Briefing Re Personal Jurisdiction contains several references to material that has been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Such materials have also been included as exhibits to declarations in support of the briefing.

3. In order to shield the designated materials and to abide by the Protective Order, Defendants' counsel conferred with Plaintiff's counsel and agreed in advance to lodge the Supplemental Brief, declarations and exhibits under seal, seeking an Order from this Court to file under seal.

4. The parties agree that this Stipulation is entered for the protection of the Defendants, as only the Defendants have made discovery to date and marked certain information "Confidential" or "Highly Confidential."

This agreement was made in good faith, and there is no dispute. A proposed order is submitted herewith.

1  DATED:  December 22, 2016        GLASER WEIL FINK HOWARD
                                        AVCHEN & SHAPIRO LLP
2

3
                                   By:  /s/ Erica J. Van Loon
4                                  ERICA J. VAN LOON
                                   STEVEN BASILEO
5                                  *Attorneys for Defendants
                                   Cyberweb Ltd., David Koonar,
6                                  Sagan Limited, GLP 5, Inc. and
                                   Netmedia Services Inc.*

7

8

9  DATED: December 22, 2016         MANOLIO & FIRESTONE, PLC
10

11
                                   By:  s/ Veronica L. Manolio (with permission)
12                                 Veronica L. Manolio
                                   8686 E. San Alberto Dr., Suite 200
13                                 Scottsdale, Arizona 85258
                                   *Attorney for Plaintiff
14                                 AMA Multimedia LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION TO FILE DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION UNDER SEAL

1283215

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2016, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF and email to the following recipients:

Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
vmanolio@mf-firm.com

By: /s/ Erica J. Van Loon
    Erica J. Van Loon