UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FILE DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION UNDER SEAL** |

Pursuant to the parties' Stipulation to File Defendants' Supplemental Briefing Re Personal Jurisdiction Under Seal, and good cause appearing:

1      IT IS HEREBY ORDERED that the Stipulation to File Defendants' Supplemental Briefing Re Personal Jurisdiction Under Seal is GRANTED.

     The Clerk's Office is hereby directed to electronically file under seal Defendants Sagan Limited, Cyberweb Ltd., Netmedia Services Inc., GLP 5, Inc., and David Koonar's (collectively, "Defendants") Supplemental Briefing Re Personal Jurisdiction and corresponding declarations and exhibits which were lodged electronically on December 22, 2016.

     IT IS SO ORDERED.