LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                              Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd.; Netmedia Services, Inc.; and David Koonar, an individual, *et. al.,*<br><br>                              Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**JOINT REPORT REGARDING SETTLEMENT TALKS**<br><br>(Before the Hon. David G. Campbell) |

Pursuant to this Court's Case Management Order (Doc. 58), undersigned counsel for Plaintiff, AMA Multimedia, LLC ("Plaintiff") and counsel for Defendants, Sagan, Ltd., Cyberweb, Ltd., Netmedia Services, Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants,") hereby provide a report of the Good Faith Settlement Talks.

As directed by the Court, the parties convened on January 12, 2017 to discuss the possibility of settlement. Although all parties proceeded in good faith, they were unable to reach a resolution of this matter.

The parties agree that Court assistance may become helpful, if this case proceeds past the current pending Motion(s) to Dismiss.  The parties agree that further settlement talks should take place if dismissal is not granted.

**Plaintiff AMA's perspective:**

1.      The Settlement Discussion was held by phone (not in-person) as defense counsel resides in Los Angeles, California.  Defendants are not Arizona residents and are presently disputing jurisdiction in the United States, making the "in person" requirement impractical at this time.

2.      The call participants included Spencer Freeman and Veronica Manolio for the Plaintiff and Erica Van Loon and Steven Basileo for the Defendants.

Prior to the call, counsel for the parties exchanged emails about the necessity of (and propriety of) the Clients, themselves, engaging in settlement discussions.  Plaintiff AMA took the position that client participation would not be fruitful if Defendants were insisting that payment be made **to** the defense (as raised in previous settlement talks.) Defendants agreed that client participation would not be helpful or fruitful.

3.      AMA made a settlement offer for the same amount as a pre-litigation offer made to Defendants; Defendants rejected the settlement offer and offered no settlement counteroffer in return.

4.      Plaintiff's counsel did not "refuse to include any of Defendants' revisions into the Report" as Ms. Van Loon states.  Plaintiff's counsel merely suggested that disagreements/disputed material could be distinguished with "Plaintiff's Perspective" and "Defendants' Perspective."  There was nothing accusatory or improper about such a suggestion.  Plaintiff's counsel, in fact, did incorporate some revisions from the defense.


**Defendants' Perspective:**

1.      Defendants' counsel reached out to Plaintiff's counsel to schedule the settlement talks and suggested that clients for each side participate in the discussion. Plaintiff's counsel stated that her client, Adam Silverman, was not available for a call and she did not think that it would be fruitful for her client to be on the call given the

settlement discussions that had taken place to date. Defendants' counsel agreed to Plaintiff's proposal for a counsel-only call, and stated that should the counsel-only call lead to fruitful settlement talks a further call with clients included should be scheduled.

2.     Defendants preferred not to include in this submission details concerning the actual settlement offers made during the settlement discussion, but AMA counsel has refused to include any of Defendants' proposed revisions to the Report. So the record is clear, AMA made a settlement offer for $2 million U.S. Dollars, the same amount as a pre-litigation offer made to Defendants. Defendants' counsel rejected this offer and countered that her clients would likely agree to a walk-away at this stage of the proceedings. AMA rejected this counter-offer.


        DATED this 20th day of January, 2017.

**MANOLIO & FIRESTONE, PLC**                    **FREEMAN LAW FIRM, INC.**


By: /s/ Veronica L. Manolio                         By: /s/  Spencer D. Freeman
      Veronica L. Manolio                                   Spencer D. Freeman
      8686 E. San Alberto Dr., Suite 200              1107 ½ Tacoma Avenue South
      Scottsdale, Arizona 85258                          Tacoma, Washington  98402
      *Attorneys for Plaintiff*                              *Attorneys for Plaintiff*


                                                              **GLASER   WEIL   FINK   HOWARD
                                                              AVCHEN & SHAPIRO LLP**

                                                              By:/s/ Erica Van Loon (with permission)
                                                                    Erica J. Van Loon
                                                                    10250 Constellation Blvd., 19th Floor
                                                                    Los Angeles, CA 90067
                                                                    *Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the 20th day of January, 2017, I electronically transmitted

3  the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies

4  will be transmitted via CM/ECF to the following recipients:

5  Erica J. Van Loon
   Glaser Weil Fink Howard Avchen & Shapiro LLP
6  10250 Constellation Blvd., 19th Floor
   Los Angeles, CA 90067
7  evanloon@glaserweil.com
8  *Attorneys for Defendants*

9  Spencer D. Freeman
   Freeman Law Firm, Inc.
10 1107 ½ Tacoma Avenue South
   Tacoma, Washington  98402
11 sfreeman@freemanlawfirm.org
   *Attorneys for Plaintiff*
12

13

14
   By:  ___/s/ Gina Murphy_____
15

16

17

18

19

20

21

22

23

24

25

26