LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*,<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**NOTICE OF APPEAL**<br><br>(Before the Hon. David Campbell) |

Notice is hereby given that AMA Multimedia, LLC, Plaintiff in the above-title case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Granting Defendants Motions to Dismiss (Doc. 126) entered on January 26, 2017. This Notice is timely filed pursuant to Rule 4, Federal Rules of Appellate Procedure.

/ / /

/ / /

DATED this 27th day of January, 2017.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**FREEMAN LAW FIRM, INC.**

By: /s/ Spencer D. Freeman
Spencer D. Freeman
1107 ½ Tacoma Ave South
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

Valentin Gurvits
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*

Steven Basileo
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
sbasileo@glaserweil.com
*Attorneys for Defendants*

Spencer Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
sfreeman@freemanlawfirm.org
*Attorneys for Plaintiff (pro hac vice)*


By:   /s/ Gina Murphy