LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**REPRESENTATION STATEMENT IN SUPPORT OF PLAINTIFF'S NOTICE OF APPEAL**<br><br>(Before the Hon. David Campbell) |

In compliance with Rule 12, Federal Rules of Appellate Procedure ("FRAP") and Ninth Circuit Rule 3-2(b), Plaintiff provides this Representation Statement to identify that the parties are represented as listed below:

**Plaintiff AMA Multimedia, LLC**

Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258

(480) 222-9100
vmanolio@mf-firm.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave South
Tacoma, Washington 98402
(253) 383-4500
sfreeman@freemanlawfirm.org


**Defendants David Koonar, Sagan Limited, GLP 5, Inc., and NetMedia Service, Inc.**

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
(310) 553-3000
evanloon@glaserweil.com

Steven Basileo
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
(310) 553-3000
sbasileo@glaserweil.com

Valentin Gurvits
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
(617)928-1800
vgurvits@bostonlawgroup.com

/ / /

/ / /

/ / /

/ / /

- 2 -

DATED this 27th day of January, 2017.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**FREEMAN LAW FIRM, INC.**

By: /s/ Spencer D. Freeman
Spencer D. Freeman
1107 ½ Tacoma Ave South
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

Valentin Gurvits
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*

Steven Basileo
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
sbasileo@glaserweil.com
*Attorneys for Defendants*

Spencer Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
sfreeman@freemanlawfirm.org
*Attorneys for Plaintiff (pro hac vice)*


By:    /s/ Gina Murphy