ERICA J. VAN LOON - (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
STEVEN BASILEO - (admitted *Pro Hac Vice*)
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorneys for Defendants
Cyberweb Ltd., David Koonar,
Sagan Limited, GLP 5, Inc. and
Netmedia Services Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, A Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DECLARATION OF PHILIP BRADBURY IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION** |

# DECLARATION OF PHILIP BRADBURY

I, Philip Bradbury, declare and state as follows:

1. I am a Vice President of Defendant Netmedia Services Inc. ("Netmedia."). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Netmedia does not own Porn.com, is not an operator of Porn.com, nor does it receive any of the revenue generated by Porn.com. Instead, Netmedia is paid a flat fee to provide services with respect to Porn.com regardless of Porn.com's performance.

3. To date, Netmedia has produced 45 pages worth of invoices issued from Netmedia to G.I.M. Corp. ("GIM") from 2013 forward, bearing bates numbers NET000056-101. Attached hereto as **Exhibit A** is a true and correct representative sample of the aforementioned invoices, bearing bates numbers NET000056, NET000068, NET000080, and NET000092.

4. In my deposition, it appears I mistakenly stated that Netmedia is paid based on a percentage of revenue basis. I understood the question to concern GIM's compensation, and GIM's compensation is based on a percentage of revenue. However, as the Netmedia-GIM invoices produced in this matter show, Netmedia receives a flat fee for the services it provides (as a GIM subcontractor) to Porn.com and numerous other websites.

5. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Netmedia Services Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production, served on December 1, 2016.

6. Attached hereto as **Exhibit C** is a true and correct copy of Defendant Netmedia Services Inc.'s Objections and Responses to Plaintiff's First Set of Non-Uniform Interrogatories, served on December 1, 2016.

7. Attached hereto as **Exhibit D** are true and correct excerpts of my deposition transcript, dated December 1, 2016.

8. Netmedia did not participate in the alleged infringing activity at issue in this matter, nor was Netmedia aware of any such activity.

9. AMA asserts that the Netmedia bank statements produced in this matter do not show the payments Netmedia received from GIM for Netmedia's work on Porn.com and numerous other websites. AMA is wrong. The payments from GIM are clearly identified. These payments are identified with the code "loan" because that is the code used in the Automated Clearing House ("ACH") system used to effect such payments. I also note that the payment amounts shown on Netmedia's banks statements are in Canadian dollars, whereas as Netmedia's invoices to GIM are in U.S. Dollars. This accounts for the small discrepancy between the payments amounts shown on Netmedia's bank statements and the amounts shown on the Netmedia-GIM invoices.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 22, 2016 at Windsor, Canada.

PHILIP BRADBURY