1   ERICA J. VAN LOON (admitted *Pro Hac Vice*)
    evanloon@glaserweil.com
2   STEVEN BASILEO - (admitted *Pro Hac Vice*)
    sbasileo@glaserweil.com
3   GLASER WEIL FINK HOWARD
       AVCHEN & SHAPIRO LLP
4   10250 Constellation Boulevard, 19th Floor
    Los Angeles, California 90067
5   Telephone:  (310) 553-3000
    Facsimile:   (310) 556-2920
6
    *Attorneys for Defendants*
7   *Cyberweb Ltd., David Koonar,*
    *Sagan Limited, GLP 5, Inc. and*
8   *Netmedia Services Inc.*

9

10              IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ARIZONA
11

| | |
|---|---|
| 12  AMA MULTIMEDIA LLC, a Nevada <br> 13  limited liability company, <br><br> 14              Plaintiff, <br><br> 15  v. <br><br> 16  SAGAN LIMITED, a Republic of Seychelles <br> 17  company, individually and d/b/a <br> PORN.COM; CYBERWEB LTD., formerly <br> 18  MXN LTD., a Barbados Company, <br> 19  individually and d/b/a PORN.COM; <br> NETMEDIA SERVICES INC., a Canadian <br> 20  Company, individually and d/b/a <br> PORN.COM; GLP 5, Inc., a Michigan <br> 21  Company individually and d/b/a <br> Trafficforce.com; DAVID KOONAR, an <br> 22  individual; and John Does 1-20, <br> 23 <br> 24              Defendants. | CASE NO.: CV16-1269 PHX DGC <br><br> Hon. David G. Campbell <br><br> **DECLARATION OF DAVID KOONAR IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION** |

25

26

27

28

**DECLARATION OF DAVID KOONAR**

I, David Koonar, declare and state as follows:

1.      I am the President of Defendant Netmedia Services, Inc. ("Netmedia"). I am also the President of G.I.M Corp. ("GIM"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.      I am not a corporate officer or a director of Porn.com, Cyberweb Ltd. ("Cyberweb"), or Sagan Limited ("Sagan"). Nor do I control, manage or act on behalf of Porn.com, Cyberweb or Sagan.

3.      Indeed, even in my role as President of GIM and Netmedia, I have never derived any financial benefit from the allegedly infringing activity identified by AMA.

4.      Neither myself, Netmedia nor GIM has any connection to Pavillion.

5.      On December 8, 2016, I objected to AMA's First Set of Non-Uniform Interrogatories to Defendant David Kooner and AMA's First Set of Requests for Production to Defendant David Kooner. As set forth in my objections and responses to each discovery request, I withheld information on the grounds that they were untimely because they sought a response after the close of jurisdictional discovery. Specifically, my responses were not due until 6 days after the discovery cutoff. Attached hereto as **Exhibit A** are true and correct copies of Plaintiff AMA Multimedia, LLC's First Set of Non-Uniform Interrogatories to Defendant David Kooner and Plaintiff AMA Multimedia, LLC's First Set of Requests for Production to Defendant David Koonar, served on November 4, 2016. Attached hereto as **Exhibit B** are true and correct copies of Defendant David Koonar's Objections and Responses to Plaintiff's First Set of Non-Uniform Interrogatories and Defendant David Koonar's Objections and Responses to Plaintiff's First Set of Requests for Production, served on December 8, 2016.

6.      Attached hereto as **Exhibit C** are true and correct excerpts of my deposition transcript, dated December 1, 2016.

///

DECLARATION OF DAVID KOONAR IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION

1283679

1    I declare under penalty of perjury pursuant to the laws of the United States of
2    America that the foregoing facts are true and correct.
3        Executed on December 22, 2016 at Windsor, Canada.

                                              DAVID KOONAR

DECLARATION OF DAVID KOONAR IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFING RE
PERSONAL JURISDICTION

1283068