IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>            Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION UNDER SEAL** |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DEFENDANTS' SUPPLEMENTAL
BRIEFING RE PERSONAL JURISDICTION UNDER SEAL

1301309

Having considered the Motion to File Defendants' Supplemental Briefing Re Personal Jurisdiction Under Seal ("Motion to Seal") filed by Defendants Sagan Limited, Cyberweb Ltd., Netmedia Services Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants"), and found that Defendants have met the standard to seal, Defendants' Motion to Seal is GRANTED.

IT IS HEREBY ORDERED that, Defendants may file the following documents under seal:

1. Unredacted version of Defendants' Supplemental Briefing Re Personal Jurisdiction;
2. Unredacted version the Declaration of Kristen Richardson;
3. Exhibit A to the Declaration of Philip Bradbury ("Bradbury Declaration");
4. Exhibit C to the Bradbury Declaration;
5. Exhibit D to the Bradbury Declaration;
6. Exhibit C to the Declaration of David Koonar;
7. Exhibit A to the Declaration of Kristen Richardson ("Richardson Declaration");
8. Exhibit B to the Richardson Declaration;
9. Exhibit C to the Richardson Declaration;
10. Exhibit D to the Richardson Declaration;
11. Exhibit E to the Richardson Declaration;
12. Exhibit F to the Richardson Declaration.

The Clerk's Office is hereby directed to electronically file under seal the above listed documents.

**IT IS SO ORDERED.**