ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
STEVEN BASILEO - (admitted *Pro Hac Vice*)
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants Cyberweb Limited,
David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF MOTION BY ALL DEFENDANTS FOR ATTORNEYS' FEES AND EXPENSES**<br><br>**ORAL ARGUMENT REQUESTED** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants Cyberweb Limited, David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc. ("Defendants"), by and through its counsel of record, will and hereby do move for an award of attorneys' fees and expenses incurred in this action.

The parties' contract (the "CPA') states that "[in] any action or suit brought by a party to enforce the terms of this Agreement, the prevailing party shall be entitled to the payment of reasonable attorneys' fees and costs." Defendants filed Motions to Dismiss or Stay seeking to enforce the CPA's forum selection clause, and Defendants prevailed on their Motions. Accordingly, under the plain language of the CPA, Defendants are entitled to their reasonable attorneys' fees and costs incurred in this matter. Defendants request an award in the amount of $858,589.

The Motion is made following telephonic consultation with counsel for AMA, which was conducted in good faith but failed to resolve this dispute. Declaration of Erica J. Van Loon in Support of Defendants' Motion For Attorneys' Fees And Expenses, ¶ 2.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the concurrently-filed Declaration of Erica J. Van Loon and Exhibits thereto, the docket in this matter, and such other authority and arguments that may be submitted by reply or at a hearing.

DATED: February 9, 2017

Respectfully submitted,

GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP

By: /s/ Erica J. Van Loon
ERICA J. VAN LOON

*Attorney for Defendants Cyberweb Limited, David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*