# Exhibit A

# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Erica J. Van Loon

**Direct Dial**
310.282.6260
**Direct Fax**
310.785.3560
**Email**
evanloon@glaserweil.com

May 4, 2016

<u>Engagement Letter</u>

      The following is the engagement letter between the undersigned clients, Sagan Ltd.; MXN, Ltd.; Porn.Com; Netmedia Services Inc.; GLP 5, Inc., individually and d/b/a Trafficforce.com; David Koonar, ███████, and ███████ (collectively "you") and Glaser Weil Fink Howard Avchen & Shapiro LLP (the "Firm"), regarding representation as legal counsel by the Firm of you in the matter *AMA Multimedia, LLC v. Sagan Limited, et al., Dkt. No., 16-cv-1269-DGC (D. Ariz.)*. We are committed to providing efficient and responsive service to our clients. This letter confirms our understanding and agreement regarding the terms and conditions of our engagement.



MERITAS LAW FIRMS WORLDWIDE



Very truly yours,

*Erica J. Van Loon*

ERICA J. VAN LOON
of GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

EJV:nh

The undersigned understands and agrees to the terms of the engagement set forth in this letter, is duly authorized to execute this engagement letter and are jointly and severally responsible for all fees and costs incurred hereunder.

*See page 12 PB*

Sagan Ltd.

By: _____

MXN Ltd.

By: _____

Porn.Com

By: _____



Page 12

The undersigned understands and agrees to the terms of the engagement set forth in this letter, is duly authorized to execute this engagement letter and are jointly and severally responsible for all fees and costs incurred hereunder.

Sagan Ltd.
By: _____

MXN Ltd.
By: _____

Porn.Com
By: _____

Netmedia Services Inc.
By: _____

GLP 5, Inc., individually and d/b/a Trafficforce.com
By: _____

David Koonar
By: _____