# Exhibit B

## Summary of Attorneys' Fees and Expenses Incurred by Defendants from April 2016 to December 2016

### Attorney Fees

|  | Fees | Hours | Blended Rates |
|---|---|---|---|
| Total Invoiced | $920,815.00 | 1,710.75 | $538 |
| Deduction | $74,537.58 | 151.66 | $491 |
| Total Sought | $846,422.80 | 1559.09 | $543 |
| Jurisdiction Briefing | $263,095.06 | 478.72 | $550 |
| Jurisdiction Discovery | $244,302.88 | 457.95 | $533 |
| Forum Selection Clause | $127,584.92 | 214.88 | $594 |
| Stay | $119,005.54 | 215.66 | $552 |

### Expenses

| | |
|---|---|
| Computer research | $1,679.06 |
| Scan | $16.35 |
| FedEx | $851.61 |
| Messengers | $2,967.28 |
| Filing fees | $312.50 |
| Document production | $6.00 |
| Word processing | $483.75 |
| Meals | $4.14 |
| Travel and parking | $3,685.52 |
| Deposition costs | $2,159.70 |
| | |
| Total | $12,165.91 |