# Exhibit C

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 4/28/16 | NICK HUSKINS | 2.00 | 700.00 | | | | | | 0.500 |
| 4/29/16 | BRITTANY ELIAS | 5.25 | 1,680.00 | | 0.143 | 0.143 | | | |
| 4/29/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 0.250 | 0.500 | | | |
| 4/29/16 | NICK HUSKINS | No Charge | No Charge | | | | | | |
| 5/2/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 0.625 | 0.125 | | | |
| 5/2/16 | NICK HUSKINS | 4.00 | 1,400.00 | | 0.250 | 0.250 | | | 0.125 |
| 5/3/16 | NICK HUSKINS | 1.00 | 350.00 | | 0.500 | | | | 0.500 |
| 5/3/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | | 1.000 | | | |
| 5/3/16 | BRITTANY ELIAS | 1.00 | 320.00 | | 0.333 | | | | 0.333 |
| 5/4/16 | ERICA VAN LOON | 1.50 | 945.00 | | 0.500 | | | | 0.500 |
| 5/5/16 | ERICA VAN LOON | 1.00 | 630.00 | | 1.000 | | | | |
| 5/6/16 | ERICA VAN LOON | 1.00 | 630.00 | | 1.000 | | | | |
| 5/6/16 | NICK HUSKINS | 1.00 | 350.00 | | | | | | 1.000 |
| 5/9/16 | ERICA VAN LOON | 1.00 | 630.00 | | 1.000 | | | | |

1

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|----------------|-----------------|-------------|------------------|------------------|-----------------|------------|-------------|
| 5/9/16 | NICK HUSKINS | 2.00 | 700.00 | | | 1.000 | | | |
| 5/10/16 | NICK HUSKINS | 6.00 | 2,100.00 | | 0.600 | 0.200 | | | 0.200 |
| 5/10/16 | ERICA VAN LOON | 0.50 | 315.00 | | | 0.500 | | | 0.500 |
| 5/11/16 | NICK HUSKINS | 1.25 | 437.50 | | | 1.000 | | | |
| 5/11/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 1.000 | | | | |
| 5/12/16 | NICK HUSKINS | 2.00 | 700.00 | | 0.500 | 0.500 | | | |
| 5/12/16 | ERICA VAN LOON | 1.50 | 945.00 | | 0.500 | 0.500 | | | |
| 5/13/16 | NICK HUSKINS | 3.50 | 1,225.00 | | 0.500 | 0.500 | | | |
| 5/16/16 | NICK HUSKINS | 3.00 | 1,050.00 | | 0.667 | | | | 0.333 |
| 5/16/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 1.000 | | | | |
| 5/19/16 | BRITTANY ELIAS | No Charge | No Charge | | | | | | |
| 5/19/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 0.500 | 0.500 | | | |
| 5/19/16 | NICK HUSKINS | 3.25 | 1,137.50 | | 1.000 | | | | |
| 5/20/16 | NICK HUSKINS | 1.00 | 350.00 | | | | | | |
| 5/23/16 | BRITTANY ELIAS | 3.50 | 1,120.00 | | | 0.625 | | | 0.125 |

2

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 5/23/16 | NICK HUSKINS | 1.25 | 437.50 | | | 0.500 | | | |
| 5/24/16 | NICK HUSKINS | 3.25 | 1,137.50 | | 0.333 | 0.333 | | | 0.333 |
| 5/24/16 | ERICA VAN LOON | 1.00 | 630.00 | | 0.500 | | | | 0.500 |
| 5/24/16 | BRITTANY ELIAS | 8.50 | 2,720.00 | | | 1.000 | | | |
| 5/25/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 0.500 | 0.250 | | | 0.250 |
| 5/25/16 | BRITTANY ELIAS | 11.00 | 3,520.00 | | 0.500 | | | | 0.500 |
| 5/25/16 | NICK HUSKINS | 4.75 | 1,662.50 | | 0.333 | 0.333 | | | 0.333 |
| 5/26/16 | BRITTANY ELIAS | 1.00 | 320.00 | | | 0.250 | | | 0.750 |

3

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 5/27/16 | ERICA VAN LOON | 2.50 | 1,575.00 | | | 1.000 | | | |
| 5/30/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.500 | | | |
| 5/31/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | 0.500 | 0.500 | | | |
| 5/31/16 | NICK HUSKINS | 2.75 | 962.50 | | | | | | |
| 6/1/16 | NICK HUSKINS | 2.75 | 962.50 | | | | | | |
| 6/1/16 | ERICA VAN LOON | 4.50 | 2,835.00 | | 0.167 | 0.250 | | | 0.083 |
| 6/1/16 | BRITTANY ELIAS | 1.00 | 320.00 | | | 0.250 | | | |
| 6/2/16 | BRITTANY ELIAS | 5.00 | 1,600.00 | | | 0.188 | | | 0.188 |
| 6/2/16 | NICK HUSKINS | No charge | No charge | | | | | | |
| 6/2/16 | ERICA VAN LOON | 6.00 | 3,780.00 | | 0.125 | 0.188 | | | 0.188 |
| 6/3/16 | BRITTANY ELIAS | 1.00 | 320.00 | | | 0.071 | | | 0.071 |



4

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 6/3/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.500 | | | |
| 6/6/16 | BRITTANY ELIAS | 2.00 | 640.00 | | | | | | |
| 6/6/16 | NICK HUSKINS | No Charge | No Charge | | | | | | |
| 6/6/16 | ERICA VAN LOON | 4.25 | 2,677.50 | | 0.333 | 0.167 | | | 0.167 |
| 6/7/16 | ERICA VAN LOON | 0.50 | 315.00 | | | 0.500 | | | 0.500 |
| 6/8/16 | NICK HUSKINS | No Charge | No Charge | | | | | | |
| 6/9/16 | ERICA VAN LOON | 0.50 | 315.00 | | | 1.000 | | | |
| 6/10/16 | ERICA VAN LOON | 0.50 | 315.00 | | | 0.500 | | | |
| 6/13/16 | NICK HUSKINS | 2.25 | 787.50 | | | 0.500 | | | |
| 6/15/16 | NICK HUSKINS | 1.00 | 350.00 | | 1.000 | | | | |
| 6/15/16 | ERICA VAN LOON | 1.00 | 630.00 | | 1.000 | | | | |
| 6/21/16 | BRITTANY ELIAS | 0.75 | 240.00 | | | 0.500 | | | |
| 6/21/16 | DAN LIU | 2.50 | 925.00 | | | 1.000 | | | |
| 6/22/16 | DAN LIU | 5.00 | 1,850.00 | | | 1.000 | | | |
| 6/22/16 | ERICA VAN LOON | 0.25 | 157.50 | | | 1.000 | | | |
| 6/23/16 | DAN LIU | 3.00 | 1,110.00 | | | 1.000 | | | |
| 6/23/16 | ERICA VAN LOON | 0.25 | 157.50 | | | | | | |
| 6/24/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 0.500 | | | 0.500 |

5

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 6/24/16 | DAN LIU | 3.00 | 1,110.00 | | | 1.000 | | | |
| 6/27/16 | DAN LIU | 6.00 | 2,220.00 | | | | | | |
| 6/27/16 | NICK HUSKINS | 0.50 | 175.00 | | | | | | |
| 6/27/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | | 0.250 | | | 0.250 |
| 6/28/16 | DAN LIU | 2.00 | 740.00 | | | | | | |
| 6/28/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 0.500 | | | |
| 6/28/16 | BRITTANY ELIAS | 0.25 | 80.00 | | | | | | |
| 6/29/16 | DAN LIU | 2.75 | 1,017.50 | | | 1.000 | | | |
| 6/30/16 | DAN LIU | 5.75 | 2,127.50 | | | 0.500 | | | 0.500 |
| 6/30/16 | RANDY CARLOS | No Charge | No Charge | | | | | | |
| 6/30/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | 0.500 | | | 0.500 |
| 7/1/16 | DAN LIU | 5.25 | 1,942.50 | | | 0.500 | | | 0.500 |
| 7/5/16 | DAN LIU | 3.00 | 1,110.00 | | 1.000 | 0.417 | | | 0.417 |
| 7/5/16 | NICK HUSKINS | No Charge | No Charge | | | | | | |
| 7/5/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | | 0.333 | | | 0.333 |

6

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 7/6/16 | ERICA VAN LOON | 4.50 | 2,835.00 | | 0.333 | 0.167 | | | 0.167 |
| 7/6/16 | DAN LIU | 2.25 | 832.50 | | | 0.125 | | | 0.125 |
| 7/6/16 | CHRISTOPHER DUGGER | 0.50 | 212.50 | | | | | | |
| 7/7/16 | CHRISTOPHER DUGGER | 2.00 | 850.00 | | | | | | |
| 7/7/16 | DAN LIU | 10.25 | 3,792.50 | | | 0.500 | | | |
| 7/7/16 | ERICA VAN LOON | 5.00 | 3,150.00 | | | 0.500 | | | |
| 7/8/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | | 0.167 | | | 0.167 |
| 7/8/16 | NICK HUSKINS | No Charge | No Charge | | | | | | |
| 7/8/16 | DAN LIU | 7.25 | 2,682.50 | | | 0.167 | | | 0.167 |
| 7/11/16 | DAN LIU | 0.50 | 185.00 | | 0.333 | | | | |
| 7/11/16 | ERICA VAN LOON | 0.25 | 157.50 | | | | | | |
| 7/11/16 | CHRISTOPHER DUGGER | 0.50 | 212.50 | | 1.000 | | | | |
| 7/12/16 | DAN LIU | 1.00 | 370.00 | | | | | | |

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/16 | ERICA VAN LOON | 1.50 | 945.00 | | | | | | |
| 7/13/16 | ERICA VAN LOON | 1.25 | 787.50 | | 0.333 | | | | |
| 7/13/16 | DAN LIU | 0.75 | 277.50 | | | | | | |
| 7/14/16 | ERICA VAN LOON | 0.25 | 157.50 | | 1.000 | | | | |
| 7/19/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 7/25/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 7/26/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 7/27/16 | DAN LIU | 1.00 | 370.00 | | | | | | |
| 7/28/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 7/28/16 | CHRISTOPHER DUGGER | 4.25 | 1,806.25 | | 0.167 | 0.333 | | | 0.333 |
| 7/29/16 | DAN LIU | 0.50 | 185.00 | | 1.000 | | | | |
| 7/29/16 | CHRISTOPHER DUGGER | 6.25 | 2,656.25 | | 0.500 | 0.250 | | | 0.250 |
| 7/29/16 | ERICA VAN LOON | 1.00 | 630.00 | | 0.500 | 0.250 | | | 0.250 |
| 8/1/16 | CHRISTOPHER DUGGER | 3.20 | 1,360.00 | | | 0.500 | | | 0.500 |
| 8/1/16 | DAN LIU | 0.75 | 277.50 | | 0.667 | | | | |
| 8/1/16 | ERICA VAN LOON | 1.25 | 787.50 | | 0.500 | 0.250 | | | 0.250 |
| 8/2/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.250 | | | 0.250 |
| 8/2/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |

8

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/2/16 | CHRISTOPHER DUGGER | 1.70 | 722.50 | | | 1.000 | | | |
| 8/3/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 8/3/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.500 | | | 0.500 |
| 8/4/16 | ERICA VAN LOON | 0.25 | 157.50 | | 1.000 | | | | |
| 8/4/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 8/5/16 | DAN LIU | 1.25 | 462.50 | | 0.250 | | | | |
| 8/5/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.500 | | | 0.500 |
| 8/8/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.500 | | | 0.500 |
| 8/8/16 | CHRISTOPHER DUGGER | 0.50 | 212.50 | | | 0.500 | | | 0.500 |
| 8/9/16 | CHRISTOPHER DUGGER | 3.10 | 1,317.50 | | | | | 0.167 | 0.333 |
| 8/9/16 | ERICA VAN LOON | 3.75 | 2,362.50 | | | 0.167 | | 0.167 | 0.167 |
| 8/9/16 | BRITTANY ELIAS | 1.25 | 400.00 | | | | | | 1.000 |
| 8/10/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | 0.333 | 0.167 | | 0.167 | 0.167 |

9

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/10/16 | CHRISTOPHER DUGGER | 4.50 | 1,912.50 | | | 0.667 | | 0.167 | 0.167 |
| 8/10/16 | NICK HUSKINS | 1.00 | 350.00 | | 1.000 | | | | |
| 8/11/16 | CHRISTOPHER DUGGER | 4.60 | 1,955.00 | | | 0.400 | | 0.100 | 0.100 |
| 8/11/16 | ERICA VAN LOON | 4.50 | 2,835.00 | | 0.250 | 0.375 | | 0.250 | 0.125 |
| 8/11/16 | BRITTANY ELIAS | 6.25 | 2,000.00 | | | 0.188 | | 0.188 | 0.375 |
| 8/11/16 | STEVE BASILEO | 5.10 | 3,315.00 | | | 0.500 | | | 0.500 |
| 8/12/16 | STEVE BASILEO | 4.30 | 2,795.00 | | | 0.500 | | | 0.500 |
| 8/12/16 | DAN LIU | 3.50 | 1,295.00 | | | 0.125 | | | 0.125 |

10

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/12/16 | CHRISTOPHER DUGGER | 5.40 | 2,295.00 | | | 0.333 | | 0.333 | 0.333 |
| 8/12/16 | BRITTANY ELIAS | 0.50 | 160.00 | | 1.000 | | | | |
| 8/12/16 | ERICA VAN LOON | 5.50 | 3,465.00 | | | 0.500 | | 0.167 | 0.333 |
| 8/15/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | | 0.500 | | 0.250 | |
| 8/15/16 | DAN LIU | 1.25 | 462.50 | | 1.000 | | | | |
| 8/15/16 | BRITTANY ELIAS | 8.00 | 2,560.00 | | | 0.333 | | 0.333 | 0.333 |
| 8/15/16 | CHRISTOPHER DUGGER | 2.70 | 1,147.50 | | | 0.200 | | 0.200 | 0.200 |
| 8/15/16 | STEVE BASILEO | 4.30 | 2,795.00 | | | 0.444 | | 0.111 | 0.111 |
| 8/16/16 | STEVE BASILEO | 6.20 | 4,030.00 | | | 0.500 | | 0.500 | |

11

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/16/16 | CHRISTOPHER DUGGER | 4.30 | 1,827.50 | | | 0.167 | | 0.167 | 0.167 |
| 8/16/16 | BRITTANY ELIAS | 12.00 | 3,840.00 | | 0.067 | 0.311 | | 0.311 | 0.311 |
| 8/16/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 8/16/16 | ERICA VAN LOON | 3.75 | 2,362.50 | | | 0.250 | | 0.250 | 0.500 |
| 8/17/16 | ERICA VAN LOON | 5.00 | 3,150.00 | | | 0.250 | | 0.250 | 0.500 |
| 8/17/16 | BRITTANY ELIAS | 4.25 | 1,360.00 | | | | | | 0.750 |
| 8/17/16 | STEVE BASILEO | 7.40 | 4,810.00 | | | 0.250 | | 0.250 | 0.500 |
| 8/18/16 | STEVE BASILEO | 7.20 | 4,680.00 | | | | | | 1.000 |
| 8/18/16 | BRITTANY ELIAS | 2.50 | 800.00 | | | 0.500 | | | 0.250 |

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/18/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | | 0.250 | | 0.250 | 0.500 |
| 8/19/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | 0.500 | 0.125 | | 0.125 | 0.250 |
| 8/19/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 8/19/16 | BRITTANY ELIAS | 8.50 | 2,720.00 | | 0.222 | 0.056 | | | 0.111 |
| 8/19/16 | STEVE BASILEO | 3.50 | 2,275.00 | | | 0.417 | | 0.167 | 0.167 |
| 8/20/16 | BRITTANY ELIAS | 1.75 | 560.00 | | | 0.250 | | 0.250 | 0.500 |
| 8/20/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.250 | | 0.250 | 0.500 |
| 8/21/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.250 | | 0.250 | 0.500 |
| 8/22/16 | BRITTANY ELIAS | 7.75 | 2,480.00 | | 0.250 | | | | |
| 8/22/16 | STEVE BASILEO | 4.80 | 3,120.00 | | | 0.556 | | 0.222 | 0.222 |

13

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/22/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | | 0.417 | | 0.167 | 0.167 |
| 8/22/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 8/23/16 | NICK HUSKINS | 0.75 | 262.50 | | | 0.500 | | | |
| 8/23/16 | ERICA VAN LOON | 6.50 | 4,095.00 | | | 0.444 | | 0.111 | 0.111 |
| 8/23/16 | STEVE BASILEO | 5.20 | 3,380.00 | | | 1.000 | | | |
| 8/23/16 | BRITTANY ELIAS | 6.25 | 2,000.00 | | | 0.125 | | | 0.375 |
| 8/24/16 | BRITTANY ELIAS | 0.75 | 240.00 | | | | | | |
| 8/24/16 | STEVE BASILEO | 6.40 | 4,160.00 | | | 0.750 | | 0.250 | |
| 8/24/16 | ERICA VAN LOON | 2.25 | 1,417.50 | | | 0.500 | | 0.500 | |
| 8/25/16 | STEVE BASILEO | 5.40 | 3,510.00 | | | 0.667 | | 0.167 | 0.167 |
| 8/25/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | 0.333 | | 0.083 | 0.083 |
| 8/25/16 | BRITTANY ELIAS | 8.75 | 2,800.00 | | | 0.242 | | 0.061 | 0.061 |

14

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 8/26/16 | BRITTANY ELIAS | 6.75 | 2,160.00 | | | 0.444 | | 0.194 | 0.278 |
| 8/26/16 | ERICA VAN LOON | 5.00 | 3,150.00 | | | 0.333 | | 0.111 | 0.222 |
| 8/26/16 | STEVE BASILEO | 3.90 | 2,535.00 | | | 0.667 | | 0.167 | 0.167 |
| 8/29/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.167 | | 0.167 | 0.167 |
| 8/29/16 | BRITTANY ELIAS | 0.50 | 160.00 | | | | | | |
| 8/29/16 | DAN LIU | 0.50 | 185.00 | | 1.000 | | | | |
| 8/29/16 | STEVE BASILEO | 5.40 | 3,510.00 | | | 0.333 | | 0.333 | 0.333 |
| 8/30/16 | STEVE BASILEO | 5.80 | 3,770.00 | | | 0.333 | | 0.333 | 0.333 |
| 8/30/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | 0.250 | | 0.250 | 0.250 |
| 8/30/16 | DAN LIU | 1.25 | 462.50 | | | | | | |
| 8/31/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.250 | | 0.250 | 0.250 |
| 8/31/16 | STEVE BASILEO | 5.10 | 3,315.00 | | | 0.333 | | 0.333 | 0.333 |

15

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|----------------|-----------------|-------------|------------------|------------------|-----------------|------------|-------------|
| 9/1/16 | STEVE BASILEO | 3.50 | 2,275.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/1/16 | DAN LIU | 2.75 | 1,017.50 | | | | | | |
| 9/1/16 | BRITTANY ELIAS | 2.00 | 640.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/1/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/2/16 | DAN LIU | 5.75 | 2,127.50 | | 0.333 | | | | |
| 9/2/16 | STEVE BASILEO | 1.50 | 975.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/2/16 | BRITTANY ELIAS | 2.50 | 800.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/2/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | 0.083 | | 0.083 | 0.083 |
| 9/6/16 | DAN LIU | 2.50 | 925.00 | | 1.000 | | | | |
| 9/6/16 | STEVE BASILEO | 2.75 | 1,787.50 | | | 0.333 | | 0.333 | 0.333 |
| 9/6/16 | BRITTANY ELIAS | 5.25 | 1,680.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/7/16 | BRITTANY ELIAS | 0.25 | 80.00 | | | 1.000 | | | |
| 9/7/16 | STEVE BASILEO | 0.50 | 325.00 | | | | | | |
| 9/7/16 | DAN LIU | 4.50 | 1,665.00 | | 1.000 | | | | |

16

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9/8/16 | DAN LIU | 5.25 | 1,942.50 | | 0.667 | | | | |
| 9/8/16 | STEVE BASILEO | 0.75 | 487.50 | | | | | | |
| 9/8/16 | ERICA VAN LOON | 1.00 | 630.00 | | 0.667 | 0.333 | | | |
| 9/9/16 | ERICA VAN LOON | 0.25 | 157.50 | | | 1.000 | | | |
| 9/9/16 | BRITTANY ELIAS | 0.75 | 240.00 | | | 1.000 | | | |
| 9/9/16 | STEVE BASILEO | 4.00 | 2,600.00 | | | 1.000 | | | |
| 9/9/16 | DAN LIU | 4.25 | 1,572.50 | | 0.500 | | | | |
| 9/12/16 | STEVE BASILEO | 0.75 | 487.50 | | | | | | |
| 9/12/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.333 | | | |
| 9/13/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 1.000 | | | |
| 9/13/16 | STEVE BASILEO | 6.75 | 4,387.50 | | | | | | |
| 9/13/16 | DAN LIU | 0.75 | 277.50 | | 0.500 | | | | |
| 9/14/16 | DAN LIU | 1.25 | 462.50 | | | | | | |
| 9/14/16 | STEVE BASILEO | 4.75 | 3,087.50 | | | 0.333 | | 0.333 | 0.333 |
| 9/15/16 | STEVE BASILEO | 3.50 | 2,275.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/15/16 | ERICA VAN LOON | 1.00 | 630.00 | | 0.500 | 0.500 | | | |
| 9/15/16 | DAN LIU | 0.50 | 185.00 | | | | | | |

17

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|---------------|-----------------|-------------|------------------|------------------|-----------------|------------|-------------|
| 9/16/16 | ERICA VAN LOON | 0.25 | 157.50 | | | 1.000 | | | |
| 9/16/16 | STEVE BASILEO | 2.50 | 1,625.00 | | | 0.667 | | | 0.333 |
| 9/19/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 9/19/16 | ERICA VAN LOON | 1.00 | 630.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/19/16 | STEVE BASILEO | 2.00 | 1,300.00 | | | | | | 1.000 |
| 9/20/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.667 | | 0.167 | 0.167 |
| 9/20/16 | DAN LIU | 1.00 | 370.00 | | 0.500 | 0.500 | | | |
| 9/21/16 | BRITTANY ELIAS | 0.50 | 160.00 | | | | | | |
| 9/21/16 | STEVE BASILEO | 5.25 | 3,412.50 | | | 0.333 | | 0.333 | 0.333 |
| 9/21/16 | ERICA VAN LOON | 10.50 | 6,615.00 | | | | | | |
| 9/22/16 | STEVE BASILEO | 5.25 | 3,412.50 | | 0.667 | | | | |
| 9/22/16 | ERICA VAN LOON | 1.25 | 787.50 | | 0.333 | 0.111 | | 0.111 | 0.111 |
| 9/22/16 | NICK HUSKINS | 0.75 | 262.50 | | 1.000 | | | | |
| 9/22/16 | DAN LIU | 1.50 | 555.00 | | 1.000 | | | | |
| 9/23/16 | STEVE BASILEO | 7.50 | 4,875.00 | | | | | | 1.000 |
| 9/25/16 | STEVE BASILEO | 4.50 | 2,925.00 | | | 0.500 | | 0.500 | |
| 9/26/16 | STEVE BASILEO | 3.50 | 2,275.00 | | | 0.500 | | 0.500 | |

18

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 9/26/16 | ERICA VAN LOON | 5.50 | 3,465.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/27/16 | ERICA VAN LOON | 1.25 | 787.50 | | | 0.333 | | 0.333 | 0.333 |
| 9/27/16 | STEVE BASILEO | 0.75 | 487.50 | | | 1.000 | | | |
| 9/27/16 | NICK HUSKINS | 1.25 | 437.50 | | | | | 1.000 | |
| 9/27/16 | DAN LIU | 6.00 | 2,220.00 | | 0.333 | 0.167 | | 0.167 | 0.167 |
| 9/27/16 | BRITTANY ELIAS | 0.50 | 160.00 | | | 0.500 | | | |
| 9/28/16 | DAN LIU | 0.50 | 185.00 | | | | | 0.500 | 0.500 |
| 9/28/16 | STEVE BASILEO | 2.25 | 1,462.50 | | | | | | 1.000 |
| 9/28/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 0.500 | 0.167 | | 0.167 | 0.167 |
| 9/29/16 | STEVE BASILEO | 3.00 | 1,950.00 | | | | | | 0.500 |
| 9/29/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/30/16 | STEVE BASILEO | 6.75 | 4,387.50 | | | 0.333 | | 0.333 | 0.333 |
| 9/30/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 0.333 | | 0.333 | 0.333 |
| 9/30/16 | DAN LIU | 0.50 | 185.00 | | 1.000 | | | | |
| 10/1/16 | STEVE BASILEO | 3.50 | 2,275.00 | | | | | | 1.000 |
| 10/1/16 | ERICA VAN LOON | 2.50 | 1,575.00 | | | 0.333 | | 0.333 | 0.333 |

19

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | | | | 1.000 |
| 10/2/16 | STEVE BASILEO | 4.00 | 2,600.00 | | | | | | 1.000 |
| 10/3/16 | STEVE BASILEO | 9.50 | 6,175.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/3/16 | DAN LIU | 5.75 | 2,127.50 | | 1.000 | | | | |
| 10/3/16 | BRITTANY ELIAS | 5.25 | 1,680.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/3/16 | ERICA VAN LOON | 6.50 | 4,095.00 | | 0.667 | 0.111 | | 0.111 | 0.111 |
| 10/4/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | 1.000 | | | | |
| 10/4/16 | STEVE BASILEO | 1.00 | 650.00 | | 1.000 | | | | |
| 10/5/16 | STEVE BASILEO | 3.75 | 2,437.50 | | 0.500 | 0.167 | | 0.167 | 0.167 |
| 10/5/16 | DAN LIU | 0.50 | 185.00 | | | | | | |
| 10/5/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | 0.333 | 0.111 | | 0.111 | 0.111 |
| 10/6/16 | ERICA VAN LOON | 1.75 | 1,102.50 | | | 0.167 | | 0.167 | 0.167 |
| 10/6/16 | STEVE BASILEO | 4.25 | 2,762.50 | | | 0.167 | | 0.667 | 0.167 |

20

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 10/7/16 | STEVE BASILEO | 3.50 | 2,275.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/7/16 | DAN LIU | 0.50 | 185.00 | | | 0.167 | | 0.167 | 0.167 |
| 10/7/16 | ERICA VAN LOON | 2.50 | 1,575.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/9/16 | STEVE BASILEO | 3.75 | 2,437.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/10/16 | STEVE BASILEO | 8.25 | 5,362.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/10/16 | BRITTANY ELIAS | 0.50 | 160.00 | | | | | | |
| 10/10/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 10/10/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | | 0.222 | | 0.222 | 0.222 |
| 10/11/16 | DAN LIU | 0.50 | 185.00 | | 1.000 | | | | |
| 10/11/16 | ERICA VAN LOON | 3.25 | 2,047.50 | | 0.250 | 0.167 | | 0.167 | 0.167 |
| 10/11/16 | STEVE BASILEO | 5.75 | 3,737.50 | | 0.333 | 0.111 | | 0.111 | 0.111 |
| 10/12/16 | STEVE BASILEO | 7.25 | 4,712.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/12/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 10/12/16 | ERICA VAN LOON | 4.25 | 2,677.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/13/16 | DAN LIU | 0.25 | 92.50 | | 0.500 | | | | |
| 10/13/16 | ERICA VAN LOON | 2.50 | 1,575.00 | | | 0.333 | | 0.333 | 0.333 |

21

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/16 | STEVE BASILEO | 6.75 | 4,387.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/13/16 | NICK HUSKINS | 4.75 | 1,662.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/14/16 | STEVE BASILEO | 1.50 | 975.00 | | | 1.000 | | | |
| 10/14/16 | NICK HUSKINS | 0.75 | 262.50 | | | | | | |
| 10/14/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | 0.333 | 0.111 | | 0.111 | 0.111 |
| 10/14/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 10/15/16 | ERICA VAN LOON | 0.25 | 157.50 | | 1.000 | | | | |
| 10/17/16 | ERICA VAN LOON | 4.25 | 2,677.50 | | 0.200 | 0.100 | | 0.100 | 0.200 |
| 10/17/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 10/17/16 | STEVE BASILEO | 2.25 | 1,462.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/18/16 | STEVE BASILEO | 5.25 | 3,412.50 | | 0.333 | 0.444 | | 0.111 | 0.111 |
| 10/18/16 | DAN LIU | 0.25 | 92.50 | | 1.000 | | | | |
| 10/18/16 | ERICA VAN LOON | 3.25 | 2,047.50 | | | 0.500 | | | |
| 10/19/16 | ERICA VAN LOON | 3.00 | 1,890.00 | | 0.167 | 0.333 | | | 0.333 |
| 10/19/16 | DAN LIU | 0.50 | 185.00 | | 1.000 | | | | |

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/16 | STEVE BASILEO | 7.25 | 4,712.50 | | 0.250 | 0.333 | | 0.083 | 0.083 |
| 10/19/16 | NICK HUSKINS | 6.50 | 2,275.00 | | | 1.000 | | | |
| 10/20/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | | 0.500 | | 0.500 | |
| 10/20/16 | STEVE BASILEO | 10.00 | 6,500.00 | | | 0.667 | | 0.167 | 0.167 |
| 10/20/16 | NICK HUSKINS | 5.25 | 1,837.50 | | | 1.000 | | | |
| 10/21/16 | NICK HUSKINS | 6.75 | 2,362.50 | | | 1.000 | | | |
| 10/21/16 | STEVE BASILEO | 9.50 | 6,175.00 | | | 0.778 | | 0.111 | 0.111 |
| 10/21/16 | BRITTANY ELIAS | 0.75 | 240.00 | | | 1.000 | | | |
| 10/21/16 | ERICA VAN LOON | 7.00 | 4,410.00 | | 0.600 | 0.200 | | 0.200 | |
| 10/22/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | | 0.500 | | 0.500 | |
| 10/22/16 | STEVE BASILEO | 1.25 | 812.50 | | | 1.000 | | | |

23

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/16 | NICK HUSKINS | 0.75 | 262.50 | | | | | | |
| 10/24/16 | STEVE BASILEO | 6.25 | 4,062.50 | | | 0.667 | 0.333 | | |
| 10/24/16 | ERICA VAN LOON | 0.50 | 315.00 | | 1.000 | | | | |
| 10/24/16 | ERICA VAN LOON | 2.75 | 1,732.50 | | | 0.667 | | 0.167 | 0.167 |
| 10/24/16 | NICK HUSKINS | 5.75 | 2,012.50 | | | 1.000 | | | |
| 10/25/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 1.000 | | | |
| 10/25/16 | STEVE BASILEO | 6.50 | 4,225.00 | | | 0.375 | | 0.625 | |
| 10/26/16 | STEVE BASILEO | 7.50 | 4,875.00 | | | | | 0.333 | 0.667 |
| 10/26/16 | ERICA VAN LOON | 2.50 | 1,575.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/26/16 | NICK HUSKINS | 1.00 | 350.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/27/16 | ERICA VAN LOON | 5.75 | 3,622.50 | | | 0.167 | | 0.167 | 0.667 |
| 10/27/16 | NICK HUSKINS | 1.00 | 350.00 | | | | | | |
| 10/27/16 | STEVE BASILEO | 10.50 | 6,825.00 | | | 0.333 | | 0.333 | 0.333 |

24

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/16 | BRITTANY ELIAS | 3.25 | 1,040.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/28/16 | BRITTANY ELIAS | 5.00 | 1,600.00 | | | 0.333 | | 0.333 | 0.333 |
| 10/28/16 | STEVE BASILEO | 9.75 | 6,337.50 | | | 0.333 | | 0.333 | 0.333 |
| 10/28/16 | ERICA VAN LOON | 8.00 | 5,040.00 | | | 0.500 | | 0.500 | |
| 10/30/16 | ERICA VAN LOON | 0.25 | 157.50 | | | | 1.000 | | |
| 10/31/16 | ERICA VAN LOON | 1.75 | 1,102.50 | | | | 1.000 | | |
| 10/31/16 | STEVE BASILEO | 1.00 | 650.00 | | | | 1.000 | | |
| 10/31/16 | DAN LIU | 4.75 | 1,757.50 | | | | 1.000 | | |
| 11/1/16 | ERICA VAN LOON | 0.50 | 315.00 | | | | 1.000 | | |
| 11/1/16 | DAN LIU | 5.75 | 2,127.50 | | 0.500 | | 1.000 | | |
| 11/1/16 | STEVE BASILEO | 1.50 | 975.00 | | | | 0.500 | | |

25

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 11/2/16 | STEVE BASILEO | 2.00 | 1,300.00 | | 1.000 | | | | |
| 11/2/16 | DAN LIU | 7.75 | 2,867.50 | | | | 1.000 | | |
| 11/2/16 | ERICA VAN LOON | 1.00 | 630.00 | | | | 1.000 | 0.500 | |
| 11/3/16 | ERICA VAN LOON | 8.00 | 5,040.00 | | | | 0.500 | | |
| 11/3/16 | DAN LIU | 4.75 | 1,757.50 | | | | 1.000 | | |
| 11/3/16 | STEVE BASILEO | 3.25 | 2,112.50 | | | | | 1.000 | |
| 11/4/16 | STEVE BASILEO | 7.50 | 4,875.00 | | | | | 1.000 | |
| 11/4/16 | ERICA VAN LOON | 6.50 | 4,095.00 | | | | 0.250 | 0.750 | |
| 11/5/16 | ERICA VAN LOON | 3.25 | 2,047.50 | | | | | 1.000 | |
| 11/5/16 | STEVE BASILEO | 8.00 | 5,200.00 | | | | | 1.000 | |
| 11/6/16 | STEVE BASILEO | 3.00 | 1,950.00 | | | | | 1.000 | |
| 11/6/16 | ERICA VAN LOON | 2.75 | 1,732.50 | | | | | 1.000 | |
| 11/7/16 | NICK HUSKINS | 0.25 | 87.50 | | | | | | |
| 11/7/16 | ERICA VAN LOON | 5.50 | 3,465.00 | | | | 0.500 | 0.500 | |
| 11/7/16 | DAN LIU | 5.75 | 2,127.50 | | 0.250 | | 0.500 | 0.250 | |

26

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 11/7/16 | STEVE BASILEO | 9.75 | 6,337.50 | | 0.167 | | 0.167 | 0.667 | |
| 11/7/16 | BRITTANY ELIAS | 1.50 | 480.00 | | | | | 1.000 | |
| 11/8/16 | STEVE BASILEO | 6.00 | 3,900.00 | | | | 0.333 | 0.667 | |
| 11/8/16 | DAN LIU | 4.75 | 1,757.50 | | | | 0.500 | | |
| 11/8/16 | NICK HUSKINS | 0.50 | 175.00 | | | | | | |
| 11/8/16 | BRITTANY ELIAS | 2.00 | 640.00 | | | | | 1.000 | |
| 11/8/16 | ERICA VAN LOON | 3.25 | 2,047.50 | | | | 0.500 | 0.500 | |
| 11/9/16 | ERICA VAN LOON | 2.25 | 1,417.50 | | | | 0.500 | | |
| 11/9/16 | DAN LIU | No Charge | No Charge | | | | | | |
| 11/9/16 | STEVE BASILEO | 3.25 | 2,112.50 | | 0.500 | | 0.500 | | |
| 11/10/16 | STEVE BASILEO | 6.25 | 4,062.50 | | | | 0.667 | 0.333 | |
| 11/10/16 | DAN LIU | 1.00 | 370.00 | | | | 1.000 | | |
| 11/10/16 | ERICA VAN LOON | 4.00 | 2,520.00 | | | | 1.000 | | |
| 11/14/16 | ERICA VAN LOON | 2.25 | 1,417.50 | | 0.167 | 0.056 | 0.333 | 0.389 | 0.056 |
| 11/14/16 | DAN LIU | 0.25 | 92.50 | | 0.500 | | | | |

27

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|----------------|-----------------|-------------|------------------|------------------|-----------------|------------|-------------|
| 11/14/16 | STEVE BASILEO | 6.50 | 4,225.00 | | | | 0.600 | 0.400 | |
| 11/15/16 | STEVE BASILEO | 6.75 | 4,387.50 | | | | | 1.000 | |
| 11/15/16 | DAN LIU | 0.25 | 92.50 | | | | | | |
| 11/15/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 0.111 | 0.667 | 0.111 | 0.111 |
| 11/15/16 | BRITTANY ELIAS | 0.75 | 240.00 | | | | | 1.000 | |
| 11/16/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | | 1.000 | | |
| 11/16/16 | DAN LIU | 0.25 | 92.50 | | | | 1.000 | | |
| 11/16/16 | STEVE BASILEO | 6.25 | 4,062.50 | | | | 0.667 | 0.333 | |
| 11/17/16 | STEVE BASILEO | 9.50 | 6,175.00 | | | 0.167 | 0.333 | 0.333 | 0.167 |
| 11/17/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 0.167 | 0.500 | 0.167 | 0.167 |
| 11/18/16 | STEVE BASILEO | 8.75 | 5,687.50 | | | 0.111 | 0.500 | 0.111 | 0.111 |
| 11/18/16 | DAN LIU | 3.25 | 1,202.50 | | 0.500 | | | | |
| 11/18/16 | ERICA VAN LOON | 7.00 | 4,410.00 | | | 0.067 | 0.600 | 0.067 | 0.067 |
| 11/19/16 | ERICA VAN LOON | 1.50 | 945.00 | | | 0.333 | | 0.333 | 0.333 |

28

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 11/19/16 | STEVE BASILEO | 3.75 | 2,437.50 | | | 0.143 | | 0.500 | 0.250 |
| 11/20/16 | STEVE BASILEO | 0.75 | 487.50 | | | 0.667 | | 0.167 | 0.167 |
| 11/20/16 | ERICA VAN LOON | 2.75 | 1,732.50 | | | 0.333 | | 0.333 | 0.333 |
| 11/21/16 | STEVE BASILEO | 8.25 | 5,362.50 | | | 0.200 | 0.400 | 0.200 | 0.200 |
| 11/21/16 | TIM C. SANGER | 3.00 | 750.00 | | | | 1.000 | | |
| 11/21/16 | DAN LIU | 5.75 | 2,127.50 | | | | 1.000 | | |
| 11/21/16 | ERICA VAN LOON | 7.25 | 4,567.50 | | | 0.083 | 0.750 | 0.083 | 0.083 |
| 11/22/16 | ERICA VAN LOON | 8.50 | 5,355.00 | | 0.200 | | 0.800 | | |
| 11/22/16 | DAN LIU | 5.25 | 1,942.50 | | | | 1.000 | | |
| 11/22/16 | BRITTANY ELIAS | 4.50 | 1,440.00 | | 0.500 | | | 0.500 | |
| 11/22/16 | STEVE BASILEO | 10.00 | 6,500.00 | | | 0.083 | 0.750 | 0.083 | 0.083 |
| 11/23/16 | TIM C. SANGER | 3.00 | 750.00 | | | | 1.000 | | |
| 11/23/16 | BRITTANY ELIAS | 1.25 | 400.00 | | | 0.333 | | 0.333 | 0.333 |

29

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/16 | DAN LIU | 7.00 | 2,590.00 | | | | | | |
| 11/23/16 | ERICA VAN LOON | 12.50 | 7,875.00 | | | 0.056 | 1.000 | 0.056 | 0.056 |
| 11/23/16 | STEVE BASILEO | 8.75 | 5,687.50 | | | 0.048 | 0.833 | 0.048 | 0.048 |
| 11/24/16 | ERICA VAN LOON | 0.50 | 315.00 | | | | 0.857 | | |
| 11/24/16 | DAN LIU | 3.25 | 1,202.50 | | | | 1.000 | | |
| 11/25/16 | DAN LIU | 7.50 | 2,775.00 | | | | 1.000 | | |
| 11/25/16 | ERICA VAN LOON | 4.25 | 2,677.50 | | | | 1.000 | | |
| 11/25/16 | STEVE BASILEO | 6.00 | 3,900.00 | | | | 1.000 | | |
| 11/26/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | | 1.000 | | |
| 11/26/16 | DAN LIU | 3.75 | 1,387.50 | | | | 1.000 | | |
| 11/27/16 | DAN LIU | 5.50 | 2,035.00 | | | | 1.000 | | |
| 11/27/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | | 1.000 | | |

30

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/16 | STEVE BASILEO | 6.00 | 3,900.00 | | | | 1.000 | | |
| 11/28/16 | ERICA VAN LOON | 10.25 | 6,457.50 | | | | 1.000 | | |
| 11/28/16 | STEVE BASILEO | 12.50 | 8,125.00 | | | | 0.800 | | |
| 11/28/16 | TIM C. SANGER | 2.50 | 625.00 | | | | 1.000 | | |
| 11/28/16 | DAN LIU | 9.75 | 3,607.50 | | | | 1.000 | | |
| 11/29/16 | DAN LIU | 11.25 | 4,162.50 | | | | 1.000 | | |
| 11/29/16 | STEVE BASILEO | 8.75 | 5,687.50 | | | | 0.833 | | |
| 11/29/16 | ERICA VAN LOON | 15.50 | 9,765.00 | | | | 1.000 | | |
| 11/30/16 | STEVE BASILEO | 10.00 | 6,500.00 | | | | 1.000 | | |
| 11/30/16 | ERICA VAN LOON | 17.75 | 11182.50 | | | | 1.000 | | |
| 11/30/16 | DAN LIU | 13.50 | 4,995.00 | | | | 1.000 | | |
| 12/1/16 | DAN LIU | 6.40 | 2,368.00 | | | | 1.000 | | |
| 12/1/16 | STEVE BASILEO | 14.50 | 9,425.00 | | | | 1.000 | | |

31

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/16 | ERICA VAN LOON | 15.50 | 9,765.00 | | | | 1.000 | | |
| 12/1/16 | TIM C. SANGER | 5.50 | 1,375.00 | | | | 1.000 | | |
| 12/2/16 | TIM C. SANGER | 2.00 | 500.00 | | | | 1.000 | | |
| 12/2/16 | ERICA VAN LOON | 13.25 | 8,347.50 | | | | 1.000 | | |
| 12/2/16 | STEVE BASILEO | 5.50 | 3,575.00 | | | | 1.000 | | |
| 12/2/16 | DAN LIU | 3.40 | 1,258.00 | | | | 1.000 | | |
| 12/4/16 | DAN LIU | 3.60 | 1,332.00 | | | | 1.000 | | |
| 12/4/16 | ERICA VAN LOON | 2.00 | 1,260.00 | | | | 1.000 | | |
| 12/5/16 | STEVE BASILEO | 9.25 | 6,012.50 | | | | 1.000 | | |
| 12/5/16 | ERICA VAN LOON | 10.50 | 6,615.00 | | | | 1.000 | | |
| 12/5/16 | DAN LIU | 1.60 | 592.00 | | | | 1.000 | | |
| 12/5/16 | BRITTANY ELIAS | 7.00 | 2,240.00 | | | | 1.000 | | |
| 12/5/16 | TIM C. SANGER | 1.00 | 250.00 | | | | 1.000 | | |
| 12/6/16 | NICK HUSKINS | 6.75 | 2,362.50 | | | | 1.000 | | |
| 12/6/16 | NICK HUSKINS | 4.75 | 1,662.50 | | | | 1.000 | | |

32

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|----------------|-----------------|-------------|------------------|------------------|-----------------|------------|-------------|
| 12/6/16 | TIM C. SANGER | 2.00 | 500.00 | | | | 1.000 | | |
| 12/6/16 | BRITTANY ELIAS | 3.60 | 1,152.00 | | | | 1.000 | | |
| 12/6/16 | ERICA VAN LOON | 5.50 | 3,465.00 | | | | 0.800 | | |
| 12/6/16 | STEVE BASILEO | 5.50 | 3,575.00 | | | | 1.000 | | |
| 12/7/16 | STEVE BASILEO | 7.50 | 4,875.00 | | | | 1.000 | | |
| 12/7/16 | ERICA VAN LOON | 4.25 | 2,677.50 | | | | 0.667 | | |
| 12/7/16 | NICK HUSKINS | 3.25 | 1,137.50 | | | | 1.000 | | |
| 12/7/16 | BRITTANY ELIAS | 2.40 | 768.00 | | | | 1.000 | | |
| 12/8/16 | BRITTANY ELIAS | 0.90 | 288.00 | | | | 1.000 | | |
| 12/8/16 | NICK HUSKINS | 1.00 | 350.00 | | | | 1.000 | | |
| 12/8/16 | ERICA VAN LOON | 1.50 | 945.00 | | | | 1.000 | | |
| 12/8/16 | STEVE BASILEO | 6.25 | 4,062.50 | | | | 1.000 | | |
| 12/9/16 | ERICA VAN LOON | 1.50 | 945.00 | | 0.500 | | 0.500 | | |
| 12/11/16 | ERICA VAN LOON | 0.75 | 472.50 | | 1.000 | | | | |

33

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|----------------|-----------------|-------------|------------------|------------------|-----------------|------------|-------------|
| 12/11/16 | NICK HUSKINS | 0.25 | 87.50 | | | | | | |
| 12/13/16 | BRITTANY ELIAS | 0.60 | 192.00 | | | 0.500 | 0.500 | | |
| 12/13/16 | STEVE BASILEO | 7.50 | 4,875.00 | | | 0.600 | 0.400 | | |
| 12/13/16 | ERICA VAN LOON | 0.75 | 472.50 | | 0.500 | 0.500 | | | |
| 12/14/16 | STEVE BASILEO | 6.00 | 3,900.00 | | | 1.000 | | | |
| 12/14/16 | ERICA VAN LOON | 4.75 | 2,992.50 | | 0.333 | 0.667 | | | |
| 12/14/16 | BRITTANY ELIAS | 0.10 | 32.00 | | 1.000 | | | | |
| 12/15/16 | ERICA VAN LOON | 5.50 | 3,465.00 | | | 1.000 | | | |
| 12/15/16 | BRITTANY ELIAS | 0.60 | 192.00 | | | 1.000 | | | |
| 12/15/16 | STEVE BASILEO | 5.50 | 3,575.00 | | | 1.000 | | | |
| 12/15/16 | NICK HUSKINS | 2.00 | 700.00 | | | 1.000 | | | |
| 12/16/16 | STEVE BASILEO | 7.50 | 4,875.00 | | | 1.000 | | | |
| 12/16/16 | ERICA VAN LOON | 4.50 | 2,835.00 | | 0.333 | 0.333 | | | |
| 12/16/16 | BRITTANY ELIAS | 2.10 | 672.00 | | 1.000 | | | | |

34

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/16 | ERICA VAN LOON | 5.00 | 3,150.00 | | | 1.000 | | | |
| 12/18/16 | STEVE BASILEO | 6.25 | 4,062.50 | | | 1.000 | | | |
| 12/18/16 | ERICA VAN LOON | 3.50 | 2,205.00 | | | 1.000 | | | |
| 12/19/16 | BRITTANY ELIAS | 1.90 | 608.00 | | 0.600 | 0.400 | | | |
| 12/19/16 | STEVE BASILEO | 7.25 | 4,712.50 | | | 1.000 | | | |
| 12/19/16 | ERICA VAN LOON | 7.00 | 4,410.00 | | 0.250 | 0.750 | | | |
| 12/20/16 | ERICA VAN LOON | 6.00 | 3,780.00 | | | 1.000 | | | |
| 12/20/16 | STEVE BASILEO | 10.25 | 6,662.50 | | | 1.000 | | | |
| 12/20/16 | BRITTANY ELIAS | 7.70 | 2,464.00 | | | 1.000 | | | |
| 12/21/16 | ERICA VAN LOON | 8.25 | 5,197.50 | | | 1.000 | | | |

35

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|------|--------|----------------|-----------------|-------------|------------------|------------------|-----------------|-----------|-------------|
| 12/21/16 | STEVE BASILEO | 14.50 | 9,425.00 | | | 1.000 | | | |
| 12/21/16 | BRITTANY ELIAS | 6.00 | 1,920.00 | | 0.067 | 0.933 | | | |
| 12/22/16 | BRITTANY ELIAS | 5.40 | 1,728.00 | | | 1.000 | | | |
| 12/22/16 | STEVE BASILEO | 11.50 | 7,475.00 | | | 1.000 | | | |

36

1305109.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Deduction Factor | Jx Brief. Factor | Jx Disc. Factor | FSC Factor | Stay Factor |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/16 | ERICA VAN LOON | 7.75 | 4,882.50 | | | 1.000 | | | |
| 12/23/16 | BRITTANY ELIAS | 1.40 | 448.00 | | | 1.000 | | | |
| 12/23/16 | ERICA VAN LOON | 0.50 | 315.00 | | 0.333 | 0.667 | | | |
| 12/28/16 | ERICA VAN LOON | 0.50 | 315.00 | | 1.000 | | | | |
| 12/29/16 | STEVE BASILEO | 0.25 | 162.50 | | 1.000 | | | | |
| 12/29/16 | BRITTANY ELIAS | 0.30 | 96.00 | | 1.000 | | | | |
| 12/29/16 | ERICA VAN LOON | 0.50 | 315.00 | | 1.000 | | | | |
| 12/30/16 | STEVE BASILEO | 0.25 | 162.50 | | 1.000 | | | | |

37