# Exhibit D

**Itemized Statement re Expenses Incurred by Defendants
from April 2016 to December 2016**

| | April | May | Jun | July | Aug | Sept | Oct | Nov | Dec | | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer research | | | $101.80 | $513.99 | | $159.88 | $328.00 | $208.12 | $367.27 | | $1,679.06 |
| Scan | | | $1.05 | $0.45 | | $0.30 | $0.90 | $9.60 | $4.05 | | $16.35 |
| FedEx | | | $0.00 | $69.93 | $99.75 | $97.14 | $90.73 | | $494.06 | | $851.61 |
| Messengers | | | $180.32 | $191.00 | | $439.00 | $417.00 | $988.58 | $751.38 | | $2,967.28 |
| Filing fees | | | $223.50 | $18.00 | | $18.00 | | $35.00 | $18.00 | | $312.50 |
| Document production | | | | | $1.50 | | $2.25 | $2.25 | | | $6.00 |
| Word processing | | | | | $56.25 | | $360.00 | $67.50 | | | $483.75 |
| Meals | | | | | | $4.14 | | | | | $4.14 |
| Travel and parking | | | | | | $560.73 | | | $3,124.79 | | $3,685.52 |
| Deposition costs | | | | | | | | $2,159.70 | | | $2,159.70 |
| | | | | | | | | | | | |
| Subtotal | $0.00 | $0.00 | $506.67 | $793.37 | $157.50 | $1,279.19 | $1,198.88 | $3,470.75 | $4,759.55 | **Total** | **$12,165.91** |

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
VENDOR: DRI365 DRIVER AND NIX

CHECK NO: **846307**
DATE: 12-28-16

| G/L # | VOUCHER # | INV. DATE | INV. # | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 7537 | 151089 | 12-05-16 | 90244 | | 1,028.50 |
| 7537 | 151163 | 12-05-16 | 90245 | | 1,131.20 |
| | | | | **TOTAL** | $2,159.70 |

**846307**

**Glaser Weil Fink Howard Avchen & Shapiro LLP**
**10250 Constellation Boulevard, 19th Floor**
**Los Angeles, California 90067**
**(310) 553-3000**

CNB General
16-1606/1220

City National Bank
Private Client Services
2029 Century Park East, #100
Los Angeles, CA 90067

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 12-28-16 | $2,159.70***** |

**PAY** TWO THOUSAND ONE HUNDRED FIFTY-NINE AND 70/100 Dollars

**TO THE ORDER OF**
DRIVER AND NIX
2930 E. CAMELLBACK RD.
SUITE 175
PHOENIX, AZ 85016

**GENERAL ACCOUNT**

***** COPY *** COPY *****

# INVOICE

**driver and nix**
COURT REPORTERS
1.800.488.DEPO (3376)
www.drivernix.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90244 | 12/5/2016 | 78375 |
| **Job Date** | **Case No.** | |
| 12/1/2016 | CV16-1269-PHX-DGC | |
| **Case Name** | | |
| AMA Multimedia vs. Sagan, Ltd. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erica J. Van Loon, Esq.
Glaser Weil Fink Howard Avchen & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

| Description | Quantity | | Rate | Amount |
|---|---|---|---|---|
| ONE EXPEDITED COPY TRANSCRIPT OF: | | | | |
| PHILIP BRADBURY | | | | |
| Copy - 2-day expedite | 111.00 Pages | @ | 5.42 | 601.62 |
| Condensing/Indexing | 1.00 | @ | 25.00 | 25.00 |
| Electronic Delivery | 1.00 | @ | 15.00 | 15.00 |
| ONE EXPEDITED COPY TRANSCRIPT OF: | | | | |
| DAVID KOONAR | | | | |
| Copy - 2-day expedite | 64.00 Pages | @ | 5.42 | 346.88 |
| Condensing/Indexing | 1.00 | @ | 25.00 | 25.00 |
| Electronic Delivery | 1.00 | @ | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$1,028.50** |

THANK YOU FOR YOUR BUSINESS!!

Reporter: K. Ceton

TERMS: DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.

K.E. Nix, Inc., dba Driver and Nix Court Reporters certifies that all aspects of this bill and invoice and other business terms comply with the ethical obligations set forth in (J)(1)(g)(1) and (2) of the Arizona Code of Judicial Administration.

08052-001

**Tax ID:** 86-0748475

*Please detach bottom portion and return with payment.*

Erica J. Van Loon, Esq.
Glaser Weil Fink Howard Avchen & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Invoice No. : 90244
Invoice Date : 12/5/2016
**Total Due : $ 1,028.50**

Remit To: **Driver and Nix**
**2930 E. Camelback Rd., Suite 175**
**Phoenix, AZ 85016**

Job No. : 78375
BU ID : 1-NIXKE
Case No. : CV16-1269-PHX-DGC
Case Name : AMA Multimedia vs. Sagan, Ltd.

# INVOICE

**driver and nix**
**COURT REPORTERS**
1.800.488.DEPO (3376)
www.drivernix.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90245 | 12/5/2016 | 78376 |
| **Job Date** | **Case No.** | |
| 12/2/2016 | CV16-1269-PHX-DGC | |
| **Case Name** | | |
| AMA Multimedia vs. Sagan, Ltd. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erica J. Van Loon, Esq.
Glaser Weil Fink Howard Avchen & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

ONE EXPEDITED COPY TRANSCRIPT OF:
KRISTEN EDWARD RICHARDSON

| | | | | |
|---|---|---|---|---|
| Copy - Daily | 176.00 Pages | @ | 6.20 | 1,091.20 |
| Condensing/Indexing | 1.00 | @ | 25.00 | 25.00 |
| Electronic Delivery | 1.00 | @ | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$1,131.20** |

THANK YOU FOR YOUR BUSINESS!!

Reporter: K. Ceton

TERMS: DUE UPON RECEIPT, 1.5% INTEREST PER MONTH ON UNPAID BALANCE.

K.E. Nix, Inc., dba Driver and Nix Court Reporters certifies that all aspects of this bill and invoice and other business terms comply with the ethical obligations set forth in (J)(1)(g)(1) and (2) of the Arizona Code of Judicial Administration.

08058 - 001

**Tax ID:** 86-0748475

*Please detach bottom portion and return with payment.*

Erica J. Van Loon, Esq.
Glaser Weil Fink Howard Avchen & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Invoice No. : 90245
Invoice Date : 12/5/2016
**Total Due : $ 1,131.20**

Remit To: **Driver and Nix**
**2930 E. Camelback Rd., Suite 175**
**Phoenix, AZ 85016**

Job No. : 78376
BU ID : 1-NIXKE
Case No. : CV16-1269-PHX-DGC
Case Name : AMA Multimedia vs. Sagan, Ltd.

First Legal

First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10044797 | [redacted] |
| Invoice Date | Total Due |
| 6/15/16 | 7,165.99 |

GLASER WEIL FINK JACOBS H.-LEGAL
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| [redacted] | 10044797 | 6/15/16 | 7,165.99 | 52 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/02/16 LING-FWD | 3038666 PDF SAME DAY | FFX ERT | GLASER WEIL FINK JACOBS HOWARD-L 10250 CONSTELLATION BOULEVARD LOS ANGELES CA 90067 — UNITED STATED DISTRICT COURT PHOENIX AZ 85003<br>Caller: Brittany Elias<br>Case Number: CV 16 1269 PHX DGC<br>Case Title: AMA MULTIMEDIA VS SAGAN LIMITED<br>Docs: PRO HAC VICE APPL<br>Addl Info: FILE/CONFORM/RETURN<br>Addl Info: ADV $35 & FILE HARD<br>Signed: FILED<br>Ref: 8058-001 BRITTANY ELIAS | Base Chg : 175.00<br>Return : 10.00<br>Adv/Wit Ck: 35.00<br>Check Chg : 3.50 | 223.50 |

Total Charges for Ref. - 8058-001 BRITTANY ELIAS: 223.50

Continued

INVOICE PAYMENT DUE UPON RECEIPT



-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Thursday, June 2, 2016 9:31 AM
To:
Subject: Pay.gov Payment Confirmation: CACD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25RVGREN
Agency Tracking ID: 0973-17923108
Transaction Type: Sale
Transaction Date: Jun 2, 2016 12:30:51 PM

Account Holder Name:
Transaction Amount: $18.00
Card Type: AmericanExpress
Card Number:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# Expense Report

Report ID: 0100-1428-6187

| | |
|---|---|
| Report Name | AMA Sec of State Docs |
| Expense Owner | YON (HELEN) MI KANG |
| Expense Owner ID | HKANG@GLASERWEIL.COM / YMK |
| Created By | YON (HELEN) MI KANG |
| Date | Sep 28, 2016 |
| To Be Paid In | USD |

Please place this cover sheet in front of hardcopy receipt pages and then scan or fax to:
Email: expense@chromefile.com Fax: (214) 540-1162

## Financial Summary

| | Amount (USD) |
|---|---|
| Total Expenses Reported | 18.00 |
| Less Company Paid Expenses | 0.00 |
| Amount Due Expense Owner | 18.00 |

## Expense Summary

| Expense Type | Amount (USD) |
|---|---|
| Filing Fees | 18.00 |
| Total | 18.00 |

## Allocation Summary

| Allocations Charged | | | Amount (USD) |
|---|---|---|---|
| [redacted] | SAGAN LIMITED | AMA MULTIMEDIA, LLC | 18.00 |
| Total | | | 18.00 |

SEP 27 2016

This document may contain confidential and/or privileged information. If you are not the intended recipient, or the person responsible for delivering to the person addressed, please notify the sender immediately and destroy this material. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Expense Details

Report ID: 0100-1428-6187

Expense Report

AMA Sec of State Docs

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|---|---|---|---|---|---|---|
| 1 | 09/27/2016 | | Y.7543-01 | Filing Fees | 18.00 USD | 18.00 USD |

Business Purpose: Request for copies of the merger related documents between AMA Multimedia LLC and SSC Group LLC

Description: E112

Receipt Attached: Yes Firm Paid: No

Allocations: 08058-001 SAGAN LIMITED AMA MULTIMEDIA, LLC 18.00 USD

| | |
|---|---|
| LedgerEvent | 0 |
| Title | SOS records |
| Vendor | Nevada |

*230605*

BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Copies Order Form

USE BLACK INK ONLY - DO NOT HIGHLIGHT

Order Processing Requested: **(Expedite Processing *Requires* Additional Fees)**

☒ Regular Processing ☐ **24-HOUR** Expedite ($125.00 additional fee) ☐ **2-HOUR** Expedite ($500.00 additional fee) ☐ **1-HOUR** Expedite ($1000.00 additional fee)

**Order Information:** Date of Request: 9/28/2016

Entity Name: AMA Multimedia, LLC

File Number: NV20131307687 Phone: 213-304-6355

Contact Name: Helen Kang Email Address: hkang@glaserweil.com

Address: 10250 Constellation Blvd. Suite 1900, Los Angeles, CA90067

**Return Delivery:** (email or fax options do not receive a copy via mail; must be ordered separately)

☒ Email to: hkang@glaserweil.com ☐ Fax to:

☐ Hold for Pick Up ☐ Mail to Address Above ☐ FedEx: Acct #

☐ Other: (explain below) Ship Type:

**Order Details:**

Filed Documents:

Type of Copies Ordered:

☒ Plain ☐ Certify as a packet ☐ Certify each filing

(Please indicate the number of copies being requested below)

Articles Document #

List(s) 1 Document # 20130647406-93

All Amendments

Entire File (Includes All Documents on File for Entity) # of Copies:

Indicate additional document numbers below or attach a separate page

Search Copies Requested:

☐ Search

Business License NV Business ID #

Certificates: (Indicate number being requested)

Ceremonial

Good Standing Short Long

Certificate of Status

Charter

Apostille

Country document will be used

Other Certificates

Please note: Documents requiring an Apostille must be certified. Separate fees and expedite fees for copies and certificates apply. See attached fee schedule or contact customer service at (775) 684-5708 with any questions.

ORDERS CANNOT BE CHANGED OR CANCELED ONCE THEY ARE SUBMITTED.

Total Amount: 18

**Method of Payment:**

☐ Check/Money Order ☒ Credit/Debit Card (attach ePayment checklist) ☐ Trust Account:

☐ Use balance remaining in job #



*230105*

BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# ePayment Checklist
## (For Counter, Fax and Mail Requests)

USE BLACK INK ONLY - DO NOT HIGHLIGHT

Service Type: [X] Counter [ ] Mail [ ] Fax

Order Processing Requested: (Expedite Processing *Requires* Additional Fees)

[X] Regular Processing [ ] **24-HOUR** Expedite [ ] **2-HOUR** Expedite [ ] **1-HOUR** Expedite

## Payment by Card *(card holder name and billing address required below)*

Card Type: [X] VISA [ ] MasterCard [ ] Discover [ ] American Express

Customer Credit Card Number: [redacted]

V CODE*

* 3-digit number found on the far right of the backside of VISA, MasterCard and Discover cards
4-digit number found on the front right side of American Express card.

NOTICE: *For security and verification purposes, all credit card payments must include the 3 or 4-digit CVV2 code (VCode) number located on the credit card. Failure to include this code will result in the rejection of your filing or service request.*

Credit Card Expiration Date: Month ______ Year ______

**Amount to Charge Card:** USD $ 18

## Order Information *(required)*

**Entity Name/Order Reference:** AMA Multimedia LLC

**Card Holder Information:**

Name as it Appears on the Account [redacted]

Billing Address [redacted]

City, State, Zip [redacted]

Telephone [redacted]

## Payment Authorization

I authorize the Secretary of State to bill an amount not to exceed the following to be charged to the above listed account(s):

X ______________________
**Authorized Signature**

**Not to Exceed Amount:** USD $ 25

# Glaser Weil

## CHECK REQUEST

| | | | |
|---|---|---|---|
| Name: | Steve Basileo | WHEN NEEDED BY: | |
| Date: | 11/29/2016 | Date: | ASAP |
| Time: | 3:15 p.m. | Time: | ASAP |
| Client Name: | Sagan Limited, et al. | Client No. | [redacted] |
| Matter Name: | Admin | Matter No. | [redacted] |

PAYABLE TO: the Clerk, U.S. District Court

ADDRESS: 401 W. Washington St., Suite 130
Phoenix, Arizona 85003

AMOUNT: $35.00

Description: Filing Fee for Application for Admission to Practice Pro Hac Vice

Special Instructions:

DELIVER TO: Karen Jeong

ENTERED
NOV 30 2016
Voucher # 150743

APPROVED ~~BY:~~ via email by Erica Van Loon.

Initials





[redacted]

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Monday, November 28, 2016 5:49 PM
To: [redacted]
Subject: Pay.gov Payment Confirmation: CACD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 25V8HH6R
Agency Tracking ID: 0973-18961076
Transaction Type: Sale
Transaction Date: Nov 28, 2016 8:49:29 PM

Account Holder Name: [redacted]
Transaction Amount: $18.00
Card Type: Visa
Card Number [redacted]

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10044796 | 81455 |
| Invoice Date | Total Due |
| 6/15/16 | 2,376.73 |

TAX ID# 27-3093840

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81455 | 10044796 | 6/15/16 | 2,376.73 | 33 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/03/16 T COURTESY DELIVERY | 3040035 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP, 10250 CONSTELLATION BOULEVARD, LOS ANGELES CA 90067 — USDC, 401 W WASHINGTON STREET, SPC58, PHOENIX AZ 85003. Caller: Helen Kang Time: 12:25. Signed: delivered Time: 15:45 Comment: BRANCH RAGE. REF: [redacted] | Base Chg : 175.00<br>PDF/Ship : 5.32 | 180.32 |
| | | | Total Charges for Ref. - [redacted] 180.32 | | |

INVOICE PAYMENT DUE UPON RECEIPT



First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10048787 | 81455 |
| Invoice Date | Total Due |
| 7/15/16 | 1,295.68 |

TAX ID# 27-3093840

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81455 | 10048787 | 7/15/16 | 1,295.68 | 29 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/08/16<br>DELIVERY-BRANCH NEXT DAY | 3072020 | BNM | GLASER WEIL FINK JACOBS HOWARD SHAP / USDC<br>10250 CONSTELLATION BOULEVARD / 401 WEST WASHINGTON ST, SPC 58<br>LOS ANGELES CA 90067 / PHOENIX AZ 85003<br>Caller: Dan Liu Time: 17:34<br>Signed: DELIVERED Time: 09:36 Comment: .<br>REF: [redacted]<br><br>Total Charges for Ref. [redacted] 191.00 | Base Chg : 135.00<br>PDF/Ship : 56.00 | 191.00 |

INVOICE PAYMENT DUE UPON RECEIPT



# First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10054358 | 81455 |
| **Invoice Date** | **Total Due** |
| 8/31/16 | 2,557.40 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT (213) 213-2631

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81455 | 10054358 | 8/31/16 | 2,557.40 | 40 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/29/16<br>PDF COURTESY DELIVERY | 3118122 | PDF | GLASER WEIL FINK JACOBS HOWARD-L ARIZONA DISTRICT<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 09:22<br>Signed: DELIVERED Time: 11:15 Comment: branch rate<br>REF: [redacted] | Base Chg : 155.00<br>PDF/Ship : 97.00 | 252.00 |
| | | | Total Charges for Ref. - [redacted] 252.00 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

*** REPRINT ***

| | |
|---|---|
| 10056493 | 81455 |
| 9/15/16 | 2,271.12 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| | | | | |
|---|---|---|---|---|
| 81455 | 10056493 | 9/15/16 | 2,271.12 | 27 |

| | | | | | |
|---|---|---|---|---|---|
| 9/07/16<br>PDF COURTESY DELIVERY | 3126207 | PDF | GLASER WEIL FINK JACOBS HOWARD-L<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 09:28<br>Signe[redacted] Time: 11:41 Comment: branch rate<br>REF: [redacted]<br><br>UNITED STATES DISTRICT COURT<br>PHOENIX AZ 85003<br><br>Total Charges for Ref. [redacted] 187.00 | Base Chg : 155.00<br>PDF/Ship : 32.00 | 187.00 |

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| | |
|---|---|
| 10060582 | 81455 |
| 10/15/16 | 1,702.16 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| | | | | |
|---|---|---|---|---|
| 81455 | 10060582 | 10/15/16 | 1,702.16 | 30 |

| | | | | | |
|---|---|---|---|---|---|
| 10/04/16<br>PDF COURTESY DELIVERY | 3151196 | PDF | GLASER WEIL FINK JACOBS HOWARD-L<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 09:19<br>Signed: CLERK'S OFFICE PER NAN Time: 10:16 Comment: branch<br>REF: [redacted] | UNITED STATES DISTRICT COURT<br>PHOENIX AZ 85003 | Base Chg : 155.00<br>PDF/Ship : 63.00 | 218.00 |
| 10/14/16<br>PDF COURTESY DELIVERY | 3161183 | PDF | GLASER WEIL FINK JACOBS HOWARD-L<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 09:15<br>Signed: CS PER NANCY THE JA Time: 10:20 Comment: branch rate<br>REF: [redacted] | UNITED STATES DISTRICT COURT<br>PHOENIX AZ 85003 | Base Chg : 155.00<br>PDF/Ship : 44.00 | 199.00 |

**Total Charges** for Ref. - [redacted] 417.00

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal Network LLC**
P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| | |
|---|---|
| 10062575 | 81455 |
| 10/31/16 | 3,148.29 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| | | | | |
|---|---|---|---|---|
| 81455 | 10062575 | 10/31/16 | 3,148.29 | 38 |

| | | | | | |
|---|---|---|---|---|---|
| 10/25/16<br>PDF COURTESY DELIVERY | 3170349 | PDF | GLASER WEIL FINK JACOBS HOWARD-L<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 09:12<br>Signed: delivered<br>REF: [redacted] | UNITED STATES DISTRICT COURT<br>PHOENIX AZ 85003<br>Time: 12:00 Comment: BANCH RATE | Base Chg : 155.00<br>PDF/Ship : 3.99 | 158.99 |
| 10/28/16<br>PDF COURTESY DELIVERY | 3174234 | PDF | GLASER WEIL FINK JACOBS HOWARD-L<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Brittany Elias Time: 09:24<br>Signed: DELIVERED<br>REF: [redacted] | UNITED STATES DISTRICT COURT<br>PHOENIX AZ 85003<br>Time: 11:16 Comment: BRANCH RATE | Base Chg : 155.00<br>PDF/Ship : 1.33 | 156.33 |
| 10/31/16<br>PDF COURTESY DELIVERY | 3175606 | PDF | GLASER WEIL FINK JACOBS HOWARD-L<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Brittany Elias Time: 09:22<br>Signed: CUSTOMER SERVICE INBOX<br>REF: [redacted] | UNITED STATES DISTRICT COURT<br>PHOENIX AZ 85003<br>Time: 11:44 Comment: BRANCH RATE | Base Chg : 155.00<br>PDF/Ship : 29.26 | 184.26 |

Total Charges for Ref. - [redacted] 499.58

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| | |
|---|---|
| 10064680 | 81455 |
| 11/15/16 | 2,321.41 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT (213)213-2631

| | | | | |
|---|---|---|---|---|
| 81455 | 10064680 | 11/15/16 | 2,321.41 | 29 |

| Date | Order No. | Type | Details | Charges | Total |
|---|---|---|---|---|---|
| 11/07/16<br>PDF COURTESY DELIVERY | 3182787 | PDF | GLASER WEIL FINK JACOBS HOWARD-L, 10250 CONSTELLATION BOULEVARD, LOS ANGELES CA 90067 → UNITED STATES DISTRICT COURT, PHOENIX AZ 85003<br>Caller: Helen Kang Time: 16:33<br>Signed: clerk Time: 11:40 Comment: branch rate<br>REF: [redacted] | Base Chg : 155.00<br>PDF/Ship : 24.00 | 179.00 |
| 11/08/16<br>PDF COURTESY DELIVERY | 3184048 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP, 10250 CONSTELLATION BOULEVARD, LOS ANGELES CA 90067 → USDC: ARIZONA, 401 W WASHINGTON ST, PHOENIX AZ 85003<br>Caller: Helen Kang Time: 16:57<br>Signed: CLERK Time: 09:46 Comment: branch rate<br>REF: [redacted] | Base Chg : 155.00 | 155.00 |
| 11/15/16<br>PDF COURTESY DELIVERY | 3189550 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP, 10250 CONSTELLATION BOULEVARD, LOS ANGELES CA 90067 → USDC: ARIZONA, 401 W WASHINGTON ST, PHOENIX AZ 85003<br>Caller: Helen Kang Time: 12:03<br>Signed: Delivered Time: 14:17 Comment: BRANCH RATE<br>REF: [redacted] | Base Chg : 155.00 | 155.00 |

Total Charges for Ref. - [redacted] 489.00

**INVOICE PAYMENT DUE UPON RECEIPT**



# First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

*** REPRINT ***

| | |
|---|---|
| 10066696 | 81455 |
| 11/30/16 | 2,492.75 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| | | | | |
|---|---|---|---|---|
| 81455 | 10066696 | 11/30/16 | 2,492.75 | 31 |

| | | | | | |
|---|---|---|---|---|---|
| 11/23/16<br>PDF COURTESY DELIVERY | 3197988 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 15:01<br>Signed: DELIVERED Time: 16:33 Comment: BRANCH RATE<br>REF: [redacted] | USDC-PHOENIX<br>401 WEST WASHINGTON STREET<br>PHOENIX AZ 85003 | Base Chg : 155.00<br>PDF/Ship : 3.99 | 158.99 |

Total Charges for Ref. - [redacted] 158.99

**INVOICE PAYMENT DUE UPON RECEIPT**



Case 2:16-cv-01269-DGC Document 133-6 Filed 02/09/17 Page 23 of 44

# First Legal Network LLC

P.O. BOX 743451 LOS ANGELES, CA 90074-3451

TAX ID# 27-3093840

# INVOICE

*** REPRINT ***

| | |
|---|---|
| 10068410 | 81455 |
| 12/15/16 | 3,508.68 |

GLASER WEIL FINK JACOBS HOWARD SHAP
GLASER WEIL ACCOUNTS PAYABLE
P.O. BOX 90456
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| | | | | |
|---|---|---|---|---|
| 81455 | 10068410 | 12/15/16 | 3,508.68 | 35 |

| | | | | | |
|---|---|---|---|---|---|
| 12/05/16<br>PDF COURTESY DELIVERY | 3205968 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 17:36<br>Signe[redacted] Time: 11:36 Comment: branch rate<br>REF: [redacted] | USDC: ARIZONA<br>401 W WASHINGTON ST<br>PHOENIX AZ 85003 | Base Chg : 155.00<br>PDF/Ship : 43.89 | 198.89 |
| 12/06/16<br>PDF COURTESY DELIVERY | 3207225 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 17:23<br>Signed: [redacted] Time: 11:20 Comment: BRANCH RATE<br>REF: [redacted] | USDC: ARIZONA<br>401 W WASHINGTON ST<br>PHOENIX AZ 85003 | Base Chg : 155.00 | 155.00 |
| 12/15/16<br>PDF COURTESY DELIVERY | 3215547 | PDF | GLASER WEIL FINK JACOBS HOWARD SHAP<br>10250 CONSTELLATION BOULEVARD<br>LOS ANGELES CA 90067<br>Caller: Helen Kang Time: 13:14<br>Signed: [redacted] Time: 16:30<br>REF: [redacted] | USDC: ARIZONA<br>401 W WASHINGTON ST<br>PHOENIX AZ 85003 | Base Chg : 238.50 | 238.50 |

Total Charges for Ref. [redacted] 592.39

**INVOICE PAYMENT DUE UPON RECEIPT**



THE PRIVATE BANK

## Account Activity

PLATINUM CARD [redacted]

Your account is current, no payment is due. Your next payment due date is not yet scheduled.

### Balance Summary

| | |
|---|---|
| Total Credit Limit | [redacted] |
| Outstanding Balance | [redacted] |
| Available Credit | [redacted] |
| Last Statement Balance 09/02/16 | [redacted] |

### Transactions

| Trans Date | Posting Date | Description | Amount | Running Balance |
|---|---|---|---|---|
| Temporary Authorizations | | | | |
| Posted Transactions | | | | |
| | 09/26/16 | ENDING BALANCE | ------ | |
| 09/22/16 | 09/22/16 | [redacted] | [redacted] | |
| 09/21/16 | 09/21/16 | [redacted] | [redacted] | |
| 09/21/16 | 09/21/16 | [redacted] | [redacted] | |
| 09/21/16 | 09/21/16 | [redacted] | [redacted] | |
| 09/21/16 | 09/21/16 | LA YELLOW CAB CO-OP GARDENA CA <REFERENCE 2449215LSJH84J1Z9> AMA | $28.92 | |
| 09/21/16 | 09/21/16 | NORTHNEWSST2612 PHOENIX AZ <REFERENCE 2443106LSBMASF3RZ> AMA | $6.34 | |
| 09/21/16 | 09/21/16 | AAA TAXI 0149 PHOENIX AZ <REFERENCE 2416407LT2LM5WPW6> AMA | $22.90 | |
| 09/21/16 | 09/21/16 | [redacted] | [redacted] | |
| 09/21/16 | 09/21/16 | STICKLERS PHOENIX AZ <REFERENCE 2422899LSLES0VL3G> AMA | $12.27 | |
| 09/17/16 | 09/17/16 | AMERICAN AIR0010637550267FORT WORTH TX <REFERENCE 2443106LNWESNMA9X> AMA | $34.81 | |
| 09/17/16 | 09/17/16 | [redacted] | [redacted] | |
| 09/16/16 | 09/16/16 | [redacted] | [redacted] | |
| 09/16/16 | 09/16/16 | [redacted] | [redacted] | |
| 09/16/16 | 09/16/16 | [redacted] | [redacted] | |
| 09/16/16 | 09/16/16 | [redacted] | [redacted] | |
| 09/15/16 | 09/15/16 | [redacted] | [redacted] | |
| 09/14/16 | 09/14/16 | [redacted] | [redacted] | |
| 09/14/16 | 09/14/16 | [redacted] | [redacted] | |
| 09/14/16 | 09/14/16 | [redacted] | [redacted] | |
| 09/14/16 | 09/14/16 | [redacted] | [redacted] | |
| 09/11/16 | 09/11/16 | [redacted] | [redacted] | |
| 09/11/16 | 09/11/16 | [redacted] | [redacted] | |

 Case 2:16-cv-01269-DGC Document 133-6 Filed 02/09/17 Page 25 of 44

## Your Flight Receipt - ERICA VAN LOON 21SEP16
1 message

**Delta Air Lines** <DeltaAirLines@e.delta.com> Wed, Sep 21, 2016 at 5:25 PM
Reply-To: Delta Air Lines <support-b85fjb9bfpayqkauzqx8kqchf407x3@e.delta.com>

**Hello, ERICA**

**Your Trip Confirmation #: H7GJ5U**

**MANAGE MY TRIP >**

| **Wed, 21SEP** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 4517* | PHOENIX, AZ | LOS ANGELES, CA |
| MAIN CABIN (H) | 6:20pm | 8:00pm |

*Flight 4517 Operated by SKYWEST DBA DELTA CONNECTION

**STRETCH YOUR LEGS**

Choose Delta Comfort+™ today for more legroom and personal space.

**GET DETAILS ›**

RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

SAMSUNG NOTE 7 DEVICE WARNING

Customers traveling with a Samsung Note 7 mobile device are advised to comply with the recent precautionary recommendations provided by the FAA. Learn more here.

Waste Not, Want Not with Delta SkyMiles®

You're already flying—why not get credit for it? Join the SkyMiles Program and earn miles that never expire. Use your miles toward award travel and your next vacation could be closer than you think.†

Advisory

Effective March 2015 – June 2017, passengers traveling through LAX might experience flight delays due to runway construction work by the Los Angeles World Airports organization. Delays could result in gate changes, so be sure to check your departure terminal by using Online Check-in, Flight Status or the Fly Delta app. Once at LAX, please check airport screens for the most up-to-date details.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| ERICA VAN LOON | DELTA 4517 | Select Seat |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062357235660

Place of Issue: Delta.com

Ticket Issue Date: 21SEP16

Ticket Expiration Date: 21SEP17

**METHOD OF PAYMENT**

| | |
|---|---|
| [redacted] | **$244.10 USD** |

**CHARGES**

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $213.95 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - Flight Segment Tax (ZP) | $4.00 USD |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |

| | |
|---|---|
| United States - Passenger Facility Charge (XF) | $4.50 USD |
| United States - Transportation Tax (US) | $16.05 USD |
| **TICKET AMOUNT** | **$244.10 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: PHX DL LAX213.95HA0QA0MA USD213.95END ZP PHX XF PHX4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Wed 21 Sep 2016 | DELTA: PHX ▸ LAX | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25 USD | $35 USD |

**Transportation of Hazardous Materials**

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**NEED MORE MILES? ›**

Buy and transfer miles on delta.com.

DELTA SKYMILES

**GIVE THE DELTA GIFT CARD. ›**

Let travelers in your life choose from 325+ destinations and limitless adventures. Get it now.

THE PLOT THICKENS.
ALL ENTERTAINMENT IS NOW FREE.
Terms and conditions apply.
NOW PLAYING >

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

**Terms & Conditions**



 **Gmail**

---

## E-Ticket Confirmation-IFSNRT 21SEP
1 message

---

**American Airlines@aa.com** <notify@aa.globalnotifications.com>
To: ████████████████████████

Sat, Sep 17, 2016 at 1:03 PM

---

**American Airlines** ✈    Reservations    Redeem Miles    My Account    Deals    

# eTicket Itinerary & Receipt Confirmation

Ticket Issued: Sep 17, 2016

## Erica Van Loon,

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at checkin options. For information regarding American Airlines checked baggage policies, please visit baggage information.

To receive updated flight status notifications, please visit www.aa.com/notifications.

**For faster check-in at the airport, scan the barcode below at any AA Self-Service machine.**

You must present a government-issued photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.


Earn Triple AAdvantage® Miles per stay **BOOK NOW**

 **AAdvantage**
Earn 30,000 bonus miles, plus waive your checked bag fee
Learn more »

Up to 35% off plus 500 AAdvantage® bonus miles.
**AVIS** **Budget**


Activate a new Sprint account and earn up to 25,000 miles.
Sign up for this offer today at spint.com/AAdvantage.

🛏 Book a hotel »        📱 Remind me to Uber »
🚗 Book a car »          💼 Buy trip insurance »

---

| Record Locator | **IFSNRT** |  |

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 5972 | LOS ANGELES<br>WED 21SEP<br>11:15 AM | PHOENIX<br><br>12:46 PM | S |
| OPERATED BY MESA AIRLINES AS AMERICAN EAGLE | | | | |
| Erica Van Loon | Seat 12A | Economy | FF#: AS 174670204 | |
| American | 640 | PHOENIX<br>WED 21SEP<br>8:00 PM | LOS ANGELES<br><br>9:34 PM | S |
| Erica Van Loon | Seat 12F | Economy | FF#: AS 174670204 | |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Erica Van Loon | 0012392333173 | 202.80 | 43.40 | 246.20 |
| | | | | $ 246.20 |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -LAXPHX-No free checked bags/ American Airlines BAG ALLOWANCE -PHXLAX-No free checked bags/ American Airlines 1STCHECKED BAG FEE-LAXPHX-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-PHXLAX-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-LAXPHX-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-PHXLAX-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have 24 hours to cancel your trip for a full refund if you booked at least 7 days prior to departure. You must cancel your trip before requesting a refund. To cancel your trip, login on aa.com or Contact Reservations. For our refund policy and to request a refund, go to www.aa.com/refunds.

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size). Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.



# $14.44

Thanks for choosing Uber, Erica

FARE BREAKDOWN

| | |
|---|---|
| Trip fare | 14.44 |
| **Subtotal** | **$14.44** |
| CHARGED Personal | **$14.44** |

09:15am

09:36am
425-523 World Way, Los Angeles, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 6.51 | 00:21:21 |

You rode with Yuri
Transportation Network Company: Rasier-CA, LLC.

RATE YOUR DRIVER

Need help?

Tap Help in your app to contact us with questions about your trip.
Leave something behind? Track it down.

Get your first Uber ride free (up to $20)

Share code: ericav435ue

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com.

[redacted]

# $9.08

Thanks for choosing Uber, Erica

FARE BREAKDOWN

| | |
|---|---|
| Trip fare | 9.08 |
| **Subtotal** | **$9.08** |

CHARGED
Personal [redacted] **$9.08**

05:11pm
651-699 W Washington St,
Phoenix, AZ

05:27pm
3400 E Sky Harbor Blvd,
Phoenix, AZ

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 5.17 | 00:15:57 |

You rode with DOUGLAS

RATE YOUR DRIVER

Need help?
Tap Help in your app to contact us with questions about your trip.
Leave something behind? Track it down.

Get your first Uber ride free (up to $20)
Share code: ericav435ue

[redacted]

[redacted]

OPERATED BY
HMS HOST

STARBUCKS COFFEE T6 EVENINGS
LAX INTERNATIONAL AIRPORT

328693 Tyler

--------------------------------

CHK 1572 GST 1
SEP21'16 9:54AM

--------------------------------

TO GO

| | | | |
|---|---|---|---|
| 1 | ICD LATTE | T | 3.80 |
| | SUBTOTAL | | 3.80 |
| | TAX | | 0.34 |
| | AMOUNT PAID | | 4.14 |
| | [redacted] | | |
| | VISA | | 4.14 |

--328693 Closed SEP21 09:54AM---

WE WANT TO HEAR YOUR FEEDBACK!
PLEASE CONTACT 1-877-672-7467
OR CUSTOMERSERVICE@HMSHOST.COM
TO SHARE YOUR EXPERIENCE.

STOREID: LAXSTA30

********************************

Tell us what you think.
www.feelgood-hmshost.com
Complete a survey on your
experience and enter for a
chance to win great prizes!

USE CODE 5977E02 TO PLAY

NO PURCHASE NECESSARY.
Open to legal residents of 50
US/DC;18+(19+ AL/NE, 21+ in MS).
Void where prohibited. Promo
ends 11/13/16. For rules/free
entry by mail/prize info:
www.feelgood-hmshost.com
or send request to:
HMSHost Guest
Satisfaction Sweepstakes
PO Box 27792
Golden Valley, MN 55427.
Sponsor: HMSHost Corporation



12/05/2016
12:55:59
CI: WCLTHEAD
CO: WCLKNORWOO

ERICA VAN LOON

Wing/Room ET 1512

No Party 1
Fol ID 427020703240
Page 1 12/02/2016 13:58:00
Arrival 11/29/2016
Departure 12/02/2016
Bill code RESRT
Group

Thank you for staying with us

| DATE | REFERENCE | DESCRIPTION | $ CHARGES | CREDITS |
|---|---|---|---|---|
| 11/29/2016 | 427020709587 | RESORT FEE | 11.30 | |
| | | RESORT FEE | | |
| 11/29/2016 | 427029000260 | ROOM CHARGE ET 1512 | 158.84 | |
| | | TAX2 | 20.65 | |
| 11/29/2016 | 427020703238 | RESORT FEE $11.30 DAILY | | |
| 11/29/2016 | 427020707342 | LEGENDS SPORTS BAR | 27.66 | |
| | | 427010684827 | | |
| 11/29/2016 | 427020707458 | CAESARS ESSENTIALS | 15.03 | |
| | | 427010684827 | | |
| 11/30/2016 | 427030730134 | RESORT FEE | 11.30 | |
| | | RESORT FEE | | |
| 11/30/2016 | 427039000270 | ROOM CHARGE ET 1512 | 174.04 | |
| | | TAX2 | 22.63 | |
| 12/01/2016 | 427040804816 | RESORT FEE | 11.30 | |
| | | RESORT FEE | | |
| 12/01/2016 | 427049000255 | ROOM CHARGE ET 1512 | 174.04 | |
| | | TAX2 | 22.63 | |
| 12/01/2016 | 427040735937 | FORUM ROOM SERVICE | 28.41 | |
| | | 427010684827 | | |
| 12/02/2016 | 427050811407 | FORUM ROOM SERVICE | 28.41 | |
| | | 427010684827 | | |
| 12/02/2016 | 427050817760 | FD VISA | | 706.24 |

[redacted]

SUMMARY OF CHARGES

| | |
|---|---|
| ROOM | 506.92 |
| FOOD | 58.25 |
| MISC | 47.20 |
| TAX2 | 80.87 |
| TIP | 13.00 |
| Balance Due | .00 |

This email message, including any attachments, is for the sole use of the person to whom it has been sent, and may contain information that is confidential or legally protected.

For other queries or comments, please do not hesitate to contact the hotel directly by calling 1-800-991-7777. We look forward to welcoming you back again soon to Caesars Windsor!

 erica pruetz van loon <[redacted]>

## Your Flight Receipt - ERICA VAN LOON 29NOV16

1 message

**Delta Air Lines** <DeltaAirLines@e.delta.com> Mon, Nov 28, 2016 at 3:12 PM
Reply-To: Delta Air Lines <support-b3ga03tbfpayqkauzqx8kqchf407mp@e.delta.com>
To: [redacted]

**Hello, ERICA**

**Your Trip Confirmation #: G4SQPX** MANAGE MY TRIP >

| **Tue, 29NOV** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 1506 | LOS ANGELES, CA | DETROIT |
| MAIN CABIN (Y) | 7:00am | 2:29pm |
| **Fri, 02DEC** | **DEPART** | **ARRIVE** |
| DELTA 2792 | DETROIT | LOS ANGELES, CA |
| MAIN CABIN (Y) | 12:24pm | 2:40pm |

**STRETCH YOUR LEGS**

Choose Delta Comfort+™ today for more legroom and personal space.

**GET DETAILS ›**

U.S. DOT BANS SAMSUNG NOTE 7 DEVICE

The U.S. Department of Transportation has issued an emergency order that bans all Samsung Galaxy Note 7 devices from commercial air transport effective at noon Eastern Time on October 15.

Delta customers should comply by not traveling with this device in any form, whether on their person, in a carry-on bag, in a checked bag or shipped as cargo.

The U.S. DOT has provided additional information about the ban on their website.

RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

Waste Not, Want Not with Delta SkyMiles®

You're already flying—why not get credit for it? Join the SkyMiles Program and earn miles that never expire. Use your miles toward award travel and your next vacation could be closer than you think.†

Advisory

Effective March 2015 - June 2017 passengers traveling through LAX may experience flight delays due to runway construction work by the Los Angeles World Airports organization. Delays could result in gate changes, so be sure to check your departure terminal by using Online Check-in, Flight Status or the Fly Delta app. Once at LAX, please check airport screens for the most up-to-date details.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| ERICA VAN LOON | DELTA 1506 | 30F |
| | DELTA 2792 | 35A |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062364007341

Place of Issue: Delta.com

Ticket Issue Date: 28NOV16

Ticket Expiration Date: 28NOV17

**METHOD OF PAYMENT**

**$2192.20 USD**

**CHARGES**

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $2013.02 USD |
| **Taxes, Fees and Charges** | |
| United States - Flight Segment Tax (ZP) | $8.00 USD |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Transportation Tax (US) | $150.98 USD |
| **TICKET AMOUNT** | **$2192.20 USD** |

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: LAX DL DTT1006.51Y0 DL LAX1006.51Y0 USD2013.02END ZP LAXDTW XF LAX4.5DTW4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Tue 29 Nov 2016 | DELTA: LAX ▸ DTW | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25 USD | $35 USD |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

| Fri 02 Dec 2016 | DELTA: DTW ▸ LAX | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $25 USD | $35 USD |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

**Transportation of Hazardous Materials**

5517319

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | 75 \| 00 |
| | | | | |
| | | | | |
| | | | | |

| DATE | AUTHORIZATION | | SUB TOTAL | |
|---|---|---|---|---|
| REFERENCE NO. | REG/DEPT. | | TAX | |
| FOLIO/CHECK NO. | SERVER | CLERK | TIPS / MISC. | 10 \| 00 |
| SALES SLIP | | | TOTAL | 85 \| 00 |

CUSTOMER COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

5928392

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | 75 |
| | | | | |
| | | | | |
| | | | | |

| DATE | AUTHORIZATION | | SUB TOTAL | |
|---|---|---|---|---|
| REFERENCE NO. | REG/DEPT. | | TAX | |
| FOLIO/CHECK NO. | SERVER | CLERK | TIPS / MISC. | |
| SALES SLIP | | | TOTAL | 85 \| 0 |

CUSTOMER COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

 erica pruetz van loon

# Your Tuesday morning trip with Uber

1 message

**Uber Receipts** <uber.us@uber.com> Tue, Nov 29, 2016 at 5:40 AM
To:

# $13.74

Thanks for choosing Uber, Erica

November 29, 2016 | uberX

- 05:23am | , Culver City, CA
- 05:38am | 622 World Way, Los Angeles, CA



You rode with ALEX

| 6.39 | 00:15:50 | uberX |
|---|---|---|
| miles | Trip time | Car |

Rate Your Driver

## Your Fare

Trip fare 13.74

Subtotal $13.74

CHARGED

Personal [redacted] $13.74

Transportation Network Company: Rasier-CA, LLC.

Invite your friends and family. Get a free ride worth up to $20 when you refer a friend to try Uber.

Share code: ericav435ue

VISA

**CANADIAN CHECKER CAB** **TAXI CHARGE**

Windsor: 519-254-7777

www.checkercabco.biz

AMOUNT $ 12.90 DATE NOV 30/16

FROM CASINO

TO 1785 TURNER 030891

CHARGE TO VISA ACCT.# [redacted]

CAB NO. 94 JOB NO.

DRIVER RICHARD

## CAB RECEIPT

DATE 12/1/16 CAB No.

FROM Caesar's

TO Deposition

FARE $ $10 DRIVER - Thank You

NOTE: AMOUNT SHOWN ABOVE INCLUDES H.S.T.

Yellow Cab
1-800-711-TAXI

DRIVER COPY
CARD RECEIPT

MID:
00720000302136
TID: C260968115
DR. ID: 19614
CAB#: 6004
DATE: 12/02/2016
ST. TIME: 14:55
END TIME: 15:19
PASS#: 1
TRIP#: 46607
DIST.: 6.20 mi
RATE 1
FARE: $ 22.65
EXTRA: $ 4.00
TIP: $ 5.33
TOTAL: $ 31.98
CARD#: [redacted]
AUTH#: 002723
ENTRY METHOD:
CONTACT CHIP
AID:
A0000000031010
APPL. NAME:
Visa Credit
ATC: 0030
AC:
C5D6D98FB09BD511

NEROS
377 RIVERSIDE DRIVE
WINDSOR, ON N9A 7H7

Merchant ID: 000000001563134
Term ID: 09284992
Clerk ID: 1
82003420056

Purchase

Visa Credit
[redacted]
AID: A0000000031010
Entry Method: Chip
Batch#: 000036
12/01/16 20:56:47

Ref#:000000742173
Inv #: 000315 Appr Code: 001069

| | | |
|---|---|---|
| Amount: | $ | 73.72 |
| Tip: | $ | 14.74 |
| Total: | $ | 88.46 |

Customer Copy

STARBUCKS WINDSOR CA
377 RIVERSIDE DR E
WINDSOR, ON N9A 7H7

Merchant ID: 000000005130411
Term ID: 08758680
Clerk ID: 1
34001390921

Purchase

Visa Credit
[redacted]
AID: A0000000031010
Entry Method: Chip
Batch#: 000220
11/30/16 09:17:38

Ref#:000092863385
Inv #: 001858 Appr Code: 030882

| | | |
|---|---|---|
| Amount: | $ | 7.80 |
| Tip: | $ | 0.00 |
| Total: | $ | 7.80 |

Customer Copy

Delaware North

FARMERS MARKET
TERMINAL 5

Tbl:0 Ref:367641
Chk:367647
Yolanda 11/29/2016 6:00 am

| | |
|---|---|
| NAK- MIG Mango | 5.25 |
| Bagel Plain | 3.00 |
| SubTotal | 8.25 |
| State Tax | 0.74 |
| Total | 8.99 |
| VISA [redacted] | 8.99 |
| Amount Paid | 8.99 |

Questions / Comments
We're waiting to hear from you
Email us at: CKlunglu@delawarenorth.com

Paradies Airport Shops - Detroit-Romulus
Detroit-Romulus Metro Airport
McNamara Terminal
ROMULUS, MI

HOT TEA SM 35509810000
2.49 tTT

| | |
|---|---|
| SUBTOTAL | $2.49 |
| TAX02 | $0.15 |
| TOTAL | $2.64 |
| VISA | $2.64 |

[redacted]
PURCHASE
SWIPED
APPROVED
AUTH# 000
INVOICE #: 1747
12/02/2016 10:22AM
REFERENCE #: 633715401219

ITEMS 1
12/02/16 10:22AM
0178 04 405734 DAIJAH 1747

Thank You for shopping at
The Paradies Shops
Detroit-Romulus Metro Airport

 THE PRIVATE BANK

PLATINUM CARD

Outstanding balance

Balance Information

**Payment Due Information**

**Minimum payment (due on 12/28/16) Make a payment** **$28.00**

**Balance Summary**

**Total credit limit**

**Outstanding balance**

**Available credit**

**Last statement balance 12/02/16**

**Last payment received 11/11/16**

**Next statement date**

Credit Card Year End Summary

## Activity

Use Search to view more transactions

Temporary Authorizations

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Posted Transactions** | | | |
| 12/02/16 | 12/03/16 | DELTA AIR Baggage Fee DETROIT MI #2471705P2TDQRML62 | $25.00 |
| 12/02/16 | 12/03/16 | GROBBEL'S GOURMET DELI DETROIT MI #2469051P25SZ1PYSS | $12.99 |
| 12/02/16 | 12/03/16 | PP*METROCARLIM HAMTRAMCK MI #2449215P1S12GP460 | $85.00 |
| 12/03/16 | 12/03/16 | FOREIGN CURRENCY CONVERSION FEE #- 63/39 | $15.99 |
| 12/03/16 | 12/03/16 | CAESARS WINDSOR LODGING WINDSOR CD #7447932P3231S01DL | $532.92 |
| 12/01/16 | 12/03/16 | FOREIGN CURRENCY CONVERSION FEE #- 63/38 | $2.00 |
| 12/01/16 | 12/03/16 | NEROS WINDSOR CD #7445077P103TQAM7H | $66.75 |

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| 12/03/16 | 12/03/16 | [redacted] # [redacted] | [redacted] |
| 12/02/16 | 12/03/16 | WALLSTREETST2641 DETROIT MI #2443106P2BLSY55H3 | $11.10 |
| 12/01/16 | 12/01/16 | FOREIGN CURRENCY CONVERSION FEE #7476957P003PBNJP8 | $0.18 |
| 12/01/16 | 12/01/16 | STARBUCKS WINDSOR CA WINDSOR CD #7476957P003PBNJP8 | $6.12 |
| 11/30/16 | 11/30/16 | FOREIGN CURRENCY CONVERSION FEE #7476957NZ03PBNYV0 | $0.18 |
| 11/30/16 | 11/30/16 | FOREIGN CURRENCY CONVERSION FEE #7452900NZST3075SQ | $0.29 |
| 11/30/16 | 11/30/16 | STARBUCKS WINDSOR CA WINDSOR CD #7476957NZ03PBNYV0 | $5.84 |
| 11/30/16 | 11/30/16 | CANADIAN CHECKER CAB WINDSOR CD #7452900NZST3075SQ | $9.70 |
| 11/29/16 | 11/29/16 | GOGOAIR.COM 877-350-0038 IL #2469216NY000GWXPR | $26.95 |
| 11/29/16 | 11/29/16 | METRO CARS GR- MAIN 7349465700 MI #2469051NZ5SB32AGB | $85.00 |
| 11/29/16 | 11/29/16 | UBER US NOV29 I4BOJ HELP.UBER.COMCA #2449215NYLYAMAH5T | $13.74 |
| 11/29/16 | 11/29/16 | LOS ANGELES AIRPORT LOS ANGELES CA #2443106NZBLRRHQ7B | $8.99 |
| 11/29/16 | 11/29/16 | LAX AIRP LA TIMES LOS ANGELES CA #2404048NZ5S8PSFX6 | $5.94 |
| 11/28/16 | 11/28/16 | DELTA AIR Baggage Fee LOS ANGELES CA #2471705NYTDBK145F | $25.00 |
| 11/28/16 | 11/28/16 | DELTA AIR 0062364007341DELTA.COM CA #2471705NYTDBJJG0Y | $2,192.20 |
| 11/26/16 | 11/26/16 | [redacted] | [redacted] |
| 11/16/16 | 11/16/16 | [redacted] | [redacted] |
| 11/12/16 | 11/12/16 | [redacted] | [redacted] |
| 11/10/16 | 11/10/16 | [redacted] | [redacted] |
| 11/10/16 | 11/10/16 | [redacted] | [redacted] |