IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

1    Having considered the Motion for Attorneys' Fees and Expenses ("Motion") filed by
2 Defendants Sagan Limited, Cyberweb Ltd., Netmedia Services Inc., GLP 5, Inc., and David
3 Koonar (collectively, "Defendants"), and supporting Declaration of Erica J. Van Loon and
4 Exhibits, and finding good cause in support thereof, Defendants' Motion is GRANTED.

6    Attorneys' fees and expenses in the total amount of $858,589 are awarded in favor of
7 Defendants and against Plaintiff.

9    **IT IS SO ORDERED.**