IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL EXHIBITS A, C TO THE DECLARATION OF ERICA VAN LOON IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

Having considered the Motion to File Under Seal Exhibits A, C to the Declaration of Erica J. Van Loon in support of Defendants' Motion for Attorneys' Fees and Expenses ("Motion to Seal") filed by Defendants Sagan Limited, Cyberweb Ltd., Netmedia Services Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants"), and found that Defendants have met the standard to seal, Defendants' Motion to Seal is GRANTED.

IT IS HEREBY ORDERED that, Defendants may file the following documents under seal:

1. Exhibit A to the Declaration of Erica J. Van Loon ("Van Loon Declaration");
2. Exhibit C to Van Loon Declaration.

The Clerk's Office is hereby directed to electronically file under seal the above listed documents.

**IT IS SO ORDERED.**