IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION UNDER SEAL** |

AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DEFENDANTS' SUPPLEMENTAL BRIEFING RE PERSONAL JURISDICTION UNDER SEAL

1309000

Having read and considered Defendants' Motion to File Defendants' Supplemental Briefing Re Personal Jurisdiction Under Seal ("Motion to Seal"), and the opposition and reply thereto, and finding that Defendants have met the standard to seal, Defendants' Motion to Seal is GRANTED.

IT IS HEREBY ORDERED that, Defendants may file the following documents under seal:

1. Unredacted version of Defendants' Supplemental Briefing Re Personal Jurisdiction;
2. Unredacted version of the Declaration of Kristen Richardson;
3. Exhibit A to the Declaration of Philip Bradbury ("Bradbury Declaration");
4. Exhibit C to the Bradbury Declaration;
5. Exhibit D to the Bradbury Declaration;
6. Exhibit C to the Declaration of David Koonar;
7. Exhibit A to the Declaration of Kristen Richardson ("Richardson Declaration");
8. Exhibit B to the Richardson Declaration;
9. Exhibit C to the Richardson Declaration;
10. Exhibit D to the Richardson Declaration;
11. Exhibit E to the Richardson Declaration;
12. Exhibit F to the Richardson Declaration;

IT IS FURTHER ORDERED that, Plaintiff AMA Multimedia LLC must file the following documents under seal:

1. Unredacted version of Plaintiff AMA Multimedia, LLC's Supplemental Briefing Re: Personal Jurisdiction ("AMA's Supplemental Briefing");
2. Exhibit A to AMA's Supplemental Briefing;
3. Exhibit B to AMA's Supplemental Briefing;
4. Exhibit C to AMA's Supplemental Briefing;

5. Exhibit E to AMA's Supplemental Briefing;

6. Exhibit F to AMA's Supplemental Briefing;

7. Exhibit G to AMA's Supplemental Briefing;

8. Exhibit H to AMA's Supplemental Briefing;

9. Exhibit I to AMA's Supplemental Briefing;

10. Exhibit J to AMA's Supplemental Briefing;

11. Exhibit K to AMA's Supplemental Briefing;

12. Exhibit L to AMA's Supplemental Briefing;

13. Exhibit O to AMA's Supplemental Briefing.

The Clerk's Office is hereby directed to electronically file under seal the above listed documents.

**IT IS SO ORDERED.**