ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@glaserweil.com
STEVEN BASILEO - (admitted *Pro Hac Vice*)
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

*Attorneys for Defendants Cyberweb Ltd., David Koonar,
Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**SUPPLEMENTAL DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>**ORAL ARGUMENT REQUESTED** |

# DECLARATION OF ERICA J. VAN LOON

I, Erica J. Van Loon, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a Partner in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP ("Glaser Weil"), attorney of record herein for Defendants Sagan Limited ("Sagan"), Cyberweb Ltd. ("Cyberweb"), Netmedia Services Inc. ("Netmedia"), GLP 5, Inc. ("GLP 5"), and David Koonar ("Koonar") (collectively "Defendants"). I make this supplemental declaration in further support of Defendants' Motion for Attorneys' Fees and Expenses ("Motion"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. As part of Defendants' Motion for Attorneys' Fees and Expenses ("Motion") Defendants seek fees incurred in preparing that Motion, the Reply brief in support of the Motion, and supporting papers. The overall fees incurred by Defendants' counsel in connection with that Motion are $63,112.50, based on 109 attorney hours at a blended rate of $579.01. An itemized statement of the tasks performed and fees incurred is attached hereto as Exhibit A. I have exercised billing judgment by seeking only $41,652.50 in fees, a reduction of 34 percent from the overall amount of fees incurred in connection with this Motion. I believe the amount of fees Defendants seek in connection with the instant Motion is reasonable and appropriate.

3. In my February 9, 2017 Declaration, I advised the Court that Defendants had paid all fee invoices through November 30, 2016. Defendants have now paid all fee invoices through December 31, 2016. The remaining fees owed by Defendants have either not yet been invoiced, or have been invoiced but are not yet due.

///
///
///
///
///

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 6, 2017 at Los Angeles, California.

/s/ Erica J. Van Loon
Erica J. Van Loon

2
SUPPLEMENTAL DECLARATION OF ERICA J. VAN LOON ISO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

# Exhibit A

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Hours on Att'y Fees | Amount on Att'y Fees |
|---|---|---|---|---|---|---|
| **1/29/2017** | VAN LOON, ERICA J. | 2.00 | 1,260.00 | Draft attorneys' fees motion | 2.00 | 1,260.00 |
| **1/30/2017** | BASILEO, STEVE P. | 1.50 | 975.00 | Teleconference with E. Van Loon re attorneys' fee motion; attention to same | 1.50 | 975.00 |
| **1/31/2017** | BASILEO, STEVE P. | 4.75 | 3,087.50 | Research and analysis re attorneys' fees motion | 4.75 | 3,087.50 |
| 2/1/2017 | LIU, DAN | 4.00 | 1,480.00 | continue to review invoices, research entries directed to Forum Selection clause and stay, and analyze proper apportionments | 4.00 | 1,480.00 |
| 2/1/2017 | VAN LOON, ERICA J. | 0.75 | 472.50 | Email opposing counsel re request to meet and confer on fee motion; attn to draft of fee motion | 0.75 | 472.50 |
| 2/1/2017 | BASILEO, STEVE P. | 4.75 | 3,087.50 | Research and draft fee request motion. | 4.75 | 3,087.50 |
| 2/2/2017 | LIU, DAN | 3.75 | 1,387.50 | review attorney fee calculation; research costs and relevant local rules; research case law support for award of fees solely based on motion practice | 3.75 | 1,387.50 |
| 2/2/2017 | VAN LOON, ERICA J. | 2.50 | 1,575.00 | Review and revise motion for attorneys' fees; supervise draft of declaration in support of attorneys' fees motion | 2.50 | 1,575.00 |
| 2/3/2017 | VAN LOON, ERICA J. | 1.75 | 1,102.50 | Review research per client's request re prevailing party under copyright act and email client re same; strategize changes to brief | 1.75 | 1,102.50 |
| 2/3/2017 | BASILEO, STEVE P. | 5.75 | 3,737.50 | Research and analysis re fee request motion; teleconference with E. Van Loon re same; draft email to client re fee request motion. | 5.75 | 3,737.50 |
| 2/6/2017 | VAN LOON, ERICA J. | 0.75 | 472.50 | Communicate with client re attorneys' fees motion; strategize further changes to motion with Steve Basileo | 0.75 | 472.50 |
| 2/6/2017 | BASILEO, STEVE P. | 1.50 | 975.00 | Research and analysis re fee motion; review client comments re same; exchange emails with E, Van Loon re same. | 1.50 | 975.00 |

1311995.1

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Hours on Att'y Fees | Amount on Att'y Fees |
|---|---|---|---|---|---|---|
| 2/7/2017 | LIU, DAN | 4.00 | 1,480.00 | Review draft motion for attorney fees; draft declaration and prepare exhibits iso motion for attorney fees; redact time entries; analyze fees directed to this litigation | 4.00 | 1,480.00 |
| 2/7/2017 | VAN LOON, ERICA J. | 4.25 | 2,677.50 | Call with client re motion for attorneys' fees (.5); revise motion (2.0); revise supporting declaration (1.5); meet and confer with opposing counsel re motion for attorneys' fees and AMA's motion to amend the protective order (.25) | 4.25 | 2,677.50 |
| 2/7/2017 | BASILEO, STEVE P. | 3.25 | 2,112.50 | Prepare for and participate in meet and confer teleconference with opposing counsel re fee motion and proposed revision to protective order; conference with E. Van Loon re same; research and revise draft fee motion; draft email to client re same. | 3.25 | 2,112.50 |
| 2/8/2017 | LIU, DAN | 4.50 | 1,665.00 | finalize redactions, prepare exhibits for fee motion, analyze fees incurred for different types of work | 4.50 | 1,665.00 |
| 2/8/2017 | VAN LOON, ERICA J. | 5.50 | 3,465.00 | Review and revise motion for attorneys' fees, Erica Van Loon declaration and exhibit in support of motion for attorneys' fees | 5.50 | 3,465.00 |
| 2/9/2017 | VAN LOON, ERICA J. | 4.00 | 2,520.00 | Revise and finalize motion for attorneys' fees, supporting declaration, motion to file under seal and supporting exhibits | 4.00 | 2,520.00 |
| 2/9/2017 | HUSKINS, NICK | 5.00 | 1,750.00 | Review time entries and apportion to categories; redact time entry spreadsheet; review and redact invoices for fee motion; prepare exhibits for filing | 5.00 | 1,750.00 |
| 3/1/2017 | VAN LOON, ERICA J. | 3.50 | 2,205.00 | Review and revise reply to motion for attorneys' fees | 3.50 | 2,205.00 |
| 3/2/2017 | LIU, DAN | 0.75 | 277.50 | Review Freeman declaration regarding apportionment to FSC and analyze re same | 0.75 | 277.50 |

| Date | Biller | Hours Invoiced | Amount Invoiced | Description | Hours on Att'y Fees | Amount on Att'y Fees |
|---|---|---|---|---|---|---|
| **3/3/2017** | VAN LOON, ERICA J. | 3.50 | 2,205.00 | Sagan – Revise reply to motion for attorneys' fees and review and revise supporting declaration and spreadsheet (3.5) | 3.50 | 2,205.00 |
| **3/3/2017** | THIELE, JUSTIN | 2.75 | 880.00 | Assist EJV in drafting and revising declaration and spreadsheets for reply supporting motion for attorneys' fees | 2.75 | 880.00 |
| **3/3/2017** | BASILEO, STEVE P. | 0.25 | 162.50 | Revise Reply ISO fee motion. | 0.25 | 162.50 |
| **3/6/2017** | ELIAS, BRITTANY | 1.00 | 320.00 | Review and revise Reply ISO fee motion; review and revise EJV Decl. | 1.00 | 320.00 |
| **3/6/2017** | THIELE, JUSTIN | 1.00 | 320.00 | Revise and file reply supporting attorneys' fee motion | 1.00 | 320.00 |
|  |  |  |  |  | Total: 77 | Total: 41,652.5 |

1311995.1