LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S SUR-REPLY REGARDING ITS OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

Plaintiff AMA Multimedia, LLC ("AMA") respectfully provides this Sur-Reply only to address the timeliness of its Response and the supplemental request for nearly $42,000 for the attorneys' fee motion (both of which were raised in the Reply (Doc. 140)).

### *Timeliness*

AMA humbly apologizes to this Court for filing its Response two days late, because undersigned counsel was unaware of the FRCP rule change in December 2016.

Because the FRCP no longer recognize a 3-day mailing time, the Response should have been filed by Thursday, February 23rd (not Monday, February 27th), and undersigned counsel was honestly unaware of the change.  AMA should not be penalized in any manner for the error of counsel.  While AMA was not "**four days late**" as the Defendants state, undersigned does apologize to this Court for being late at all and respectfully asks that AMA's Response be considered fully. (Emphasis in original).

### *Additional Fee Request*

Defendants tell this Court they incurred **109 hours** to draft their Motion for Attorneys' Fees at the cost of $63,112.50.  Without any explanation as to how/what/why reductions were made, Defendants then "graciously" reduced their additional request to $41,652.60 based on 77 hours of attorney time (at $580.00 per hour).

Based on all of the same reasons that AMA raised in its Response (Doc. 139), Defendants' request for an additional $41,652.60 for **one motion** is utterly unreasonable. Defendants engage in the same type of impermissible "block billing" in the request; Defendants continue to duplicate work and time entries by multiple attorneys (without explaining why the work is being duplicated); Defendants charge legal/attorney time for the secretarial or administrative tasks of making "redactions" and gathering exhibits; and, Defendants continue to ignore that $580.00 is not a reasonable hourly rate for drafting a fee application.

AMA asks this Court to consider the additional $41,652.60 sought by Defendants as unreasonable and that it deny any such award.

**DATED** this 8th day of March, 2017.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2017, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon evanloon@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
*Attorneys for Defendants*

Steven Basileo sbasileo@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
*Attorneys for Defendants*

Valentin Gurvits vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
*Attorneys for Defendants*

Spencer Freeman sfreeman@freemanlawfirm.org
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*

By:   /s/ Gina Murphy