1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

AMA Multimedia LLC,

　　　　　Plaintiff,

v.

Sagan Limited, et al.,

　　　　　Defendants.

No. CV-16-01269-PHX-DGC

**ORDER**

　　　　Pending before the Court are motions to seal.  Docs. 131 and 134.  The Court will grant the motions to seal.  If the parties have not already filed redacted documents on the public docket related to these motions to seal, the responsible party shall file the redacted documents on or before **April 28, 2017.**

　　　　**IT IS ORDERED** that motions to seal (Docs. 131 and 134) are **granted.**  The Clerk of Court shall accept for filing under seal the documents lodged under seal on the Court's docket as  Docs. 132, 135, 136.

　　　　Dated this 24th day of April, 2017.

_____
David G. Campbell
United States District Judge