UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>            Plaintiff - Appellant,<br><br>  v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually, DBA Porn.com; et al.,<br><br>            Defendants - Appellees. | No. 17-15178<br><br>D.C. No. 2:16-cv-01269-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered April 27, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7