UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually, DBA Porn.com; et al.,<br><br>        Defendants - Appellees. | No. 17-15178<br><br>D.C. No. 2:16-cv-01269-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Matthew Marcopulos
Deputy Clerk
Ninth Circuit Rule 27-7