LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                         Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; *et al.,*<br><br>                         Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF<br>AMA MULTIMEDIA, LLC'S<br>UNOPPOSED MOTION<br>TO EXTEND DUE DATE FOR<br>JOINT MEMORANDUM**<br><br>**(Expedited Ruling Requested)**<br><br>(Before the Hon. David G. Campbell) |

Plaintiff, AMA Multimedia, LLC ("AMA") respectfully asks this Court to extend the time in which the parties were given to file a Joint Memorandum regarding the course of action necessary upon remand.  While the Joint Memo is due on June 8, 2018, AMA's lead counsel (Spencer Freeman) is out of the country until June 6, 2018 and will not be returning to his office until June 8th.  Defense counsel, Ms. Van Loon, will then be out of the office on vacation until June 20th.  So that all counsel may jointly confer and have time to prepare an appropriate Joint Memo, AMA respectfully asks that the Court extend the due date until **June 29, 2018**.

This request is made in good faith and not for the purpose of delay.  Additionally, undersigned counsel avows that she conferred with defense counsel, Ms. Van Loon, who agreed that Defendants have no opposition to this extension of time.

DATED this 25th day of May, 2018.

MANOLIO & FIRESTONE, PLC


By:   /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

Steven Basileo sbasileo@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
*Attorneys for Defendants*

Valentin Gurvits vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
*Attorneys for Defendants*

Spencer Freeman sfreeman@freemanlawfirm.org
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*

By: ___/s/ Pat Stanley_____