**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>  Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**ORDER GRANTING PLAINTIFF AMA MULTIMEDIA, LLC'S <u>UNOPPOSED</u> MOTION TO EXTEND DUE DATE FOR JOINT MEMORANDUM** |

Pursuant to Plaintiff AMA Multimedia, LLC's Unopposed Motion to Extend Due Date for Joint Memorandum, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Extend Due Date for Joint Memorandum is extended to June 29, 2018.