# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com, *et. al.,*<br><br>             Defendants. | No.: CV16-1269-PHX-DGC<br><br>**ORDER** |

Pursuant to Plaintiff AMA Multimedia, LLC's Unopposed Motion to Extend Due Date for Joint Memorandum. Doc. 150.

**IT IS ORDERED** that Plaintiff's Unopposed Motion to Extend Due Date for Joint Memorandum (Doc. 150) is **granted.** The parties shall file a joint memorandum indicating to the Court what the parties believe is the best course of action in this case in light of the Ninth Circuit's remand on or before **June 29, 2018**. The Court will not grant further extension to this deadline.

Dated this 30th day of May, 2018.

_____
David G. Campbell
United States District Judge