ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@lathropgage.com
**LATHROP GAGE LLP**
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 789-4600
Facsimile:  (310) 789-4601

*Attorney for Defendants*
*Cyberweb Ltd., David Koonar,*
*Sagan Limited, GLP 5, Inc. and*
*Netmedia Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS CHANGE** |

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that Erica J. Van Loon, counsel for all Defendants in this action, is no longer affiliated with Glaser Weil Fink Howard Avchen & Shaprio LLP. Ms. Van Loon is now affiliated with the law firm of Lathrop Gage LLP, located at 1888 Century Park East, Suite 1000, Los Angeles, California 90067. Ms. Van Loon's email address is now evanloon@lathropgage.com. Valentin

David Gurvtis of the Boston Law Group remains as attorney of record for Defendants.

Dated: September 5, 2018  **LATHROP GAGE LLP**

By:/s/ Erica J. Van Loon
ERICA J. VAN LOON

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted by CM/ECF and email to the following recipients.

Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Dr. Suite 200
Scottsdale, Arizona 85258
vmanolio@mf-firm.com

Spencer Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org

By: /s/ Erica J. Van Loon
Erica J. Van Loon