ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@lathropgage.com
**LATHROP GAGE LLP**
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 789-4600
Facsimile:    (310) 789-4601

*Attorney for Defendants*
*Cyberweb Ltd., David Koonar,*
*Sagan Limited, GLP 5, Inc. and*
*Netmedia Services, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS BASED ON *FORUM NON CONVENIENS* (First Request)** |

Pursuant to Local Rule 7.3 of the District Court of Arizona, Defendants Sagan Limited, Cyberweb, Ltd., Netmedia Services, Inc., and David Koonar (collectively, "Defendants"), respectfully move for a seven-day extension of the deadline to file their reply in support of their Supplemental Brief in Support of Defendants' Motion to Dismiss Based on *Forum Non Conveniens* (Doc. 154). This extension of time is the first requested by Defendants and is based upon the

following grounds:

1. Plaintiffs filed their opposition to Defendants' Supplemental Brief in Support of Defendants' Motion to Dismiss Based on *Forum Non Conveniens* on August 31, 2018. Doc. 157.

2. Under the Court's briefing schedule, Defendants' reply is due on or before September 14, 2018.

3. Undersigned counsel is lead counsel for Defendants, and has joined the law firm of Lathrop Gage LLP effective September 4, 2018. Doc. 158.

4. Defendants respectfully submit that a brief extension of the September 14, 2018 deadline for their reply is necessary to accommodate lead counsel's transition between law firms.

5. Defendants' counsel has contacted Plaintiff's counsel regarding this extension. Plaintiff's counsel has not responded as to whether it opposes Defendants' requested extension.

Based on the foregoing, Defendants respectfully request that this Court grant Defendants' Motion for Extension of Time in the amount of seven (7) days to file their reply through and including September 21, 2018.

Dated: September 5, 2018     **LATHROP GAGE LLP**

By: /s/ Erica J. Van Loon
    ERICA J. VAN LOON
    *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted by CM/ECF and email to the following recipients.

Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Dr. Suite 200
Scottsdale, Arizona 85258
vmanolio@mf-firm.com

Spencer Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org

By: /s/ Erica J. Van Loon
Erica J. Van Loon