UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

AMA MULTIMEDIA LLC, a Nevada limited liability company,

Plaintiff,

v.

SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,

Defendants.

CASE NO. CV16-1269 PHX DGC

Hon. David G. Campbell

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS BASED ON *FORUM NON CONVENIENS* (First Request)**

The Court, having read and considered Defendants Sagan Limited, Cyberweb, Ltd., Netmedia Services, Inc., and David Koonar's (collectively, "Defendants") Motion for Extension of Time to File Reply in Support of Defendants' Supplemental Brief in Support of Defendants' Motion to Dismiss Based on *Forum Non Conveniens* ("Motion"), and finding good cause in support thereof, hereby GRANTS Defendants' Motion.

It is HEREBY ORDERED that the deadline for Defendants to file their reply is extended to September 21, 2018.

IT IS SO ORDERED.

DATED: ________________

_______________________________
Hon. David G. Campbell
United States District Court Judge