STEVEN BASILEO - State Bar No. 157780
sbasileo@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

*Attorney for Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc. and Netmedia Services Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a/ PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>             Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**MOTION FOR WITHDRAWAL OF REPRESENTATION (WITH CLIENT APPROVAL)** |

1535865

1  Pursuant to Local Rule 83.3(b)(1), movant Steven Basileo, attorney of record
2  for Defendants Sagan Limited, Cyberweb Ltd., Netmedia Services Inc., GLP 5, Inc.,
3  and David Koonar (collectively, "Defendants"), moves this Court for an order
4  granting his withdrawal as counsel for Defendants in this matter.  As evidenced by
5  Exhibit 1 to this Motion, Defendants have consented to the withdrawal of Mr. Basileo
6  as counsel in this matter.  Defendants will continue to be represented by Erica J. Van
7  Loon of Lathrop Gage LLP and Valentin D. Gurvits of Boston Law Group LLP.  A
8  proposed order granting Mr. Basileo's withdrawal is also submitted herewith.

11  DATED:  September 24, 2018         Respectfully submitted,

12                                     GLASER WEIL FINK HOWARD
                                          AVCHEN & SHAPIRO LLP

15                                     By: /s/ Steven Basileo
                                       STEVEN BASILEO

                                       *Attorney for Defendants Cyberweb Ltd.,
                                       David Koonar, Sagan Limited, GLP 5, Inc.
                                       and Netmedia Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted by CM/ECF and email to the following recipients:

Veronica L. Manolio
Manolio & Firestone, PLC
8686 E. San Alberto Dr. Suite 200
Scottsdale, Arizona 85258
vmanolio@mf-firm.com

Spencer Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, Washington 98402
sfreeman@freemanlawfirm.org

Erica J. Van Loon
Lathrop Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067

Valentin David Gurvits
Boston Law Group LLP
825 Beach St., Suite 20
Newton Centre, Massachusetts 02459

By: /s/ Steven P. Basileo
Steven P. Basileo