# EXHIBIT 1

1535865

## CONSENT TO WITHDRAWAL OF COUNSEL

Sagan Limited, Cyberweb, Ltd., Netmedia Services, Inc., and David Koonar consent to the withdrawal of Steven P. Basileo and the law firm Glaser Weil Fink Howard Avchen & Shapiro LLP as requested in the foregoing motion.

| SAGAN LIMITED, a Republic of Seychelles Company<br><br>By: _____<br>KRISTEN RICHARDSON<br><br>Date: Sept 20, 2018 | NETMEDIA SERVICES, INC., a Canadian Company<br><br>By: _____<br>Philip Bradbury<br><br>Date: Sept 20, 18 |
|---|---|
| CYBERWEB, LTD., a Barbados Company<br><br>By: _____<br>Kris Richardson<br><br>Date: Sept 20/2018 | DAVID KOONAR<br><br>By: _____<br>David Koonar<br><br>Date: Sept 20 2018 |