UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a/ PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian company, individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan company individually and d/b/a Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>    Defendants. | CASE NO.: CV16-1269 PHX DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF REPRESENTATION (WITH CLIENT APPROVAL)** |

1535865

1   Before the Court is the Motion for Withdrawal of Representation (with Client
2 Approval) filed by Steven P. Basileo as attorney of record for Defendants Sagan
3 Limited, Cyberweb Ltd., Netmedia Services Inc., GLP 5, Inc., and David Koonar
4 (collectively, "Defendants").  For good cause shown, the Court hereby GRANTS the
5 Motion, and Steven P. Basileo is hereby withdrawn as counsel for Defendants.  The
6 Clerk shall remove Steven P. Basileo from receiving electronic Court notices in this
7 matter.

IT IS SO ORDERED.

Dated: _____     By: _____
                                                  Hon. David G. Campbell
                                                  United States District Judge