# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; et al., <br><br> Defendants. | NO.: CV16-1269 PHX DGC <br><br> **ORDER** |

Pending before the Court is a motion for withdrawal of representation filed by Steven P. Basileo as attorney of record for Defendants Sagan Limited, Cyberweb Ltd., Netmedia Services Inc. GLP 5, Inc., and David Koonar.  Doc. 162.

**IT IS ORDERED** the motion for withdrawal of representation (Doc. 162) is **granted**.  Steven P. Basileo is hereby withdrawn as counsel for Defendants.  The Clerk shall remove Steven P. Basileo from receiving electronic court notices in this matter.

Dated this 24th day of September, 2018.

David G. Campbell
Senior United States District Judge