IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Sagan Limited, a Republic of Seychelles company, et al.,<br><br>    Defendants. | No. CV-16-01269-PHX-DGC<br><br>**ORDER** |

    Plaintiff has filed a motion to seal Exhibits 2 and 5 to the supplemental memorandum in opposition to Defendants' motion to dismiss pursuant to *forum non conveniens*. Doc. 156. It appears, from a review of the Court's docket, that Plaintiff lodged all exhibits to the supplemental memorandum under seal at Doc. 157 (not just Exhibits 2 and 5). The Court will deny Plaintiff's motion to seal (Doc. 156) and require Plaintiff to file a new motion to seal Exhibits 2 and 5, properly lodge under seal Exhibits 2 and 5 on the Court's docket, and file a redacted version of all exhibits relating to the supplemental memorandum in opposition to Defendants' motion to dismiss on the Court's docket.

    **IT IS ORDERED** that Plaintiff's motion to seal (Doc. 156) is **denied.**

    Dated this 17th day of October, 2018.

David G. Campbell
Senior United States District Judge