LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb Ltd. formerly MXN Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual*; et al.,*<br><br>Defendants. | Case No.: 2:16-cv-1269-PHX-DGC<br><br>**PLAINTIFF AMA MULTIMEDIA, LLC'S REVISED MOTION TO FILE UNDER SEAL EXHIBITS 2 AND 5 TO THE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO** *FORUM NON CONVENIENS* **(Doc 157)** |

Pursuant to Local Rule of Civil Procedure 5.6, counsel for Plaintiff's AMA Multimedia, LLC hereby moves to refile documents under seal relating to Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens* (Doc 157) as listed below:

1

1. Exhibit 2: GIM and Netmedia Agreement

2. Exhibit 5: Cyberweb (formerly MXN) and Sagan Agreement

This request is based on Defendants' designation of these exhibits as "Highly Confidential-Subject to Protective Order" pursuant to the Protective Order in place. A proposed Order is being lodged concurrently with this Motion.

DATED this 22nd day of October, 2018.

                               **MANOLIO & FIRESTONE, PLC**

                               By:  */s/ Veronica L. Manolio*
                                  Veronica L. Manolio
                                  8686 E. San Alberto Dr., Suite 200
                                  Scottsdale, Arizona 85258
                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

Steven Basileo sbasileo@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
*Attorneys for Defendants*

Valentin Gurvits vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
*Attorneys for Defendants*

Spencer Freeman sfreeman@freemanlawfirm.org
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*


By: ___/s/ Janel Rubert___