IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.*,<br><br>　　　　　　Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REVISED MOTION TO FILE UNDER SEAL EXHIBITS 2 AND 5 TO THE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO *FORUM NON CONVENIENS* (DOC 157)**<br><br>(Before the Hon. David G. Campbell) |

　　　　Pursuant to the Plaintiff's Revised Motion to File Under Seal Exhibits 2 and 5 to the Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens* (Doc 157*)*, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the Motion to File Under Seal Exhibits 2 and 5 to the Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens* is granted.  The Clerk's Office is hereby directed to electronically file under seal Exhibits 2 and 5 to Plaintiff's Supplemental Memorandum

1  in Opposition to Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens*,
2  which were lodged electronically on October 22, 2018.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26