LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company<br><br>                    Plaintiff,<br><br>          vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb Ltd. formerly MXN Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual*; et al.,*<br><br>                    Defendants. | Case No.:  2:16-cv-1269-PHX-DGC<br><br>**NOTICE OF FILING REDACTED VERSION OF EXHIBITS TO THE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO** *FORUM NON CONVENIENS* **(DOC 157)** |

Plaintiff's AMA Multimedia, LLC hereby provides Notice of filing a redacted version of exhibits relating to Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss Pursuant to *Forum Non Conveniens* (Doc 157) attached herewith.

DATED this 22nd day of October, 2018.

**MANOLIO & FIRESTONE, PLC**

By:  /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing.  Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

Steven Basileo  sbasileo@glaserweil.com
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
*Attorneys for Defendants*

Valentin Gurvits  vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
*Attorneys for Defendants*

Spencer Freeman  sfreeman@freemanlawfirm.org
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*

By:   /s/ Janel Rubert