# EXHIBIT 1

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No.:  **2:15-cv-1269-PHX -DGC** |
| Plaintiff, | **DECLARATION OF ADAM SILVERMAN IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON *FORUM NON CONVENIENS*** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

1

I, Adam Silverman, declare:

1.     I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am the President of AMA Multimedia, LLC, Plaintiff in this lawsuit.

3.     AMA is a Nevada Limited Liability Company with its principal place of business in Las Vegas, Nevada.

4.     On April 28, 2016, AMA filed this instant action regarding copyright infringement occurring on the web site Porn.com.

5.     Porn.com is an adult entertainment video streaming site, displaying adult videos to the public for free, earning revenues through advertising sales and affiliate relationships.

6.     AMA produces adult audiovisual material, which it distributes through DVD sales and the World Wide Web via its paid membership websites featuring over 1000 models in exclusive content, engaging in limited licensing of its full length content. AMA, through its own affiliate program, permits and provides promotional materials to third-party marketers and websites for the sole purpose of promoting AMA paid membership properties.  Samples that AMA provides help market paid membership websites with access to full-length, high-definition videos.  The affiliate program is governed by our Terms and Conditions.

7.     Predominantly, the AMA business model is simply that a user must be a paid member to an AMA site to view AMA full length works.

8.     AMA began its relationship with Cyberweb (owner of Porn.com) in 2007 when Cyberweb signed up with AMA as an affiliate, referred to as the FYC affiliate

program.  The explicit terms of the program prevents Cyberweb from utilizing any AMA program materials without express written permission.  Cyberweb then promoted AMA sites with AMA promotional materials, and earned revenue.  The affiliate relationship is governed only by the program's Terms of Service.  Attached hereto as Exhibit A is a true and correct copy of the Terms of Service at the time Cyberweb became an AMA affiliate.

9.     The FYC affiliate relationship was established by a representative of Cyberweb registering as an affiliate with AMA's affiliate program.  Pursuant to the terms of the program, Cyberweb would earn 50 to 60% of revenues generated by Internet traffic Cyberweb sent to AMA paid membership sites.

10.     Cyberweb signed up to FYC July 18, 2007 with user name MXN123 (when Cyberweb was MXN).  They started sending traffic to AMA sites that day.   Cyberweb earned its first affiliate commission on April 23, 2012.

11.     The videos that Cyberweb would go on to post on it's website that AMA did not sue for were the exact same videos that AMA had provided to GIM Corp.  This is because these same videos are provided as program materials directly to Cyberweb under the FYC affiliate program.  AMA makes one promotional video per scene.  AMA simply took the same videos AMA had previously provided to Cyberweb via the FYC affiliate program, and submitted it to GIM.  All marketing partners use and have access to the same promotional videos via our self-serve platform, accessible once a marketer logs in to our system.  This dispute is not about those sample promotional videos.

12.     In November 2015, the website Porn.com displayed 64 of AMA's copyright- registered full-length videos and numerous images of AMA content.  These videos were not provided by AMA, to either party.  As noted below, the Defendants themselves concede they understood this material was acquired illegally from "unauthorized sources."  These videos and images displayed in violation of AMA's

copyrights.  Based upon the appearance of AMA's videos and images posted on Porn.com, the Respondents posted AMA's videos to Porn.com themselves and attached false user and upload information to establish a ruse that third-party users uploaded them.

13.     This effort of using fake profiles allows a site to provide more high quality video content to their end users while maintaining the appearance that an army of third parties uploaded a vast library of professionally shot content in a concentrated period. Videos that are uploaded by third-parties shield service providers, like Porn.com, from copyright infringement liability.  The result for the Respondents is a more desirable web property which generates more traffic.  Increased traffic translates into increased revenue. The game works in such a way that the Defendants can simply wait for a DMCA Notice, remove the content and act "as if" it was a third-party upload. In the meantime, the website benefits from the presence of the infringed videos.  The site appears to be DMCA compliant but is actually forcing content producers to play "catch me if you can."

14.     The detection of this scheme on Porn.com is clear.  The infringed videos are associated with false user and uploading information.  According to the Terms of Service on Porn.com, a user must be registered as a member of Porn.com in order to be able to upload videos.   Registering as a member to Porn.com is different from paying a membership fee to gain Premium access.  Registering as a member does not require the payment of money, but only requires establishing a user name, a password, and a providing an email address.

15.     When a user registers to become a member of Porn.com, a "profile page" is created for that registered user on Porn.com, which shows basic information including information the registered member voluntarily disclosed to the website as well as any videos they uploaded.

16.     Videos published on Porn.com are accompanied by the user name for the user that uploaded the video, also referred to as the "uploader" on the webpage where the video is displayed, as well as the uploaded/published date of the video to Porn.com.  The "uploader" information, which accommodates a video, is a clickable link, which will then take any viewer to that uploader's profile page and display information about that user and any other videos that user has uploaded.  This is a common practice in this entire category of websites, as well as in sites like Youtube.com, and others.

17.     For certain AMA full-length videos displayed on Porn.com, represented to be third-party user uploads, there are no user names associated with the video.  There is no identified "uploader" associated with the video.  Since the Porn.com upload process requires that a user must be registered as a mandatory pre-requisite to upload a video, the lack of user names associated with these particular videos illustrates that these videos are not uploaded by independent third parties, but by the operator.

18.     For certain AMA full-length videos displayed on Porn.com, represented to be third-party user uploads, the username associated as the uploader of the video actually changes on different days.  One day, User X is identified as a video uploader while shortly thereafter that very same video on the very same URL a different user, User Y, is identified as the uploader.  Both the original user (User X) who uploads, as well as the "switch to" username (User Y) do not appear to be registered users of the site as their dedicated profile page on Porn.com returns "No Such Member."  The random switching of user names, neither of which exist on Porn.com, for a video illustrates that the video is not uploaded by independent by third parties, but rather by the operator and then assigned a fake username as a ruse to disguise the origination of the video.

19.     For certain AMA full length videos displayed on Porn.com, represented to be third party uploads, the user associated as the uploader of the video uploaded the video

before he technically joined the website. A user must register to upload a video. Further, some users show a video "uploaded date" years before AMA even produce the video, showing the uploaded video information is clearly fake. In other words, an alleged user uploaded a video eight years ago to Porn.com, but the video was not even filmed until four years ago – a matter of impossibility.  The upload date is clearly manufactured and fake.

20.     Images are used throughout the design of the website that only the website operators can alter themselves. Respondents used images on Porn.com not provided by AMA in any manner, nor was this image content generated from content provided by AMA. Respondents have also located video content not provided by AMA and proceeded to use them in advertising banners for competing products, without the knowledge or consent of AMA.

21.     The CPA was entered into by simply clicking a button during the automated signup process on the PaidPerView.com website.  The server hosting PaidPerView.com was located in the U.S., and there was no direct contact between AMA and any of the defendants.  There were no negotiations regarding any of the CPA terms.

22.     An SSC representative signed up by performing an automated process at Paidperview.com.

23.     When an AMA video associated with the CPA is displayed, an AMA banner ad is located immediately below the video.  The purpose of this banner ad is to direct traffic to AMA's paid membership web sites.  In the one video Phil Bradbury highlighted to the court that was assigned under his false scheme, our advertising banner appears adjacent to the video showing it was associated.  However, not a single infringed video was displayed on Porn.com with an AMA banner ad.  Thus, these videos were *not* assigned to AMA's CPA account.   This video was not even published to Porn.com until

1  *May 1, 2016*, or after this lawsuit began.  There is zero evidence of this scheme occurring

2  prior to the filing of this lawsuit.  Defendants have remained intentionally silent regarding

3  the date of their one piece of actual evidence.

4      24.    On June 1, 2016, Phil Bradbury submitted a "true summary of the activity

5  relating to" AMA's PaidPerView account, attaching an account activity log in its entirety.

6  Bradbury and the summary assert that 2116 videos were treated as licensed under the

7  CPA.  At the time, Bradbury stated that the videos were uploaded *by AMA*.  The account

8  summary comports with AMA's records of videos provided to GIM via

9  PaidPerView.com, meaning the videos in the summary were videos submitted by AMA.

10  **AMA had counted at least 2132 videos it *directly* uploaded to the PaidPerView**

11  **account.  Bradbury testified that 2116 videos were treated as licensed under the**

12  **CPA, noting the videos were uploaded by AMA.  This is clear evidence that only**

13  **videos AMA directly provided to GIM Corp was treated as licensed and paid for.**

14  The Account Summary Bradbury submitted as evidence in this case is attached as Exhibit

15  B ,which I obtained from Dkt. 27-3

16      25.    On October 5, 2016, the Court denied Defendants' *forum non conveniens*

17  motion stating "The Porn.com Entities do not argue that AMA knew of or consented to

18  the publication of this content. Nor do they present any evidence that they acted in

19  accordance with the CPRA in handling this content by, for example, paying royalties to

20  AMA. Thus, AMA's copyright infringement claims are wholly unrelated to content

21  provided under the CPRA, and the contract's forum selection clause is inapplicable."

22      26.    I very much believe that with the Court tipping off the Defendants' on the

23  reasoning about why the motion was to be denied, the Defendants then nefariously and

24  artificially concocted a false scheme that checked every box laid out by the Court:  (i)

25  AMA knew about the publication of this content, (ii) AMA consented to the publication

26

of this content, and (iii) the Defendants acted in accordance with the CPRA by paying royalties to AMA.  All of this self-serving evidence, by way of declaration only, miraculously appears only after this ruling.

27.     After the Court initially denied Defendants' *forum non conveniens* motion, Defendants asserted that the AMA account reflects "thousands" of videos assigned, since 2012, to the account by the third-party Defendants.    Mr. Bradbury's earlier testimony fails to disclose these "thousands" of videos of this assignment scheme and the submitted evidence actually contradicts it.

28.     The Defendants claimed that AMA had to be aware of the assignments because in the PaidPerView accounts, the illegal videos were denoted by a red asterisk, where AMA could elect to remove the video.  Bradbury submitted one piece of evidence, a screenshot showing *one* video assigned.  AMA investigated this video and discovered that the video featured in the screenshot was published on Porn.com *after* the litigation had begun.  There is no evidence that the infringed videos in this case were assigned as a part of AMA's CPA account.  Further, Mr. Bradbury effectively changed his testimony, first testifying that all the videos in the PaidPerView account were uploaded by AMA, and then later testifying that thousands of other videos provided by third-party users were assigned.  **Mr. Bradbury himself could not even identify these "thousands" of videos as part of AMA's CPA account as of June 1, 2016,** and yet then attempted to impute this false testimony to AMA's knowledge.

29.     Defendants claim that AMA acquiesced to this alleged course of conduct assigning infringing AMA content to AMA's PaidPerView account (something that never actually occurred). After AMA denied knowledge of any such scheme, Defendants manipulated Skype chat logs to support its contention.  However, these same chat logs make it clear that AMA did NOT agree to any such assignment of infringed videos, AMA

demanded that such videos be removed, AND the assignment scheme alleged was NOT happening.

30.     Whenever the Defendants present their version of the Skype logs, the Court should pay careful attention to the timestamps next to the messages.  They have intentionally and selectively removed all material messages that contradict their position, and then truncate the conversation in an inappropriate way.  In some instances, there are 40 minutes between messages, and the Defendants intentionally omit material parts of the conversation that contradict their position in between.  Attached hereto as Exhibit C is a copy of the Skype logs Defendants submitted to the Court, Dkt. 83-3 and 83-1.

31.     The Skype logs state:  In a three-way conversation between myself (of AMA), Richardson (of Cyberweb and Sagan), and Camara (of Netmedia), I expressly objected to "unauthorized" content remaining on Porn.com:

> 2:42:49 **Richardson: "Understood, and anytime there is content that belongs to you we assign it to your account anyway"**
> 2:42:59 silverman: "id prefer an ad revshare"
> 2:43:01 silverman: "on the piracy"
> 2:43:12 silverman: "like you offer on the legal stuff, why shouldn't we get paid on it?"
> 2:43:14 richardson: "Same end result"
> 2:43:27 **silverman: "so we make money on all the piracy we submit?"**
> 2:43:33 **silverman: "to be taken down"**
> 2:43:48 **Richardson: "No I meant your content coming from unauthorized sources on our site"**
> 2:43:55 **silverman: "you assign it to our account?"**
> 2:44:19 **Richardson: "Is assigned to you, your ad revshare. If there is any you find that's your content not associated tell me and I'll add it"**
> 2:44:31 **silverman: "well we've just been submitting it to the DMCA dept"**
> 2:44:37 **silverman: "what id like going forward is for the content to be removed"**

> 2:44:42 **silverman: "and us paid out the advertising revenue those videos earned."**
> 2:44:55 silverman: "it is revenue derived from <u>illegal activity</u>, and <u>we're identifying it.</u>"
> 2:47:53 richardson: "<u>**Pirated content removal is no problem.**</u> Let me get back to you on the revenue wankz points. I can't address them without getting more info."

32.    Thus, Defendants understood that non-promotional content on Porn.com was illegally coming from **<u>"unauthorized sources,"</u>** (thus unlicensed) and I immediately objected to it remaining online and instructed Defendants to remove content once discovered and pay AMA advertising revenue earned to that point, describing the content as "illegal activity." Cyberweb/Sagan confirmed that it would delete all pirated material it found ("Pirated content removal is no problem"). In addition, Mr. Richardson's statement to me that they assign content to AMA's CPA account is provably wrong. Mr. Allan in Skype conversations later that same day, listed below, explicitly stated that they did not review content on Porn.com. In addition, NONE of AMA's infringed videos on Porn.com included an AMA advertising banner displayed adjacent to the video, which would have been there had they been assigned under 3.9 of the CPA.

33.    In follow-up to the original discussion (above), Mr. Camara (of Netmedia) affirmed that Defendants would ***not*** assign unauthorized AMA material to the CPA account unless and until AMA provided "a list of [the] content" that AMA claimed was unauthorized/illegal. And, I confirmed again that the illegal material was to be ***removed***, even though AMA should be paid for any monies earned up until the point it was discovered:

> 2:53:13 **silverman:  "3. The ad revshare program needs to be extended to our pirated clips. <u>Ultimately those clips will be removed</u>**, but also it needs to be calculated how much that movie has earned in advertising and the revenue needs to be split with us on something that's agreeable for everyone."

3:39:12 glen camara:  "3) **if you have a list of content that is yours, but was uploaded by users, we will happily add it to your ppv account, as this is the main purpose of the program"**

34.    AMA, once again, instructed Defendants to remove illegal or pirated material from the website(s), and Netmedia made no mention of any review/assignment program.  Defendants placed the burden on AMA to let Defendants know if any unauthorized material could be added to the CPA account by providing "a list of content".  That is not indicative of a review and assign scheme.

35.    Finally, in a further and subsequent conversation with Ross Allan (of Netmedia), I explicitly direct that illegal piracy will be **removed:**

> **4:17:21 Ross Allan: you guys have an account with us [PPV] right**
> **4:17:23 Ross Allan: you submit to us**
> **4:17:25 Silverman: <u>yes</u>, <u>*not that*</u>**
> **4:17:28 Silverman: <u>3rd party users.</u>**
> **4:17:31 Ross Allan: right ok**
> **4:17:32 Ross Allan: so the issue with that**
> 4:17:54 **Ross Allan: <u>I know you understand the dmca law, if we moderate user uploads, and miss something, we're liable for HUGE lawsuits</u>**
> 4:19:52 **Ross Allan: any videos on our site that are yours, we are happy to move to under your PPV account**
> 4:20:18 **Ross Allan: but we need to see the content, we need the links to it**
> 4:20:23 **Ross Allan: in order to act**
> 4:20:29 **silverman: so let me rephrase**
> 4:20:37 **silverman: <u>we find illegal piracy on your site uploaded by 3rd party users</u>**
> 4:20:39 **silverman: <u>you remove the content</u>**
> 4:22:12 **Ross Allan: yeah**
> 4:22:22 **Ross Allan: we would pay you out at the rates that you qualify for in PPV**
> 4:22:26 **Ross Allan: so if your rate is 30% or whatever**
> 4:22:28 **Ross Allan: that's what we do**
> 4:22:32 **Silverman: 30% wouldn't cut it either**
> 4:22:40 **Silverman: because it's illegal**
> 4:22:44 **Silverman: why should you get to keep 70%**

> 4:22:50 **Silverman: <u>it's stolen</u>**
> 4:22:53 **Silverman: <u>and unauthorized</u>**

36.     It is important to note that all of these conversations are regarding illegal content on Porn.com, it is *not* related to the CPA.  In fact, I completely differentiated this illegal content, from the content that we actually submit under the CPA ("yes not that" in response to content we provide under the CPA).  I was not inquiring about the CPA.

37.     Mr. Allan explicitly informed me that Defendants do not perform any review of user-uploaded material.  Therefore, there has never been any truth to Defendants' contention that they reviewed pirated material and "assigned" it to AMA's account with AMA's knowledge and acquiescence. AMA continually affirmed that Defendants would **remove** pirated/unauthorized content.

38.     The full text of the Skype logs establish that all parties understood and agreed that Defendants would delete and remove pirated AMA content from its sites. Defendants were misstating the facts in arguing that they had any type of license to "provide streaming and downloading" of the unauthorized content under the CPA. Defendants knew and understood that AMA was complaining about content that was originating illegally from "unauthorized sources" (thus not licensed), and AMA was **never** told that its pirated content would become "licensed" by Defendants' unilateral decision to keep illegal content streaming online.  Ross Allan and Glen Camara placed any burden of identifying illegal videos to AMA, with Ross Allan clearly stating "I know you know the dmca law, if we moderate user uploads and miss something, we're liable for HUGE lawsuits… any videos on our site that are yours, we are happy to move under your PPV account… but we need to see the content, we need the links to it… in order to act."

39.     Defendants intentionally ignored every message of the parties conceding this material was "illegal activity" and originating from "unauthorized sources," all

12

parties agreeing the material was illegal, not licensed for any use, and had to be removed. Defendants told the Ninth Circuit Court of Appeals that AMA "enthusiastically consented" "without objection" to the use of this material on Porn.com.

40.     The website PaidPerView.com (the PaidPerView "Program" under the CPA) at the bottom shows that it is "By Pimproll."  PaidPerView is an admitted GIM product.  Wankz.com, a Pimproll.com/GIM website that displayed only legally provided AMA content, is explicitly referenced in the Skype logs as distributing AMA content. GIM does have websites that utilize the program, any assertion by Defendants to the contrary is a knowing falsehood.

41.     When the CPA was executed, HostedTube.com was clearly a product of Pimproll.  To used HostedTube, you had to join Pimproll.com as an advertising affiliate, and login with your Pimproll.com username and password.  HostedTube.com states on it's website "BUILD YOUR OWN HOSTED TUBE IN UNDER 5 MINUTES…. All You Need is a Domain… Build Your Tube, Update Your DNS, and WE DO THE REST! You can be online in under 15 minutes!"  The website further states "Hosted Tube is just that, hosted. **We host it all for you, so say goodbye to high hosting costs."** (Emphasis added).

42.     Any website can simply register a domain, point it to HostedTube's servers, and GIM's HostedTube will instantly spin up an adult video site featuring all of AMA's *legally* licensed content, where GIM will then go and stream *only* the licensed content to the end users of those websites, in perfect compliance with the CPA.

43.     Attached hereto as Exhibit D is a true and correct copy of an article on XBiz.com, an industry trade publication, dated May 7, 2012, which accurately explains the HostedTube.com program, which is operated by GIM.

44.     One such HostedTube.com website that GIM owns and operates, and features AMA legally provided content only, is *freefuckvidz.com*.  *FreeFuckVidz.com* is advertised on the front page of HostedTube.com as a HostedTube/GIM website.

45.     Attached as Exhibit E is a DMCA page from *freefuckvidz.com*, showing that GIM Corp is the registered service provider for this HostedTube website with the US copyright office.

46.     After this lawsuit was filed, the Defendants locked AMA out of its GIM PaidPerView account unless and until it executed a new agreement governing the PaidPerView program with *Foshan Ltd*.  In other words, throughout this case the Defendants have admitted the PaidPerView program is a GIM asset, but they are papering the contracts for the asset in Foshan Ltd's name.  You will see *FreeFuckVidz.com* on the list of registered sited under Foshan Ltd.

47.     The Defendants use Seychelles-based corporations as "agents" for cover. An example is the use of Sagan Ltd for Cyberweb.

48.     GIM owns and/or operates numerous web sites, including Pimproll.com, TrafficForce.com, Wankz.com, and HostedTube.com.  HostedTube.com is a platform that allows anyone to generate a GIM operated web site with GIM licensed videos by registering a domain and pointing it to HostedTube's servers.  GIM will then build and host the site and stream GIM license content under the CPA to end users.  DMCA Agent filings with the U.S. Copyright Office show at least a few hundred GIM web sites, many of which legally display AMA content provided under the CPA.  Porn.com is not one of these GIM web sites.

49.     Porn.com is **NOT** a GIM website.  Porn.com is an independent third-party website of GIM.

50.     NONE of the infringed content in this case was provided by AMA, was not streamed by GIM (because it was never provided to GIM), and was not on a web site that was established, built, maintained, or developed by GIM.  None of the GIM owned and operated web sites, e.g. Pimproll.com and Hostedtube.com's hundreds of websites, display this same infringed content.  The content only appeared on Porn.com, as it was only provided to Cyberweb by "unauthorized sources."  None of the infringed content was associated with our CPA account.  None of the infringed content was paid royalties under the CPA.

51.     So it's clear, when the Defendants **falsely** claim they "assigned" this material to the CPA account, this is not a statement that the content was provided to GIM. Rather, they are falsely claiming they reported the use of that video to AMA in the statistical section of the CPA account showing the account's earnings, and that they are falsely claiming to have paid AMA for this content (*I have yet to see any proof of payment submitted in this case*).  They did not actually copy the video or image content and provide it to GIM for GIM's use.  The video only touched Porn.com's servers where it was streamed to Porn.com's end users.

52.     Traffic Force is nothing more than an advertising platform, for which I have had direct involvement with use.  Several web sites which I have ownership interest in use, or has used, Traffic Force to secure the sales of advertising space.   Traffic Force is essentially a middle man, locating and securing advertisers for the sites and then providing the ads to the sites from the advertiser – essentially an ad broker.  In these instances, no one has attempted to stream GIM CPA content (AMA's or anyone else's) on these sites, nor would there be a possibility for them to do so.  Traffic Force merely brokers the ad space on behalf of the web sites.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 30th day of August 2018 at Las Vegas, Nevada.



Adam Silverman

# EXHIBIT A

# AMA's Affiliate Terms and Conditions



## YOU CASH (SSC Group, LLC.)
## TERMS AND CONDITIONS

1. You will be compensated with 50% to 60% of all revenues generated with your tracking code, and ALL recurring revenue generated with your tracking code, unless another written agreement has been made.
2. You must be 18 years of age to advertise our program, or of legal age to view pornographic material set forth by your country.
3. Checks, Wires, or Epassporte for the pay period from the 1st to the 15th are sent out within 5-7 days. Checks for the pay period from the 16th to end-of-month are sent out within 5-7days.
4. Minimum payouts for checks are $50. Minimum Payouts for Epassporte are $100. Minimum Payouts for Wires are $200.
5. We will cancel any account that has a high number of chargebacks or refunds.
6. If you send traffic from any site containing child porn or any material depicting bestiality, rape or torture, your account will be deleted and all funds will be forfeited.
7. ***We have a zero tolerance policy towards spam.*** If you spam your account will be deleted and all funds will be forfeited.
8. We may modify any of the terms and conditions contained in this Agreement at any time. You will be notified by the email address you provided to us upon a successful signup. Changes will take effect 48 hours after we email you. If you continue to use the program we will accept that as your agreement to the new terms.
9. We reserve the right to cooperate in any investigation relating to any illegal activities pertaining to your account.
10. We will not be held liable for any loss due to technical difficulties of any kind.
11. You hereby agree to indemnify SSC Group, LLC, its affiliates, shareholders, officers, and employees against any and all claims, losses, liabilities, damages or expense (including attorneys' fees and costs) of any nature whatsoever incurred by your web sites and advertising campaigns.
12. We will not accept any sites hosted on NON-ADULT free hosts.
13. All SSC Group, LLC program materials, including and not limited to, banners, photographic materials, recordings, video, sound, and any other form of intellectual property provided to you by SSC Group, LLC shall remain the property of SSC Group, LLC and may not be copied, reproduced, altered, modified, changed, distributed, transmitted, sold or offered for sale in any manner, at any time anywhere in the world unless authorised by SSC Group, LLC in writing.
14. SSC Group, LLC will issue accounts to the following countries only with a special waiver: Albania, Armenia, Azerbaijan, Belarus, Brazil, Bulgaria, China, Cost Rica, Croatia, Czech Republic, Estonia, Georgia, Hungary, India, Indonesia, Israel, Japan, Jordan, Kaliningrad, Kazakhstan, Korea, Kyrgyzstan, Latvia, Lithuania, Malaysia, Moldova, Pakistan, Poland, Philippines, Romania, Russia, Singapore, Slovakia, Slovenia, Syria, Taiwan, Tajikistan, Thailand, Turkey, Turkmenistan, Ukraine, United Arab Emirates, Uzbekistan and Yugoslavia. Contact us if you need this waiver.
15. We reserve the right to terminate this program at any time without prior notice.

THIS IS A LEGAL AGREEMENT BETWEEN YOU AND SSC Group, LLC. SIGNING UP TO THIS AFFILIATE PROGRAM STATES THAT YOU HAVE READ, UNDERSTAND, AND ACCEPT THE TERMS SET FORTH HEREIN.

# EXHIBIT B

# AMA's CPA Account Summary

Wednesday, June 1, 2016

# Account Activation Summary

What follows is a true summary of the activity relating to an account created on Paid Per View. The account activity log utilized as a reference for this summary is available in its entirety as Exhibit 2 to this document. The log is kept in Eastern Standard Time.

An SSC Group LLC / AMA Multimedia LLC staff member applied for a Paid Per View (PPV) account on September 10, 2012 at 00:49 hours EST. The account was confirmed, reviewed and approved according to Paid Per View's application process and was activated on September 10, 2012 at 0:9:07 hours EST with the following information:

Username: pornpros
Email: lewis@fuckyoucash.com
Password: **********
**Company Information**
Company/Studio Name: SSC Group LLC
Name: Adam Silverman
Phone Number: Not Entered
Company URL: pornpros.com
Address: 6280 South Valley View #302
Address:
City: Las Vegas
State: Nv

Zip Code: 89118
Country: United States
**Payout Information**
Payout Method: Check
Minimum Payout: $100
Check Details
Payable to:
Address: 6280 south valley view #302
Address:
City: las vegas
State: nv
Zip Code: 89118
Country: United States

Upon activation the AMA Staff member visited the site from IP address 110.142.72.225 and accepted the terms of the agreement by clicking a checkbox and pressing a submit button. The only way to access any features of the account is to accept the terms by first clicking the checkbox and then clicking the submit button. The submit button cannot be clicked without first clicking the checkbox. The terms can be viewed as Exhibit 3.



At all times, when logged in, a user has the ability to view the terms that they agreed to using a link at the bottom of every page within PPV by clicking the link "Content Partner Revenue Sharing Agreement" which takes them to http://www.paidperview.com/contract.html. The

2

Wednesday, June 1, 2016

agreement that was in force between September 10, 2012 and May 31, 2016 may be see as Exhibit 4.
On September 17, 2012 at 12:43 hours EST the first scene was uploaded.

Since activation of the account, between September 17, 2012 and May 31, 2016,  2,116 videos were uploaded to the account and 45 cheques have been sent in payment for a total of $5,404.09 USD. Combined total payments of $4776.60 by MXN Ltd / Cyberweb Ltd and $627.49 by GIM Corp respectively.

3

# EXHIBIT C

# Sykpe Chat Logs Submitted by Defendants, Dkt. 83-3 and 83-1

Case 2:16-cv-01269-DGC   Document 83-3   Filed 11/07/16   Page 6 of 12

**Skype Logs**

Created by using SkypeLogView

| Record Number | Action Time | User Name | Display Name | Chat Message | ChatID |
|---|---|---|---|---|---|
| 12195 | 6/24/2015 2:27:57 PM | anna.fyc hitman.b52 | | | |
| 12191 | 6/24/2015 2:28:59 PM | anna.fyc | Anna FYC | Hi Glen | anna.fyc |
| 12204 | 6/24/2015 2:36:18 PM | anna.fyc | Anna FYC | Hey Kris, let me know when you&apos;re there | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12206 | 6/24/2015 2:37:19 PM | hitman.b52 | Glen C | this is Glen | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12207 | 6/24/2015 2:39:05 PM | anna.fyc | Anna FYC | Hi Glen, Adam (FYC owner) would like to talk to you guys about something. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12208 | 6/24/2015 2:39:17 PM | biggyfuckyoucash | biggyfuckyoucash | hey dude | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12209 | 6/24/2015 2:39:26 PM | hitman.b52 | Glen C | hey Adam, whats up? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12210 | 6/24/2015 2:39:33 PM | krisl0.richardson | Kristen Richardson | Hi guys what&apos;s up ? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12211 | 6/24/2015 2:39:37 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m concerned that our content is being used on wankz to sell a pay site with out our authorization | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12212 | 6/24/2015 2:39:53 PM | biggyfuckyoucash | biggyfuckyoucash | people might actually think I&apos;ve approved this and our brands are associated with this product | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12213 | 6/24/2015 2:40:43 PM | biggyfuckyoucash | biggyfuckyoucash | <a href="http://www.wankz.com/eager-to-please-brunette-tastes-cock-before-fucking-it- | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |

Case 2:16-cv-01269-DGC   Document 83-3   Filed 11/07/16   Page 7 of 12

| | PM | | | 1514676">http://www.wankz.com/eager-to-please-brunette-tastes-cock-before-fucking-it-1514676</a> | |
|---|---|---|---|---|---|
| 12214 | 6/24/2015 2:40:49 PM | biggyfuckyoucash | biggyfuckyoucash | just one example, I&apos;m sure theres plenty. | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12215 | 6/24/2015 2:41:31 PM | Kristen Richardson | kris10.richardson | Ok Adam, let me check | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12216 | 6/24/2015 2:41:55 PM | biggyfuckyoucash | biggyfuckyoucash | great - id like for our brands to be removed from that site, another site owner told me if you do that, then it has to also be removed from porn.com - but that solution isn&apos;t going to work for us either. | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12217 | 6/24/2015 2:42:14 PM | biggyfuckyoucash | biggyfuckyoucash | considering there&apos;s a ton of piracy going on the site, so killing off our legal way to get content on that site, is not a good option. | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12218 | 6/24/2015 2:42:49 PM | Kristen Richardson | kris10.richardson | Understood, and anytime there is content that belongs to you we assign it to your account anyway <ss type="wink">;-) </ss> | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12219 | 6/24/2015 2:42:59 PM | biggyfuckyoucash | biggyfuckyoucash | id prefer an ad revshare | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12220 | 6/24/2015 2:43:01 PM | biggyfuckyoucash | biggyfuckyoucash | on the piracy | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12221 | 6/24/2015 2:43:12 PM | biggyfuckyoucash | biggyfuckyoucash | like you offer on the legal stuff, why shouldn&apos;t we get paid on it? | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12222 | 6/24/2015 2:43:14 PM | Kristen Richardson | kris10.richardson | Same end result | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12223 | 6/24/2015 2:43:27 PM | biggyfuckyoucash | biggyfuckyoucash | so we make money on all the piracy we submt? | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12224 | 6/24/2015 2:43:32 PM | Kristen Richardson | kris10.richardson | Hahaha | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12225 | 6/24/2015 2:43:33 PM | biggyfuckyoucash | biggyfuckyoucash | to be taken down | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |
| 12226 | 6/24/2015 2:43:48 PM | Kristen Richardson | kris10.richardson | No I meant your content coming from unauthorized sources on our site | 19:1a8dbf476cf742c9bc9b3b34d0ca927@thread.skype |

| | PM | | | | |
|---|---|---|---|---|---|
| 12227 | 6/24/2015 2:43:55 PM | biggyfuckyoucash | biggyfuckyoucash | you assign it to our account? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12228 | 6/24/2015 2:44:19 PM | kris10.richardson | Kristen Richardson | Is assigned to you, your ad revshare. If there is any you find that&apos;s your content not associated tell me and I&apos;ll add it | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12229 | 6/24/2015 2:44:31 PM | biggyfuckyoucash | biggyfuckyoucash | well we&apos;ve just been submitting it to the DMCA dept | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12230 | 6/24/2015 2:44:37 PM | biggyfuckyoucash | biggyfuckyoucash | what id like going forward is for the content to be removed | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12231 | 6/24/2015 2:44:42 PM | biggyfuckyoucash | biggyfuckyoucash | and us paid out the advertising revenue those videos earned. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12232 | 6/24/2015 2:44:55 PM | biggyfuckyoucash | biggyfuckyoucash | it is revenue derived from illegal activity, and we&apos;re identifying it. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12233 | 6/24/2015 2:45:23 PM | biggyfuckyoucash | biggyfuckyoucash | in addition to our content being pulled down from wankz | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12234 | 6/24/2015 2:47:53 PM | kris10.richardson | Kristen Richardson | Pirated content removal is no problem. Let me get back to you on the the revenue &amp; wankz points. I can't address them without getting more info. | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12235 | 6/24/2015 2:48:01 PM | biggyfuckyoucash | biggyfuckyoucash | understood | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12236 | 6/24/2015 2:48:08 PM | biggyfuckyoucash | biggyfuckyoucash | i want to make a few things clear that you can bring into the conversation | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12237 | 6/24/2015 2:48:15 PM | kris10.richardson | Kristen Richardson | Have you got an email I can use ? | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| 12238 | 6/24/2015 2:48:20 PM | biggyfuckyoucash | biggyfuckyoucash | <a href="mailto:silverman.adam@gmail.com">silverman.adam @gmail.com</a> | 19:1a8dbf476cf7426c9bc9b3b34d0ca927@thread.skype |
| | | | | 1. As it stands right now, our content to be used in tandem on a totally separate domain the primary function being to sell a premium membership. No one has asked out authorization to do it and it is not granted. The videos and our brands need to be removed, unless we work a fair deal out, as it stands now, | |

Case 2:16-cv-01269-DGC   Document 83-3   Filed 11/07/16   Page 9 of 12

| ID | Timestamp | User | Name | Message | Thread |
|---|---|---|---|---|---|
| 12239 | 6/24/2015 2:53:13 PM | biggyfuckyoucash | biggyfuckyoucash | it&apos;s unauthorized, and people may even think our brands are legally part of this when they are not. Removal from this site should not impact the legal content we are submitting to you ourselves. (Issue #1)<br><br>2. We submit legal content to porn.com and you have a content ad revshare program.<br><br>3. The ad revshare program needs to be extended to our pirated clips. Ultimately those clips will be removed, but also it needs to be calculated how much that movie has earned in advertising and the revenue needs to be split with us on something that&apos;s agreeable for everyone. There are laws on the books that support this, and while you may not be culpable, you have still profited from illegal activity. Porn.com isn&apos;t being singled out, this is something me and other content producers are planning to go to battle for this year because it&apos;s just not right a site can be the benefactor of stolen content, earn a bunch of advertising money, and then not have to share any of that money with the rightful owner of the content. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12240 | 6/24/2015 2:54:11 PM | biggyfuckyoucash | biggyfuckyoucash | #3 is Issue #2 | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12241 | 6/24/2015 2:54:37 PM | biggyfuckyoucash | biggyfuckyoucash | thats it man, ultimately we look forward to continue to working with you guys, but it needs to be a bit more fair to us, our content needs to be respected. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12242 | 6/24/2015 3:10:09 PM | biggyfuckyoucash | biggyfuckyoucash | one more thing... some content producers have raised questions whether your ad revshare calculations are accurate. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12243 | 6/24/2015 3:10:41 PM | biggyfuckyoucash | biggyfuckyoucash | they&apos;re looking at # of views, looking at what people can bid on all your spots or even applying a general global CPM, and it wasn&apos;t backing out. that&apos;s something that should be addressed as well. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12244 | 6/24/2015 3:27:08 PM | kris10.richardson | Kristen Richardson | Sorry for the delay there I was driving and got a flat tire. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12245 | 6/24/2015 3:27:32 PM | kris10.richardson | Kristen Richardson | Thank you for the full explanation, I&apos;ll get back to you on that v soon. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |
| 12246 | 6/24/2015 3:30:44 PM | kris10.richardson | Kristen Richardson | As far as the ad calculation goes it&apos;s based on the volume and bidding for the visitor to that page, as well as the length of the video. So the ad rev on 100k USA visitors on 7min videos isn&apos;t going to be the same as 15min videos being viewed from other countries that get into the mix. | 19:1a8dbf476cf742c6c9bc9b3b34d0ca927@thread.skype |

Case 2:16-cv-01269-DGC   Document 83-3   Filed 11/07/16   Page 10 of 12

| ID | Timestamp | Message | Name | Username | Thread |
|---|---|---|---|---|---|
| 12247 | 6/24/2015 3:31:30 PM | I&apos;ve gone through it because we&apos;ve been asked this before and it&apos;s accurate. | kris10.richardson | Kristen Richardson | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12248 | 6/24/2015 3:37:37 PM | I&apos;ll discuss with the team and we will get back to you fully on all points. We are happy working with you guys and I&apos;m confident we will be able to continue that. | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12249 | 6/24/2015 3:38:49 PM | ty | hitman.b52 | Glen C | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12250 | 6/24/2015 3:39:12 PM | regarding your list I&apos;m just going to keep it brief, if you need me to elaborate on anything let me know.

1) wankz.com is part of PPV, and we do have ads which you are getting revenue on.
2) a banner is being added under your videos (to PPV sites) we just don&apos;t want it to be the same as on porn.com, (we will add this asap)
3) if you have a list of content that is yours, but was uploaded by users, we will happily add it to your ppv account, as this is the main purpose of the program. | hitman.b52 | Glen C | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12251 | 6/24/2015 3:39:40 PM | much appreciated. | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12252 | 6/24/2015 3:40:27 PM | the going rate split seems to be $.07 CPM | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12253 | 6/24/2015 3:40:36 PM | if we&apos;re 50/50, its $.14 CPM total bw all spots | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12254 | 6/24/2015 3:40:39 PM | thats pretty low | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12255 | 6/24/2015 3:40:53 PM | i can go on any platform and see just one of those NTV spots probably go for that globally | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12256 | 6/24/2015 3:41:22 PM | this is a complaint thats been widespread, from hostedtube to now this, that the CPMs have never backed out properly to whats being shown to advertisers in the marketplace. | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12257 | 6/24/2015 3:42:43 PM | if I had to add up all the spots, I&apos;d say you make somewhere between $.75-1CPM with pop ups | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |
| 12258 | 6/24/2015 3:43:14 PM | we should be average $.25 CPM or something along those lines, and then it would be more believable - i can tell you, | biggyfuckyoucash | biggyfuckyoucash | 19:1a8dbf476cf7a42c9bc9b3b34d0ca927@thread.skype |

Case 2:16-cv-01269-DGC   Document 83-3   Filed 11/07/16   Page 11 of 12

| | | | | | |
|---|---|---|---|---|---|
| 12259 | 6/24/2015 3:43:46 PM | biggyfuckyoucash | biggyfuckyoucash | with respect to the piracy stuff, I wouldn&apos;t accept $.07 CPM as legitimate. (I&apos;m not the only one who shares this opinion) - most people believe those CPM rates are not accurate. | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12260 | 6/24/2015 3:45:04 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m not pretending to be an expert on what you&apos;re making, but $.14 bw all spots, is really, really low. | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12261 | 6/24/2015 3:45:34 PM | biggyfuckyoucash | biggyfuckyoucash | I&apos;m curious if that also includes mobile | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12262 | 6/24/2015 3:47:42 PM | Glen C | Glen C | ok, honestly that&apos;s where you lose us.. I would discuss that with Ross though, he is better equipped with the specifics on that. | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12263 | 6/24/2015 3:48:00 PM | biggyfuckyoucash | biggyfuckyoucash | sure, do you understand CPM rates, or is that just out of your ballpark? | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12264 | 6/24/2015 3:48:12 PM | Glen C | Glen C | no i do, but he knows it in more detail. | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12265 | 6/24/2015 3:48:22 PM | Glen C | Glen C | i just don&apos;t want to misspeak | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12266 | 6/24/2015 3:48:26 PM | biggyfuckyoucash | biggyfuckyoucash | ok we can talk about it on the follow up | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12267 | 6/24/2015 3:48:49 PM | biggyfuckyoucash | biggyfuckyoucash | not a big deal, just relay that a lot of people, including us don&apos;t believe those CPM rates that we are being paid are legit | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12268 | 6/24/2015 3:48:59 PM | biggyfuckyoucash | biggyfuckyoucash | its something we can work out with transparency | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12269 | 6/24/2015 3:49:03 PM | biggyfuckyoucash | biggyfuckyoucash | if it gets to that | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12270 | 6/24/2015 3:50:57 PM | hitman.b52 | Glen C | you have Ross on skype i imagine? | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |
| 12271 | 6/24/2015 3:51:00 PM | biggyfuckyoucash | biggyfuckyoucash | i do | 19:1a8dbf476cf742fc9bc9b3b34d0ca927@thread.skype |

| 12272 | 6/24/2015 3:55:02 PM | biggyfuckyoucash | biggyfuckyoucash | i like Ross - good dude | 19:1a8dbf476cf7426c9bc9b34d0ca927@thread.skype |

Case 2:16-cv-01269-DGC   Document 83-1   Filed 11/07/16   Page 19 of 23

Skype™ [5] - rosscoe17
Skype   Contacts   Conversation   Call   View   Tools   Help
Ross Allan

biggy

biggyfuckyoucash

Search Skype

☆ biggyfuckyoucash
Offline with voice messaging | 11:02 AM

Wednesday, June 24, 2015

hey Adam                                                                                        3:10 PM

hey dude                                                                                        3:10 PM
how you been man

good man, how you doing?                                                                         3:10 PM

pretty good                                                                                     3:10 PM

the guys said you had some concerns on PPV                                                        3:11 PM

yeah                                                                                            3:11 PM
the CPMs look really low
like you're only making $.14 CPM between all spots combined, so our cut is $.07
other people have raised doubts about this to me as well

yeah, theres tons of factors involved on how we get that cpm                                      3:12 PM

I'm sure there are                                                                              3:13 PM
doesn't mean it adds up
people had similar complaints about hosted tube.
bottom line is, if its words with no evidence, its just words
i should give a little context here...
when it comes to the content we submit, we really haven't said anything because we didn't
want to look a gift horse in the mouth so to speak, but we never really thought it was fair
but what i told the guys is, my expectation is soon going to be that all the pirated material
discover on the site, that not only is it removed, but there is some sort of ad revshare split
on that material - and $.07 CPM is not something i would accept for the piracy as honest.
if you came forward, and clearly demonstrated to me without a doubt thats what you make,
so be it, i would understand

i understand that point yeah                                                                     3:15 PM

at face value, it just doesn't seem accurate                                                     3:15 PM
i would guess bw all spots you make at least $.50 CPM globally

unfortunately we're not going to open up our systems, its just not smart for us to do that       3:16 PM

yeah i mean                                                                                     3:16 PM
but the piracy stuff is a legal issue
its not really something i'm asking for

what piracy?                                                                                    3:16 PM
wankz?

no                                                                                             3:16 PM
user uploaded material to porn.cm
that is our videos
we believe there are laws on the books that provide restitution for the advertising revenue
derived from those videos.

are we talking about two things here?                                                           3:17 PM

i believe so                                                                                    3:17 PM

you guys have an account with us right                                                           3:17 PM
you submit to us

yes, not that                                                                                  3:17 PM
3rd party users.

but you are saying that the content others upload                                                3:17 PM
right ok
so the issue with that

via Skype

Type a message here



☆ biggyfuckyoucash

Offline with voice messaging | 11:03 AM

Wednesday, June 24, 2015

but you are saying that the content others upload

right ok

so the issue with that

I know you understand the dmca law, if we moderate user uploads, and miss something,

we're liable for HUGE lawsuits
3:17 PM

yes

what I'm talking about is not part of that
3:18 PM

so when things go live
3:18 PM

this isn't copyright infringement

this is separate from that

let me give you an analogy
3:18 PM

sure
3:18 PM

if you go out buy something

a watch

and its stolen

and you find out after its stolen

can you keep it/

i think you know.. the answer is no
3:18 PM

of course it is, morally and legally
3:19 PM

you'll give the watch back

etc
3:19 PM

I just dont know what you want us to do here. we comply with the law, Id say we're better

than most other sites out there as well

but we still have to stay on the right side of things and how we operate porn.com
3:19 PM

i understand that

but under the law i feel that I am entitled as restitution to money you make off of piracy
3:19 PM

any videos on our site that are yours, we are happy to move to under your PPV account
3:19 PM

and my lawyers agree.
3:19 PM

yeah we have done this in the past

we're not keeping any money owed to you

but we need to see the content, we need the links to it
3:20 PM

sure
3:20 PM

in order to act
3:20 PM

so let me rephrase

we find illegal piracy on your site uploaded by 3rd party users

you remove the content

you also calculate how much you've earned off of those videos

we get a split, thats agreeable to both

in this instance, $.07 CPM is not going to cut it

you'd have to prove to me thats real

if you said no

i would say OK

this will be worked out one way or another thats fair

its restitution for piracy, if you're actually making $.30, but paying us $.07

that doesn't really solve anything you are still making a shitload from piracy

we are still being wronged with little to show for it
3:20 PM

yeah
3:22 PM

via Skype

Type a message here



Skype™ [5] - rosscoe17

Ross Allan

biggy

biggyfuckyoucash

Search Skype

☆ biggyfuckyoucash

Offline with voice messaging | 11:04 AM

Wednesday, June 24, 2015

that doesn't really solve anything you are still making a shitload from piracy
we are still being wronged with little to show for it

yeah
we would pay you out at the rates that you qualify for in PPV                    3:22 PM

on the stuff we submit legally dude - you won't hear a peep                    3:22 PM

so if your rate is 30% or whatever
thats what we do                    3:22 PM

30% wouldn't cut it either
I'm thinking more like 80%
because its illegal
why should you get to keep 70%
it's stolen
and unauthorized                    3:22 PM

yeah, its not really 70% tho after our costs                    3:22 PM

i mean                    3:23 PM

this is a thing for our VP to decide                    3:23 PM

think about our end
it has to be agreeable
yeah
were getting raped                    3:23 PM

of course it does, you wont hear me saying anything against that                    3:23 PM

the one thing that i did tell the other guys                    3:23 PM

im all for guys like you submitting to us and us not getting uploads                    3:23 PM

porn.com isn't being singled out                    3:23 PM
I'm expecting this to roll out across all the big sites
not hard to get a bunch of content producers to get together, go in front of a judge, show
a site is making shitloads of money from our piracy and we deserve a cut

im not too good with the law but I imagine you could get something going                    3:24 PM

yah                    3:24 PM
i like you guys a lot
its not hard feelings, just gotta get make things more fair

in that case the only thing I can do is refer it to my legal team but we're not gonna screw                    3:24 PM
you, i think you know that

bw content producers and tube site owners                    3:24 PM
for sure
we've had good dealings with corey
its just a matter of like right now

he is a good guy                    3:24 PM

all these people upload these illegal videos                    3:25 PM
shit gets taken down
tube keeps 100% of the money
thats fucked up LOL

yeah, we're facing it ourselves right now on phub, a guy is stealing all our content, putting a                    3:25 PM
30 second intro video on it then submitting it with his watermark

via Skype

Type a message here



☆ **biggyfuckyoucash**
○ Offline with voice messaging | 11:04 AM

Wednesday, June 24, 2015

> yeah, we're facing it ourselves right now on phub, a guy is stealing all our content, putting a 30 second intro video on it then submitting it with his watermark — 3:25 PM

yeah — 3:25 PM

it has 175m views — 3:25 PM

pornhub should pay you a cut of the ad revshare money — 3:25 PM
its pretty simple
and not 30% either
its your content that was illegally posted

> yep — 3:28 PM
> I will chat to Dave and our VP about this

its really not that unfair of a concept — 3:28 PM
if you want in on the producer side

> just so they are in the know on your concerns — 3:28 PM

i can bring you guys in. — 3:28 PM
but after the tube is resolved
this is a law that sits outside of DMCA btw
and regardless of the culpability
says that restitution should be paid
so i want to be clear about that, this is not the DMCA, DMCA just addresses that you guys
are not liable for the infringement
this is that you guys profited from an illegal act, and now the other side wants all or a
portion of that $.
so when they say "oh, well we are protected by DMCA"

> yeah, I will have a chat with Corey to get up to speed on it too, I like to know what im talking about so its good for me too — 3:28 PM

thats something totally different — 3:28 PM

> yeah — 3:28 PM
> keep in touch about this

will do — 3:28 PM

> and meanwhile, if there is active content on there, I can move it to under your PPV account, I think — 3:28 PM

thats fine — 3:28 PM
should i expect to hear a response
from you
on wankz and adrevshare on piracy?

> probably from Glen because its his dept, I just wanted to check in since I heard the guys discussing it and you and I go back a bit — 3:29 PM

ok cool — 3:29 PM
I'm glad its more clear now

> wankz is being taken care of from my understanding — 3:29 PM
> should be done in a few days

yeah, ty — 3:29 PM
you guys are great
so far at least
chat soon

via Skype

Type a message here



Skype™ [5] - rosscoe17

Skype   Contacts   Conversation   Call   View   Tools   Help

Ross Allan

biggy

biggyfuckyoucash

Search Skype

☆ biggyfuckyoucash
○ Offline with voice messaging | 11:06 AM

Wednesday, June 24, 2015

yep
I will chat to Dave and our VP about this          3:26 PM

its really not that unfair of a concept          3:26 PM
if you want in on the producer side

just so they are in the know on your concerns          3:26 PM

i can bring you guys in.          3:26 PM
but after the tube is resolved
this is a law that sits outside of DMCA btw
and regardless of the culpability
says that restitution should be paid
so i want to be clear about that, this is not the DMCA, DMCA just addresses that you guys
are not liable for the infringement
this is that you guys profited from an illegal act, and now the other side wants all or a
portion of that $.
so when they say "oh, well we are protected by DMCA"

yeah, I will have a chat with Corey to get up to speed on it too, I like to know what im talking          3:26 PM
about so its good for me too

thats something totally different          3:26 PM

yeah          3:26 PM
keep in touch about this

will do          3:26 PM

and meanwhile, if there is active content on there, I can move it to under your PPV account, I          3:26 PM
think

thats fine          3:26 PM
should i expect to hear a response
from you
on wankz and adrevshare on piracy?

probably from Glen because its his dept, I just wanted to check in since I heard the guys          3:29 PM
discussing it and you and I go back a bit

ok cool          3:29 PM
I'm glad its more clear now

wankz is being taken care of from my understanding          3:29 PM
should be done in a few days

yeah, ty          3:29 PM
you guys are great
so far at least
chat soon

later dude          3:33 PM

Monday, July 06, 2015

our channels are still up on wankz          11:04 AM

do I need to DMCA the videos, whats the deal?          11:28 AM

hey Adam          12:05 PM
sec
I have been out of the office for a few days, just catching up on chats/emails

ok no problemo          12:50 PM

via Skype

Type a message here

# <u>EXHIBIT D</u>

# XBix.com Article

8/29/2018 1:16:50 PM

process to build your tube, update the domain's DNS settings and let them do the rest; giving you "a cut of all revenue generated from your tube ... from advertising, upsells, dating, cams and more."

It's that last bit that is causing a lot of the excitement, with more on that later.

But how much money are we talking about and how easy would it really be?

It's important to realize that having a bit of perspective is the key to understanding the answer: this isn't an overnight million dollar deal (for the affiliate, anyway), but on webmaster forums, is being praised as an alternative to parking an unused domain name.

As the saying goes, "your mileage may vary," but to set the bar low: would a dormant domain with no traffic to start, at least cover its annual registration fees as a hosted tube?

Finding out should be easy. It should also be easy to earn more by doing more with it.

The first thing that is needed is a Pimproll account. There is a registration link on the HostedTube website for those who need to sign up; and a notice that while new accounts will need to be approved before payments are made, new affiliates can immediately begin building their tube site.

According to HostedTube.com, some benefits of its program include no hosting costs, a wide selection of niche video content to encourage bookmarkers, along with a range of customization options; including alternative layout specifications such as page width, the number of videos shown on each page, sidebar usage and more.

Custom logos and other background images, predefined or custom colors, and other options provide for a personal touch and lend the individual tube sites some character. Video titles and descriptions as well as Meta keywords and descriptions can also be customized for search engine appeal.

advertising spaces on these sites — paying the affiliate a percentage of ad revenues generated by the tube site, while making this traffic source available to clients of the advertising network."

**Events**

XBIZ Berlin
Sep 9 – Sep 12
Berlin, Germany

XBIZ Europa Awards
Sep 11

What sets HostedTube apart is its use of TrafficForce to monetize advertising spaces on these sites — paying the affiliate a percentage of ad revenues generated by the tube site, while making this traffic source available to clients of the advertising network.

This strategy offers compelling advantages by forming a closed loop, where content, traffic and multiple revenue streams are all available to affiliates from a single source, in a way that perhaps hasn't been done before — or certainly to the same level, with several new features reportedly in the works. If you want a one-stop-shop approach to building and operating an adult website, Pimproll has you covered with this pair of unique offers.

**Related:**   Pimproll

## Don't Miss a Beat

Stay informed of the latest developments. Subscribe to XBIZ newsletters.

Enter your email address

Sign Up

## More Articles

OPINION

### Test ROI on Offers Before Falling in Love

Juicy Jay · Aug 29, 2018



OPINION

### Automation: The Future of Ad Tech?

Giles Hirst · Aug 27, 2018



---

Berlin, Germany

**XBIZ Show 2019**
Jan 14—Jan 18
Los Angeles, CA

**XBIZ Awards 2019**
Jan 17
Los Angeles, CA

## XBIZ.net

| Discussion | Blogs | Cops |
| --- | --- | --- |

**Meet QWEBEC Expo in Europe!**
Michael P.

**AdultCentro posting videos to PornHub**
Small Fred

**Sites you can post content to...**
Suzanne Kelber

**Are outdated-themed websites still able to make conversions?**
penisisolutions

**E-mail Business**
Nikki EW

3 / 6

8/29/2018 1:16:50 PM

# EXHIBIT E

# DMCA Page from GIM Web Site

Our Network:    Download Pass    Teen Girls    Mature Women    Tranny.com    Gay Porn

# FREEFUCKVIDZ

Join | Premium Login | Bookmark

Home | Videos | Categories | Pornstars | Live Sex | Get Laid | Premium

Search this site...

## Digital Millenium Copyright Act ("DMCA")
## Copyright Infringement Notification Instructions

Thank you for visiting our website (the "Website").  These Copyright Infringement Notification Instructions are for copyright related claims only.  Should you have any comments, questions, concerns, or issues related to abuse, harassment, inappropriate content, or privacy issues, please email us at abuse [at] pimproll [dot] com.

By utilizing the Website you agree that you have consulted with an attorney of your own choosing and at your own expense in order to fully understand all of your legal rights and obligations as a result of utilizing the Website and these Copyright Infringement Notification Instructions.

**WARNING: PURSUANT TO 17 U.S.C. § 512(k), ANY PERSON WHO KNOWINGLY MATERIALLY MISPRESENTS THAT MATERIAL OR ACTIVITY IS INFRINGING MAY BE SUBJECT TO LIABILITY OR DAMAGES.  <u>DO NOT MAKE FALSE CLAIMS OF COPYRIGHT INFRINGEMENT.</u>**

Should you desire to review the full Bill Text of the Digital Millenium Copyright Act ("DMCA"), you may click <u>HERE</u> or should you desire to review a memorandum summarizing each title of the DMCA you may click <u>HERE</u>.  The information contained at the afore-mentioned linked webpages is for your convenience only and we make no promises or representations related to the information contained therein including its accuracy.

Pursuant to 17 U.S.C. §512(k)(1) of the DMCA, this Website is a "Service Provider" and is entitled to certain protections commonly referred to as the "Safe Harbor" provisions.

***Claim of Infringement –***

If you believe that someone has posted material that infringes your copyright, a notification of a claimed copyright infringement must be provided via email or regular mail to us and must include the following information (the list below comes substantially straight from the statute 17 U.S.C. §512(c)(3); if you do not understand the language please seek independent legal advice):

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material;

4. Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;

5. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law;

6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

Please send your Claim of Infringement to:

Corey D. Silverstein, Esq.
Law Offices of Corey D. Silverstein, P.C.

30150 Telegraph Road, Suite 444
Bingham Farms, MI 48025
Email: dmca [at] pimproll [dot] com

**Failure to submit copyright infringement notifications as described above will result in no legal notice or action on behalf of GIM Corp.**

*Claim of Infringement Counter-Notification –*

If you have received a Copyright Infringement Notification and you feel that material you have placed online that has been removed following an infringement complaint is in fact <u>not</u> an infringement, you may file a counter- notification.  17 U.S.C. §512 (g)(3) requires that to be valid, the counter-notification must be written and addressed to our designated agent (listed above) and must provide the following information (the list below comes straight from the statute; if you do not understand the language please seek independent advice):

1. Identification of the specific URLs of material that the Website has removed or to which the Website has disabled access;

2. Your full name, address, telephone number, and email address;

3. The statement: "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which the Website is located, and will accept service of process from the claimant";

4. The statement: "I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled"; and

5. Signature.  A scanned physical signature or a valid electronic signature will be accepted.

Our designated agent will present your counter-notification to the Complaining Party.  Once your counter- notification has been delivered, GIM Corp., is allowed under the provisions of 17 U.S.C. §512 to restore the removed material in no less than 10, nor more than 14, business days, unless the Complaining Party notifies us that it has filed an action seeking a court order to restrain you, the subscriber, from engaging in infringing activity related to the material on GIM Corp's system or network. Please note that when we forward the counter-notification to the Complaining Party, it includes your personal information.  By submitting a Counter-Notification, you consent to having your information revealed in this way.

**GIM Corp. is not required to respond to counter-notifications that do not meet the requirements above.**

*Claim of Infringement Retractions –*

In the event that after you submit a Copyright Infringement Notification, you realize that you have either misidentified content, failed to comply with the requirements of the DMCA or that you simply changed your mind, you may retract your Copyright Infringement Notification by sending us a Notification of Retraction with all of the following:

1. A statement indicating that you are retracting your Copyright Infringement Notification;

2. The complete and specific URL of the material in question;

3. An electronic signature; and

4. A copy of your original Copyright Infringement Notification.

*Repeat Offenders –*

This Website terminates the account(s) of any repeat copyright infringer, when appropriate and maintains a Repeat Infringer Policy pursuant to 17 U.S.C. § 512(i).

* * *

**These Copyright Infringement Notification Instructions may be and shall be modified from time to time without notice.  You are solely responsible for regularly reviewing these Copyright Notification Instructions.**

**Our Copyright Infringement Agent is not associated with this Website or the legal entity that controls this Website.  Do not send any other information or material to our DMCA Agent.**

| Home | Videos | Categories | Pornstars | Live Sex | Get Laid | Premium |

Search this site...

© 2013 freefuckvidz.com

DMCA   Advertise   Content Partner Program

All models were over the age of 18 at time of photography.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

# EXHIBIT 2

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

EXHIBIT 3

MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | **Case No.: 2:15-cv-1269-PHX -DGC** |
| Plaintiff, | **DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF AMA MULTIMEDIA, LLC'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

1

I, Jason Tucker, declare:

1.     I am a United States Citizen, over the age of 18 years old, and make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am a director of Battleship Stance Inc., a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

3.     I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over fifteen (15) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4.      I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5.     As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6.     I have purchased and managed websites, and sold top-level adult domain names.

7.     I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement, and have previously served as an expert witness in similar proceedings.

8.     AMA Multimedia, LLC retained Battleship Stance to investigate copyright violations and assist in certain litigation to enforce its intellectual property rights.

9.     I investigated and documented AMA videos displayed on Porn.com and the investigated Porn.com and its operations.

10.     Attached hereto as Exhibit A is a true and correct copy of a screen shot that I took from FreeFuckVidz.com.  This web site is a GIM (now Foshan) operated web site displaying content submitted through PaidPerView.com (the CPA).  This screen shot is one of the promotional videos AMA provided GIM, and it includes an AMA advertising banner adjacent to the video.  Clicking on that banner directs the user to AMA's site.

11.     Attached here as Exhibit B is a true and correct copy of a screen shot that I took from Porn.com, specifically the video that Mr. Bradbury represented in an account summary as having been assigned to AMA's CPA account as of May 1, 2016 and marked with a red asterisk.  This screen shot shows an AMA advertising banner adjacent to the video.  Clicking on that banner directs the user to AMA's site.  Out of the hundreds of links I searched on porn.com, this single example was the only example of any evidence of assignment of content to the CPA not provided by AMA that I could locate.

12.     Attached hereto as Exhibit C are true and correct copies of screen shots I took for each of 4 of the 64 AMA full length videos listed in the First Amended Complaint that were displayed on Porn.com without permission or authority.  I inputted text on the screen shots for the ease of review.  It is clear from a review of these screen shots that none of the AMA videos were displayed with an AMA advertising banner, and there is no advertising function on the web page that was displaying the videos to lead the viewer/user to an AMA paid membership web site.

13.     None of the illegal videos I discovered on Porn.com ever contained AMA's advertising, exactly as seen in Exhibit C, and were not associated with the CPA account

under Paragraph 3.9.  The one video Phil Bradbury cited as evidence was the first time I had ever seen an illegal full-length AMA video with AMA's advertising appearing on Porn.com.  Should the Court want more screenshots from more videos from prior to the litigation that forms the basis of this dispute, I can provide them.  So it's clear, the videos I documented were treated in a completely different manner than the video Bradbury provided from after the litigation started.  None of those videos were associated with an AMA website and contained AMA's advertising banner.

14.     Attached hereto as Exhibit D are true and correct copies of screen shots I took for each of 7 of the 64 AMA full length videos listed in the First Amended Complaint that were displayed on Porn.com without permission or authority.  I inputted text on the screen shots for the ease of review.  Same as with those in Exhibit C, these videos were displayed without an AMA advertising banner, and there is no advertising function on the web page that was displaying the videos to lead the viewer/user to an AMA paid membership web site.  In addition, the videos attached hereto as Exhibit D display "posting dates" that predate September 2012, which means Porn.com states that these videos were posted before September 2012.

15.     Attached hereto as Exhibit E are true and correct copies of screen shots of images that were displayed on Porn.com without permission or authority.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 30TH day of August 2018 at Phoenix, Arizona.

Jason Tucker

4

# <u>EXHIBIT A</u>

# <u>Sample AMA Video</u>
# <u>Properly Used by GIM</u>



All video content is properly assigned promotional content that was provided by AMA.

Links are properly assigned to Plaintiff's website PornPros.com.

Pornpros.com is owned by Plaintiff AMA.

PornPros Trademark Registration #: 3566875

# EXHIBIT B

**Promotional AMA Video Assigned by Defendants AFTER lawsuit**



AMA Watermark: USPTO Registration #: 3954619

Documented on November 15, 2016

Properly assigned to AMA website. Clicking on this button directs you to AMA Website.

AMA Multimedia Affiliate Link for MXN

# EXHIBIT C

# Examples of AMA Videos Infringed by Defendants on Porn.com



AMA Trademark.
USPTO Registration #:
4453271

Documented on November 30, 2015

U.S. Copyright
Registration #:
PA0001922353

Full Length Scene:
24 minutes, 39 seconds

Not a promotional clip.

Internal Advertising
for Porn.com Premium
Membership.

Proves that video was
never assigned.







U.S. Copyright
Registration #:
PA0001922946

Full Length Scene:
20 minutes, 01 seconds

Not a promotional clip.

Internal Advertising
for Porn.com Premium
Membership.

Proves that video was
never assigned.

I wish I had a cock like that on my
man $$$$$$**********

Documented on April 5, 2016

# EXHIBIT D

# AMA Videos Infringed by Defendants on Porn.com Represented to be Posted *BEFORE* CPA



U.S. Copyright #:
PA0001833811

Year Created 2013

Documented on
November 19, 2015

Uploaded to Porn.com
November 2008

Full Length Scene:
17 minutes, 46 seconds

Not a promotional clip.

No assignment.





AMA USPTO
Registration #:
4453271

U.S. Copyright
Registration #:
PA0001888272

Full Length Scene:
23 minutes, 57 seconds

Not a promotional clip.

No assignment.

Uploaded to Porn.com
November 2011

Documented on
November 10, 2015



U.S. Copyright #:
PA0001816214

Uploaded to Porn.com
November 2011

Documented on
November 19, 2015

Full Length Scene:
29 minutes, 07 seconds.

Not a promotional clip.

No assignment.

U.S. Copyright #:
PA0001888249

AMA Watermark: USPTO
Registration #: 4591117

Documented on November 19, 2015

Uploaded to Porn.com
November 2011

Full Length Scene:
24 minutes, 08 seconds

Not a promotional clip.

No assignment.

Thin Little Slut Takes At Hard Dicking And Likes It.





U.S. Copyright Case #:
PA0001802017

Content Created in 2011

Documented on
April 5, 2016

Uploaded to Porn.com
April 2008

Internal Advertising for
Porn.com Premium
Membership

Proves that video was
never assigned.

Full Length Scene:
44 minutes, 10 seconds.

Not a promotional clip.

No assignment.

# EXHIBIT E

# AMA Images Infringed by Defendants on Porn.com





US Copyright
Registration #:
PA0001902675

When clicked,
image link goes
to dating website.

Documented on
March 30, 2016

| Registration # | Title | Plaintiff Link | Defendant Link | Defendant Category |
|---|---|---|---|---|
| PA0001892867 | POVD video (2014.02) | http://povd.com/video/love-is-blind | http://assets.porn.com/images/cats/13.jpg | POV |
| PA0001888263 | Real Ex Girlfriends video (2013.09) | http://pornpros.com/video/boning-for-the-rock | http://assets.porn.com/images/cats/265.jpg | Couples |



POV
4/1/2016 10:06:56 PM

Source: http://www.porn.com/categories



Couples
4/1/2016 10:07:33 PM

Source: http://www.porn.com/categories





Mature

Japanese

Granny

Big Cocks

Massage

BBW

Asian

Arab

Hardcore

Creampie

Indian

Gangbang

Brazilian

Pregnant

French

Pussy Licking



**Amateur**          **German**          **Cartoon**          **Hairy Pussy**

**Russian**          **White Panties**          **Celebrity**          **Bondage**

**Bi-Sexual**          **CFNM**          **Turkish**          **British**

**Boob Licking**          **Midget**          **Voyeur**          **Shaving**



**Thai**          **Anime**          **Chubby**          **Small Cocks**

**Couples**       **Beach**          **Gay**             **Cougar**

**Blowjob**       **Family Roleplay** **FFM**            **Black Male**

**Double Ended Dildo**  **Oil / Lotion**  **Bukkake**    **Homemade**

US Copyright Registration #: PA0001888263. When User clicks on image, it takes them
to videos that have been sorted by the category of Couples. No AMA sites or content
displayed. No assignment.



US Copyright Registration #: PA0001892867. When User clicks on image, it takes them to videos that have been sorted by the category of POV. No AMA sites or content displayed. No assignment.

Case 2:16-cv-01269-DGC   Document 168-1   Filed 10/22/18   Page 82 of 210



Strap-On   Solo   Fishnet Stockings   Redhead

Police   Butt Plug   Scissoring   Up-skirt

Double Blowjob   Interracial   Smoking   Lactating

Compilation   60 FPS   Reverse Cowgirl   Public Flashing



Latex

Masturbation

Pussy Fingering

Ball Licking

Spanking

Cumshots

Kissing

Ass Licking

Ass Fingering

Footjob

Vintage

Cum on Tits

Camel Toe

Blonde

Latina

Nurse



**Double Penetration**    **Swedish**    **Pussy Spreading**    **Facial Cumshot**

**Anal Toys**    **Ass to Mouth**    **Sixty-Nine**    **Gag**

**Small Tits**

**Toys**    **Party**    **Cowgirl**



**Piledriver**

**Titty Fucking**

**Webcam**

**Spreadeagle**

**Sex Machines**

**Anal Beads**

**Shaved Pussy**

**Gaping**

**Feet Licking**

**College**

**Deep Throat**

**Glory Hole**

**Food**

**Anal Masturbation**

**Cum on Pussy**

All Categories

| Alphabetical | Grouped |

| | | | | | | |
|---|---|---|---|---|---|---|
| **#** | **Airplane** | 114 | **Asian** | 29,175 | **Babysitter** | 468 |
| | **Amateur** | 80,020 | **Ass Shaking** | 3,544 | **Bald** | 139 |
| **60 FPS** 289 | **Anal Fisting** | 1,745 | **Ass Spreading** | 28,121 | **Balloons** | 120 |
| | **Anal Sex** | 56,819 | **Ass to Mouth** | 14,556 | **Bar** | 1,416 |
| **A** | **Anime** | 880 | | | **Bareback** | 31 |
| | **Arab** | 1,783 | **B** | | **Bathroom** | 11,576 |

| | |
|---|---|
| BBW | 12,628 |
| Beach | 3,202 |
| Bears | 1 |
| Bedroom | 105,959 |
| Behind the Scenes | 251 |
| Bi-Sexual | 418 |
| Big Ass | 2,256 |
| Big Cocks | 95,668 |
| Big Tits | 79,575 |
| Bikini | 15,920 |
| Billiards Room | 974 |
| Black | 12,569 |
| Blindfold | 931 |
| Blonde | 92,485 |
| Blowjob | 174,454 |
| Boat | 488 |
| Body Paint | 2,777 |
| Bondage | 4,305 |
| Boots | 4,045 |
| Bra | 61,595 |
| Brazilian | 1,576 |
| British | 3,020 |
| Brunette | 94,305 |
| Bus | 541 |
| Business Suit | 3,133 |

**C**

| | |
|---|---|
| Camel Toe | 1,291 |
| Car | 3,726 |
| Cartoon | 1,744 |
| 3D Cartoon | 684 |
| Other Cartoons | 221 |
| Casting Couch | 8,898 |
| Celebrity | 4,415 |
| CFNM | 340 |
| Cheerleader | 716 |
| Chubby | 19,716 |
| Classroom | 28 |
| College | 99,683 |
| Compilation | 6,237 |
| Construction Worker | 590 |
| Corset | 3,165 |
| Cougar | 6,567 |
| Couples | 191,482 |
| Cowgirl | 83,911 |
| Cowgirl | 1,039 |
| Coyote | 7 |
| Creampie | 7,941 |
| Creampie - Ass | 3,483 |
| Cum Swapping | 1,854 |

| | |
|---|---|
| Cumshots | 102,975 |
| Bukkake | 66 |
| Cum on Ass | 7,723 |
| Cum on Back | 2,538 |
| Cum on Hands | 2,688 |
| Cum on Pussy | 8,489 |
| Cum on Stomach | 6,289 |
| Cum on Tits | 20,580 |
| Facial Cumshot | 52,410 |
| Cum in Mouth | 77,835 |

**D**

| | |
|---|---|
| Daddies | 3 |
| Deep Throat | 52,913 |
| Denim Jeans | 10,563 |
| Diaper | 27 |
| Dining Room | 3,050 |
| Doggy Style | 116,116 |
| Dorm Room | 1,177 |
| Double Blowjob | 2,031 |
| Double Penetration | 7,512 |
| Ass / Pussy DP | 6,946 |
| Ass DP | 304 |
| Pussy DP | 383 |
| Dress | 43,250 |
| Dressing Room | 1,184 |
| Dungeon | 1,775 |

**E**

| | |
|---|---|
| Elevator | 147 |
| Emo | 288 |
| Ethnic | 68,521 |

**F**

| | |
|---|---|
| Face Sitting | 10,526 |
| Family Roleplay | 145 |
| Stepdad | 24 |
| Stepdaughter | 85 |
| Stepmom | 123 |
| Stepson | 62 |
| Farm | 5,404 |
| Feet Cumshot | 976 |
| Feet Massage | 465 |
| Fingering | 122,515 |
| Ass Fingering | 19,708 |
| Pussy Fingering | 113,458 |
| Fireman | 37 |
| Fishnet Stockings | 15,630 |
| Fitness Wear | 1,332 |
| Food | 839 |
| Footjob | 2,117 |
| Formal Wear | 10,796 |
| French | 3,114 |

**G**

| | |
|---|---|
| Gag | 776 |
| Gangbang | 22,200 |
| Gaping | 6,895 |
| Garage | 1,770 |
| Gay | 13,711 |
| German | 4,484 |
| Glamour | 9,588 |
| Glasses | 4,354 |
| Glory Hole | 474 |
| Gloves | 1,713 |
| Goth | 393 |
| Granny | 4,177 |
| Gray | 4,759 |
| Group Sex | 10,949 |
| Gym | 191 |

**H**

| | |
|---|---|
| Hairy | 23 |
| Hairy Pussy | 35,194 |
| Halloween | 414 |
| Handcuffs | 788 |
| Handjob | 86,080 |
| Hardcore | 154,815 |
| HD | 29,100 |
| 4K | 87 |
| High Heels | 47,835 |
| Homemade | 29,207 |
| Hospital | 320 |
| Hot Tub | 873 |
| Hot Wax | 282 |

**I**

| | |
|---|---|
| Indian | 2,866 |
| Industrial | 890 |
| Interracial | 40,347 |
| Asian Female | 27,163 |
| Asian Male | 14,549 |
| Black Female | 20,164 |
| Black Male | 24,960 |
| Indian Female | 2,702 |
| Indian Male | 1,279 |
| Latina Female | 15,702 |
| Latino Male | 6,586 |
| White Female | 214,105 |
| White Male | 157,354 |
| Italian | 1,326 |

**J**

| | |
|---|---|
| Jail | 599 |
| Japanese | 11,316 |
| Jockstrap | 8 |

**K**

| | |
|---|---|
| Kissing | 62,069 |
| Kitchen | 4,477 |
| Knee-High Boots | 6,461 |
| Korean | 566 |

**L**

| | |
|---|---|
| Lactating | 364 |
| Ladyboy | 1,521 |
| Lap Dance | 758 |
| Latex | 2,077 |
| Latina | 18,976 |
| Laundry Room | 695 |
| Leash | 507 |
| Leather | 2,848 |
| Lesbian | 29,802 |
| Library | 321 |
| Licking | 110,566 |
| Ass Licking | 15,024 |
| Ball Licking | 26,768 |
| Boob Licking | 32,171 |
| Feet Licking | 2,726 |
| Pussy Licking | 75,344 |
| Lingerie | 28,010 |
| Living Room | 99,147 |
| Locker Room | 725 |

**M**

| | |
|---|---|
| Maid | 1,009 |
| Male Strap-On | 416 |
| Massage | 1,981 |
| Massage Parlour | 1,562 |
| Masturbation | 106,866 |
| Anal Masturbation | 7,414 |
| Penis Masturbation | 8,464 |
| Pussy Masturbation | 89,044 |
| Mature | 12,310 |
| Medical Wear | 1,335 |
| Midget | 144 |
| MILF | 14,298 |
| Military Uniform | 247 |
| Mini Skirt | 38,444 |
| Missionary | 55,909 |
| Music Studio | 503 |

**N**

| | |
|---|---|
| Nurse | 1,370 |

**O**

| | |
|---|---|
| Office | 6,885 |
| Oil / Lotion | 4,489 |
| Outdoors | 35,860 |

## P

| | |
|---|---|
| Panties (Other) | 52,049 |
| Park | 2,324 |
| Party | 2,093 |
| Photo Studio | 3,240 |
| Piledriver | 9,467 |
| Police | 390 |
| Pool | 7,276 |
| Porn Studio | 13,252 |
| POV | 28,228 |
| Pregnant | 912 |
| Public Flashing | 4,084 |
| Punk | 303 |
| Pussy Fisting | 4,377 |
| Pussy Spreading | 58,146 |

## R

| | |
|---|---|
| Redhead | 10,317 |
| Restaurant | 1,321 |
| Retail Store | 1,158 |
| Reverse Cowgirl | 83,065 |
| Russian | 2,947 |

## S

| | |
|---|---|
| Sandles | 3,375 |
| School | 2,465 |
| School Uniform | 3,473 |
| Scissoring | 1,577 |
| Shaved Pussy | 174,728 |
| Shaving | 622 |
| Short Shorts | 14,692 |
| Sixty-Nine | 8,767 |
| Small Cocks | 6,619 |
| Small Tits | 81,419 |
| Smoking | 1,091 |
| Solo | 56,454 |
| Spanking | 1,960 |
| Spitting | 1,517 |
| Spoon | 49,816 |
| Sporting Uniform | 670 |
| Spreadeagle | 54,868 |
| Squirting | 2,101 |
| Stairs | 2,147 |
| Stockings | 25,810 |
| Straight | 284,071 |
| Strap-On | 4,083 |
| Street | 5,651 |
| Strip Club | 1,701 |
| Stripping | 38,549 |
| Swedish | 270 |

## T

| | |
|---|---|
| Teen | 49,454 |
| Thai | 549 |
| Theater | 344 |
| Thong | 32,514 |
| Threesomes | 33,226 |
| FFM | 14,204 |
| FMM | 14,039 |
| Titty Fucking | 10,741 |
| Towel | 2,347 |
| Toys | 48,357 |
| Anal Beads | 851 |
| Anal Toys | 11,159 |
| Butt Plug | 1,225 |
| Dildo | 26,876 |
| Double Ended Dildo | 2,113 |
| Pocket Rocket | 460 |
| Sex Machines | 991 |
| Vaginal Toys | 41,308 |
| Vibrator | 12,459 |
| Tranny Strap-On | 75 |

| | |
|---|---|
| Transsexual | 30,768 |
| Turkish | 993 |
| Twinks | 8 |

## U

| | |
|---|---|
| Up-skirt | 8,981 |

## V

| | |
|---|---|
| Vintage | 10,732 |
| Voyeur | 5,896 |

## W

| | |
|---|---|
| Webcam | 39,024 |
| Whip | 485 |
| White | 202,221 |
| White Panties | 13,295 |
| Winter Wear | 1,492 |



It's no secret that PORN.COM has the largest collection of everything porno-related in all of the interwebs. With stacks of ass and piles of pussy that border on the obscene, we had no choice but to organize all our high-quality smut into 48 different kinky porn categories! The A to Z of dirty x-rated skin flicks begins here and now! Bringing to you the latest in hot amateur fucking, big and juicy asses, teasing teen dreams, fearsomely sexy MILFs and Cougars on tilt, interracial anal-blasting goodness, huge tits... if you can think it, we've already got shitloads of it including the really freaky shit! And it doesn't cost you a penny. Go ahead and surf our exclusive premium channels of free porn and let no fetish go unsatisfied and every fantasy fulfilled!

**PORN.COM NETWORK**

www.porn.com

mobile.porn.com

gay.porn.com

**QUICK LINKS**

Customer Support

Embed/RSS/Export Videos

Webmaster API

**LEGAL INFORMATION**

Terms of Service

Privacy

DMCA

live.porn.com                    Advertising                          All models were over the age of 18 at time of photography.
                                                                      18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
porn blog                        Content Partner Program
                                                                      © 2016 PORN.COM
twitter                          Careers - Work @ PORN.COM

instagram                        Models Wanted

                                 Leave Feedback

US Copyright Registration #: PA0001956394.

Using AMA owned image for Janice Griffith Pornstar Page. No assigned to AMA. Not provided by AMA.



# EXHIBIT 4

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | **DECLARATION OF SPENCER D. FREEMAN IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED ON FORUM NON CONVENIENS** |
| v. | |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

Spencer D. Freeman, under the penalty of perjury, hereby declares:

1.      I am a principal attorney with the Freeman Law Firm, Inc., attorneys for Plaintiff AMA Multimedia, LLC, and I am an attorney at law licensed to practice before the Courts of the State of Washington, the United States District Court Western District of Washington, the United States District Court Eastern District of Washington, Ninth

1   Circuit Court of Appeals, and United States Supreme Court.  I have been admitted *pro*

2   *hac vice* in the District of Arizona for this case.

3        2.        Unless otherwise stated, I have personal knowledge of the facts contained

4   herein this declaration and, if called and sworn as a witness, I could and would

5   competently testify thereto.

6        3.        On September 25, 2013 a Seychelles based corporation named Fosham Ltd

7   replaced GIM Corp as the registered agent for all previously registered sites in GIM's

8   name, including many HostedTube websites.  Attached as Exhibit A is a true and correct

9   copy of Fosham's filing amending to replace GIM as the interim designated agent with

10  the US Copyright office.

11       4.        On March 3, 2016 a Seychelles based corporation named Foshan Ltd

12  replaced Fosham Corp as the registered agent for all previously registered site in

13  Fosham's name.  Attached as Exhibit B is a true and correct copy of Foshan's filing

14  amending to replace Fosham as the interim designated agent with the US Copyright

15  office.

16       5.        GIM is the trademark owner of "Pimproll" as registered by the USPTO.

17  Attached as Exhibit C is a true and correct copy of filing with the USPTO showing GIM

18  Corp as the trademark owner of "PIMPROLL."

19       6.        Illustrating the separation between GIM and Cyberweb, Porn.com

20  maintains it's own separate DMCA agent registration with the Copyright office under

21  Sagan's name.  Attached as Exhibit D is Sagan's registered agent filing with the US

22  Copyright office.

23       7.        Attached hereto as Exhibit E is a true and correct copy of the transcript of

24  oral arguments in front of the Ninth Circuit Court of Appeals, in the matter of AMA

25  Multimedia LLC v. Sagan Limited, et al., No. 17-15178, the appeal from this Court's

26  previous ruling.

1

2        I declare under the penalty of perjury under the laws of the United States of

3   America that the foregoing is true and correct.

4        Executed on the 30th day of August, 2018 at Tacoma, Washington.

5

6                       *Spencer D. Freeman*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# <u>EXHIBIT A</u>

# <u>Fosham DMCA Registered Agent</u>



# nterim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Fosham Limited

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** See attached list.

Address of Service Provider: Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Corey D. Silverstein, Esquire

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
30150 Telegraph Road, Suite 444, Bingham Farms, MI 48025

**Telephone Number of Designated Agent:** 248-290-0655

**Facsimile Number of Designated Agent:** 248-645-1222

**Email Address of Designated Agent:** dmca@fosham.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: GIM Corp. - Scanned February 15, 2013 - Received February 11, 2012

sentative of the Designating Service Provider:
Date: September 13, 2013

Typed or Printed Name and Title: Corey D. Silverstein, Esquire

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at
www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

**Scanned**
SEP 3 0 2013

**Received**
SEP 2 5 2013
Copyright Office

**Alternative Names(s) of Service Provider (including all names under which the service provider is doing business):**

*Current Alternate Names:*

1.    Pron.com
2.    FreeFuckVidz.com
3.    VidsVidsVids.com
4.    CougarPorn.com
5.    porn5.com
6.    freepornfriend.com
7.    chocolatesistaz.com
8.    trannytubehd.com
9.    mobileindianporn.com
10.   trannyfucked.com
11.   bigcockpornpass.com
12.   mobilepovporn.com
13.   peepornpass.com
14.   pisspornpass.com
15.   youngasiantwinks.com
16.   beergogglegirls.com
17.   bondagepornpass.com
18.   bdsmpornpass.com
19.   2girlsforeveryguy.com
20.   2teens1cock.com
21.   adultfilmconnection.com
22.   adultfilmflux.com
23.   adultpornaccess.com
24.   adultshookupcams.com
25.   adulttrafficstore.com
26.   alladultppv.com
27.   allbrazilgirls.com
28.   alternacash.com
29.   alwayspetite.com
30.   amateurhardcoremovies.com
31.   amateurindulgence.com
32.   amateurperformer.com
33.   amateursexcollege.com
34.   amyteen.com
35.   analaffection.com
36.   analflux.com
37.   analfucksluts.com
38.   animepornpass.com

39.   artofimpotance.com
40.   artofimpotence.com
41.   asianlesbianlovers.com
42.   beautybangsageek.com
43.   besttrannyvids.com
44.   biencounter.com
45.   biexposed.com
46.   bigbreastbonanza.com
47.   bigbuttsmobileporn.com
48.   bigwetcunts.com
49.   bikinifiesta.com
50.   bikinipassions.com
51.   bisexualpornpass.com
52.   bjaddict.com
53.   blowjobmobileporn.com
54.   bootyhigh.com
55.   buttspornpass.com
56.   cameltoehoe.com
57.   cartoonpornpass.com
58.   celebpornpass.com
59.   centerfoldconfessions.com
60.   cherryhardcore.com
61.   cockhut.com
62.   cocksmokinblowjobs.com
63.   coedrider.com
64.   cravingcock.com
65.   creampiemobileporn.com
66.   creampiepornpass.com
67.   creampiesista.com
68.   cumhungrytramps.com
69.   customwebcontent.com
70.   dailyhardcorestories.com
71.   darkdames.com
72.   dildoguys.com
73.   dreamingteens.com
74.   enlargementguru.com
75.   enoughmuff.com
76.   entirelytits.com
77.   exclusivelesbians.com
78.   exposedfacials.com
79.   fatranch.com
80.   featuredgirls.com
81.   findmypenis.com

82. footjobpornpass.com
83. gayamericanmen.com
84. gaycollegesex.com
85. gaysugardaddy.net
86. girlsppv.com
87. global-streaming.com
88. groupsexgang.com
89. groupsexpornpass.com
90. handjobpornpass.com
91. hardcoreaffair.com
92. hardcoreteentv.com
93. hentaipornpass.com
94. highpoweredpussy.com
95. hornycheergirls.com
96. hotchocolatebooty.com
97. hugecockpornpass.com
98. hugedickpornpass.com
99. itsmyfirsttime.com
100. justaveragesluts.com
101. justmaturewomen.com
102. kinkypregnant.com
103. latinamania.com
104. latinapinup.com
105. livehottwinks.com
106. liveprivategirls.com
107. lustforlegs.com
108. lustfulbears.com
109. malemobile.com
110. mammothmammories.com
111. matureissupreme.com
112. maturetemptation.com
113. maximumpussy.com
114. maximumspunk.com
115. milfinternational.com
116. milleniumtwinks.com
117. mobileanimepass.com
118. mobileasianpass.com
119. mobilebigbuttspass.com
120. mobilebigbuttsporn.com
121. mobilebigtitspass.com
122. mobileblackpass.com
123. mobileblowjobpass.com
124. mobilecreampiepass.com

125. mobileindianpass.com
126. mobilelatinapass.com
127. mobilelesbianpass.com
128. mobilemilfpass.com
129. mobilepovpass.com
130. mobileshemalepass.com
131. mobileteenpass.com
132. mobiletrannypass.com
133. momdoesanal.com
134. moviesppv.com
135. ninjainternet.com
136. onlineasiantheatre.com
137. outdoorpassion.com
138. paysitetraffic.com
139. perfectgoldmovies.com
140. perfectgoldvideos.com
141. perfectplatinum.com
142. petitesuperstars.com
143. pimpbonus.com
144. pimpschool.com
145. pinupbeauties.com
146. ppvdvds.com
147. ppvplex.com
148. ppvpornos.com
149. ppvrentals.com
150. pregnantpornpass.com
151. primalcock.com
152. primalsexvideos.com
153. purelyblackmen.com
154. purelyebony.com
155. reallybigchicks.com
156. reallyhotbrunettes.com
157. reallywildteens.com
158. realsexypanties.com
159. redhotdudes.com
160. rubrooms.com
161. sensualtranssexual.com
162. sexualupskirts.com
163. sexyandold.com
164. shamelesstoons.com
165. shaterize.com
166. shemaleshowdown.com
167. shockfuck.com

168. sinfulsmokers.com
169. smokinhothandjobs.com
170. softsensualhair.com
171. spectacularhandjobs.com
172. spunksquad.com
173. studsinuniform.com
174. supermanreturnsdvd.com
175. supersizedsex.com
176. supremegay.com
177. surelyshemale.com
178. teenagecallgirls.com
179. teenmasturbaters.com
180. teensexvillage.com
181. temptingtranssexuals.com
182. thewifefucker.com
183. thirstycocksuckers.com
184. tinycherries.com
185. tinysecret.com
186. tinysecrets.com
187. titillatingtrannies.com
188. totallytastelessvideos.com
189. toyspornpass.com
190. trickedfordick.com
191. twinktemptations.com
192. ultimatepicturedatabase.com
193. ultramoviemadness.com
194. ultrasexyhair.com
195. underheruniform.com
196. underhisuniform.com
197. virtualhandjobs.com
198. voyeurfiend.com
199. webcampornpass.com
200. weeklymodels.com
201. wetnwildporn.com
202. wildandnaughtygirls.com
203. wildgothgirls.com
204. wildindiangirls.com
205. xratedppv.com
206. xteentv.com
207. xxxhugedicks.com
208. hdvids.com
209. hostedtube.com

<u>*New Alternate Names:*</u>

210. porn.xxx
211. mobileboner.com
212. fucktube.xxx
213. fap.xxx
214. fucktube.com
215. tastyteenbabes.com
216. wankz.com
217. wankz.xxx
218. xblacktube.com
219. pornm.com
220. mporn.com
221. pussyquota.com
222. blowjobjunkie.com
223. sinfulhardcore.com
224. lickinlovers.com
225. justcollegegirls.com
226. hotxxxblonde.com
227. reallyhotbrunettes.com
228. realhugecocks.com
229. tinytittyporn.com
230. boobinspector.com
231. totallyamateurs.com
232. maximumpussy.com
233. solovideos.com
234. kinkythreesomes.com
235. justhairygirls.com
236. secretsextape.com
237. dildoloving.com
238. puregangbangs.com
239. chubbyloverz.com
240. asianpersuasion.com
241. hardlatinvideos.com
242. latinamania.com
243. justfishnets.com
244. momsexclub.com
245. allpanty.com
246. maturesource.com
247. bigtittybangers.com
248. extremecenterfolds.com
249. gotgapes.com
250. adultupskirt.com
251. veryhotredheads.com
252. rawcreampies.com
253. fatranch.com
254. kinkflix.com
255. bondagefanatics.com

256. hardcoreinhd.com
257. ukpornpass.com
258. underheruniform.com
259. exploitedrussian.com
260. wildindiangirls.com
261. feetlick.xxx
262. crazyblowjobs.com
263. supremesquirters.com
264. lesbiansextown.com
265. hardcorespanking.com
266. cumswaptube.com
267. cartoonsexsluts.com
268. amazingfootjob.com
269. cameltoehoes.com
270. exposedpartygirls.com
271. sinfulsmokers.com
272. wildmassage.com
273. animepornpass.com
274. whoregagger.com
275. kinkypregnant.com
276. bonemygranny.com
277. legsandfeet.com
278. undertheuniform.com
279. gloryholepov.com
280. biexposed.com

# EXHIBIT B

# Foshan DMCA Registered Agent

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider**: Foshan Limited

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business)**: See attached list.

Address of Service Provider: Suite 9, Ansuya Estate, Revolution Ave., Victoria, Mahe, Seychelles

**Name of Agent Designated to Receive Notification of Claimed Infringement**: Corey D. Silverstein, Esquire

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
30150 Telegraph Road, Suite 444, Bingham Farms, MI 48025

**Telephone Number of Designated Agent**: 248-290-0655

**Facsimile Number of Designated Agent**: 248-645-1222

**Email Address of Designated Agent**: dmca@foshanltd.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Fosham Limited Received February, 11, 2012

████████████████ entative of the Designating Service Provider:
                                          Date: February 22, 2016

Typed or Printed Name and Title: Corey D. Silverstein, Esquire

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at
www.copyright.gov/docs/fees.html

Mail the form to:
**U.S. Copyright Office, Designated Agents**
**P.O. Box 71537**
**Washington, DC 20024-1537**

Scanned
MAR 1 1 2016
Received
MAR 03 2016
Copyright Office

SL# 1-31920980916

**Alternative Names(s) of Service Provider (including all names under which the service provider is doing business):**

*Current Alternate Names:*

1   2girlsforeveryguy.com
2   2teens1cock.com
3   CougarPorn.com
4   FreeFuckVidz.com
5   Pron.com
6   VidsVidsVids.com
7   adultfilmconnection.com
8   adultfilmflux.com
9   adultpornaccess.com
10  adultshookupcams.com
11  adulttrafficstore.com
12  adultupskirt.com
13  alladultppv.com
14  allbrazilgirls.com
15  allpanty.com
16  alternacash.com
17  alwayspetite.com
18  amateurhardcoremovies.com
19  amateurindulgence.com
20  amateurperformer.com
21  amateursexcollege.com
22  amazingfootjob.com
23  amyteen.com
24  analaffection.com
25  analflux.com
26  analfucksluts.com
27  animepornpass.com
28  artofimpotance.com
29  artofimpotence.com
30  asianlesbianlovers.com
31  asianpersuasion.com
32  bdsmpornpass.com
33  beautybangsageek.com
34  beergogglegirls.com
35  besttrannyvids.com
36  biencounter.com

37   biexposed.com
38   bigbreastbonanza.com
39   bigbuttsmobileporn.com
40   bigcockpornpass.com
41   bigtittybangers.com
42   bigwetcunts.com
43   bikinifiesta.com
44   bikinipassions.com
45   bisexualpornpass.com
46   bjaddict.com
47   blowjobjunkie.com
48   blowjobmobileporn.com
49   bondagefanatics.com
50   bondagepornpass.com
51   bonemygranny.com
52   boobinspector.com
53   bootyhigh.com
54   buttspornpass.com
55   cameltoehoe.com
56   cameltoehoes.com
57   cartoonpornpass.com
58   cartoonsexsluts.com
59   celebpornpass.com
60   centerfoldconfessions.com
61   cherryhardcore.com
62   chocolatesistaz.com
63   chubbyloverz.com
64   cockhut.com
65   cocksmokinblowjobs.com
66   coedrider.com
67   cravingcock.com
68   crazyblowjobs.com
69   creampiemobileporn.com
70   creampiepornpass.com
71   creampiesista.com
72   cumhungrytramps.com
73   cumswaptube.com
74   customwebcontent.com
75   dailyhardcorestories.com
76   darkdames.com
77   dildoguys.com

78   dildoloving.com
79   dreamingteens.com
80   enlargementguru.com
81   enoughmuff.com
82   entirelytits.com
83   exclusivelesbians.com
84   exploitedrussian.com
85   exposedfacials.com
86   exposedpartygirls.com
87   extremecenterfolds.com
88   fap.xxx
89   fatranch.com
90   featuredgirls.com
91   feetlick.xxx
92   findmypenis.com
93   footjobpornpass.com
94   freepornfriend.com
95   fucktube.com
96   fucktube.xxx
97   gayamericanmen.com
98   gaycollegesex.com
99   gaysugardaddy.net
100  girlsppv.com
101  global-streaming.com
102  gloryholepov.com
103  gotgapes.com
104  groupsexgang.com
105  groupsexpornpass.com
106  handjobpornpass.com
107  hardcoreaffair.com
108  hardcoreinhd.com
109  hardcorespanking.com
110  hardcoreteentv.com
111  hardlatinvideos.com
112  hdvids.com
113  hentaipornpass.com
114  highpoweredpussy.com
115  hornycheergirls.com
116  hostedtube.com
117  hotchocolatebooty.com
118  hotxxxblonde.com

119   hugecockpornpass.com
120   hugedickpornpass.com
121   itsmyfirsttime.com
122   justaveragesluts.com
123   justcollegegirls.com
124   justfishnets.com
125   justhairygirls.com
126   justmaturewomen.com
127   kinkflix.com
128   kinkypregnant.com
129   kinkypregnant.com
130   kinkythreesomes.com
131   latinamania.com
132   latinamania.com
133   latinapinup.com
134   legsandfeet.com
135   lesbiansextown.com
136   lickinlovers.com
137   livehottwinks.com
138   liveprivategirls.com
139   lustforlegs.com
140   lustfulbears.com
141   malemobile.com
142   mammothmammories.com
143   matureissupreme.com
144   maturesource.com
145   maturetemptation.com
146   maximumpussy.com
147   maximumspunk.com
148   milfinternational.com
149   milleniumtwinks.com
150   mobileanimepass.com
151   mobileasianpass.com
152   mobilebigbuttspass.com
153   mobilebigbuttsporn.com
154   mobilebigtitspass.com
155   mobileblackpass.com
156   mobileblowjobpass.com
157   mobileboner.com
158   mobilecreampiepass.com
159   mobileindianpass.com

160   mobileindianporn.com
161   mobilelatinapass.com
162   mobilelesbianpass.com
163   mobilemilfpass.com
164   mobilepovpass.com
165   mobilepovporn.com
166   mobileshemalepass.com
167   mobileteenpass.com
168   mobiletrannypass.com
169   momdoesanal.com
170   momsexclub.com
171   moviesppv.com
172   mporn.com
173   ninjainternet.com
174   onlineasiantheatre.com
175   outdoorpassion.com
176   paysitetraffic.com
177   perfectgoldmovies.com
178   peepornpass.com
179   perfectgoldvideos.com
180   perfectplatinum.com
181   petitesuperstars.com
182   pimpbonus.com
183   pimpschool.com
184   pinupbeauties.com
185   pisspornpass.com
186   porn.xxx
187   porn5.com
188   pornm.com
189   ppvdvds.com
190   ppvplex.com
191   ppvpornos.com
192   ppvrentals.com
193   pregnantpornpass.com
194   primalcock.com
195   primalsexvideos.com
196   puregangbangs.com
197   purelyblackmen.com
198   purelyebony.com
199   pussyquota.com
200   rawcreampies.com

201   reallyhotbrunettes.com
202   realhugecocks.com
203   reallybigchicks.com
204   reallyhotbrunettes.com
205   reallywildteens.com
206   realsexypanties.com
207   redhotdudes.com
208   rubrooms.com
209   secretsextape.com
210   sensualtranssexual.com
211   sexualupskirts.com
212   sexyandold.com
213   shamelesstoons.com
214   shaterize.com
215   shemaleshowdown.com
216   shockfuck.com
217   sinfulhardcore.com
218   sinfulsmokers.com
219   sinfulsmokers.com
220   smokinhothandjobs.com
221   softsensualhair.com
222   solovideos.com
223   spectacularhandjobs.com
224   spunksquad.com
225   studsinuniform.com
226   supersizedsex.com
227   supermanreturnsdvd.com
228   supremegay.com
229   supremesquirters.com
230   surelyshemale.com
231   tastyteenbabes.com
232   teenagecallgirls.com
233   teenmasturbaters.com
234   teensexvillage.com
235   temptingtranssexuals.com
236   thewifefucker.com
237   thirstycocksuckers.com
238   tinycherries.com
239   tinysecret.com
240   tinysecrets.com
241   tinytittyporn.com

242   titillatingtrannies.com
243   totallyamateurs.com
244   totallytastelessvideos.com
245   toyspornpass.com
246   trannyfucked.com
247   trannytubehd.com
248   trickedfordick.com
249   twinktemptations.com
250   ukpornpass.com
251   ultimatepicturedatabase.com
252   ultramoviemadness.com
253   ultrasexyhair.com
254   underheruniform.com
255   underhisuniform.com
256   undertheuniform.com
257   veryhotredheads.com
258   virtualhandjobs.com
259   voyeurfiend.com
260   wankz.com
261   wankz.xxx
262   webcampornpass.com
263   weeklymodels.com
264   wetnwildporn.com
265   whoregagger.com
266   wildandnaughtygirls.com
267   wildgothgirls.com
268   wildindiangirls.com
269   wildindiangirls.com
270   wildmassage.com
271   xblacktube.com
272   xratedppv.com
273   xteentv.com
274   xxxhugedicks.com
275   youngasiantwinks.com

*New Additions:*

1   18-sex.xxx
2   18pornotv.com
3   18pornotv.net
4   1mobileporn.com
5   208.99.64.240
6   36eee.com
7   4tube.tv
8   4tube6.info
9   4tubeltd.com
10  69bj.com
11  69mov.net
12  69sex.xxx
13  69vids.info
14  69xxx-videos.com
15  69xxx.net
16  6tube.us
17  70porn.com
18  79av.com
19  8jizz.info
20  91porn.us
21  adult-sex-video.com
22  adult24.net
23  agirls.com
24  alldevicemobileporn.com
25  allfreevideoporn.com
26  amateur-sex-videos-xxx.com
27  amateurporn22.com
28  amateursgonewild.net
29  americansex.com
30  anal22.com
31  analporn123.com
32  analsexstars.com
33  angellust.org
34  animehottube.com
35  animenymphos.com
36  animeporntubehd.com
37  arabass.xxx
38  arsqualita.com
39  asextube.com

40   asiagay.com
41   asian-xxx.xxx
42   asianbdsmtube.com
43   asianporn.mobi
44   asianporn4u.info
45   asiansexvideos.xxx
46   asiansexxx.us
47   asiantube.xxx
48   asiantube4u.com
49   asiantvxxx.com
50   asianxxxtube.com
51   asiaxxxporn.com
52   assbetty.com
53   avtube.com
54   babesdg.com
55   bbwporntube4u.com
56   bbwtube.xxx
57   bdsmjapanese.com
58   bdsmtube.xxx
59   bdsmtubevideos.com
60   beachporntube4free.com
61   beastialityl.com
62   beeg.co
63   beegltd.com
64   bellaporn.com
65   bestfreeteenporn.com
66   bestfreetubevideos.com
67   bestporntube.com
68   bestporntube.org
69   bigboobgirls.com
70   bigboobsfreemovies.com
71   bigcockblowjob.com
72   bigtitpervert.com
73   bigtits303.com
74   bigtitsgarden.com
75   bigtitsjapanese.com
76   bigtitsjob.com
77   bigtitsvideos4u.info
78   bigtitsvideotube.com
79   blackporn.co
80   blacksexfuckingvideos.com

81    bondagevideotube.com
82    boobsreviewer.com
83    bpbr.net
84    brazzerscasting.com
85    cartoonporntube.eu
86    chinesetorture.com
87    chumleaf.com
88    clitcock.com
89    cloudhentai.com
90    clubsixtynine.com
91    cqant.com
92    cumeatingchicks.com
93    cumlovers.com
94    cumshots.co
95    cumshottube4free.com
96    cumslutstube.com
97    cumsperm.com
98    dailyxxxstories.com
99    dariustwilliams.com
100   dirtymovie.com
101   dvdporn.com
102   e-hdporn.com
103   e-hdporn.net
104   e-xvideo.net
105   ebonyporno.net
106   exoticasianamateurs.com
107   eyecandy.xxx
108   ezxporn.com
109   fapple.com
110   faptv.com
111   farkedup.com
112   farkingridiculous.com
113   feetpornvideos.com
114   flashostar.com
115   fluffsxxx.com
116   foktube.com
117   footfetishtube.xxx
118   footjob.ca
119   footjob101.com
120   footjobtube4free.com
121   footjobvideotube.com

122   fraspi.com
123   free-porno69.com
124   free-sexmovies.net
125   free6.biz
126   freeadultube.com
127   freeasian.porn
128   freeasian.xxx
129   freeblognetwork.com
130   freecartoonpornhdtube.com
131   freecoedvideos.com
132   freefuckvidz.com
133   freegangbanghdtube.com
134   freegaysexvideos.us
135   freehentai.xxx
136   freejizzvideos.com
137   freemobileporn.tv
138   freemobilevidz.com
139   freeorgasm.com
140   freeporn22.com
141   freeporng.com
142   freepornzeta.com
143   freeprontube.com
144   freeprontube.net
145   freesextubevideos.com
146   freeshemaleshdtube.com
147   freesmuthut.com
148   freeteen.porn
149   freetranny.porn
150   freevaginamovies.com
151   freexxx-movie.com
152   freexxx.org
153   freexxxetc.com
154   freexxxmovies69.com
155   freexxxx.xxx
156   fuck13.com
157   galleryeroticaxxx.com
158   gangbang.name
159   gay-tgp.biz
160   gaybucket.com
161   gayjizz.com
162   gaysexetc.com

163   gaysporntubes.com
164   gayx.com
165   gayxxx.xxx
166   gloryholecocks.com
167   gold-jizz.com
168   gold-porn-tube.net
169   gonzo.xxx
170   gosexpod.net
171   gxxxxx.com
172   handjobtubes.net
173   hard-core.xxx
174   hardcoretube4free.com
175   hardsexvideos.us
176   hd-porntv.com
177   hd-porntv.net
178   hd-sex18.com
179   hd-sexclub.com
180   hd-sextv.com
181   hd-sextv.xxx
182   hd-sluts.com
183   hdpornstar.com
184   hdporntube.net
185   hdteens.xxx
186   hdxvideo.org
187   hentai-files.com
188   hentaiporntube.org
189   hentaixxx.xxx
190   hkscrapbook.com
191   hot-gay-boys.com
192   hot-gay-guy.com
193   hotdvdz.com
194   hotsexmodeltv.com
195   hotsexmodeltv.us
196   hotxxxtube.com
197   hugeasiantits.net
198   hugeporntv.com
199   ijizz.info
200   indianxxx.xxx
201   instantjizz.com
202   ismytube.biz
203   ismytube.us

204   japanese-noodle.com
205   japanesesexxxx.com
206   japanesetube4.com
207   japenxxx.com
208   javhd.online
209   jizjob.com
210   jizz-on.com
211   jizz-porn.com
212   jizz.blue
213   jizz.center
214   jizz.nagoya
215   jizz.ninja
216   jizz.pink
217   jizz.sexy
218   jizz.tw
219   jizz4.com
220   jizzbox.com
221   jizzdevil.com
222   jizzdontu.com
223   jizzdr.com
224   jizzfontu.com
225   jizzjav.com
226   jizzjizz.com
227   jizzjob.com
228   jizzjobs.com
229   jizzkontu.com
230   jizzlontu.com
231   jizzlube.com
232   jizzmontu.com
233   jizznontu.com
234   jizzonherlips.com
235   jizzporn.org
236   jizzrontu.com
237   jizzsoup.com
238   jizzvids.info
239   jizzwontu.com
240   jizzyontu.com
241   keezmoviesltd.com
242   koreanpussy.xxx
243   large-porn-tube.com
244   lesbian-videos.xxx

245   lesbianporn22.com
246   lesbianvids.xxx
247   lesbianxxxvideo.com
248   limptube.com
249   liveteenamateurs.com
250   loadsofgalleries.com
251   ludoflash.com
252   makerake.com
253   manhub.ca
254   masturbation22.com
255   maturemilfvideo.com
256   matureporntube4u.com
257   maximumsexxx.com
258   megabrazzers.com
259   milf22.com
260   milfs-video.com
261   milftube.xxx
262   milftube4u.com
263   milfxtube.com
264   milfxxxtube.com
265   misiko.com
266   mobile-sex-videos.com
267   mobilecartoontube.com
268   momsex.com
269   momsloveblackcock.com
270   mphoneporn.com
271   mymanhub.com
272   mynakedasian.com
273   myxxxplay.com
274   n-u-d-e.com
275   nakedteenstube.com
276   nausty.com
277   nevadaspending.com
278   nexvideos.com
279   nobotv.com
280   nudeasiangirl.net
281   nudebabeparadise.com
282   nudeshaving.com
283   nudetag.com
284   nxsnacksvip.com
285   onlyinterracial.com

286   onsexvideos.com
287   paris-porn.net
288   partygirlspornhdtube.com
289   persiankittyvids.com
290   photosex.com
291   porm.com
292   porn-mobile.tv
293   porn-mobile.xxx
294   porn-tube.com
295   porn.mobi
296   porn8.com
297   pornasianvideos.org
298   pornclump.com
299   porndada.com
300   pornhd365.com
301   pornhitz.com
302   pornini.com
303   porno-shack.com
304   pornodroid.org
305   pornotube.xxx
306   pornoutlaw.com
307   pornovideokostenlos.com
308   pornsexpages.com
309   porntubepalace.com
310   porrn.com
311   pov-blowjob.net
312   ppvxxx.com
313   pregnantporn.eu
314   pregnantsoloporn.com
315   prhk.org
316   privatemilfvids.com
317   prn5.com
318   pron.co
319   pron.com
320   pronhubltd.com
321   puerxtc.com
322   ratedxbiz.com
323   redgayporntube.com
324   redtube-com.info
325   redtubeltd.com
326   redvideostube.com
327   reversecowgirlstockings.info
328   sambuka.com

| | |
|---|---|
| 329 | sex-cake.com |
| 330 | sex23.com |
| 331 | sexadult.xxx |
| 332 | sexdrip.com |
| 333 | sexhd365.com |
| 334 | sexhubcity.com |
| 335 | sexkate.com |
| 336 | sexlifetube.com |
| 337 | sexmovieporn.com |
| 338 | sexoxxx.co |
| 339 | sexstarclub.com |
| 340 | sextube-6.com |
| 341 | sextube21.com |
| 342 | sextubestv.com |
| 343 | sexview.tv |
| 344 | sexwoman.tv |
| 345 | sexxxx.xxx |
| 346 | sexxxxxxxxxx.com |
| 347 | sexymilfbabes.com |
| 348 | sexynakedchicks.com |
| 349 | sharmota.com |
| 350 | softcoretubehd.com |
| 351 | spoonfuckstockings.info |
| 352 | spunkpatrol.com |
| 353 | squirtingtube4free.com |
| 354 | steponmyballs.com |
| 355 | stockings-world.com |
| 356 | supergaytube.com |
| 357 | swedexxx.com |
| 358 | sxxview.com |
| 359 | tabu69.com |
| 360 | taporn.com |
| 361 | tastelessteens.com |
| 362 | teenboyz2000.com |
| 363 | teenporn-tube.com |
| 364 | teenporn123.com |
| 365 | teenpornomovs.com |
| 366 | teenporntube4free.com |
| 367 | teenpronclips.com |
| 368 | teensandmoms.com |
| 369 | teensinstockings.info |
| 370 | teentube.xxx |
| 371 | teenvideos.com |

372   teenvirgin.org
373   thefreeasian.com
374   thefreebdsm.com
375   thefreevoyeur.com
376   thehotbabes.net
377   thisxxx.com
378   thongbros.com
379   torrentswww.com
380   totally4free.com
381   traileraddicts.com
382   trannycrave.com
383   tub99.org
384   tube03.com
385   tube44.com
386   tube4jizz.com
387   tubegalorexxx.com
388   tubejizz18.com
389   ultvid.com
390   unknownsitter.com
391   urt-tv.info
392   usasextv.com
393   usermindset.com
394   vcdjapan.com
395   videogay.co.uk
396   videosdexxx.co
397   videosesso.us
398   videotubefree.com
399   videoxmovie.com
400   videoxxxltd.com
401   vidsvidsvids.com
402   vidxpose.com
403   vip-babes-world.com
404   vipsexmovs.com
405   vipsexworld.net
406   virginteentube.com
407   voyeurtube4u.com
408   watchsex.net
409   watnongnadam.com
410   whoores.com
411   whorexvideo.com
412   wivestube.com
413   woodythumbs.com
414   world-sex.xxx

415   www-sex.xxx
416   www-xnxx-com.net
417   www-xvideos-com.com
418   wwwxxx.xxx
419   wwwxxxcom.xxx
420   x-movies.xxx
421   x-videosporno.com
422   xlogz.com
423   xnnxltd.com
424   xnxxltd.com
425   xnxxpornovideo.com
426   xnxxxltd.com
427   xpornohd.com
428   xsex.xxx
429   xuporn.com
430   xvideodesexo.com
431   xvideoflix.net
432   xvideoltd.com
433   xvideosltd.com
434   xvideosporno.in
435   xvixeos.com
436   xxhunter.com
437   xxnx-com.com
438   xxnxltd.com
439   xxx-com.xxx
440   xxx-con.com
441   xxx-movies-xxx.com
442   xxx69.cn
443   xxxasia.org
444   xxxasiansexvideos.org
445   xxxcartoonz.com
446   xxxcom.biz
447   xxxcreampie.org
448   xxxgayfilms.com
449   xxxgayporn.xxx
450   xxxgaytube.com
451   xxxhardcorexxx.com
452   xxxkorea.xxx
453   xxxlinkshunter.com
454   xxxmoviesx.us
455   xxxnx.xxx
456   xxxnxxx.us
457   xxxpattaya.com

458   xxxpornstop.com
459   xxxpornvideos.us
460   xxxsexvid.net
461   xxxsexvideox.com
462   xxxsos.com
463   xxxtop1000.com
464   xxxtube.cf
465   xxxtube7.com
466   xxxtube99.com
467   xxxvidz.org
468   xxxx-tube.net
469   xxxxn.com
470   yjizz.net
471   you--jizz.info
472   you-jizz.xxx
473   youjizz-com.info
474   youjizz-videos.com
475   youjizz-x.com
476   youjizz.net
477   youjizz66.com
478   youjizz8.info
479   youjizzhard.com
480   youjizzltd.com
481   youjizzmontoo.com
482   youjizzmontu.com
483   youjizzvids.com
484   youjizzx.net
485   youngxxx.xxx
486   yours.xxx
487   yukeo.com
488   zadmo.com
489   ztube.com

## To Be Removed:

1   adultshookupcams.com
2   animepornpass.com
3   artofimpotance.com
4   artofimpotence.com
5   asianpersuasion.com
6   bdsmpornpass.com

7   bigcockpornpass.com
8   bisexualpornpass.com
9   blowjobjunkie.com
10   bondagepornpass.com
11   buttspornpass.com
12   cameltoehoe.com
13   creampiepornpass.com
14   fap.xxx
15   feetlick.xxx
16   footjobpornpass.com
17   fucktube.xxx
18   groupsexpornpass.com
19   handjobpornpass.com
20   hardcorespanking.com
21   hdvids.com
22   hentaipornpass.com
23   hostedtube.com
24   legsandfeet.com
25   porn.xxx
26   pregnantpornpass.com
27   supermanreturnsdvd.com
28   wildgothgirls.com
29   xteentv.com

# EXHIBIT C

# Pimproll Trademark



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Aug 29 03:31:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:**   OR   Jump   **to record:**   **Record 1 out of 2**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PIMPROLL

| | |
|---|---|
| **Word Mark** | **PIMPROLL** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a subscription web site featuring adult entertainment in the nature of images, articles and video footage of men and women. FIRST USE: 20000406. FIRST USE IN COMMERCE: 20000406 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77029817 |
| **Filing Date** | October 26, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 29, 2007 |
| **Registration Number** | 3279054 |
| **Registration Date** | August 14, 2007 |
| **Owner** | (REGISTRANT) G.I.M. Corporation CORPORATION BARBADOS Suite 29, 1st Floor Beckwith Mall Lower Broad Street Bridgetown BWI BB BARBADOS |
| **Attorney of Record** | Erin Morgan Klug |
| **Type of Mark** | SERVICE MARK |

| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170921. |
| **Renewal** | 1ST RENEWAL 20170921 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT D

## Sagan Porn.com DMCA Registered Agent

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Sagan Limited

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** See attached list.

Address of Service Provider: Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Corey D. Silverstein, Esquire

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
30150 Telegraph Road, Suite 444, Bingham Farms, MI 48025

**Telephone Number of Designated Agent:** 248-290-0655

**Facsimile Number of Designated Agent:** 248-645-1222

**Email Address of Designated Agent:** dmca@saganltd.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Sagan Limited - Scanned September 30, 2013 - Received September 25, 2013

███████████████ resentative of the Designating Service Provider:
Date: November 17, 2015

Typed or Printed Name and Title: Corey D. Silverstein, Esquire

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

Scanned

JAN 21 2016

Received

NOV 24 2015

Copyright Office

**Alternative Names(s) of Service Provider (including all names under which the service provider is doing business):**

*Current Alternate Names:*

1.    porn.com
2.    porn.pt
3.    porn.la
4.    freeporn.tv
5.    cum.com
6.    adultplex.com
7.    myasianbabes.com
8.    freesmutclub.com
9.    dirtymovie.com
10.   teenvideos.com
11.   porrn.com
12.   porn.co.uk
13.   porn.com.au

*New Additions:*

1.    porn.xxx
2.    porn.porn
3.    porn.mobi
4.    porn.uk.com
5.    porn.adult
6.    porn.sex
7.    porn.je
8.    porn.mx
9.    porn.it

*To Be Removed:*

1.    porn.co.uk

# <u>EXHIBIT E</u>

# Transcript Oral Argument Ninth Circuit Court of Appeals

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| AMA MULTIMEDIA, LLC, a Nevada<br>limited liability company, | ) | No.   17-15178 |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v . | ) | D.C. No.: |
| | ) | 2:16-cv-01269-DGC |
| | ) | |
| SAGAN LIMITED, DBA Porn.com,<br>a Republic of Seychelles<br>company, individually;<br>NETMEDIA SERVICES, INC., DBA<br>Porn.com, a Canadian company,<br>individually; GLP 5, INC., DBA<br>Trafficforce.com, a Michigan<br>company, individually; DAVID<br>KOONAR, an individual;<br>CYBERWEB LIMITED, DBA<br>Porn.com, formerly MXN LTD.,<br>a Barbados Company,<br>individually; JOHN DOE, 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants-Appellees | ) | |

_____

TRANSCRIPT OF ORAL ARGUMENT
_____

BE IT REMEMBERED, that on the 11th day of April,
2018, on Appeal from the United States District Court
for the District of Arizona, before the HONORABLE M.
MARGARET McKEOWN, the HONORABLE KIM McLANE WARDLAW,
Circuit Judges, and the HONORABLE GARY S. KATZMANN,
Judge for the United States Court of International
Trade, the above-styled proceedings came on for hearing
and argument of counsel was introduced, as follows:

APPEARANCES


ON BEHALF OF THE PLAINTIFF-APPELLANT:

SPENCER D. FREEMAN, ESQUIRE
FREEMAN LAW FIRM, INC.
1107 1/2 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON  98402


ON BEHALF OF THE DEFENDANTS-APPELLEES:

ERICA J. VAN LOON, ESQUIRE
GLASER WEIL FINK HOWARD ARCHEN & SHAPIRO, LLC
10250 CONSTELLATION BOULEVARD
19TH FLOOR
LOS ANGELES, CALIFORNIA 90067


INDEX

CAPTION..............................................1

APPEARANCES..........................................2

INDEX................................................2

PROCEEDINGS..........................................3

PROCEEDINGS CONCLUDED...............................36

CERTIFICATE OF TRANSCRIBER..........................37


EXHIBITS

(NONE ATTACHED.)

1           P R O C E E D I N G S

2                (WHEREUPON, the recording of the

3           proceedings began, and proceedings were had

4           and done as follows:)

5                MR. FREEMAN:  May it please the Court,

6           my name is Spencer Freeman.  I represent AMA

7           Multimedia in this appeal.  I would like to

8           reserve five minutes for my rebuttal if I

9           may.

10               JUDGE WARDLAW:  All right.

11               MR. FREEMAN:  Thank you.

12               The key to understanding the issues in

13          this case is the true and vast separation

14          between the operations of the website

15          Porn.com and the language of the content

16          partnership agreement.  GIM owns many

17          websites and displays only legal

18          AMA-provided content on those websites

19          pursuant to the content partnership

20          agreement, in compliance with the content

21          partnership agreement, completely separate

22          from Porn.com, and AMA has no issues with

23          GIM or the way GIM operates the content

24          partnership agreement.

25               Now, the website is a separate asset

1    housed in different businesses.  It is a
2    free video site owned and operated by the
3    appellees in this case.  It just happens to
4    utilize Trafficforce as the entity or
5    business that controls the ads on the
6    website.  If the website were to change its
7    ad broker or change the ad company, it would
8    function exactly the same as it does today.
9    Trafficforce is not necessary.  Trafficforce
10   is not -- they don't rely on Trafficforce to
11   operate the website.
12        The owners and operators of Porn.com
13   illegally distributed illegally-obtained AMA
14   content.  The contractual relationship
15   outlined in the content partnership
16   agreement and the operation of Porn.com are
17   in direct contradiction with each other.
18        The license ensures three conditions to
19   be met:  One, that AMA provides the content
20   to GIM; two, that GIM does the streaming on
21   websites where Trafficforce is utilized; and
22   three, that GIM does the streaming on
23   websites that it builds and it maintains.
24   Porn.com only meets one of these criteria,
25   the utilization of Trafficforce.

1          I think it would be helpful to do the

2     same analysis that this Court did in *Britain*

3     *versus Co-op Banking*.  Look at whether or

4     not there's assignment, which the trial

5     court in this case found.  Look to see if

6     there is a third-party beneficiary, and if

7     there's not, move over and look to see

8     whether or not the appellees in this case

9     are the type of parties that were

10    anticipated to receive protections or rights

11    or duties under the content partnership

12    agreement.

13         The assignment issue is the easiest

14    issue in this case.  When it comes to

15    assignments of rights, the assignee has to

16    step in the shoes of the assignor.  So here

17    what the trial court found was that the

18    assignor, GIM, assigned rights to Cyberweb,

19    Sagan, Netmedia, all three simultaneously.

20    That is an impossible assignment underneath

21    the law.  Intellectual property rights are

22    not a bundle of sticks that an assignor can

23    just hand out based off of a license.  It's

24    a singular unit.  So the trial court --

25         JUDGE MCKEOWN:  You can have

1    nonexclusive licenses, so you can have
2    multiple licenses and assignments.  I don't
3    see any legal barrier to that.  Maybe you
4    can explain.
5         MR. FREEMAN:  But in this case, it's a
6    nontransferable license, and that's really
7    key.  There is an assignment clause, but
8    there's a nontransferable license.  The only
9    way to reconcile those two things is for the
10   assignor to step into the shoes of the
11   assignee so that they then become the
12   licensee.  There's only one pair of shoes
13   here.
14        The second problem is that GIM retained
15   the rights, so GIM didn't really assign
16   rights because GIM retained rights, and that
17   was clear.  That's impossible under the law
18   as well.
19        JUDGE MCKEOWN:  Why?
20        MR. FREEMAN:  Again, because it's a
21   singular right.  When you look at the
22   restatement of contracts that we quoted,
23   section 317, it says exactly this, that the
24   assignee steps into the shoes of the
25   assignor and the assignor relinquishes those

1    rights.

2           JUDGE MCKEOWN:  Well, it depends on

3    what's assigned.  I mean, it --

4           MR. FREEMAN:  True.  But this is an

5    intellectual property right.

6           JUDGE MCKEOWN:  Right.  I understand

7    that.

8           JUDGE WARDLAW:  What exactly was

9    assigned here, if anything?

10          MR. FREEMAN:  That's the next question.

11          JUDGE WARDLAW:  And, well, that's my

12   question, because to me it doesn't look like

13   anything was assigned, so -- and I see very

14   little evidence of an assignment.  But I

15   really question -- there is some vague

16   language in a declaration that said there

17   was an assignment of rights.  What rights

18   were assigned?

19          MR. FREEMAN:  Right.  And I think

20   that's a fantastic point.  When you look at

21   the CPA, there's three types of major

22   rights.  One is to distribute or display

23   videos and images, the other one is to use

24   AMA's trademark, and then the other one is

25   to have the right to receive compensation,

1   money.  And those declarations do not say

2   what rights were assigned.

3       JUDGE MCKEOWN:  Well, here's the

4   question I had.  When this was in the trial

5   court and all this could've been worked out,

6   did you ask for additional discovery on this

7   point?

8       MR. FREEMAN:  So by the time --

9       JUDGE MCKEOWN:  And I know you think

10   that you got blindsided by the timing, but

11   at that point, if you thought there was a

12   factual issue or otherwise, did you ask for

13   additional discovery?

14       MR. FREEMAN:  Well, no, but we took

15   advantage of the discovery that was granted

16   to us and we actually asked Chris Richardson

17   from Cyberweb during depositions --

18       JUDGE MCKEOWN:  Right.

19       MR. FREEMAN:  -- about assignment, and

20   he couldn't recall any assignments.

21       JUDGE MCKEOWN:  But that doesn't mean

22   it wasn't assigned.  I mean, in other words,

23   he's the assignee and you don't have to have

24   knowledge of the assignee, so there's that

25   one piece of evidence.  But you have the

1    declaration which on it's face says that

2    they're assigned.

3        So my question, I guess, I go back to

4    is, did you ask for additional discovery?

5        MR. FREEMAN:  We did not ask for

6    additional discovery on that issue, no.  But

7    I would also point out that establishing the

8    burden -- or the assignment is not our

9    burden.  It's the other side's burden --

10        JUDGE MCKEOWN:  No, but I understand.

11   But if they put in the evidence and you

12   don't do anything in contrast to it, then

13   it's uncontroverted evidence, isn't it?

14        MR. FREEMAN:  But it's not.

15        JUDGE MCKEOWN:  Okay.

16        MR. FREEMAN:  And here's why.  When you

17   look at the claims filed in Barbados, what

18   the parties there do explicitly in those

19   claims is say that these are GIM's rights.

20   GIM is the only one that filed a breach of

21   contract claim.  The other -- the appellees

22   here, which I guess would be analogous to

23   the plaintiffs there in Barbados, the rest

24   of them, they're asking for a declaration

25   that they can rely on GIM's rights.  Well,

1    that means it's not assigned, because if

2    it's assigned, it's my right.

3        JUDGE MCKEOWN:  I understand, but that

4    doesn't solve -- the question before this

5    district court was what to do about the

6    forum non conveniens clause and whether it

7    in fact should be in Barbados.  So the

8    Barbados lawsuit I don't think figures into

9    the determination here.

10       MR. FREEMAN:  It does to the extent of

11   their own representations about whether or

12   not there's an assignment.  Now, mind you,

13   this allegation of assignment, it didn't

14   come up until several motions in and until

15   we questioned in our own briefing that they

16   had an established assignment.  Then there's

17   this declaration with this assignment that

18   has no date, no from whom to whom, and no --

19       JUDGE WARDLAW:  But we don't actually

20   have a written assignment.

21       MR. FREEMAN:  No.

22       JUDGE WARDLAW:  And we don't actually

23   have evidence of an oral assignment.  I'm

24   not sure -- I don't know what the contract

25   says about whether or not it can be orally

1    assigned.

2          JUDGE MCKEOWN:  It doesn't say

3    anything.

4          MR. FREEMAN:  It doesn't address that

5    particular issue.

6          JUDGE MCKEOWN:  So what would happen --

7    what would happen if this went back to the

8    district court?

9          MR. FREEMAN:  Well, we're asking you to

10    find that the assignment did not occur, that

11    the finding of assignment was abuse of

12    discretion, that there was no assignment.

13    So if we go back and if the trial court's

14    determination of the application of the

15    forum-selection clause was based off of a

16    finding of assignment --

17          JUDGE MCKEOWN:  Right.

18          MR. FREEMAN:  -- so this Court, if you

19    find that there's no assignment, you really

20    have two options at that point.  You can

21    send it back down for the trial court to

22    hear further argument and evidence on the

23    issues of implied licenses, third-party

24    beneficiaries, and then the next step under

25    *Britain* which this Court looks at is whether

1    or not the transaction, the parties are

2    meant to be protected by the content

3    partnership agreement.  You could send us

4    back down for those determinations, or on

5    this record you can make those

6    determinations.

7        And I think on this record there's no

8    implied license.  There could be no implied

9    license.  The law on third-party

10   beneficiaries is clear.  If both parties

11   don't intend to benefit a third party, there

12   is no third-party beneficiary.  It's clear

13   when you look at this content partnership

14   agreement that GIM is supposed to be doing

15   all the work of running the websites.

16   Section 5 absolutely delineates that, so

17   there's no anticipation that there's other

18   entities involved in the operation of

19   anything to do with the content partnership

20   agreement.

21       So then that leaves us with the issue

22   of whether or not the appellees in this case

23   are of the type that are meant to be

24   protected under the content partnership

25   agreement.  And I would say that there's no

1    evidence at all that they would be.

2          Now, what they try to do is they try to

3    conflate this course of conduct about videos

4    that were discovered on Porn.com that AMA

5    didn't submit that they're now trying to

6    attach over to the content partnership

7    agreement, but those actions never took

8    place.

9          When you look at the Skype chat logs

10   and you look at AMA absolutely saying,

11   "Piracy needs to come down.  We want to be

12   paid for the revenue you generated based off

13   of that piracy up to the point you take it

14   down, but it needs to come down," it's

15   unequivocal in those Skype chat logs that

16   this course of conduct represented by the

17   appellees just simply did not happen.

18         And I'm now into the time I'd like to

19   reserve for rebuttal.

20         JUDGE MCKEOWN:  All right.

21         MR. FREEMAN:  Thank you.

22         MS. VAN LOON:  Good morning, Your

23   Honors, Erica Van Loon on behalf of

24   respondents.

25         The lower court did not abuse its

14

1     discretion in dismissing this suit on the

2     basis of forum non conveniens.  Here AMA

3     entered into an agreement, the CPA, which

4     contains a forum-selection clause at section

5     10.5 that states, Any legal action arising

6     out of or relating to this agreement must be

7     instituted in a court located --

8              JUDGE WARDLAW:  Right.  They entered

9     into that agreement with GIM Corporation.

10             MS. VAN LOON:  Correct, Your Honor.

11             JUDGE WARDLAW:  Why is your client

12    entitled to the benefit of that

13    forum-selection clause?

14             MS. VAN LOON:  Yes, Your Honor.

15    There's a large body of law in the Ninth

16    Circuit that says nonsignatories to a

17    contract can invoke the forum-selection

18    clause.  In particular, *Holland America* and

19    *Manetti-Farrow* stand for the proposition

20    that nonsignatories can invoke a

21    forum-selection clause.  In particular, in

22    *Manetti-Farrow*, when the parties are closely

23    related to the signatory to the agreement,

24    that is a basis for which those non-parties

25    can invoke the forum-selection clause.

15

1          Here there is no question that

2     appellees are closely related to GIM.  In

3     fact, AMA in the lower court even argued

4     that they were so close in opposition to

5     motions to dismiss that they were in fact

6     alter egos of each other.

7          Here, the contract, the CPA expressly

8     contemplated that GIM would work through its

9     agents in 6.2 in order to administer the

10    site and to post AMA's content to the site.

11    AMA from the get-go was aware that GIM was

12    working with its affiliates in posting its

13    content to the site.  AMA had e-mail --

14          JUDGE MCKEOWN:  Now, Sagan is the owner

15    of Porn.com; is that right?

16          MS. VAN LOON:  Sagan and Cyberweb are

17    the owners of the site, Your Honor.

18          JUDGE MCKEOWN:  And Sagan is owned by

19    Koonar?

20          MS. VAN LOON:  Yes.  All of the

21    sites --

22          JUDGE MCKEOWN:  All of them are

23    owned --

24          MS. VAN LOON:  All of the parties

25    eventually are owned by a family trust owned

1    by appellee David Koonar.  That's correct,

2    Your Honor.

3         JUDGE WARDLAW:  Two issues that I think

4    are troublesome, one is the nontransferable

5    license and how you think that fits in.  And

6    then the second is, is there an assignment

7    and is the declaration sufficient evidence?

8    If you would, address those.

9         MS. VAN LOON:  Yes, Your Honor.  I

10   would point the Court to section 10.3 of the

11   agreement, which states that the licensee

12   may assign the agreement without consent to

13   an affiliate, parent, or subsidiary.  And I

14   would point out that it actually says in

15   10.3, "permitted assigns," so it

16   contemplates plural assigns to the

17   agreement.

18        Here, as Your Honor stated earlier, the

19   assignor put in evidence that there had been

20   an oral assignment between GIM and

21   appellees.  And under *Britain v. Co-op*, all

22   that is needed to establish evidence of a

23   sufficient assignment is evidence that the

24   assignor intended to make an assignment.

25        JUDGE MCKEOWN:  But, you know, one

```
 1          thing that we don't have that you would
 2          normally see in an assignment is some --
 3                JUDGE WARDLAW:  Date.
 4                JUDGE MCKEOWN:  -- and subject.
 5                JUDGE WARDLAW:  Yes.
 6                JUDGE MCKEOWN:  So where do we get that
 7          here?
 8                MS. VAN LOON:  Again, it was --
 9                JUDGE WARDLAW:  Yeah, and which rights
10          and -- I mean, an assignment is a contract
11          like any other contract.  It has to have
12          some kind of what you're assigning and what
13          you're getting consideration for, and that's
14          what an assignment is.  You're just not
15          assigning your rights without getting
16          anything back.  It is a contract.
17                MS. VAN LOON:  Right.
18                JUDGE WARDLAW:  So where is it?  Where
19          is the assignment?  Where is the evidence of
20          an assignment?
21                MS. VAN LOON:  It's in the conduct of
22          the parties, Your Honor.
23                JUDGE WARDLAW:  When was the assignment
24          made?
25                MS. VAN LOON:  The assignment was made
```

1          from the get-go, Your Honor.

2                    JUDGE WARDLAW:  From the get-go from --

3                    MS. VAN LOON:  GIM --

4                    JUDGE WARDLAW:  The get-go?  What is

5          the get-go?

6                    JUDGE MCKEOWN:  What was the date of

7          the get-go?

8                    MS. VAN LOON:  GIM doesn't own any

9          websites.

10                   JUDGE WARDLAW:  Right.

11                   MS. VAN LOON:  GIM only owns a software

12         program called Trafficforce that provides an

13         ad revenue share program that can be used on

14         various websites.  So when AMA entered into

15         the license agreement with GIM --

16                   JUDGE WARDLAW:  Is was like magic?

17         Poof?  It was with everybody, and everybody

18         had the benefit of an, quote, unquote,

19         assignment?

20                   MS. VAN LOON:  It's not everybody, but,

21         you know --

22                   JUDGE WARDLAW:  I thought you said it

23         was everybody, because everybody was

24         affiliated.

25                   MS. VAN LOON:  Well, not everybody

1          affiliated, but these particular parties are

2          closely related to GIM in this case.

3              JUDGE WARDLAW:  They're still separate

4          entities, however, so there still needs to

5          be some kind of legal manifestation or

6          rearrangement of rights if you're going to

7          actually have an assignment.

8              MS. VAN LOON:  Yes, Your Honor.  I

9          mean, but also remember that we argued

10         multiple grounds for --

11             JUDGE WARDLAW:  Actually, you changed

12         your position multiple times and finally

13         landed at the end of this series of

14         positions you took on the Koonar declaration

15         that there was an assignment of rights

16         without any detail about this whatsoever.

17             MS. VAN LOON:  Well, we put in evidence

18         that there was assignment --

19             JUDGE WARDLAW:  In a declaration by

20         Koonar.  What other evidence did you put in?

21             MS. VAN LOON:  Of the assignment, of

22         the course of performance evidence, in fact,

23         we put in Skype chat logs that we had --

24             JUDGE WARDLAW:  Evidence is -- oh, I

25         saw that.

1           MS. VAN LOON:  Okay.

2           JUDGE WARDLAW:  But that was kind of

3       misleading, wasn't it?

4           MS. VAN LOON:  Well --

5           JUDGE WARDLAW:  When you had them --

6       when you didn't have them omitting certain

7       sections and it was read in full, it kind of

8       told a different story.

9           MS. VAN LOON:  Well, what it showed is

10      that appellees at all times understood that

11      any content of AMA's appearing on the site

12      was licensed under the CPA.  That was the

13      intent --

14          JUDGE WARDLAW:  I don't think that's

15      the -- I don't think they agreed to that.  I

16      don't think that they characterize it that

17      way.

18          MS. VAN LOON:  But my clients

19      understood it that way, and it is important

20      to remember that AMA did get paid for the

21      time that its content appeared --

22          JUDGE WARDLAW:  I think what this comes

23      down to for me is that if this is truly a

24      legitimate assignment, there would be an

25      assignment in the record.  There would be

1    more detailed evidence of an assignment in

2    the record, and it's your burden of proof to

3    demonstrate the assignment.  And it's quite

4    possibly a basis where the district court to

5    have actually abused its discretion in this

6    case because I don't think it adequately

7    applied the burden of proof, plus it was --

8    I think that could very well be it, because

9    you need to show the evidence of an

10   assignment and you brought forward one

11   self-serving, sort of partial kind of

12   description that's conclusory, a description

13   stating there was an assignment, but there's

14   no detail that would support that at all.

15        MS. VAN LOON:  But it's important to

16   remember that the Ninth Circuit can affirm

17   on any grounds supported by the record here.

18        JUDGE WARDLAW:  Oh, I know that.

19   That's something I really know after

20   22 years on the Ninth Circuit.

21        MS. VAN LOON:  Right.  But we argued --

22   we also argued we were agents of GIM, and

23   that's expressly contemplated by the CPA

24   that GIM will work with its agents at

25   section 6.2.

1          The Court also correctly found that
2      appellees were corporate affiliates and were
3      closely related to the infringing conduct.
4      There is -- under *Manetti-Farrow*, there is
5      no way to determine whether or not an
6      infringement has occurred here without
7      interpreting the CPA.  And *Manetti-Farrow*
8      instructs if you're interpreting the
9      underlying agreement, then the
10     forum-selection clause should be applied.
11          JUDGE MCKEOWN:  Well, what you're
12     saying is that there is sufficient here to
13     invoke the forum-selection clause, and then
14     which ever court -- if it's the US court,
15     it's going to have to go through everything.
16     If it's the Barbados court, it then needs to
17     interpret the agreement and figure out
18     whether, as Counsel has indicated, only
19     certain items were actually intended to be
20     licensed and not just everything that's on
21     the website.
22          MS. VAN LOON:  That's right, Your
23     Honor.  And it's also important to remember
24     section 3.9 of the agreement expressly
25     states that it's not only content provided

1      by AMA to GIM, but content originating from
2      a website is also treated as licensed
3      content under the agreement.
4          JUDGE MCKEOWN:  But isn't that a
5      question of liability under copyright law
6      per agreement as opposed to whether Barbados
7      is the correct forum?
8          MS. VAN LOON:  Again, I think we're
9      already getting past where *Manetti-Farrow*
10     said that we should stop, because we are
11     interpreting the terms of the agreement.
12     But in this case, the Court found not just
13     on assignment, but also found that they were
14     closely-related parties and that the conduct
15     at issue was very closely related to the
16     CPA.
17         JUDGE MCKEOWN:  So what happens if this
18     goes to Barbados and the agreement gets
19     interpreted and you lose?  Then is the
20     copyright claim litigated there or under US
21     law, because it's a US copyright claim, or
22     does it come back?
23         MS. VAN LOON:  I'm not a Barbadian
24     attorney, but, you know, Barbados is a
25     signatory to the Berne Convention so -- and

1       this is US copyright.  My understanding is

2       that Barbados would apply US copyright law

3       in determining infringement in Barbados.

4       That's my understanding.

5           JUDGE MCKEOWN:  So if this assignment

6       is deemed to be not sufficient, I guess,

7       then your argument is that these various

8       entities that we have here are sufficiently

9       related and derivative of GIM to have

10      standing to invoke the clause?  Is that --

11          MS. VAN LOON:  That's right, Your

12      Honor, that they're closely related, that

13      they're agents of GIM as expressed by 6.2,

14      that they're implied licensees, that they're

15      third-party beneficiaries, for all of those

16      reasons.

17          JUDGE KATZMANN:  Can I ask another

18      question about the forum-selection clause?

19      In your view, you know, and, again, per your

20      brief, what authorities support the argument

21      that federal contract law should apply where

22      a contract contains a forum-selection clause

23      exclusively selecting the law of a foreign

24      country?

25          MS. VAN LOON:  Yes.  I believe that

1          there's a lot of Ninth Circuit laws that
2          state that a federal court should use US law
3          to figure out whether or not a
4          forum-selection clause is enforceable.  That
5          is, again, in *Manetti-Farrow*, and we cited
6          some other cases on that as well.  *Nextrade*
7          *v. Hyosung*, federal law applies in the
8          analysis of the effect and scope of a
9          forum-selection clause.
10              And it is important to remember that
11         *Atlantic Marine* instructs that a
12         forum-selection clause should always be
13         enforced absent extraordinary circumstances.
14         And there really aren't any extraordinary
15         circumstances here where Cyberweb is a
16         Barbadian company and GIM, the signatory to
17         the agreement, is a Barbadian company.
18              JUDGE WARDLAW:  And, so, I've got a
19         question, a further question about your
20         reliance on *Manetti-Farrow*.  You seem to be
21         relying on it to say that the
22         forum-selection clause should encompass all
23         the affiliates because they're closely
24         related as entities.  But the way I read
25         *Manetti-Farrow*, it was talking about

1     different types of claims that were related,
2     not entities.
3           MS. VAN LOON:  No.  *Manetti-Farrow*
4     brought in nonsignatories to the agreement
5     as did *Holland America*.
6           JUDGE WARDLAW:  So -- but the big
7     question was whether the tort claims fell
8     within the fulfillment; right?
9           MS. VAN LOON:  Right.
10          JUDGE WARDLAW:  Okay.  So how does that
11    relate here?
12         MS. VAN LOON:  We believe, again, that
13    *Manetti-Farrow* and other cases stand for the
14    proposition that noncontract claims also get
15    swept into the forum-selection clause.
16         JUDGE WARDLAW:  Noncontract?
17         MS. VAN LOON:  Yes.
18         JUDGE WARDLAW:  So by non-parties?
19         MS. VAN LOON:  I mean, a non breach of
20    contract claim versus here, a copyright
21    infringement claim.  And, actually, there's
22    a section in the CPA --
23         JUDGE WARDLAW:  I'm still on
24    *Manetti-Farrow*, because I don't see where --
25         MS. VAN LOON:  Yes.  Go ahead.

1           JUDGE WARDLAW:  Can you point me to
2      language in *Manetti-Farrow* which supports
3      your position?
4           MS. VAN LOON:  Your Honor, which part
5      of *Manetti-Farrow* did you want me to point
6      you to?
7           JUDGE WARDLAW:  Well, the part that
8      supports your position.
9           MS. VAN LOON:  Yes.
10          JUDGE WARDLAW:  The precise language,
11     because I'm not finding it.
12          MS. VAN LOON:  Sure.  858 F.2d at 514,
13     Your Honor.  It says, A range of
14     transactions --
15          JUDGE WARDLAW:  Thank you.  I'm
16     sorry -- I'm sorry, is it 514?
17          MS. VAN LOON:  I apologize.
18          JUDGE WARDLAW:  At 514?
19          MS. VAN LOON:  At 514.
20          JUDGE WARDLAW:  Let me get there.
21     Okay.  What part?
22          MS. VAN LOON:  Okay.  "A range of
23     transaction participants, parties, and
24     non-parties should benefit from and be
25     subject to a forum-selection clause."

1    JUDGE WARDLAW:  Yeah, I don't see that.
2  It says, the first note, forum-selection
3  clauses can be equally applicable.  Whether
4  it applies depends on whether or not -- we
5  must determine if the claims require
6  interpretation.
7    No, no.  This seems to me to be just
8  relating only to the question of whether the
9  claims are sufficiently related, not
10  non-parties at all.
11    MS. VAN LOON:  Okay.  Well, also,
12  *Holland America* adopted *Manetti-Farrow*'s
13  position that a range of party participants
14  can invoke a forum-selection clause.
15    JUDGE WARDLAW:  I don't even see the
16  language about a range.
17    MS. VAN LOON:  Hang on one second
18  (reviews document).
19    JUDGE MCKEOWN:  It seems that the point
20  of *Manetti-Farrow* -- I mean, ultimately,
21  they said federal law prevails in
22  interpreting.  I guess the question here is
23  would it matter at all, because we also have
24  a rule that says if no one introduced some
25  contrary interpretation under foreign law,

1    then US law applies.  So doesn't it put it

2    right back in the same place of federal law

3    either way?

4        MS. VAN LOON:  I believe it does, Your

5    Honor.  *Manetti-Farrow*, *NexTrade*, *Jones*,

6    *Doe 1 v. AOL*, they all state that federal

7    law should be used to construe whether or

8    not a forum-selection clause is enforceable.

9        JUDGE MCKEOWN:  Thank you.

10       MR. FREEMAN:  There's one point I want

11   to clear up, a factual point, and that is

12   the statement that GIM owns no websites.

13   That's not true.  In the record on page --

14   the excerpts of record on page 1257,

15   Mr. Koonar was asked, "What does GIM Corp.

16   do as a business?"

17       Answer:  GIM Corp. owns a variety of

18   websites and programs.

19       Then, again, on page 1259, Mr. Koonar

20   is asked, "Would you agree with me that GIM

21   Corp. is a company that's owned websites and

22   affiliates for over 15 years?"

23       Answer:  Yes.

24       So if any of this Court's analysis is

25   based off the fact that GIM doesn't own

1    websites, that's absolutely not true.  I

2    don't know how that got created.

3         JUDGE MCKEOWN:  I'm not sure how it

4    would matter.

5         MR. FREEMAN:  Well, so it matters in

6    looking at the content partnership

7    agreement --

8         JUDGE MCKEOWN:  Right.

9         MR. FREEMAN:  -- and whether there's

10   any anticipated third-party involvement in

11   the operations of it.  The appellees want to

12   say because GIM owns no websites, we've got

13   to involve third parties to function with

14   the CPA, but it's not true.  GIM --

15        JUDGE MCKEOWN:  GIM does not own

16   Porn.com.

17        MR. FREEMAN:  That's true.

18        JUDGE MCKEOWN:  Okay.

19        MR. FREEMAN:  That part is true, yes.

20        JUDGE MCKEOWN:  Thank you.

21        MR. FREEMAN:  Yes.

22        In looking at *Manetti-Farrow* and the

23   clause that's being referred to that says,

24   "A range of transaction participants," is

25   footnote 5 in the ruling.  And it cites to

1      *Coastal Steel*, which is a Third Circuit

2      case.  And in *Coastal Steel*, the plaintiff

3      contracted with an English company to build

4      a steel factory.  That English company then

5      subcontracted with another English company

6      to build a heat blast.  That heat blast

7      caused damage to the plaintiff's steel

8      factory.  They sued the subcontractor.

9          The Court said that the forum-selection

10     clause between the contractor and the

11     subcontractor, which dictated England,

12     applied, because everybody knew that the

13     steel company was going to be a third-party

14     beneficiary to the subcontract to build the

15     heat blast.

16         JUDGE WARDLAW:  So that's what I was

17     trying to understand is what was the

18     rationale.  Why would you say -- so it would

19     have to be -- fit into some other logical,

20     legal area.  It could be assignment or it

21     could be a third-party beneficiary or it

22     could be another kind of

23     contractual-in-nature relationship.

24         MR. FREEMAN:  Right.  I think that

25     there's two different questions that are

1          asked.  One is, Is this a party?  Is this a

2          transactional party that should get

3          protections of the CPA?

4               And then the next question is, Are the

5          claims related?  And that's where the

6          closely related language comes in that

7          everybody is kind of relying on.  That

8          closely related has nothing to do with the

9          parties themselves.  Right?  The parts

10         themselves could be --

11              JUDGE MCKEOWN:  No.  That is the

12         arising out of or closely related as to

13         what's covered.

14              MR. FREEMAN:  Correct.  The claims that

15         are covered.  That's right.  That's right.

16         And in this --

17              JUDGE MCKEOWN:  But footnote 5 says, A

18         range of transaction participants, parties,

19         and non-parties should benefit from and be

20         subject to forum-selection clauses.  And

21         they go on to say, We agree with the

22         district court that the alleged conduct of

23         non-parties is so closely related to the

24         contractual relationship.

25              So that's a kind of different closely

1   related statement in footnote 5 in *Manetti*

2   as opposed to the contractual language of

3   arises from or is closely related to in the

4   contract; correct?

5   MR. FREEMAN:  No.  Actually, I think

6   that the last portion of that footnote does

7   go to the closely related issue of the

8   forum-selection clause.  I think that's

9   exactly what it goes to.

10  JUDGE MCKEOWN:  Well, it does, but it

11  goes to the relationship of the parties

12  vis-à-vis the contract; right?

13  MR. FREEMAN:  It could.  But when you

14  go back and you look at *Coastal*, it's a

15  third-party beneficiary case and then they

16  analyze it from there.

17  JUDGE KATZMANN:  The district court in

18  its order says, "AMA has accepted the

19  benefits of the Pay-per-view.com account and

20  cannot now disaffirm the contract simply to

21  avoid the forum-selection clause."

22  Do you want to respond to that?

23  MR. FREEMAN:  So the statement that

24  AMA -- the only way that that would be true

25  is if AMA had been paid on pirated content

1    that was assigned to the CPA account.  That
2    never happened.  The only way that that's
3    true, right, because if AMA did receive
4    benefits from the promotional content that
5    it provided to GIM through the pay-per-view
6    account, which was displayed not only, by
7    the way, on Porn.com, but a myriad of other
8    GIM websites, this promotional material was
9    provided to the CPA, yes, they received
10   benefits through that.

11        But the owners and operators of
12   Porn.com went out and stole full-length
13   videos, full-length movies, put those on to
14   Porn.com, and now they want to take
15   advantage of the content partnership
16   agreement and say two things:  One is, We
17   belong in Barbados; and two, by the way,
18   "provide by" means we can go get it
19   anywhere.  I mean it's really a
20   disingenuous --

21        JUDGE MCKEOWN:  But that gets into the
22   merits of the claim.

23        MR. FREEMAN:  It does.  It gets into
24   the merits of it.  That's true.

25        JUDGE MCKEOWN:  Okay.

1           MR. FREEMAN:  But I do think that the

2      Court -- the statement that *Manetti-Farrow*

3      doesn't allow you to analyze the

4      forum-selection clause or the content

5      partnership agreement, that's wrong.  When

6      you're first making a decision as to whether

7      or not a party is subject to that agreement,

8      you get to look and analyze that agreement.

9      You don't get to -- the law isn't that, oh,

10     because somebody claims that they are, if

11     you're going to analyze the agreement to

12     determine whether or not, you've got to go

13     back to the forum.

14          That's not what the law says.  What the

15     law says is whether or not the

16     forum-selection clause -- excuse me, whether

17     or not there's liability, and you've got to

18     make that determination.  That's got to go

19     to the forum.

20          And I see that I'm past my time.

21          JUDGE MCKEOWN:  You are.  Thank you

22     very much.

23          MR. FREEMAN:  Thank you.

24          JUDGE MCKEOWN:  I thank all Counsel for

25     the argument and the briefing, and, again, a

1    very interesting case for us.  *AMA versus*
2    *Sagan Limited* is submitted, and we're
3    adjourned for the morning.  Thank you.
4         (END OF RECORDING.)
5         * * * * * * * * * * *

```
 1                    CERTIFICATE

 2       I, Patricia Rice, State of Arkansas Certified

 3  Court Reporter No. 752, do hereby certify that the

 4  foregoing is a true and correct transcript of an audio

 5  recording provided to me and thereafter transcribed by

 6  me to the best of my ability.

 7       I FURTHER CERTIFY that I am not a relative or

 8  employee of any attorney or employed by the parties

 9  hereto, nor financially interested otherwise, in the

10  outcome of this action, and that I have no contract

11  with the parties, attorneys, or persons with an

12  interest in the action that affects or has a

13  substantial tendency to affect impartiality, that

14  requires me to relinquish control of an original

15  transcript or copies of the transcript before it is

16  certified and delivered to the custodial attorney, or

17  that requires me to provide any service not made

18  available to all parties in the action.

19       WITNESS MY HAND AND SEAL this 17th day of July,

20  2018.

21  PATRICIA RICE, CCR

22

23

24  Arkansas State Supreme Court
    Certified Court Reporter No. 752
25
```



JUDGE KATZMANN: [2]  24/16 33/16
JUDGE MCKEOWN: [40]
JUDGE WARDLAW: [42]
MR. FREEMAN: [33]  3/4 3/10 6/4 6/19
 7/3 7/9 7/18 8/7 8/13 8/18 9/4 9/13
 9/15 10/9 10/20 11/3 11/8 11/17 13/20
 29/9 30/4 30/8 30/16 30/18 30/20
 31/23 32/13 33/4 33/12 33/22 34/22
 34/25 35/22
MS. VAN LOON: [45]

**1**

1-20 [1]  1/12
1/2 [1]  2/4
10.3 [2]  16/10 16/15
10.5 [1]  14/5
10250 [1]  2/8
1107 [1]  2/4
11th [1]  1/17
1257 [1]  29/14
1259 [1]  29/19
15 [1]  29/22
15178 [1]  1/3
17-15178 [1]  1/3
17th [1]  37/19
19TH [1]  2/9

**2**

20 [1]  1/12
2018 [2]  1/18 37/20
22 years [1]  21/20
2:16-cv-01269-DGC [1]  1/5

**3**

3.9 [1]  22/24
317 [1]  6/23

**5**

514 [4]  27/12 27/16 27/18 27/19

**6**

6.2 [3]  15/9 21/25 24/13

**7**

752 [2]  37/3 37/24

**8**

858 [1]  27/12

**9**

90067 [1]  2/9
98402 [1]  2/5

**A**

ability [1]  37/6
about [10]  8/19 10/5 10/11 10/25 13/3
 19/16 24/18 25/19 25/25 28/16
above [1]  1/23
above-styled [1]  1/23
absent [1]  25/13
absolutely [3]  12/16 13/10 30/1
abuse [2]  11/11 13/25
abused [1]  21/5
accepted [1]  33/18
account [3]  33/19 34/1 34/6
action [4]  14/5 37/10 37/12 37/18
actions [1]  13/7
actually [10]  8/16 10/19 10/22 16/14
 19/7 19/11 21/5 22/19 26/21 33/5

ad [3]  4/7 4/7 18/13
additional [4]  8/6 8/13 9/4 9/6
address [2]  11/4 16/8
adequately [1]  21/6
adjourned [1]  36/3
administer [1]  15/9
adopted [1]  28/12
ads [1]  4/5
advantage [2]  8/15 34/15
affect [1]  37/13
affects [1]  37/12
affiliate [1]  16/13
affiliated [2]  18/24 19/1
affiliates [4]  15/12 22/2 25/23 29/22
affirm [1]  21/16
after [1]  21/19
again [8]  6/20 17/8 23/8 24/19 25/5
 26/12 29/19 35/25
agents [4]  15/9 21/22 21/24 24/13
agree [2]  29/20 32/21
agreed [1]  20/15
agreement [34]  3/16 3/20 3/21 3/24
 4/16 5/12 12/3 12/14 12/20 12/25 13/7
 14/3 14/6 14/9 14/23 16/11 16/12
 16/17 18/15 22/9 22/17 22/24 23/3
 23/6 23/11 23/18 25/17 26/4 30/7
 34/16 35/5 35/7 35/8 35/11
ahead [1]  26/25
all [19]  3/10 5/19 8/5 12/15 13/1 13/20
 15/20 15/22 15/24 16/21 20/10 21/14
 24/15 25/22 28/10 28/23 29/6 35/24
 37/18
allegation [1]  10/13
alleged [1]  32/22
allow [1]  35/3
already [1]  23/9
also [10]  9/7 19/9 21/22 22/1 22/23
 23/2 23/13 26/14 28/11 28/23
alter [1]  15/6
always [1]  25/12
am [1]  37/7
AMA [20]  1/2 3/6 3/18 3/22 4/13 4/19
 13/4 13/10 14/2 15/3 15/11 15/13
 18/14 20/20 23/1 33/18 33/24 33/25
 34/3 36/1
AMA's [3]  7/24 15/10 20/11
AMA-provided [1]  3/18
America [3]  14/18 26/5 28/12
analogous [1]  9/22
analysis [3]  5/2 25/8 29/24
analyze [4]  33/16 35/3 35/8 35/11
ANGELES [1]  2/9
another [3]  24/17 31/5 31/22
Answer [2]  29/17 29/23
anticipated [2]  5/10 30/10
anticipation [1]  12/17
any [13]  6/3 8/20 14/5 17/11 18/8 19/16
 20/11 21/17 25/14 29/24 30/10 37/8
 37/17
anything [6]  7/9 7/13 9/12 11/3 12/19
 17/16
anywhere [1]  34/19
AOL [1]  29/6
apologize [1]  27/17
appeal [2]  1/18 3/7
APPEALS [1]  1/1
APPEARANCES [1]  2/1
APPEARANCES....................................
 ......2 [1]  2/13
appeared [1]  20/21

appearing [1]  20/11
Appellant [2]  1/4 2/2
appellee [1]  16/1
appellees [12]  1/13 2/6 4/3 5/8 9/21
 12/22 13/17 15/2 16/21 20/10 22/2
 30/11
applicable [1]  28/3
application [1]  11/14
applied [3]  21/7 22/10 31/12
applies [3]  25/7 28/4 29/1
apply [2]  24/2 24/21
April [1]  1/17
ARCHEN [1]  2/8
are [22]  4/16 5/9 5/21 9/19 12/1 12/23
 12/23 14/22 15/2 15/16 15/22 15/25
 16/4 19/1 23/10 24/8 28/9 31/25 32/4
 32/15 35/10 35/21
area [1]  31/20
aren't [1]  25/14
argued [4]  15/3 19/9 21/21 21/22
argument [6]  1/15 1/24 11/22 24/7
 24/20 35/25
arises [1]  33/3
arising [2]  14/5 32/12
Arizona [1]  1/19
Arkansas [2]  37/2 37/24
as [17]  1/24 3/4 4/4 4/8 6/18 16/18
 22/18 23/2 23/6 24/13 25/6 25/24 26/5
 29/16 32/12 33/2 35/6
ask [5]  8/6 8/12 9/4 9/5 24/17
asked [4]  8/16 29/15 29/20 32/1
asking [2]  9/24 11/9
asset [1]  3/25
assign [2]  6/15 16/12
assigned [12]  5/18 7/3 7/9 7/13 7/18
 8/2 8/22 9/2 10/1 10/2 11/1 34/1
assignee [5]  5/15 6/11 6/24 8/23 8/24
assigning [2]  17/12 17/15
assignment [44]
assignments [3]  5/15 6/2 8/20
assignor [8]  5/16 5/18 5/22 6/10 6/25
 6/25 16/19 16/24
assigns [2]  16/15 16/16
at [25]  5/3 6/21 7/20 8/11 9/17 11/20
 11/25 12/13 13/1 13/9 13/10 14/4
 19/13 20/10 21/14 21/24 23/15 27/12
 27/18 27/19 28/10 28/23 30/6 30/22
 33/14
Atlantic [1]  25/11
attach [1]  13/6
ATTACHED [1]  2/20
attorney [3]  23/24 37/8 37/16
attorneys [1]  37/11
audio [1]  37/4
authorities [1]  24/20
available [1]  37/18
AVENUE [1]  2/4
avoid [1]  33/21
aware [1]  15/11

**B**

back [10]  9/3 11/7 11/13 11/21 12/4
 17/16 23/22 29/2 33/14 35/13
Banking [1]  5/3
Barbadian [3]  23/23 25/16 25/17
Barbados [12]  1/12 9/17 9/23 10/7 10/8
 22/16 23/6 23/18 23/24 24/2 24/3
 34/17
barrier [1]  6/3
based [4]  5/23 11/15 13/12 29/25

**B**

basis [3]  14/2 14/24 21/4
be [35]  1/17 4/19 5/1 9/22 10/7 10/25
12/2 12/8 12/14 12/23 13/1 13/11 14/6
18/13 19/5 20/24 20/25 21/8 22/10
22/19 24/6 25/12 25/20 27/24 28/3
28/7 29/7 31/13 31/19 31/20 31/21
31/22 32/10 32/19 33/24
because [17]  6/16 6/20 7/12 10/1 18/23
21/6 21/8 23/10 23/21 25/23 26/24
27/11 28/23 30/12 31/12 34/3 35/10
become [1]  6/11
been [3]  8/5 16/19 33/25
before [3]  1/19 10/4 37/15
began [1]  3/3
behalf [3]  2/2 2/6 13/23
being [1]  30/23
believe [3]  24/25 26/12 29/4
belong [1]  34/17
beneficiaries [3]  11/24 12/10 24/15
beneficiary [5]  5/6 12/12 31/14 31/21
33/15
benefit [5]  12/11 14/12 18/18 27/24
32/19
benefits [3]  33/19 34/4 34/10
Berne [1]  23/25
best [1]  37/6
between [3]  3/14 16/20 31/10
big [1]  26/6
blast [3]  31/6 31/6 31/15
blindsided [1]  8/10
body [1]  14/15
both [1]  12/10
BOULEVARD [1]  2/8
breach [2]  9/20 26/19
brief [1]  24/20
briefing [2]  10/15 35/25
Britain [3]  5/2 11/25 16/21
broker [1]  4/7
brought [2]  21/10 26/4
build [3]  31/3 31/6 31/14
builds [1]  4/23
bundle [1]  5/22
burden [5]  9/8 9/9 9/9 21/2 21/7
business [2]  4/5 29/16
businesses [1]  4/1
but [40]

**C**

CALIFORNIA [1]  2/9
called [1]  18/12
came [1]  1/23
can [18]  5/22 5/25 6/1 6/4 9/25 10/25
11/20 12/5 14/17 14/20 14/25 18/13
21/16 24/17 27/1 28/3 28/14 34/18
Canadian [1]  1/8
cannot [1]  33/20
CAPTION..................................................
1 [1]  2/12
case [13]  3/13 4/3 5/5 5/8 5/14 6/5
12/22 19/2 21/6 23/12 31/2 33/15 36/1
cases [2]  25/6 26/13
caused [1]  31/7
CCR [1]  37/21
certain [2]  20/6 22/19
CERTIFICATE [2]  2/17 37/1
certified [3]  37/2 37/16 37/24
certify [2]  37/3 37/7
change [2]  4/6 4/7
changed [1]  19/11

characterize [1]  20/16
chat [3]  13/9 13/15 19/23
Chris [1]  8/16
CIRCUIT [7]  1/1 1/21 14/16 21/16
21/20 25/1 31/1
circumstances [2]  25/13 25/15
cited [1]  25/5
cites [1]  30/25
claim [6]  9/21 23/20 23/21 26/20 26/21
34/22
claims [10]  9/17 9/19 26/1 26/7 26/14
28/5 28/9 32/5 32/14 35/10
clause [27]  6/7 10/6 11/15 14/4 14/13
14/18 14/21 14/25 22/10 22/13 24/10
24/18 24/22 25/4 25/9 25/12 25/22
26/15 27/25 28/14 29/8 30/23 31/10
33/8 33/21 35/4 35/16
clauses [2]  28/3 32/20
clear [4]  6/17 12/10 12/12 29/11
client [1]  14/11
clients [1]  20/18
close [1]  15/4
closely [15]  14/22 15/2 19/2 22/3 23/14
23/15 24/12 25/23 32/6 32/8 32/12
32/23 32/25 33/3 33/7
closely-related [1]  23/14
Co [2]  5/3 16/21
Co-op [2]  5/3 16/21
Coastal [3]  31/1 31/2 33/14
come [4]  10/14 13/11 13/14 23/22
comes [3]  5/14 20/22 32/6
company [13]  1/3 1/7 1/8 1/10 1/12 4/7
25/16 25/17 29/21 31/3 31/4 31/5
31/13
compensation [1]  7/25
completely [1]  3/21
compliance [1]  3/20
CONCLUDED...............................36 [1]
2/16
conclusory [1]  21/12
conditions [1]  4/18
conduct [6]  13/3 13/16 17/21 22/3
23/14 32/22
conflate [1]  13/3
consent [1]  16/12
consideration [1]  17/13
CONSTELLATION [1]  2/8
construe [1]  29/7
contains [2]  14/4 24/22
contemplated [2]  15/8 21/23
contemplates [1]  16/16
content [26]  3/15 3/18 3/19 3/20 3/23
4/14 4/15 4/19 5/11 12/2 12/13 12/19
12/24 13/6 15/10 15/13 20/11 20/21
22/25 23/1 23/3 30/6 33/25 34/4 34/15
35/4
contract [14]  9/21 10/24 14/17 15/7
17/10 17/11 17/16 24/21 24/22 26/20
33/4 33/12 33/20 37/10
contracted [1]  31/3
contractor [1]  31/10
contracts [1]  6/22
contractual [4]  4/14 31/23 32/24 33/2
contractual-in-nature [1]  31/23
contradiction [1]  4/17
contrary [1]  28/25
contrast [1]  9/12
control [1]  37/14
controls [1]  4/5
conveniens [2]  10/6 14/2

Convention [1]  23/25
copies [1]  37/15
copyright [6]  23/5 23/20 23/21 24/1
24/2 26/20
Corp [3]  29/15 29/17 29/21
Corporation [1]  14/9
correct [6]  14/10 16/1 23/7 32/14 33/4
37/4
correctly [1]  22/1
could [8]  12/3 12/8 21/8 31/20 31/21
31/22 32/10 33/13
could've [1]  8/5
couldn't [1]  8/20
counsel [3]  1/24 22/18 35/24
country [1]  24/24
course [3]  13/3 13/16 19/22
court [32]  1/1 1/18 1/22 3/5 5/2 5/5
5/17 5/24 8/5 10/5 11/8 11/18 11/21
11/25 13/25 14/7 15/3 16/10 21/4 22/1
22/14 22/14 22/16 23/12 25/2 31/9
32/22 33/17 35/2 37/3 37/24 37/24
court's [2]  11/13 29/24
covered [2]  32/13 32/15
CPA [12]  7/21 14/3 15/7 20/12 21/23
22/7 23/16 26/22 30/14 32/3 34/1 34/9
created [1]  30/2
criteria [1]  4/24
custodial [1]  37/16
cv [1]  1/5
CYBERWEB [5]  1/11 5/18 8/17 15/16
25/15

**D**

D.C [1]  1/5
damage [1]  31/7
date [3]  10/18 17/3 18/6
DAVID [2]  1/10 16/1
day [2]  1/17 37/19
DBA [4]  1/6 1/8 1/9 1/11
decision [1]  35/6
declaration [7]  7/16 9/1 9/24 10/17 16/7
19/14 19/19
declarations [1]  8/1
deemed [1]  24/6
Defendants [2]  1/13 2/6
Defendants-Appellees [2]  1/13 2/6
delineates [1]  12/16
delivered [1]  37/16
demonstrate [1]  21/3
depends [2]  7/2 28/4
depositions [1]  8/17
derivative [1]  24/9
description [2]  21/12 21/12
detail [2]  19/16 21/14
detailed [1]  21/1
determination [3]  10/9 11/14 35/18
determinations [2]  12/4 12/6
determine [3]  22/5 28/5 35/12
determining [1]  24/3
DGC [1]  1/5
dictated [1]  31/11
did [13]  5/2 8/6 8/12 9/4 9/5 11/10
13/17 13/25 19/20 20/20 26/5 27/5
34/3
didn't [4]  6/15 10/13 13/5 20/6
different [5]  4/1 20/8 26/1 31/25 32/25
direct [1]  4/17
disaffirm [1]  33/20
discovered [1]  13/4

**D**

discovery [5]  8/6 8/13 8/15 9/4 9/6
discretion [3]  11/12 14/1 21/5
disingenuous [1]  34/20
dismiss [1]  15/5
dismissing [1]  14/1
display [1]  7/22
displayed [1]  34/6
displays [1]  3/17
distribute [1]  7/22
distributed [1]  4/13
district [7]  1/18 1/19 10/5 11/8 21/4
  32/22 33/17
do [13]  5/1 8/1 9/12 9/18 10/5 12/19
  13/2 17/6 29/16 32/8 33/22 35/1 37/3
document [1]  28/18
DOE [2]  1/12 29/6
Doe 1 [1]  29/6
does [12]  4/8 4/20 4/22 10/10 23/22
  26/10 29/4 29/15 30/15 33/6 33/10
  34/23
doesn't [9]  7/12 8/21 10/4 11/2 11/4
  18/8 29/1 29/25 35/3
doing [1]  12/14
don't [19]  4/10 6/2 8/23 9/12 10/8 10/19
  10/22 10/24 12/11 17/1 20/14 20/15
  20/16 21/6 26/24 28/1 28/15 30/2 35/9
done [1]  3/4
down [6]  11/21 12/4 13/11 13/14 13/14
  20/23
during [1]  8/17
duties [1]  5/11

**E**

e-mail [1]  15/13
each [2]  4/17 15/6
earlier [1]  16/18
easiest [1]  5/13
effect [1]  25/8
egos [1]  15/6
either [1]  29/3
employed [1]  37/8
employee [1]  37/8
encompass [1]  25/22
end [2]  19/13 36/4
enforceable [2]  25/4 29/8
enforced [1]  25/13
England [1]  31/11
English [3]  31/3 31/4 31/5
ensures [1]  4/18
entered [3]  14/3 14/8 18/14
entities [5]  12/18 19/4 24/8 25/24 26/2
entitled [1]  14/12
entity [1]  4/4
equally [1]  28/3
ERICA [2]  2/7 13/23
ESQUIRE [2]  2/3 2/7
establish [1]  16/22
established [1]  10/16
establishing [1]  9/7
even [2]  15/3 28/15
eventually [1]  15/25
ever [1]  22/14
everybody [8]  18/17 18/17 18/20 18/23
  18/23 18/25 31/12 32/7
everything [2]  22/15 22/20
evidence [18]  7/14 8/25 9/11 9/13
  10/23 11/22 13/1 16/7 16/19 16/22
  16/23 17/19 19/17 19/20 19/22 19/24
  21/1 21/9

exactly [4]  4/8 6/23 7/8 33/9
excerpts [1]  29/14
exclusively [1]  24/23
excuse [1]  35/16
EXHIBITS [1]  2/19
explain [1]  6/4
explicitly [1]  9/18
expressed [1]  24/13
expressly [3]  15/7 21/23 22/24
extent [1]  10/10
extraordinary [2]  25/13 25/14

**F**

F.2d [1]  27/12
face [1]  9/1
fact [5]  10/7 15/3 15/5 19/22 29/25
factory [2]  31/4 31/8
factual [2]  8/12 29/11
family [1]  15/25
fantastic [1]  7/20
Farrow [17]  14/19 14/22 22/4 22/7 23/9
  25/5 25/20 25/25 26/3 26/13 26/24
  27/2 27/5 28/20 29/5 30/22 35/2
Farrow's [1]  28/12
federal [6]  24/21 25/2 25/7 28/21 29/2
  29/6
fell [1]  26/7
figure [2]  22/17 25/3
figures [1]  10/8
filed [2]  9/17 9/20
finally [1]  19/12
financially [1]  37/9
find [2]  11/10 11/19
finding [3]  11/11 11/16 27/11
FINK [1]  2/8
FIRM [1]  2/4
first [2]  28/2 35/6
fit [1]  31/19
fits [1]  16/5
five [1]  3/8
FLOOR [1]  2/9
follows [2]  1/24 3/4
footnote [1]  30/25 32/17 33/1 33/6
foregoing [1]  37/4
foreign [2]  24/23 28/25
formerly [1]  1/11
forum [30]  10/6 11/15 14/2 14/4 14/13
  14/17 14/21 14/25 22/10 22/13 23/7
  24/18 24/22 25/4 25/9 25/12 25/22
  26/15 27/25 28/2 28/14 29/8 31/9
  32/20 33/8 33/21 35/4 35/13 35/16
  35/19
forum-selection [25]  11/15 14/4 14/13
  14/17 14/21 14/25 22/10 22/13 24/18
  24/22 25/4 25/9 25/12 25/22 26/15
  27/25 28/2 28/14 29/8 31/9 32/20 33/8
  33/21 35/4 35/16
forward [1]  21/10
found [5]  5/5 5/17 22/1 23/12 23/13
free [1]  4/2
FREEMAN [3]  2/3 2/4 3/6
fulfillment [1]  26/8
full [3]  20/7 34/12 34/13
full-length [2]  34/12 34/13
function [2]  4/8 30/13
further [3]  11/22 25/19 37/7

**G**

GARY [1]  1/21
generated [1]  13/12

get [14]  15/11 17/6 18/1 18/2 18/4 18/5
  18/7 20/20 26/14 27/20 32/2 34/18
  35/8 35/9
get-go [6]  15/11 18/1 18/2 18/4 18/5
  18/7
gets [3]  23/18 34/21 34/23
getting [3]  17/13 17/15 23/9
GIM [38]
GIM's [2]  9/19 9/25
GLASER [1]  2/8
GLP [1]  1/9
go [16]  9/3 11/13 15/11 18/1 18/2 18/4
  18/5 18/7 22/15 26/25 32/21 33/7
  33/14 34/18 35/12 35/18
goes [3]  23/18 33/9 33/11
going [4]  19/6 22/15 31/13 35/11
Good [1]  13/22
got [7]  8/10 25/18 30/2 30/12 35/12
  35/17 35/18
granted [1]  8/15
grounds [2]  19/10 21/17
guess [4]  9/3 9/22 24/6 28/22

**H**

had [9]  3/3 8/4 10/16 15/13 16/19
  18/18 19/23 20/5 33/25
hand [2]  5/23 37/19
Hang [1]  28/17
happen [3]  11/6 11/7 13/17
happened [1]  34/2
happens [2]  4/3 23/17
has [9]  3/22 5/15 10/18 17/11 22/6
  22/18 32/8 33/18 37/12
have [20]  5/25 6/1 7/25 8/23 8/23 8/25
  10/20 10/23 11/20 17/1 17/11 19/7
  20/6 21/5 22/15 24/8 24/9 28/23 31/19
  37/10
he [1]  8/20
he's [1]  8/23
hear [1]  11/22
hearing [1]  1/23
heat [3]  31/6 31/6 31/15
helpful [1]  5/1
here [18]  5/16 6/13 7/9 9/22 10/9 14/2
  15/1 15/7 16/18 17/7 21/17 22/6 22/12
  24/8 25/15 26/11 26/20 28/22
here's [2]  8/3 9/16
hereby [1]  37/3
hereto [1]  37/9
Holland [3]  14/18 26/5 28/12
Honor [14]  14/10 14/14 15/17 16/2 16/9
  16/18 17/22 18/1 19/8 22/23 24/1
  27/4 27/13 29/5
HONORABLE [3]  1/19 1/20 1/21
Honors [1]  13/23
housed [1]  4/1
how [4]  16/5 26/10 30/2 30/3
HOWARD [1]  2/8
however [1]  19/4
Hyosung [1]  25/7

**I**

I'd [1]  13/18
I'm [9]  10/23 13/18 23/23 26/23 27/11
  27/15 27/16 30/3 35/20
I've [1]  25/18
if [27]  3/8 4/6 5/5 5/6 7/9 8/11 9/11
  10/1 11/7 11/13 11/13 11/18 12/10
  16/8 19/6 20/23 22/8 22/14 22/16
  23/17 24/5 28/5 28/24 29/24 33/25

**I**

if... [2] 34/3 35/10
illegally [2] 4/13 4/13
illegally-obtained [1] 4/13
images [1] 7/23
impartiality [1] 37/13
implied [4] 11/23 12/8 12/8 24/14
important [4] 20/19 21/15 22/23 25/10
impossible [2] 5/20 6/17
in [84]
INC [3] 1/8 1/9 2/4
INDEX [1] 2/11
INDEX.............................................2
  [1] 2/14
indicated [1] 22/18
individual [1] 1/10
individually [4] 1/7 1/9 1/10 1/12
infringement [3] 22/6 24/3 26/21
infringing [1] 22/3
instituted [1] 14/7
instructs [2] 22/8 25/11
intellectual [2] 5/21 7/5
intend [1] 12/11
intended [2] 16/24 22/19
intent [1] 20/13
interest [1] 37/12
interested [1] 37/9
interesting [1] 36/1
International [1] 1/22
interpret [1] 22/17
interpretation [2] 28/6 28/25
interpreted [1] 23/19
interpreting [4] 22/7 22/8 23/11 28/22
into [11] 6/10 6/24 10/8 13/18 14/3
  14/9 18/14 26/15 31/19 34/21 34/23
introduced [2] 1/24 28/24
invoke [6] 14/17 14/20 14/25 22/13
  24/10 28/14
involve [1] 30/13
involved [1] 12/18
involvement [1] 30/10
is [97]
isn't [3] 9/13 23/4 35/9
issue [8] 5/13 5/14 8/12 9/6 11/5 12/21
  23/15 33/7
issues [4] 3/12 3/22 11/23 16/3
it [78]
it's [26] 5/23 6/5 6/20 9/1 9/9 9/13 9/14
  10/1 10/2 10/2 12/12 13/14 17/21
  18/20 21/2 21/3 21/15 22/14 22/15
  22/16 22/23 22/25 23/21 30/14 33/14
  34/19
items [1] 22/19
its [9] 4/6 13/25 15/8 15/12 15/12 20/21
  21/5 21/24 33/18

**J**

JOHN [1] 1/12
Jones [1] 29/5
Judge [1] 1/22
Judges [1] 1/21
July [1] 37/19
just [7] 4/5 23 13/17 17/14 22/20
  23/12 28/7

**K**

KATZMANN [1] 1/21
key [2] 3/12 6/7
KIM [1] 1/20
kind [8] 17/12 19/5 20/2 20/7 21/11

knew [1] 31/12
know [9] 8/9 10/24 16/25 18/21 21/18
  21/19 23/24 24/19 30/2
knowledge [1] 8/24
KOONAR [7] 1/10 15/19 16/1 19/14
  19/20 29/15 29/19

**L**

landed [1] 19/13
language [7] 3/15 7/16 27/2 27/10
  28/16 32/6 33/2
large [1] 14/15
last [1] 33/6
law [20] 2/4 5/21 6/17 12/9 14/15 23/5
  23/21 24/2 24/21 24/23 25/2 25/7
  28/21 28/25 29/1 29/2 29/7 35/9 35/14
  35/15
laws [1] 25/1
lawsuit [1] 10/8
leaves [1] 12/21
legal [5] 3/17 6/3 14/5 19/5 31/20
legitimate [1] 20/24
length [2] 34/12 34/13
Let [1] 27/20
liability [3] 1/3 23/5 35/17
license [8] 4/18 5/23 6/6 6/8 12/8 12/9
  16/5 18/15
licensed [3] 20/12 22/20 23/2
licensee [2] 6/12 16/11
licensees [1] 24/14
licenses [3] 6/1 6/2 11/23
like [5] 3/7 7/12 13/18 17/11 18/16
limited [4] 1/3 1/6 1/11 36/2
litigated [1] 23/20
little [1] 7/14
LLC [2] 1/2 2/8
located [1] 14/7
logical [1] 31/19
logs [3] 13/9 13/15 19/23
look [12] 5/3 5/5 5/7 6/21 7/12 7/20
  9/17 12/13 13/9 13/10 33/14 35/8
looking [2] 30/6 30/22
looks [1] 11/25
LOON [2] 2/7 13/23
LOS [1] 2/9
lose [1] 23/19
lot [1] 25/1
lower [2] 13/25 15/3
LTD [1] 1/11

**M**

made [3] 17/24 17/25 37/17
magic [1] 18/16
mail [1] 15/13
maintains [1] 4/23
major [1] 7/21
make [3] 12/5 16/24 35/18
making [1] 35/6
Manetti [19] 14/19 14/22 22/4 22/7
  23/9 25/5 25/20 25/25 26/3 26/13
  26/24 27/2 27/5 28/12 28/20 29/5
  30/22 33/1 35/2
Manetti-Farrow [17] 14/19 14/22 22/4
  22/7 23/9 25/5 25/20 25/25 26/3 26/13
  26/24 27/2 27/5 28/20 29/5 30/22 35/2
Manetti-Farrow's [1] 28/12
manifestation [1] 19/5
many [1] 3/16
MARGARET [1] 1/20

Marine [1] 25/11
material [1] 34/8
matter [2] 28/23 30/4
matters [1] 30/5
may [3] 3/5 3/9 16/12
Maybe [1] 6/3
McKEOWN [1] 1/20
McLANE [1] 1/20
me [12] 7/12 20/23 27/1 27/5 27/20
  28/7 29/20 35/16 37/5 37/6 37/14
  37/17
mean [8] 7/3 8/21 8/22 17/10 19/9
  26/19 28/20 34/19
means [2] 10/1 34/18
meant [2] 12/2 12/23
meets [1] 4/24
merits [2] 34/22 34/24
met [1] 4/19
Michigan [1] 1/9
mind [1] 10/12
minutes [1] 3/8
misleading [1] 20/3
money [1] 8/1
more [1] 21/1
morning [2] 13/22 36/3
motions [2] 10/14 15/5
move [1] 5/7
movies [1] 34/13
Mr. [2] 29/15 29/19
Mr. Koonar [1] 29/15 29/19
much [1] 35/22
MULTIMEDIA [2] 1/2 3/7
multiple [3] 9/2 19/10 19/12
must [2] 14/6 28/5
MXN [1] 1/11
my [11] 3/6 3/8 7/11 9/3 10/2 20/18
  24/1 24/4 35/20 37/6 37/19
myriad [1] 34/7

**N**

name [1] 3/6
nature [1] 31/23
necessary [1] 4/9
need [1] 21/9
needed [1] 16/22
needs [4] 13/11 13/14 19/4 22/16
NETMEDIA [2] 1/8 5/19
Nevada [1] 1/2
never [2] 13/7 34/2
next [3] 7/10 11/24 32/4
Nextrade [2] 25/6 29/5
NINTH [5] 1/1 14/15 21/16 21/20 25/1
no [31] 1/3 1/5 3/22 8/14 9/6 9/10
  10/18 10/18 10/18 10/21 11/12 11/19
  12/7 12/8 12/12 12/17 12/25 15/1
  21/14 22/5 26/3 28/7 28/7 28/24 29/12
  30/12 32/11 33/5 37/3 37/10 37/24
non [9] 10/6 14/2 14/24 26/18 26/19
  27/24 28/10 32/19 32/23
non-parties [6] 14/24 26/18 27/24
  28/10 32/19 32/23
noncontract [2] 26/14 26/16
NONE [1] 2/20
nonexclusive [1] 6/5
nonsignatories [3] 14/16 14/20 26/4
nontransferable [3] 6/6 6/8 16/4
nor [1] 37/9
normally [1] 17/2
not [47]
note [1] 28/2

**N**

nothing [1] 32/8
now [8] 3/25 10/12 13/2 13/5 13/18 15/14 33/20 34/14

**O**

obtained [1] 4/13
occur [1] 11/10
occurred [1] 22/6
off [4] 5/23 11/15 13/12 29/25
oh [3] 19/24 21/18 35/9
Okay [8] 9/15 20/1 26/10 27/21 27/22 28/11 30/18 34/25
omitting [1] 20/6
on [43]
one [16] 4/19 4/24 6/12 7/22 7/23 7/24 8/25 9/20 16/4 16/25 21/10 28/17 28/24 29/10 32/1 34/16
only [12] 3/17 4/24 6/8 6/12 9/20 18/11 22/18 22/25 28/8 33/24 34/2 34/6
op [2] 5/3 16/21
operate [1] 4/11
operated [1] 4/2
operates [1] 3/23
operation [2] 4/16 12/18
operations [2] 3/14 30/11
operators [2] 4/12 34/11
opposed [2] 23/6 33/2
opposition [1] 15/4
options [1] 11/20
or [39]
oral [3] 1/15 10/23 16/20
orally [1] 10/25
order [2] 15/9 33/18
original [1] 37/14
originating [1] 23/1
other [14] 4/17 7/23 7/24 8/22 9/9 9/21 12/17 15/6 17/11 19/20 25/6 26/13 31/19 34/7
otherwise [2] 8/12 37/9
our [2] 9/8 10/15
out [9] 5/23 8/5 9/7 14/6 16/14 22/17 25/3 32/12 34/12
outcome [1] 37/10
outlined [1] 4/15
over [3] 5/7 13/6 29/22
own [5] 10/11 10/15 18/8 29/25 30/15
owned [6] 4/2 15/18 15/23 15/25 15/25 29/21
owner [1] 15/14
owners [3] 4/12 15/17 34/11
owns [5] 3/16 18/11 29/12 29/17 30/12

**P**

page [3] 29/13 29/14 29/19
paid [3] 13/12 20/20 33/25
pair [1] 6/12
parent [1] 16/13
part [4] 27/4 27/7 27/21 30/19
partial [1] 21/11
participants [4] 27/23 28/13 30/24 32/18
particular [4] 11/5 14/18 14/21 19/1
parties [23] 5/9 9/18 12/1 12/10 14/22 14/24 15/24 17/22 19/1 23/14 26/18 27/23 27/24 28/10 30/13 32/9 32/18 32/19 32/23 33/11 37/8 37/11 37/18
partnership [14] 3/16 3/19 3/21 3/24 4/15 5/11 12/3 12/13 12/19 12/24 13/6 30/6 34/15 35/5

parts [1] 32/9
party [14] 5/6 11/23 12/9 12/11 12/12 24/15 28/13 30/10 31/13 31/21 32/1 32/2 33/15 35/7
past [2] 23/9 35/20
Patricia [2] 37/2 37/21
pay [2] 33/19 34/5
pay-per-view [1] 34/5
Pay-per-view.com [1] 33/19
per [4] 23/6 24/19 33/19 34/5
performance [1] 19/22
permitted [1] 16/15
persons [1] 37/11
piece [1] 8/25
piracy [2] 13/11 13/13
pirated [1] 33/25
place [2] 13/8 29/2
plaintiff [3] 1/4 2/2 31/2
plaintiff's [1] 31/7
Plaintiff-Appellant [2] 1/4 2/2
plaintiffs [1] 9/23
please [1] 3/5
plural [1] 16/16
plus [1] 21/7
point [13] 7/20 8/7 8/11 9/7 11/20 13/13 16/10 16/14 27/1 27/5 28/19 29/10 29/11
Poof [1] 18/17
Porn.com [14] 1/6 1/8 1/11 3/15 3/22 4/12 4/16 4/24 13/4 15/15 30/16 34/7 34/12 34/14
portion [1] 33/6
position [4] 19/12 27/3 27/8 28/13
positions [1] 19/14
possibly [1] 21/4
post [1] 15/10
posting [1] 15/12
precise [1] 27/10
prevails [1] 28/21
problem [1] 6/14
proceedings [4] 1/23 2/16 3/3 3/3
PROCEEDINGS.....................................
.......3 [1] 2/15
program [2] 18/12 18/13
programs [1] 29/18
promotional [2] 34/4 34/8
proof [2] 21/2 21/7
property [2] 5/21 7/5
proposition [2] 14/19 26/14
protected [2] 12/2 12/24
protections [2] 5/10 32/3
provide [2] 34/18 37/17
provided [5] 3/18 22/25 34/5 34/9 37/5
provides [2] 4/19 18/12
pursuant [1] 3/19
put [7] 9/11 16/19 19/17 19/20 19/23 29/1 34/13

**Q**

question [15] 7/10 7/12 7/15 8/4 9/3 10/4 15/1 23/5 24/18 25/19 25/19 26/7 28/8 28/22 32/4
questioned [1] 10/15
questions [1] 31/25
quite [1] 21/3
quote [1] 18/18
quoted [1] 6/22

**R**

range [6] 27/13 27/22 28/13 28/16

30/24 32/18
rationale [1] 31/18
read [2] 20/7 25/24
really [7] 6/6 6/15 7/15 11/19 21/19 25/14 34/19
rearrangement [1] 19/6
reasons [1] 24/16
rebuttal [2] 3/8 13/19
recall [1] 8/20
receive [5] 5/10 7/25 34/3
received [1] 34/9
reconcile [1] 6/9
record [7] 12/5 12/7 20/25 21/2 21/17 29/13 29/14
recording [3] 3/2 36/4 37/5
referred [1] 30/23
relate [1] 26/11
related [19] 14/23 15/2 19/2 22/3 23/14 23/15 24/9 24/12 25/24 26/1 28/9 32/5 32/6 32/8 32/12 32/23 33/1 33/3 33/7
relating [2] 14/6 28/8
relationship [4] 4/14 31/23 32/24 33/11
relative [1] 37/7
reliance [1] 25/20
relinquish [1] 37/14
relinquishes [1] 6/25
rely [2] 4/10 9/25
relying [2] 25/21 32/7
remember [5] 19/9 20/20 21/16 22/23 25/10
REMEMBERED [1] 1/17
Reporter [2] 37/3 37/24
represent [1] 3/6
representations [1] 10/11
represented [1] 13/16
Republic [1] 1/7
require [1] 28/5
requires [2] 37/14 37/17
reserve [2] 3/8 13/19
respond [1] 33/22
respondents [1] 13/24
rest [1] 9/23
restatement [1] 6/22
retained [2] 6/14 6/16
revenue [2] 13/12 18/13
reviews [1] 28/18
Rice [2] 37/2 37/21
Richardson [1] 8/16
right [27] 3/10 6/21 7/5 7/6 7/19 7/25 8/18 10/2 11/17 13/20 14/8 15/15 17/17 18/10 21/21 22/22 24/11 26/8 26/9 29/2 30/8 31/24 32/9 32/15 32/15 33/12 34/3
rights [18] 5/10 5/15 5/18 5/21 6/15 6/16 6/16 7/1 7/17 7/17 7/22 8/2 9/19 9/25 17/9 17/15 19/6 19/15
rule [1] 28/24
ruling [1] 30/25
running [1] 12/15

**S**

SAGAN [6] 1/6 5/19 15/14 15/16 15/18 36/2
said [5] 7/16 18/22 23/10 28/21 31/9
same [3] 4/8 5/2 29/2
saw [1] 19/25
say [9] 8/1 9/19 11/2 12/25 25/21 30/12 31/18 32/21 34/16
saying [2] 13/10 22/12
says [13] 6/23 9/1 10/25 14/16 16/14

**S**

says... [8]  27/13 28/2 28/24 30/23
 32/17 33/18 35/14 35/15
scope [1]  25/8
SEAL [1]  37/19
second [3]  6/14 16/6 28/17
section [7]  6/23 12/16 14/4 16/10 21/25
 22/24 26/22
sections [1]  20/7
see [9]  5/5 5/7 6/3 7/13 17/2 26/24
 28/1 28/15 35/20
seem [1]  25/20
seems [2]  28/7 28/19
selecting [1]  24/23
selection [25]  11/15 14/4 14/13 14/17
 14/21 14/25 22/10 22/13 24/18 24/22
 25/4 25/9 25/12 25/22 26/15 27/25
 28/2 28/14 29/8 31/9 32/20 33/8 33/21
 35/4 35/16
self [1]  21/11
self-serving [1]  21/11
send [2]  11/21 12/3
separate [3]  3/21 3/25 19/3
separation [1]  3/13
series [1]  19/13
service [1]  37/17
SERVICES [1]  1/8
serving [1]  21/11
several [1]  10/14
Seychelles [1]  1/7
SHAPIRO [1]  2/8
share [1]  18/13
shoes [4]  5/16 6/10 6/12 6/24
should [11]  10/7 22/10 23/10 24/21
 25/2 25/12 25/22 27/24 29/7 32/2
 32/19
show [1]  21/9
showed [1]  20/9
side's [1]  9/9
signatory [3]  14/23 23/25 25/16
simply [2]  13/17 33/20
simultaneously [1]  5/19
singular [2]  5/24 6/21
site [6]  4/2 15/10 15/10 15/13 15/17
 20/11
sites [1]  15/21
Skype [3]  13/9 13/15 19/23
so [36]  5/16 5/24 6/1 6/11 6/15 7/13
 8/8 8/24 9/3 10/7 11/6 11/13 11/18
 18/14 19/4 23/17 23/25 24/5 25/18
 26/6 26/10 26/18 29/1 29/24 30/5
 31/16 31/18 32/23 32/25 33/23
software [1]  18/11
solve [1]  10/4
some [7]  7/15 17/2 17/12 19/5 25/6
 28/24 31/19
somebody [1]  35/10
something [1]  21/19
sorry [2]  27/16 27/16
sort [1]  21/11
SOUTH [1]  2/4
SPENCER [2]  2/3 3/6
stand [2]  14/19 26/13
standing [1]  24/10
state [4]  25/2 29/6 37/2 37/24
stated [1]  16/18
statement [4]  29/12 33/1 33/23 35/2
states [6]  1/1 1/18 1/22 14/5 16/11
 22/25

stating [1]  21/13
steel [5]  31/1 31/2 31/4 31/7 31/13
step [3]  5/16 6/10 11/24
steps [1]  6/24
sticks [1]  5/22
still [3]  19/3 19/4 26/23
stole [1]  34/12
stop [1]  23/10
story [1]  20/8
streaming [2]  4/20 4/22
styled [1]  1/23
subcontract [1]  31/14
subcontracted [1]  31/5
subcontractor [2]  31/8 31/11
subject [4]  17/4 27/25 32/20 35/7
submit [1]  13/5
submitted [1]  36/2
subsidiary [1]  16/13
substantial [1]  37/13
sued [1]  31/8
sufficient [4]  16/7 16/23 22/12 24/6
sufficiently [2]  24/8 28/9
suit [1]  14/1
support [2]  21/14 24/20
supported [1]  21/17
supports [2]  27/2 27/8
supposed [1]  12/14
Supreme [1]  37/24
sure [3]  10/24 27/12 30/3
swept [1]  26/15

**T**

TACOMA [2]  2/4 2/5
take [2]  13/13 34/14
talking [1]  25/25
tendency [1]  37/13
terms [1]  23/11
thank [3]  3/11 13/21 27/15 29/9 30/20
 35/21 35/23 35/24 36/3
that [177]
that's [31]  6/6 6/17 7/10 7/11 7/20 16/1
 17/13 20/14 21/12 21/19 21/23 22/20
 22/22 24/4 24/11 29/13 29/21 30/1
 30/17 30/23 31/16 32/5 32/15 32/15
 32/25 33/8 34/2 34/24 35/5 35/14
 35/18
their [1]  10/11
them [4]  9/24 15/22 20/5 20/6
themselves [2]  32/9 32/10
then [17]  6/11 7/24 9/12 10/16 11/24
 12/21 16/6 22/9 22/13 22/16 23/19
 24/7 29/1 29/19 31/4 32/4 33/15
there [26]  5/6 6/7 7/15 7/16 8/11 9/18
 9/23 11/12 12/8 12/11 15/1 16/6 16/19
 19/4 19/15 19/18 20/24 20/25 21/13
 22/4 22/4 22/12 23/20 25/14 27/20
 33/16
there's [21]  5/4 5/7 6/8 6/12 7/21 8/24
 10/12 10/16 11/19 12/7 12/17 12/17
 12/25 14/15 21/13 25/1 26/21 29/10
 30/9 31/25 35/17
thereafter [1]  37/5
these [4]  4/24 9/19 19/1 24/7
they [22]  4/10 6/11 9/11 9/25 10/15
 13/1 13/2 13/2 14/8 15/4 15/5 20/15
 20/16 23/13 28/21 29/6 31/8 32/21
 33/15 34/9 34/14 35/10
they're [9]  9/2 9/24 13/5 19/3 24/12
 24/13 24/14 24/14 25/23
thing [1]  17/1

things [2]  6/9 34/16
think [18]  5/1 7/19 8/9 10/8 12/7 16/3
 16/5 20/14 20/15 20/16 20/22 21/6
 21/8 23/8 31/24 33/5 33/8 35/1
third [12]  5/6 11/23 12/9 12/11 12/12
 24/15 30/10 30/13 31/1 31/13 31/21
 33/15
third-party [9]  5/6 11/23 12/9 12/12
 24/15 30/10 31/13 31/21 33/15
this [46]
those [13]  3/18 6/9 6/25 8/1 9/18 12/4
 12/5 13/7 13/15 14/24 16/8 24/15
 34/13
thought [2]  8/11 18/22
three [4]  4/18 4/22 5/19 7/21
through [4]  15/8 22/15 34/5 34/10
time [4]  8/8 13/18 20/21 35/20
times [2]  19/12 20/10
timing [1]  8/10
today [1]  4/8
told [1]  20/8
took [3]  8/14 13/7 19/14
tort [1]  26/7
Trade [1]  1/23
trademark [1]  7/24
Trafficforce [7]  4/4 4/9 4/9 4/10 4/21
 4/25 18/12
Trafficforce.com [1]  1/9
transaction [4]  12/1 27/23 30/24 32/18
transactional [1]  32/2
transactions [1]  27/14
transcribed [1]  37/5
TRANSCRIBER.........................37 [1]
 2/17
transcript [4]  1/15 37/4 37/15 37/15
treated [1]  23/2
trial [6]  5/4 5/17 5/24 8/4 11/13 11/21
troublesome [1]  16/4
true [11]  3/13 7/4 29/13 30/1 30/14
 30/17 30/19 33/24 34/3 34/24 37/4
truly [1]  20/23
trust [1]  15/25
try [2]  13/2 13/2
trying [2]  13/5 31/17
two [7]  4/20 6/9 11/20 16/3 31/25 34/16
 34/17
type [2]  5/9 12/23
types [2]  7/21 26/1

**U**

ultimately [1]  28/20
uncontroverted [1]  9/13
under [11]  5/11 6/17 11/24 12/24 16/21
 20/12 22/4 23/3 23/5 23/20 28/25
underlying [1]  22/9
underneath [1]  5/20
understand [4]  7/6 9/10 10/3 31/11
understanding [3]  3/12 24/1 24/4
understood [2]  20/10 20/19
unequivocal [1]  13/15
unit [1]  5/24
UNITED [3]  1/1 1/18 1/22
unquote [1]  18/18
until [2]  10/14 10/14
up [3]  10/14 13/13 29/11
us [11]  8/16 12/3 12/21 22/14 23/20
 23/21 24/1 24/2 25/2 29/1 36/1
use [2]  7/23 25/2
used [2]  18/13 29/7
utilization [1]  4/25

**U**

utilize [1]  4/4
utilized [1]  4/21

**V**

vague [1]  7/15
VAN [2]  2/7 13/23
variety [1]  29/17
various [2]  18/14 24/7
vast [1]  3/13
versus [3]  5/3 26/20 36/1
very [5]  7/13 21/8 23/15 35/22 36/1
video [1]  4/2
videos [3]  7/23 13/3 34/13
view [2]  24/19 34/5
view.com [1]  33/19
vis [2]  33/12 33/12
vis-à-vis [1]  33/12

**W**

want [6]  13/11 27/5 29/10 30/11 33/22
34/14
WARDLAW [1]  1/20
was [41]
WASHINGTON [1]  2/5
wasn't [2]  8/22 20/3
way [11]  3/23 6/9 20/17 20/19 22/5
25/24 29/3 33/24 34/2 34/7 34/17
we [28]  6/22 8/14 8/16 9/5 10/15 10/19
10/22 11/13 13/11 17/1 17/6 19/9
19/17 19/23 19/23 21/21 21/22 21/22
23/10 23/10 24/8 25/5 26/12 28/4
28/23 32/21 34/16 34/18
we're [3]  11/9 23/8 36/2
we've [1]  30/12
website [7]  3/14 3/25 4/6 4/6 4/11
22/21 23/2
websites [13]  3/17 3/18 4/21 4/23
12/15 18/9 18/14 29/12 29/18 29/21
30/1 30/12 34/8
WEIL [1]  2/8
well [18]  6/18 7/2 7/11 8/3 8/14 9/25
11/9 18/25 19/17 20/4 20/9 21/8 22/11
25/6 27/7 28/11 30/5 33/10
went [2]  11/7 34/12
were [14]  3/3 4/6 5/9 7/18 8/2 13/4
15/4 15/5 21/22 22/2 22/2 22/19 23/13
26/1
what [28]  5/17 7/8 7/17 8/2 9/17 10/5
10/24 11/6 11/7 13/2 17/12 17/12
17/14 18/4 18/6 19/20 20/9 20/22
22/11 23/17 24/20 27/21 29/15 31/16
31/17 33/9 35/14 35/14
what's [2]  7/3 32/13
whatsoever [1]  19/16
when [14]  5/14 6/21 7/20 8/4 9/16
12/13 13/9 14/22 17/23 18/14 20/5
20/6 33/13 35/5
where [11]  4/21 17/6 17/18 17/18
17/19 21/4 23/9 24/21 25/15 26/24
32/5
WHEREUPON [1]  3/2
whether [21]  5/3 5/8 10/6 10/11 10/25
11/25 12/22 22/5 22/18 23/6 25/3 26/7
28/3 28/4 28/8 29/7 30/9 35/6 35/12
35/15 35/16
which [14]  5/4 9/1 9/22 11/25 14/3
14/24 16/11 17/9 22/14 27/2 27/4 31/1
31/11 34/6
whom [2]  10/18 10/18

why [4]  6/19 9/16 14/11 31/18
will [1]  21/24
within [1]  26/8
without [4]  16/12 17/15 19/16 22/6
WITNESS [1]  37/19
words [1]  8/22
work [3]  12/15 15/8 21/24
worked [1]  8/5
working [1]  15/12
would [24]  3/7 4/7 5/1 9/7 9/22 11/6
11/7 12/25 13/1 15/8 16/8 16/10 16/14
17/1 20/24 20/25 21/14 24/2 28/23
29/20 30/4 31/18 31/18 33/24
written [1]  10/20
wrong [1]  35/5

**Y**

Yeah [2]  17/9 28/1
years [2]  21/20 29/22
yes [13]  14/14 15/20 16/9 17/5 19/8
24/25 26/17 26/25 27/9 29/23 30/19
30/21 34/9
you [64]
you're [8]  17/12 17/13 17/14 19/6 22/8
22/11 35/6 35/11
you've [2]  35/12 35/17
your [25]  13/22 14/10 14/11 14/14
15/17 16/2 16/9 16/18 17/15 17/22
18/1 19/8 19/12 21/2 22/22 24/7 24/11
24/19 24/19 25/19 27/3 27/4 27/8
27/13 29/4

# EXHIBIT 5

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

Removed Pending Filing Under Seal

# EXHIBIT 6

1

LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

2

3

4

5

6

### IN THE UNITED STATES DISTRICT COURT

7

### IN AND FOR THE DISTRICT OF ARIZONA

8

9

AMA Multimedia, LLC, a Nevada
limited liability company,

Case No. CV-16-1269-PHX-DGC

10

                                Plaintiff,

11

v.

**DECLARATION OF
M. TARIQ KHAN
IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO
DEFENDANTS' MOTION TO
DISMISS ON BASIS OF
FORUM NON CONVENIENS**

12

Sagan, Ltd., a Republic of Seychelles
company, individually and d/b/a Porn.com;
Cyberweb, Ltd., formerly MXN, Ltd., a
Barbados Company, individually and d/b/a
Porn.com; Netmedia Services, Inc., a
Canadian Company, individually and d/b/a
Porn.com; GLP 5, Inc., a Michigan Company
individually and d/b/a Trafficforce.com;
David Koonar, an individual, *et. al.*,

13

14

15

16

17

18

                                Defendants.

19

20

M. Tariq Khan, under the penalty of perjury, hereby declares:

21

        1.      I am the principal attorney with Khan Chambers, Attorneys-at-Law. I

22

qualified as Barrister in England was called to the Bar of England & Wales in 2003 and I

23

have been an attorney practising in Barbados for 12 years. I was the President of the

24

Barbados Bar Association from 2014 to 2016.

25

26

2. Unless otherwise stated, I have personal knowledge of the facts contained herein this declaration and, if called and sworn as a witness, I could and would competently testify thereto.

3. I represent AMA Multimedia LLC and Adam Silverman in the capacity of defending them in a lawsuit brought in Barbados by GIM Corp, Cyberweb, Sagan, and Netmedia Services for allegations of breach of contract under Claim number Civil Claim Number 600 of 2016. Other than GIM, these person/entities are the Defendants in this U.S. matter, and I will refer to them as "GIM and the Defendants" herein.

4. I have been asked to describe and review the facts and arguments set forth in the Barbados litigation by GIM and the Defendants, as compared to those set forth in the U.S. litigation, specifically with respect to the relationships between the Defendants and the Content Partnership Agreement, which is a licensing agreement executed between AMA and GIM Corp.

5. On April 25, 2016, GIM and the Defendants filed a *Claim Form* in Barbados. A *Claim Form* simply states the nature of the complaint and the relief sought. Attached hereto as Exhibit A is a true and correct copy of the *Claim Form*.

6. In Barbados, to support a *Claim Form*, parties must submit a *Statement of Claim*, which sets both the factual basis and the allegations made in support the *Claim Form*. Attached hereto as Exhibit B is a true and correct copy of the *Amended Statement of Claim* (filed on 28 October 2016).

7. For the record and by way of information, the original Claim Form comprised six (6) Claimants, Cyberweb Ltd, Netmedia Services Inc., Sagan Ltd, GLP 5, Inc. GIM Corp., and, David Koonar. The Claim Form was subsequently amended on 9 June 2016. The Claim was then re-amended on 28 October 2016; on this occasion the Claimants GLP5 Inc. and David Koonar were removed as Claimants.

8.    Both the *Re-Amended Claim Form* and the *Amended Statement of Claim* show no part of the CPA was ever assigned to Defendants here from GIM Corp.

9.    Paragraph 1 of the *Re-Amended Claim Form* states only GIM sues for a breach of its own contractual rights on an Agreement executed between itself and the AMA and, allegedly, Adam Silverman.

10.   Paragraph 3 of the *Re-Amended Claim Form* states the Defendants in this action request a Declaration they can rely on GIM's rights.

11.   Paragraph 5 of the *Re-Amended Claim Form* states the Defendants and GIM want an order restraining both AMA and Adam Silverman, individually, from violating representations and warranties that AMA and Adam Silverman would not undertake any action in conflict with the rights of the CPA, which are "being held by GIM Corp."

12    Under Barbadian law, if GIM had assigned any rights, it would have relinquished their rights to the assignee, and these pleadings would be constructed differently, as GIM would not be the party suing for a breach of their rights under Paragraph 1 of the *Re-Amended Claim Form.*

13.   Kris Richardson signed a *Certificate of Truth* at the end of this filing stating he is "duly authorized" to sign this *Re-Amended Claim Form* on behalf of GIM and the Defendants here.

14.   Kris Richardson then goes on to submit his factual basis in the *Amended Statement of Claim*, once again signing a *Certificate of Truth* that he is duly authorized to make these statements on behalf of, Netmedia, Cyberweb, Sagan, and GIM.

15.   Paragraph 1 of the *Amended Statement of Claim* explains the relationship of the Defendants with one another.

16.   Paragraph 1.2.1 of the *Amended Statement of Claim* shows Netmedia has its own Technical Services Agreement with Cyberweb.

- 3 -

17.   In Paragraph 1.5.1 of the *Amended Statement of Claim*, the Defendants admit that GIM is "aggregator of content" through licensing, with GIM admitting that it gave content to third-parties for their own use on their own websites. This contradicts any argument that these parties were acting as GIM's agents when they distributed any material under the CPA.

18.   Paragraph 2 of the *Amended Statement of Claim* purports to factually state that AMA and Adam Silverman agreed to provide certain web content for distribution by GIM "and its affiliates." This is wrong: The phrase "*and its affiliates*" does not appear in the CPA, nor is it referenced.

19.   Paragraph 4.2 of the *Amended Statement of Claim* purports to factually state that the CPA allowed for GIM "and its affiliates" to stream content provided by AMA. Once again, the phrase "*and its affiliates*" does not appear in the CPA, nor is it referenced.

20.   Nowhere in the CPA does it ever state that rights are being conveyed to GIM "and its affiliates." Rights are only granted to GIM Corp, under a nontransferable license to the Licensee, to use and publish the material on their websites.

21.   The clear implication of these statements is that the Defendants in this action, were permitted to stream the content expressly dictated by the CPA.

22.   Paragraph 4.4 of the *Amended Statement of Claim* purports to factually state why the Defendants and GIM each derive benefits under the CPA. This Paragraph purports to explain their relationship to the CPA.

23.   Paragraph 4.4.1 states Cyberweb derives benefits because their websites are supported by Traffic Force, an advertising management system.

24.   Paragraph 4.4.2 states Sagan provides services to and for the benefit of Cyberweb.

25.     Paragraph 4.4.3 states Netmedia provides services to GIM, Cyberweb, and Sagan. The services Netmedia provide to Cyberweb is through a Technical Services Agreement between these two parties which has already been set out in Paragraph 1.2.1 of the *Amended Statement of Claim.*

26.     Paragraph 4.4.4 states GIM derives benefits under the CPA because it "owns and operates" the Revenue Sharing Program, which the CPA governs.

27.     No party asserts benefits under the CPA as an assignee. The reason is simple: The Defendants believe the CPA expressly granted all parties ("and its affiliates") the right to distribute material. This is wrong.

28.     To illustrate how the Defendants are clearly wrong when determining what this contract is, the Court is invited to look at Paragraph 6.2 of the *Amended Statement of Claim*. The Defendants state factually the "RSA further grants the Claimant GIM Corp the right to use such content in any manner *co consistent with the 'Purpose,'*" This should be treated as an admission that only GIM has this licensing rights, however the phrase "co consistent" is not in the CPA, rather, the license is exclusively granted to GIM to be used "solely for the Purpose." They have intentionally substituted the phrase "solely" with "co consistent". Further, in paragraph 6.2 when they go on to define what the "Purpose" is. They state it is to, "stream and provide downloading of video and audio Content…" however they intentionally ignored the real definition of "Purpose" under the license which is "*Licensee (GIM) can* stream and provide downloading of video and audio Content…" The right to stream the material is clearly and exclusively limited to GIM only. They have simply and deliberately manufactured an intentional misinterpretation of the CPA.

1           29.    The Defendants never assert they are GIM's agent acting under the CPA, or

2 that they are assignees. Rather, they have admitted the contract is still with GIM butthey

3 have argued an interpretation of the CPA that it granted GIM *and* all of the Defendants

4 licensing rights for their own websites. To achieve this interpretation, as set out

5 aforesaid, they have had to insert ("and its affiliates"), change ("co consistent with the

6 Purpose"), and omit and or distort ("Licensee can") language in the CPA.

7

8           I declare under the penalty of perjury under the laws of the United States of

9 America that the foregoing is true and correct.

10          Executed on the 28th day of August, 2018 at Bridgetown in the Island of Barbados.

11

12

13

14 M. Tariq Khan

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT A

# Barbados Amended Claim Form dated June 9, 2016



## AMENDED CLAIM FORM

### Form 1

*(Rule 8.1(4))*

**SUPREME COURT OF BARBADOS**
**IN THE HIGH COURT OF JUSTICE**

**CLAIM NO.** CV 600/2016

**BETWEEN:**

**CYBERWEB LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5 INC**
**GIM CORP**
**DAVID KOONAR**

**AND**

**AMA MULTIMEDIA LLC**
**ADAM SILVERMAN**



DRAWN AND PREPARED BY



**ZARINA KHAN**
**ATTORNEY-AT-LAW**
Prospect Chambers
"Summerland House"
Prospect Road, St James
BB24003, Barbados

**CLAIMANTS**

**DEFENDANTS**

The Claimants, **CYBERWEB LTD** formerly MXN LTD of Coconut Creek House, Derricks in the parish of St. James, Barbados; **NETMEDIA SERVICES INC** of 5060 Tecumseh Rd. East, Windsor, ON Canada; **SAGAN LTD** of Suite 9, Ansuya Estate, Revolution Avenue, Victoria, Mahe, Seychelles; **GLP 5 INC** of 30150 Telegraph Road, STE 444, Bingham Farms, MI, 48025-4549 USA, **GIM CORP** of Coconut Creek House, Derricks in the parish of St. James, Barbados **AND DAVID KOONAR** of Asolo (Treviso – Italy), Via Santa Caterina 35 claim jointly and severally against the Defendants, **AMA MULTIMEDIA, LLC** of Las Vegas, Nevada, USA and **ADAM SILVERMAN** of Las Vegas, Nevada, USA.

## (SET OUT BRIEFLY THE NATURE OF THE CLAIM, ANY SPECIFIC AMOUNT CLAIMED AND ANY OTHER REMEDY SOUGHT FROM THE COURT)

1.      Injunctive relief to restrain anticipatory breach of contract and or breach of the Claimant - GIM CORP- rights in an Agreement entitled Content Partner Revenue Sharing Agreement made between GIM CORP and the Defendants herein on or about the 10th day of September, 2012 ("Content Partner Revenue Sharing Agreement").



2.    A Declaration that the Content Partner Revenue Sharing Agreement is entirely and solely justiciable only in the Courts of Barbados pursuant to Barbados law and without regard to conflicts of laws principles.

3.    A Declaration that all of the Claimants herein are entitled to rely on the rights granted by the Defendants to GIM CORP under the Content Partner Revenue Sharing Agreement.

4.    A Declaration that all of the Claimants herein are, pursuant to the Content Partner Revenue Sharing Agreement, entitled to publicize and or distribute content materials submitted provided to or otherwise made available to the Claimants by the Defendants or either of them, including without limitation, content materials as to which Defendants claim or otherwise assert copyright interests.

5.    An order restraining each of the Defendants from taking any step or further step in the proceedings which they have commenced in Arizona in the United States of America against the Claimants until determination of this suit and or from breaching or otherwise violating representations and warranties that Defendant(s) would not, directly or indirectly, undertake any action (or authorize others to undertake any action) in conflict with the rights of GIM CORP, including those rights held by GIM CORP pursuant to the Content Partner Revenue Sharing Agreement.

6.    Damages for breach of the Content Partner Revenue Sharing Agreement by Defendants.

7.    Interest pursuant to section 35 of Cap 117A;

8.    Costs including costs provided for under the Content Partner Revenue Sharing Agreement.

9.    Further or other relief deemed fit.

(THE FOLLOWING IS TO BE COMPLETED ONLY WHERE THE CLAIM IS FOR A SPECIFIED AMOUNT)

| | $ |
|---|---|
| Amount Claimed | |
| Interest | |
| Court fees | |
| Attorney's Fixed Costs on issue | |
| Total Amount Claimed | |

CERTIFICATE OF TRUTH

I Kris Richardson director of Cyberweb Ltd certifies that all facts set out in this Amende Claim Form are true to the best of my knowledge, information and belief and that I am duly authorized to sign this statement on behalf of all of the Claimants.

Dated the 9 day of June 2016

..................................................
*Claimant's signature*

$100

Sir Garfield Sobers
1936-

Barbados

CERTIFIED A TRUE COPY

...............................................
LEGAL ASSISTANT

Ag.

## NOTICE TO THE DEFENDANT

### See the notes in Form 1A served with this Claim Form.

The Claim Form must contain or have served with it either Statement of Claim or a copy of a court order entitling the Claimant to serve the Claim Form without a Statement of Claim.

If you do not complete the form of Acknowledgement of Service served on you with this Claim Form and deliver or send it to the Registry (address below) so that it is received there within FOURTEEN DAYS of service of the Claim Form on you, the Claimant will be entitled to apply to have judgment entered against you. See Rules 9.2(4) and 9.3(1).

The form of Acknowledgement of Service may be completed by you or by an attorney-at-law acting for you.

You should consider obtaining legal advice with regard to this Claim.

**This Claim Form has no validity if it is not served within twelve months of the date below unless it is accompanied by an order extending that time.**

The court has fixed the                     day of                     20          ,
at               am/pm, as the time and date for a directions hearing in this Claim. You or your representative must attend that hearing, unless the Court dispenses with your attendance, or orders may be made against you in your absence.

You are referred to Part 27, and particularly rule 27.4, of the Rules of the Supreme Court.

The registry is located at the Law Courts, Bridgetown, telephone number 246-426-3461, FAX (246)426-2405. The office is open to the public between 8:15 a.m. and 3:30 p.m. Monday to Fridays except on public holidays.

Dated the                     day of                     2016

The claimant's address for service is that of his attorney-at-law ZARINA KHAN, Attorney-at-Law of and whose address for service is "Summerland House" Prospect Road, Prospect, Saint James, BB 24003; Tel: 622-0050/1; Fax: 438-7266.

**Filed by Zarina Khan,** Attorney at law for the Claimants of and whose address for service is "Summerland House" Prospect Road, Prospect, Saint James, BB 24003; Tel: 622-0050/1; Fax: 438-7266.

# ACKNOWLEDGEMENT OF SERVICE OF CLAIM FORM

## Form 3

(Rules 8.12(1)(a),9.1(2)(a) and 9.2(1)(b))

### SUPREME COURT OF BARBADOS
### IN THE HIGH COURT OF JUSTICE

**CLAIM NO.**   | CV 600/2016 |

**BETWEEN:**                                                                   **CLAIMANT**

**AND**
**DEFENDANT**

**Warning:** If this document is not fully completed, and returned to the Registry at the address below within FOURTEEN DAYS of the claim form on you, the Claimant will be entitled to apply to have judgment entered against you. If he does so you will have no right to be heard by the Court except as to costs or the method of paying any judgment unless you apply to set the judgment aside (and it may not be possible for you to succeed in having it set aside.

1. Have you received the Claim Form with the above Claim Number?                          YES/NO

2. If so, when?                                                                           _/_ /_

3. Did you receive the Claimant's Statement of Claim?                                      YES/NO

4. If so, when?

5. Are your names properly stated in the Claim Form?                                       YES/NO

   If not, what are your full names?

   -------------------------------------------------------------------------------------

6. Do you intend to defend the Claim?                                                      YES/NO

   (If so you must file a Defence within 28 days of service of the Claim Form on you.)

7. Do you admit to the whole claim in the Claim Form?                                       YES/NO

   (If you do you must either

   (a)  pay the claim directly to the Claimant or his attorney-at-law, or;

   (b)  complete the form of application to pay by monthly installments.

   If you pay the whole debt together with the cost and interest as shown in the Claim Form within FOURTEEN DAYS, you have no further liability for costs.)

**FORM 3 – Cont'd**
(Rule 8.12(1)(a) and Part 9)

8.  If you do not admit to the whole of the claim, do you admit to any part of the claim?     YES/NO

    (If you do you may

    (a)  pay the money that you admit direct to the Claimant or his attorney-at-law; or

    (b)  complete the form of application to pay the claim by installments.)

9.  If so, how much do you admit? _____

(If you dispute the balance of the claim you must also file a Defence within TWENTY-EIGHT DAYS of the date of service of the Claim Form, on you or judgment may be entered against you for the whole amount claimed.)

10.  What is your address?  _____

    _____

    _____

11.  What is your address for service?  _____

    _____

    _____

Dated the                              day of                              20

_____
**Attorney-at-Law for Defendant**
**Defendant in person**

The Registry is located at the Law Courts, Bridgetown, telephone number 246-426-3461, FAX (246)426-2405. The office is open to the public between 8:15 a.m. and 3:30 p.m. Monday to Fridays except on public holidays.

**Filed by** (Attorney at law filing the acknowledgement & Full Address)



## DEFENCE AND COUNTERCLAIM

### Form 5

(Rules 8.12(1)(e))

### SUPREME COURT OF BARBADOS
### IN THE HIGH COURT OF JUSTICE

**CLAIM NO.**

**BETWEEN:**

**AND**

I dispute the Claim on the following grounds:

I       [full name of defendant]     certify that I believe that the facts stated in this
Defence are true.

My address for service is:

lephone no.

Dated the      day of       20

Signed _____
            Defendant

**Form 5** – Cont'd

(Rules 8.12(1)(b) and 10.2(1))

We are acting for the defendant, and our address for service is:

Dated the                 day of                              20

Signed _____
                        Attorney-at-Law for the Defendant

The Registry is located at The Law Courts, Bridgetown, telephone number (246)426-3461, FAX (246)426-2405. The Office is open to the public between *8:15* am. and 3:30 p.m. Mondays to Fridays except on public holidays.

## COUNTERCLAIM

I claim against the Claimant
(Set out details of the remedy or relief sought)

on the following grounds:

I     [full name of Defendant] certify that I believe that the facts stated in the Counterclaim are true. My address for service is:

Signed———————————————————————
                        Defendant

Dated the ————————————————————————

[SEE NOTE ON DEFENCE FORM]

We are acting for the Defendant,  and our address for service is:

Signed _____
                Attorney-at-Law for the Defendant

Dated the_____

**Filed by** (specify name and address of Attorney-at-Law or firms of Attorneys-at-Law  filing the Defence)

**Form 5 – Cont'd**

(Rules 8.12(1)(b) and 10.2(1))

NOTES:

(a)  The Defendant may set out his defence in any way he chooses — it is not necessary to use this form.

(b)  The Defendant must:
- state which allegations in the Claim Form he admits;
- which he denies;
- which he neither admits nor denies because he does not know whether they are true; and
- identify any documents which he considers necessary to his cast

(c)  The Defendant must give his reasons for denying any allegations made by the Claimant.

(d)  The Defendant must set out clearly all the facts on which he relies to dispute the Claim and must set out any different version of events on which he relies.

(e)  The Defendant may not be allowed to give evidence about any fact which is not set out in the Defence.

(f)  Where the Defendant wishes to counterclaim he must:
- specify any remedy that he seeks against the Claimant;
- include a short statement of all facts on which he relies; and
- identify any documents which he considers necessary to his case.

(g)  Where the Defendant is represented by an attorney-at-law he must also sign the Form and give his address for service.

(h)  These notes are not exhaustive — see the Rules and particular Part 10

[UNLESS THE FORM OF COUNTERCLAIM IS CLEARLY PART OF THE FORM OF DEFENCE, THESE NOTES WILL NEED TO BE ON BOTH

**SUPREME COURT OF BARBADOS**

**IN THE HIGH COURT OF JUSTICE**

**CLAIM NO.**

> CV600 of 2016

**BETWEEN:**

**CYBERWEB LTD**
**NETMEDIA SERVICES INC**
**SAGAN LTD**
**GLP 5 INC**
**GIM CORP**
**DAVID KOONAR**                                    **CLAIMANTS**

**AND**

**AMA MULTIMEDIA LLC**
**ADAM SILVERMAN**                                  **DEFENDANTS**

**AMENDED CLAIM FORM**

**ZARINA KHAN**
**ATTORNEY-AT-LAW**

# <u>EXHIBIT B</u>

# Barbados Amended Statement of Claim dated October 28, 2016

28 OCT 2016

SUPREME COURT OF BARBADOS

IN THE HIGH COURT OF JUSTICE

DRAWN AND PREPARED BY:

IVAN A. ALERT Esq.
Attorney-at-Law
"Summerland House"
Prospect Road, Prospect,
St. James, BB24003, Barbados
Tel: (246) 425-3862; Fax: (246) 425-3046
Email: ivanalert@caribsurf.com

CLAIM NO.  CV 600/2016

BETWEEN:

CYBERWEB LTD

NETMEDIA SERVICES INC

SAGAN LTD

~~GLP 5 INC~~

GIM CORP

~~DAVID KOONAR~~                                           CLAIMANTS

AND

AMA MULTIMEDIA LLC

ADAM SILVERMAN                                           DEFENDANTS

### AMENDED STATEMENT OF CLAIM

1. The Claimants collaborate to carry on business online on the world-wide-web.

   1.1    The First Claimant, Cyberweb Ltd, is an International Business Company incorporated in Barbados and licensed under the International Business Companies Act CAP   of the Laws of Barbados and having its registered office situate at Coconut Creek House, Derricks in the parish of Saint James in Barbados.

   1.1.1    Cyberweb Ltd is in the owner and/or operator of one or more Internet web sites, which provide inter-alia specific types of entertainment formatted for a defined category of users.

1.2     The second named Claimant, Netmedia Services Inc., is a limited liability company incorporated in Canada and which has its registered office situate at 5060 Tecumseh Road East, Windsor, Ontario Canada.

1.2.1   Netmedia has a technical services agreement with Cyberweb Ltd. pursuant to which it provides certain general services pertaining to maintenance and operation of Cyberweb Ltd. websites

1.3     The Third named Claimant, Sagan Ltd., is a company incorporated in the Seychelles and has its registered office situate at Suite 9 Asuya Estate, Revolution Avenue, Victoria Mahe in the Seychelles.

1.3.1   Sagan Ltd. is the legal owner and/or operator and/or operator of one or more internet web sites which provide inter-alia specific types of entertainment formatted for a defined category of users.

1.4     The Claimant, GIM CORP, is an International Business Company incorporated in Barbados and licensed under the International Business Companies Act CAP   of the Laws of Barbados and having its registered office situate at Coconut Creek House, Derricks in the parish of St James in Barbados.

1.5.1   GIM Corp is an aggregator of content for use on websites. It obtains such content from third parties by purchase or license for distribution via the websites owned and/or operated by the other Claimants as stated herein.

2.   On or about the 10th day of September, 2012 GIM Corp entered into an agreement titled "Content Partner Revenue Sharing Agreement" (hereafter "RSA") with the Defendants whereby the Defendants agreed to provide certain web content for distribution by GIM Corp and its affiliates on websites owned and/or operated by the Claimants as hereinbefore stated at paragraph 1.

2.1 The RSA was entered into in the following manner:

(i)     On the 10th September 2012 at 00:49:09 a.m. the Defendants made an online application for an account with GIM Corp from the IP address 110.142.72.225;

(ii)    GIM Corp sent to the Defendants an Email confirmation on 2012-09-10 00:49:29 of the Defendants' request for the account from the IP address 110.142.72.225;

(iii)   The opening of the account was approved by GIM Corp on the 2012-09-10 at 09:07:36 a.m.

(iv)     The contract was entered into by the Defendant 2012-09-10 at 20:54:40 p.m. by the Defendant logging in and accepting the terms of the contract by utilizing a click through acceptance on the internet.

3.   The RSA formed an integral part of GIM Corp "Revenue Sharing Program" created and operated by the Claimant GIM Corp.

3.1 Agreeing to the RSA was a condition precedent to participation in that Revenue Sharing Program. If the Defendant/customer did not agree to the RSA they were not given access to the revenue sharing program and could not upload their content or materials.

4.   In consideration thereof the Defendants became part of the GIM Corp Revenue Sharing Program and entitled to share in certain of the revenues generated under that Program.

4.1 The RSA and Revenue Sharing Program allowed for the Defendant content owners who had agreed to license their content under the RSA to provide content to GIM Corp and, in exchange for permitting GIM Corp to distribute such content to receive a percentage of certain advertising revenues earned in connection with the display of such content on various websites, including those owned and/or operated by one or more of the other Claimants including the websites referred to in paragraph 1 herein.

4.2 The RSA specifically provided the Licensee and its affiliates thereunder the right to make available for stream or download content provided by the Licensor. Such rights are articulated in the definition of the Purpose of the RSA, which recites as facts the following:

Clause B "Licensee (here, Defendants) desires to provide the Content to end users of a single/(group of) website(s) (the "Website(s)") on the Worldwide Web, who's advertisements are controlled by the Traffic Force Advertising Management System, ("Traffic Force"), at which Licensee can stream and provide downloading of video and audio Content over electronic devices, including without limitation desktop and laptop computers, handheld receivers and wireless phones, to end users.  (the "Purpose"). "

Clause C "Licensor desires to make the Content available to Licensee for use on the Website(s) in order to be eligible to take part in the Content Partner Advertising Revenue Sharing Program (currently located on http://www.paidperview.com), and obtain compensation therewith. "

4.3 The defined term "Websites", as provided above, "includes those websites on the worldwide web, whose advertisements are controlled by the Traffic Force Advertising

Management System, ("Traffic Force"), at which Licensee can stream and provide downloading or video and audio content over electronic devises…(the "purpose")"

4.4 Each of the Claimants, including Cyberweb Ltd., Netmedia Services Inc., and Sagan Ltd. derive benefits under the RSA, including as follows:

4.4.1   The website(s) owned/controlled by Cyberweb Ltd. (and any other Claimant) is supported by an advertising management system - Traffic Force;

4.4.2   SAGAN LTD provides services to and for the benefit of Cyberweb Ltd., including, without limitation, domain name management services.

4.4.3   Claimant Netmedia Services Inc. provides technical programming, design and other services, which may be related to the uploading of content to websites that are supported by an advertising management system - Traffic Force for the benefit of Traffic Force, GIM Corp., SAGAN Ltd., and Cyberweb Ltd.; and,

4.4.4   GIM CORP. owns and operates the Revenue Sharing Program pursuant to which customers, including Defendants, who have agreed to the RSA participate and pursuant to which such customers, including Defendants, benefit from revenues generated from advertisements appearing on the websites owned and/or operated by Claimants which are supported by an advertising management system - Traffic Force.

5.  Subsequent to consenting to the RSA and the creation of their account the Defendants accessed their account using their identification and password and repeatedly uploaded content and received payment for same pursuant to the RSA.

5.1 The Defendants and each of them have uploaded content and received payments under the RSA and they continue to do so. The Defendant or either of them continue to upload content to the Claimants websites and last logged on and uploaded content on the 25th May 2016.

6.  The RSA to which the Claimants will refer as may be necessary for its full terms, meaning and effect, expressly provided inter-alia as follows:

10.5 Choice of Law. This Agreement shall be governed by and construed in accordance with the laws of Barbados, without regard to conflicts of law principles. Any legal action arising out of or relating to this Agreement must be instituted in a court in Barbados and the parties submit to the jurisdiction of any such court. …. If any provision of this Agreement shall be held to be invalid, illegal or unenforceable, the remaining provisions of this Agreement shall not be affected or impaired thereby".

1.  Grant of Licence

1.1     Subject to the terms and conditions set forth in this Agreement, with respect to any and all Content that Licensor submits or provides to Licensee, Licensor grants Licensee a non-exclusive, nontransferrable worldwide license during the Term to use, publish, display, and distribute the Content on the Web site(s), solely for the Purpose.

1.2     Subject to the terms and conditions set forth in this Agreement, Licensor grants Licensee the right to use Licensor's Brand Names and Trade Names for the purpose of the promotion of the Content on the Websites and/or the Program, in advertisements, and press releases. Any such advertisements or press releases shall be made in the sole and absolute discretion of Licensee.

2.  Term and Termination

2.1     Unless terminated earlier pursuant to this Agreement, the term of the Agreement ("Term") shall be for an initial period of one (1) calendar month commencing on the Effective Date. After the expiration of the initial period, or any subsequent Term, this Agreement shall renew for an additional one (1) month period, in perpetuity, unless either party gives notice to the other prior to the expiration of the initial period, or any subsequent Term, of its intention to terminate this Agreement on that expiration date.

6.1 The Content covered under the RSA includes content that is submitted or provided. The breadth of content and sources is further referred to and provided for in clauses 3.9, 4.1, and Exhibit A of the RSA which provide for content that is not submitted directly by the Licensor. Exhibit A also sets out the minimum requirements for content and which expressly includes high resolutions images, high resolution Box Art, fact sheets, a list of actors in each scene etc.

6.2 The RSA further grants the Claimant GIM Corp the right to use such content in any manner co consistent with the "Purpose" which is stated in Background, Paragraph B of the RSA to be to "stream and provide downloading of video and audio Content over electronic devices, including, without limitation, desktop and laptop computers, handheld receivers and wireless phones, to end users."

6.3 Paragraph 1.3 of the RSA grants a broad license to use the brand names and trade names of the customer, including the Defendants, for the purpose of promotion of the Content on the Website(s) and/or the Program, in advertisements and press releases and that any such use shall be made in the sole and absolute discretion of the Claimant GIM Corp.

Paragraph 5.1 reasserts that the Claimant GIM Corp has sole and absolute discretion as to the manner and methodologies applied in maintaining and promoting the Website(s).

6.4 Paragraph 3.2 of the RSA defines the advertising revenues to be shared and is limited to advertisements actually appearing on the Websites. There is no provision for any other revenue sharing.

6.5 Paragraph 6.1 includes a representation and warranty by Defendants stating that "Licensor shall not at any time during the Term of this Agreement do anything or authorize other parties to do anything contrary to the rights licensed to Licensee under this Agreement."

6.6 Paragraph 7.3 contains an express limitation of liability provision, which excludes consequential, incidental, special or indirect damages, unless otherwise prohibited by Bardbados law.

6.7 Paragraph 9 contains a comprehensive confidentiality provision pursuant to which confidential information received from the other must be held in strict confidence.

6.8 Paragraph 10.3 provides that the rights of GIM Corp under the RSA are freely assignable without need of notice or consent.

6.9 Paragraph 10.8 provides that ambiguities shall not be construed against GIM as the drafting party.

6.10    Having regard to the express provisions for Choice of Law under the RSA the Claimants are entitled to and do claim that the RSA is entirely and solely justiciable only in Barbados and that the issue of jurisdiction be determined as a preliminary issue.


7. The Defendants never terminated the RSA and it remained in full force and effect at all material times and the Claimants repeat paragraph 6 hereof.

8. On or about April, 2016 the Defendants threatened in writing to issue a claim in the USA against the Claimants and each of them, alleging infringement of copyright of content materials, brand names and trademarks provided to the Claimants pursuant to the RSA unless the Claimants' paid them the sum of US$2,000,000.00.

9. In breach of the RSA and in particular clause 6.1 and 10.5 thereof the Defendants have since commenced that suit.

9.1 The Defendants have also filed a Notice of Application with Certificate of Urgency in this suit stating at paragraph 6 of the Certificate of Urgency that they filed suit in the state of Arizona, USA and exhibited a copy (KP 1) of the claim as filed.  This action CV 600/2016 was filed on 27 April, 2016. The Defendants suit said to have been filed in Arizona USA was stated as having been filed on 28 April, 2016.

10. By virtue of the Defendants threatened and actual breach of the RSA the Claimants have suffered and are continuing to suffer loss and damage including but not limited to incurring of costs the particulars whereof shall be served prior to or at Case Management for which the Claimants are entitled to and do claim damages together with interest including interest pursuant to section 35 of Cap 117A at such rate and for such period deemed fit.

11. By virtue of the Defendants threatened and actual breach of the RSA the Claimants have suffered and are continuing to suffer loss and damage occasioned by the Defendants' actions and consequential uncertainty as to the Claimants' rights to direct or indirectly use, publish, display and/or distribute the content pursuant to the RSA.

In the premises the Claimants are entitled to and claim the following declaratory and other relief:

i.      A Declaration that the RSA made between GIM Corps and the Defendants herein on 10th September, 2012 is entirely and solely justiciable only in the Courts of Barbados.

ii.     A Declaration that all of the Claimants herein are entitled to rely on the rights granted by the Defendants to GIM Corp under the RSA.

iii.    A Declaration that all of the Claimants herein are entitled to publicize and or distribute Content materials including copyright content materials provided by the Defendants to GIM Corp under the RSA.

iv.     Injunctive relief to restrain the Defendants from taking any further step whatsoever in the proceedings which it has commenced in the United States of America until determination of this suit.

v.      Damages for loss and damage suffered by the Claimants occasioned by the Defendants threatened or actual breach of the RSA

vi.     Interest pursuant to section 35 of Cap 117A at such rate and for such period deemed fit;

vii.    Costs including contractual costs pursuant to the RSA.

viii.   Further or other relief deemed fit.

CERTIFICATE OF TRUTH

*Amended* KR.

I Kristen Richardson director of Cyberweb Ltd certify  that all facts set out in this Statement of Claim are true to the best of my knowledge, information and belief and that I am duly authorized to make this statement on behalf of all of the Claimants.

Dated the   27   day of October 2016

*Claimant's signature*

SUPREME COURT OF BARBADOS

IN THE HIGH COURT OF JUSTICE

CLAIM NO. CV 600/2016

BETWEEN:

CYBERWEB LTD

NETMEDIA SERVICES INC

SAGAN LTD

~~GLP 5 INC~~

GIM CORP

~~DAVID KOONAR~~                                                  CLAIMANTS


AND


AMA MULTIMEDIA LLC

ADAM SILVERMAN                                                   DEFENDANTS



AMENDED STATEMENT OF CLAIM



ZARINA KHAN

ATTORNEY-AT-LAW