# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Sagan Limited, a Republic of Seychelles company, et al.,<br><br>    Defendants. | No. CV-16-01269-PHX-DGC<br><br>**ORDER** |

    Plaintiff has filed a motion to seal Exhibits 2 and 5 to the supplemental memorandum in opposition to Defendants' motion to dismiss pursuant to *forum non conveniens*. Doc. 165.

    **IT IS ORDERED** that Plaintiff's motion to seal (Doc. 165) is **granted**. The Clerk of Court is directed to accept for filing under seal the documents lodged under seal on the Court's docket at Doc. 166. Plaintiff is reminded that unless already having done so, it **must** file a redacted version of all exhibits to the supplemental memorandum in opposition to Defendants' motion to dismiss pursuant to *forum non conveniens* on the public docket**.**

    Dated this 22nd day of October, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge