LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>Sagan Limited, a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb Ltd. formerly MXN Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual*; et al.,*<br><br>Defendants. | Case No.: 2:16-cv-1269-PHX-DGC<br><br>**NOTICE OF APPEAL**<br><br>(Before the Hon. David G. Campbell) |

Notice is hereby given that AMA Multimedia, LLC, Plaintiff in the above-titled action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order Granting Defendants Supplemental Brief in Support of Defendants' Motion to Dismiss Based on *Forum Non Conveniens* (Doc. 171) that was entered on October 24, 2018. This Notice is timely filed pursuant to Rule 4, Federal Rules of Appellate Procedure.

DATED this 26th day of October, 2018.

**MANOLIO & FIRESTONE, PLC**

By: <u>/s/ Veronica L. Manolio</u>
Veronica L. Manolio
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2018, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing. Copies will be transmitted via CM/ECF to the following recipients:

Erica J. Van Loon
Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd.
Los Angeles, CA 90067
evanloon@glaserweil.com
*Attorneys for Defendants*

Valentin Gurvits vgurvits@bostonlawgroup.com
Boston Law Group, PC
825 Beacon St.
Newton Centre, MA 02459
*Attorneys for Defendants*

Spencer Freeman sfreeman@freemanlawfirm.org
Freeman Law Firm, Inc.
1107 ½ Tacoma Ave. S.
Tacoma, WA 98402
*Attorneys for Plaintiff (pro hac vice)*

By: <u>/s/ Janel Rubert</u>