ERICA J. VAN LOON (admitted *Pro Hac Vice*)
evanloon@lathropgage.com
LATHROP GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 789-4600
Facsimile:   (310) 789-4601

*Attorney for Defendants Cyberweb Ltd., David Koonar, Sagan Limited, GLP 5, Inc., and Netmedia Services, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. 2:16-cv-01269-PHX-DGC<br><br>Hon. David G. Campbell<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>**ORAL ARGUMENT REQUESTED** |

30337483

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants Cyberweb Limited, David Koonar, Sagan Limited, and Netmedia Services Inc. (collectively, "Defendants"), by and through their counsel of record, will and hereby do move for an award of attorneys' fees incurred in connection with Defendants' renewed motion to dismiss based on *forum non conveniens*.

The contract governing the parties' relationship (the "CPA") states that "[in] any action or suit brought by a party to enforce the terms of this Agreement, the prevailing party shall be entitled to the payment of reasonable attorneys' fees and costs."  Defendants' renewed motion to dismiss (ECF No. 171) is an "action" to enforce the CPA's forum selection clause, and Defendants prevailed on their motion.  Accordingly, under the plain language of the CPA and Barbados law, Defendants are entitled to their reasonable attorneys' fees incurred in connection with Defendants' renewed motion to dismiss. Defendants request an award in the amount of $78,143.50.

This Motion is made following telephonic consultation with counsel for Plaintiff AMA Multimedia LLC on November 6, 2018, which was conducted in good faith but failed to resolve this dispute.  Declaration of Erica J. Van Loon in Support of Defendants' Motion For Attorneys' Fees, ¶ 2.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the concurrently-filed Declarations of Erica J. Van Loon and Ivan Alert and exhibits thereto, the docket in this matter, and such other authority and arguments that may be submitted by reply or at a hearing.

DATED: November 7, 2018

Respectfully Submitted,

LATHROP GAGE LLP

By: /s/ Erica J. Van Loon
ERICA J. VAN LOON
*Attorneys for Defendants Cyberweb Ltd., David Koonar, Sagan Limited, and Netmedia Services, Inc.*