# EXHIBIT A



ERICA J. VAN LOON
PARTNER
DIRECT: 310.789.4659

MAIN: 310.789.4600
FAX: 310.789.4601
EVANLOON@LATHROPGAGE.COM
LATHROPGAGE.COM

1888 CENTURY PARK EAST, SUITE 1000
LOS ANGELES, CALIFORNIA 90067-1623

September 7, 2018

David Koonar
Philip Bradbury
Netmedia, Services, Inc.
1785 Turner Road, Windsor, ON
N8W 3J9

Kris Richardson
Cyberweb Ltd.
One Welches Building
First Floor
Welches, St Thomas
Barbados

Re: *AMA v. Sagan, et al., Case No. 16-1369-PHX-DGC*

Dear Messrs. Koonar, Bradbury and Richardson:

    We are pleased that you have selected Lathrop Gage LLP (the "Firm") to serve as counsel for Sagan Limited, Netmedia Services, Inc., Cyberweb Ltd., David Koonar, ▇▇▇▇▇ and ▇▇▇▇▇. (collectively, "you" or the "Joint Clients").

    We submit for your approval the following provisions governing our engagement, as well as the additional provisions set forth on the enclosed "General Provisions Relating to Relationships with Clients" (the "General Provisions"). If you have any questions about any of these provisions, or if you would like to discuss possible modifications, please call me.

    1.    <u>Identity of Clients; Scope of Representation</u>.  The Firm's clients, for purposes of this representation, are the aforementioned Joint Clients, and not any of its incorporators, promoters, organizers, shareholders, partners, members, directors, officers, employees, subsidiaries, parents, other affiliates, insureds or insurers, unless expressly specified.



David Koonar
Philip Bradbury
Netmedia, Services, Inc.

Kris Richardson
Cyberweb Ltd.

September 7, 2018
Page 2

      The Joint Clients have engaged the Firm to advise and represent them in connection with the above-mentioned lawsuit. If the Joint Clients' request, and we agree to provide, services with respect to additional matters, the terms of this letter will apply to those additional services, unless superseded by another written agreement between us.





David Koonar
Philip Bradbury
Netmedia, Services, Inc.

Kris Richardson
Cyberweb Ltd.

September 7, 2018
Page 3





David Koonar
Philip Bradbury
Netmedia, Services, Inc.

Kris Richardson
Cyberweb Ltd.

September 7, 2018
Page 4





David Koonar
Philip Bradbury
Netmedia, Services, Inc.

Kris Richardson
Cyberweb Ltd.

September 7, 2018
Page 5



David Koonar
Philip Bradbury
Netmedia, Services, Inc.

Kris Richardson
Cyberweb Ltd.

September 7, 2018
Page 6



We are pleased to have this opportunity to be of service and to work with you.

Very truly yours,

LATHROP GAGE LLP

By: _____
Erica J. Van Loon

The undersigned jointly and severally, and unconditionally, guarantee payment when due of all fees for services rendered by Lathrop Gage LLP to, and all costs and expenses incurred by Lathrop Gage LLP on behalf of, the Joint Clients.

**Cyberweb Ltd.**
By: _____
Title: PRESIDENT
Date: Sept 20/2018

**Netmedia Services, Inc.**
By: _____
Title: V.P.
Date: Sept 20, 18

David Koonar
Philip Bradbury
Netmedia, Services, Inc.

Kris Richardson
Cyberweb Ltd.

September 7, 2018
Page 7

**Sagan Limited**

**By:** _____
**Title:** _____MANAGER_____
**Date:** _____Sept 20/2018_____

**David Koonar**

**By:** _____

**Date:** ____Sept 20 2018_____

# LATHROP GAGE LLP
## GENERAL PROVISIONS RELATING TO RELATIONSHIPS WITH CLIENTS



1080738v13



1080738v13

2





1080738v13

4

