EXHIBIT B



Glaser Weil Fink Howard
Avchen & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
Tax I.D. # 95-4156414

| | |
|---|---|
| Invoice No. | 200065 |
| Invoice Date: | May 17, 2018 |
| Client ID: | 08058 |
| Matter ID: | 001 |
| Billing Attorney: | EJV |

| | |
|---|---|
| Current Billing: | 322.00 |
| Previous Balance: | 0.00 |
| Less Discount: | -31.50 |
| **Total Amount:** | **290.50** |
| Amount Remitted: | $ _____ |



Billing Attorney   EJV

Invoice No.   200065
Invoice Date   May 17, 2018

**Client ID: 08058  Matter ID: 001**
**RE: AMA MULTIMEDIA, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2018**

| Date | Professional | Narrative | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 04/29/18 | EJV | Communicate with client re ████████. | 0.50 | 315.00 |

| | |
|---|---|
| **Total Fees:** | **315.00** |
| **Less Discount:** | **-31.50** |
| **Total Fees with Adjustment:** | **$283.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TYPE | HOURS | HOURLY RATE | AMOUNT |
|--------------|------|-------|-------------|--------|
| ERICA J. VAN LOON | Partners | 0.50 | 567.00 | 283.50 |
| | | 0.50 | | 283.50 |

### DISBURSEMENTS

████████████████████████████████

| | |
|---|---|
| **Sub-Total Disbursements:** | ████ |
| **TOTAL CURRENT BILLING:** | $ 322.00 |
| **Previous Balance:** | 0.00 |
| **Less Discount:** | -31.50 |
| **TOTAL AMOUNT DUE:** | $ 290.50 |



Glaser Weil Fink Howard
Avchen & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
Tax I.D. # 95-4156414

| | |
|---|---|
| Invoice No. | 201645 |
| Invoice Date: | July 23, 2018 |
| Client ID: | 08058 |
| Matter ID: | 001 |
| Billing Attorney: | EJV |

| | |
|---|---|
| Current Billing: | 8,660.50 |
| Previous Balance: | 10.00 |
| Less Discount: | -864.25 |
| **Total Amount:** | **7,806.25** |
| Amount Remitted: | $ _____ |

Client ID: 08058  Matter ID: 001                                                                 Page: 2



Billing Attorney    EJV

Invoice No.    201645
Invoice Date    July 23, 2018

Client ID: 08058  Matter ID: 001
RE: AMA MULTIMEDIA, LLC

**FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2018**

| Date | Professional | Narrative | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 06/01/18 | EJV | ████████████ | | |
| 06/11/18 | EJV | ████████████ | | |
| 06/14/18 | EJV | ████████████ | | |
| 06/20/18 | ██ | ████████████ | | |
| 06/20/18 | EJV | Communicate with opposing counsel re meet and confer re next steps. | 0.50 | 315.00 |
| 06/25/18 | EJV | Communicate with opposing counsel re joint status report to court; strategize. | 0.25 | 157.50 |
| 06/25/18 | SPB | Review AMA draft of joint statement re status; research and draft Sagan insert to same. | 3.00 | 1,950.00 |
| 06/26/18 | ██ | ████████████ | | |
| 06/26/18 | EJV | Draft and revise joint statement to court. | 1.50 | 945.00 |
| 06/26/18 | SPB | Research re ████████████ ████████; revise draft insert to joint statement. | 2.00 | 1,300.00 |
| 06/27/18 | ██ | ████████████ | | |
| 06/27/18 | EJV | Revise joint statement, communicate with client. | 0.50 | 315.00 |
| 06/29/18 | ██ | ████████████ | | |

|  | | |
|--|--|--|
| **Total Fees:** | 8,642.50 |
| **Less Discount:** | -864.25 |
| **Total Fees with Adjustment:** | **$7,778.25** |

**SUMMARY OF PROFESSIONAL SERVICES**

| PROFESSIONAL | TYPE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| STEVE P. BASILEO | Of Counsel | 3.00 | 585.00 | 1,755.00 |
| STEVE P. BASILEO | Of Counsel | 2.00 | 585.01 | 1,170.01 |
| ███████████████ | ███████ | ████ | ████ | ████ |
| ERICA J. VAN LOON | Partners | 3.50 | 567.00 | 1,984.50 |
|  |  | 16.00 |  | 7,778.25 |

**DISBURSEMENTS**

████████████████████████████

Sub-Total Disbursements:   ████

| | |
|---|---|
| TOTAL CURRENT BILLING: | $   8,660.50 |
| Previous Balance: | 10.00 |
| Less Discount: | -864.25 |
| TOTAL AMOUNT DUE: | $   7,806.25 |



Glaser Weil Fink Howard
Avchen & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
Tax I.D. # 95-4156414

| | |
|---|---|
| Invoice No. | 202043 |
| Invoice Date: | August 14, 2018 |
| Client ID: | 08058 |
| Matter ID: | 001 |
| Billing Attorney: | EJV |

| | |
|---|---|
| Current Billing: | 34,912.02 |
| Previous Balance: | 7,806.25 |
| Less Discount: | -3,490.75 |
| **Total Amount:** | **39,227.52** |
| Amount Remitted: | $ _____ |



Billing Attorney   EJV

Invoice No.   202043
Invoice Date   August 14, 2018

**Client ID: 08058  Matter ID: 001**
**RE: AMA MULTIMEDIA, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2018**

| Date | Professional | Narrative | Hours | Amount |
|------|--------------|-----------|-------|--------|
| 07/06/18 | EJV | Review order from court and communicate with client. | 0.25 | 157.50 |
| 07/06/18 | SPB | Review and analyze Order re forum selection clause briefing; research re ███. | 1.00 | 650.00 |
| 07/07/18 | SPB | Research re ████████████████. | 1.50 | 975.00 |
| 07/09/18 | EJV | Attention to supplemental briefing re motion to dismiss. | 0.75 | 472.50 |
| 07/19/18 | SPB | Research and analysis re ████████. | 5.50 | 3,575.00 |
| 07/20/18 | SPB | Research and draft supplemental brief re forum non conveniens. | 9.00 | 5,850.00 |
| 07/21/18 | EJV | Review and revise supplemental briefing. | 1.00 | 630.00 |
| 07/21/18 | SPB | Research and draft supplemental brief re forum non conveniens. | 7.50 | 4,875.00 |
| 07/22/18 | SPB | Research and draft supplemental brief re forum non conveniens. | 6.50 | 4,225.00 |
| 07/23/18 | EJV | Review and revise supplemental brief. | 2.50 | 1,575.00 |
| 07/24/18 | ███ | ████████████████████████ | | |
| 07/24/18 | EJV | Review and revise supplemental brief and supporting declarations; supervise fact and legal cites. | 3.75 | 2,362.50 |
| 07/25/18 | ███ | ████████████████████████ | | |
| 07/25/18 | EJV | Further revise supplemental briefing. | 3.25 | 2,047.50 |
| 07/27/18 | EJV | Communicate with client re ████████. | 1.00 | 630.00 |
| 07/28/18 | SPB | Analyze and respond to client email re ███. | 0.75 | 487.50 |

| Date | Professional | Narrative | Hours | Amount |
|------|------------|-----------|-------|--------|
| 07/29/18 | EJV | Communicate with client re ███████████. | 0.50 | 315.00 |
| 07/30/18 | EJV | Revise brief ██████████████. | 2.00 | 1,260.00 |
| 07/31/18 | SPB | Revise supplemental brief re forum non conveniens; research re ██████; emails to E. Van Loon re █████. | 4.00 | 2,600.00 |
| 07/31/18 | EJV | Revise supplemental standing brief; discuss strategy with Steve Basileo. | 2.00 | 1,260.00 |

|  |  |  |  |
|---|---|---|---|
|  | **Total Fees:** | | **34,907.50** |
|  | **Less Discount:** | | **-3,490.75** |
|  | **Total Fees with Adjustment:** | | **$31,416.75** |

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TYPE | HOURS | HOURLY RATE | AMOUNT |
|------------|------|-------|------------|--------|
| STEVE P. BASILEO | Of Counsel | 35.75 | 585.00 | 20,913.75 |
| ███████████████████████████████ | | | | |
| ERICA J. VAN LOON | Partners | 17.00 | 567.00 | 9,639.00 |
| | | 55.75 | | 31,416.75 |

### DISBURSEMENTS

██████████████████████████████████████████████████████

|  |  |
|---|---|
| **Sub-Total Disbursements:** | ████ |

|  |  |  |
|---|---|---|
| **TOTAL CURRENT BILLING:** | $ | 34,912.02 |
| **Previous Balance:** | | 7,806.25 |
| **Less Discount:** | | -3,490.75 |
| **TOTAL AMOUNT DUE:** | $ | 39,227.52 |



Glaser Weil Fink Howard
Avchen & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
Tax I.D. # 95-4156414

| | |
|---|---|
| Invoice No. | 202518 |
| Invoice Date: | August 31, 2018 |
| Client ID: | 08058 |
| Matter ID: | 001 |
| Billing Attorney: | EJV |

| | |
|---|---|
| Current Billing: | 4,669.31 |
| Previous Balance: | 39,227.52 |
| Less Discount: | -458.75 |
| **Total Amount:** | **43,438.08** |
| Amount Remitted: | $ _____ |

Client ID: 08058  Matter ID: 001                                                                 Page: 2



Billing Attorney   EJV

Invoice No.   202518
Invoice Date   August 31, 2018

**Client ID: 08058  Matter ID: 001**
**RE: AMA MULTIMEDIA, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH August 30, 2018**

| Date | Professional | Narrative | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 08/01/18 | | ████████████████████████████████████ | | |
| 08/01/18 | EJV | Revise supplemental standing brief and communicate with client. | 1.00 | 630.00 |
| 08/02/18 | EJV | Revise brief and declarations ██████████ ███████████. | 2.25 | 1,417.50 |
| 08/03/18 | | ██████████████████████████████████ | | |
| 08/03/18 | EJV | Finalize and file supplemental brief re standing. | 2.00 | 1,260.00 |

|  |  |
|--|--|
| **Total Fees:** | **4,587.50** |
| **Less Discount:** | **-458.75** |
| **Total Fees with Adjustment:** | **$4,128.75** |

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TYPE | HOURS | HOURLY RATE | AMOUNT |
|-------------|------|-------|-------------|--------|
| ████████████████████████████████████████ | | | | |
| ERICA J. VAN LOON | Partners | 5.25 | 567.00 | 2,976.75 |
| | | 9.25 | | 4,128.75 |

**DISBURSEMENTS**



**Sub-Total Disbursements:**        ████████

| | | |
|---|---|---:|
| **TOTAL CURRENT BILLING:** | $ | 4,669.31 |
| **Previous Balance:** | | 39,227.52 |
| **Less Discount:** | | -458.75 |
| **TOTAL AMOUNT DUE:** | $ | 43,438.08 |



Glaser Weil Fink Howard
Avchen & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX
Tax I.D. # 95-4156414

| | |
|---|---|
| Invoice No. | 203021 |
| Invoice Date: | September 25, 2018 |
| Client ID: | 08058 |
| Matter ID: | 001 |
| Billing Attorney: | PMW |

| | |
|---|---|
| Current Billing: | 7,333.75 |
| Previous Balance: | 4,220.56 |
| Less Discount: | -731.25 |
| **Total Amount:** | **10,823.06** |
| Amount Remitted: | $ _____ |



Billing Attorney     PMW

Invoice No.     203021
Invoice Date     September 25, 2018

**Client ID: 08058  Matter ID: 001**
**RE: AMA MULTIMEDIA, LLC**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2018**

| Date | Professional | Narrative | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 08/01/18 | SPB | Attention to declarations in support of supplemental brief re forum non conveniens; research and analysis re ███████████ | 2.25 | 1,462.50 |
| 08/02/18 | SPB | Research and revise supplemental brief re forum non conveniens. | 7.75 | 5,037.50 |
| 08/03/18 | SPB | Attention to supplemental brief re forum non conveniens. | 1.25 | 812.50 |

|  |  |  | Total Fees: | 7,312.50 |
|--|--|--|-------------|----------|
|  |  |  | Less Discount: | -731.25 |
|  |  |  | **Total Fees with Adjustment:** | **$6,581.25** |

### SUMMARY OF PROFESSIONAL SERVICES

| PROFESSIONAL | TYPE | HOURS | HOURLY RATE | AMOUNT |
|--------------|------|-------|-------------|--------|
| STEVE P. BASILEO | Of Counsel | 11.25 | 585.00 | 6,581.25 |
|  |  | 11.25 |  | 6,581.25 |

**DISBURSEMENTS**

████████████████████████████████████

Sub-Total Disbursements:          ██████

| TOTAL CURRENT BILLING: | $ | 7,333.75 |
|------------------------|---|----------|
| Previous Balance: |  | 4,220.56 |
| Less Discount: |  | -731.25 |
| **TOTAL AMOUNT DUE:** | $ | **10,823.06** |

Outstanding Invoices

| Date | Invoice Number | Original Amount | Credit(s) | Balance Due |
|------|---------------|-----------------|-----------|-------------|
| 05/17/18 | 200065 | $290.50 | $-280.50 | $10.00 |
| 08/31/18 | 202518 | $4,210.56 | $0.00 | $4,210.56 |
| | Total Outstanding Invoices: | | | $4,220.56 |



2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001

**LATHROP GAGE**

FEDERAL I.D. 43-0948710



October 8, 2018
Client No.         102606
Matter No.        0605164
Invoice No.       1897403

Professional services rendered and costs incurred through September 30, 2018:

Re:  AMA v. Sagan, et al.

| | | |
|---|---|---:|
| Due For Services: | $ | 42,580.00 |
| Due For Costs: | $ | 0.00 |
| TOTAL THIS INVOICE: | $ | 42,580.00 |
| TOTAL BALANCE DUE: | $ | 42,580.00 |

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001



FEDERAL I.D. 43-0948710



October 8, 2018
Client No.          102606
Matter No.         0605164
Invoice No.        1897403

Page 1

Professional services rendered through September 30, 2018:

Re: AMA v. Sagan, et al.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/03/18 | JR | █████████████████████ | | |
| 09/04/18 | JR | █████████████████████ | | |
| 09/04/18 | EJV | Communicate with client re ████████ review brief and strategize response | 2.00 | 1,200.00 |
| 09/05/18 | JR | █████████████████████ | | |
| 09/05/18 | JJP | Meetings with Van Loon re ████████████; analysis of court order on motion to dismiss and supplemental memoranda and exhibits re motion to dismiss pursuant to forum non conveniens | 7.80 | 3,900.00 |
| 09/05/18 | EJV | █████████████████████ | | |
| 09/06/18 | JJP | Meeting with Van Loon re ████████████ | 0.80 | 400.00 |
| 09/06/18 | JR | █████████████████████ | | |

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001



FEDERAL I.D. 43-0948710

██████

October 8, 2018
Client No.        102606
Matter No.        0605164
Invoice No.       1897403

Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/06/18 | EJV | ████████████████████████████████ | | |
| 09/07/18 | JR | Research ████████████████ and draft summary of same as applied to the reply in support of motion to dismiss; analyze legal authority cited in Plaintiff's opposition to Defendants' motion to dismiss. | 6.00 | 2,100.00 |
| 09/07/18 | JJP | Meetings with Van Loon and phone call with Redd re ████████████; review Ninth Circuit answering brief of defendants-appellees; review summary of Redd research re ████ analysis of pleadings for use in connection with reply brief | 3.30 | 1,650.00 |
| 09/07/18 | EJV | ████████████████████████████████ | | |
| 09/08/18 | JR | Analyze legal authority cited by Plaintiff's in opposition to motion to dismiss based on forum non conveniens. | 2.30 | 805.00 |
| 09/08/18 | JR | ████████████████████████████████ | | |
| 09/09/18 | JJP | Analysis of pleadings for use in connection with reply brief; review Redd outline for reply brief; phone call with Van Loon re ████████; draft outline for reply brief | 4.80 | 2,400.00 |
| 09/09/18 | EJV | ████████████████████████████████ | | |
| 09/10/18 | EJV | Draft reply brief ████████████████ | 3.10 | 1,860.00 |
| 09/10/18 | EJV | ████████████████████████████████ | | |
| 09/11/18 | EJV | Draft reply brief | 4.10 | 2,460.00 |

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001

 **LATHROP GAGE**

FEDERAL I.D. 43-0948710

███

October 8, 2018
Client No.          102606
Matter No.          0605164
Invoice No.         1897403

Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/11/18 | JJP | E-mails with Van Loon re ████ ███ | 0.10 | 50.00 |
| 09/12/18 | JJP | ██████████████ ████ | | ████ |
| 09/12/18 | EJV | Supervise research and draft reply; ████ | 1.90 | 1,140.00 |
| 09/13/18 | EJV | Revise draft reply; supervise further research | 2.00 | 1,200.00 |
| 09/14/18 | EJV | Review research re ███████; supervise revisions to draft reply | 1.20 | 720.00 |
| 09/16/18 | JJP | ██████; revise supplemental reply brief | 0.80 | 400.00 |
| 09/17/18 | JJP | Revise supplemental reply brief for motion to dismiss; legal research and meetings with Van Loon re ██ | 9.50 | 4,750.00 |
| 09/17/18 | EJV | Revise draft reply | 1.10 | 660.00 |
| 09/18/18 | EJV | Revise draft reply; supervise further research | 2.50 | 1,500.00 |
| 09/18/18 | JJP | Revise supplemental reply brief for motion to dismiss; meetings with Van Loon re ███ | 1.80 | 900.00 |
| 09/19/18 | EJV | Supervise further research for reply brief | 0.70 | 420.00 |
| 09/20/18 | EJV | ███████; supervise further research re ██; make further revisions to brief | 1.50 | 900.00 |
| 09/20/18 | JJP | Meeting with Van Loon re ████████; legal research re █████; revise supplemental reply brief | 1.80 | 900.00 |
| 09/20/18 | JJP | Meetings and phone calls with Van Loon ███ ███████████; revise supplemental reply brief | 2.90 | 1,450.00 |

2345 Grand Boulevard
Kansas City, Missouri 64108-2618
816-292-2000, Fax 816-292-2001

 **LATHROP GAGE**

FEDERAL I.D. 43-0948710

█████

October 8, 2018
Client No.      102606
Matter No.     0605164
Invoice No.    1897403

Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/21/18 | JJP | Meetings with Van Loon re █████████; █████████; analysis re █████████; finalize and e-file supplemental reply brief | 1.30 | 650.00 |
| 09/21/18 | EJV | Finalize and file reply brief | 3.00 | 1,800.00 |

Due For Services:      82.30  $  42,580.00

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Erica J. Van Loon | 33.80 | 600.00 | 20,280.00 |
| James Redd IV | 13.00 | 350.00 | 4,550.00 |
| Joshua J. Pollack | 35.50 | 500.00 | 17,750.00 |
| | | | $  42,580.00 |

TOTAL THIS INVOICE:    $  42,580.00

TOTAL BALANCE DUE:    $  42,580.00