# EXHIBIT 1

Current Section: **Duhaime.org**  »  **Legal Dictionary**

# Duhaime's Law Dictionary

## Action Definition:

A formal demand to a court of law and of justice to resolve a dispute.

As the United States Court of Apeals wrote in *SEC v McCarthy*:

> "[A]n *action* is the formal and ordinary means by which a parties seek legal and/or equitable relief before a court of law through the filing of a formal complaint, triggering the full array of legal, procedural and evidentiary rules governing the process by which a court adjudicates the merits of a dispute."

Similarly, the Alberta Court of Appeal in *Royal Canadian Legion*:

> "[A]n action is a civil proceeding to be held before a court of law."

In *Tabar*, Justice Finlayson defined an *action* as:

> "... the unilateral implementation of a dispute resolution mechanism in accordance with prescribed rules."

*Halsbury's Laws of England* uses these words:

> "*Action* means any civil proceedings commenced by writ or in any other manner prescribed by rules of court. It has a wide signification as including any method prescribed by those rules of invoking the court's jurisdiction for the adjudication or determination of a lis or legal right or claim or any justiciable issue, question or contest arising between two or more persons or affecting the status of one of them. In its natural meaning *action* refers to any proceeding in the nature of a litigation between a plaintiff and a defendant. It includes any civil proceedings in which there is a plaintiff who sues, and a defendant who is sued, in respect of some cause of action...."

## REFERENCES:

- *Halsbury's Laws of England*, 4th ed., vol. 37, para. 17, p. 24
- *Royal Canadian Legion Norwood (Alberta) Branch 178 v. Edmonton*, 16 **Alta. L.R. (3d)** 305, 149 **A.R.** 25, 63 **W.A.C.** 25, [1994] 5 **W.W.R.** 39, 111 **D.L.R. (4th)** 141
- *Securities and Exchange Commission v McCarthy*, 322 **F. 3d** 650 (2003)
- *Tabar v. Scott*, (*aka* West End Construction Ltd. v. Ontario Human Rights Commission), 62 **D.L.R. (4th)** 329 (1989, **ONCA**),

## Categories & Topics:

**Duhaime's Civil Litigation & Evidence Law Dictionary**

*Always looking up definitions? Save time with our search provider (modern browsers only)*

*If you find an error or omission in Duhaime's Law Dictionary, or if you have suggestion for a legal term, we'd love to hear from you!*

Top