LATHROP GAGE LLP
1888 CENTURY PARK EAST, SUITE 1000
LOS ANGELES, CA 90067

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. 2:16-cv-01269-PHX-DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

30346442

|   |   |
|---|---|
| 1 | Having considered the Motion for Attorneys' Fees ("Motion") filed by Defendants |
| 2 | Cyberweb Limited, David Koonar, Sagan Limited, and Netmedia Services Inc. (collectively, |
| 3 | "Defendants"), and the supporting Declarations of Erica J. Van Loon and Ivan Alert and |
| 4 | exhibits thereto, and finding good cause in support thereof, Defendants' Motion is |
| 5 | GRANTED. |
| 6 | Attorneys' fees in the total amount of $78,143.50 are awarded in favor of Defendants |
| 7 | and against Plaintiff AMA Multimedia LLC. |

**IT IS SO ORDERED.**