IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>Sagan Limited, a Republic of Seychelles company, et al.,<br><br>   Defendants. | No. CV16-01269-PHX-DGC<br><br><br>**ORDER** |

Pending before the Court is Defendant Cyberweb Ltd, David Koonar, Sagan Limited, FLP 5, Inc., and Netmedia Services, Inc.'s motion for attorneys' fees. Doc. 174. Plaintiff filed a notice of appeal on October 26, 2018. Doc. 172. "If an appeal on the merits of the case is taken, the [district] court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved." Fed.R.Civ.P. 54(d) advisory committee's note (1993 amendments). *See also Tancredi v. Metropolitan Life Ins. Co.*, 378 F.3d 220, 225-26 (2nd Cir. 2004).

In the interest of judicial economy, the Court will not rule on Defendants' motion for attorneys' fees until after Plaintiff's appeal has been resolved. The motion for attorney' fees (Doc. 174) is therefore **denied without prejudice** to Defendants' re-filing

1  the motion within 30 days of issuance of the appeal mandate.

2  Dated this 9th day of November, 2018.

*David G. Campbell*

David G. Campbell
Senior United States District Judge

- 2 -