LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>                    Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM REGARDING PERSONAL JURISDICTION OVER DAVID KOONAR** |

Pursuant to this Court's Order (Doc. 185), Plaintiff AMA Multimedia, LLC ("AMA") supplements and addresses the prior briefing (Doc. 124) on the issue of personal jurisdiction over Defendant David Koonar.

Defendant Koonar financially benefits from copyright infringement as a beneficiary of his family trust that is the known shareholder of Cyberweb, which owns Porn.com.  Defendant Koonar also has direct control and input as to what content appears on Porn.com, including the alleged copyright infringing material.

## <u>MEMORANDUM IN SUPPORT OF JURISDICTION</u>

Since the time of briefing on personal jurisdiction, Defendants Netmedia, Inc. and Cyberweb Ltd. have both conceded personal jurisdiction.  The sole remaining question, then, is Defendant Koonar's personal involvement with Porn.com.  Mr. Koonar raised two (2) issues in his supplemental briefing, both of which must be rejected.

### A.    Mr. Koonar Denies Benefitting Financially From the Copyright Infringement on Porn.com.

Defendant Koonar denies any financial benefit from infringement on Porn.com because Netmedia (of which he is President) is only paid a flat fee from Cyberweb to manage the website.  (Doc. 71-1 at ¶¶4-5; Doc. 124-4 at ¶3).  Mr. Koonar testified that Cyberweb, the owner of Porn.com, is owned by 1614985 Ontario, Inc. ("the 161 entity"). *See*, Deposition of Koonar (**Exhibit A**) at p. 22.  The 161 entity, in turn, is owned by a family trust.  *Id*.  Mr. Koonar **is a beneficiary of that trust**.  *Id*. at p. 37.  Thus, when Porn.com benefits from the infringement, Mr. Koonar benefits as a beneficiary of his family trust that is a shareholder of Cyberweb.

### B.    Mr. Koonar Denies any Actual Participation in Infringing Activity.

Mr. Koonar is the President of GIM and its <u>sole</u> director.  **Exhibit A** at pp. 21-22. He makes GIM's management decisions.  *Id*.; *see also*, Doc. 117 at Exhibit A (Deposition of Philip Bradbury) at p. 56.  GIM has no other employees and no physical location where anyone performs work.  *Id*. at p. 39.   Mr. Koonar is also the President of Netmedia, the company that is accused of uploading the infringed AMA content under Mr. Koonar's supervision and control.

Mr. Koonar denied participation in or knowledge of infringing acts because he does not "control, manage or act on behalf of Porn.com, Cyberweb or Sagan" (omitting any mention of *Netmedia*).  (Doc. 124-4, ¶2).  With regard to Netmedia, Mr. Koonar

swore that his activity is limited to "overall website design implementation" on Porn.com, which includes the "overall appearance, resolution, speed, etc." on the website. (Doc. 71-1, ¶3.)  One month later, in a failed attempt to link the CPRA to the infringing content, Mr. Koonar swore that any corporate Defendant who uploaded infringing content did so with the "express understanding" that GIM gave them the right to do so. (Doc. 100-1, ¶2.)  Mr. Koonar's misguided understanding was that "defendants would have the express right to [upload the infringing content without AMA's knowledge and consent]." (Doc. 41-1, p. 18).

The CPRA does not relate to this case or the alleged conduct of the Defendants. However, any "express understanding" given by GIM must have come from Mr. Koonar – its President, sole director and decision-maker.  This is direct evidence that Mr. Koonar does, in fact, have influence and control over the content posted on Porn.com, including the infringing content.  Mr. Koonar, by his own declaration(s), placed himself as the central figure of authority and control for the infringing content appearing on the website.

## Conclusion

Contrary to his assertions, Mr. Koonar benefits financially from the infringing content posted on Porn.com.  Additionally, Mr. Koonar has played a larger role than just "overall website design" on Porn.com and is responsible for giving "express" direction about the uploading and displaying of the infringed content on Porn.com.

For these reasons, and those set forth in AMA's prior briefing regarding personal jurisdiction over Mr. Koonar (Docs. 67, 117), AMA respectfully asks that the Court deny Defendant Koonar's Motion to Dismiss.

/ / /

/ / /

/ / /

DATED this 4th day of September, 2020.

**MANOLIO & FIRESTONE, PLC**


By:   /s/ Veronica L. Manolio
       Veronica L. Manolio
       8686 E. San Alberto Drive, Suite 200
       Scottsdale, Arizona 85258
       *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2020, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Erica J. Van Loon
Lathrop GPM LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Erica.vanloon@lathropgpm.com
*Attorneys for Defendants Sagan Limited,*
*Cyberweb Ltd., Netmedia Services, Inc.,*
*and David Koonar*


By:   /s/ Janel Rubert