David Koonar - 12/1/2016

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

```
AMA Multimedia, LLC, a Nevada        )
limited liability company,           )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  ) No. CV-16-1269-PHX-DGC
                                     )
Sagan, Ltd., a Republic of           )
Seychelles company, individually and )
d/b/a Porn.com; Cyberweb, Ltd.,      )
formerly MXN, Ltd., a Barbados       )
Company, individually and d/b/a      )
Porn.com; NetMedia Services, Inc.,   )
a Canadian Company, individually and )
d/b/a Porn.com; GLP 5, Inc., a       )
Michigan Company, individually and   )
d/b/a Trafficforce.com; David        )
Koonar, an individual, et. al.,      )
                                     )
          Defendants.                )
                                     )
```

DEPOSITION OF DAVID KOONAR

Scottsdale, Arizona
December 1, 2016
12:09 p.m.

REPORTED BY:
Kristy A. Ceton, RPR
AZ Certified Court Reporter No. 50200

Page 1

David Koonar - 12/1/2016

```
 1  Corp.?
 2        A.    What does it -- what do you mean by
 3  "board of directors"?
 4        Q.    I asked Mr. Bradbury the same question.
 5  Who is the board of directors for GIM Corp.?  He told
 6  me David Koonar is the only board of director.  Is he
 7  correct?
 8        A.    Yes.
 9        Q.    Do you make all the decisions, the
10  management decisions for GIM Corp.?
11        A.    Not all of them.
12        Q.    Who else is involved in management of GIM
13  Corp.?
14        A.    Philip Bradbury.
15        Q.    How is that when he told us he owns --
16  holds no positions in GIM Corp. and has no
17  directorship?
18        A.    I don't recall him saying that.
19        Q.    So your testimony is that you and
20  Mr. Bradbury make the management decisions of GIM
21  Corp.?
22        A.    Yes.
23        Q.    Are those decisions made 50/50?
24        A.    It's a collaboration.
25        Q.    Is there anyone else who has any
```

```
 1   management or control over GIM Corp., other than the
 2   two of you?
 3        A.    No.
 4        Q.    Let's go to Cyberweb, Ltd.  Our
 5   understanding from earlier today is that Cyberweb,
 6   Ltd., is owned --
 7              I'm sorry.  Can you hear me?
 8        A.    Yes.
 9        Q.    Was there a question?
10        A.    No.
11        Q.    Cyberweb, Ltd., is owned partially by
12   1614985 Ontario, Inc.  Do you agree with that?
13        A.    Cyberweb is owned partially by 161.
14        Q.    Who is the other ownership owned by of
15   Cyberweb, Inc. -- I mean Cyberweb, Ltd.?  Excuse me.
16        A.    I'm not sure.
17        Q.    How is it that you're not sure?  Who else
18   could it possibly be?
19        A.    Because I'm not sure.
20        Q.    Okay.  Of 161495 -- 4985 Ontario, Inc.,
21   do you have any ownership interest in that holding
22   company?
23        A.    No.
24        Q.    Only this Ontario family trust does?
25        A.    Yes.
```

```
 1   that.
 2              MS. MANOLIO:  Yeah.  I think that's what
 3   he said.  And if I'm wrong, I'm not trying to trick
 4   you.  I want to understand this.
 5         Q.   BY MS. MANOLIO:  I think you told us that
 6   Imagination Capital, Inc., has a shareholder that's a
 7   family trust.  I understand you don't want to give us
 8   the name.  I want to know if the family trust that's
 9   a shareholder of Imagination Capital is the same
10   family trust that's the shareholder of 1614985
11   Ontario, Inc.?
12         A.   Family trust owns or is the shareholder
13   of Imagination Capital and 161.
14         Q.   It's the same trust?
15         A.   Yes.
16         Q.   Okay.  Are you a beneficiary of the
17   trust?
18         A.   I'm a contingent beneficiary of the
19   trust.
20         Q.   Who is the primary beneficiary?
21         A.   There are many beneficiaries, and I can't
22   tell you who they are.
23         Q.   And, again, is that because of your
24   understanding of a Canadian law that prohibits it?
25         A.   Yes.
```

```
 1          A.    It has an office in Barbados.
 2          Q.    Where is that office located?
 3          A.    I do not remember the address.
 4          Q.    Do you have any employees as the
 5    president of the company?
 6          A.    Does GIM have employees?
 7          Q.    Yes, sir.
 8          A.    GIM has many independent contractors and
 9    hundreds of commission sales affiliates, if not
10    thousands.
11          Q.    Do you have any direct employees?
12          A.    GIM has no direct employees.
13          Q.    Does GIM have a physical location where
14    it houses anyone who performs work on behalf of GIM?
15          A.    No.
16          Q.    As we understand from this case, GIM
17    Corp. alleges to have an -- a technical service
18    agreement with NetMedia Services; is that right?
19          A.    GIM Corp. has a technical services
20    agreement with NetMedia.
21          Q.    And as I understand from your testimony
22    right now, you and Mr. Bradbury make all the
23    management decisions for GIM?
24          A.    Yes.
25          Q.    And you and Mr. Bradbury make all the
```