LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company, | Case No. CV-16-1269-PHX-DGC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF ERRATA RE: ITS SUPPLEMENTAL MEMORANDUM** |
| Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,* | |
| Defendants. | |

Undersigned counsel for Plaintiff AMA Multimedia, LLC ("AMA") provides this Notice of Errata and seeks to correct an error in the recent filing (Doc. 186).

On page three of Doc. 186, undersigned cited to "Doc. 41-1, p. 18" for the proposition that Mr. Koonar had a misguided understanding that "defendants would have the express right to [upload the infringing content without AMA's knowledge and consent]."  The correct citation should have been Doc. **42**-1 at p. 18.

This was truly a mistake, and undersigned counsel apologies for any confusion.

DATED this 8th day of September, 2020.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2020, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Erica J. Van Loon
Lathrop GPM LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Erica.vanloon@lathropgpm.com
*Attorneys for Defendants Sagan Limited,
Cyberweb Ltd., Netmedia Services, Inc.,
and David Koonar*

By: /s/ Janel Rubert