LATHROP GPM LLP
2049 CENTURY PARK EAST, SUITE 3500S
LOS ANGELES, CA 90067

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. 2:16-cv-01269-PHX-DGC<br><br>Hon. David G. Campbell<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL PLAINTIFF'S SUPPLEMENTAL FILING REGARDING PERSONAL JURISDICTION OVER DAVID KOONAR (DOCKET NO. 186)** |

33119609

1 | Having considered the Motion to Seal Plaintiff's Supplemental Filing Regarding Personal Jurisdiction Over David Koonar ("Motion to Seal") filed by Defendants Sagan Limited, Cyberweb Limited, 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., and David Koonar (collectively, "Defendants"), and found that Defendants have met the standard to seal, Defendants' Motion to Seal is GRANTED.

IT IS HEREBY ORDERED that, Plaintiff's Supplemental Memorandum Regarding Personal Jurisdiction Over David Koonar and Exhibit A attached thereto (Dkt. 186) be filed under seal.

The Clerk's Office is hereby directed to electronically file under seal Docket No. 186.

**IT IS SO ORDERED.**