LAW OFFICES
**MANOLIO & FIRESTONE, PLC**
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona  85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>Sagan, Ltd., a Republic of Seychelles company, individually and d/b/a Porn.com; Cyberweb, Ltd., formerly MXN, Ltd., a Barbados Company, individually and d/b/a Porn.com; Netmedia Services, Inc., a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and d/b/a Trafficforce.com; David Koonar, an individual, *et. al.,*<br><br>                Defendants. | Case No. CV-16-1269-PHX-DGC<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)** |

Notice is hereby given that Plaintiff's AMA Multimedia, LLC served their Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) on all parties on this date via electronic mail.

/ / /

/ / /

/ / /

/ / /

DATED this 16th day of October, 2020.

**MANOLIO & FIRESTONE, PLC**

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2020, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Erica J. Van Loon
Lathrop GPM LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Erica.vanloon@lathropgpm.com
*Attorneys for Defendants Sagan Limited,
Cyberweb Ltd., Netmedia Services, Inc.,
and David Koonar*

By: /s/ Janel Rubert