ERICA J. VAN LOON (admitted *Pro Hac Vice*)
Erica.VanLoon@LathropGPM.com
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, California 90067
Telephone:   (310) 789-4600
Facsimile:   (310) 789-4601

*Attorneys for Defendants Sagan Limited, Cyberweb Limited, 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., and David Koonar*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. 2:16-cv-01269-PHX-DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

33247703

Notice is hereby given that Defendants Sagan Limited, Cyberweb Limited, 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., and David Koonar served their Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) on all parties on this date via electronic mail.

DATED: October 16, 2020

Respectfully submitted,

LATHROP GPM LLP

By: /s/ Erica J. Van Loon
     Erica J. Van Loon

*Attorneys for Defendants Sagan Limited, Cyberweb Limited, 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., and David Koonar*