ERICA J. VAN LOON (admitted *Pro Hac Vice*)
Erica.VanLoon@LathropGPM.com
LATHROP GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, California 90067
Telephone:   (310) 789-4600
Facsimile:    (310) 789-4601

*Attorneys for Defendants Sagan Limited, Cyberweb Limited, 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., and David Koonar*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD., formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC., a Canadian Company individually and d/b/a PORN.COM; GLP 5, Inc., a Michigan Company individually and d/b/a/ Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20,<br><br>Defendants. | CASE NO. 2:16-cv-01269-PHX-DGC<br><br>Hon. David G. Campbell<br><br>**NOTICE OF SERVICE OF DEFENDANT SAGAN LIMITED'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF AMA MULTIMEDIA LLC** |

33508907

Notice is hereby given that Defendant Sagan Limited served its First Set of Interrogatories to Plaintiff AMA Multimedia LLC on all parties via electronic mail on November 25, 2020, and that Defendant Sagan Limited served its First Set of Requests for Production of Documents and Things to Plaintiff AMA Multimedia LLC on all parties via electronic mail on November 30, 2020.

DATED: November 30, 2020             Respectfully submitted,

LATHROP GPM LLP

By: /s/ Erica J. Van Loon
     Erica J. Van Loon

*Attorneys for Defendants Sagan Limited, Cyberweb Limited, 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., and David Koonar*