LAW OFFICES
MANOLIO & FIRESTONE, PLC
8686 E. San Alberto Dr., Suite 200
Scottsdale, Arizona 85258
(480) 222-9100
vmanolio@mf-firm.com
Veronica L. Manolio, SBN 020230
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SAGAN LIMITED, a Republic of Seychelles company, individually and d/b/a PORN.COM; CYBERWEB LTD. formerly MXN LTD., a Barbados Company, individually and d/b/a PORN.COM; NETMEDIA SERVICES INC, a Canadian Company, individually and d/b/a Porn.com; GLP 5, Inc., a Michigan Company individually and dba Trafficforce.com; DAVID KOONAR, an individual; and John Does 1-20<br><br>Defendant. | CASE NO. 2:16-cv-1269-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

WHEREAS, Plaintiff AMA Multimedia, LLC, and Defendants Sagan Limited, Cyberweb Limited, formerly MXN, Ltd., 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., GLP 5, Inc., and David Koonar (collectively, "Defendants") have amicably resolved this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), this action and all claims, counterclaims, and defenses in this action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses of any type, and all rights of appeal are waived.

DATED: February 25, 2021

MANOLIO & FIRESTONE, PLC

By: /s/ Veronica L. Manolio
Veronica L. Manolio
8686 E. San Alberto Drive, Suite 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff AMA Multimedia, LLC*

LATHROP GPM LLP

By: /s/ Erica J. Van Loon (with permission)
Erica J. Van Loon
2049 Century Park East, Suite 3500S
Los Angeles, California 90067
*Attorneys for Defendants Sagan Limited, Cyberweb Limited, formerly MXN, Ltd., 1890933 Ontario, Inc., formerly known as Netmedia Services, Inc., GLP 5, Inc., and David Koonar*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2021, I electronically transmitted the forgoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Erica J. Van Loon
Lathrop GPM LLP
2049 Century Park East, Suite 3500S
Los Angeles, California 90067
Erica.VanLoon@LathropGPM.com
*Attorneys for Defendants Sagan Limited,*
*Cyberweb Limited, formerly MXN, Ltd.,*
*1890933 Ontario, Inc., formerly known as*
*Netmedia Services, Inc., GLP 5, Inc., and David Koonar*

By: /s/ Janel Rubert