IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMA Multimedia LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Sagan Limited, et al.,<br><br>　　　　Defendants. | No. CV-16-01269-PHX-DGC<br><br>**ORDER** |

　　　Pending before the Court is the parties' stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Doc. 196.

　　　**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 196) is **granted.**  This action and all claims, counterclaims, and defenses are hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees, costs, and expenses of any type.  All rights of appeal are waived.

　　　Dated this 4th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge